US006516416B2

(12) **United States Patent**
Gregg et al.

(10) **Patent No.:** **US 6,516,416 B2**
(45) **Date of Patent:** *Feb. 4, 2003

(54) **SUBSCRIPTION ACCESS SYSTEM FOR USE WITH AN UNTRUSTED NETWORK**

(75) Inventors: **Richard L. Gregg**, Omaha, NE (US);
**Sandeep Giri**, Omaha, NE (US);
**Timothy C. Goeke**, Elkhorn, NE (US)

(73) Assignee: **Prism Resources**, Omaha, NE (US)

( * ) Notice: This patent issued on a continued prosecution application filed under 37 CFR 1.53(d), and is subject to the twenty year patent term provisions of 35 U.S.C. 154(a)(2).

Subject to any disclaimer, the term of this patent is extended or adjusted under 35 U.S.C. 154(b) by 0 days.

(21) Appl. No.: **08/872,710**

(22) Filed: **Jun. 11, 1997**

(65) **Prior Publication Data**

US 2002/0002688 A1 Jan. 3, 2002

(51) **Int. Cl.**$^7$ ............................................... **H04L 9/00**
(52) **U.S. Cl.** ........................................ **713/201**; 705/51
(58) **Field of Search** ............................. 380/25, 21, 49, 380/30; 713/202, 201, 200; 705/54, 51

(56) **References Cited**

U.S. PATENT DOCUMENTS

5,629,980 A * 5/1997 Stefik et al. .................. 705/54

5,677,953 A * 10/1997 Dolphin .......................... 380/4
5,708,780 A * 1/1998 Levergood et al. ......... 709/229
5,765,152 A * 6/1998 Erickson ........................ 707/9
6,006,332 A * 12/1999 Rabne et al. ............... 713/201

* cited by examiner

*Primary Examiner*—Matthew Smithers
(74) *Attorney, Agent, or Firm*—Greer, Burns & Crain, Ltd.

(57) **ABSTRACT**

A system and method is disclosed for controlling access to computer resources using an untrusted network. The system preferably uses a hardware key connected to each subscriber client computer and adds software to the subscriber client computer and to the existing server computer. A clearinghouse is provided to store client and server identification data, including demographic data, including URL data, usage data and billing information. The clearinghouse authenticates the subscriber and server computers before an operating session occurs. For every new client session, a login mechanism requires the client computer to supply appropriate identification data, including a digital identification generated by the hardware key. The login parameters are verified by the clearinghouse and a session is then started. The system is adapted to protect preselected content from being printed or copied by a client using a web browser. The system architecture permits a geographical distributed system of multiple subscriber client computers, multiple server computers and multiple clearinghouses which can interact with each other.

**31 Claims, 24 Drawing Sheets**



**U.S. Patent**     Feb. 4, 2003     Sheet 1 of 24     **US 6,516,416 B2**



FIG. 1

**U.S. Patent**      Feb. 4, 2003      Sheet 2 of 24      US 6,516,416 B2



FIG. 2



FIG. 3



FIG. 4



FIG. 5



FIG. 6



FIG. 16



FIG. 7

FIG. 8

FIG. 9

FIG. 10

Case 1:05-cv-00214-JJF    Document 1-4    Filed 04/11/2005    Page 9 of 17



FIG. 11

FIG. 12



FIG. 13



FIG. 14

FIG. 15



FIG. 17

**U.S. Patent**    Feb. 4, 2003    Sheet 12 of 24    US 6,516,416 B2



LOG-IN, USER
AUTHENTICATION,
AND SESSION
INITIATION

FIG. 18

**U.S. Patent**    Feb. 4, 2003    Sheet 13 of 24    US 6,516,416 B2

## TRANSACTION SERVICE AND LOGGING



FIG. 19



REAUTHENTICATION
FIG. 20

**U.S. Patent**    Feb. 4, 2003    Sheet 15 of 24    US 6,516,416 B2



SESSION RENEWAL

FIG. 21

U.S. Patent    Feb. 4, 2003    Sheet 16 of 24    US 6,516,416 B2

SESSION
TERMINATION

FIG. 22

