AO 440 (Del Rev. 10/01) Summons in a Civil Action

# United States District Court

District of __DELAWARE__

PRISM TECHNOLOGIES LLC,

    Plaintiff,

  v.

VERISIGN, INC., RSA SECURITY, INC., NETEGRITY, INC., COMPUTER ASSOCIATES INTERNATIONAL, INC., and JOHNSON & JOHNSON,

    Defendants.

**SUMMONS IN A CIVIL CASE**

CASE NUMBER: 05-214

TO:   VeriSign, Inc.
       c/o The Corporation Trust Company
       1209 Orange Street
       Wilmington, DE 19801

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Richard D. Kirk, Esq.
The Bayard Firm
222 Delaware Avenue, Suite 900
Wilmington, Delaware 19801
302-655-5000 (phone)
302-658-6395 (fax)

an answer to the complaint which is hereby served upon you, within __20__ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. An answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

PETER T. DALLEO

CLERK

(By) DEPUTY CLERK

DATE __4-12-05__

583623v1

AO 440 (Rev. 8/01) Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and Complaint was made by me⁽¹⁾ | 4/12/05 |
| NAME OF SERVER (PRINT) BRIAN CROSSAN | TITLE PROCESS SERVER |

*Check one box below to indicate appropriate method of service*

☒ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☒ Other (specify): PERSONALLY SERVED VERISIGN, INC by SERVING its REGISTERED AGENT, THE CORPORATION TRUST CO. AT 1209 ORANGE ST, WILM DE 19801 AT 3:37 P.M. PERSON ACCEPTING SERVICE: BRIAN PENROD

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  4/12/05
                Date

Signature of Server

PARCELS INC
4 E 7TH ST
Address of Server
WILM DE 19801

583617v1