AO 440 (Del Rev. 10/01) Summons in a Civil Action

# United States District Court

_____   District of   __DELAWARE__


PRISM TECHNOLOGIES LLC,

        Plaintiff,

    v.

VERISIGN, INC., RSA SECURITY, INC., NETEGRITY, INC., COMPUTER ASSOCIATES INTERNATIONAL, INC., and JOHNSON & JOHNSON,

        Defendants.

**SUMMONS IN A CIVIL CASE**

CASE NUMBER: 05-214

TO:    Computer Associates International, Inc.
        c/o United States Corporation Company
        2711 Centreville Road, Suite 400
        Wilmington, DE 19808


**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Richard D. Kirk, Esq.
The Bayard Firm
222 Delaware Avenue, Suite 900
Wilmington, Delaware 19801
302-655-5000 (phone)
302-658-6395 (fax)

an answer to the complaint which is hereby served upon you, within __20__ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. An answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.


PETER T. DALLEO                        4-12-05

_____    _____
CLERK                                         DATE

_____
(By) DEPUTY CLERK

583625v1

AO 440 (Rev. 8/01) Summons in a Civil Action

## RETURN OF SERVICE

| | |
|---|---|
| Service of the Summons and Complaint was made by me<sup>(1)</sup> | DATE  4/12/05 |
| NAME OF SERVER (PRINT)  WALTER HETZLER | TITLE  PROCESS SERVER |

*Check one box below to indicate appropriate method of service*

☒ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

   Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☒ Other (specify): PERSONALLY SERVED Computer Associates International, Inc. by SERVING ITS REGISTERED AGENT, THE UNITED STATES CORPORATION Co, AT 2711 CENTERVILLE RD, WILM DE 19808 AT 3:57PM PERSON ACCEPTING SERVICE: MARY DRUMMOND

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  4/12/05
Date

*Signature of Server*

PARCELS INC
4 E 7TH ST
WILM DE 19801
*Address of Server*

583617v1