IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| PRISM TECHNOLOGIES LLC ) | |
| ) | |
| Plaintiff, ) | |
| ) | Civil Action No. 05-214 |
| v. ) | |
| ) | |
| VERISIGN, INC., RSA SECURITY, INC., ) | |
| NETEGRITY, INC., COMPUTER ) | **JURY TRIAL DEMANDED** |
| ASSOCIATES INTERNATIONAL, INC., ) | |
| and JOHNSON & JOHNSON, ) | |
| ) | |
| Defendants. ) | |
| ) | |

NOTICE OF SERVICE ON
DEFENDANT JOHNSON & JOHNSON
PURSUANT TO 10 DEL. C. § 3104

Plaintiff Prism Technologies, Inc. hereby provides notice pursuant to 10 Del. C. §3104 as follows:

Plaintiff Johnson & Johnson is a New Jersey corporation with its principal place of business located at One Johnson & Johnson Plaza, New Brunswick, NJ 08933.

On April 13, 2005, we caused to be mailed to Johnson & Johnson by registered mail, return receipt requested, a notice letter, a copy of which is attached hereto as Exhibit A, and made a part hereof, together with copies of the Summons and the Complaint for Patent Infringement and Demand for Jury Trial as served upon the Secretary of State of Delaware, attached hereto as Exhibit B. The notice letter and copies of the complaint were contained in the same envelope at the time of its mailing on April 13, 2005.

The original signed receipt for the April 13, 2005 registered letter to Johnson & Johnson was returned to us indicating receipt by Johnson & Johnson on April 18, 2005. Attached hereto and made a part hereof as Exhibit C are: (a) the usual receipts given by the United States Post

583454v1

Office at the time of mailing to Johnson & Johnson on April 13, 2005, of the registered letter containing the Summons and Complaint; and (b) the original signed receipt for the registered letter.

Dated: April 20, 2005

                                THE BAYARD FIRM

                                _____
                                Richard D. Kirk (rk0922)
                                222 Delaware Avenue, Suite 900
                                P.O. Box 25130
                                Wilmington, DE  19899
                                (302) 655-5000
                                rkirk@bayardfirm.com
                                Attorneys for Plaintiffs

OF COUNSEL:

Dirk D. Thomas, Esq.
Robert A. Auchter, Esq.
Kenneth A. Freeling, Esq.
Jason R. Buratti, Esq.
André J. Bahou, Esq.
Robins, Kaplan, Miller & Ciresi, L.L.P.
1801 K Street, N.W., Suite 1200
Washington, D.C.  20006
(202) 775-0725

583454v1

2