# EXHIBIT A

# THE BAYARD FIRM
A T T O R N E Y S

222 DELAWARE AVENUE, SUITE 900
P.O. BOX 25130
WILMINGTON, DE 19899
ZIP CODE FOR DELIVERIES: 19801

MERITAS LAW FIRMS WORLDWIDE
www.bayardfirm.com
302-655-5000
(FAX) 302-658-6395

WRITER'S DIRECT ACCESS

(302) 429-4208
rkirk@bayardfirm.com

April 13, 2005

REGISTERED MAIL
RETURN RECEIPT REQUESTED

Johnson & Johnson
One Johnson & Johnson Plaza
New Brunswick, NJ   08933

      RE:    *Prism Technologies, Inc. v. VeriSign, Inc., et al.*
                C.A. No. 05-214 (D.Del.)

Ladies and Gentlemen:

    In accordance with the provisions of 10 Del. C. § 3104, we enclose copies of the Summons and the Complaint for Patent Infringement and Demand for Jury Trial served upon Johnson & Johnson by serving the Secretary of State of Delaware. Such service was made on April 12, 2005.

    Under the provisions of 10 Del. C. § 3104, service of summons and the complaint upon the Secretary of State of Delaware is as effectual to all intents and purposes as if it had been made upon you personally within the State of Delaware.

    We suggest you deliver these papers immediately to your attorney.

                                            Very truly yours,

                                            Richard D. Kirk

RDK/slh
Enclosures
31244-1

583941v1