

STARTING OF A SESSION

USER REQUESTS ACCESS TO A PROTECTED RESOURCE ~100

SERVER APPLICATION FORWARDS REQUEST TO CLIENT AUTHENTICATOR ~102

SESSION-ID IN COMMUNICATION HEADERS? ~104

YES

CLIENT AUTHENTICATOR SENDS CHECK-SESSION (CS) MESSAGE TO SESSION VALIDATOR ~106

SESSION VALIDATOR SEARCHES FOR SESSION-ENTRY IN ITS LIST OF ACTIVE SESSIONS ~108

ACTIVE SESSION-ENTRY FOUND? ~112

YES

TRANSACTION SERVICE AND LOGGING ~116

NO

CLIENT AUTHENTICATOR DENIES PERMISSION TO SERVER APPLICATION TO SERVICE USER'S REQUEST ~110

SESSION VALIDATOR SENDS UNSUCCESSFUL SESSION-RESPONSE (SR) TO CLIENT AUTHENTICATOR ~114

NO

SERVER APPLICATION INVOKES LOG-IN ENFORCER TO MAKE THE USER LOG-IN ~116

LOG-IN ENFORCER SENDS START-LOGIN MESSAGE TO CLIENT MESSENGER THROUGH CLIENT APPLICATION ~118

CLIENT MESSENGER SENDS A RANDOM CHALLENGE TO LOG-IN ENFORCER THROUGH SERVER APPLICATION ~120

LOG-IN ENFORCER ENCRYPTS SERVER APPLICATION PASSWORD WITH CLIENT MESSENGER'S CHALLENGE ~122

LOG-IN ENFORCER SENDS LOG-IN COMMAND AND ITS ENCRYPTED PASSWORD TO CLIENT MESSENGER WITH A NEW RANDOM CHALLENGE OF ITS OWN ~124

CLIENT MESSENGER INVOKES SERVER AUTHENTICATOR TO AUTHENTICATE SERVER APPLICATION'S PASSWORD ~126

CLIENT MESSENGER DISPLAYS SERVER AUTHENTICATION ERROR MESSAGE TO THE USER

NO ~132

SERVER AUTHENTICATION SUCCESSFUL? ~128

YES

LOG-IN, USER AUTHENTICATION, AND SESSION INITIATION PROCESS ~130

FIG. 17



LOG-IN, USER
AUTHENTICATION,
AND SESSION
INITIATION

FIG. 18

## TRANSACTION SERVICE AND LOGGING



FIG. 19



REAUTHENTICATION
FIG. 20



SESSION
RENEWAL

FIG. 21

ACCESS KEY INTERFACE READS THE DIGITAL ID AND SUBMITS IT TO LOG-IN INTERFACE — 250

LOG-IN INTERFACE SUBMITS DIGITAL ID TO CLIENT CRYPTOGRAPHER — 252

CLIENT CRYPTOGRAPHER ENCRYPTS DIGITAL ID USING THE CHALLENGE SENT BY ACCESS KEY VALIDATOR AND SENDS IT TO ACCESS KEY VALIDATOR — 254

ACCESS KEY VALIDATOR SENDS RENEW SESSION (RS) MESSAGE TO SESSION VALIDATOR WITH ENCRYPTED DIGITAL ID — 256

SESSION VALIDATOR FINDS USER'S SESSION-ENTRY AND VALIDATES THE ENCRYPTED DIGITAL ID — 258

262
SESSION VALIDATOR SENDS AN UNSUCCESSFUL SESSION RESPONSE (SR) TO ACCESS KEY VALIDATOR

VALIDATION SUCCESSFUL? — 260    NO    YES

266
SESSION VALIDATOR UPDATES THE SESSION-ENTRY'S TIME OF LAST REAUTHENTICATION

ACCESS KEY VALIDATOR REDIRECTS USER TO LOG-IN ENFORCER TO START A NEW SESSION — 264

268
SESSION VALIDATOR SENDS A SUCCESSFUL SESSION RESPONSE (SR) TO ACCESS KEY VALIDATOR

170
TRANSACTION SERVICE AND LOGGING

270
ACCESS KEY VALIDATOR GRANTS PERMISSION TO SERVER APPLICATION TO PROCESS USER'S REQUEST FOR PROTECTED RESOURCE



SESSION TERMINATION

FIG. 22



NETWORK
USAGE
TRACKING

FIG. 23

USAGE TRACKING COLLECTOR SENDS INITIATE USAGE TRACKING MESSAGE TO CLIENT MESSENGER — 310

CLIENT MESSENGER GENERATES RANDOM CHALLENGE AND SENDS IT TO USAGE TRACKING COLLECTOR — 312

USAGE TRACKING COLLECTOR ENCRYPTS SERVER APPLICATION'S PASSWORD USING THE RANDOM CHALLENGE AND SENDS A USAGE TRACK COMMAND TO CLIENT MESSENGER WITH THE ENCRYPTED PASSWORD — 314

CLIENT MESSENGER INVOKES SERVER AUTHENTICATOR TO AUTHENTICATE SERVER APPLICATION'S PASSWORD — 316

SERVER AUTHENTICATION SUCCESSFUL? — 318

NO

YES

CLIENT MESSENGER DISPLAYS SERVER AUTHENTICATION ERROR MESSAGE TO USER — 320

CLIENT MESSENGER INVOKES NETWORK USAGE TRACKER TO COLLECT ALL NETWORK USAGE DATA AND SENDS IT TO USAGE TRACKING COLLECTOR — 322

USAGE TRACKING COLLECTOR SENDS NETWORK USAGE DATA TO CLEARINGHOUSE'S NETWORK USAGE TRACKING SERVER — 324

NETWORK USAGE TRACKING SERVER UPDATES THE CLEARINGHOUSE DATABASE WITH THE NETWORK USAGE DATA — 326



CLIENT APPLICATION
DISPLAYING CONTENTS
WITHOUT COPYRIGHT
PROTECTION

FIG. 24



CLIENT APPLICATION
DISPLAYING
CONTENTS
WITH COPYRIGHT
PROTECTION

FIG. 25



COPYRIGHT
PROTECTION
PROCESS

FIG. 26



EXAMPLE COPYRIGHT PROTECTION IN WEB ENVIRONMENT

FIG. 27



FIG. 28

**ACCESS KEY BLOCK DIAGRAM**

## MULTIPLE SA SERVERS WITH A
## SINGLE SA CLEARINGHOUSE



FIG. 29

MULTIPLE SA SERVERS WITH
MULTIPLE SA CLEARINGHOUSES



FIG. 30

US 6,516,416 B2

<table>
<tr><td>1</td><td>2</td></tr>
</table>

## SUBSCRIPTION ACCESS SYSTEM FOR USE WITH AN UNTRUSTED NETWORK

The present invention generally relates to security systems for use with computer networks and more particularly to a subscription access system that is particularly adapted for use with untrusted networks, such as the Internet.

There are many information providers which are connected to the Internet or some other untrusted network. Such information providers may provide information without charge for certain information that can be accessed by any user that has access to the network. However, the same information provider may want to generate revenue from subscription services and also to protect its information assets. In order to generate revenue, there must be control over user access, rights management, billings, usage tracking and even demographic data. For an information provider to publish content on an untrusted network such as the web, it must have access to a web server which connects to the Internet. Any user with a web browser can then access the web site and view its contents. If an organization is a private corporate network and wants to display parts of its corporate data on its web site, the organization can make the private network available to the web server through a firewall computer. This enables the corporate data that is desired to be displayed without the private network being accessible to the rest of the web.

To implement a subscription access system for use over the web, information providers need to implement authentication and usage tracking. Authentication involves providing restricted access to the contents that are made available and this is typically implemented through traditional user name-password schemes. Such schemes are vulnerable to password fraud because subscribers can share their user names and password by word of mouth or through Internet news groups, which obviously is conducive to fraudulent access and loss of revenue. Usage tracking involves collecting information on how subscribers are using a particular subscription web site, which typically now involves web server access logs which tell what web resources were accessed by particular addresses. This information is often inadequate to link web site usage and a particular subscriber who used the web site. There is also no generic transaction model that defines a web transaction, which contributes to the difficulty in implementing a subscription model based upon usage.

Accordingly, it is a primary object of the present invention to provide an improved subscription access system for use in an untrusted network, such as the Internet, which system provides effective authentication and usage tracking, among other features.

Another object of the present invention is to provide an improved subscription access system which provides additional features that combine elements of subscriber authentication, subscriber authorization, demographics capture and rights management to effectively protect the assets of an online information provider.

More particularly, it is an object of the present invention to provide such an improved subscription access system that provides secure access through either a one factor (conventional user name and password) or two factor authentication (using an optional hardware access key with a unique digital ID), thus enabling a superior and effective subscriber authentication which only allows registered subscribers to access protected contents and subscriber authorization which determines the subscriber's access level within a protected site.

Yet another object of the present invention is to provide such a system that has usage tracking capability for collecting all of the subscriber's usage data and storing it in a structured query language (SQL) database under a generic transaction model.

Another object of the present invention is to provide such a system which enables demographic capture to store a subscriber's network usage history.

Still another object of the present invention is to provide such a system that has the capability of preventing content from being copied by controlling the functionality of a client application, such as a web browser, while displaying protected contents. More particularly, the functionality is controlled in a manner whereby copyrighted content, for example, can be identified and the client application can be controlled to preclude such functionality as cut and paste, copy or print. Such functionality can be controlled on a hierarchical basis.

Still another object of the present invention is to provide such a system that easily administers subscriptions and subscribers through a graphical user interface client/server application

Other objects and advantages will become apparent upon reading the following detailed description, while referring to the attached drawings.

## DESCRIPTION OF THE DRAWINGS

FIG. 1 is a block diagram of the subscription access system embodying the present invention, wherein a subscription access server is part of a local area network, with the server being connected to the Internet and to the local area network via a firewall;

FIG. 2 is a functional block diagram of the subscription access system embodying the present invention and illustrating the functional interaction of components of the system and a subscriber;

FIG. 3 is a more detailed block diagram of the schema of the present invention;

FIG. 4 is a software block diagram illustrating the system architecture of the preferred embodiment in the web environment, also known as the Internet Subscription Access (ISA) system;

FIG. 5 is a functional block diagram illustrating the structure and operation of the clearinghouse database server process of the preferred embodiment;

FIG. 6 is a functional block illustrating the structure and operation of the clearinghouse user authentication daemon of the preferred embodiment;

FIG. 7 is a block diagram illustrating the structure and operation of the clearinghouse usage daemon of the preferred embodiment;

FIG. 8 is a block diagram illustrating the structure and operation of the clearinghouse URL tracking daemon of the preferred embodiment;

FIG. 9 is a functional block diagram illustrating the structure and operation of the clearinghouse administration software of the preferred embodiment;

FIG. 10 is a functional block diagram illustrating the structure and operation of the server shared object of the preferred embodiment;

FIG. 11 is a functional block diagram illustrating the structure and operation of the server session manager of the preferred embodiment;

FIG. 12 is a functional block diagram illustrating the structure and operation of the server login common gateway interface (CGI) program of the preferred embodiment;

US 6,516,416 B2

3

FIG. 13 is a functional block diagram illustrating the structure and operation of the server reauthentication common gateway interface (CGI) program of the preferred embodiment;

FIG. 14 is a functional block diagram illustrating the structure and operation of the server online application and activation common gateway interface (CGI) program of the preferred embodiment;

FIG. 15 is a functional block diagram illustrating the structure and operation of the server URL tracking common gateway interface program of the preferred embodiment;

FIG. 16 is a functional block diagram illustrating the structure and operation of the server site administration common gateway interface program of the preferred embodiment;

FIG. 17 is a flow chart of the operation of the system at the start of a session where a user requests access to a protected resource;

FIG. 18 is a flow chart of the system illustrating the steps that are taken during the login, user authentication and session initiation;

FIG. 19 is a flow chart of the sequence of steps that occur during transaction service and login;

FIG. 20 is a flow chart of the sequence of steps taken during a reauthentication operation;

FIG. 21 is a flow chart of the sequence of steps that occur during a session renewal;

FIG. 22 is a flow chart of the sequence of steps that occur during a session termination;

FIG. 23 is a flow chart of the sequence of steps that are taken during network usage tracking;

FIG. 24 is a flow chart of the sequence of steps that occur for a user request to display contents that are not copyright protected;

FIG. 25 is a flow chart of the sequence of steps that occur for a user request to display contents that are copyright protected;

FIG. 26 is a flow chart of the sequence of steps that occur to invoke copyright protection;

FIG. 27 is a flow chart of the sequence of steps that occur in a worldwide web environment when copyright protection is invoked;

FIG. 28 is a block diagram of the access key that is part of the preferred embodiment of the present invention;

FIG. 29 is a functional block diagram which illustrates multiple system servers with a single system clearinghouse; and

FIG. 30 is a functional block diagram illustrating a system having multiple system servers and multiple system clearinghouses

DETAILED DESCRIPTION

Broadly stated, the present invention is directed to a subscription access system that is particularly adapted for use with an untrusted network, such as the Internet worldwide web. As used herein, an untrusted network is defined as a public network with no controlling organization, with the path to access the network being undefined and the user being anonymous. A client-server application running over such a network has no control over the transmitted information during all the phases of transmission. The present invention provides a platform to securely publish subscription contents on a web site and because of its superior design and operation, is capable of operating with multiple servers

4

and with multiple clearinghouses. The present invention implements its platform by restricting subscription contents to subscribers only, and by tracking their usage in a generic transaction model that can be easily integrated to any subscription billing model.

The system has four major components as shown in FIG. 1, which are a subscription access clearinghouse, indicated generally at 30; a subscription access subscriber administration software, shown generally at 32; a subscription access server, indicated generally at 34; and a number of subscription access subscriber software, one of which is shown generally at 36. The subscribers are connected to the Internet 38 via a modem connection or a similar means, and the Internet 38 has a connection to the server. The server 34 is connected to a local area network (LAN) 40 through a firewall computer 42. A firewall is used to separate a local area network from the outside world. In general, a local area network is connected to the outside world by a "Gateway" computer. This Gateway machine can be converted into a firewall by installing special software that does not let unauthorized TCP/IP packets passed from inside to outside and vice versa. The LAN 40 also provides a connection to the subscriber administration software 32 and to the clearinghouse 30. While the configuration shown in FIG. 1 has a single subscription access server 34 and a single clearinghouse server 30, the subscription access system of the present invention is adapted to be used in other configurations, which may include multiple subscription access servers being controlled by a single clearinghouse 30 or multiple subscription access servers which interact with multiple clearinghouses 30. Such flexibility in configurations is an extremely desirable aspect of the present invention.

With respect to the major components of the system as shown in FIG. 1, the clearinghouse 30 preferably resides on a back office platform in a corporate network. It has a secure interface to communicate with the subscription access servers 34 which reside on the same machine which hosts the web server. The subscriber software 36 on the other hand, resides on the subscriber's desktop machine. The clearinghouse server 35 is preferably a Sun UNIX server which runs the clearinghouse server processes and the database server. However, the database server could reside on a separate machine. The clearinghouse 30 is the entity that hosts all of the subscription information and the subscriber information. It provides a secure interface to the subscription access servers 34 which enables the subscription access servers to authenticate subscribers and to send subscriber's usage data and universal resource locator (URL) tracking data to the clearinghouse 30. The clearinghouse consists of a structured query language (SQL) database which hosts the clearinghouse database as well as a user authentication server which authenticates subscribers on behalf of the subscription access servers and processes online applications. It also includes a usage server which collects usage data from the subscription access servers 34 and updates the clearinghouse database with it, and also includes a URL tracking server which collects URL tracking data from subscription access servers 34 to update the database. The clearinghouse also includes administration software 32 which provides a graphical user interface to administer the clearinghouse database.

With respect to the clearinghouse administration software 32, it preferably resides on a desktop PC running Windows95® and should be connected to the LAN 40 so that it can communicate with the clearinghouse database server 30 using an open database connectivity (ODBC) driver. This

US 6,516,416 B2

5

software will typically be on the LAN 40 of the organization so that database access through the administration software 32 is restricted within the organization. Using this administration software, an administer can define the business rules for subscription services and administer subscription demographic data and their usage data.

With respect to the subscription access server 34, the software for it is preferably located on the same machine that hosts the web server. It is preferably a Sun Solaris machine or comparable computer. The subscription access server 34 operates in conjunction with the clearinghouse 30 to authenticate and authorize subscribers and to track their usage data. The subscription access server 34 also interacts with the subscriber software at the subscriber computer 36 to provide demographic capture and intellectual property protection. The subscription access server 34 consists of a shared object which is incorporated as a part of the web server so that the server can protect contents as will be discussed. It also has a collection of common gateway interface programs (CGI's) which implement authentication tasks such as login and access key polling. A session manager is provided which builds sessions for every valid subscriber so that it can keep the transaction list that contains all of the tasks performed during a subscriber's session. The server 34 also includes a site administration software program that provides a web based visual interface to administer the session manager and maintain subscription profiles. The server 34 sends usage data to the clearinghouse 30 at the end of every subscriber's session and includes added functionality for enforcing content protection and processing online applications for subscriptions, as well as online activation of subscriptions.

The subscriber computer 36 includes software which enables a subscriber's web browser which is preferably a Netscape Navigator Version 3.0 or above or Microsoft Internet Explorer (Version 3.1 or above). The subscriber desktop PC should operate with Windows95® or Windows® 3.1/3.11 which runs the web browser and also includes subscription access subscriber software 36 which is part of the present invention that enables it to access enabled web sites. The subscriber software 36, in addition to enabling the access to a protected web site, also allows for enforcement of the intellectual property protection feature of the present invention, the login process, reauthentication process and URL tracking. All of these features are controlled by the subscription access server 34 which sends specific commands to the subscriber software 36 to perform the tasks as needed. The subscriber software 36 is preferably available as a plug in for the Netscape Navigator Version 3.0 or above or as an ActiveX component for Microsoft Internet Explorer (Version 3.1 or above). The subscriber preferably also includes an access key for providing two factor authentication. The access key comprises a hardware component containing an ASIC as having the structure illustrated in FIG. 28 and contains a unique digital identification that is microcoded into it.

The subscription access components preferably use transmission control protocol/internet protocol (TCP/IP) and user datagram protocol/internet protocol(UDP/IP) to communication with each other. Any communication that needs to go through the web server or the web browser will follow hyper text transfer protocol (HTTP) which is based on TCP/IP. These protocols are well known to those skilled in the art. The subscriber's PC accesses web sites using HTTP in the web server and subscription access server 34 communicate with each other using UDP/IP. The subscription access server 34 and the clearinghouse 30 preferably communicate with each other using TCP/IP and the clearinghouse servers

6

communicate with a database using open database connectivity (ODBC) drivers most commonly over a TCP/IP network. The clearinghouse administration software 32 communicates with the database using an ODBC driver, most commonly over a TCP/IP or internet packet exchange (IPX) network.

The four main components of the preferred embodiment of the system as described with respect to FIG. 1 interact with one another using a distributed architecture which establishes a many-to-many relationship between the subscription access servers 34 and the clearinghouse 30. One clearinghouse 30 can be monitoring multiple subscription access servers 34 while each subscription access server is interacting with multiple subscribers 36. Similarly, a subscription access server 34 can be configured to interact with multiple clearinghouses 30.

The manner in which the preferred embodiment of the system operates in the web environment can be broadly seen by the functional block diagram of FIG. 2 which shows the clearinghouse server 30, the subscription access server 34, and the subscriber 36 with steps that are taken during a session. The first step is for the subscriber 36 to request protected content and that request is communicated to the subscription access server 34 which then commands the subscriber to login. The subscriber 36 inputs the login parameters which the subscription access server 34 then forwards to the clearinghouse 30. If the parameters are valid, a response is provided by the clearinghouse 30 to the subscription access server 34 which then communicates the protected content to the subscriber 36. The session usage data is eventually forwarded for storage by the clearinghouse 30.

While the steps that have been described with respect to FIG. 2 are a very broad overview of the preferred embodiment, the functional block diagram of FIG. 3 provides a more detailed general schema of the present invention. The system includes a server application 44, a subscriber or client application 46, both of which are connected to an untrusted network via a traditional communication path indicated by the dotted lines 48 and 50. The system includes a session manager 52 for interacting with the clearinghouse 30 and the subscription access server 34 and an hardware access key 54 which is connected to the subscriber 36. The solid lines connecting the blocks of the numbered components of FIG. 3 represent secure communications whereas the dotted lines are conventional communications paths which may not be secure.

Rather than describe the functions of the blocks of FIG. 3, the manner in which these components function will be described in connection with FIGS. 17–23 which are more detailed flowcharts that relate to specific operations of the system.

The manner in which the system translates into the preferred embodiment in the web environment will be described in connection with the functional block diagram illustrated in FIG. 4. The clearinghouse 30 contains the subscription database, the usage and demographics data, storage capability and it controls the authentication and authorization of subscribers for individually enabled web servers. The clearinghouse includes a number of subcomponents, including a clearinghouse database server 56 which provides an ODBC interface to a SQL database that contains the subscription database and usage and demographics data warehouse.

The clearinghouse also has a user authentication daemon 58 that processes the requests for user authentication by