# EXHIBIT C

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

REGISTERED MAIL
RETURN RECEIPT REQUESTED

Johnson & Johnson
One Johnson & Johnson Plaza
New Brunswick, NJ  08933

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _____  ☐ Agent  ☐ Addressee

B. Received by (Printed Name)    C. Date of Delivery

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:  ☒ No

3. Service Type
   ☐ Certified Mail    ☐ Express Mail
   ☒ Registered       ☐ Return Receipt for Merchandise
   ☐ Insured Mail     ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number (Transfer from service label)    RA 187 578 251 US

PS Form 3811, August 2001     Domestic Return Receipt     102595-01-M-0381

---

**Registered No.**    Date Stamp

| | | | |
|---|---|---|---|
| Reg. Fee $ | | Special Delivery $ | |
| Handling Charge $ | | Return Receipt $ | |
| Postage $ | | Restricted Delivery $ | |
| Received by | | | |

To Be Completed By Post Office

Customer Must Declare Full Value $ 100.
☐ With Postal Insurance
☒ Without Postal Insurance

Domestic Insurance Is Limited To $25,000; International Indemnity Is Limited (See Reverse)

FROM: Richard Kirk, Esq., The Bayard Firm
222 Delaware Ave., Suite 900
P.O. Box 25130
Wilmington, DE  19899

TO: Johnson & Johnson
One Johnson & Johnson Plaza
New Brunswick, NJ  08933

To Be Completed By Customer (Please Print) All Entries Must Be in Ballpoint or Typed

PS Form 3806, February 1995    Receipt for Registered Mail    (Post Office Copy)