IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| PRISM TECHNOLOGIES LLC | ) |
| | ) |
| Plaintiff, | ) C.A. No.: 05-214-JJF |
| v. | ) |
| | ) |
| VERISIGN, INC., RSA SECURITY INC., | ) |
| NETEGRITY INC., COMPUTER ASSOCIATES | ) |
| INTERNATIONAL INC., | ) |
| and JOHNSON & JOHNSON, | ) |
| | ) |
| Defendants. | ) |

**FIRST STIPULATION TO EXTEND TIME FOR DEFENDANT
COMPUTER ASSOCIATES INTERNATIONAL, INC. TO ANSWER,
MOVE OR OTHERWISE RESPOND TO THE COMPLAINT**

IT IS HEREBY STIPULATED, by and between plaintiff, Prism Technologies LLC ("Prism"), and defendant, Computer Associates International, Inc. ("Computer Associates"), and subject to the approval of the Court, that the date by which defendant Computer Associates must answer, move or otherwise respond to Prism's Complaint shall be extended until May 16, 2005.

THE BAYARD FIRM                                POTTER ANDERSON & CORROON LLP

By: /s/ Richard D. Kirk                        By: /s/ David E. Moore
    Richard D. Kirk                               Richard L. Horwitz
    222 Delaware Avenue, Suite 900                David E. Moore
    P. O. Box 25130                                Hercules Plaza, 6th Floor
    Wilmington, DE 19899-5130                      1313 N. Market Street
    (302) 655-5000                                 P.O. Box 951
    rkirk@bayardfirm.com                           Wilmington, DE 19899-0951
                                                   (302) 984-6000
*Counsel for Prism Technologies LLC*           rhorwitz@potteranderson.com
                                                   dmoore@potteranderson.com

*Counsel for Computer Associates International, Inc.*

SO ORDERED this _____ day of _____, 2005.

_____
United States District Judge

679048