IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| PRISM TECHNOLOGIES LLC, )<br>)<br>v. )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>VERISIGN, INC., RSA SECURITY )<br>INC., NETEGRITY INC., COMPUTER )<br>ASSOCIATES INTERNATIONAL )<br>INC., and JOHNSON & JOHNSON, )<br>)<br>Defendants. ) | C.A. No.: 05-CV-214-JJF<br><br>JURY TRIAL DEMANDED |

**FIRST STIPULATION TO EXTEND TIME FOR DEFENDANT RSA SECURITY INC.
TO ANSWER, MOVE OR OTHERWISE RESPOND TO THE COMPLAINT**

IT IS HEREBY STIPULATED, by and between plaintiff, Prism Technologies LLC ("Prism"), and defendant RSA Security Inc. ("RSA Security"), and subject to the approval of the Court, that the date by which defendant RSA Security must answer, move or otherwise respond to Prism's Complaint shall be extended until May 16, 2005.

THE BAYARD FIRM

*/s/ Richard D. Kirk*

Richard D. Kirk (#922)
rkirk@bayardfirm.com
222 Delaware Avenue, Suite 900
P. O. Box 25130
Wilmington, Delaware 19899
(302) 655-5000

Attorneys for Plaintiff

RICHARDS, LAYTON & FINGER

*/s/ Alyssa M. Schwartz*

Frederick L. Cottrell III (#2555)
cottrell@rlf.com
Alyssa M. Schwartz (#4351)
schwartz@rlf.com
One Rodney Square
P.O. Box 551
Wilmington, DE 19899
(302) 651-7700
Attorneys for Defendant RSA Security Inc.

SO ORDERED this _____ day of _____, 2005.

_____
Judge

586038v1

UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE

## CERTIFICATE OF SERVICE

I hereby certify that on April 28, 2005, I electronically filed the foregoing with the Clerk of Court using CM/ECF which will send notification of such filing(s) to the following and which has also been served as noted:

**BY HAND**
David E. Moore
Potter Anderson & Corroon
1313 North Market Street
Hercules Plaza, 6th Floor
P. O. Box 951
Wilmington, DE 19899

Alyssa M. Schwartz (#4351)
schwartz@rlf.com

RLF1-2854126-1