## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| PRISM TECHNOLOGIES LLC, | ) | |
| | ) | |
| Plaintiff, | ) | C.A. No.: 05-214-JJF |
| | ) | |
| v. | ) | |
| | ) | |
| VERISIGN, INC., RSA SECURITY INC., | ) | |
| NETEGRITY INC., COMPUTER | ) | |
| ASSOCIATES INTERNATIONAL INC. | ) | |
| and JOHNSON & JOHNSON, | ) | |
| | ) | |
| Defendants. | ) | |

### FIRST STIPULATION TO EXTEND TIME
### FOR DEFENDANT VERISIGN, INC. TO ANSWER,
### MOVE OR OTHERWISE RESPOND TO THE COMPLAINT

IT IS HEREBY STIPULATED, by and between plaintiff, Prism Technologies LLC ("Prism"), and defendant, Verisign, Inc. ("Verisign"), and subject to the approval of the Court, that the date by which defendant Verisign must answer, move or otherwise respond to Prism's Complaint shall be extended until May 16, 2005.

THE BAYARD FIRM                          CONNOLLY BOVE LODGE & HUTZ LLP

By:  /s/ Richard D. Kirk                 By:  /s/ Patricia S. Rogowski
    Richard D. Kirk (DE Bar ID 922)        Patricia S. Rogowski (DE Bar ID 2632)
    222 Delaware Avenue, Suite 900         The Nemours Building
    P.O. Box 25130                         1007 North Orange Street
    Wilmington, DE 19899-5130              P.O. Box 2207
    (302) 655-5000                         Wilmington, DE 19899
    rkirk@bayardfirm.com                   (302) 658-9141
                                           progowski@cblh.com

*Counsel for Prism Technologies LLC*       *Counsel for Verisign, Inc.*

SO ORDERED this _____ day of _____, 2005.

_____
United States District Judge

393858_1