IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| PRISM TECHNOLOGIES LLC, | ) | |
| | ) | |
| Plaintiff, | ) | Civil Action No.: 05-CV-214-JJF |
| | ) | |
| v | ) | JURY TRIAL DEMANDED |
| | ) | |
| VERISIGN, INC , RSA SECURITY INC , | ) | |
| NETEGRITY INC , COMPUTER ASSOCIATES | ) | |
| INTERNATIONAL INC , and JOHNSON & | ) | |
| JOHNSON | ) | |
| | ) | |
| Defendants | ) | |

## MOTION AND ORDER FOR ADMISSION *PRO HAC VICE*

Pursuant to Local Rule 83 5 and the attached certifications, counsel moves the admission

*pro hac vice* of William F  Lee, David B  Bassett, Mark D  Selwyn, and Gregory P  Teran

of Wilmer Cutler Pickering Hale and Dorr to represent defendant RSA Security Inc  in

this matter

Signed: _____

         Frederick L  Cottrell, III (#2555)
         Alyssa M  Schwartz (#4351)
         Richards, Layton & Finger, P A
         One Rodney Square
         Post Office Box 551
         Wilmington, Delaware 19899
         Telephone: (302) 651-7700
         cottrell@rlf com
         schwartz@rlf com
         Attorneys for Defendant RSA Security Inc

Dated: May 10, 2005

## ORDER GRANTING MOTION

IT IS HEREBY ORDERED counsel's motion for admission *pro hac vice* is granted

Date: _____    _____

                        United States District Judge

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the State of Massachusetts, and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules. In accordance with Standing Order for District Court Fund effective 1/1/05, I further certify that the annual fee of $25.00 will be submitted to the Clerk's Office upon the filing of this motion.

Signed: _____     Date: _May 9 2005_

David B. Bassett
Wilmer Cutler Pickering Hale and Dorr
60 State Street
Boston, Massachusetts 02109
david.bassett@wilmerhale.com

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the State of Massachusetts, and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules. In accordance with Standing Order for District Court Fund effective 1/1/05, I further certify that the annual fee of $25.00 will be submitted to the Clerk's Office upon the filing of this motion.

Signed: _____     Date: ___5/9/05___

Mark D. Selwyn
Wilmer Cutler Pickering Hale and Dorr
60 State Street
Boston, Massachusetts 02109
mark.selwyn@wilmerhale.com

4

# CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the State of Massachusetts, and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules.    In accordance with Standing Order for District Court Fund effective 1/1/05, I further certify that the annual fee of $25.00 will be submitted to the Clerk's Office upon the filing of this motion.

Signed: _William F. Lee_____    Date: _5/9/05_____

William F. Lee
Wilmer Cutler Pickering Hale and Dorr
60 State Street
Boston, Massachusetts 02109
william.lee@wilmerhale.com

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the State of Massachusetts, and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules. In accordance with Standing Order for District Court Fund effective 1/1/05, I further certify that the annual fee of $25.00 will be submitted to the Clerk's Office upon the filing of this motion.

Signed: _____    Date: 9 May 2005

      Gregory P. Teran
      Wilmer Cutler Pickering Hale and Dorr
      60 State Street
      Boston, Massachusetts 02109
      gregory.teran@wilmerhale.com

RLF1-2871480-1

## CERTIFICATE OF SERVICE

I hereby certify that on May 10, 2005, I electronically filed the foregoing with the Clerk

of Court using CM/ECF which will send notification of such filing(s) to the following and which

has also been served as noted:

### VIA HAND DELIVERY

Richard D. Kirk
The Bayard Firm
222 Delaware Avenue
Suite 900
P. O. Box 25130
Wilmington, Delaware 19899

Patricia S. Rogowski
Connolly, Bove, Lodge & Hutz
1007 North Orange Street
P. O. Box 2207
Wilmington, Delaware 19899

David E. Moore
Potter Anderson & Corroon
1313 N. Market Street
Hercules Plaza
6th Floor
P. O. Box 951
Wilmington, Delaware 19899

Alyssa M. Schwartz (#4351)
schwartz@rlf.com