IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| PRISM TECHNOLOGIES LLC, ) | |
| ) | |
| Plaintiff, ) | Civil Action No : 05-CV-214-JJF |
| ) | |
| v ) | JURY TRIAL DEMANDED |
| ) | |
| VERISIGN, INC , RSA SECURITY INC , ) | |
| NETEGRITY INC , COMPUTER ASSOCIATES ) | |
| INTERNATIONAL INC , and JOHNSON & ) | |
| JOHNSON ) | |
| ) | |
| Defendants ) | |

### ENTRY OF APPEARANCE

PLEASE ENTER the appearance of Frederick L Cottrell, III, Alyssa M Schwartz and the firm of Richards, Layton & Finger in the above-captioned action as counsel to defendant RSA Security Inc  Defendant reserves the right to answer, move or otherwise respond to the complaint and specifically reserves all defenses available to it

/s/ Alyssa M. Schwartz
Frederick L Cottrell, III (#2555)
Alyssa M Schwartz (#4351)
Richards, Layton & Finger
One Rodney Square
P O Box 551
Wilmington, DE 19899
(302) 658-6541
cottrell@rlf com
schwartz@rlf com
Attorneys for Defendant RSA Security Inc

Dated: May 11, 2005

## CERTIFICATE OF SERVICE

I hereby certify that on May 11, 2005, I electronically filed the foregoing with the Clerk of Court using CM/ECF which will send notification of such filing(s) to the following and which has also been served as noted:

### VIA HAND DELIVERY

Richard D. Kirk
The Bayard Firm
222 Delaware Avenue
Suite 900
P.O. Box 25130
Wilmington, Delaware 19899

Patricia S. Rogowski
Connolly, Bove, Lodge & Hutz
1007 North Orange Street
P.O. Box 2207
Wilmington, Delaware 19899

David E. Moore
Potter Anderson & Corroon
1313 N. Market Street
Hercules Plaza
6th Floor
P.O. Box 951
Wilmington, Delaware 19899

/s/ Alyssa M. Schwartz
Alyssa M. Schwartz (#4351)
schwartz@rlf.com

RLF1-2874383-1