IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| PRISM TECHNOLOGIES LLC | ) | |
| | ) | |
| Plaintiff, | ) | C.A. No.: 05-214-JJF |
| v. | ) | |
| | ) | |
| VERISIGN, INC., RSA SECURITY INC., | ) | |
| NETEGRITY INC., COMPUTER ASSOCIATES | ) | |
| INTERNATIONAL INC., | ) | |
| and JOHNSON & JOHNSON, | ) | |
| | ) | |
| Defendants. | ) | |

**STIPULATION TO EXTEND TIME FOR DEFENDANTS
TO ANSWER, MOVE, OR OTHERWISE RESPOND TO THE COMPLAINT**

IT IS HEREBY STIPULATED, by and between plaintiff and defendants, and subject to the approval of the Court, that the date by which defendants Verisign, Inc., RSA Security Inc., Netegrity Inc., Computer Associates International Inc., and Johnson & Johnson, must answer, move, or otherwise respond to plaintiff's Complaint shall be extended until June 6, 2005.

| | |
|---|---|
| THE BAYARD FIRM | POTTER ANDERSON & CORROON LLP |
| | |
| By: /s/ Richard D. Kirk | By: /s/ David E. Moore |
| Richard D. Kirk (#922) | Richard L. Horwitz (#2246) |
| 222 Delaware Avenue, Suite 900 | David E. Moore (#3983) |
| P. O. Box 25130 | Hercules Plaza, 6th Floor |
| Wilmington, DE 19899-5130 | 1313 N. Market Street |
| (302) 655-5000 | P.O. Box 951 |
| rkirk@bayardfirm.com | Wilmington, DE 19899-0951 |
| | (302) 984-6000 |
| *Counsel for Prism Technologies LLC* | rhorwitz@potteranderson.com |
| | dmoore@potteranderson.com |
| | |
| | *Counsel for Computer Associates International, Inc. and Netegrity Inc.* |

| RICHARDS LAYTON & FINGER | ASHBY & GEDDES |
|---|---|
| By: /s/ Alyssa Schwartz<br>    Frederick L. Cottrell (#2555)<br>    Alyssa Schwartz (#4351)<br>    One Rodney Square<br>    920 North King Street<br>    Wilmington, DE 19801<br>    (302) 651-7509<br>    cottrell@rlf.com<br>    schwartz@rlf.com<br><br>*Counsel for RSA Security Inc.* | By: /s/ John G. Day<br>    Steven Balick (#2114)<br>    John G. Day (#2403)<br>    222 Delaware Avenue<br>    P.O. Box 1150<br>    Wilmington, DE 19899<br>    (302) 654-1888<br>    sbalick@ashby-geddes.com<br><br>*Counsel for Johnson & Johnson* |

CONNOLLY BOVE LODGE & HUTZ LLP

By: /s/ Patricia Rogowski
    Patricia S. Rogowski (#2632)
    1007 North Orange Street
    P.O. Box 2207
    Wilmington, DE 19899
    (302) 658-9141
    progowski@cblh.com

*Counsel for Verisign Inc.*


SO ORDERED this _____ day of _____, 2005.


                                                                                                                     United States District Judge