IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| PRISM TECHNOLOGIES LLC, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | C.A. No. 05-214-JJF |
| | ) | |
| VERISIGN, INC., RSA SECURITY, INC., | ) | |
| NETEGRITY, INC., COMPUTER | ) | |
| ASSOCIATES INTERNATIONAL, INC., | ) | |
| and JOHNSON & JOHNSON, | ) | |
| | ) | |
| Defendants. | ) | |

## STIPULATED ORDER

IT IS HEREBY STIPULATED AND AGREED, subject to the approval and order of the

Court, that the deadline by which defendant Johnson & Johnson must answer, move, or

otherwise respond to the complaint in the above action is extended through and including

June 20, 2005.


THE BAYARD FIRM                              ASHBY & GEDDES

/s/ Richard D. Kirk                          /s/ Steven J. Balick
_____              _____
Richard D. Kirk (I.D. #922)                  Steven J. Balick (I.D. #2114)
222 Delaware Avenue, Suite 900               John G. Day (I.D. #2403)
P.O. Box 25130                               222 Delaware Avenue, 17th Floor
Wilmington, DE  19899                        P.O. Box 1150
(302) 655-5000                               Wilmington, DE  19899
rkirk@bayardfirm.com                         (302) 654-1888
*Attorneys for Plaintiff*                    sbalick@ashby-geddes.com
                                             jday@ashby-geddes.com
                                             *Attorneys for Defendant Johnson & Johnson*

2

SO ORDERED this _____day of _____, 2005.


_____
United States District Judge

158122.1

## CERTIFICATE OF SERVICE

I hereby certify that on the 6th day of June, 2005, the attached **STIPULATED ORDER**

was served upon the below-named counsel at the address and in the manner indicated:


Patricia S. Rogowski, Esquire                    HAND DELIVERY
Connolly Bove Lodge & Hutz LLP
The Nemours Building
1007 North Orange Street
P.O. Box 2207
Wilmington, DE  19899


Jason A. Snyderman, Esquire                    VIA FACSIMILE
Akin Gump Strauss Hauer & Feld LLP
One Commerce Square
2005 Market Street
Suite 2200
Philadelphia, PA  19103-7013


Frank C. Cimino, Jr., Esquire                    VIA FACSIMILE
Akin Gump Strauss Hauer & Feld LLP
Robert S. Strauss Building
1333 New Hampshire Avenue, N.W.
Washington, DC  20036-1564


Frederick L. Cottrell, III, Esquire                    HAND DELIVERY
Richards Layton & Finger
One Rodney Square
P.O. Box 551
Wilmington, DE  19899


William F. Lee, Esquire                    VIA FACSIMILE
Wilmer Cutler Pickering Hale & Dorr LLP
60 State Street
Boston, MA  02109


Richard L. Horwitz, Esquire                    HAND DELIVERY
Potter Anderson & Corroon LLP
1313 North Market Street
P.O. Box 951
Wilmington, DE  19899

Kevin Meek, Esquire                                    <u>VIA FACSIMILE</u>
Baker Botts LLP
2001 Ross Avenue
Dallas, TX  75201-2980

David Schlitz, Esquire                                 <u>VIA FACSIMILE</u>
Baker Botts LLP
The Warner
1299 Pennsylvania Avenue, NW
Washington, DC  20004-2400


                                    */s/ Steven J. Balick*
                                    _____
                                    Steven J. Balick