IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| PRISM TECHNOLOGIES LLC ) | |
| ) | |
| Plaintiff ) | |
| ) | C.A. No. 05-214-JJF |
| v. ) | |
| ) | |
| VERISIGN, INC., RSA SECURITY, INC., ) | |
| NETEGRITY INC., COMPUTER ASSOCIATES ) | |
| INTERNATIONAL, INC., and JOHNSON & ) | |
| JOHNSON ) | |
| ) | |
| Defendants ) | |

**COMPUTER ASSOCIATES INTERNATIONAL, INC.'S
CORPORATE DISCLOSURE STATEMENT
PURSUANT TO FED. R. CIV. P. 7.1**

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, the undersigned counsel for Defendant Computer Associates International, Inc. ("Computer Associates") certifies that there is no parent corporation nor any publicly held corporation that owns ten percent (10%) or more of Computer Associates' stock.

| | |
|---|---|
| OF COUNSEL | POTTER ANDERSON & CORROON LLP |
| | |
| David M. Schlitz | By: _____ |
| BAKER BOTTS L.L.P. | Richard L. Horwitz (#2246) |
| 1299 Pennsylvania Avenue, NW | David E. Moore (#3983) |
| Washington, DC 20004-2400 | Hercules Plaza, 6th Floor |
| Tel. 202-639-7700 | 1313 N. Market Street |
| | P.O. Box 951 |
| Samir A. Bhavsar | Wilmington, DE 19899-0951 |
| Jeffrey D. Baxter | Tel: 302-984-6000 |
| BAKER BOTTS L.L.P. | rhorwitz@potteranderson.com |
| 2001 Ross Avenue | dmoore@potteranderson.com |
| Dallas, TX 75201-2980 | |
| Tel: 214-953-6500 | |
| | |
| DATED: June 8, 2005 | *Attorneys for Defendant* |
| | *Computer Associates International, Inc.* |

685730 / 29074

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

### CERTIFICATE OF SERVICE

I, David E. Moore, hereby certify that on June 8, 2005, the attached document was hand-delivered on the following persons and was electronically filed with the Clerk of the Court using CM/ECF which will send notification of such filing(s) to the following and the document is available for viewing and downloading from CM/ECF.

Richard D. Kirk
The Bayard Firm
222 Delaware Avenue, Suite 900
P. O. Box 25130
Wilmington, DE 19899-5130

Frederick L. Cottrell, III
Alyssa M. Schwartz
Richards, Layton & Finger
One Rodney Square
P. O. Box 551
Wilmington, DE 19899-0551

Patricia Smink Rogowski
Connolly, Bove, Lodge & Hutz
1007 North Orange Street
P.O. Box 2207
Wilmington, DE 19899

Steven Balick
John G. Day
Ashby & Geddes
222 Delaware Avenue
P. O. Box 1150
Wilmington, DE 19899

I hereby certify that on June 8, 2005, I have Federal Expressed the documents to the following non-registered participants:

Dirk D. Thomas
Robert A. Auchter
Kenneth A. Freeling
Jason R. Buratti
André J. Bahou
Robins, Kaplan, Miller & Ciresi, L.L.P.
1801 K Street, Suite 1200
Washington, DC 20006

William F. Lee
David B. Bassett
Mark D. Selwyn
Gregory P. Teran
Wilmer Cutler Pickering Hale & Dorr
60 State Street
Boston, MA 02109

Edward F. Mannino
Jason A Snyderman
Akin Gump Strauss Hauer & Feld LLP
One Commerce Square, Suite 2200
2005 Market Street
Philadelphia, PA 19103

Frank C. Cimino
Akin Gump Strauss Hauer & Feld LLP
Robert S. Strauss Building
1333 New Hampshire Avenue, NW
Washington, DC 20036-1564

John DiMatteo
Willkie Farr & Gallagher LLP
787 Seventh Avenue
New York, NY 10019-6099

/s/ Richard L. Horwitz
―――――――――――――――――
Richard L. Horwitz
David E. Moore
Potter Anderson & Corroon LLP
Hercules Plaza – Sixth Floor
1313 North Market Street
P.O. Box 951
Wilmington, DE 19899-0951
(302) 984-6000
rhorwitz@potteranderson.com
dmoore@potteranderson.com