IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| PRISM TECHNOLOGIES LLC ) | |
| ) | |
| Plaintiff ) | |
| ) | C.A. No. 05-214-JJF |
| v. ) | |
| ) | |
| VERISIGN, INC., RSA SECURITY, INC., ) | |
| NETEGRITY INC., COMPUTER ASSOCIATES ) | |
| INTERNATIONAL, INC., and JOHNSON & ) | |
| JOHNSON ) | |
| ) | |
| Defendants ) | |

**NETEGRITY INC.'S CORPORATE DISCLOSURE STATEMENT
PURSUANT TO FED. R. CIV. P. 7.1**

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, the undersigned counsel for Defendant Netegrity Inc. ("Netegrity") certifies that one hundred percent (100%) of Netegrity's stock is owned by Computer Associates International, Inc.

| | |
|---|---|
| OF COUNSEL | POTTER ANDERSON & CORROON LLP |
| | |
| David M. Schlitz | By: /s/ |
| BAKER BOTTS L.L.P. | Richard L. Horwitz (#2246) |
| 1299 Pennsylvania Avenue, NW | David E. Moore (#3983) |
| Washington, DC 20004-2400 | Hercules Plaza, 6th Floor |
| Tel. 202-639-7700 | 1313 N. Market Street |
| | P.O. Box 951 |
| Samir A. Bhavsar | Wilmington, DE 19899-0951 |
| Jeffrey D. Baxter | Tel: 302-984-6000 |
| BAKER BOTTS L.L.P. | rhorwitz@potteranderson.com |
| 2001 Ross Avenue | dmoore@potteranderson.com |
| Dallas, TX 75201-2980 | |
| Tel: 214-953-6500 | |
| | |
| DATED: June 8, 2005 | *Attorneys for Defendant* |
| | *Netegrity Inc.* |

685739 / 29074

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

### CERTIFICATE OF SERVICE

I, David E. Moore, hereby certify that on June 8, 2005, the attached document was hand-delivered on the following persons and was electronically filed with the Clerk of the Court using CM/ECF which will send notification of such filing(s) to the following and the document is available for viewing and downloading from CM/ECF.

Richard D. Kirk
The Bayard Firm
222 Delaware Avenue, Suite 900
P. O. Box 25130
Wilmington, DE 19899-5130

Frederick L. Cottrell, III
Alyssa M. Schwartz
Richards, Layton & Finger
One Rodney Square
P. O. Box 551
Wilmington, DE 19899-0551

Patricia Smink Rogowski
Connolly, Bove, Lodge & Hutz
1007 North Orange Street
P.O. Box 2207
Wilmington, DE 19899

Steven Balick
John G. Day
Ashby & Geddes
222 Delaware Avenue
P. O. Box 1150
Wilmington, DE 19899

I hereby certify that on June 8, 2005, I have Federal Expressed the documents to the following non-registered participants:

Dirk D. Thomas
Robert A. Auchter
Kenneth A. Freeling
Jason R. Buratti
André J. Bahou
Robins, Kaplan, Miller & Ciresi, L.L.P.
1801 K Street, Suite 1200
Washington, DC 20006

William F. Lee
David B. Bassett
Mark D. Selwyn
Gregory P. Teran
Wilmer Cutler Pickering Hale & Dorr
60 State Street
Boston, MA 02109

Edward F. Mannino
Jason A Snyderman
Akin Gump Strauss Hauer & Feld LLP
One Commerce Square, Suite 2200
2005 Market Street
Philadelphia, PA 19103

Frank C. Cimino
Akin Gump Strauss Hauer & Feld LLP
Robert S. Strauss Building
1333 New Hampshire Avenue, NW
Washington, DC 20036-1564

John DiMatteo
Willkie Farr & Gallagher LLP
787 Seventh Avenue
New York, NY 10019-6099

/s/
———————————————
Richard L. Horwitz
David E. Moore
Potter Anderson & Corroon LLP
Hercules Plaza – Sixth Floor
1313 North Market Street
P.O. Box 951
Wilmington, DE 19899-0951
(302) 984-6000
rhorwitz@potteranderson.com
dmoore@potteranderson.com