IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| PRISM TECHNOLOGIES LLC, | ) |
| | ) |
| Plaintiff, | )  Civil Action No.  05-214-JJF |
| v. | ) |
| | ) |
| VERISIGN, INC., RSA SECURITY, INC., | ) |
| NETEGRITY, INC., COMPUTER | ) |
| ASSOCIATES INTERNATIONAL, INC., | ) |
| and JOHNSON AND JOHNSON, | ) |
| | ) |
| Defendants. | ) |

**MOTION AND ORDER FOR ADMISSION PRO HAC VICE**

Pursuant to Local Rule 83.5 and the attached certification, counsel moves for the admission *pro hac vice* of Frank C. Cimino, Clark A. Jablon, Edward F. Mannino, Jin-Suk Park and Jason A. Snyderman to represent **Defendant VERISIGN, INC.** in this matter.

Respectfully submitted,

Dated: June 17, 2005

Patricia Smink Rogowski (#2632)
**CONNOLLY BOVE LODGE & HUTZ LLP**
1007 N. Orange Street
Post Office Box 2207
Wilmington, Delaware 19899-2207
(302) 658-9141
*Attorneys for Defendant VeriSign, Inc.*

**ORDER GRANTING MOTION**

IT IS HEREBY ORDERED counsel's motion for admission *pro hac vice* is granted.

Dated:_____

_____
The Honorable Joseph J. Farnan
United States District Judge

402018v1(CB)

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| PRISM TECHNOLOGIES LLC, | ) | |
| | ) | |
| Plaintiff, | ) | C.A. No. 05-214-JJF |
| v. | ) | **JURY TRIAL DEMANDED** |
| | ) | |
| VERISIGN, INC., RSA SECURITY, | ) | |
| INC., NETEGRITY, INC., COMPUTER | ) | |
| ASSOCIATES INTERNATIONAL, INC. | ) | |
| and JOHNSON AND JOHNSON, | ) | |
| | ) | |
| Defendants. | ) | |

**CERTIFICATION BY COUNSEL
TO BE ADMITTED PRO HAC VICE**

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bars of the District of Columbia and United States Court of Appeals for the Federal Circuit and pursuant to Local Rule 83.6, submit to the disciplinary jurisdiction of this Court for any misconduct which occurs in the preparation of course of this action. I also certify I am generally familiar with this Court's Local Rules. In accordance with Standing Order for the District Court Fund effective 1/1/05, I further certify that the annual fee of $25.00 has been paid to the Clerk of Court, or if not paid previously, the fee will be submitted to the Clerk's Office upon the filing of this motion.

Frank C. Cimino
Akin Gump Strauss Hauer & Feld LLP
1333 New Hampshire Avenue, N.W.
Washington, D.C. 20036
(202) 887-4020

DATED: June 16, 2005

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| PRISM TECHNOLOGIES LLC, )<br>)<br>Plaintiff, )<br>v. )<br>)<br>VERISIGN, INC., RSA SECURITY, )<br>INC., NETEGRITY, INC., COMPUTER )<br>ASSOCIATES INTERNATIONAL, )<br>INC. and JOHNSON AND JOHNSON, )<br>)<br>Defendants. )<br>) | C.A. No. 05-214-JJF<br>**JURY TRIAL DEMANDED** |

**CERTIFICATION BY COUNSEL
TO BE ADMITTED PRO HAC VICE**

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bars of the Commonwealth of Pennsylvania and the Eastern District of Pennsylvania and pursuant to Local Rule 83.6, submit to the disciplinary jurisdiction of this Court for any misconduct which occurs in the preparation of course of this action. I also certify I am generally familiar with this Court's Local Rules. In accordance with Standing Order for the District Court Fund effective 1/1/05, I further certify that the annual fee of $25.00 has been paid to the Clerk of Court, or if not paid previously, the fee will be submitted to the Clerk's Office upon the filing of this motion.

                                                     _/s/ Clark Jablon_
                                                     Clark A. Jablon
                                                     Akin Gump Strauss Hauer & Feld LLP
                                                     One Commerce Square, Suite 2200
                                                     2005 Market Street
                                                     Philadelphia, PA 19103
DATED: June 16, 2005            (215) 965-1200

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| PRISM TECHNOLOGIES LLC, | ) | |
| | ) | |
| Plaintiff, | ) | C.A. No. 05-214-JJF |
| v. | ) | **JURY TRIAL DEMANDED** |
| | ) | |
| VERISIGN, INC., RSA SECURITY, | ) | |
| INC., NETEGRITY, INC., COMPUTER | ) | |
| ASSOCIATES INTERNATIONAL, INC. | ) | |
| and JOHNSON AND JOHNSON, | ) | |
| | ) | |
| Defendants. | ) | |

### CERTIFICATION BY COUNSEL
### TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bars of the Commonwealth of Pennsylvania, United States Court of Appeals for the Second, Third, Fifth, Eighth, Ninth and Eleventh Circuits, and United States Supreme Court and pursuant to Local Rule 83.6, submit to the disciplinary jurisdiction of this Court for any misconduct which occurs in the preparation of course of this action. I also certify I am generally familiar with this Court's Local Rules. In accordance with Standing Order for the District Court Fund effective 1/1/05, I further certify that the annual fee of $25.00 has been paid to the Clerk of Court, or if not paid previously, the fee will be submitted to the Clerk's Office upon the filing of this motion.

_____
Edward F. Mannino
Akin Gump Strauss Hauer & Feld LLP
One Commerce Square, Suite 2200
2005 Market Street
Philadelphia, PA 19103
(215) 965-1200

DATED: June 16, 2005

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| PRISM TECHNOLOGIES LLC, | ) | |
| | ) | |
| Plaintiff, | ) | C.A. No. 05-214-JJF |
| v. | ) | **JURY TRIAL DEMANDED** |
| | ) | |
| VERISIGN, INC., RSA SECURITY, | ) | |
| INC., NETEGRITY, INC., COMPUTER | ) | |
| ASSOCIATES INTERNATIONAL, INC. | ) | |
| and JOHNSON AND JOHNSON, | ) | |
| | ) | |
| Defendants. | ) | |

### CERTIFICATION BY COUNSEL
### TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bars of the District of Columbia and New York and pursuant to Local Rule 83.6, submit to the disciplinary jurisdiction of this Court for any misconduct which occurs in the preparation of course of this action. I also certify I am generally familiar with this Court's Local Rules. In accordance with Standing Order for the District Court Fund effective 1/1/05, I further certify that the annual fee of $25.00 has been paid to the Clerk of Court, or if not paid previously, the fee will be submitted to the Clerk's Office upon the filing of this motion.

_____
Jin-Suk Park
Akin Gump Strauss Hauer & Feld LLP
1333 New Hampshire Avenue, N.W.
Washington, D.C. 20036
(202) 887-4020

DATED: June 16, 2005

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| PRISM TECHNOLOGIES LLC, | ) | |
| | ) | |
| Plaintiff, | ) | C.A. No. 05-214-JJF |
| v. | ) | **JURY TRIAL DEMANDED** |
| | ) | |
| VERISIGN, INC., RSA SECURITY, INC., | ) | |
| NETEGRITY, INC., COMPUTER | ) | |
| ASSOCIATES INTERNATIONAL, INC. | ) | |
| and JOHNSON AND JOHNSON, | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

**CERTIFICATION BY COUNSEL
TO BE ADMITTED PRO HAC VICE**

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bars of the Commonwealth of Pennsylvania and the United States Court of Appeals for the Third Circuit and pursuant to Local Rule 83.6, submit to the disciplinary jurisdiction of this Court for any misconduct which occurs in the preparation of course of this action. I also certify I am generally familiar with this Court's Local Rules. In accordance with Standing Order for the District Court Fund effective 1/1/05, I further certify that the annual fee of $25.00 has been paid to the Clerk of Court, or if not paid previously, the fee will be submitted to the Clerk's Office upon the filing of this motion.

DATED: June 16, 2005

Jason A. Snyderman
Akin Gump Strauss Hauer & Feld LLP
One Commerce Square, Suite 2200
2005 Market Street
Philadelphia, PA 19103
(215) 965-1200

## **CERTIFICATE OF SERVICE**

I hereby certify that on June 17, 2005, I electronically filed MOTION FOR ADMISSION PRO HAC VICE with the Clerk of Court using CM/ECF which will send notification of such filing(s) to the following:

Richard D. Kirk
The Bayard Firm
222 Delaware Avenue, Suite 900
P.O. Box 25130
Wilmington, DE  19899-5130

Richard L. Horwitz
David E. Moore
Potter Anderson & Corroon LLP
Hercules Plaza- Sixth Floor
1313 North Market Street
P.O. Box 951
Wilmington, DE  19899-0951

Frederick L. Cottrell, III
Alyssa Schwartz
Richards Layton & Finger
One Rodney Square
P.O. Box 551
Wilmington, DE  19899-0551

Steven J. Balick
John G. Day
Ashby & Geddes
222 Delaware Avenue
P.O. Box 1150
Wilmington, DE  19899

I hereby certify that on June 17, 2005, I have mailed by United States Postal Service, the document(s) to the following non-registered participants:

Dirk D. Thomas, Esquire
Robins, Kaplan, Miller & Ciresi, LLP
1801 K Street, N.W., Suite 1200
Washington, DC 20006

John DiMatteo
Willkie Farr & Gallagher LLP
787 Seventh Avenue
New York, NY  10019-6099

Jason Snyderman
Akin Gump Strauss Hauer & Feld LLP
One Commerce Square, Suite 2200
2005 Market Street
Philadelphia, PA  19103

William Lee
Wilmer Cutler Hale & Dorr LLP
60 State Street
Boston, MA  02109

Frank C. Cimino
Akin Gump Strauss Hauer & Feld LLP
Robert S. Strauss Building
1333 New Hampshire Avenue, NW
Washington, DC  20036-1564

David M. Schlitz
Baker Botts LLP
1299 Pennsylvania Avenue, NW
Washington, DC  20004-2400

Samir A. Bhavsar
Baker Botts LLP
2001 Ross Avenue
Dallas, TX  75201-2980

By: *Patricia A. Rogowski*
Patricia Smink Rogowski (DE Bar #2632)
Connolly Bove Lodge & Hutz LLP
P.O. Box 2207
1007 N. Orange Street
Wilmington, DE  19899
(302) 658-9141
progowski@cblh.com

400470_2