US006516416B2

(12) **United States Patent**
Gregg et al.

(10) Patent No.: **US 6,516,416 B2**
(45) Date of Patent: *Feb. 4, 2003

(54) **SUBSCRIPTION ACCESS SYSTEM FOR USE WITH AN UNTRUSTED NETWORK**

(75) Inventors: **Richard L. Gregg**, Omaha, NE (US);
**Sandeep Giri**, Omaha, NE (US);
**Timothy C. Goeke**, Elkhorn, NE (US)

(73) Assignee: **Prism Resources**, Omaha, NE (US)

( * ) Notice: This patent issued on a continued prosecution application filed under 37 CFR 1.53(d), and is subject to the twenty year patent term provisions of 35 U.S.C. 154(a)(2).

Subject to any disclaimer, the term of this patent is extended or adjusted under 35 U.S.C. 154(b) by 0 days.

(21) Appl. No.: **08/872,710**

(22) Filed: **Jun. 11, 1997**

(65) **Prior Publication Data**

US 2002/0002688 A1 Jan. 3, 2002

(51) Int. Cl.⁷ ................................................. **H04L 9/00**
(52) U.S. Cl. .......................................... **713/201**; 705/51
(58) Field of Search ............................. 380/25, 21, 49, 380/30; 713/202, 201, 200; 705/54, 51

(56) **References Cited**

U.S. PATENT DOCUMENTS

5,629,980 A * 5/1997 Stefik et al. .................. 705/54
5,677,953 A * 10/1997 Dolphin ........................ 380/4
5,708,780 A * 1/1998 Levergood et al. ......... 709/229
5,765,152 A * 6/1998 Erickson ........................ 707/9
6,006,332 A * 12/1999 Rabne et al. ............... 713/201

* cited by examiner

*Primary Examiner*—Matthew Smithers
(74) *Attorney, Agent, or Firm*—Greer, Burns & Crain, Ltd.

(57) **ABSTRACT**

A system and method is disclosed for controlling access to computer resources using an untrusted network. The system preferably uses a hardware key connected to each subscriber client computer and adds software to the subscriber client computer and to the existing server computer. A clearinghouse is provided to store client and server identification data, including demographic data, including URL data, usage data and billing information. The clearinghouse authenticates the subscriber and server computers before an operating session occurs. For every new client session, a login mechanism requires the client computer to supply appropriate identification data, including a digital identification generated by the hardware key. The login parameters are verified by the clearinghouse and a session is then started. The system is adapted to protect preselected content from being printed or copied by a client using a web browser. The system architecture permits a geographical distributed system of multiple subscriber client computers, multiple server computers and multiple clearinghouses which can interact with each other.

**31 Claims, 24 Drawing Sheets**





FIG. 1



FIG. 2



FIG. 3



FIG. 4



FIG. 5



FIG. 6



FIG. 16



FIG. 7

FIG. 8

FIG. 9

FIG. 10



FIG. 11

FIG. 12



FIG. 13



FIG. 14

FIG. 15



**STARTING OF A SESSION**

FIG. 17



LOG-IN, USER
AUTHENTICATION,
AND SESSION
INITIATION

FIG. 18

## TRANSACTION SERVICE AND LOGGING



SESSION VALIDATOR ENTERS A NEW TRANSACTION-ENTRY FOR THE USER'S CURRENT SESSION — 180

SESSION VALIDATOR SENDS A SUCCESSFUL SESSION-RESPONSE (SR) TO CLIENT AUTHENTICATOR — 182

CLIENT AUTHENTICATOR GRANTS PERMISSION TO SERVER APPLICATION TO SERVICE THE USER'S REQUEST — 184

SERVER APPLICATION INVOKES THE APPROPRIATE SERVICE FUNCTION TO SEND THE PROTECTED CONTENT TO THE USER — 186

SERVER APPLICATION INVOKES TRANSACTION MONITOR TO SEND AN END TRANSACTION (ET) MESSAGE TO SESSION VALIDATOR — 188

SESSION VALIDATOR UPDATES THE TRANSACTION ENTRY WITH THE TRANSACTION-SPECIFIC INFORMATION IN THE ET MESSAGE — 190

FIG. 19

REAUTHENTICATION
FIG. 20





**SESSION RENEWAL**

**FIG. 21**



SESSION
TERMINATION

FIG. 22

**NETWORK
USAGE
TRACKING**

**FIG. 23**



USAGE TRACKING COLLECTOR
SENDS INITIATE USAGE
TRACKING MESSAGE TO CLIENT
MESSENGER — 310

↓

CLIENT MESSENGER GENERATES
RANDOM CHALLENGE AND SENDS
IT TO USAGE TRACKING
COLLECTOR — 312

↓

USAGE TRACKING COLLECTOR
ENCRYPTS SERVER
APPLICATION'S PASSWORD
USING THE RANDOM CHALLENGE
AND SENDS A USAGE TRACK
COMMAND TO CLIENT
MESSENGER WITH THE
ENCRYPTED PASSWORD — 314

↓

CLIENT MESSENGER INVOKES
SERVER AUTHENTICATOR TO
AUTHENTICATE SERVER
APPLICATION'S PASSWORD — 316

↓

SERVER
AUTHENTICATION
SUCCESSFUL? — 318

NO → CLIENT MESSENGER
DISPLAYS SERVER
AUTHENTICATION ERROR
MESSAGE TO USER — 320

YES → CLIENT MESSENGER INVOKES
NETWORK USAGE TRACKER TO
COLLECT ALL NETWORK USAGE
DATA AND SENDS IT TO USAGE
TRACKING COLLECTOR — 322

↓

USAGE TRACKING
COLLECTOR SENDS
NETWORK USAGE DATA TO
CLEARINGHOUSE'S
NETWORK USAGE
TRACKING SERVER — 324

↓

NETWORK USAGE
TRACKING SERVER
UPDATES THE
CLEARINGHOUSE
DATABASE WITH THE
NETWORK USAGE DATA — 326



CLIENT APPLICATION
DISPLAYING CONTENTS
WITHOUT COPYRIGHT
PROTECTION

FIG. 24



CLIENT APPLICATION
DISPLAYING
CONTENTS
WITH COPYRIGHT
PROTECTION

FIG. 25



**COPYRIGHT PROTECTION PROCESS**

FIG. 26



EXAMPLE COPYRIGHT PROTECTION IN WEB ENVIRONMENT

FIG. 27



FIG. 28

ACCESS KEY BLOCK DIAGRAM

**MULTIPLE SA SERVERS WITH A
SINGLE SA CLEARINGHOUSE**



FIG. 29

MULTIPLE SA SERVERS WITH
MULTIPLE SA CLEARINGHOUSES



FIG. 30