IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| PRISM TECHNOLOGIES LLC )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>VERISIGN, INC., RSA SECURITY, INC., )<br>NETEGRITY, INC., COMPUTER )<br>ASSOCIATES INTERNATIONAL, INC., )<br>and JOHNSON & JOHNSON, )<br>)<br>Defendants. )<br>_____ ) | Civil Action No. 05-214 JJF<br><br>JURY TRIAL DEMANDED |

### PLAINTIFF PRISM TECHNOLOGIES LLC'S REPLY TO NETEGRITY, INC.'S COUNTERCLAIMS

Plaintiff Prism Technologies LLC ("Prism"), by and through its undersigned counsel, hereby replies to Netegrity, Inc.'s ("Netegrity") counterclaims as follows:

### REPLY TO COUNTERCLAIMS

#### PARTIES

25. Prism admits the allegations contained in paragraph 25 of the Counterclaims.

26. Prism admits the allegations contained in paragraph 26 of the Counterclaims.

#### JURISDICTION AND VENUE

27. Prism admits the allegations contained in paragraph 27 of the Counterclaims.

28. Prism admits that venue is proper in this Court under 28 U.S.C. § 1400(b) and denies the remaining allegations of paragraph 28 of the Counterclaims.

592166v1

## REPLY TO COUNT ONE
### (Declaratory Relief Regarding Non-Infringement)

29. Prism admits the allegations contained in paragraph 29 of the Counterclaims.

30. Prism denies the allegations contained in paragraph 30 of the Counterclaims.

## REPLY TO COUNT TWO
### (Declaratory Relief Regarding Invalidity)

31. Prism admits the allegations contained in paragraph 31 of the Counterclaims.

32. Prism denies the allegations contained in paragraph 32 of the Counterclaims.

## EXCEPTIONAL CASE

33. Prism denies that Netegrity is entitled to recover Netegrity's attorneys' fees and costs incurred with this action.

## REPLY TO DEMAND FOR JURY TRIAL

34. No reply is required to Netegrity's demand for trial by jury.

## PRAYER FOR RELIEF

Prism prays that:

A. Netegrity take nothing by way of its Counterclaims and that said Counterclaims be dismissed with prejudice;

B. U.S. Patent No. 6,516,416 be held infringed, enforceable, and not invalid;

C. Judgment be entered against Netegrity;

D. This case be deemed exceptional under 35 U.S.C. § 285, thereby entitling Prism to its reasonable attorney's fees;

E. Prism be awarded its costs of suit incurred herein; and

F. This Court award to Prism such further relief as it may deem just and proper.

|  |  |
|---|---|
| Dated: June 22, 2005 | THE BAYARD FIRM<br><br>*/s/ Richard D. Kirk*<br>Richard D. Kirk (#922)<br>222 Delaware Avenue, Suite 900<br>Wilmington, Delaware 19899-5130<br>rkirk@bayardfirm.com<br>(302) 655-5000<br><br>ATTORNEYS FOR PLAINTIFF PRISM TECHNOLOGIES LLC |

OF COUNSEL:

Dirk D. Thomas, Esq.
Robert A. Auchter, Esq.
Kenneth A. Freeling, Esq.
Jason R. Buratti, Esq.
André J. Bahou, Esq.
Robins, Kaplan, Miller & Ciresi, L.L.P.
1801 K Street, N.W., Suite 1200
Washington, D.C.  20006
(202) 775-0725

## CERTIFICATE OF SERVICE

I hereby certify that on June 22, 2005, I electronically filed PLAINTIFF PRISM TECHNOLOGIES LLC'S REPLY TO NETEGRITY, INC.'S COUNTERCLAIMS with the Clerk of the Court using CM/ECF which will send notification of such filing to the following:

Frederick L. Cottrell, III, Esq.
Alyssa M. Schwartz, Esq.
Richards Layton & Finger
One Rodney Square
P.O. Box 551
Wilmington, DE 19801

Richard L. Horwitz, Esq.
David E. Moore, Esq.
Potter Anderson & Corroon LLP
1313 N. Market Street
Hercules Plaza, 6th Floor
P.O. Box 951
Wilmington, DE 19899

Patricia S. Rogowski, Esq.
Connolly, Bove, Lodge & Hutz, LLP
1007 North Orange Street
P.O. Box 2207
Wilmington, DE 19899

Steven J. Balick, Esq.
John G. Day, Esq.
Ashby & Geddes
222 Delaware Ave., 17th Fl.
Wilmington, DE 19801

I further hereby certify that on June 22, 2005, I mailed by first class mail, postage prepaid, the above-entitled document to the following non-registered participants:

John DiMatteo, Esq.
Willkie Farr & Gallagher LLP
787 Seventh Avenue
New York, NY 10019-6099

William Lee, Esq.
Wilmer Cutler Hale & Dorr LLP
60 State Street
Boston, MA 02109

Jason Snyderman, Esq.
Akin Gump Strauss Hauer & Feld LLP
One Commerce Square, Suite 2200
2005 Market Street
Philadelphia, PA 19103

Richard D. Kirk (#922)

592166v1