IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| PRISM TECHNOLOGIES LLC ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> VERISIGN, INC., RSA SECURITY, INC., ) <br> NETEGRITY, INC., COMPUTER ) <br> ASSOCIATES INTERNATIONAL, INC., ) <br> and JOHNSON & JOHNSON, ) <br> ) <br> Defendants. ) <br> _____ ) | Civil Action No. 05-214 JJF <br><br> JURY TRIAL DEMANDED |

### PLAINTIFF PRISM TECHNOLOGIES LLC'S REPLY TO RSA SECURITY, INC.'S COUNTERCLAIMS

Plaintiff Prism Technologies LLC ("Prism"), by and through its undersigned counsel, hereby replies to RSA Security, Inc.'s ("RSA") counterclaims as follows:

### REPLY TO COUNTERCLAIMS

### PARTIES

1. Prism admits the allegations contained in paragraph 1 of the Counterclaims.

2. Prism admits the allegations contained in paragraph 2 of the Counterclaims.

### JURISDICTION AND VENUE

3. Prism admits the allegations contained in paragraph 3 of the Counterclaims.

4. Prism admits that it is subject to personal jurisdiction solely for the purpose of litigating RSA's properly pled Counterclaims.

5. Prism admits the allegations contained in paragraph 5 of the Counterclaims.

## REPLY TO FACTS

6. Prism admits the allegations contained in paragraph 6 of the Counterclaims.

7. Prism admits the allegations contained in paragraph 7 of the Counterclaims.

8. Prism denies the allegations contained in paragraph 8 of the Counterclaims.

9. Prism admits the allegations contained in paragraph 9 of the Counterclaims.

## REPLY TO COUNT ONE
### (Non-infringement of the '416 Patent)

10. Prism repeats and realleges its responses to the preceding paragraphs as if fully set forth herein.

11. Prism denies the allegations contained in paragraph 10 of the Counterclaims.

12. Prism denies the allegations contained in paragraph 11 of the Counterclaims.

## REPLY TO COUNT TWO
### (Invalidity of the '416 Patent)

13. Prism repeats and realleges its responses to the preceding paragraphs as if fully set forth herein.

14. Prism denies the allegations contained in paragraph 12 of the Counterclaims.

15. Prism denies the allegations contained in paragraph 13 of the Counterclaims.

## REPLY TO COUNT THREE
### (Unenforceability of the '416 Patent)

16. Prism repeats and realleges its responses to the preceding paragraphs as if fully set forth herein.

17. Prism denies the allegations contained in paragraph 14 of the Counterclaims.

18. Prism denies the allegations contained in paragraph 15 of the Counterclaims.

## FIRST AFFIRMATIVE DEFENSE

19.     As an affirmative defense, Prism alleges that the Counterclaims fail to state a claim upon which relief can be granted.

## PRAYER FOR RELIEF

Prism prays that:

A.     RSA take nothing by way of its Counterclaims and that said Counterclaims be dismissed with prejudice;

B.     U.S. Patent No. 6,516,416 be held infringed, enforceable, and not invalid;

C.     Judgment be entered against RSA;

D.     This case be deemed exceptional under 35 U.S.C. § 285, thereby entitling Prism to its reasonable attorney's fees;

E.     Prism be awarded its costs of suit incurred herein; and

F.     This Court award to Prism such further relief as it may deem just and proper.

## REPLY TO DEMAND FOR JURY TRIAL

No reply is required to RSA's demand for trial by jury.

THE BAYARD FIRM

Dated: June 22, 2005            By: /s/ Richard D. Kirk
Richard D. Kirk (#922)
222 Delaware Avenue, Suite 900
Wilmington, Delaware 19899-5130
rkirk@bayardfirm.com
(302) 655-5000

ATTORNEYS FOR PLAINTIFF PRISM TECHNOLOGIES LLC

592165v1

OF COUNSEL:

Dirk D. Thomas, Esq.
Robert A. Auchter, Esq.
Kenneth A. Freeling, Esq.
Jason R. Buratti, Esq.
André J. Bahou, Esq.
Robins, Kaplan, Miller & Ciresi, L.L.P.
1801 K Street, N.W., Suite 1200
Washington, D.C. 20006
(202) 775-0725

## CERTIFICATE OF SERVICE

I hereby certify that on June 22, 2005, I electronically filed PLAINTIFF PRISM TECHNOLOGIES LLC'S REPLY TO RSA SECURITY, INC.'S COUNTERCLAIMS with the Clerk of the Court using CM/ECF which will send notification of such filing to the following:

Frederick L. Cottrell, III, Esq.
Alyssa M. Schwartz, Esq.
Richards Layton & Finger
One Rodney Square
P.O. Box 551
Wilmington, DE 19801

Richard L. Horwitz, Esq.
David E. Moore, Esq.
Potter Anderson & Corroon LLP
1313 N. Market Street
Hercules Plaza, 6th Floor
P.O. Box 951
Wilmington, DE 19899

Patricia S. Rogowski, Esq.
Connolly, Bove, Lodge & Hutz, LLP
1007 North Orange Street
P.O. Box 2207
Wilmington, DE 19899

Steven J. Balick, Esq.
John G. Day, Esq.
Ashby & Geddes
222 Delaware Ave., 17th Fl.
Wilmington, DE 19801

I further hereby certify that on June 22, 2005, I mailed by first class mail, postage prepaid, the above-entitled document to the following non-registered participants:

John DiMatteo, Esq.
Willkie Farr & Gallagher LLP
787 Seventh Avenue
New York, NY 10019-6099

William Lee, Esq.
Wilmer Cutler Hale & Dorr LLP
60 State Street
Boston, MA 02109

Jason Snyderman, Esq.
Akin Gump Strauss Hauer & Feld LLP
One Commerce Square, Suite 2200
2005 Market Street
Philadelphia, PA 19103

_____
Richard D. Kirk (#922)

592165v1