IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| PRISM TECHNOLOGIES LLC | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | Civil Action No. 05-214 JJF |
| v. | ) | |
| | ) | |
| VERISIGN, INC., RSA SECURITY, INC., | ) | |
| NETEGRITY, INC., COMPUTER | ) | **JURY TRIAL DEMANDED** |
| ASSOCIATES INTERNATIONAL, INC., | ) | |
| and JOHNSON & JOHNSON, | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

### PLAINTIFF PRISM TECHNOLOGIES LLC'S REPLY
### TO VERISIGN, INC.'S COUNTERCLAIMS

Plaintiff Prism Technologies LLC ("Prism"), by and through its undersigned counsel, hereby replies to VeriSign, Inc.'s ("VeriSign") counterclaim as follows:

### REPLY TO COUNTERCLAIM FOR DECLARATORY JUDGMENT

25.     Paragraph 25 of VeriSign's Counterclaim contains conclusions of law to which no response is required. To the extent a response is deemed necessary, said allegations are denied.

26.     Prism admits that this Court has subject matter jurisdiction over the Counterclaim under 28 U.S.C. §§ 1331, 1338(a), 2201, and 2202. Prism further admits that venue is proper pursuant to 28 U.S.C. §§ 1391(b) and 1400(b). Prism denies the remaining allegations contained in paragraph 26 of the Counterclaim.

27.     Upon information and belief, Prism admits the allegations contained in paragraph 27 of the Counterclaim.

28.     Prism admits the allegations contained in paragraph 28 of the Counterclaim.

592161v1

29.    Prism admits that Prism is the assignee of the '416 patent and that the '416 patent was duly and legally assigned.  Prism denies the remaining allegations contained in paragraph 29 of the Counterclaim.

30.    Prism admits the allegations contained in paragraph 30 of the Counterclaim.


## REPLY TO COUNT I

31.    Prism repeats and realleges its responses to paragraphs 25 through 30 as if fully set forth herein.

32.    Prism admits the allegations contained in paragraph 32 of the Counterclaim.

33.    Prism admits the allegations contained in paragraph 33 of the Counterclaim.

34.    Prism denies the allegations contained in paragraph 34 of the Counterclaim.


## REPLY TO COUNT II

35.    Prism repeats and realleges its responses to paragraphs 25 through 34 as if fully set forth herein.

36.    Prism denies the allegations contained in paragraph 36 of the Counterclaim.


## PRAYER FOR RELIEF

A.    That VeriSign take nothing by way of its Counterclaim and that said Counterclaim be dismissed with prejudice;

B.    That U.S. Patent No. 6,516,416 be held infringed, enforceable, and not invalid;

C.    That Judgment be entered against VeriSign;

592161v1

D.    That this case be deemed exceptional under 35 U.S.C. § 285, thereby entitling

Prism to its reasonable attorney's fees;

E.    That Prism be awarded its costs of suit incurred herein; and

F.    That this Court award to Prism such further relief as it may deem just and proper.

THE BAYARD FIRM

Dated: June 22, 2005

_____
Richard D. Kirk (#922)
222 Delaware Avenue, Suite 900
P.O. Box 25130
Wilmington, Delaware 19899-5130
rkirk@bayardfirm.com
(302) 655-5000

ATTORNEYS FOR PLAINTIFF PRISM
TECHNOLOGIES LLC

OF COUNSEL:

Dirk D. Thomas, Esq.
Robert A. Auchter, Esq.
Kenneth A. Freeling, Esq.
Jason R. Buratti, Esq.
André J. Bahou, Esq.
Robins, Kaplan, Miller & Ciresi, L.L.P.
1801 K Street, N.W., Suite 1200
Washington, D.C.  20006
(202) 775-0725

592161v1

3

## CERTIFICATE OF SERVICE

I hereby certify that on June 22, 2005, I electronically filed PLAINTIFF PRISM

TECHNOLOGIES LLC'S REPLY TO VERISIGN, INC.'S COUNTERCLAIMS with the Clerk

of the Court using CM/ECF which will send notification of such filing to the following:

Frederick L. Cottrell, III, Esq.
Alyssa M. Schwartz, Esq.
Richards Layton & Finger
One Rodney Square
P.O. Box 551
Wilmington, DE 19801

Richard L. Horwitz, Esq.
David E. Moore, Esq.
Potter Anderson & Corroon LLP
1313 N. Market Street
Hercules Plaza, 6th Floor
P.O. Box 951
Wilmington, DE 19899

Patricia S. Rogowski, Esq.
Connolly, Bove, Lodge & Hutz, LLP
1007 North Orange Street
P.O. Box 2207
Wilmington, DE 19899

Steven J. Balick, Esq.
John G. Day, Esq.
Ashby & Geddes
222 Delaware Ave., 17th Fl.
Wilmington, DE 19801

I further hereby certify that on June 22, 2005, I mailed by first class mail, postage

prepaid, the above-entitled document to the following non-registered participants:

John DiMatteo, Esq.
Willkie Farr & Gallagher LLP
787 Seventh Avenue
New York, NY 10019-6099

William Lee, Esq.
Wilmer Cutler Hale & Dorr LLP
60 State Street
Boston, MA 02109

Jason Snyderman, Esq.
Akin Gump Strauss Hauer & Feld LLP
One Commerce Square, Suite 2200
2005 Market Street
Philadelphia, PA 19103

Richard D. Kirk (#922)