# THE BAYARD FIRM
ATTORNEYS

222 DELAWARE AVENUE, SUITE 900
P.O. BOX 25130
WILMINGTON, DE 19899
ZIP CODE FOR DELIVERIES: 19801

MERITAS LAW FIRMS WORLDWIDE

www.bayardfirm.com
302-655-5000
(FAX) 302-658-6395
WRITER'S DIRECT ACCESS

RICHARD D. KIRK
302-429-4208
rkirk@bayardfirm.com

June 22, 2005

BY E-FILE

The Honorable Joseph J. Farnan, Jr.
U.S. District Court for the District of Delaware
844 North King Street, Lock Box 18
Wilmington, DE 19801

    Re:    Prism Technologies LLC v. VeriSign, Inc., et al.
              C.A. No. 05-214-JJF

Dear Judge Farnan:

    Today I filed plaintiff Prism Technologies LLC's ("Prism") First Amended Complaint [D.I. 30] which substitutes Johnson & Johnson Services, Inc.("JJSI") for its parent company Johnson & Johnson ("JNJ"). This substitution was requested by counsel for JJSI and JNJ, and Prism agreed to the substitution. Prism amends its complaint pursuant to Fed. R. Civ. P. 15(a) as a matter of course because no responsive pleading has been served by JNJ and based on the agreement of counsel for the respective parties.

    Since no changes were made to the Complaint that would affect any party other than JNJ or JJSI, Prism does not believe that the other named defendants, VeriSign, Inc., RSA Security, Inc., Netegrity, Inc., or Computer Associates International, Inc., need to respond to the First Amended Complaint. Prism accepts the previously lodged answers and counterclaims by those parties as answers and counterclaims to the First Amended Complaint.

                               Respectfully submitted,

                               /s/ Richard D. Kirk (rk0922)

RDK/slh

592160v1

THE BAYARD FIRM

31244-1

cc:   Clerk of the Court (by hand)
      Frederick L. Cottrell, III, Esq.
      Richard L. Horwitz, Esq.
      Patricia S. Rogowski, Esq.
      Steven J. Balick, Esq.
         (all via e-filing)

592160v1