AO 440 (Del Rev. 10/01) Summons in a Civil Action

# United States District Court

District of     **DELAWARE**

PRISM TECHNOLOGIES LLC,

        Plaintiff,

    v.

VERISIGN, INC., RSA SECURITY, INC., NETEGRITY, INC., COMPUTER ASSOCIATES INTERNATIONAL, INC., and JOHNSON & JOHNSON SERVICES, INC.

        Defendants.

**SUMMONS IN A CIVIL CASE**

CASE NUMBER: 05-214-JJF

TO:    Johnson & Johnson Services, Inc.
         c/o Neal K. Feivelson, Esquire
         Wilkie Farr & Gallagher LLP
         787 Seventh Avenue
         New York, New York 10019-6099

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Richard D. Kirk, Esq.
The Bayard Firm
222 Delaware Avenue, Suite 900
Wilmington, Delaware 19801
302-655-5000 (phone)
302-658-6395 (fax)

an answer to the complaint which is hereby served upon you, within _____20_____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. An answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

PETER T. DALLEO              6-23-05

CLERK                                                      DATE

(By) DEPUTY CLERK

583627v1

AO 440 (Rev. 8/01) Summons in a Civil Action

# RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and Complaint was made by me[1] | June 24, 2005 |
| NAME OF SERVER (*PRINT*)  Richard D. Kirk | TITLE    Attorney |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

   Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☒ Other (*specify*):  Served via Federal Express on June 24, 2005 upon counsel to Johnson & Johnson Services, Inc., Neal K. Feivelson, Wilkie Farr & Gallagher LLP, 787 Seventh Avenue, New York, NY  10019-6099, pursuant to agreement of the parties.

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
|  |  |  |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on   6/24/2005
              Date

Signature of Server

Address of Server:
The Bayard Firm
222 Delaware Ave.
Suite 900
Wilmington, DE 19801

[1] As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

583627v1