IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| PRISM TECHNOLOGIES LLC<br><br>    Plaintiff,<br><br>v.<br><br>VERISIGN, INC., RSA SECURITY, INC., NETEGRITY, INC., COMPUTER ASSOCIATES INTERNATIONAL, INC., and JOHNSON & JOHNSON SERVICES, INC.,<br><br>    Defendants. | C.A. No. 05-214 JJF<br><br>JURY TRIAL DEMANDED |

**PLAINTIFF PRISM TECHNOLOGIES LLC'S REPLY
TO JOHNSON & JOHNSON SERVICES, INC.'S COUNTERCLAIMS**

Plaintiff Prism Technologies LLC ("Prism"), by and through its undersigned counsel, hereby replies to Johnson & Johnson Services, Inc.'s ("JJSI") counterclaims as follows:

<u>**REPLY TO COUNTERCLAIMS FOR DECLARATORY JUDGMENT**</u>

**Parties**

24.    Upon information and belief, Prism admits the allegations contained in paragraph 24 of the Counterclaim.

25.    Admitted.

**Jurisdiction and Venue**

26.    Prism admits that this Court has subject matter jurisdiction over the Counterclaim under 28 U.S.C. §§ 1331, 1338(a), and 2201.

27.    Prism admits that it is subject to personal jurisdiction solely for the purpose of litigating JJSI's properly pled Counterclaims.

594558v1

28.   Prism admits that venue is proper pursuant to 28 U.S.C. §§ 1391(b) and 1400(b). Prism denies the remaining allegations contained in paragraph 28 of the Counterclaim.

### Reply to Facts

29.   Admitted.

30.   Prism admits the allegations contained in paragraph 30 of the Counterclaim.

31.   Prism denies the allegations contained in paragraph 31 of the Counterclaim.

32.   Prism admits the allegations contained in paragraph 32 of the Counterclaim.

### REPLY TO COUNT ONE
### (Declaratory Relief Regarding Non-Infringement)

33.   Prism repeats and realleges its responses to paragraphs 24 through 32 as if fully set forth herein.

34.   Prism denies the allegations contained in paragraph 34 of the Counterclaim.

35.   Prism denies the allegations contained in paragraph 35 of the Counterclaim.

### REPLY TO COUNT TWO
### (Declaratory Relief Regarding Invalidity)

36.   Prism repeats and realleges its responses to paragraphs 24 through 32 as if fully set forth herein.

37.   Prism denies the allegations contained in paragraph 37 of the Counterclaim.

38.   Prism denies the allegations contained in paragraph 38 of the Counterclaim.

### Exceptional Case

39.   Prism denies that JJSI is entitled to recover JJSI's attorneys' fees and costs incurred with this action.

## PRAYER FOR RELIEF

Prism prays:

    A.    That JJSI take nothing by way of its Counterclaim and that said Counterclaim be dismissed with prejudice;

    B.    That U.S. Patent No. 6,516,416 be held infringed, enforceable, and not invalid;

    C.    That Judgment be entered against JJSI;

    D.    That this case be deemed exceptional under 35 U.S.C. § 285, thereby entitling Prism to its reasonable attorney's fees;

    E.    That Prism be awarded its costs of suit incurred herein; and

    F.    That this Court award to Prism such further relief as it may deem just and proper.

July 14, 2005

THE BAYARD FIRM

*/s/ Richard D. Kirk*

Richard D. Kirk (#922)
222 Delaware Avenue, Suite 900
Wilmington, Delaware 19899-5130
rkirk@bayardfirm.com
(302) 655-5000

ATTORNEYS FOR PLAINTIFF PRISM
TECHNOLOGIES LLC

OF COUNSEL:

Dirk D. Thomas, Esq.
Robert A. Auchter, Esq.
Kenneth A. Freeling, Esq.
Jason R. Buratti, Esq.
André J. Bahou, Esq.
Robins, Kaplan, Miller & Ciresi, L.L.P.
1801 K Street, N.W., Suite 1200
Washington, D.C. 20006
(202) 775-0725

594558v1

## CERTIFICATE OF SERVICE

The undersigned counsel certifies that, on July 14, 2005, he electronically filed the foregoing document with the Clerk of the Court using CM/ECF, which will send automatic notification of the filing to the following:

Frederick L. Cottrell, III, Esq.
Alyssa M. Schwartz, Esq.
Richards Layton & Finger
One Rodney Square
P.O. Box 551
Wilmington, DE 19801

Richard L. Horwitz, Esq.
David E. Moore, Esq.
Potter Anderson & Corroon LLP
1313 N. Market Street
Hercules Plaza, 6th Floor
P.O. Box 951
Wilmington, DE 19899

Patricia S. Rogowski, Esq.
Connolly, Bove, Lodge & Hutz, LLP
1007 North Orange Street
P.O. Box 2207
Wilmington, DE 19899

Steven J. Balick, Esq.
John G. Day, Esq.
Ashby & Geddes
222 Delaware Ave., 17th Fl.
Wilmington, DE 19801

The undersigned counsel further certifies that copies of the foregoing document were sent by hand on July 14, 2005 to the above counsel and by first-class mail to the below counsel:

John DiMatteo, Esq.
Willkie Farr & Gallagher LLP
787 Seventh Avenue
New York, NY 10019-6099

William Lee, Esq.
Wilmer Cutler Hale & Dorr LLP
60 State Street
Boston, MA 02109

Jason Snyderman, Esq.
Akin Gump Strauss Hauer & Feld LLP
One Commerce Square, Suite 2200
2005 Market Street
Philadelphia, PA 19103

Frank C. Cimino, Esq.
Akin Gump Strauss Hauer & Feld LLP
Robert S. Strauss Building
1333 New Hampshire Avenue, NW
Washington, DC 20036-1564

587422v1

David M. Schlitz
Baker Botts L.L.P.
1299 Pennsylvania Avenue, NW
Washington, DC  20004-2400

Samir A. Bhavsar
Jeffrey D. Baxter
Baker Botts L.L.P.
2001 Ross Avenue
Dallas, TX  75201-2980

/s/ Richard D. Kirk (rk0922)
Richard D. Kirk

587422v1