IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| PRISM TECHNOLOGIES LLC ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> VERISIGN, INC., RSA SECURITY, INC., ) <br> NETEGRITY, INC., COMPUTER ) <br> ASSOCIATES INTERNATIONAL, INC., ) <br> and JOHNSON & JOHNSON, ) <br> ) <br> Defendants. ) <br> _____ ) | Civil Action No. 05-214-JJF <br><br> JURY TRIAL DEMANDED |

## NOTICE OF SERVICE

PLEASE TAKE NOTICE that on September 16, 2005, true and correct copies of Defendant RSA Security Inc.'s First Set of Requests for Documents and Things to Plaintiff Prism Technologies LLC was served on counsel below as noted:

### VIA HAND DELIVERY

Patricia Smink Rogowski, Esquire
Connolly Bove Lodge & Hutz LLP
The Nemours Building
1007 North Orange Street
P.O. Box 2207
Wilmington, DE 19899

John G. Day, Esquire
Ashby & Geddes
222 Delaware Avenue
P.O. Box 1150
Wilmington, DE 19899

Richard D. Kirk, Esquire
The Bayard Firm
222 Delaware Avenue
Suite 900
Wilmington, DE 19899

Richard L. Horwitz, Esquire
David E. Moore, Esquire
Potter Anderson & Corroon LLP
1313 N. Market Street
P.O. Box 951
Wilmington, DE 19899

RLF1-2923053-1

**VIA FEDERAL EXPRESS**

Dirk D. Thomas, Esquire
Robins, Kaplan, Miller & Ciresi, LLP
1801 K Street, N.W., Suite 1200
Washington, DE 20006

Edward F. Mannino, Esquire
Jason Snyderman, Esquire
Akin Gump Strauss Hauer & Feld LLP
One Commerce Square, Suite 2200
2005 Market Street
Philadelphia, PA 19103

John MiMatteo, Esquire
Willkie Farr & Gallagher LLP
787 Seventh Avenue
New York, NY 10019-6099

Frank C. Cimino, Esquire
Akin Gump Strauss Hauer & Feld LLP
Robert S. Strauss Building
1333 New Hampshire Avenue, NW
Washington, DC 20036-1564

_/s/ signature_
Frederick L. Cottrell, III (#2555)
Alyssa M. Schwartz (#4351)
Richards, Layton & Finger, P.A.
One Rodney Square
Post Office Box 551
Wilmington, DE 19899
Telephone: (302) 651-7700
cottrell@rlf.com
schwartz@rlf.com

Of Counsel:

David B. Bassett
Mark D. Selwyn
Gregory P. Teran
Wilmer Cutler Pickering Hale and Dorr LLP
60 State Street
Boston, MA 02109
(617) 526-6000

Dated: September 16, 2005

## CERTIFICATE OF SERVICE

I hereby certify that on September 16, 2005, I electronically filed the foregoing with the Clerk of Court using CM/ECF which will send notification of such filing(s) to the following and which has also been served as noted:

### VIA HAND DELIVERY

Patricia Smink Rogowski, Esquire
Connolly Bove Lodge & Hutz LLP
The Nemours Building
1007 North Orange Street
P.O. Box 2207
Wilmington, DE 19899

John G. Day, Esquire
Ashby & Geddes
222 Delaware Avenue
P.O. Box 1150
Wilmington, DE 19899

Richard D. Kirk, Esquire
The Bayard Firm
222 Delaware Avenue
Suite 900
Wilmington, DE 19899

Richard L. Horwitz, Esquire
David E. Moore, Esquire
Potter Anderson & Corroon LLP
1313 N. Market Street
P.O. Box 951
Wilmington, DE 19899

I hereby certify that on September 16, 2005, I have mailed by Federal Express, the document(s) to the following non-registered participants:

Dirk D. Thomas, Esquire
Robins, Kaplan, Miller & Ciresi, LLP
1801 K Street, N.W., Suite 1200
Washington, DE 20006

Edward F. Mannino, Esquire
Jason Snyderman, Esquire
Akin Gump Strauss Hauer & Feld LLP
One Commerce Square, Suite 2200
2005 Market Street
Philadelphia, PA 19103

John MiMatteo, Esquire
Willkie Farr & Gallagher LLP
787 Seventh Avenue
New York, NY 10019-6099

Frank C. Cimino, Esquire
Akin Gump Strauss Hauer & Feld LLP
Robert S. Strauss Building
1333 New Hampshire Avenue, NW
Washington, DC 20036-1564

Alyssa M. Schwartz (#4351)
schwartz@rlf.com

RLF1-2874383-1