IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

PRISM TECHNOLOGIES LLC

    Plaintiff,

v.

VERISIGN, INC., RSA SECURITY, INC., NETEGRITY, INC., COMPUTER ASSOCIATES INTERNATIONAL, INC., and JOHNSON & JOHNSON SERVICES, INC.,

    Defendants.

Civil Action No. 05-214 JJF

## NOTICE OF SERVICE

PLEASE TAKE NOTICE that, on September 16, 2005, copies of 1) Plaintiff's First Set of Rule 34 Requests for Production of Documents and Things to Defendant Johnson & Johnson Services, Inc. and 2) Plaintiff's First Set of Interrogatories to Defendant Johnson & Johnson Services, Inc. and this NOTICE OF SERVICE were served as shown:

**BY EMAIL AND BY HAND:**

| | |
|---|---|
| Frederick L. Cottrell, III, Esq.<br>Alyssa M. Schwartz, Esq.<br>Richards Layton & Finger<br>One Rodney Square<br>P.O. Box 551<br>Wilmington, DE 19801 | Richard L. Horwitz, Esq.<br>David E. Moore, Esq.<br>Potter Anderson & Corroon LLP<br>1313 N. Market Street<br>Hercules Plaza, 6th Floor<br>P.O. Box 951<br>Wilmington, DE 19899 |
| Patricia S. Rogowski, Esq.<br>Connolly, Bove, Lodge & Hutz, LLP<br>1007 North Orange Street<br>P.O. Box 2207<br>Wilmington, DE 19899 | Steven J. Balick, Esq.<br>John G. Day, Esq.<br>Ashby & Geddes<br>222 Delaware Ave., 17th Fl.<br>Wilmington, DE 19801 |

601756v1

BY EMAIL AND U.S. MAIL:

John DiMatteo, Esq.  
Willkie Farr & Gallagher LLP  
787 Seventh Avenue  
New York, NY  10019-6099

William Lee, Esq.  
Wilmer Cutler Hale & Dorr LLP  
60 State Street  
Boston, MA  02109

Jason Snyderman, Esq.  
Akin Gump Strauss Hauer & Feld LLP  
One Commerce Square, Suite 2200  
2005 Market Street  
Philadelphia, PA  19103

Frank C. Cimino, Esq.  
Akin Gump Strauss Hauer & Feld LLP  
Robert S. Strauss Building  
1333 New Hampshire Avenue, NW  
Washington, DC  20036-1564

David M. Schlitz  
Baker Botts L.L.P.  
1299 Pennsylvania Avenue, NW  
Washington, DC  20004-2400

Samir A. Bhavsar  
Jeffrey D. Baxter  
Baker Botts L.L.P.  
2001 Ross Avenue  
Dallas, TX  75201-2980

THE BAYARD FIRM

September 16, 2005

/s/ Richard D. Kirk (rk0922)  
Richard D. Kirk  
222 Delaware Avenue, Suite 900  
Wilmington, Delaware 19899  
(302) 655-5000  
rkirk@bayardfirm.com

ATTORNEYS FOR PLAINTIFF PRISM TECHNOLOGIES LLC

OF COUNSEL:

Dirk D. Thomas, Esq.  
Robert A. Auchter, Esq.  
Kenneth A. Freeling, Esq.  
Jason R. Buratti, Esq.  
André J. Bahou, Esq.  
Robins, Kaplan, Miller & Ciresi, L.L.P.  
1801 K Street, N.W., Suite 1200  
Washington, D.C.  20006  
(202) 775-0725

691756v1