IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

PRISM TECHNOLOGIES LLC

    Plaintiff,

v.

VERISIGN, INC., RSA SECURITY, INC.,
NETEGRITY, INC., COMPUTER
ASSOCIATES INTERNATIONAL, INC.,
and JOHNSON & JOHNSON SERVICES,
INC.,

    Defendants.

Civil Action No. 05-214 JJF

## NOTICE OF SERVICE

PLEASE TAKE NOTICE that, on September 20, 2005, copies of 1) Plaintiff's Revised First Set of Rule 34 Requests for Production of Documents and Things to Defendant Johnson & Johnson Services, Inc. and 2) Plaintiff's Revised First Set of Interrogatories to Defendant Johnson & Johnson Services, Inc. and this NOTICE OF SERVICE were served as shown:

**BY EMAIL AND BY HAND:**

Frederick L. Cottrell, III, Esq.
Alyssa M. Schwartz, Esq.
Richards Layton & Finger
One Rodney Square
P.O. Box 551
Wilmington, DE 19801

Richard L. Horwitz, Esq.
David E. Moore, Esq.
Potter Anderson & Corroon LLP
1313 N. Market Street
Hercules Plaza, 6th Floor
P.O. Box 951
Wilmington, DE 19899

Patricia S. Rogowski, Esq.
Connolly, Bove, Lodge & Hutz, LLP
1007 North Orange Street
P.O. Box 2207
Wilmington, DE 19899

Steven J. Balick, Esq.
John G. Day, Esq.
Ashby & Geddes
222 Delaware Ave., 17th Fl.
Wilmington, DE 19801

602074v1

BY EMAIL AND U.S. MAIL:

John DiMatteo, Esq.  
Willkie Farr & Gallagher LLP  
787 Seventh Avenue  
New York, NY 10019-6099

William Lee, Esq.  
Wilmer Cutler Hale & Dorr LLP  
60 State Street  
Boston, MA 02109

Jason Snyderman, Esq.  
Akin Gump Strauss Hauer & Feld LLP  
One Commerce Square, Suite 2200  
2005 Market Street  
Philadelphia, PA 19103

Frank C. Cimino, Esq.  
Akin Gump Strauss Hauer & Feld LLP  
Robert S. Strauss Building  
1333 New Hampshire Avenue, NW  
Washington, DC 20036-1564

David M. Schlitz  
Baker Botts L.L.P.  
1299 Pennsylvania Avenue, NW  
Washington, DC 20004-2400

Samir A. Bhavsar  
Jeffrey D. Baxter  
Baker Botts L.L.P.  
2001 Ross Avenue  
Dallas, TX 75201-2980

THE BAYARD FIRM

September 20, 2005

/s/ Richard D. Kirk (rk0922)  
Richard D. Kirk  
222 Delaware Avenue, Suite 900  
Wilmington, Delaware 19899  
(302) 655-5000  
rkirk@bayardfirm.com

ATTORNEYS FOR PLAINTIFF PRISM TECHNOLOGIES LLC

OF COUNSEL:

Dirk D. Thomas, Esq.  
Robert A. Auchter, Esq.  
Kenneth A. Freeling, Esq.  
Jason R. Buratti, Esq.  
André J. Bahou, Esq.  
Robins, Kaplan, Miller & Ciresi, L.L.P.  
1801 K Street, N.W., Suite 1200  
Washington, D.C. 20006  
(202) 775-0725

602074v1