**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| PRISM TECHNOLOGIES LLC, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) C. A. No. 05-214-JJF |
| VERISIGN, INC., RSA SECURITY, INC., | ) |
| NETEGRITY, INC., COMPUTER ASSOCIATES | ) |
| INTERNATIONAL, INC., and JOHNSON & | ) |
| JOHNSON SERVICES, INC., | ) |
| | ) |
| Defendants | ) |

## NOTICE OF SERVICE

The undersigned, counsel for Netegrity, Inc. and Computer Associates International, Inc., hereby certifies that true and correct copies of (1) Rule 26(a)(1) Initial Disclosures of Defendant Computer Associates International, Inc.; and (2) Rule 26(a)(1) Initial Disclosures of Defendant Netrigity, Inc were caused to be served on September 29, 2005 on the attorneys of record at the following addresses as indicated:

**VIA HAND DELIVERY**

Richard D. Kirk
The Bayard Firm
222 Delaware Avenue, Suite 900
P. O. Box 25130
Wilmington, DE  19899-5130

Frederick L. Cottrell, III
Alyssa M. Schwartz
Richards, Layton & Finger
One Rodney Square
P. O. Box 551
Wilmington, DE  19899-0551

Patricia Smink Rogowski
Connolly, Bove, Lodge & Hutz
1007 North Orange Street
P.O. Box 2207
Wilmington, DE 19899

Steven Balick
John G. Day
Ashby & Geddes
222 Delaware Avenue
P. O. Box 1150
Wilmington, DE  19899

**VIA FEDERAL EXPRESS**

| | |
|---|---|
| Dirk D. Thomas<br>Robert A. Auchter<br>Kenneth A. Freeling<br>Jason R. Buratti<br>André J. Bahou<br>Robins, Kaplan, Miller & Ciresi, L.L.P.<br>1801 K Street, Suite 1200<br>Washington, DC  20006 | William F. Lee<br>David B. Bassett<br>Mark D. Selwyn<br>Gregory P. Teran<br>Wilmer Cutler Pickering Hale & Dorr<br>60 State Street<br>Boston, MA  02109 |
| Edward F. Mannino<br>Jason A Snyderman<br>Akin Gump Strauss Hauer & Feld LLP<br>One Commerce Square, Suite 2200<br>2005 Market Street<br>Philadelphia, PA  19103 | John DiMatteo<br>Willkie Farr & Gallagher LLP<br>787 Seventh Avenue<br>New York, NY  10019-6099 |

Frank C. Cimino
Akin Gump Strauss Hauer & Feld LLP
Robert S. Strauss Building
1333 New Hampshire Avenue, NW
Washington, DC  20036-1564

| | |
|---|---|
| OF COUNSEL | POTTER ANDERSON & CORROON LLP |
| David M. Schlitz | |
| Stephen M. Silver | By: */s David E. Moore* |
| BAKER BOTTS L.L.P. | Richard L. Horwitz (#2246) |
| 1299 Pennsylvania Ave., N.W. | David E. Moore (#3983) |
| Washington, D.C. 20004-2400 | Hercules Plaza, 6th Floor |
| Tel. 202-639-7700 | 1313 N. Market Street |
| | P.O. Box 951 |
| Samir A. Bhavsar | Wilmington, DE 19899-0951 |
| Jeffrey D. Baxter | Tel: 302-984-6000 |
| BAKER BOTTS L.L.P. | |
| 2001 Ross Avenue | *Attorney for Defendants Netrigity, Inc. and* |
| Dallas, TX 75201-2980 | *Computer Associates International, Inc. and* |
| Tel: 214-953-6500 | |

Dated: September 29, 2005

701432

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

## CERTIFICATE OF SERVICE

I, Richard L. Horwitz, hereby certify that on September 29, 2005, the attached document was hand-delivered on the following persons and was electronically filed with the Clerk of the Court using CM/ECF which will send notification of such filing(s) to the following and the document is available for viewing and downloading from CM/ECF.

| | |
|---|---|
| Richard D. Kirk<br>The Bayard Firm<br>222 Delaware Avenue, Suite 900<br>P. O. Box 25130<br>Wilmington, DE  19899-5130 | Frederick L. Cottrell, III<br>Alyssa M. Schwartz<br>Richards, Layton & Finger<br>One Rodney Square<br>P. O. Box 551<br>Wilmington, DE  19899-0551 |
| Patricia Smink Rogowski<br>Connolly, Bove, Lodge & Hutz<br>1007 North Orange Street<br>P.O. Box 2207<br>Wilmington, DE 19899 | Steven Balick<br>John G. Day<br>Ashby & Geddes<br>222 Delaware Avenue<br>P. O. Box 1150<br>Wilmington, DE  19899 |

I hereby certify that on September 29, 2005, I have Federal Expressed the documents to the following non-registered participants:

| | |
|---|---|
| Dirk D. Thomas<br>Robert A. Auchter<br>Kenneth A. Freeling<br>Jason R. Buratti<br>André J. Bahou<br>Robins, Kaplan, Miller & Ciresi, L.L.P.<br>1801 K Street, Suite 1200<br>Washington, DC  20006 | William F. Lee<br>David B. Bassett<br>Mark D. Selwyn<br>Gregory P. Teran<br>Wilmer Cutler Pickering Hale & Dorr<br>60 State Street<br>Boston, MA  02109 |

| | |
|---|---|
| Edward F. Mannino<br>Jason A Snyderman<br>Akin Gump Strauss Hauer & Feld LLP<br>One Commerce Square, Suite 2200<br>2005 Market Street<br>Philadelphia, PA  19103<br><br>Frank C. Cimino<br>Akin Gump Strauss Hauer & Feld LLP<br>Robert S. Strauss Building<br>1333 New Hampshire Avenue, NW<br>Washington, DC  20036-1564 | John DiMatteo<br>Willkie Farr & Gallagher LLP<br>787 Seventh Avenue<br>New York, NY  10019-6099 |

                                              /s/ David E. Moore
                                              Richard L. Horwitz
                                              David E. Moore
                                              Potter Anderson & Corroon LLP
                                              Hercules Plaza – Sixth Floor
                                              1313 North Market Street
                                              P.O. Box 951
                                              Wilmington, DE  19899-0951
                                              (302) 984-6000
                                              rhorwitz@potteranderson.com
                                              dmoore@potteranderson.com

680022