IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| PRISM TECHNOLOGIES LLC,<br><br>Plaintiff,<br><br>v.<br><br>VERISIGN, INC., RSA SECURITY, INC., NETEGRITY, INC., COMPUTER ASSOCIATES INTERNATIONAL, INC. and JOHNSON AND JOHNSON,<br><br>Defendants. | C.A. No. 05-214-JJF<br><br>JURY TRIAL DEMANDED |

### NOTICE OF SERVICE

PLEASE TAKE NOTICE that on September 30, 2005, a true and correct copy of DEFENDANT VERISIGN, INC.'S INITIAL DISCLOSURES PURSUANT TO FEDERAL RULE 26(A) was served on the attorneys of record at the following addresses specified below:

Richard D. Kirk **(By Hand)**
The Bayard Firm
22 Delaware Avenue
Suite 900
Wilmington, DE 19899

Frederick L. Cottrell, III **(By Hand)**
Richards Layton & Finger
One Rodney Square
920 North King Street,
Wilmington, DE 19801

Richard L. Horwitz **(By Hand)**
Potter Anderson & Corroon
1313 North Market Street
P.O. Box 951
Wilmington, DE 19899

Dirk D. Thomas **(Federal Express)**
Robins, Kaplan, Miller & Ciresi, LLP
1801 K Street, N.W.
Suite 1200
Washington, D.C. 20006-1307

David M. Schlitz **(Federal Express)**
Baker Botts LLP
1299 Pennsylvania Avenue, N.W.
Washington, D.C. 20004-2450

Gregory P. Teran **(Federal Express)**
Wilmer Cutler Pickering Hale & Dorr LLP
60 State Street
Boston, MA 02109

| | |
|---|---|
| Steven J. Balick **(By Hand)**<br>Ashby & Geddes<br>222 Delaware Avenue<br>P.O. Box 1150<br>Wilmington, DE 19899 | John DiMatteo **(Federal Express)**<br>Willkie Farr & Gallagher LLP<br>787 Seventh Avenue<br>New York, NY 10019-6099 |

Dated: September 30, 2005

*Of Counsel*

Edward F. Mannino
Jason A. Snyderman
AKIN GUMP STRAUSS HAUER & FELD LLP
One Commerce Square, Suite 2200
2005 Market Street
Philadelphia, PA 19103
Telephone: (215) 965-1200
Fax: (215) 965-1210

Frank C. Cimino
Jin-Suk Park
AKIN GUMP STRAUSS HAUER & FELD LLP
Robert S. Strauss Building
1333 New Hampshire Avenue, NW
Washington, DC 20036-1564
Telephone: (202) 887-4000
Fax: (202) 887-4288

CONNOLLY BOVE LODGE & HUTZ LLP

By: /s/ Patricia Smink Rogowski
Patricia Smink Rogowski
Delaware Bar ID 2632
The Nemours Building
1007 North Orange Street
PO Box 2207
Wilmington DE 19899
Telephone : (302) 658-9141
Fax: (302) 658-5614

*Attorneys for Defendant, VeriSign, Inc.*