# EXHIBIT A

Case 1:05-cv-00214-JJF   Document 58-2   Filed 10/11/2005   Page 1 of 3

## EXHIBIT A

| Event | Prism Proposal | Joint Defense Proposal |
|---|---|---|
| **Fact Discovery** | | |
| Rule 26(a)(1) Pre-Discovery Initial Disclosures | September 29, 2005 | September 29, 2005 |
| Compliance with Default Standard for Electronic Discovery | October 31, 2005 | October 31, 2005 |
| Notice of reliance on advice of counsel as defense to charge of willful infringement | February 24, 2006 | An agreed upon date after the Court's ruling on claim construction |
| Joinder of Other Parties and Amendment of Pleadings | April 7, 2006 | April 7, 2006 |
| Completion of Fact Discovery | April 7, 2006 | April 7, 2006 |
| **Markman Proceedings** | | |
| Serve List of Terms/Phrases on opposing party | March 10, 2006 | November 4, 2005 |
| Serve proposed claim interpretation for each term and/or phrase on list | March 24, 2006 | November 18, 2005 |
| Negotiate in good faith to narrow list of disputed claim terms and/or phrases. | March 31, 2006 | December 2, 2005 |
| File joint statement with the Court listing all disputed claim terms and/or phrases and the parties' proposed interpretations | April 14, 2006 | December 2, 2005 |
| Simultaneous opening briefs on claim construction | April 28, 2006 | December 16, 2005 |
| Simultaneous responsive briefs on claim construction | May 19, 2006 | January 13, 2006 |
| Markman hearing | At the Court's discretion | At the Court's discretion |
| **Expert Discovery** | | |
| Expert reports on any issue on which the party bears the burden of proof | May 12, 2006 | An agreed upon date after the Court's ruling on claim construction |
| Rebuttal expert reports | May 26, 2006 | 30 days after opening expert reports |
| Expert depositions | June 2, 2006-July 28, 2006 | 14-60 days after rebuttal expert reports are served |
| **Dispositive Motions** | | |
| Filing of case dispositive motions | August 28, 2006. No motion may be filed more than ten (10) days from this date | Can be filed at any time unless such a motion turns on a disputed claim term in which |

|  | without leave of court | case no such motion could be filed until after the Court's ruling on claim construction. |
|---|---|---|
| Briefing schedule | Pursuant to D. Del. L.R. 7.1.2 | Pursuant to D. Del. L.R. 7.1.2 |
| **Status Conferences** | December 9, 2005 and March 24, 2006 | December 9, 2005 and March 24, 2006 |