IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

PRISM TECHNOLOGIES LLC,

Plaintiff,

v.

VERISIGN, INC., RSA SECURITY,
INC., NETEGRITY, INC., COMPUTER
ASSOCIATES INTERNATIONAL, INC.
and JOHNSON AND JOHNSON,

Defendants.

C.A. No. 05-214-JJF

**JURY TRIAL DEMANDED**

## NOTICE OF SERVICE

PLEASE TAKE NOTICE that on October 27, 2005, true and correct copies of **VERISIGN INC.'S RESPONSE TO PLAINTIFF'S REVISED FIRST SET OF INTERROGATORIES (NOS. 1-10)** and **VERISIGN INC.'S RESPONSE TO PLAINTIFF'S REVISED FIRST SET OF DOCUMENT REQUESTS (NOS. 1-32)** were served on the attorneys of record at the following addresses specified below:

Richard D. Kirk **(By Hand)**
The Bayard Firm
22 Delaware Avenue
Suite 900
Wilmington, DE 19899

Frederick L. Cottrell, III **(By Hand)**
Richards Layton & Finger
One Rodney Square
920 North King Street,
Wilmington, DE  19801

Richard L. Horwitz **(By Hand)**
Potter Anderson & Corroon
1313 North Market Street
P.O. Box 951
Wilmington, DE  19899

Dirk D. Thomas **(Federal Express)**
Robins, Kaplan, Miller & Ciresi, LLP
1801 K Street, N.W.
Suite 1200
Washington, D.C. 20006-1307

David M. Schlitz **(Federal Express)**
Baker Botts LLP
1299 Pennsylvania Avenue, N.W.
Washington, D.C. 20004-2450

Gregory P. Teran **(Federal Express)**
Wilmer Cutler Pickering Hale & Dorr LLP
60 State Street
Boston, MA 02109

Steven J. Balick **(By Hand)**
Ashby & Geddes
222 Delaware Avenue
P.O. Box 1150
Wilmington, DE 19899

Dated: October 27, 2005

*Of Counsel*

Edward F. Mannino
Jason A. Snyderman
AKIN GUMP STRAUSS HAUER & FELD LLP
One Commerce Square, Suite 2200
2005 Market Street
Philadelphia, PA 19103
Telephone: (215) 965-1200
Fax: (215) 965-1210

Frank C. Cimino
Jin-Suk Park
AKIN GUMP STRAUSS HAUER & FELD LLP
Robert S. Strauss Building
1333 New Hampshire Avenue, NW
Washington, DC 20036-1564
Telephone: (202) 887-4000
Fax: (202) 887-4288

John DiMatteo **(Federal Express)**
Willkie Farr & Gallagher LLP
787 Seventh Avenue
New York, NY 10019-6099

CONNOLLY BOVE LODGE & HUTZ LLP

By: _Patricia S. Rogowski_
   Patricia Smink Rogowski
   Delaware Bar ID 2632
   The Nemours Building
   1007 North Orange Street
   PO Box 2207
   Wilmington DE 19899
   Telephone : (302) 658-9141
   Fax: (302) 658-5614

*Attorneys for Defendant, VeriSign, Inc.*