IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| PRISM TECHNOLOGIES LLC, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | C.A. No. 05-214-JJF |
| | ) | |
| VERISIGN, INC., RSA SECURITY, INC., | ) | |
| NETEGRITY, INC., COMPUTER | ) | |
| ASSOCIATES INTERNATIONAL, INC., | ) | |
| and JOHNSON & JOHNSON, | ) | |
| | ) | |
| Defendants. | ) | |

## NOTICE OF SERVICE

The undersigned hereby certifies that on the 2nd day of November, 2005, **DEFENDANT JOHNSON & JOHNSON SERVICES, INC.'S FIRST REQUEST FOR PRODUCTION OF DOCUMENTS AND THINGS TO PLAINTIFF (NOS. 1-69)** was served upon the following counsel of record at the address and in the manner indicated:

Richard D. Kirk, Esquire                          HAND DELIVERY
The Bayard Firm
222 Delaware Avenue, Suite 900
P.O. Box 25130
Wilmington, DE  19899

Dirk D. Thomas, Esquire                           VIA FEDERAL EXPRESS
Robin, Kaplan, Miller & Ciresi, LLP
1801 K Street, N.W., Suite 1200
Washington, DC  20006

Patricia S. Rogowski, Esquire                     HAND DELIVERY
Connolly Bove Lodge & Hutz LLP
The Nemours Building
1007 North Orange Street
P.O. Box 2207
Wilmington, DE  19899

Jason A. Snyderman, Esquire                                    VIA FEDERAL EXPRESS
Akin Gump Strauss Hauer & Feld LLP
One Commerce Square
2005 Market Street
Suite 2200
Philadelphia, PA  19103-7013

Frank C. Cimino, Jr., Esquire                                  VIA FEDERAL EXPRESS
Akin Gump Strauss Hauer & Feld LLP
Robert S. Strauss Building
1333 New Hampshire Avenue, N.W.
Washington, DC  20036-1564

Frederick L. Cottrell, III, Esquire                            HAND DELIVERY
Richards Layton & Finger
One Rodney Square
Wilmington, DE  19899

William F. Lee, Esquire                                        VIA FEDERAL EXPRESS
Wilmer Cutler Pickering Hale & Dorr LLP
60 State Street
Boston, MA  02109

Kate Hutchins, Esquire                                         VIA FEDERAL EXPRESS
Wilmer Cutler Pickering Hale & Dorr
399 Park Avenue
New York, NY  10022

Richard L. Horwitz, Esquire                                    HAND DELIVERY
Potter Anderson & Corroon LLP
1313 North Market Street
P.O. Box 951
Wilmington, DE  19899

Samir Bhavsar, Esquire                                         VIA FEDERAL EXPRESS
Baker Botts LLP
2001 Ross Avenue
Dallas, TX  75201-2980

David M. Schlitz, Esquire                                        VIA FEDERAL EXPRESS
Baker Botts LLP
The Warner
1299 Pennsylvania Avenue, NW
Washington, DC  20004-2400


                                                      ASHBY & GEDDES

                                                      /s/ Lauren E. Maguire
                                                      _____
                                                      Steven J. Balick (I.D. #2114)
                                                      John G. Day (I.D. #2403)
                                                      Lauren E. Maguire (I.D. #4261)
                                                      222 Delaware Avenue, 17th Floor
                                                      P.O. Box 1150
                                                      Wilmington, DE  19899
                                                      (302) 654-1888
                                                      sbalick@ashby-geddes.com
                                                      jday@ashby-geddes.com
                                                      lmagurie@ashby-geddes.com

                                                      *Attorneys for Defendant Johnson & Johnson*

*Of Counsel:*

John M. DiMatteo
Neal K. Feivelson
Leslie M. Spencer
Willkie Farr & Gallagher LLP
787 Seventh Avenue
New York, NY  10019-6099
(212) 728-8130

Dated:  November 2, 2005
158286.1

## CERTIFICATE OF SERVICE

I hereby certify that on the 2nd day of November, 2005, the attached **NOTICE OF SERVICE** was served upon the below-named counsel at the address and in the manner indicated:

Richard D. Kirk, Esquire                                             HAND DELIVERY
The Bayard Firm
222 Delaware Avenue, Suite 900
P.O. Box 25130
Wilmington, DE  19899

Dirk D. Thomas, Esquire                                         VIA FEDERAL EXPRESS
Robin, Kaplan, Miller & Ciresi, LLP
1801 K Street, N.W., Suite 1200
Washington, DC  20006

Patricia S. Rogowski, Esquire                                       HAND DELIVERY
Connolly Bove Lodge & Hutz LLP
The Nemours Building
1007 North Orange Street
P.O. Box 2207
Wilmington, DE  19899

Jason A. Snyderman, Esquire                                     VIA FEDERAL EXPRESS
Akin Gump Strauss Hauer & Feld LLP
One Commerce Square
2005 Market Street, Suite 2200
Philadelphia, PA  19103-7013

Frank C. Cimino, Jr., Esquire                                   VIA FEDERAL EXPRESS
Akin Gump Strauss Hauer & Feld LLP
Robert S. Strauss Building
1333 New Hampshire Avenue, N.W.
Washington, DC  20036-1564

Frederick L. Cottrell, III, Esquire                                 HAND DELIVERY
Richards Layton & Finger
One Rodney Square
P.O. Box 551
Wilmington, DE  19899

William F. Lee, Esquire                                      <u>VIA FEDERAL EXPRESS</u>
Wilmer Cutler Pickering Hale & Dorr LLP
60 State Street
Boston, MA  02109

Kate Hutchins, Esquire                                       <u>VIA FEDERAL EXPRESS</u>
Wilmer Cutler Pickering Hale & Dorr
399 Park Avenue
New York, NY  10022

Richard L. Horwitz, Esquire                                  <u>HAND DELIVERY</u>
Potter Anderson & Corroon LLP
1313 North Market Street
P.O. Box 951
Wilmington, DE  19899

Samir Bhavsar, Esquire                                       <u>VIA FEDERAL EXPRESS</u>
Baker Botts LLP
2001 Ross Avenue
Dallas, TX  75201-2980

David M. Schlitz, Esquire                                    <u>VIA FEDERAL EXPRESS</u>
Baker Botts LLP
The Warner
1299 Pennsylvania Avenue, NW
Washington, DC  20004-2400


                                          */s/ Lauren E. Maguire*
                                          _____
                                          Lauren E. Maguire