IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| PRISM TECHNOLOGIES LLC, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | C.A. No. 05-214-JJF |
| VERISIGN, INC., RSA SECURITY, INC., ) | |
| NETEGRITY INC., COMPUTER ASSOCIATES ) | |
| INTERNATIONAL, INC., and JOHNSON & ) | |
| JOHNSON, ) | |
| ) | |
| Defendants. ) | |

**NOTICE OF ORAL DEPOSITION 0F PRISM TECHNOLOGIES LLC**

PLEASE TAKE NOTICE that the oral deposition of Prism Technologies LLC will be taken pursuant to Federal Rule of Civil procedure 30(b)(6) at the offices of Baker Botts LLC located at 1299 Pennsylvania Avenue, NW, Washington, DC 20004, on January 25, 2006, beginning at 10:00 am.

The matters on which the examination is requested include:

1. The evidentiary support that Prism Technologies LLC ("Prism") had, as of April 11, 2005, for its allegations with regard to Computer Associates International, Inc. ("Computer Associates") and Netegrity, Inc. ("Netegrity") in PLAINTIFF'S COMPLAINT FOR PATENT INFRINGEMENT AND DEMAND FOR JURY TRIAL ("the Complaint").

2. Prism's factual bases, as of April 11, 2005, for its allegations with regard to Computer Associates and Netegrity in the Complaint.

3. The evidentiary support that Prism had, as of June 22, 2005, for its allegations with regard to Computer Associates and Netegrity in PLAINTIFF'S FIRST

AMENDED COMPLAINT FOR PATENT INFRINGEMENT AND DEMAND FOR JURY TRIAL ("the Amended Complaint").

4. Prism's factual bases, as of June 22, 2005, for its allegations with regard to Computer Associates and Netegrity in the Amended Complaint.

5. Prism's investigation of Computer Associates' alleged infringement prior to filing the Complaint.

6. Prism's investigation of Netegrity's alleged infringement prior to filing the Complaint.

In accordance with Fed.R.Civ.P. 30(b)(6), Prism shall designate officers, directors, or agents to testify on its behalf as to matters known or reasonable available to Prism.

| | |
|---|---|
| OF COUNSEL | POTTER ANDERSON & CORROON LLP |
| David M. Schlitz<br>BAKER BOTTS L.L.P.<br>1299 Pennsylvania Avenue, NW<br>Washington, D.C. 20004-2400<br>Tel. 202-639-7700 | By: */s/ Richard L. Horwitz*<br>Richard L. Horwitz (#2246)<br>David E. Moore (#3983)<br>Hercules Plaza, 6th Floor<br>1313 N. Market Street |
| Samir A. Bhavsar<br>Jeffrey D. Baxter<br>BAKER BOTTS L.L.P.<br>2001 Ross Avenue<br>Dallas, TX 75201-2980<br>Tel: 214-953-6500 | P.O. Box 951<br>Wilmington, DE 19899-0951<br>Tel: 302-984-6000<br>rhorwitz@potteranderson.com<br>dmoore@potteranderson.com |
| Dated: January 6, 2006 | *Attorneys for Defendant*<br>*Computer Associates International, Inc.* |

713852

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF DELAWARE**

**<u>CERTIFICATE OF SERVICE</u>**

I, Richard L. Horwitz, hereby certify that on January 6, 2006, the attached document was hand-delivered on the following persons and was electronically filed with the Clerk of the Court using CM/ECF which will send notification of such filing(s) to the following and the document is available for viewing and downloading from CM/ECF.

| | |
|---|---|
| Richard D. Kirk<br>The Bayard Firm<br>222 Delaware Avenue, Suite 900<br>P. O. Box 25130<br>Wilmington, DE  19899-5130 | Frederick L. Cottrell, III<br>Alyssa M. Schwartz<br>Richards, Layton & Finger<br>One Rodney Square<br>P. O. Box 551<br>Wilmington, DE  19899-0551 |
| Patricia Smink Rogowski<br>Connolly, Bove, Lodge & Hutz<br>1007 North Orange Street<br>P.O. Box 2207<br>Wilmington, DE 19899 | Steven Balick<br>John G. Day<br>Ashby & Geddes<br>222 Delaware Avenue<br>P. O. Box 1150<br>Wilmington, DE  19899 |

I hereby certify that on January 6, 2006, I have emailed the documents to the following non-registered participants:

| | |
|---|---|
| Dirk D. Thomas<br>Robert A. Auchter<br>Kenneth A. Freeling<br>Jason R. Buratti<br>André J. Bahou<br>Robins, Kaplan, Miller & Ciresi, L.L.P.<br>1801 K Street, Suite 1200<br>Washington, DC  20006 | William F. Lee<br>David B. Bassett<br>Mark D. Selwyn<br>Gregory P. Teran<br>Wilmer Cutler Pickering Hale & Dorr<br>60 State Street<br>Boston, MA  02109 |

Edward F. Mannino
Jason A Snyderman
Akin Gump Strauss Hauer & Feld LLP
One Commerce Square, Suite 2200
2005 Market Street
Philadelphia, PA 19103

Frank C. Cimino
Akin Gump Strauss Hauer & Feld LLP
Robert S. Strauss Building
1333 New Hampshire Avenue, NW
Washington, DC 20036-1564

John DiMatteo
Willkie Farr & Gallagher LLP
787 Seventh Avenue
New York, NY 10019-6099

                                                 */s/ Richard L. Horwitz*
Richard L. Horwitz
David E. Moore
Potter Anderson & Corroon LLP
Hercules Plaza – Sixth Floor
1313 North Market Street
P.O. Box 951
Wilmington, DE 19899-0951
(302) 984-6000
rhorwitz@potteranderson.com
dmoore@potteranderson.com

680022