**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| PRISM TECHNOLOGIES LLC,<br><br>Plaintiff,<br><br>v.<br><br>VERISIGN, INC., RSA SECURITY, INC., NETEGRITY, INC., COMPUTER ASSOCIATES INTERNATIONAL, INC. and JOHNSON AND JOHNSON,<br><br>Defendants. | C.A. No. 05-214-JJF<br>**JURY TRIAL DEMANDED** |

**DEFENDANT VERISIGN, INC.'S SECOND SET OF INTERROGATORIES TO
PLAINTIFF PRISM TECHNOLOGIES LLC (NOS. 11 - 13)**

Pursuant to Rules 26 and 33 of the Federal Rules of Civil Procedure, defendant VeriSign, Inc. ("VeriSign") requests that Plaintiff Prism Technologies LLC ("Prism") answer the following interrogatories fully and separately in writing under oath by an officer or other agent of Prism authorized to give answers on its behalf. Answers to these interrogatories must be served within the time prescribed by the Federal Rules of Civil Procedure. The definitions and instructions from VeriSign's First Set of Interrogatories apply and are hereby incorporated by reference.

**INTERROGATORIES**

**INTERROGATORY NO. 11**

Identify everyone that has actually implemented the VeriSign Unified Authentication solution in the manner you allege, as described in the chart supporting Prism's Response to VeriSign's Interrogatory No. 2, served on October 24, 2005, and the basis for Prism's belief.

**INTERROGATORY NO. 12**

Identify and describe any investigation of VeriSign's customers that was performed prior to the filing of this suit.

**INTERROGATORY NO. 13**

For each of the following claim terms (from claims 1 and/or 24), provide what Prism contends is the plain and ordinary meaning of each term and separately identify the basis for Prism's meaning, citing to supporting evidence:

- subscriber
- subscriber client computer
- first server computer
- operating session
- at the beginning of an operating session
- hardware key
- connected
- generate
- predetermined
- digital identification
- selectively request
- confirm
- responsive to
- identity data
- part of said identity data
- being adapted
- authenticate
- permit access
- associated with

Dated: January 26, 2006

| | |
|---|---|
| *Of Counsel* | Patricia Smink Rogowski |
| | Delaware Bar ID 2632 |
| Edward F. Mannino | The Nemours Building |
| Jason A. Snyderman | 1007 North Orange Street |
| AKIN GUMP STRAUSS HAUER & FELD LLP | PO Box 2207 |
| One Commerce Square, Suite 2200 | Wilmington DE 19899 |
| 2005 Market Street | Telephone : (302) 658-9141 |
| Philadelphia, PA 19103 | Fax: (302) 658-5614 |
| Telephone: (215) 965-1200 | |
| Fax: (215) 965-1210 | *Attorneys for Defendant, VeriSign, Inc.* |

By: /s/

Frank C. Cimino
Daniel E. Yonan
Jin-Suk Park
AKIN GUMP STRAUSS HAUER & FELD LLP
Robert S. Strauss Building
1333 New Hampshire Avenue, NW
Washington, DC 20036-1564
Telephone: (202) 887-4000
Fax: (202) 887-4288

## CERTIFICATE OF SERVICE

I hereby certify that on January 26, 2006, a true and correct copy of the foregoing DEFENDANT VERISIGN, INC.'S SECOND SET OF INTERROGATORIES TO PLAINTIFF PRISM TECHNOLOGIES LLC (NOS. 11 - 13) was caused to be served on the following by Hand or via First Class Mail:

Richard D. Kirk (First Class Mail & E-mail)
The Bayard Firm
22 Delaware Avenue
Suite 900
Wilmington, DE 19899

Gregory P. Teran (First Class Mail & E-mail)
Wilmer Cutler Pickering Hale & Dorr LLP
60 State Street
Boston, MA 02109

John DiMatteo (First Class Mail & E-mail)
Willkie Farr & Gallagher LLP
787 Seventh Avenue
New York, NY 10019-6099

Richard L. Horwitz (First Class Mail & E-mail)
Potter Anderson & Corroon
1313 North Market Street
P.O. Box 951
Wilmington, DE 19899.

Dirk D. Thomas (Hand & E-mail)
Andre J. Bahou
Robins, Kaplan, Miller & Ciresi, LLP
1801 K Street, N.W.
Suite 1200
Washington, D.C. 20006-1307

David M. Schlitz (First Class Mail & E-mail)
Baker Botts LLP
1299 Pennsylvania Avenue, N.W.
Washington, D.C. 20004-2450

Frederick L. Cottrell, III (First Class Mail & E-mail)
Richards Layton & Finger
One Rodney Square
920 North King Street,
Wilmington, DE 19801

Steven J. Balick (First Class Mail & E-mail)
Ashby & Geddes
222 Delaware Avenue
P.O. Box 1150
Wilmington, DE 19899.

By: _____
Quinn Cassidy
Paralegal