IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| PRISM TECHNOLOGIES LLC<br><br>Plaintiff,<br><br>v.<br><br>VERISIGN, INC., RSA SECURITY, INC., NETEGRITY, INC., COMPUTER ASSOCIATES INTERNATIONAL, INC., and JOHNSON & JOHNSON SERVICES, INC.,<br><br>Defendants. | Civil Action No. CA 05-214 JJF |

**PLAINTIFF PRISM TECHNOLOGIES LLC'S
RESPONSE TO DEFENDANT VERISIGN, INC.'S
SECOND SET OF INTERROGATORIES (NOS. 11-13)**

Plaintiff Prism Technologies LLC ("Prism") provides the following responses and objections to VeriSign, Inc.'s ("VeriSign") Second Set of Interrogatories. Prism will supplement these responses as required by the Federal Rules of Civil Procedure and the Local Rules and Orders of this Court.

618663v1

Interrogatory as overly broad, unduly burdensome, and not relevant to the claim or defense of the parties to the extent it seeks "any investigation" of VeriSign's customers. Even further still, Prism objects to the extent that this Interrogatory requests information regarding VeriSign's customers, which information is in the sole possession, custody, or control of VeriSign. Prism reserves the right to change, modify, or otherwise supplement its current contentions, including identifying additional products and/or services offered by VeriSign that infringe one or more claims of the '416 patent.

To the extent Prism has conducted any investigation of VeriSign's customers, those investigations are privileged and/or constitute work product. Further, to the extent that any other non-privileged investigation regarding VeriSign's customers exists, those documents will be produced. Subject to and without waiving these objections, Prism responds as follows.

Based on publicly available documents, at least U.S. Bancorp and Bank of America have used VeriSign's Unified Authentication service, VeriSign's smartcards, and/or security tokens in an infringing manner. Pursuant to Fed. R. Civ. Pro. 33(d), Prism states that at least a portion of the information sought is contained within Prism's document production and the burden of extracting the requested information is substantially equal for VeriSign as it is for Prism.

**INTERROGATORY NO. 13:**

For each of the following claim terms (from claims 1 and/or 24), provide what Prism contends is the plain and ordinary meaning of each term and separately identify the basis for Prism's meaning, citing to supporting evidence:

- subscriber
- subscriber client computer
- first serve computer
- operating session
- at the beginning of an operating session
- hardware key
- connected
- digital identification
- selectively request
- confirm
- responsive to
- identity data
- part of said identity data
- being adapted
- authenticate

618663v1

- 5 -

- generate
- predetermined

- permit access
- associated with

**RESPONSE TO INTERROGATORY NO. 13:**

Prism incorporates its general objections, and specifically its General Objections A, C, D, E, F, H, I, J, and K. Prism objects to this interrogatory as a premature contention interrogatory. Prism objects to this Interrogatory as premature to the extent that it calls for construction of the claims of the patent-in-suit and there has not yet been a determination of claim construction by the Court in this case. Prism specifically reserves the right to change, modify, or otherwise supplement its current contentions.

February 24, 2006

THE BAYARD FIRM

/s/ Richard D. Kirk

Richard D. Kirk (rk0922)
222 Delaware Avenue, Suite 900
Wilmington, Delaware 19899-5130
(302) 655-5000
rkirk@bayardfirm.com
ATTORNEYS FOR PLAINTIFF,
PRISM TECHNOLOGIES LLC

OF COUNSEL:

Dirk D. Thomas, Esq.
Robert A. Auchter, Esq.
Kenneth A. Freeling, Esq.
Jason R. Buratti, Esq.
André J. Bahou, Esq.
Robins, Kaplan, Miller & Ciresi, L.L.P.
1801 K Street, N.W., Suite 1200
Washington, D.C. 20006
(202) 775-0725

618663v1

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| PRISM TECHNOLOGIES LLC<br><br>Plaintiff,<br><br>v.<br><br>VERISIGN, INC., RSA SECURITY, INC., NETEGRITY, INC., COMPUTER ASSOCIATES INTERNATIONAL, INC., and JOHNSON & JOHNSON SERVICES, INC.,<br><br>Defendants. | Civil Action No. CA 05-214 JJF |

## NOTICE OF SERVICE

PLEASE TAKE NOTICE that, on February 24, 2006, copies of PLAINTIFF PRISM TECHNOLOGIES LLC'S RESPONSE TO DEFENDANT VERISIGN, INC.'S SECOND SET OF INTERROGATORIES (NOS. 11-13) were served as shown:

**BY EMAIL AND BY HAND:**

Frederick L. Cottrell, III, Esq.
Alyssa M. Schwartz, Esq.
Richards Layton & Finger
One Rodney Square
P.O. Box 551
Wilmington, DE 19801

Richard L. Horwitz, Esq.
David E. Moore, Esq.
Potter Anderson & Corroon LLP
1313 N. Market Street
Hercules Plaza, 6th Floor
P.O. Box 951
Wilmington, DE 19899

Patricia S. Rogowski, Esq.
Connolly, Bove, Lodge & Hutz, LLP
1007 North Orange Street
P.O. Box 2207
Wilmington, DE 19899

Steven J. Balick, Esq.
John G. Day, Esq.
Ashby & Geddes
222 Delaware Ave., 17th Fl.
Wilmington, DE 19801

618480v1

BY EMAIL AND U.S. MAIL:

John DiMatteo, Esq.
Willkie Farr & Gallagher LLP
787 Seventh Avenue
New York, NY 10019-6099

Jason Snyderman, Esq.
Akin Gump Strauss Hauer & Feld LLP
One Commerce Square, Suite 2200
2005 Market Street
Philadelphia, PA 19103

David M. Schlitz
Baker Botts L.L.P.
1299 Pennsylvania Avenue, NW
Washington, DC 20004-2400

William Lee, Esq.
Wilmer Cutler Hale & Dorr LLP
60 State Street
Boston, MA 02109

Frank C. Cimino, Esq.
Akin Gump Strauss Hauer & Feld LLP
Robert S. Strauss Building
1333 New Hampshire Avenue, NW
Washington, DC 20036-1564

Samir A. Bhavsar
Jeffrey D. Baxter
Baker Botts L.L.P.
2001 Ross Avenue
Dallas, TX 75201-2980

THE BAYARD FIRM

February 24, 2006

/s/ Richard D. Kirk (rk0922)
Richard D. Kirk
222 Delaware Avenue, Suite 900
Wilmington, Delaware 19899
(302) 655-5000
rkirk@bayardfirm.com

ATTORNEYS FOR PLAINTIFF PRISM
TECHNOLOGIES LLC

OF COUNSEL:

Dirk D. Thomas, Esq.
Robert A. Auchter, Esq.
Kenneth A. Freeling, Esq.
Jason R. Buratti, Esq.
André J. Bahou, Esq.
Robins, Kaplan, Miller & Ciresi, L.L.P.
1801 K Street, N.W., Suite 1200
Washington, D.C. 20006
(202) 775-0725

618480v1