# EXHIBIT K

**THIS DOCUMENT WAS FILED UNDER SEAL**