# THE BAYARD FIRM
A T T O R N E Y S

222 DELAWARE AVENUE, SUITE 900
P.O. BOX 25130
WILMINGTON, DE 19899
ZIP CODE FOR DELIVERIES: 19801

MERITAS LAW FIRMS WORLDWIDE
www.bayardfirm.com
302-655-5000
(FAX) 302-658-6395
WRITER'S DIRECT ACCESS

(302) 429-4208
rkirk@bayardfirm.com

May 5, 2006

**VIA E-FILING**

The Honorable Joseph J. Farnan, Jr.
United States District Court
844 King Street
Wilmington, Delaware 19801

    Re: *Prism Technologies LLC v. VeriSign, Inc., et al.*
         Civil Action No. 05-214-JJF

Dear Judge Farnan:

    We represent plaintiff Prism Technologies LLC ("Prism") in this patent infringement action commenced on April 12, 2005.

    On October 11, 2005, I wrote to the Court on behalf of Prism and Ms. Rogowski wrote to the Court on behalf of all defendants, each submitting a competing Proposed Scheduling Order [D.I. 58 and D.I. 59]. The competing proposals had many areas of agreement but several key areas of difference.

    I am pleased to report that the parties have conducted this case in the ensuing six months largely in accordance with the proposals, at least insofar as the competing schedules were in agreement. However, some of the agreed upon dates need to be adjusted further, and some of the competing dates need to be selected by the Court. The parties believe we have reached the point where we rather urgently need the Court to resolve the differences between the competing proposals and issue a final Scheduling Order.

    On behalf of all parties, I therefore request the Court to schedule a status conference or scheduling conference. To bring the Court further up to date, I am pleased to enclose a single new Proposed Scheduling Order that highlights the parties major differences.

623913v1

THE BAYARD FIRM

The Honorable Joseph J. Farnan, Jr.<br>
May 5, 2006<br>
Page 2

  Besides the scheduling issues, the parties believe they need the Court's attention to several non-scheduling issues raised in the parties' October 11, 2005 letters. Those issues include the number and duration of depositions, the date for defendants to notify Prism of their election to rely on opinions of counsel in defense of the willfulness claim, the date for identification of prior art under 35 U.S.C. §282, and the timing of motions for summary judgment.

  I would be pleased to coordinate the scheduling of a conference at the Court's earliest convenience. We would all be pleased to respond to any questions the Court may have.

Respectfully submitted,<br>
<em>/s/ Richard D. Kirk</em><br>
Richard D. Kirk (rk0922)

Enclosure
cc: Clerk of Court (via e-filing with courtesy copy by hand)
   Counsel in accordance with the attached certificate and agreed service protocol

623913v1

| Event | Prism Revised Proposal | Joint Defense Proposal |
|---|---|---|
| **Fact Discovery** | | |
| Rule 26(a)(1) disclosures | September 29, 2005 ||
| Compliance with default standard for e-discovery | October 31, 2005 ||
| Notice of reliance on advice of counsel as defense to willful infringement | June 21, 2006 | 30 days after the Court's claim construction ruling |
| Joinder of other parties and Amendment of pleadings | August 11, 2006 ||
| Completion of fact discovery | August 11, 2006 ||
| **Claim Construction** | | |
| Exchange list of terms / phrases for which each party request opposing party's claim interpretation | June 28, 2006 ||
| Exchange proposed claim interpretation for terms / phrases identified above | July 19, 2006 ||
| Negotiate to narrow list of disputed claim terms / phrases | July 26, 2006 ||
| File joint statement listing all disputed claim terms and/or phrases and the parties' proposed interpretations | August 23, 2006 ||
| Simultaneous opening claim construction briefs | September 22, 2006 ||
| Simultaneous responsive claim construction briefs | October 13, 2006 ||
| Markman hearing | Court's discretion | Court's discretion |

| Event | Prism Revised Proposal | Joint Defense Proposal |
|---|---|---|
| **Expert discovery** | | |
| Opening expert reports on issues on which party bears burden of proof | October 20, 2006 | 30 days after the Court's claim construction ruling |
| Rebuttal expert reports | November 10, 2006 | 30 days after opening reports |
| Expert depositions | November 13, 2006 – December 22, 2006 | 30 days after rebuttal reports |
| **Dispositive motions** | | |
| Filing of dispositive motions | January 29, 2007<br><br>No case dispositive motion may be filed more that ten (10) days from this date without leave of the Court. | May be filed at any time unless a motion turns on disputed claim term in which case no such motion may be filed until after the Court rules on claim construction |
| **Briefing schedule** | Local Rule 7.1.2 | |
| **Status Conferences** | July 27, 2006 | |

## CERTIFICATE OF SERVICE

The undersigned counsel certifies that, on May 5, 2006, he electronically filed the foregoing document with the Clerk of the Court using CM/ECF, which will send automatic notification of the filing to the following:

Frederick L. Cottrell, III, Esq.
Alyssa M. Schwartz, Esq.
Richards Layton & Finger
One Rodney Square
P.O. Box 551
Wilmington, DE 19801

Richard L. Horwitz, Esq.
David E. Moore, Esq.
Potter Anderson & Corroon LLP
1313 N. Market Street
Hercules Plaza, 6th Floor
P.O. Box 951
Wilmington, DE 19899

Patricia S. Rogowski, Esq.
Connolly, Bove, Lodge & Hutz, LLP
1007 North Orange Street
P.O. Box 2207
Wilmington, DE 19899

Steven J. Balick, Esq.
John G. Day, Esq.
Ashby & Geddes
222 Delaware Ave., 17th Fl.
Wilmington, DE 19801

The undersigned counsel further certifies that copies of the foregoing document were sent by hand on May 5, 2006 to the above counsel and by first-class mail to the below counsel:

John DiMatteo, Esq.
Willkie Farr & Gallagher LLP
787 Seventh Avenue
New York, NY 10019-6099

William Lee, Esq.
Wilmer Cutler Hale & Dorr LLP
60 State Street
Boston, MA 02109

Jason Snyderman, Esq.
Akin Gump Strauss Hauer & Feld LLP
One Commerce Square, Suite 2200
2005 Market Street
Philadelphia, PA 19103

Frank C. Cimino, Esq.
Akin Gump Strauss Hauer & Feld LLP
Robert S. Strauss Building
1333 New Hampshire Avenue, NW
Washington, DC 20036-1564

587422v1

| | |
|---|---|
| David M. Schlitz<br>Baker Botts L.L.P.<br>1299 Pennsylvania Avenue, NW<br>Washington, DC  20004-2400 | Samir A. Bhavsar<br>Jeffrey D. Baxter<br>Baker Botts L.L.P.<br>2001 Ross Avenue<br>Dallas, TX  75201-2980<br><br>/s/ Richard D. Kirk (rk0922)<br>Richard D. Kirk |

587422v1