IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| PRISM TECHNOLOGIES LLC, | : |
|     Plaintiff, | : |
| v. | : Civil Action No. 05-214-JJF |
| VERISIGN, INC., et al., | : |
|     Defendants. | : |

### O R D E R

Prism Technologies LLC, by letter dated May 5, 2006, has identified several issues which require resolution by the Court;

NOW THEREFORE, IT IS HEREBY ORDERED that with respect to depositions, each party shall submit to the Court their deposition plans by **May 24, 2006.** Oppositions shall be filed by **May 31, 2006.**

IT IS FURTHER ORDERED that with respect to the identification of prior art, each Defendant shall serve on Plaintiff the information required by 35 U.S.C. § 282 on or before **June 1, 2006.**

May 11, 2006
DATE

/s/ Joseph J. Farnan
UNITED STATES DISTRICT JUDGE