IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| PRISM TECHNOLOGIES LLC, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | C. A. No. 05-214-JJF |
| VERISIGN, INC., RSA SECURITY, INC., ) | |
| NETEGRITY, INC., COMPUTER ) | |
| ASSOCIATES INTERNATIONAL, INC., and ) | |
| JOHNSON & JOHNSON SERVICES, INC., ) | |
| ) | |
| Defendants. ) | |

### DEFENDANTS' JOINT DEPOSITION PLAN

Pursuant to the Court's Order of May 11, 2006, Defendants jointly submit the following deposition plan based upon Defendants' current expectations of the case and current time estimates for the depositions identified below.

In the interest of minimizing burden and conducting discovery as efficiently as possible, Defendants' deposition plan does not request the full amount of deposition time that would otherwise be available to each of the Defendants under the Rules. Some issues, such as invalidity, are common among the Defendants, and accordingly, Defendants have reduced their time for depositions relating to these common issues. Other issues, however, are particular to the individual Defendants. With respect to these issues, each Defendant would request deposition time sufficient to mount its own vigorous defense. The Defendants reserve the right to seek leave of Court to modify these time limitations for good cause, or upon agreement of the parties.

**1.     Timing.**  Based on the Court's Rule 16 Scheduling Order, no deposition should occur before August 11, 2006, unless otherwise agreed among the parties. The Court's Rule 16 Scheduling Order also sets the timing of all expert depositions. All other

depositions, including depositions of fact witnesses and 30(b)(6) depositions, shall be completed by November 9, 2006.

2.  **Inventors.**  Defendants seek to depose the three inventors, Richard L. Gregg, Sandeep Giri, and Timothy C. Goeke.  Each inventor's deposition will be limited to 5 hours per Defendant Group.[1]  While each Defendant would typically be entitled to 7 hours of testimony from each inventor, Defendants have reduced their request in recognition of the fact that certain topics concerning inventorship are common to all Defendants.

3.  **30(b)(6) Depositions of Plaintiff.**

(a)  Each Defendant seeks to take a 30(b)(6) deposition on topics relating to damages, limited to 6 hours per Defendant Group.  While Defendants would typically be entitled to 7 hours per Defendant, Defendants reduced their requests to 6 hours in recognition of a few topics common to the Defendants, such as Plaintiff's efforts to license the patent-in-suit.

(b)  Each Defendant seeks to take a 30(b)(6) deposition on topics relating to Plaintiff's infringement contentions, limited to 7 hours per Defendant Group.  Plaintiff's infringement contentions are based on different products, and thus, there are no overlapping topics common to the different Defendant Groups.

(c)  Each Defendant seeks to take a 30(b)(6) deposition on topics relating to Plaintiff's pre-filing investigations, limited to 4 hours per Defendant Group.

---

[1] Computer Associates International, Inc. purchased Netegrity Inc., and thus Computer Associates and Netegrity may be treated as a single defendant group with respect to this deposition plan.  Thus, there are four Defendant Groups: (i) Computer Associates and Netegrity; (ii) RSA Security, Inc.; (iii) Verisign, Inc.; and (iv) Johnson & Johnson Services, Inc.

(d) Each Defendant seeks to take a 30(b)(6) deposition on topics relating to invalidity, limited to 5 hours per Defendant Group. While Defendants would typically be entitled to 7 hours per Defendant, Defendants reduced their requests to 5 hours per Defendant Group because this issue is common to the Defendants.[2]

4. **Plaintiff's Current and Former Employees, Officers, And Directors.** In addition to the inventors and Plaintiff's 30(b)(6) representatives, Defendants seek to depose Plaintiff's current and former employees, officers, and directors, limited to 21 hours to be shared jointly among the Defendants with no individual deposition to exceed 7 hours. Based on discovery to date, Defendants anticipate taking no more than three such depositions.

5. **Plaintiff's Former Customers.** Defendants seek to depose Plaintiff's former customers or business prospects, limited to 21 hours to be shared jointly among the Defendants with no individual deposition to exceed 7 hours.

6. **Prosecuting Attorneys.** Roger D. Greer is the attorney involved in the filing and prosecution of the patent-in-suit. Defendants seek to depose Mr. Greer for a maximum of 7 hours to be shared jointly among the Defendants. Amedeo Ferraro, Thomas Martin, and Todd Martin are the attorneys involved in the filing and prosecution of the pending continuation application claiming priority to the patent-in-suit. Defendants also seek to depose the prosecuting attorneys for the pending continuation application for a maximum of 7 hours to be shared jointly among the Defendants.

7. **Fairfield Resource International, Inc.** Fairfield Resources International, Inc. participated in Plaintiff's efforts to license the patent-in-suit. Defendants seek to

---

[2] Defendants reserve the right to identify other areas for additional 30(b)(6) topics.

3

depose Fairfield Resources International, Inc for a maximum of 7 hours to be shared jointly among the Defendants.

      8.      **Third Party Depositions Relating to Prior Art Systems and Methods.** While Defendants have not identified particular third party deponents, Defendants seek to take third party depositions relating to prior art systems and methods, limited to 7 hours per third party witness to be shared jointly among the Defendants.

      9.      **CA and Netegrity's Customers.**  Plaintiff has accused CA and Netegrity of infringing Claims 1 and 24 of the patent-in-suit.  Both claims require various components that CA and Netegrity do not make, use, or sell, such as connected hardware keys.  As a result, Plaintiff bases its infringement contentions against CA and Netegrity on customer installations which allegedly use CA and Netegrity's SiteMinder product with third party components, such as connected hardware keys.  CA and Netegrity seek 16 hours to depose its customers regarding their installations relevant to Plaintiff's infringement allegations.

      10.      **JJSI's Suppliers.**  Plaintiff has accused Johnson & Johnson Services, Inc. of infringement based upon JJSI's use of software and hardware supplied by third-parties. JJSI seeks to take 28 hours of deposition of the suppliers of those hardware and software items.

|  |  |
|---|---|
| OF COUNSEL: | POTTER ANDERSON & CORROON LLP |
| David M. Schlitz<br>BAKER BOTTS L.L.P.<br>1299 Pennsylvania Ave., N.W.<br>Washington, D.C. 20004-2400<br>Tel: (202) 639-7700 | By: */s/ Richard L. Horwitz*<br>Richard L. Horwitz (#2246)<br>David E. Moore (#3983)<br>Hercules Plaza, 6th Floor<br>1313 N. Market Street<br>P.O. Box 951 |
| Samir A. Bhavsar<br>Jeffrey D. Baxter<br>BAKER BOTTS L.L.P.<br>2001 Ross Avenue<br>Dallas, TX  75201-2980<br>Tel: (214) 953-6500 | Wilmington, DE  19899-0951<br>Tel: (302) 984-6000<br>rhorwitz@potteranderson.com<br>dmoore@potteranderson.com<br><br>*Attorney for Defendants* |
| Dated: May 24, 2006 | *Netegrity, Inc. and Computer Associates International, Inc.* |

|  |  |
|---|---|
| OF COUNSEL: | ASHBY & GEDDES |
| John M. DiMatteo<br>Neal K. Feivelson<br>Leslie M. Spencer<br>WILLKIE FARR & GALLAGHER LLP<br>787 Seventh Avenue<br>New York, NY 10019-6099<br>Tel: (212) 728-8000 | By: */s/ Steven J. Balick*<br>Steven J. Balick (# 2114)<br>John G. Day (#2403)<br>222 Delaware Avenue, 17th Floor<br>P.O. Box 1150<br>Wilmington, Delaware  19899<br>Tel: (302) 654-1888<br>sbalick@ashby-geddes.com<br>jday@ashby-geddes.com<br><br>*Attorneys for Defendant*<br>*Johnson & Johnson Services Inc.* |

| | |
|---|---|
| OF COUNSEL: | RICHARDS, LAYTON & FINGER, P.A. |
| William F. Lee<br>David B. Bassett<br>Mark D. Selwyn<br>Gregory P. Teran<br>WILMER CUTLER PICKERING<br>   HALE AND DORR LLP<br>60 State Street<br>Boston, MA 02109<br>Tel: (617) 526-6000 | By: */s/ Alyssa M. Schwartz*<br>   Frederick L. Cottrell, III (#2555)<br>   Alyssa M. Schwartz (#4351)<br>   One Rodney Square<br>   Post Office Box 551<br>   Wilmington, DE 19899<br>   Tel: (302) 651-7700<br>   cottrell@rlf.com<br>   schwartz@rlf.com<br><br>*Attorneys for Defendant*<br>*RSA Security Inc.* |
| OF COUNSEL | CONNOLLY BOVE LODGE & HUTZ LLP |
| Edward F. Mannino<br>Jason A. Snyderman<br>AKIN GUMP STRAUSS<br>   HAUER & FELD LLP<br>One Commerce Square, Suite 2200<br>2005 Market Street<br>Philadelphia, PA 19103<br>Tel: (215) 965-1200<br><br>Frank C. Cimino<br>Daniel E. Yonan<br>Jin-Suk Park<br>AKIN GUMP STRAUSS<br>   HAUER & FELD LLP<br>Robert S. Strauss Building<br>1333 New Hampshire Avenue, NW<br>Washington, DC 20036-1564<br>Tel: (202) 887-4000 | By: */s/ Patricia Smink Rogowski*<br>   Patricia Smink Rogowski (#2632)<br>   The Nemours Building<br>   1007 North Orange Street<br>   PO Box 2207<br>   Wilmington DE 19899<br>   Tel: (302) 658-9141<br>   progowski@cblh.com<br><br>*Attorneys for Defendant, VeriSign, Inc.* |

733751

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

## **CERTIFICATE OF SERVICE**

I, Richard L. Horwitz, hereby certify that on May 24, 2006, the attached document was hand-delivered on the following persons and was electronically filed with the Clerk of the Court using CM/ECF which will send notification of such filing(s) to the following and the document is available for viewing and downloading from CM/ECF.

Richard D. Kirk
The Bayard Firm
222 Delaware Avenue, Suite 900
P. O. Box 25130
Wilmington, DE  19899-5130

I hereby certify that on May 24, 2006, I have Electronically Mailed the documents to the following non-registered participants:

Dirk D. Thomas
Robert A. Auchter
Kenneth A. Freeling
Jason R. Buratti
André J. Bahou
Robins, Kaplan, Miller & Ciresi, L.L.P.
1801 K Street, Suite 1200
Washington, DC  20006
PrismCounsel@rkmc.com

        /s/ Richard L. Horwitz
Richard L. Horwitz
David E. Moore
Potter Anderson & Corroon LLP
Hercules Plaza – Sixth Floor
1313 North Market Street
P.O. Box 951
Wilmington, DE  19899-0951
(302) 984-6000
rhorwitz@potteranderson.com
dmoore@potteranderson.com

680022