IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| PRISM TECHNOLOGIES LLC ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| ) | |
| v. ) | Civil Action No. 05-214 JJF |
| ) | |
| VERISIGN, INC., RSA SECURITY, INC., ) | |
| NETEGRITY, INC., COMPUTER ) | |
| ASSOCIATES INTERNATIONAL, INC., ) | |
| and JOHNSON & JOHNSON SERVICES, ) | |
| INC., ) | |
| ) | |
| Defendants. ) | |

## NOTICE OF SERVICE

PLEASE TAKE NOTICE that, on May 26, 2006, copies of PLAINTIFF'S PRISM TECHNOLOGIES LLC'S SECOND SET OF INTERROGATORIES TO DEFENDANT NETEGRITY, INC. and of this NOTICE OF SERVICE were served as shown:

**BY EMAIL AND BY HAND:**

| | |
|---|---|
| Frederick L. Cottrell, III, Esq. | Richard L. Horwitz, Esq. |
| Alyssa M. Schwartz, Esq. | David E. Moore, Esq. |
| Richards Layton & Finger | Potter Anderson & Corroon LLP |
| One Rodney Square | 1313 N. Market Street |
| P.O. Box 551 | Hercules Plaza, 6th Floor |
| Wilmington, DE 19801 | P.O. Box 951 |
| | Wilmington, DE 19899 |
| | |
| Patricia S. Rogowski, Esq. | Steven J. Balick, Esq. |
| Connolly, Bove, Lodge & Hutz, LLP | John G. Day, Esq. |
| 1007 North Orange Street | Ashby & Geddes |
| P.O. Box 2207 | 222 Delaware Ave., 17th Fl. |
| Wilmington, DE 19899 | Wilmington, DE 19801 |

600685v1

BY EMAIL AND U.S. MAIL:

| | |
|---|---|
| John DiMatteo, Esq.<br>Willkie Farr & Gallagher LLP<br>787 Seventh Avenue<br>New York, NY 10019-6099 | William Lee, Esq.<br>Wilmer Cutler Hale & Dorr LLP<br>60 State Street<br>Boston, MA 02109 |
| Jason Snyderman, Esq.<br>Akin Gump Strauss Hauer & Feld LLP<br>One Commerce Square, Suite 2200<br>2005 Market Street<br>Philadelphia, PA 19103 | Frank C. Cimino, Esq.<br>Akin Gump Strauss Hauer & Feld LLP<br>Robert S. Strauss Building<br>1333 New Hampshire Avenue, NW<br>Washington, DC 20036-1564 |
| David M. Schlitz<br>Baker Botts L.L.P.<br>1299 Pennsylvania Avenue, NW<br>Washington, DC 20004-2400 | Samir A. Bhavsar<br>Jeffrey D. Baxter<br>Baker Botts L.L.P.<br>2001 Ross Avenue<br>Dallas, TX 75201-2980 |

THE BAYARD FIRM

May 26, 2006

/s/ Richard D. Kirk (rk0922)
Richard D. Kirk
222 Delaware Avenue, Suite 900
Wilmington, Delaware 19899
(302) 655-5000
rkirk@bayardfirm.com

ATTORNEYS FOR PLAINTIFF PRISM
TECHNOLOGIES LLC

OF COUNSEL:

Dirk D. Thomas, Esq.
Robert A. Auchter, Esq.
Kenneth A. Freeling, Esq.
Jason R. Buratti, Esq.
André J. Bahou, Esq.
Robins, Kaplan, Miller & Ciresi, L.L.P.
1801 K Street, N.W., Suite 1200
Washington, D.C. 20006
(202) 775-0725

600685v1