IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| PRISM TECHNOLOGIES LLC | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civil Action No. 05-214 JJF |
| | ) |
| VERISIGN, INC., RSA SECURITY, INC., NETEGRITY, INC., COMPUTER ASSOCIATES INTERNATIONAL, INC., and JOHNSON & JOHNSON SERVICES, INC., | ) |
| | ) |
| Defendants. | ) |

## NOTICE OF SERVICE

PLEASE TAKE NOTICE that, on May 26, 2006, copies of PLAINTIFF'S PRISM TECHNOLOGIES LLC'S SECOND SET OF INTERROGATORIES TO DEFENDANT JOHNSON & JOHNSON SERVICES, INC. and of this NOTICE OF SERVICE were served as shown:

**BY EMAIL AND BY HAND:**

Frederick L. Cottrell, III, Esq.
Alyssa M. Schwartz, Esq.
Richards Layton & Finger
One Rodney Square
P.O. Box 551
Wilmington, DE 19801

Richard L. Horwitz, Esq.
David E. Moore, Esq.
Potter Anderson & Corroon LLP
1313 N. Market Street
Hercules Plaza, 6th Floor
P.O. Box 951
Wilmington, DE 19899

Patricia S. Rogowski, Esq.
Connolly, Bove, Lodge & Hutz, LLP
1007 North Orange Street
P.O. Box 2207
Wilmington, DE 19899

Steven J. Balick, Esq.
John G. Day, Esq.
Ashby & Geddes
222 Delaware Ave., 17th Fl.
Wilmington, DE 19801

600685v1

**BY EMAIL AND U.S. MAIL:**

John DiMatteo, Esq.  
Willkie Farr & Gallagher LLP  
787 Seventh Avenue  
New York, NY  10019-6099  

William Lee, Esq.  
Wilmer Cutler Hale & Dorr LLP  
60 State Street  
Boston, MA  02109  

Jason Snyderman, Esq.  
Akin Gump Strauss Hauer & Feld LLP  
One Commerce Square, Suite 2200  
2005 Market Street  
Philadelphia, PA  19103  

Frank C. Cimino, Esq.  
Akin Gump Strauss Hauer & Feld LLP  
Robert S. Strauss Building  
1333 New Hampshire Avenue, NW  
Washington, DC 20036-1564  

David M. Schlitz  
Baker Botts L.L.P.  
1299 Pennsylvania Avenue, NW  
Washington, DC  20004-2400  

Samir A. Bhavsar  
Jeffrey D. Baxter  
Baker Botts L.L.P.  
2001 Ross Avenue  
Dallas, TX  75201-2980  

THE BAYARD FIRM

May 26, 2006

/s/ Richard D. Kirk (rk0922)  
Richard D. Kirk  
222 Delaware Avenue, Suite 900  
Wilmington, Delaware 19899  
(302) 655-5000  
rkirk@bayardfirm.com  

ATTORNEYS FOR PLAINTIFF PRISM TECHNOLOGIES LLC

OF COUNSEL:

Dirk D. Thomas, Esq.  
Robert A. Auchter, Esq.  
Kenneth A. Freeling, Esq.  
Jason R. Buratti, Esq.  
André J. Bahou, Esq.  
Robins, Kaplan, Miller & Ciresi, L.L.P.  
1801 K Street, N.W., Suite 1200  
Washington, D.C.  20006  
(202) 775-0725  

600685v1