IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| PRISM TECHNOLOGIES LLC,<br><br>Plaintiff,<br><br>v.<br><br>VERISIGN, INC., RSA SECURITY, INC., NETEGRITY, INC., COMPUTER ASSOCIATES INTERNATIONAL, INC., and JOHNSON & JOHNSON SERVICES, INC.,<br><br>Defendants. | Civil Action No. 05-214 JJF<br>Jury Trial Demanded |

## DEFENDANTS' JOINT 35 U.S.C. §282 NOTICE

Pursuant to 35 U.S.C. §282, Defendants VeriSign, Inc., RSA Security, Inc., Netegrity, Inc., Computer Associates International, Inc., and Johnson & Johnson Services, Inc. (collectively, "Defendants") hereby provide notice that they may rely upon the attached references in support of their positions regarding invalidity and/or non-infringement of U.S. Patent No. 6,516,416. See Attachment A. All references will be produced to Plaintiff Prism Technologies, LLC.

For each item listed in Attachment A, Defendants additionally designate all references cited therein, including any patents, publications, or related authors thereto. Defendants further designate all assignees of any patent and sponsoring employers of authors of any publication.

Defendants reserve the right to supplement this Notice with additional references, including without limitation references that may come to the attention of Defendants during subsequent discovery, at least thirty days prior to trial in this matter, as explicitly provided by statute.

Dated: June 1, 2006

                                    Respectfully submitted,

                                    */s/ Patricia S. Rogowski*

                                    Patricia Smink Rogowski
                                    Delaware Bar ID 2632
                                    CONNOLLY, BOVE, LODGE & HUTZ LLP
                                    The Nemours Building
                                    1007 North Orange Street
                                    PO Box 2207
                                    Wilmington DE 19899
                                    Telephone : (302) 658-9141
                                    Fax: (302) 658-5614

*Of Counsel:*

| | |
|---|---|
| Edward F. Mannino | Frank C. Cimino, Jr. |
| Jason A. Snyderman | Daniel Yonan |
| AKIN GUMP STRAUSS HAUER & FELD LLP | AKIN GUMP STRAUSS HAUER & FELD LLP |
| One Commerce Square, Suite 2200 | Robert S. Strauss Building |
| 2005 Market Street | 1333 New Hampshire Avenue, NW |
| Philadelphia, PA 19103 | Washington, DC 20036-1564 |
| Telephone: (215) 965-1200 | Telephone: (202) 887-4000 |
| Fax: (215) 965-1210 | Fax: (202) 887-4288 |

                                                      *Counsel for VeriSign Inc.*

|  |  |
|---|---|
|  | /s/ Richard L. Horwitz |
|  | Richard L. Horwitz (#2246) |
|  | David E. Moore (#3983) |
|  | POTTER ANDERSON & CORROON LLP |
|  | Hercules Plaza, 6th Floor |
|  | 1313 N. Market Street |
|  | P.O. Box 951 |
|  | Wilmington, DE 19899-0951 |
|  | Tel: 302-984-6000 |

OF COUNSEL

David M. Schlitz
BAKER BOTTS L.L.P.
1299 Pennsylvania Ave., N.W.
Washington, D.C. 20004-2400
Tel. 202-639-7700

Samir A. Bhavsar
Jeffrey D. Baxter
BAKER BOTTS L.L.P.
2001 Ross Avenue
Dallas, TX 75201-2980
Tel: 214-953-6500

*Counsel for Computer Associates International, Inc. and Netegrity Inc.*

/s/ Steven J. Balick
Steven J. Balick (ID. # 2114)
John G. Day (ID. #2403)
ASHBY & GEDDES
222 Delaware Avenue, 17th Floor
P.O. Box 1150
Wilmington, Delaware 19899
(302) 654-1888

*Of Counsel:*

John M. DiMatteo
Neal K. Feivelson
Leslie M. Spencer
WILLKIE FARR & GALLAGHER LLP
787 Seventh Avenue
New York, NY 10019-6099
(212) 728-8000

*Counsel for Johnson & Johnson Services Inc.*

                                   */s/ Alyssa M. Schwartz*
                                   Frederick L. Cottrell, III (#2555)
                                   cottrell@rlf.com
                                   Alyssa M. Schwartz (#4351)
                                   schwartz@rlf.com
                                   Richards, Layton & Finger, P.A.
                                   One Rodney Square
                                   Post Office Box 551
                                   Wilmington, DE  19899
                                   Telephone:  (302) 651-7700

Of Counsel:
William F. Lee
David B. Bassett
Mark D. Selwyn
Gregory P. Teran
Wilmer Cutler Pickering Hale and Dorr LLP
60 State Street
Boston, MA  02109
Telephone: (617) 526-6000

                                   *Counsel for RSA Security, Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that on June 1, 2006, I electronically filed **DEFENDANTS' JOINT 35 U.S.C. § 282 NOTICE** with the Clerk of Court using CM/ECF which will send notification of such filing(s) to the following:

Richard D. Kirk
The Bayard Firm
222 Delaware Avenue, Suite 900
P.O. Box 25130
Wilmington, DE  19899-5130
rkirk@bayardfirm.com

Richard L. Horwitz
David E. Moore
Potter Anderson & Corroon LLP
Hercules Plaza- Sixth Floor
1313 North Market Street
P.O. Box 951
Wilmington, DE  19899-0951
rhorwitz@potteranderson.com
dmoore@potteranderson.com

Frederick L. Cottrell, III
Alyssa Schwartz
Richards Layton & Finger
One Rodney Square
P.O. Box 551
Wilmington, DE  19899-0551
cottrell@rlf.com
schwartz@rlf.com

Steven J. Balick
John G. Day
Ashby & Geddes
222 Delaware Avenue
P.O. Box 1150
Wilmington, DE  19899
sbalick@ashby-geddes.com
jday@ashby-geddes.com
lmaguire@ashby-geddes.com

I hereby certify that on June 1, 2006, I electronically mailed the document(s) to the following non-registered participants:

Dirk D. Thomas, Esquire
Robins, Kaplan, Miller & Ciresi, LLP
1801 K Street, N.W.,  Suite 1200
Washington, DC 20006
PrismCounsel@rkmc.com

John DiMatteo
Willkie Farr & Gallagher LLP
787 Seventh Avenue
New York, NY  10019-6099
PrismLitigation-JJSI@willkie.com

| | |
|---|---|
| David M. Schlitz<br>Baker Botts LLP<br>1299 Pennsylvania Avenue, NW<br>Washington, DC 20004-2400<br>DLDallasPrismLitigationCA-Netegrity@BakerBotts.com | Gregory P. Teran<br>Wilmer Cutler Hale & Dorr LLP<br>60 State Street<br>Boston, MA 02109<br>RSAPrismLitigation@wilmerhale.com |
| Samir A. Bhavsar<br>Baker Botts LLP<br>2001 Ross Avenue<br>Dallas, TX 75201-2980<br>DLDallasPrismLitigationCA-Netegrity@BakerBotts.com | |

By: /s/ Patricia S. Rogowski
 Patricia Smink Rogowski (DE Bar #2632)
 Connolly Bove Lodge & Hutz LLP
 P.O. Box 2207
 1007 N. Orange Street
 Wilmington, DE 19899
 (302) 658-9141
 progowski@cblh.com