ATTACHMENT A

REFERENCES

U.S. PATENTS

| REF. NO. | COUNTRY | PATENT NUMBER | ISSUE DATE | INVENTOR(S) | TITLE |
|---|---|---|---|---|---|
| 1. | U.S. | 4,691,355 | 9/1/1987 | Wirstrom, et al. | Interactive Security Control System for Computer Communications and the Like |
| 2. | U.S. | 4,694,492 | 9/15/1987 | Wirstrom, et al. | Computer Communications Security Control System |
| 3. | U.S. | 4,864,494 | 9/5/1989 | Kobus, Jr. | Software Usage Authorization System with Key for Decrypting/Re-encrypting/Re-transmitting Moving Target Security Codes from Protected Software |
| 4. | U.S. | 4,885,789 | 12/5/1989 | Burger, et al. | Remote Trusted Path Mechanism for Telnet |
| 5. | U.S. | 4,916,738 | 4/10/1990 | Chandra, et al. | Remote Access Terminal Security |
| 6. | U.S. | 4,932,054 | 6/5/1990 | Chou, et al. | Method and Apparatus for Protecting Computer Software Utilizing Coded Filter Network in Conjunction with an Active Coded Hardware Device |
| 7. | U.S. | 4,962,449 | 10/9/1990 | Schlesinger | Computer Security System having Remote Location Recognition and Remote Location Lock-Out |
| 8. | U.S. | 4,977,594 | 12/11/1990 | Shear | Database Usage Metering and Protection System and Method |
| 9. | U.S. | 5,032,979 | 7/16/1991 | Hech, et al. | Distributed Security Auditing Subsystem for an Operating System |

*Prism Technologies LLC v. VeriSign, et al.*
*Civil Action No. CA-05-214-JJF*

| REF. NO. | COUNTRY | PATENT NUMBER | ISSUE DATE | INVENTOR(S) | TITLE |
|---|---|---|---|---|---|
| 10. | U.S. | 5,081,676 | 1/14/1992 | Chou, et al. | Method and Apparatus for Protecting Multiple Copies of Computer Software from Unauthorized Use |
| 11. | U.S. | 5,199,066 | 3/30/1993 | Logan | Method and apparatus for protecting software |
| 12. | U.S. | 5,204,961 | 4/20/1993 | Barlow | Computer Network Operating with Multilevel Hierarchical Security with Selectable Common Trust Realms and Corresponding Security Protocols |
| 13. | U.S. | 5,229,764 | 7/20/1993 | Matchett et al. | Continuous Biometric Authentication Matrix |
| 14. | U.S. | 5,222,133 | 6/22/1993 | Chou, et al. | Method of Protecting Computer Software from Unauthorized Execution Using Multiple Keys |
| 15. | U.S. | 5,235,642 | 8/10/1993 | Wobber, et al. | Access Control Subsystem and Method for Distributed Computer System Using Locally Cached Authentication Credentials |
| 16. | U.S. | 5,247,575 | 9/21/1993 | Sprague, et al. | Information Distribution System |
| 17. | U.S. | 5,291,598 | 3/1/1994 | Grundy | Method and System for Decentralized Manufacture of Copy-Controlled Software |
| 18. | U.S. | 5,349,643 | 9/20/1994 | Cox, et al. | System and Method for Secure Initial Program Load for Diskless Workstations |
| 19. | U.S. | 5,357,573 | 10/18/1994 | Walters | Memory Card |
| 20. | U.S. | 5,371,794 | 12/6/1994 | Diffie, et al. | Method and Apparatus for Privacy and Authentication in Wireless Networks |
| 21. | U.S. | 5,373,561 | 12/12/1994 | Haber, et al. | Method of Extending the Validity of a Cryptographic Certificate |

| REF. NO. | COUNTRY | PATENT NUMBER | ISSUE DATE | INVENTOR(S) | TITLE |
|---|---|---|---|---|---|
| 22. | U.S. | 5,375,240 | 12/20/1994 | Grundy | Information Distribution System |
| 23. | U.S. | 5,379,343 | 1/3/1995 | Grube, et al. | Detection of Unauthorized Use of Software Applications in Communications Units |
| 24. | U.S. | 5,414,844 | 5/9/1995 | Wang | Method & System for Controlling Public Access to a Plurality of Data Objects within a Data Processing System |
| 25. | U.S. | 5,416,842 | 5/16/1995 | Aziz | Method and Apparatus for Key-Management Scheme for Use with Internet Protocols at Site Firewalls |
| 26. | U.S. | 5,428,745 | 6/27/1995 | de Bruijn, et al. | Secure Communication System for Re-establishing Time Limited Communication between First and Second Computers before Communication Time Period Expiration Using New Random Number |
| 27. | U.S. | 5,442,708 | 8/15/1995 | Adams, Jr., et al. | Computer Network Encryption/Decryption Device |
| 28. | U.S. | 5,444,782 | 8/22/1995 | Adams, et al. | Computer Network Encryption/Decryption Device |
| 29. | U.S. | 5,455,953 | 10/3/1995 | Russell | Authorization System for Obtaining in Single Step Both Identification and Access Rights of Client to Server Directly from Encrypted Authorization Ticket |
| 30. | U.S. | 5,483,596 | 1/9/1996 | Rosenow, et al. | Apparatus and Method for Controlling Access to and Interconnection of Computer System Resources |
| 31. | U.S. | 5,485,409 | 1/16/1996 | Gupta, et al. | Automated Penetration Analysis System and Method |
| 32. | U.S. | 5,491,804 | 2/13/1996 | Heath, et al. | Method and Apparatus for Automatic Initialization of Pluggable Option Cards |

| REF. NO. | COUNTRY | PATENT NUMBER | ISSUE DATE | INVENTOR(S) | TITLE |
|---|---|---|---|---|---|
| 33. | U.S. | 5,497,421 | 3/5/1996 | Kaufman, et al. | Method and Apparatus for Protecting the Confientiality of Passwords in a Distributed Data Processing System |
| 34. | U.S. | 5,499,297 | 3/12/1996 | Boebert | System and Method for Trusted Path Communications |
| 35. | U.S. | 5,502,766 | 3/26/1996 | Boebert, et al. | Data Enclave and Trusted Path System |
| 36. | U.S. | 5,502,831 | 3/26/1996 | Grube, et al. | Method for Detecting Unauthorized Modification of a Communication or Broadcast Unit |
| 37. | U.S. | 5,511,122 | 4/23/1996 | Atkinson | Intermediate Network Authentication |
| 38. | U.S. | 5,535,276 | 7/9/1996 | Garesan | Yaksha, An Improved System and Method for Securing Communications Using Split Private Key Asymmetric Cryptography |
| 39. | U.S. | 5,546,463 | 9/13/1996 | Caputo, et al. | Pocket Encrypting and Authenticating Communications Device |
| 40. | U.S. | 5,590,199 | 12/3./1996 | Krajewski, Jr., et al. | Electronic Information Network User Authentication and Authorization System |
| 41. | U.S. | 5,604,804 | 2/18/1997 | Micali | Method for Certifying Public Keys in a Digital Signature Scheme |
| 42. | U.S. | 5,606,615 | 2/25/1997 | Laponte et al. | Computer Security System |
| 43. | U.S. | 5,529,980 | 5/13/1997 | Stefik, et al. | System for Controlling the Distribution and Use of Digital Works |
| 44. | U.S. | 5,634,012 | 5/27/1997 | Stefik, et al. | System for Controlling the Distribution and Use of Digital Works Having a Fee Reporting Mechanism |

| REF. NO. | COUNTRY | PATENT NUMBER | ISSUE DATE | INVENTOR(S) | TITLE |
|---|---|---|---|---|---|
| 45. | U.S. | 5,657,390 | 8/12/1997 | Elgamal, et al. | Secure Socket Layer Application Program Apparatus and Method |
| 46. | U.S. | 5,666,411 | 9/9/1997 | McCarty | System for Computer Software Protection |
| 47. | U.S. | 5,666,416 | 9/9/1997 | Micali | Certificate Revocation System |
| 48. | U.S. | 5,677,953 | 10/14/1997 | Dolphin | System and Method for Access Control for Portable Data Storage Media |
| 49. | U.S. | 5,699,431 | 12/16/1997 | Van Oeschot, et al. | Method for Efficient Management of Certificate Revocation Lists and Update Information |
| 50. | U.S. | 5,706,427 | 1/6/1998 | Tabuki | Authentication Method for Networks |
| 51. | U.S. | 5,710,884 | 1/20/1998 | Tabuki | System for Automatically Updating Personal Profile Server with Updates to Additional User Information Gathered from Monitoring User's Electronic Consuming Habits Generated on Computer During Use |
| 52. | U.S. | 5,708,780 | 1/13/1998 | Levergood, et al. | Internet Server Access Control and Monitoring Systems |
| 53. | U.S. | 5,717,757 | 2/10/1998 | Micali | Certificate Issue Lists |
| 54. | U.S. | 5,717,756 | 2/10/1998 | Coleman | System and Method for Providing Masquerade Protection in a Computer Network Using Hardware and Timestamp-Specific Single Use Keys |
| 55. | U.S. | 5,724,424 | 3/3/1998 | Gifford | Digital Active Advertising |
| 56. | U.S. | 5,754,864 | 5/19/1998 | Hill | Software Piracy Detection System |

*Prism Technologies, LLC v. VeriSign, et al.*
*Civil Action No. CA-05-214-JJF*

5

| REF. NO. | COUNTRY | PATENT NUMBER | ISSUE DATE | INVENTOR(S) | TITLE |
|---|---|---|---|---|---|
| 57. | U.S. | 5,757,907 | 5/26/1998 | Cooper, et al. | Method and Apparatus for Enabling Trial Period Use of Software Products: Method and Apparatus for Generating a Machine-Dependent Identification |
| 58. | U.S. | 5,761,309 | 6/2/1998 | Ohashi, et al. | Authentication System |
| 59. | U.S. | 5,761,649 | 6/2/1998 | Hill | Method for Updating a Remote Computer |
| 60. | U.S. | 5,765,152 | 6/9/1998 | Erickson | System and Method for Managing Copyrighted Electronic Media |
| 61. | U.S. | 5,778,071 | 7/7/1998 | Caputo, et al. | Pocket Encrypting and Authenticating Communications Device |
| 62. | U.S. | 5,793,868 | 8/11/1998 | Micali | Certificate Revocation System |
| 63. | U.S. | 5,809,144 | 9/15/1998 | Sirbu, et al. | Method and Apparatus for Purchasing and Delivering Digital Goods Over a Network |
| 64. | U.S. | 5,841,970 | 11/24/1998 | Tabuki | Authentication Method for Networks |
| 65. | U.S. | 5,878,142 | 3/2/1999 | Caputo, et al. | Pocket Encrypting and Authenticating Communications Device |
| 66. | U.S. | 5,889,958 | 3/30/1999 | Willens | Network Access Control System and Process |
| 67. | U.S. | 5,590,197 | 12/31/1996 | Chen, et al. | Electronic Payment System and Method |
| 68. | U.S. | 5,922,074 | 7/13/1999 | Richard et al. | Method of and Apparatus for Providing Secure Distributed Directory Services and Public Key Infrastructure |

| REF. NO. | COUNTRY | PATENT NUMBER | ISSUE DATE | INVENTOR(S) | TITLE |
|---|---|---|---|---|---|
| 69. | U.S. | 5,926,624 | 7/20/1999 | Katz, et al. | Digital Information Library and Delivery System with Logic for Generating Files Targeted to the Playback Drive |
| 70. | U.S. | 5,987,232 | 11/16/1999 | Tabuki | Verification Server for Use in Authentication on Networks |
| 71. | U.S. | 6,003,135 | 12/14/1999 | Bialick, et al. | Modular Security Device |
| 72. | U.S. | 6,005,939 | 12/21/1999 | Fortenberry, et al. | Method and Apparatus for Storing an Internet User's Identity and Access Rights to World Wide Web Resources |
| 73. | U.S. | 6,006,332 | 12/21/1999 | Rabne, et al. | Rights Management System for Digital Media |
| 74. | U.S. | 6,041,411 | 3/21/2000 | Wyatt | Method for Defining and Verifying User Access Rights to a Computer Information |
| 75. | U.S. | 6,047,376 | 4/4/2000 | Hosoe | Client-Server System, Server Access Authentication Method, Memory Medium Stores Server-Access Authentication Programs, and Issuance Device Which Issues the Memory Medium Contents |
| 76. | U.S. | 6,075,860 | 6/13/2000 | Ketcham | Apparatus and Method for Authentication and Encryption of a Remote Terminal Over a Wireless Link |
| 77. | U.S. | 6,219,790 | 4/17/2001 | Lloyd, et al. | Centralized Authentication, Authorization and Accounting Server with Support for Multiple Transport Protocols and Multiple Client Types |

*Prism Technologies  LLC v. VeriSign, et al.*
*Civil Action No. CA-05-214-JJF*

| REF. NO. | COUNTRY | PATENT NUMBER | ISSUE DATE | INVENTOR(S) | TITLE |
|---|---|---|---|---|---|
| 78. | U.S. | 6,249,873 | 6/19/2001 | Richards, et al. | Method of and Apparatus for Providing Secure Distributed Directory Services and Public Key Infrastructure |
| 79. | U.S. | 6,377,994 | 4/23/2002 | Ault, et al. | Method and Apparatus for Controlling Server Access to a Resource in a Client/Server System |
| 80. | U.S. | 6,553,492 | 4/22/2003 | Hosoe | Client-Server System, Server Access Authentication Method, Memory Medium Stores Server-Access Authentication Programs, and Issuance Device Which Issues the Memory Medium Contents |

## FOREIGN APPLICATIONS

| REF. NO. | COUNTRY | APPL. NO. | FILING DATE | INVENTOR(S) | TITLE |
|---|---|---|---|---|---|
| 81. | EU | 96306390.4 | 9/2/1996 | Tabuki | A Verification Service and Authentication Method for Use in Authentication on Networks |
| 82. | Japan | 07231159 | 9/8/1995 | Tabuki | Authentication Method on Network |
| 83. | Japan | 07231160 | 9/8/1995 | Tabuki | Authentication Method on Network |
| 84. | WIPO | PCT/US00/03489 | 2/8/2000 | Coulthard, et al. | Content Certification |

**PUBLICATIONS**

| REF. NO. | TITLE | AUTHOR | DATE |
|---|---|---|---|
| 85. | RFC 8.2- Security Requirements for DCE | T. Hunwick | 8/1996 |
| 86. | RFC 26.0 – Using Pre-Authentication to Avoid Password Guessing Attacks | J. Pato | 6/1993 |
| 87. | RFC 59.0 - Kerberos and Two-Factor Authentication | J. Kotanchik | 3/1994 |
| 88. | RFC 63.3—DCE 1.2 Contents Overview | R. Salz | 10/1996 |
| 89. | RFC 68.1 – DCE 1.2 Public-Key Login—Functional Specification | A. Anderson, et al. | 2/1995 |
| 90. | RFC 68.2 – DCE 1.2.2 Public Key Login—Functional specification | A. Anderson, et al. | 2/1996 |
| 91. | RFC 68.3 – DCE 1.2.2 Public Key Login—Functional specification | A. Anderson , et al. | 1/1997 |
| 92. | RFC 68.4 – DCE v.r.m. Public Key Certificate Login—Functional Specification | F. Siebenlist, et al. | 4/1998 |
| 93. | RFC- 71.0 Improved Security for Smart Card Use in DCE | G. Gaskell , et al. | 2/1995 |
| 94. | RFC 85.0 – Improved Public Key Login Protocols for DCE | M. Warner | 10/1995 |
| 95. | RFC 98.0 – Challenges Concerning Public-Key in DCE | W. Tuvell | 12/1996 |
| 96. | RFC 100.0 – DCE and FORTEZZA | R. Salz | 1/1997 |
| 97. | RFC 912 – Authentication Service | M. St. Johns | 9/1984 |
| 98. | RFC 931 – Authentication Server | M. St. Johns | 1/1985 |

*Prism Technologies  LLC v. VeriSign, et al.*
*Civil Action No. CA-05-214-JJF*

| REF. NO. | TITLE | AUTHOR | DATE |
|---|---|---|---|
| 99. | RFC 1004 – A Distributed Protocol Authentication Scheme | D.L. Mills | 4/1987 |
| 100. | RFC 1334 – PPP Authentication Protocols | B. Lloyd | 10/1992 |
| 101. | RFC 1492 – An Access Control Protocol, Sometimes Called TACACS | C Finseth | 7/1993 |
| 102. | RFC 1507 – DASS, Distributed Authentication Security Service | C. Kaufman | 9/1993 |
| 103. | RFC 1508 – Generic Security Service Application Program Interface | J. Linn | 9/1993 |
| 104. | RFC 1510 – The Kerberos Network Authentication Service (V5) | J. Kohl, et al. | 9/1993 |
| 105. | RFC 1636 – Report of IAB Workshop on Security in the Internet Architecture February 8-10, 1994 | R. Braden, et al. | 6/1994 |
| 106. | RFC 1661 – The Point-to-Point Protocol (PPP) | W. Simpson | 7/1994 |
| 107. | RFC 1704 – On Internet Authentication | N. Haller | 10/1994 |
| 108. | RFC 1731 – IMAP4 Authentication Mechanisms | J. Myers | 12/1994 |
| 109. | RFC 1760 – The S/Key One-Time Password System | N. Haller | 2/1995 |
| 110. | RFC 1777 – Lightweight Directory Access Protocol | W. Yeong, et al. | 3/1995 |
| 111. | RFC 1823 – The LDAP Application Program Interface | T. Howes, et al. | 7/1995 |
| 112. | RFC 1826 – IP Authentication Header | R. Atkinson | 8/1995 |
| 113. | RFC 1827 – IP Encapsulating Security Payload (ESP) | R. Atkinson | 8/1995 |

| REF. NO. | TITLE | AUTHOR | DATE |
|---|---|---|---|
| 114. | RFC 1828 – IP Authentication Using Keyed MD5 | P. Metzger, et al. | 8/1995 |
| 115. | RFC 1994 – PPP Challenge Handshake Authentication Protocol (CHAP) | W. Simpson | 8/1996 |
| 116. | RFC 2002 – IP Mobility Support | C. Perkins. ed. | 10/1996 |
| 117. | RFC 2058 — Remote Authentication Dial In User Service (RADIUS) | Rigney, et al. | 1/1997 |
| 118. | RFC 2069 – An Extension to HTTP: Digest Access Authentication | J. Franks, et al. | 1/1997 |
| 119. | RFC 2082 – RIP-2 MD5 Authentication | F. Baker, et al. | 1/1997 |
| 120. | RFC 2085 – HMAC-MD5 IP Authentication with Replay Prevention | M. Oehler, et al. | 2/1997 |
| 121. | RFC 2138 — Remote Authentication Dial In User Service (RADIUS) | Rigney, et al. | 4/1997 |
| 122. | RFC 2139 — RADIUS Accounting | Rigney | 4/1997 |
| 123. | RFC 2560 – X.509 Internet Public Key Infrastructure Online Certificate Status Protocol – OCSP | M. Myers, et al. | 6/1999 |
| 124. | RADIUS server source code | | 4/1995 |
| 125. | RADIUS to secure remote access | B. Wallace | 4/17/1995 |
| 126. | RADIUS Accounting draft-ietf-radius-accounting-01.txt | Rigney, et al. | 11/1995 |
| 127. | Remote Authentication Dial In User Service (RADIUS) draft-ietf-radius-radius-01.txt | Rigney, et al. | 11/1995 |

Prism Technologies  LLC v. VeriSign, et al.
Civil Action No. CA-05-214-JJF

11

| REF. NO. | TITLE | AUTHOR | DATE |
|---|---|---|---|
| 128. | Current Meeting Report<br>Minutes of the Remote Authentication Dial In User Service BOF (RADIUS) | Rigney | 12/5/1995 |
| 129. | RADIUS Accounting | Rigney | 1/1996 |
| 130. | RADIUS Accounting<br>draft-ietf-radius-accounting-02.txt | Rigney, et al. | 2/1995 |
| 131. | Remote Authentication Dial In User Service (RADIUS)<br>draft-ietf-radius-radius-02.txt | Rigney, et al | 2/1995 |
| 132. | RADIUS<br>BayLISA<br>Mountainview, California | Rigney | 2/15/1996 |
| 133. | RADIUS Accounting<br>draft-ietf-radius-accounting-03.txt | Rigney, et al. | 5/1995 |
| 134. | Remote Authentication Dial In User Service (RADIUS)<br>draft-ietf-radius-radius-03.txt | Rigney, et al | 5/1995 |
| 135. | RADIUS Accounting<br>draft-ietf-radius-accounting-04.txt | Rigney, et al. | 6/1995 |
| 136. | Remote Authentication Dial In User Service (RADIUS)<br>draft-ietf-radius-radius-04.txt | Rigney, et al. | 6/1995 |
| 137. | Web-Access Authentication Using RADIUS: An intermediate method for secure exchanges on the Web | C. King | 8/1995 |
| 138. | RADIUS Extensions<br>draft-ietf-radius-ex-00.txt | Rigney, et al. | 1/1997 |

| REF. NO. | TITLE | AUTHOR | DATE |
|---|---|---|---|
| 139. | Remote Authentication Dial In User Service (RADIUS) | Rigney, et al. | 1/1997 |
| 140. | Remote Authentication Dial In User Service (RADIUS) | Rigney, et al. | 4/1997 |
| 141. | RADIUS Administrator's Guide | Livingston Enterprises, Inc. | 5/1997 |
| 142. | RADIUS Extensions draft-ietf-radius-ext-01.txt | Rigney, et al. | 9/1997 |
| 143. | RADIUS Extensions draft-ietf-radius-ext-02.txt | Rigney, et al. | 10/1998 |
| 144. | Smart Card Augmentation of Kerberos | Workshop on Network and Distributed Systems Security | 1993 |
| 145. | Kerberos: An Authentication Service for Computer Networks | B.C. Neuman, et al. | 1994 |
| 146. | Kerberos and 3rd Party Authentication | Security Dynamics, Inc. | 3/26/1994 |
| 147. | Kerberos/DCE, the Secure Shell, and Practical Internet Security | W. Schroeder | 10/10/1996 |
| 148. | CITI Technical Report 98-7 Smartcard Integration with Kerberos V5 | Itoi, et al. | 12/03/1998 |
| 149. | Integrating Smart Cards into Kerberos | Gaskell | 2/2000 |
| 150. | The Moron's Guide to Kerberos, Version 1.2.2 | Tung | 7/8/2005 |

| REF. NO. | TITLE | AUTHOR | DATE |
|---|---|---|---|
| 151. | SSL 2.0 Protocol Specification | Netscape | 11/29/1994 |
| 152. | Netscape to Offer Fortezza Cryptographic Capability for its Software Products | Netscape | 10/10/1995 |
| 153. | Netscape Certificate Server 1.0 FAQ | Netscape | 1996 |
| 154. | Netscape Certificate Server 1.0 – A Powerful Certificate-Management Solution | Netscape | 1996 |
| 155. | Netscape Directory Server 1.0 Data Sheet | Netscape | 1996 |
| 156. | Netscape Directory Server 1.0 FAQ | Netscape | 1996 |
| 157. | Netscape Directory Server 1.0 – Server Software For Centralized Directory Management | Netscape | 1996 |
| 158. | Netscape Enterprise Server 3.0 FAQ | Netscape | 1996 |
| 159. | Netscape Enterprise Server 3.0 – The Enterprise-Strength Web Server For The Intranet | Netscape | 1996 |
| 160. | Netscape SuiteSpot 3.0 FAQ | Netscape | 1996 |
| 161. | Netscape SuiteSpot – The Cost-Effective and Full-Service Intranet Solution | Netscape | 1996 |
| 162. | What the Press is Saying About Netscape's New Servers | Netscape | 1996 |
| 163. | An Internet Approach to Directories | Netscape | 1996 |
| 164. | Securing Information Distribution Using Netscape Products with FORTEZZA® | Netscape | 1996 |
| 165. | The SSL Protocol Version 3.0, Internet Draft http://wp.netscape.com/eng/ssl3/ssl-toc.html | Freier, et al. | 3/1996 |

| REF. NO. | TITLE | AUTHOR | DATE |
|---|---|---|---|
| 166. | The SSL Protocol Version 3.0 | Freier, et al. | 3/4/1996 |
| 167. | Netscape Announces Netscape Certificate Server To Enable Companies To Encrypt Enterprise Communications And Data | Netscape | 4/22/1996 |
| 168. | More Than 40 Companies Join Netscape And U. Michigan To Support Lightweight Directory Access Protocol As Proposed Standard For Internet Directories | Netscape | 4/22/1996 |
| 169. | Netscape Shoots to Kill Microsoft and Lotus | PC Magazine Online | 4/22/1996 |
| 170. | Securing Communications on the Intranet and Over the Internet | Netscape | 7/1995 |
| 171. | Netscape Directory Server 1.0 Fact Sheet | Netscape | 12/18/1996 |
| 172. | Netscape Announces Netscape Suitespot 3.0 for Open Email And Groupware on Intranets | Netscape | 10/15/1996 |
| 173. | FORTE*ZZA® CryptoSecurity Products | Netscape | 10/30/1996 |
| 174. | The SSL Protocol Version 3.0 | Netscape | 11/1996 |
| 175. | Introduction to Communicator | Netscape | 1997 |
| 176. | Single Sign-On Deployment Guide-Security | Netscape | 1997 |
| 177. | Web Publisher User's Guide – Netscape Enterprise Server Version 3.0 | Netscape | 1997 |
| 178. | Netscape Enterprise Server 3.0 — Administrator's Guide for Windows NT | Netscape | 1997 |
| 179. | Netscape Enterprise Server 3.0—Administrator's Guide for Unix | Netscape | 1997 |

| REF. NO. | TITLE | AUTHOR | DATE |
|---|---|---|---|
| 180. | Managing Netscape Servers – Netscape Administrator: Server 3.0 | Netscape | 1997 |
| 181. | Managing Netscape Servers—Netscape Administrator: Server 3.0 (online version) | Netscape | 1997 |
| 182. | Netscape Certificate Server Administrator's Guide for Windows NT | Netscape | 1997 |
| 183. | Netscape Certificate Server Administrator's Guide for Unix | Netscape | 1997 |
| 184. | Netscape Certificate Server Installation for Windows NT | Netscape | 1997 |
| 185. | Netscape Certificate Server Installation for Unix | Netscape | 1997 |
| 186. | Certificate-Mapping Programmer's Guide | Netscape | 1997 |
| 187. | NSAPI Programmer's Guide – Netscape Enterprise Server Version 3.0 | Netscape | 1997 |
| 188. | Using Netscape with FORTEZZA | Netscape | 1997 |
| 189. | Netscape Products With Fortezza Fact Sheet | Netscape | 2/18/1997 |
| 190. | Demonstration Plan for JWID 97 | U.S. Government | 2/21/1997 |
| 191. | Netscape Communicator Supports Smart Cards and Tokens So Mobile Users Can Safely Access Corporate Networks Remotely | Netscape | 8/6/1997 |
| 192. | U.S. Department of Defense Signs Agreement for Netscape Client and Server Software | Netscape | 10/8/1997 |
| 193. | Netscape Expands Mission Control to Provide Unified Administration of Intranets and Extranets with Lower Cost of Ownership | Netscape | 12/10/1997 |

16

*Prism Technologies LLC v. VeriSign, et al.*
*Civil Action No. CA-05-214-JJF*

| REF. NO. | TITLE | AUTHOR | DATE |
|---|---|---|---|
| 194. | Hitachi and Netscape to Collaborate on Intranet and Extranet Solutions Based on LDAP Standard for Internet Directories | Netscape | 12/16/1997 |
| 195. | Making Netscape Compatible with FORTEZZA® - Lessons Learned | G. Ryan | 8/4/1999 |
| 196. | DCE, Distributing Computing Environment Overview | The Open Group | 1996 |
| 197. | Introduction to DCE | IBM | 1996 |
| 198. | DCE, Distributing Computing Environment, Glossary of Terms | The Open Group | 1996 |
| 199. | DCE, Distributing Computing Environment, OSF DCE 1.2.2 New Features | The Open Group | 1996 |
| 200. | The Open Group Announces General Availability of DCE 1.2.2 with Security and File System Enhancements | The Open Group | 1996 |
| 201. | Technical Standard DCE 1.: : Authentication and Security Services | The Open Group | 1997 |
| 202. | Presentation at The Open Group Member's Meeting re DCE RFC 68.4 Public Key Certificate-Based DCE Login | The Open Group | 4/30/1998 |
| 203. | Draft Technical Standard, DCE 1.2.3 Public Key Certificate Login (Draft 0.8 for Company Review) | The Open Group | 8/10/1998 |
| 204. | Presentation at the Securities Industry Middleware Council re DCE RFC 68.4 Update | IBM | 2/16/1999 |
| 205. | Towards a Practical Public-Key Cryptosystem. | Kohnfelder | 5/1978 |
| 206. | Using Encryption for Authentication in Computer Networks | R. Needham, et al. | 12/1978 |

| REF. NO. | TITLE | AUTHOR | DATE |
|---|---|---|---|
| 207. | Federal Information Processing Standards Publication 83: Specifications for Guideline on User Authentication Techniques for Computer Network Access Control | National Bureau of Standards, U.S. Department of Commerce | 1980 |
| 208. | The Clearinghouse: A Decentralized Agent for Locating Named Objects in a Distributed Environment | D.C. Oppen , et al. | 1983 |
| 209. | Authentication in Office System Internetworks | Israel et al. | 7/1983 |
| 210. | Transaction Response Message Authentication (Des/Kp) | R. Lennon, et al. | 12/1983 |
| 211. | Network Authentication Tokens | R. Davis | 12/4/1989 |
| 212. | Practical Authentication for Distributed Computing | J. Linn | 1990 |
| 213. | The MITRE User Authentication System | D. Goldberg | 8/27-28/1990 |
| 214. | Authentication for Distributed Systems | Woo, et al. | 1/1992 |
| 215. | Authentication and Delegation with Smart-Cards | M. Abadi, et al. | 7/30/1992 |
| 216. | Issues Surrounding the Use of Cryptographic Algorithms and Smart Card Applications | Workshop on Network and Distributed Systems | 1993 |
| 217. | An Overview of the Advances SmartCard Access Control System | Workshop on Network and Distributed Systems | 1993 |
| 218. | X.509 Information Technology – Open Systems Interconnection – The Directory: Authentication Framework | ISO/IEC | 11/1993 |

18

| REF. NO. | TITLE | AUTHOR | DATE |
|---|---|---|---|
| 219. | Endorsements, Licensing, and Insurance for Distributed System Services | Lai, et al. | 1994 |
| 220. | Applicability of Smart Cards to Network User Authentication | Krajewski, Jr., et al. | 1994 |
| 221. | Remote Access Technology: Evaluating the Options | Wu | 7/1994 |
| 222. | FIPS PUB 190 – Guideline for the Use of Advanced Authentication Technology Alternatives | U.S. Department of Commerce/National Institute of Standards and Technology | 9/28/1994 |
| 223. | NameFLOW-Paradise – Quarterly Service Report October- December 1995 | | 1995 |
| 224. | Secure Network Services Administrator's Guide Version 2.0 | Oracle | 1995 |
| 225. | Mecklermedia's Official Internet World ™ Internet Security Handbook | W. Stallings | 1995 |
| 226. | Safe Single-Sign-On Protocol with Minimal Password Exposure No-Decryption, and Technology-Adaptivity | P. Janson , et al. | 3/1995 |
| 227. | Single-User Network Access Security TACACS+ | Cisco | 3/30/1995 |
| 228. | Independent One-Time Passwords, Proceedings of the Fifth USENIX UNIX Security Symposium | A.D. Rubin | 6/1995 |
| 229. | Payment Switches for Open Networks | Gifford, et al. | 7/1995 |
| 230. | Developing and Deploying Corporate Cryptographic Systems | D. Coe, et al. | 7/1995 |

19

*Prism Technologies  LLC v. VeriSign, et al.*
*Civil Action No. CA-05-214-JJF*

| REF. NO. | TITLE | AUTHOR | DATE |
|---|---|---|---|
| 231. | CITI Technical Report 95-7 A Scalable, Deployable Directory Service Framework for the Internet | T. Howes, , et al. | 7/11/1995 |
| 232. | CITI Technical Report 95-8 The Lightweight Directors Access Protocol: X.500 Lite | T. Howes | 7/27/1995 |
| 233. | Livingston gets into 'Net game with new wares | J. Duffy | 8/21/1995 |
| 234. | New TCP/IP Products unveiled at expo | K. Rodriguez | 8/28/1995 |
| 235. | The Price of Access Is Eternal Vigilance-Security sells itself as remote connections spread the risk of unauthorized access to corporate data | J. Carr | 10/1/1995 |
| 236. | Token-Based Information Security for Commercial and Federal Information Networks | W.S. Rohland | 10/24-26/1995 |
| 237. | LAN access worlds CONVERGE; Once-competing vendor camps are now borrowing from each other as business and Internet communities find common ground | T. Croes | 10/30/1995 |
| 238. | Product Update: CE Software Quickmail 3.5 | P. Fruth | 11/1/1995 |
| 239. | Securing the World Wide Web: Smart Tokens and Their Implementation | M. Jones | 12/1995 |
| 240. | SESAME Technology Version 4 Overview | T. Parker, et al. | 12/1995 |
| 241. | Letting Loose the Light: Igniting Commerce in Electronic Publication | M. Stefik, ed. | 1996 |
| 242. | SecurID Installation | Livingston Enterprises, Inc. | 1996 |
| 243. | Network and Internet Security | V. Ahuja | 1996 |

*Prism Technologies LLC v. VeriSign, et al.*
*Civil Action No. CA-05-214-JJF*

| REF. NO. | TITLE | AUTHOR | DATE |
|---|---|---|---|
| 244. | Applied Cryptography, 2nd ed. | B. Schneier | 1996 |
| 245. | Cryptography's Role in Securing the Information Society | National Research Council, Computer Science and Telecommunications Board | 1996 |
| 246. | Excerpt from website: Xcert Software, Inc. "Can YOU get through this door?" | Xcert Software, Inc. | 1996 |
| 247. | Curing Remote-Access Security Ailments | security.itworld.com | 1/15/1996 |
| 248. | A Case for Avoiding Security-Enhanced HTTP Tools to Improve Security for Web-Based Applications | B. Wood | 2/16/1996 |
| 249. | Single-User Network Access Security TACACS+ | Cisco Systems, Inc. | 3/20/1996 |
| 250. | Strong Authentication Questions | S. Bridges | 3/21/1996 |
| 251. | Efficient Certificate Revocation | Micali | 3/22/1996 |
| 252. | UK-Security Dynamics Offers Remote Access Technology | Newsbytes | 3/26/1996 |
| 253. | Secure Computing Launches Full Suite of Products for Enterprise Network Security; Solutions Encompass Perimeter Control, Access Control, Web Browser and Intranet | PR Newswire | 4/2/1996 |
| 254. | Management platforms, virtual lans shine at show-NetWorld: gains aplenty | L. Wirbel | 4/8/1996 |
| 255. | The SLAPD and SLURPD Administrator's Guide, University of Michigan, Release 3.3 | Regents of the University of Michigan | 4/30/1996 |

| REF. NO. | TITLE | AUTHOR | DATE |
|---|---|---|---|
| 256. | The SLAPD and SLUPRD Administrator's Guide, University of Michigan, Release 3.3 | Regents of the University of Michigan | 4/30/1996 |
| 257. | Livingston Launches ISDN Router, Too | ISDN News | 5/7/1996 |
| 258. | Business in Vancouver High Tech Office column | A. Zisman | 5/14/1996 |
| 259. | LDAP for logon? | C. Smith | 5/21/1996 |
| 260. | Re: LDAP for logon? | P. Richard | 5/22/1996 |
| 251. | SunWorld News: New Products for the Week of May 27 | McLaughlin | 6/1996 |
| 262. | SunWorld News: Directory of the Month of June 1996 | McLaughlin | 6/1996 |
| 263. | DISA Buys 180,000 Licenses for Navigator, Government Computer News | P.Constarce | 7/8/1996 |
| 254. | SSH – Secure Login Connections Over the Internet | T. Ylönen | 7/22-25/1996 |
| 265. | Re: Certificate and CRL's – access and storage | P. Richard | 10/15/1996 |
| 266. | The SSL Protocol Version 3.0 draft-freic-ssl-version3-02.txt | Freier, et al. | 11/18/1996 |
| 267. | The Public Key Login Protocol <draft-kemp-auth-pklogin-02.txt> | D. Kemp | 11/26/1996 |
| 268. | Interoperable Security | M. Andreesen | 12/3/1996 |

Prism Technologies  LLC v. VeriSign, et al.
Civil Action No. CA-05-214-JJF

22

| REF. NO. | TITLE | AUTHOR | DATE |
|---|---|---|---|
| 269. | The Microsoft Internet Security Framework: Technology for Secure Communication, Access Control, and Commerce | Microsoft | 12/20/1996 |
| 270. | A Complete Guide to Web Security Threats and Solutions | Rubin, Geer, Ranum | 1997 |
| 271. | Providing Secure Environments for Untrusted Network Applications | Q. Zhong | 1997 |
| 272. | Demonstration Plan for JWID 97 | U.S. Government | 2/21/1997 |
| 273. | The LDAP URL Format (Internet Draft) draft-ietf-asid-ldapv3-url-00.txt | T. Howes, et al. | 3/1997 |
| 274. | Trusted Systems | M. Stefik | 3/1997 |
| 275. | Introduction to Network Security | M. Curtin | 3/1997 |
| 276. | ETAS and the World Wide Web: An Introduction and Technical Overview: DRAFT | | 4/17/1997 |
| 277. | Resource Access Control for an Internet User Agent | N. Nagaratnam S. Byrne | 6/1997 |
| 278. | Internet Security: Strategies and Solutions | J. Jeffcoate, et al., eds. | 9/1997 |
| 279. | Xcert Software, Inc. – The Next Step Forward (B) | K. Siau K. Whitacre | 8/1997 |
| 280. | Certificate Revocation and Certificate Update | Naor, et al. | 1/26-29/1998 |
| 281. | Press Release: The Open Group and The Securities Industry Middleware Council Announce Security Solution for Wall Street – *Integrating Smart Cards and DCE* | The Open Group | 6/4/1998 |

| REF. NO. | TITLE | AUTHOR | DATE |
|---|---|---|---|
| 282. | Unified Single Sign-On | C. Särs | 11/27/1998 |
| 283. | Xcert Software, Inc. – Abstract | K. Siau | 1999 |
| 284. | White Paper: Access Security with SecurID | T. Schulz | 11/29/1999 |
| 285. | CCITT/ISO "X.500 The Directory-Overview of Concepts, Models & Services | | |
| 286. | Online Certificate Status Protocol, Version 2 draft-ietf-pkix-ocspv2-00.tx: | Myers et al. | 9/2000 |
| 287. | iKey 1000 Series Developer's Guide | Rainbow Technologies | 2002 |
| 288. | How are X.509 Certificates Used in User Authentication and Authorization | M. Arseniev | 2/12/2002 |
| 289. | Chapter 5. Identification and Authentication | InfoDev-Security.net | 2003 |
| 290. | CryptoGuard VPN System, Secured Connections via Shared Infrastructures | Compumatica Secure Networks GmbH | 2005 |
| 291. | Fortezza Program Overview Version 4.0a | National Security Agency | 2/1996 |
| 292. | Fortezza Certification Requirements for World Wide Web Clients and Servers | National Security Agency | 12/2/1996 |
| 293. | Basic Certification Requirements for FORTEZZA-Enabled Applications Version 1.1. | National Security Agency | 3/13/1997 |

| REF. NO. | TITLE | AUTHOR | DATE |
|---|---|---|---|
| 294. | Fortezza Cryptologic Interface Programmers Guide Revisions 1.52 | National Security Agency | 1/30/1996 |
| 295. | Entity Authentication Using Public Key Cryptography | U.S. Department of Commerce | 2/18/1997 |
| 296. | FORTEZZA – Certification Requirements for File Protection Applications, Version 1.04 | National Security Agency | 1/31/1996 |
| 297. | Interface Control Document for the Fortezza Crypto Card, Revision P1.5 | National Security Agency | 12/22/1994 |
| 298. | FORTEZZA Application Implementors Guide for the PCMCIA based FORTEZZA Cryptologic Card, Version 1.0 | National Security Agency | 1/1995 |
| 299. | Sentry CA Cross-Checks Certificates, PC Week Online | Xcert | 1996 |
| 300. | Sentry CA (Certificate Authority) | Xcert | 1996 |
| 301. | XUDA: Xcert Universal Database API | Xcert | 1996 |
| 302. | Xcert Software, Inc., Questions and Answers | Xcert | 1996 |
| 303. | The Xcert Sentry Access Control List Module | Xcert | 1996 |
| 304. | CryptoSwift Secure Server Accelerator Frequently Asked Questions | CryptoSwift | 4/1/1997 |
| 305. | CryptoSwift Developer Frequently Asked Questions | CryptoSwift | 3/26/1997 |
| 306. | SentinelEve3™ Software Protection System Developer's Guide | Rainbow Technologies | 1989-1995 |

| REF. NO. | TITLE | AUTHOR | DATE |
|---|---|---|---|
| 307. | Sentinel SuperPro™--Securing the Future of Software Developer's Guide | Rainbow Technologies | 1991-1995 |