IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| PRISM TECHNOLOGIES LLC | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) Civil Action No. 05-214 JJF |
| VERISIGN, INC., RSA SECURITY, INC., | ) |
| NETEGRITY, INC., COMPUTER | ) |
| ASSOCIATES INTERNATIONAL, INC., | ) |
| and JOHNSON & JOHNSON SERVICES, | ) |
| INC., | ) |
| | ) |
| Defendants. | ) |

## NOTICE OF SERVICE

PLEASE TAKE NOTICE that, on June 28, 2006, copies of PLAINTIFF PRISM TECHNOLOGIES LLC'S FOURTH SET OF INTERROGATORIES TO DEFENDANT COMPUTER ASSOCIATES INTERNATIONAL, INC. and of this NOTICE OF SERVICE were served as shown:

**BY EMAIL AND BY HAND:**

| | |
|---|---|
| Frederick L. Cottrell, III, Esq. | Richard L. Horwitz, Esq. |
| Alyssa M. Schwartz, Esq. | David E. Moore, Esq. |
| Richards Layton & Finger | Potter Anderson & Corroon LLP |
| One Rodney Square | 1313 N. Market Street |
| P.O. Box 551 | Hercules Plaza, 6th Floor |
| Wilmington, DE 19801 | P.O. Box 951 |
| | Wilmington, DE 19899 |
| | |
| Patricia S. Rogowski, Esq. | Steven J. Balick, Esq. |
| Connolly, Bove, Lodge & Hutz, LLP | John G. Day, Esq. |
| 1007 North Orange Street | Ashby & Geddes |
| P.O. Box 2207 | 222 Delaware Ave., 17th Fl |
| Wilmington, DE 19899 | Wilmington, DE 19801 |

629005v1

**BY EMAIL AND U.S. MAIL:**

John DiMatteo, Esq.
Willkie Farr & Gallagher LLP
787 Seventh Avenue
New York, NY 10019-6099

William Lee, Esq.
Wilmer Cutler Hale & Dorr LLP
60 State Street
Boston, MA 02109

Jason Snyderman, Esq.
Akin Gump Strauss Hauer & Feld LLP
One Commerce Square, Suite 2200
2005 Market Street
Philadelphia, PA 19103

Frank C. Cimino, Esq.
Akin Gump Strauss Hauer & Feld LLP
Robert S. Strauss Building
1333 New Hampshire Avenue, NW
Washington, DC 20036-1564

David M. Schlitz
Baker Botts L.L.P.
1299 Pennsylvania Avenue, NW
Washington, DC 20004-2400

Samir A. Bhavsar
Jeffrey D. Baxter
Baker Botts L.L.P.
2001 Ross Avenue
Dallas, TX 75201-2980

THE BAYARD FIRM

June 28, 2006

/s/ Richard D. Kirk (rk0922)
Richard D. Kirk
222 Delaware Avenue, Suite 900
Wilmington, Delaware 19899
(302) 655-5000
rkirk@bayardfirm.com

ATTORNEYS FOR PLAINTIFF PRISM TECHNOLOGIES LLC

OF COUNSEL:

Dirk D. Thomas, Esq.
Robert A. Auchter, Esq.
Kenneth A. Freeling, Esq.
Jason R. Buratti, Esq.
André J. Bahou, Esq.
Robins, Kaplan, Miller & Ciresi, L.L.P.

629005v1

1801 K Street, N.W., Suite 1200
Washington, D.C. 20006
(202) 775-0725

629005v1