# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| PRISM TECHNOLOGIES LLC<br><br>Plaintiff,<br><br>v.<br><br>VERISIGN, INC., RSA SECURITY, INC., NETEGRITY, INC., COMPUTER ASSOCIATES INTERNATIONAL, INC., and JOHNSON & JOHNSON SERVICES, INC.,<br><br>Defendants. | Civil Action No. CA 05-214 JJF |

## AFFIDAVIT OF AZIZ BURGY IN SUPPORT OF PRISM TECHNOLOGIES LLC'S MOTION TO COMPEL DEFENDANT JOHNSON & JOHNSON SERVICES, INC. TO PRODUCE DOCUMENTS AND THINGS

I, Aziz Burgy, declare as follows:

1.      I am an attorney with the law firm of Robins, Kaplan, Miller & Ciresi L.L.P., counsel representing Plaintiff in the above-captioned action.

2.      I have been admitted to appear pro hac vice before this Court.

3.      This Affidavit is submitted in support of Prism Technologies LLC's Motion to Compel Defendant Johnson & Johnson Services, Inc. to Produce Documents and Things.

4.      Attached to this Affidavit as **Exhibit 1** is a true and correct copy of Prism's Objections and Responses to JJSI's First Set of Interrogatories, December 2, 2005.

5.      Attached to this Affidavit as **Exhibit 2** is a true and correct copy of Prism's Revised First Set of Rule 34 Requests to JJSI, September 20, 2005.

DC1 45686116 1

6.      Attached to this Affidavit as **Exhibit 3** is a true and correct copy of Prism's Second Set of Rule 34 Requests to JJSI, January 10, 2006.

7.      Attached to this Affidavit as **Exhibit 4** is a true and correct copy of Prism's Third Set of Rule 34 Requests to JJSI, February 15, 2006.

8.      Attached to this Affidavit as **Exhibit 5** is a true and correct copy of a letter dated February 15, 2006 from A. Burgy to N. Feivelson.

9.      Attached to this Affidavit as **Exhibit 6** is a true and correct copy of a letter dated February 22, 2006 from L. Spencer to A. Burgy.

10.      Attached to this Affidavit as **Exhibit 7** is a true and correct copy of a letter dated March 28, 2006 from A. Burgy to N. Feivelson.

11.      Attached to this Affidavit as **Exhibit 8** is a true and correct copy of a letter dated May 10, 2006 from A. Burgy to N. Feivelson.

12.      Attached to this Affidavit as **Exhibit 9** is a true and correct copy of a letter dated May 12, 2006 from N. Feivelson to A. Burgy.

13.      Attached to this Affidavit as **Exhibit 10** is a true and correct copy of a letter dated November 2, 2005 from A. Bahou to J. Snyderman et al.

14.      Attached to this Affidavit as **Exhibit 11** is a true and correct copy of a letter dated January 19, 2006 from A. Bahou to N. Feivelson.

15.      Attached to this Affidavit as **Exhibit 12** is a true and correct copy of a letter dated December 6, 2005 from A. Bahou to J. Snyderman et al.

16.      In the meet and confer on June 30, 2006, Ms. Spencer, counsel for JJSI, stated that they were withholding production of certain documents pursuant to third-party confidentiality agreements.

17.    In the meet and confer on June 30, 2006, Ms. Spencer, counsel for JJSI, indicated an unwillingness to produce responsive documents that are publicly available.

18.    In the meet and confer on June 30, 2006, Ms. Spencer, counsel for JJSI, represented that they were still in the process of searching for additional relevant documents, including organizational charts, cost savings reports, and e-mails.

Dated:    July 7, 2006

Aziz Burgy
Robins, Kaplan, Miller & Ciresi L.L.P.

3

## CERTIFICATE OF SERVICE

The undersigned counsel certifies that, on July 7, 2006, he electronically filed the

foregoing document with the Clerk of the Court using CM/ECF, which will send

automatic notification of the filing to the following:

Frederick L. Cottrell, III, Esq.
Alyssa M. Schwartz, Esq.
Richards Layton & Finger
One Rodney Square
P.O. Box 551
Wilmington, DE 19801

Richard L. Horwitz, Esq.
David E. Moore, Esq.
Potter Anderson & Corroon LLP
1313 N. Market Street
Hercules Plaza, 6th Floor
P.O. Box 951
Wilmington, DE 19899

Patricia S. Rogowski, Esq.
Connolly, Bove, Lodge & Hutz, LLP
1007 North Orange Street
P.O. Box 2207
Wilmington, DE 19899

Steven J. Balick, Esq.
John G. Day, Esq.
Ashby & Geddes
222 Delaware Ave., 17th Fl.
Wilmington, DE 19801

The undersigned counsel further certifies that copies of the foregoing document

were sent by hand on July 7, 2006 to the above counsel and by first-class mail to the

below counsel:

John DiMatteo, Esq.
Willkie Farr & Gallagher LLP
787 Seventh Avenue
New York, NY 10019-6099

William Lee, Esq.
Wilmer Cutler Hale & Dorr LLP
60 State Street
Boston, MA 02109

Jason Snyderman, Esq.
Akin Gump Strauss Hauer & Feld LLP
One Commerce Square, Suite 2200
2005 Market Street
Philadelphia, PA 19103

Frank C. Cimino, Esq.
Akin Gump Strauss Hauer & Feld LLP
Robert S. Strauss Building
1333 New Hampshire Avenue, NW
Washington, DC 20036-1564

David M. Schlitz
Baker Botts L.L.P.
1299 Pennsylvania Avenue, NW
Washington, DC  20004-2400

Samir A. Bhavsar
Jeffrey D. Baxter
Baker Botts L.L.P.
2001 Ross Avenue
Dallas, TX  75201-2980

/s/ Richard D. Kirk (rk0922)
Richard D. Kirk

587422v1