**EXHIBIT 7**

**ROBINS KAPLAN MILLER & CIRESI L.L.P.**

SUITE 1200
1801 K STREET, N.W.
WASHINGTON, DC 20006-1307
TEL: 202-775-0725 FAX: 202-223-8604
www.rkmc.com

ATTORNEYS AT LAW

AZIZ BURGY
202-736-2705

March 28, 2006

**VIA E-MAIL and FIRST CLASS MAIL**

Neal Feivelson, Esq.
Willkie Farr & Gallagher LLP
The Equitable Center
787 Seventh Avenue
New York, NY 10019-6099

    Re:   *Prism Technologies LLC v. VeriSign, Inc., et al.*
           Civil Action No. 1:05-cv-00214-JJF

Dear Mr. Feivelson:

    As discussed in the parties' telephone conference of March 24, 2006, Prism's commitment to the June 9, 2006 date as the cut-off for completion of fact discovery was premised, in part, on whether the Defendants have substantially completed their document production. As you may know, the production of documents between the parties pursuant to Fed. R. Civ. P. 34 occurred much later than the parties originally contemplated. To date, Prism has produced approximately 43,000 documents to Johnson and Johnson Services, Inc. ("JJSI"), while JJSI has produced to Prism approximately 1,100 documents.

    Prism has substantially completed its document production to the Defendants except for information contained on Prism's back-up tapes. Pursuant to the recent agreement between Prism and the Defendants regarding keyword searching, Prism has sent these tapes to eMag Solutions, VeriSign's designated vendor, to restore and search the information on these tapes. Once completed and reviewed by Prism, we will produce responsive, non-privileged information contained on these tapes.

    In the same vein, please update us regarding the status of JJSI's document production. In particular, please state whether JJSI has substantially completed its document production, including whether it has produced documents stored on electronic means. Also, please provide

ATLANTA    BOSTON    LOS ANGELES    MINNEAPOLIS    NAPLES    SAINT PAUL    SANTA ANA    WASHINGTON, D.C.

Neal Feivelson, Esq.
March 28, 2006
Page 2

an estimate on how many more documents JJSI expects to produce and the timeframe for doing so.

    Your timely response is much appreciated as we begin to finalize the parties' proposed scheduling order.

                      Sincerely,

                      ROBINS, KAPLAN, MILLER & CIRESI L.L.P.

                      Aziz Burgy

cc:    Robert A. Auchter, Esquire

# EXHIBIT 8

**ROBINS, KAPLAN, MILLER & CIRESI** L.L.P.

SUITE 1200
1801 K STREET, N.W.
WASHINGTON, D.C. 20006-1307
TEL: 202-775-0725 FAX: 202-223-8604
www.rkmc.com

ATTORNEYS AT LAW

AZIZ BURGY
202-736-2705

May 10, 2006

**VIA E-MAIL and FIRST CLASS MAIL**

Neal Feivelson, Esq.
Willkie Farr & Gallagher LLP
The Equitable Center
787 Seventh Avenue
New York, NY 10019-6099

    Re:   *Prism Technologies LLC v. VeriSign, Inc., et al.*
           Civil Action No. 1:05-cv-00214-JJF

Dear Mr. Feivelson:

    I write concerning JJSI's document production to Prism.

    First, as you know, on March 28, 2006, I sent you a letter inquiring about the status of JJSI's document production to Prism. To date, we have yet to receive a response.

    Second, based on Prism's Rule 34 requests and JJSI's subsequent production, we believe that JJSI's production is incomplete. For example, Prism requested JJSI to produce representative corporate organization charts. (*See* Prism's Revised First Set of Rule 34 Requests For Production of Documents and Things, Request No. 31). Having reviewed JJSI's entire document production, we found no such responsive documents. In addition, other categories of documents that were not produced include documents that relate to JJSI's cost savings for using Identity and Access Management solutions. (*See, e.g.*, Prism's Revised First Set of Rule 34 Requests For Production of Documents and Things, Request Nos. 38, 40). If we are mistaken or these documents do not exist, please state so. Otherwise, please produce these and any other responsive documents immediately or we will be forced to take the matter up with the Court.

ATLANTA     BOSTON     LOS ANGELES     MINNEAPOLIS     NAPLES     SAINT PAUL     SANTA ANA     WASHINGTON, D.C.

DC1 45683877 1

ATLANTA · BOSTON · LOS ANGELES · MINNEAPOLIS · NAPLES · SAINT PAUL · WASHINGTON, D.C.

Neal Feivelson, Esq.
May 10, 2006
Page 2

        Sincerely,

        ROBINS, KAPLAN, MILLER & CIRESI L.L.P.

        Aziz Burgy

cc:    Robert A. Auchter, Esquire

DC1 45683877 1

**EXHIBIT 9**

# WILLKIE FARR & GALLAGHER LLP

787 Seventh Avenue
New York, NY 10019-6099
Tel: 212 728 8000
Fax: 212 728 8111

May 12, 2006

**VIA E-MAIL AND FIRST CLASS MAIL**

Aziz Burgy, Esq.
Robins, Kaplan, Miller & Ciresi L.L.P.
1801 K Street, N.W.
Washington, DC 20006

Re:   Prism Technologies LLC v. Verisign, Inc., et al.
       Civil Action No. 1:05-cv-00214-JJF

Dear Aziz:

I write in response to your letter of May 10, 2006. With respect to your assertion that you have not received a response to your letter of March 28, 2006, be advised that I have had substantive discussions concerning discovery issues with A. J. Bahou of your office, at least as recently as May 10, 2006.

In any event, with respect to your inquiry concerning corporate organization charts and documents relating to JJSI's alleged cost-savings associated with its identity and access management infrastructure, please be advised that JJSI is continuing its search for responsive documents and will update its discovery responses and/or document production as necessary.

Please call me if you have any questions.

Very truly yours,

Neal K. Feivelson

# EXHIBIT 10

# ROBINS, KAPLAN, MILLER & CIRESI L.L.P.

SUITE 1200
1801 K STREET, N.W.
WASHINGTON, D.C. 20006-1307
TEL: 202-775-0725 FAX: 202-223-86(
www.rkmc.com

ATTORNEYS AT LAW

ANDRÉ J. BAHOU
(202) 736-2707

November 2, 2005

**VIA E-MAIL and FIRST CLASS MAIL**

Jason Snyderman, Esquire
Akin Gump Strauss Hauer & Feld LLP
One Commerce Square, Suite 2200
2005 Market Street
Philadelphia, PA 19103

Frank C. Cimino, Esquire
Akin Gump Strauss Hauer & Feld LLP
Robert S. Strauss Building
1333 New Hampshire Avenue. N.W.
Washington, D.C. 20036-1564

Gregory P. Teran, Esquire
Wilmer Cutler Pickering Hale & Dorr LLP
60 State Street
Boston, MA 02109

David M. Schlitz, Esquire
Baker Botts LLP
1299 Pennsylvania Avenue, N.W.
Washington, D.C. 20004-2450

Kevin Meek, Esquire
Baker Botts LLP
2001 Ross Avenue
Dallas, TX 75201

John M. DiMatteo, Esquire
Willkie Farr & Gallagher LLP
787 Seventh Avenue
New York, NY 10019-6099

Re: *Prism Technologies LLC v. Verisign, Inc., et al.*
Civil Action No. 1:05-cv-00214-JJF

Dear Messrs. Snyderman, Cimino, Teran, Schlitz, Meek, and DiMatteo:

Notwithstanding our objections, Prism's document production is ready for inspection at our offices (1801 K Street, Suite 1200, Washington, D.C. 20006) during the hours of 9 am – 5 pm, Monday thru Friday (excepting holidays). We request that you schedule an appointment in advance of your visit to inspect Prism's documents. We have approximately nineteen (19) boxes of paper documents and approximately nineteen (19) backup tapes of electronic data.

DC1 45677346 1

ATLANTA · BOSTON · LOS ANGELES · MINNEAPOLIS · NAPLES · SAINT PAUL · WASHINGTON, D.C.

All Counsel
November 2, 2005
Page 2

      Please respond by Monday, November 7, 2005, with a location of your documents and the times that Prism's counsel may inspect your document production.

      Sincerely,

      ROBINS, KAPLAN, MILLER & CIRESI L.L.P.

      *A.J. Bahou*

      André J. Bahou

AJB/cam

cc:   Robert A. Auchter, Esquire (by e-mail)
      Richard D. Kirk, Esquire (by e-mail)
      Patricia Smink Rogowski, Esquire (by e-mail)
      Frederick L. Cottrell III, Esquire (by e-mail)
      Richard L. Horwitz, Esquire (by e-mail)
      Steven Balick, Esquire (by e-mail)

| | |
|---|---|
| From: | "Moore, Carol A." <CAMoore@rkmc.com> |
| To: | <cjablon@akingump.com>, <david.bassett@wilmerhale.com>, <david.schlitz@bakerbotts.com>, <emannino@akingump.com>, <fcimino@akingump.com>, <gregory.teran@wilmerhale.com>, <jdimatteo@willkie.com>, <jeff.baxter@bakerbotts.com>, <Jsnyderman@akingump.com>, <jspark@akingump.com>, <kevin.meek@bakerbotts.com>, <mark.selwyn@wilmerhale.com>, <nfeivelson@willkie.com>, <samir.bhavsar@bakerbotts.com>, <william.lee@wilmerhale.com> |
| CC: | <cottrell@rlf.com>, <dmoore@potteranderson.com>, <jday@ashby-geddes.com>, <progowski@cblh.com>, <rhorwitz@potteranderson.com>, <rkirk@bayardfirm.com>, <sbalick@ashby-geddes.com>, <schwartz@rlf.com>, "Auchter, Robert A." <RAAuchter@rkmc.com>, "Bahou, Andre J." <AJBahou@rkmc.com>, "Buratti, Jason R." <JRBuratti@rkmc.com>, "Freeling, Kenneth A." <KAFreeling@rkmc.com>, "Gantt, Corinne T." <CTGantt@rkmc.com>, "Hubbard, Michael A." <MAHubbard@rkmc.com>, "Thomas, Dirk D." <DDThomas@rkmc.com>, "Washington, Brian M." <BMWashington@rkmc.com>, "Avolio, Danielle" <DAvolio@rkmc.com> |
| Date: | 11/2/2005 4:34:08 PM |
| Subject: | Prism Technologies LLC v. VeriSign, Inc., et al. |

Attached is a letter from A.J. Bahou regarding document production.

Carol A. Moore
Legal Administrative Assistant
 to A. J. Bahou
Robins, Kaplan, Miller & Ciresi, L.L.P.
1801 K Street, N.W., Suite 1200
Washington, D.C. 20006
Telephone: (202) 736-2689
E-mail: camoore@rmkc.com

This email and any files transmitted with it are confidential and intended solely for the use of the individual or entity to whom they are addressed. If you have received this email in error please notify the system manager. This message contains confidential information and is intended only for the individual named. If you are not the named addressee you should not disseminate, distribute or copy this e-mail.

# EXHIBIT 11

# ROBINS, KAPLAN, MILLER & CIRESI L.L.P.

SUITE 1200
1801 K STREET, N.W.
WASHINGTON, D.C. 20006-1307
TEL: 202-775-0725 FAX: 202-223-8604
www.rkmc.com

ATTORNEYS AT LAW

ANDRÉ J. BAHOU
(202) 736-2707

January 19, 2006

**VIA FEDERAL EXPRESS**

Neal Feivelson, Esquire
Willkie Farr & Gallagher LLP
The Equitable Center
787 Seventh Avenue
New York, NY 10019-6099

      Re: *Prism Technologies LLC v. VeriSign, Inc., et al.*
           Civil Action No. 1:05-cv-00214-JJF

Dear Mr. Feivelson:

    Enclosed are four compact disks containing Prism's document production in Tagged Image File Format (TIFF) along with the respective load files. Please note that Prism's document production includes materials that are "Confidential," "Attorney's Eyes Only," and/or "Highly Confidential." Until the parties agree upon a protective order, please limit disclosure of any designated materials to trial counsel pursuant to Local Rule 26.2 of the United States District Court for the District of Delaware.

    The four compact disks include Prism's documents with the respective bates ranges noted below:

        Disk 1:        P000001 – P011057
        Disk 2:        P011058 – P028040
        Disk 3:        P028041 – P039633
        Disk 4:        P039634 – P043552

DC1 45679839.1

ATLANTA · BOSTON · LOS ANGELES · MINNEAPOLIS · NAPLES · SAINT PAUL · WASHINGTON, D.C.

Neal Feivelson, Esquire
January 19, 2006
Page 2

      Please let me know when we can expect to receive Johnson & Johnson Services, Inc.'s document production. Feel free to call me with any questions.

                              Sincerely,

                              ROBINS, KAPLAN, MILLER & CIRESI L.L.P.

                              André J. Bahou

AJB/cam

Enclosures

cc:    Robert A. Auchter, Esquire (via e-mail)
       Richard D. Kirk, Esquire (via e-mail)

DC1 45679839.1

**EXHIBIT 12**

# ROBINS, KAPLAN, MILLER & CIRESI L.L.P.

SUITE 1200
1801 K STREET, N.W.
WASHINGTON, D.C. 20006-1307
TEL: 202-775-0725  FAX: 202-223-8604
www.rkmc.com

ATTORNEYS AT LAW

ANDRÉ J. BAHOU
(202) 736-2707

December 6, 2005

**VIA E-MAIL and FIRST CLASS MAIL**

Jason Snyderman, Esquire
Akin Gump Strauss Hauer & Feld LLP
One Commerce Square, Suite 2200
2005 Market Street
Philadelphia, PA  19103

Frank C. Cimino, Esquire
Akin Gump Strauss Hauer & Feld LLP
Robert S. Strauss Building
1333 New Hampshire Avenue. N.W.
Washington, D.C.  20036-1564

Gregory P. Teran, Esquire
Wilmer Cutler Pickering Hale & Dorr LLP
60 State Street
Boston, MA  02109

David M. Schlitz, Esquire
Baker Botts LLP
1299 Pennsylvania Avenue, N.W.
Washington, D.C.  20004-2450

Kevin Meek, Esquire
Baker Botts LLP
2001 Ross Avenue
Dallas, TX  75201

John M. DiMatteo, Esquire
Willkie Farr & Gallagher LLP
787 Seventh Avenue
New York, NY  10019-6099

    Re:    *Prism Technologies LLC v. VeriSign, Inc., et al.*
            Civil Action No. 1:05-cv-00214-JJF

Dear Messrs. Snyderman, Cimino, Teran, Schlitz, Meek, and DiMatteo:

    This letter follows up on teleconferences with Jason Snyderman and/or Daniel Yonan (representing VeriSign and on behalf of all Defendants) of November 22 and November 30. Through several telephone discussions, Prism and all Defendants in this matter agree to exchange their document productions in electronic format. The exchange will be made via compact disk with single-page scanned image files in TIFF (Tagged Image File Format) format. I understand from Mr. Snyderman's voicemail of December 2 that the Defendants will not produce the scanned images in a searchable OCR (optical character recognition) format. Likewise, Prism will not produce TIFF images in searchable OCR format.

All Counsel
December 6, 2005
Page 2

    Prism further requests that each party produce its scanned TIFF images in single-page format with the filename of each image representing or correlating to the assigned bates number.

    Please respond in writing if you do not agree with the exchange of documents in TIFF single-page format with the filename specification mentioned above by December 12.

                              Sincerely,

                              ROBINS, KAPLAN, MILLER & CIRESI L.L.P.

                              André J. Bahou

AJB/cam

cc:    Robert A. Auchter, Esquire (by e-mail)
       Richard D. Kirk, Esquire (by e-mail)
       Patricia Smink Rogowski, Esquire (by e-mail)
       Frederick L. Cottrell III, Esquire (by e-mail)
       Richard L. Horwitz, Esquire (by e-mail)
       Steven Balick, Esquire (by e-mail)

**From:** Moore, Carol A.
**Sent:** Tuesday, December 06, 2005 6:21 PM
**To:** david.schlitz@bakerbotts.com; fcimino@akingump.com; gregory.teran@wilmerhale.com; jdimatteo@willkie.com; Jsnyderman@akingump.com; kevin.meek@bakerbotts.com
**Cc:** progowski@cblh.com; cottrell@rlf.com; rhorwitz@potteranderson.com; sbalick@ashby-geddes.com; rkirk@bayardfirm.com; Auchter, Robert A.; Bahou, Andre J.; Buratti, Jason R.; Freeling, Kenneth A.; Gantt, Corinne T.; Hubbard, Michael A.; Thomas, Dirk D.; Washington, Brian M.
**Subject:** Prism Technologies LLC v. VeriSign, Inc., et al.
**Attachments:** 12-6-05 Letter to Defendant's Counsel.pdf

Attached is a letter from A.J. Bahou regarding exchange of document production in electronic format.

Carol A. Moore
Legal Administrative Assistant
 to A.J. Bahou
Robins, Kaplan, Miller & Ciresi L.L.P.
1801 K Street, N.W., Suite 1200
Telephone: (202) 736-2689
E-mail: camoore@rkmc.com