IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| PRISM TECHNOLOGIES LLC, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | C.A. No. 05-214-JJF |
| | ) | |
| VERISIGN, INC., RSA SECURITY, INC., | ) | |
| NETEGRITY, INC., COMPUTER | ) | |
| ASSOCIATES INTERNATIONAL, INC., | ) | |
| and JOHNSON & JOHNSON | ) | |
| SERVICES, INC. | ) | |
| | ) | |
| Defendants. | ) | |

## NOTICE OF SERVICE

The undersigned hereby certifies that on the 12th day of July, 2006, **DEFENDANT JOHNSON & JOHNSON SERVICES, INC.'S REVISED FIRST SET OF REQUESTS FOR ADMISSION TO PLAINTIFF (NOS. 1-14)** was served upon the following counsel of record at the address and in the manner indicated:

Richard D. Kirk, Esquire                                    HAND DELIVERY
The Bayard Firm
222 Delaware Avenue, Suite 900
Wilmington, DE  19899

Dirk D. Thomas, Esquire                                    VIA FEDERAL EXPRESS
Robin, Kaplan, Miller & Ciresi, LLP
1801 K Street, N.W., Suite 1200
Washington, DC  20006

Patricia S. Rogowski, Esquire                              HAND DELIVERY
Connolly Bove Lodge & Hutz LLP
The Nemours Building
1007 North Orange Street
P.O. Box 2207
Wilmington, DE  19899

Jason A. Snyderman, Esquire                                             VIA FEDERAL EXPRESS
Akin Gump Strauss Hauer & Feld LLP
One Commerce Square
2005 Market Street
Suite 2200
Philadelphia, PA  19103-7013

Frank C. Cimino, Jr., Esquire                                           VIA FEDERAL EXPRESS
Akin Gump Strauss Hauer & Feld LLP
Robert S. Strauss Building
1333 New Hampshire Avenue, N.W.
Washington, DC  20036-1564

Frederick L. Cottrell, III, Esquire                                     HAND DELIVERY
Richards Layton & Finger
One Rodney Square
Wilmington, DE  19899

William F. Lee, Esquire                                                 VIA FEDERAL EXPRESS
Wilmer Cutler Pickering Hale & Dorr LLP
60 State Street
Boston, MA  02109

Kate Hutchins, Esquire                                                  VIA FEDERAL EXPRESS
Wilmer Cutler Pickering Hale & Dorr
399 Park Avenue
New York, NY  10022

Richard L. Horwitz, Esquire                                             HAND DELIVERY
Potter Anderson & Corroon LLP
1313 North Market Street
P.O. Box 951
Wilmington, DE  19899

Samir Bhavsar, Esquire                                                  VIA FEDERAL EXPRESS
Baker Botts LLP
2001 Ross Avenue
Dallas, TX  75201-2980

David M. Schlitz, Esquire                                               VIA FEDERAL EXPRESS
Baker Botts LLP
The Warner
1299 Pennsylvania Avenue, NW
Washington, DC  20004-2400

                      ASHBY & GEDDES

                      */s/ Tiffany Geyer Lydon*

                      _____

                      Steven J. Balick (I.D. #2114)
                      John G. Day (I.D. #2403)
                      Tiffany Geyer Lydon (I.D. #3950)
                      222 Delaware Avenue, 17th Floor
                      P.O. Box 1150
                      Wilmington, DE  19899
                      (302) 654-1888
                      sbalick@ashby-geddes.com
                      jday@ashby-geddes.com
                      tlydon@ashby-geddes.com

                      *Attorneys for Defendant Johnson & Johnson Services, Inc.*

*Of Counsel:*

John M. DiMatteo
Neal K. Feivelson
Leslie M. Spencer
Willkie Farr & Gallagher LLP
787 Seventh Avenue
New York, NY  10019-6099
(212) 728-8130

Dated:  July 12, 2006
158286.1

**CERTIFICATE OF SERVICE**

I hereby certify that on the 12th day of July, 2006, the attached **NOTICE OF SERVICE** was served upon the below-named counsel at the address and in the manner indicated:

| | |
|---|---|
| Richard D. Kirk, Esquire<br>The Bayard Firm<br>222 Delaware Avenue, Suite 900<br>Wilmington, DE  19899 | HAND DELIVERY |
| Dirk D. Thomas, Esquire<br>Robin, Kaplan, Miller & Ciresi, LLP<br>1801 K Street, N.W., Suite 1200<br>Washington, DC  20006 | VIA FEDERAL EXPRESS |
| Patricia S. Rogowski, Esquire<br>Connolly Bove Lodge & Hutz LLP<br>The Nemours Building<br>1007 North Orange Street<br>P.O. Box 2207<br>Wilmington, DE  19899 | HAND DELIVERY |
| Jason A. Snyderman, Esquire<br>Akin Gump Strauss Hauer & Feld LLP<br>One Commerce Square<br>2005 Market Street, Suite 2200<br>Philadelphia, PA  19103-7013 | VIA FEDERAL EXPRESS |
| Frank C. Cimino, Jr., Esquire<br>Akin Gump Strauss Hauer & Feld LLP<br>Robert S. Strauss Building<br>1333 New Hampshire Avenue, N.W.<br>Washington, DC  20036-1564 | VIA FEDERAL EXPRESS |
| Frederick L. Cottrell, III, Esquire<br>Richards Layton & Finger<br>One Rodney Square<br>P.O. Box 551<br>Wilmington, DE  19899 | HAND DELIVERY |
| William F. Lee, Esquire<br>Wilmer Cutler Pickering Hale & Dorr LLP<br>60 State Street<br>Boston, MA  02109 | VIA FEDERAL EXPRESS |

| | |
|---|---|
| Kate Hutchins, Esquire<br>Wilmer Cutler Pickering Hale & Dorr<br>399 Park Avenue<br>New York, NY  10022 | VIA FEDERAL EXPRESS |
| Richard L. Horwitz, Esquire<br>Potter Anderson & Corroon LLP<br>1313 North Market Street<br>P.O. Box 951<br>Wilmington, DE  19899 | HAND DELIVERY |
| Samir Bhavsar, Esquire<br>Baker Botts LLP<br>2001 Ross Avenue<br>Dallas, TX  75201-2980 | VIA FEDERAL EXPRESS |
| David M. Schlitz, Esquire<br>Baker Botts LLP<br>The Warner<br>1299 Pennsylvania Avenue, NW<br>Washington, DC  20004-2400 | VIA FEDERAL EXPRESS |

*/s/ Tiffany Geyer Lydon*
_____
Tiffany Geyer Lydon