# EXHIBIT A

# ROBINS, KAPLAN, MILLER & CIRESI LLP

SUITE 1200
1801 K STREET, N.W.
WASHINGTON, D.C. 20006-1307
TEL: 202-775-0725  FAX: 202-223-8604
www.rkmc.com

ATTORNEYS AT LAW

AZIZ BURGY
202-736-2705

June 19, 2006

**VIA E-MAIL**

Neal Feivelson, Esq.
Willkie Farr & Gallagher LLP
The Equitable Center
787 Seventh Avenue
New York, NY  10019-6099

Re:    *Prism Technologies LLC v. VeriSign, Inc., et al.*
       Civil Action No. 1:05-cv-00214-JJF

Dear Mr. Feivelson:

I write to follow-up on your letter of May 12, 2006 in which JJSI promised to update its discovery responses and document production in response to my March 28, 2006 letter. It has been nearly five weeks since we received your response and nearly three months since my letter of March 28, 2006. But, to date, we have yet to receive JJSI's updated discovery responses or a supplemental document production. With respect to the document production, I identified in my May 10, 2006 letter, by way of example only, a few of Prism's Rule 34 requests where we believe JJSI's document production to be deficient. To that end, we ask that JJSI provide, by June 23, 2006, a reasonable date certain by which it will supplement its document production. Otherwise, we will take the issue up with the court.

Please note that written fact discovery is scheduled to end on August 11, 2006. As such, we expect JJSI to supplement its document production well in advance of that date so that we may process and review the documents for the upcoming deposition discovery period.

Please call me if you have any questions or concerns.

ATLANTA    BOSTON    LOS ANGELES    MINNEAPOLIS    NAPLES    SAINT PAUL    SANTA ANA    WASHINGTON, D.C.

DC1 45685350.1

A T L A N T A · B O S T O N · L O S  A N G E L E S · M I N N E A P O L I S · N A P L E S · S A I N T  P A U L    W A S H I N G T O N ,  D . C .

Neal Feivelson, Esq.
June 19, 2006
Page 2

Sincerely,

ROBINS, KAPLAN, MILLER & CIRESI L.L.P.

Aziz Burgy

cc:     Robert A. Auchter, Esquire

# EXHIBIT B

| **From:** | Burgy, Aziz [ABurgy@rkmc.com] |
|---|---|
| **Sent:** | Thursday, June 29, 2006 11:30 AM |
| **To:** | PrismLitigation-JJSI |
| **Cc:** | PrismCounsel |
| **Subject:** | Prism Technologies LLC v. VeriSign, Inc., et al. |

>>>> Please read the confidentiality statement below <<<<

Dear Mr. Feivelson:

Because we did not hear back from you in response to my June 19th letter, we would like a meet and confer regarding JJSI's discovery responses.

Please let us know if there is a time tomorrow that is convenient for you.


Thanks,

Aziz

**Aziz Burgy**
Robins, Kaplan, Miller & Ciresi L.L.P.
1801 K Street, N.W.
Suite 1200
Washington, D.C. 20006-1307
Office phone: (202) 736-2705
Facsimile: (202) 223-8604
E-mail address: aburgy@rkmc.com

ROBINS, KAPLAN, MILLER & CIRESI L.L.P.


This email and any files transmitted with it are confidential and intended solely for the use of the individual or entity to whom they are addressed. If you have received this email in error please notify the system manager. This message contains confidential information and is intended only for the individual named. If you are not the named addressee you should not disseminate, distribute or copy this e-mail.


Information contained in this e-mail transmission is privileged, confidential and covered by the Electronic Communications Privacy Act, 18 U.S.C. Sections 2510-2521.

If you are not the intended recipient, do not read, distribute, or reproduce this transmission.

If you have received this e-mail transmission in error, please notify us immediately of the error by return email and please delete the message from your system.

Pursuant to requirements related to practice before the U. S. Internal Revenue Service, any tax advice contained in this communication (including any attachments) is not intended to be used, and cannot be used, for purposes of (i) avoiding penalties imposed under the U. S. Internal Revenue Code or (ii) promoting, marketing or recommending to another person any tax-related matter.

Thank you in advance for your cooperation.

Robins, Kaplan, Miller & Ciresi L.L.P.
http://www.rkmc.com

_____

# EXHIBIT C

| **From:** | Lee, David [dlee1@willkie.com] |
| **Sent:** | Thursday, June 29, 2006 12:02 PM |
| **To:** | Burgy, Aziz |
| **Cc:** | PrismLitigation-JJSI |
| **Subject:** | RE: Prism Technologies LLC v. VeriSign, Inc., et al. |
| **Attachments:** | letter.pdf |

Dear Mr. Burgy:

Please see the attached letter.

Very truly yours,

David D. Lee
Willkie Farr & Gallagher LLP
787 7th Avenue
New York, New York  10019
(212) 728-8674 Phone
(212) 728-9674 Fax
dlee1@willkie.com


-----Original Message-----
**From:** Burgy, Aziz [mailto:ABurgy@rkmc.com]
**Sent:** Thursday, June 29, 2006 11:30 AM
**To:** PrismLitigation-JJSI
**Cc:** PrismCounsel
**Subject:** Prism Technologies LLC v. VeriSign, Inc., et al.

>>>> Please read the confidentiality statement below <<<<

Dear Mr. Feivelson:

Because we did not hear back from you in response to my June 19th letter, we would like a meet and confer regarding JJSI's discovery responses.

Please let us know if there is a time tomorrow that is convenient for you.


Thanks,

Aziz

**Aziz Burgy**
Robins, Kaplan, Miller & Ciresi L.L.P.
1801 K Street, N.W.
Suite 1200
Washington, D.C. 20006-1307
Office phone:  (202) 736-2705

Facsimile: (202) 223-8604
E-mail address: aburgy@rkmc.com

**ROBINS, KAPLAN, MILLER & CIRESI** LLP

This email and any files transmitted with it are confidential and intended solely for the use of the individual or entity to whom they are addressed. If you have received this email in error please notify the system manager. This message contains confidential information and is intended only for the individual named. If you are not the named addressee you should not disseminate, distribute or copy this e-mail.

---

Information contained in this e-mail transmission is privileged, confidential and covered by the Electronic Communications Privacy Act, 18 U.S.C. Sections 2510-2521.

If you are not the intended recipient, do not read, distribute, or reproduce this transmission.

If you have received this e-mail transmission in error, please notify us immediately of the error by return email and please delete the message from your system.

Pursuant to requirements related to practice before the U. S. Internal Revenue Service, any tax advice contained in this communication (including any attachments) is not intended to be used, and cannot be used, for purposes of (i) avoiding penalties imposed under the U. S. Internal Revenue Code or (ii) promoting, marketing or recommending to another person any tax-related matter.

Thank you in advance for your cooperation.

Robins, Kaplan, Miller & Ciresi L.L.P.
http://www.rkmc.com

---

# WILLKIE FARR & GALLAGHER LLP

787 Seventh Avenue
New York, NY 10019-6099
Tel: 212 728 8000
Fax: 212 728 8111

June 29, 2006

## VIA E-MAIL AND FIRST CLASS MAIL

Aziz Burgy, Esq.
Robins, Kaplan, Miller & Ciresi L.L.P.
1801 K Street, N.W.
Washington, DC 20006

Re:    Prism Technologies LLC v. Verisign, Inc., et al.
       Civil Action No. 1:05-cv-00214-JJF

Dear Aziz:

I write in response to your letters of June 16 and 19 and your email of June 29 to Neal Feivelson.

You inquired about JJSI's privilege log. To date, JJSI has not withheld any documents from production on the basis of privilege.

You also requested a "date certain" for supplementation of JJSI's document production. As we have discussed, JJSI is continuing its search for responsive documents and will update its discovery responses and/or document production on a rolling basis, but in any event, no later than the August 11, 2006 fact discovery deadline set in the Court's May 10, 2006 order.

Should you still wish to have a meet and confer on these issues, Leslie Spencer and I are available tomorrow, as Mr. Feivelson will be out of the office.

Please call me if you have any questions.

Very truly yours,

David D. Lee
(212) 728-8674

# EXHIBIT D

| | |
|---|---|
| **From:** | Spencer, Leslie [lspencer@willkie.com] |
| **Sent:** | Friday, July 07, 2006 5:07 PM |
| **To:** | Burgy, Aziz |
| **Cc:** | PrismLitigation-JJSI |
| **Subject:** | Prism Technologies LLC v. VeriSign, Inc., et al. |
| **Attachments:** | JJSI PRODUCTION 7_7_06.pdf |

Aziz-

Please see attached letter regarding JJSI's production sent today.

Regards,

Leslie M. Spencer
Willkie Farr & Gallagher LLP
787 Seventh Avenue
New York, New York 10019
(212) 728-8782 Phone
(917) 836-9379 Mobile
(212) 728-9782 Fax
lspencer@willkie.com

# WILLKIE FARR & GALLAGHER LLP

787 Seventh Avenue
New York, NY 10019-6099
Tel: 212 728 8000
Fax: 212 728 8111

July 7, 2006

## VIA EMAIL AND OVERNIGHT MAIL

Aziz Burgy, Esq.
Robins, Kaplan, Miller & Ciresi L.L.P.
Suite 1200
1801 K Street, N.W.
Washington, DC 20006-1307

Re:    Prism Technologies LLC v. Verisign, Inc., et al., D. Del.,
       Civil Action No. 05-214-JJF

Dear Aziz:

Enclosed is a CD-ROM containing JJSI's production numbered JJ001155-JJ007317 in Tagged Image File Format together with respective load files.

If you have any questions, please feel free to contact me directly.

Sincerely,

Leslie M. Spencer

Enclosure

cc:    David D. Lee, Esq.

NEW YORK   WASHINGTON   PARIS   LONDON   MILAN   ROME   FRANKFURT   BRUSSELS

# EXHIBIT E

# ROBINS, KAPLAN, MILLER & CIRESI L.L.P.

SUITE 1200
1801 K STREET, N.W.
WASHINGTON, D.C. 20006-1307
TEL: 202-775-0725  FAX: 202-223-8604
www.rkmc.com

ATTORNEYS AT LAW

**AZIZ BURGY**
202-736-2705

July 10, 2006

**VIA E-MAIL**

Leslie Spencer, Esq.
Willkie Farr & Gallagher LLP
The Equitable Center
787 Seventh Avenue
New York, NY  10019-6099

Re:    *Prism Technologies LLC v. VeriSign, Inc., et al.*
       Civil Action No. 1:05-cv-00214-JJF

Dear Ms. Spencer:

Thank you for JJSI's recent production sent on July 7, 2006.  With respect to your inquiry of today, we are unable to state whether our motion is moot in light of JJSI's recent production, as we are currently reviewing the production.  If, however, JJSI is willing to state in writing that its recent document production is responsive to all of the document requests listed as deficient in the motion, then we will withdraw the motion, reserving the right to file it in the future if our review of JJSI's production proves otherwise.

Please call me if you have any questions or concerns.

Sincerely,

ROBINS, KAPLAN, MILLER & CIRESI L.L.P.

Aziz Burgy

cc:    Robert A. Auchter, Esquire

DC1 45686204.1

A T L A N T A · B O S T O N · L O S  A N G E L E S · M I N N E A P O L I S · N A P L E S · S A I N T  P A U L · W A S H I N G T O N ,  D . C .

# EXHIBIT F

---

| | |
|---|---|
| **From:** | Spencer, Leslie [lspencer@willkie.com] |
| **Sent:** | Wednesday, July 12, 2006 5:45 PM |
| **To:** | Burgy, Aziz |
| **Cc:** | PrismCounsel@rkmc.com; Dick Kirk; PrismLitigation-JJSI |
| **Subject:** | RE: Prism Technologies LLC v. VeriSign, Inc., et al. |
| **Attachments:** | 060712 Ltr_Burgy.pdf.PDF |

Aziz-

Please see attached correspondence regarding Prism's motion to compel.

Leslie M. Spencer
Willkie Farr & Gallagher LLP
787 Seventh Avenue
New York, New York 10019
(212) 728-8782 Phone
(917) 836-9379 Mobile
(212) 728-9782 Fax
lspencer@willkie.com

     -----Original Message-----
     **From:** Scott, Carol A. [mailto:CAScott@rkmc.com]
     **Sent:** Monday, July 10, 2006 6:26 PM
     **To:** PrismLitigation-JJSI
     **Cc:** PrismCounsel@rkmc.com; Dick Kirk
     **Subject:** Prism Technologies LLC v. VeriSign, Inc., et al.

     >>>> Please read the confidentiality statement below <<<<

     Attached is a letter from Aziz Burgy to Leslie Spencer regarding JJSI's document production.

     Carol A. Scott
     Legal Administrative Assistant
       to A.J. Bahou
     Robins, Kaplan, Miller & Ciresi L.L.P.
     1801 K Street, N.W., Suite 1200
     Washington, D.C.  20006
     Telephone:  (202) 736-2689
     Fax:  (202) 223-8604
     E-mail:  cascott@rkmc.com

**ROBINS, KAPLAN, MILLER & CIRESI LLP**

This email and any files transmitted with it are confidential and intended solely for the use of the individual or entity to whom they are addressed. If you have received this email in error please notify the system manager. This message contains confidential information and is intended only for the individual named. If you are not the named addressee you should not disseminate, distribute or copy this e-mail.

Information contained in this e-mail transmission is privileged, confidential and covered by the Electronic Communications Privacy Act, 18 U.S.C. Sections 2510-2521.

If you are not the intended recipient, do not read, distribute, or reproduce this transmission.

If you have received this e-mail transmission in error, please notify us immediately of the error by return email and please delete the message from your system.

Pursuant to requirements related to practice before the U. S. Internal Revenue Service, any tax advice contained in this communication (including any attachments) is not intended to be used, and cannot be used, for purposes of (i) avoiding penalties imposed under the U. S. Internal Revenue Code or (ii) promoting, marketing or recommending to another person any tax-related matter.

Thank you in advance for your cooperation.

Robins, Kaplan, Miller & Ciresi L.L.P.
http://www.rkmc.com

# WILLKIE FARR & GALLAGHER LLP

787 Seventh Avenue
New York, NY 10019-6099
Tel: 212 728 8000
Fax: 212 728 8111

July 12, 2006

**VIA EMAIL AND FIRST-CLASS MAIL**

Aziz Burgy, Esq.
Robins, Kaplan, Miller & Ciresi L.L.P.
Suite 1200
1801 K Street, N.W.
Washington, DC 20006-1307

Re:    Prism Technologies LLC v. Verisign, Inc., et al., D. Del., Civil Action No. 05-214-JJF

Dear Aziz:

We asked Prism to reconsider its motion to compel because it is premature. The parties have no dispute ripe for the Court's review.

Your motion concerns Prism's Requests for Production Nos. 6-11, 13-14, 22, 29, and 31-42.

JJSI's February 22, 2006 production included documents responsive to Requests Nos. 35-37, such as:

- JJEDS Enterprise Directory Application Developer's Guide (JJ000135-229);

- System Design Specification of the Johnson & Johnson Enterprise Directory and Security (JJEDS) (JJ000230-290); and

- Johnson & Johnson Enterprise Directory and Security (JJEDS) Public Key Infrastructure Application Developer's Guide (JJ000458-542).

On July 7, 2006, JJSI produced additional documents responsive to Requests Nos. 35-37. Also, JJSI produced documents called for by Requests Nos. 38, 39 and 41. See, e.g., JJ001618-43, JJ003163-66.

As discussed, we believe JJSI has no documents responsive to Requests Nos. 6-7, 13-14 and 29, and will update JJSI's discovery responses accordingly. To the extent that Request No. 6 seeks *all* annual and *interim* statements for the Johnson & Johnson family of companies, it is plainly a fishing expedition to which JJSI objects.

Requests Nos. 8-9 are also overbroad in that they call for *all* licensing agreements "for any computer software or hardware product and/or patent since 1996." Subject to its written objections, JJSI will

Aziz Burgy, Esq.
July 12, 2006
Page 2

produce documents concerning relevant licensing arrangements responsive to Prism's Requests Nos. 8-11. JJSI also agrees to produce confidentiality agreements, as called for in Requests Nos. 22 and 33.

Prism's Requests Nos. 31 and 42 seek organization charts. JJSI has produced project plans and other documents from which Prism can ascertain JJSI's organization structure. JJSI is continuing its search for documents further describing its organization, such as team rosters.

JJSI's search is also continuing with respect to written document retention policies (Request Nos. 32).

Prism's Request No. 34 seeks software code, including third party shrink-wrap software such as the SafeNet iKey suite. Prism cites no authority requiring production of third party shrink-wrap materials, particularly to a competitor. Indeed, Courts have held the contrary. See, e.g., American Standard, Inc. v. Pfizer, Inc., 828 F.2d 734 (Fed. Cir. 1987) ("Courts have presumed that disclosure to a competitor is more harmful than disclosure to a noncompetitor"; denying disclosure of third-party materials).

Further, JJSI shares Verisign's concern that Prism has withheld from production a commercial version of its own ISA software. See 06/30/2006 Letter from Yonan to Bahou.

Prism's Request No. 40 seeks documents reflecting "cost savings." We believe JJSI has no such documents. Nonetheless, JJSI has produced documents describing costs associated with its public key infrastructure.

Finally, we confirm that next week JJSI will supplement its discovery responses and production.

Sincerely,

Leslie M. Spencer

# EXHIBIT G

# ROBINS, KAPLAN, MILLER & CIRESI L.L.P.

SUITE 1200
1801 K STREET, N.W.
WASHINGTON, D.C. 20006-1307
TEL: 202-775-0725  FAX: 202-223-8604
www.rkmc.com

ATTORNEYS AT LAW

**AZIZ BURGY**
202-736-2705

July 13, 2006

**VIA E-MAIL**

Leslie Spencer, Esq.
Willkie Farr & Gallagher LLP
The Equitable Center
787 Seventh Avenue
New York, NY  10019-6099

      Re:   *Prism Technologies LLC v. VeriSign, Inc., et al.*
               <u>Civil Action No. 1:05-cv-00214-JJF</u>

Dear Ms. Spencer:

     I write in response to your letter of yesterday and to recap our conversation of today.

     Based on your letter and our conversation, I understand that JJSI has produced or is in the process of producing additional documents, if any, responsive to Prism's Rule 34 Requests Nos. 8-11, 31-33 and 35-42.  In the spirit of cooperation, Prism is willing to narrow its Request No. 6 to Annual Reports and 10-Ks from 2003 to the present.  As for Request No. 7, your letter indicated that JJSI has no responsive documents to this Request.

     With respect to Request No. 34, it appears that JJSI is maintaining its objection to not produce responsive software, software code, or hardware used in its Identity and Access Management solution, citing competitor concerns and third-party confidentiality agreements. First, it is difficult to understand how Prism is a competitor of any of JJSI's suppliers, given that Prism does not currently manufacture or sell any products covered by the patent-in-suit.  Second, JJSI's concern is unfounded given the protective order in this case.  *See, e.g., Truswal Systems Corp. v. Hydro-Air Engineering, Inc.*, 813 F.2d 1207 (Fed. Cir. 1987) (allowing discovery of non-party competitor information because of anticipated protective order); *Trading Techs. Int'l, Inc. v. eSpeed, Inc.*, 2005 U.S. Dist. LEXIS 10686, *11 ( N.D. Ill. Apr. 28, 2005) (reasoning that protective order will ensure confidentiality of production of accused infringer's software).

DCI 45686327.1

Leslie Spencer, Esq.
July 13, 2006
Page 2

Finally, even though it cites third-party confidentiality agreements as a basis for not producing responsive materials, JJSI has yet to produce any such agreements, which are the subject of at least Request No. 33.  To that end, Prism asks that JJSI identify all third-parties whose materials JJSI is withholding based on this objection, and that JJSI produce the agreements that it alleges create the confidentiality obligations that purportedly preclude JJSI from producing the requested documents and things.  If JJSI agrees by tomorrow to produce such information as well as the requested software and hardware products no later than July 21, 2006, then we will withdraw our motion to compel.

Please call me if you have any questions or concerns.

Sincerely,

ROBINS, KAPLAN, MILLER & CIRESI L.L.P.

Aziz Burgy

cc:    Robert A. Auchter, Esquire

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on the 14th day of July, 2006, the attached **DECLARATION OF LESLIE M. SPENCER IN SUPPORT OF DEFENDANT JOHNSON & JOHNSON SERVICES, INC.'S OPPOSITION TO PLAINTIFF PRISM TECHNOLOGIES LLC'S MOTION TO COMPEL** was served upon the below-named counsel at the address and in the manner indicated:

Richard D. Kirk, Esquire                              <u>HAND DELIVERY</u>
The Bayard Firm
222 Delaware Avenue, Suite 900
P.O. Box 25130
Wilmington, DE  19899

Dirk D. Thomas, Esquire                              <u>VIA ELECTRONIC MAIL</u>
Robin, Kaplan, Miller & Ciresi, LLP
1801 K Street, N.W., Suite 1200
Washington, DC  20006

Patricia S. Rogowski, Esquire                        <u>HAND DELIVERY</u>
Connolly Bove Lodge & Hutz LLP
The Nemours Building
1007 North Orange Street
P.O. Box 2207
Wilmington, DE  19899

Jason A. Snyderman, Esquire                          <u>VIA ELECTRONIC MAIL</u>
Akin Gump Strauss Hauer & Feld LLP
One Commerce Square
2005 Market Street
Suite 2200
Philadelphia, PA  19103-7013

Frank C. Cimino, Jr., Esquire                        <u>VIA ELECTRONIC MAIL</u>
Akin Gump Strauss Hauer & Feld LLP
Robert S. Strauss Building
1333 New Hampshire Avenue, N.W.
Washington, DC  20036-1564

Frederick L. Cottrell, III, Esquire                    HAND DELIVERY
Richards Layton & Finger
One Rodney Square
P.O. Box 551
Wilmington, DE  19899

William F. Lee, Esquire                                VIA ELECTRONIC MAIL
Wilmer Cutler Pickering Hale & Dorr LLP
60 State Street
Boston, MA  02109

Kate Hutchins, Esquire                                 VIA ELECTRONIC MAIL
Wilmer Cutler Pickering Hale & Dorr
399 Park Avenue
New York, NY  10022

Richard L. Horwitz, Esquire                            HAND DELIVERY
Potter Anderson & Corroon LLP
1313 North Market Street
P.O. Box 951
Wilmington, DE  19899

Samir Bhavsar, Esquire                                 VIA ELECTRONIC MAIL
Baker Botts LLP
2001 Ross Avenue
Dallas, TX  75201-2980

David M. Schlitz, Esquire                              VIA ELECTRONIC MAIL
Baker Botts LLP
The Warner
1299 Pennsylvania Avenue, NW
Washington, DC  20004-2400


                                        */s/ Steven J. Balick*
                                        _____
                                        Steven J. Balick

156751.1