

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

PRISM TECHNOLOGIES LLC,  :
                         :
        Plaintiff,       :
                         :
    v.                   :   Civil Action No. 05-214-JJF
                         :
VERISIGN, INC., RSA SECURITY, :
INC., NETEGRITY, INC.,   :
COMPUTER ASSOCIATES      :
INTERNATIONAL, INC., and :
JOHNSON & JOHNSON SERVICES, :
INC.,                    :
                         :
        Defendants.      :

## ORDER

WHEREAS, Defendant Verisign, Inc. ("Verisign") served Plaintiff with Interrogatories and in Interrogatory No. 1 asked Plaintiff to give its claim interpretation contentions for several terms and phrases (D.I. 101, Ex. A);

WHEREAS, Plaintiff objected to Interrogatory No. 1 as premature and stated that the terms should be given their plain and ordinary meanings (D.I. 101, Ex. B);

WHEREAS, Verisign served a second set of interrogatories on Plaintiff and in Interrogatory No. 13 requested the plain and ordinary meaning of a narrowed list of terms (D.I. 101, Ex. G);

WHEREAS, Plaintiff objected to Interrogatory No. 13 as premature and stated that the terms should be given their plain and ordinary meaning (D.I. 101, Ex. I);

WHEREAS, Defendant Verisign, Inc. filed a Motion To Compel Plaintiff Prism Technologies, Inc. To Provide The Plain And Ordinary Meaning Of Certain Disputed Claim Terms (D.I. 101);

WHEREAS, on May 10, 2006, the Court entered a Rule 16 Scheduling Order (D.I. 109), ordering the parties to exchange a list of terms/phrases proposed for claim interpretation by June 28, 2006 and to exchange proposed claim interpretation for the terms/phrases identified in the June 28 exchange by July 19, 2006;

NOW THEREFORE, IT IS HEREBY ORDERED that Defendant's Motion TO Compel Plaintiff Prism Technologies, Inc. To Provide The Plain And Ordinary meaning Of Certain Disputed Claim Terms (D.I. 101) is **DENIED AS MOOT**.

July 17, 2006

_____
UNITED STATES DISTRICT JUDGE