## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

PRISM TECHNOLOGIES LLC

          Plaintiff,

    v.

VERISIGN, INC., RSA SECURITY, INC.,
NETEGRITY, INC., COMPUTER
ASSOCIATES INTERNATIONAL, INC.,
and JOHNSON & JOHNSON SERVICES,
INC.,

          Defendants.

Civil Action No. 05-214 JJF

---

### NOTICE OF LODGING OF EMAIL COMMUNICATION

PLEASE TAKE NOTICE that plaintiff Prism Technologies, LLC hereby lodges a copy of

an email communication from Richard D. Kirk, Esquire, to The Honorable Joseph J. Farnan, Jr.

dated July 18, 2006, a copy of which is attached hereto.

July 18, 2006

THE BAYARD FIRM

/s/ Richard D. Kirk rk0922
Richard D. Kirk
222 Delaware Avenue, Suite 900
P.O. Box 25130
Wilmington, Delaware 19899
(302) 655-5000
rkirk@bayardfirm.com
ATTORNEYS FOR PLAINTIFF
PRISM TECHNOLOGIES LLC

OF COUNSEL:
Dirk D. Thomas, Esq.
Robert A. Auchter, Esq.
Kenneth A. Freeling, Esq.
Jason R. Buratti, Esq.
André J. Bahou, Esq.
Aziz Burgy, Esq.
Robins, Kaplan, Miller & Ciresi, L.L.P.
1801 K Street, N.W., Suite 1200
Washington, D.C. 20006
(202) 775-0725

## Dick Kirk

| | |
|---|---|
| **From:** | Dick Kirk |
| **Sent:** | Tuesday, July 18, 2006 5:51 PM |
| **To:** | 'jjf_civil@ded.uscourts.gov' |
| **Cc:** | 'Bahou, Andre J.'; VeriSign Prism Outside Counsel; CA/Netegrity Local Counsel; CA/Netegrity Outside Counsel; JJSI Prism Outside counsel; John Day; Lauren Maguire; Pat Rogowski; RSA Prism Local Counsel; RSA Prism Outside Counsel; Steve Balick |

**Subject:** Prism Technologies LLC v. VeriSign Inc., C.A. No. 05-214-JJF

Dear Judge Farnan:

Pursuant to paragraph 4(c) of the Rule 16 Scheduling Order dated May 10, 2006, plaintiff Prism Technologies LLC ("Prism") hereby notifies the Court that Prism's Motion to Compel Defendant Johnson and Johnson Services, Inc. to Produce Documents and Things is fully briefed (Motion D.I. 135, Response D.I. 150) and ready for decision.

Respectfully submitted,

Richard D. Kirk (rk0922)

Richard D. Kirk
The Bayard Firm
222 Delaware Avenue, 9th Floor
Wilmington, Delaware 19801
Main: (302) 655-5000
Direct: (302) 429-4208
Fax: (302) 658-6395
rkirk@bayardfirm.com

## CERTIFICATE OF SERVICE

The undersigned counsel certifies that, on July 18, 2006, he electronically filed the foregoing document with the Clerk of the Court using CM/ECF, which will send automatic notification of the filing to the following:

Frederick L. Cottrell, III, Esq.
Alyssa M. Schwartz, Esq.
Richards Layton & Finger
One Rodney Square
P.O. Box 551
Wilmington, DE 19801

Richard L. Horwitz, Esq.
David E. Moore, Esq.
Potter Anderson & Corroon LLP
1313 N. Market Street
Hercules Plaza, 6th Floor
P.O. Box 951
Wilmington, DE 19899

Patricia S. Rogowski, Esq.
Connolly, Bove, Lodge & Hutz, LLP
1007 North Orange Street
P.O. Box 2207
Wilmington, DE 19899

Steven J. Balick, Esq.
John G. Day, Esq.
Ashby & Geddes
222 Delaware Ave., 17th Fl.
Wilmington, DE 19801

The undersigned counsel further certifies that copies of the foregoing document were sent by hand on July 18, 2006 to the above counsel and by first-class mail to the below counsel:

John DiMatteo, Esq.
Willkie Farr & Gallagher LLP
787 Seventh Avenue
New York, NY 10019-6099

William Lee, Esq.
Wilmer Cutler Hale & Dorr LLP
60 State Street
Boston, MA 02109

Jason Snyderman, Esq.
Akin Gump Strauss Hauer & Feld LLP
One Commerce Square, Suite 2200
2005 Market Street
Philadelphia, PA 19103

Frank C. Cimino, Esq.
Akin Gump Strauss Hauer & Feld LLP
Robert S. Strauss Building
1333 New Hampshire Avenue, NW
Washington, DC 20036-1564

David M. Schlitz
Baker Botts L.L.P.
1299 Pennsylvania Avenue, NW
Washington, DC  20004-2400

Samir A. Bhavsar
Jeffrey D. Baxter
Baker Botts L.L.P.
2001 Ross Avenue
Dallas, TX  75201-2980


/s/ Richard D. Kirk (rk0922)
Richard D. Kirk