IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| PRISM TECHNOLOGIES LLC, | : |
| Plaintiff, | : |
| v. | : Civil Action No. 05-214-JJF |
| VERISIGN, INC., et al., | : |
| Defendants. | : |

## MEMORANDUM ORDER

Presently before the Court is Plaintiff's Motion To Compel (D.I. 135) against Defendant Johnson & Johnson Services, Inc. (referred to as "Defendant"). Defendant has filed an opposition to the Motion (D.I. 150).

The instant dispute involves Plaintiff's claim that Defendant's document production is obviously incomplete when compared to the other Defendants in the case. Defendant contends that it has never refused production of relevant materials and the only real dispute concerns discovery of the third-party confidential products used by Defendant. Defendant argues that Plaintiff should seek this discovery from third parties, which would be less burdensome and could be more easily accomplished.

The Court finds Defendant's response to Plaintiff's requests unpersuasive. Defendant is ordered to respond to Plaintiff's requests or specifically object to the requests by designating the agreements that support a claim of confidentiality.

Plaintiff's Motion To Compel (D.I. 135) is **GRANTED**, and the production or objections shall be made by **July 27, 2006**.

Each party shall bear its own fees and costs.

So Ordered.

July 21, 2006

_____
UNITED STATES DISTRICT JUDGE