IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

PRISM TECHNOLOGIES LLC,      :
                             :
         Plaintiff,          :
                             :
    v.                       :    Civil Action No. 05-214-JJF
                             :
VERISIGN, INC., et al.,      :
                             :
         Defendants.         :

**ORDER**

WHEREAS, the Scheduling Order does not address fact discovery depositions;

WHEREAS, the parties have submitted their proposals for fact discovery depositions;

WHEREAS, the Court has considered the parties' respective proposals;

IT IS HEREBY ORDERED that:

1. Fact discovery depositions may commence on **August 11, 2006** and shall be completed by **November 2, 2006.**

2. Each fact witness' deposition shall be held on consecutive days.

3. Unless the parties agree otherwise, no deposition shall exceed the time provided by the Federal Rules of Civil Procedure, except that 30(b)(6) witnesses may be deposed for a total of 10 hours.

4. Defendants, as a group, are permitted to depose a total of 35 fact discovery witnesses, including 30(b)(6) witnesses.

5.  Plaintiff is permitted to depose a total of 35 fact discovery witnesses, including 30(b)(6) witnesses.

So Ordered.

July 21, 2006

_____
UNITED STATES DISTRICT JUDGE