IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| PRISM TECHNOLOGIES LLC, | : | |
| Plaintiff, | : | |
| v. | : | Civil Action No. 05-214-JJF |
| VERISIGN, INC., et al., | : | |
| Defendants. | : | |

**O R D E R**

WHEREAS, the parties in the above-captioned matter have requested that this case be referred to mediation (D.I. 157);

IT IS HEREBY ORDERED that, pursuant to 28 U.S.C. § 636(b), this matter is referred to Magistrate Judge Thynge for the purposes of exploring the possibility of a settlement. If the parties agree that they would benefit from a settlement conference, the parties shall contact Magistrate Judge Thynge to schedule a settlement conference so as to be completed no later than the Pretrial Conference or a date ordered by the Court.

July 28, 2006
DATE

_[signature]_
UNITED STATES DISTRICT JUDGE