IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| PRISM TECHNOLOGIES LLC,          )<br>                                  )<br>            Plaintiff,            )<br>                                  )<br>    v.                            )<br>                                  )<br> VERISIGN, INC., RSA SECURITY, INC., )<br> NETEGRITY, INC., COMPUTER        )<br> ASSOCIATES INTERNATIONAL, INC.,  )<br> and JOHNSON & JOHNSON,           )<br>                                  )<br>            Defendants.           )<br>                                  ) | C.A. No. 05-214-JJF |

## NOTICE OF SERVICE OF SUBPOENA

TO:  Patricia Smink Rogowski, Esquire        Richard D. Kirk, Esquire
     Connolly Bove Lodge & Hutz LLP          The Bayard Firm
     The Nemours Building                    222 Delaware Avenue
     1007 North Orange Street                Suite 900
     P.O. Box 2207                           Wilmington, DE 19899
     Wilmington, DE 19899

                                             Richard L. Horwitz, Esquire
     Steven J. Balick, Esquire               David E. Moore, Esquire
     John G. Day, Esquire                    Potter Anderson & Corroon LLP
     Ashby & Geddes                          1313 N. Market Street
     222 Delaware Avenue                     P.O. Box 951
     P.O. Box 1150                           Wilmington, DE 19899
     Wilmington, DE 19899

     Edward F. Mannino, Esquire              John DiMatteo, Esquire
     Jason Snyderman, Esquire                Willkie Farr & Gallagher LLP
     Akin Gump Strauss Hauer & Feld LLP      787 Seventh Avenue
     One Commerce Square, Suite 2200         New York, NY 10019-6099
     2005 Market Street
     Philadelphia, PA 19103

RLF1-3045078-1

| | |
|---|---|
| Dirk D. Thomas, Esquire<br>Robert A. Auchter, Esquire<br>Kenneth A. Freeling, Esquire<br>Jason R. Buratti, Esquire<br>Andre' J. Bahou, Esquire<br>Robins, Kaplan, Miller & Ciresi, LLP<br>1801 K Street, N.W., Suite 1200<br>Washington, DE 20006<br><br>David M. Schlitz, Esquire<br>Baker Botts LLP<br>1299 Pennsylvania Avenue, N.W.<br>Washington, D.C. 20004-2450 | Frank C. Cimino, Esquire<br>Akin Gump Strauss Hauer & Feld LLP<br>Robert S. Strauss Building<br>1333 New Hampshire Avenue, NW<br>Washington, DC 20036-1564<br><br>Samir A. Bhavsar, Esquire<br>Jeffrey D. Baxter, Esquire<br>Baker Botts LLP<br>2001 Ross Avenue<br>Dallas, TX 75201 |

PLEASE TAKE NOTICE that on August 4, 2006, Defendant RSA Security Inc. issued the attached subpoena for service on QA3 L.L.C. and Quantum Alliance Corporation care of Stephen K. Wild, a/k/a Steve Wild, One Valmont Plaza, 4th Floor, Omaha, Nebraska 68154.

| | |
|---|---|
| Of Counsel:<br><br>William F. Lee<br>David B. Bassett<br>Donald R. Steinberg<br>Mark D. Selwyn<br>Gregory P. Teran<br>Wilmer Cutler Pickering Hale and Dorr LLP<br>60 State Street<br>Boston, MA 02109<br>(617) 526-6000 | *Alyssa M. Schwartz /Anne Shea Gaza*<br>Frederick L. Cottrell, III (#2555) (#4093)<br>Alyssa M. Schwartz (#4351)<br>Richards, Layton & Finger, P.A.<br>One Rodney Square<br>Post Office Box 551<br>Wilmington, DE 19899<br>Telephone: (302) 651-7700<br>cottrell@rlf.com<br>schwartz@rlf.com<br>Attorneys for Defendant<br>RSA Security Inc. |

Dated: August 4, 2006

## CERTIFICATE OF SERVICE

I hereby certify that on August 4, 2006, I electronically filed the foregoing with the Clerk of Court using CM/ECF which will send notification of such filing(s) to the following and which has also been served as noted:

### VIA HAND DELIVERY AND ELECTRONIC MAIL

Patricia Smink Rogowski, Esquire
Connolly Bove Lodge & Hutz LLP
The Nemours Building
1007 North Orange Street
P.O. Box 2207
Wilmington, DE 19899

Richard D. Kirk, Esquire
The Bayard Firm
222 Delaware Avenue
Suite 900
Wilmington, DE 19899

Steven J. Balick, Esquire
John G. Day, Esquire
Ashby & Geddes
222 Delaware Avenue
P.O. Box 1150
Wilmington, DE 19899

Richard L. Horwitz, Esquire
David E. Moore, Esquire
Potter Anderson & Corroon LLP
1313 N. Market Street
P.O. Box 951
Wilmington, DE 19899

I hereby certify that on August 4, 2006, I have mailed by Federal Express and served by electronic mail, the document(s) to the following non-registered participants:

Dirk D. Thomas, Esquire
Robert A. Auchter, Esquire
Kenneth A. Freeling, Esquire
Jason R. Buratti, Esquire
Andre' J. Bahou, Esquire
Robins, Kaplan, Miller & Ciresi, LLP
1801 K Street, N.W., Suite 1200
Washington, DC 20006

John DiMatteo, Esquire
Willkie Farr & Gallagher LLP
787 Seventh Avenue
New York, NY 10019-6099

Edward F. Mannino, Esquire
Jason Snyderman, Esquire
Akin Gump Strauss Hauer & Feld LLP
One Commerce Square, Suite 2200
2005 Market Street
Philadelphia, PA 19103

Frank C. Cimino, Esquire
Akin Gump Strauss Hauer & Feld LLP
Robert S. Strauss Building
1333 New Hampshire Avenue, NW
Washington, DC 20036-1564

Samir A. Bhavsar, Esquire
Jeffrey D. Baxter, Esquire
Baker Botts LLP
2001 Ross Avenue
Dallas, TX 75201

David M. Schlitz, Esquire
Baker Botts LLP
1299 Pennsylvania Avenue, N.W.
Washington, D.C. 20004-2450

Anne Shea Gaza (#4093)
gaza@rlf.com

RLF1-3042884-1