IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| PRISM TECHNOLOGIES LLC<br><br>Plaintiff,<br><br>v.<br><br>VERISIGN, INC., RSA SECURITY, INC., NETEGRITY, INC., COMPUTER ASSOCIATES INTERNATIONAL, INC., and JOHNSON & JOHNSON SERVICES, INC.,<br><br>Defendants. | Civil Action No. CA 05-00214 JJF |

## MOTION FOR LEAVE
## TO AMEND COMPLAINT UNDER FED. R. CIV. P. 15(a)

Plaintiff Prism Technologies LLC ("Prism" or "Plaintiff"), pursuant to Fed. R. Civ. P. 15(a), hereby moves to amend the First Amended Complaint (the "Complaint") filed on June 22, 2005. Pursuant to Local Rule 7.1.2(a), Prism waives its right to file a separate opening brief in support of this Motion. Instead, Prism states in support of this Motion as follows:

1. On April 11, 2005, Plaintiff filed an action for patent infringement under the Patent Laws of the United States, Title 35, United States Code, §§ 101 *et seq*.

2. By this Motion, Prism seeks leave to amend its Complaint to drop its claim for monetary damages against defendants RSA Security, Inc. ("RSA") and Computer Associates International, Inc. and Netegrity, Inc. (collectively "CA").[1] In so amending its Complaint, Prism specifically reserves the right to seek monetary damages

---
[1] Computer Associates International, Inc. acquired Netegrity, Inc. and both these parties are represented by the same counsel in this case. Thus, they are referred to collectively.

632773v1

1

and injunctive relief from RSA's and CA's customers who use the accused infringing products. Prism continues to seek injunctive relief in this action against RSA and CA. At present, Prism has not brought separate actions against any of CA's or RSA's customers and does not seek to add any of those customers as defendants in this action, although Prism reserves its rights to do so in the future.

3.   This Motion is timely because this Court, by its Scheduling Order of May 10, 2006 (D.I. 109), required that any motion to amend the pleadings be filed on or before August 11, 2006.

4.   On August 9, 2006, Prism advised RSA and CA in writing of its intent to seek leave to amend the Complaint as described above and, pursuant to Fed. R. Civ. P. 15(a), sought the consent of RSA and CA to the amendment. As of the filing of this Motion, RSA has consented to the amendment (*see* Electronic mail message from Gregory Teran, Esq., counsel for RSA, dated August 11, 2006, attached as Exhibit A hereto). Prism has not received a response from CA.

5.   Federal Rule of Civil Procedure 15 embodies a liberal policy towards amendments. *See* Fed. R. Civ. P. 15 (2006). Rule 15(a) states that leave to amend a party's pleadings can be made at any time, either by leave of court or with written consent of the adverse parties, and "shall be freely given when justice so requires." *Id.*

6.   Reasons for denial of leave to amend a complaint include "undue delay, bad faith or dilatory motive on the part of the movant, repeated failure to cure deficiencies by amendments previously allowed, undue prejudice to the opposing party by virtue of allowance of the amendment, futility of amendment, etc." *Foman v. Davis*,

371 U.S. 178, 182 (1962). In the absence of such reasons "the leave sought should, as the rules require, be 'freely given.'" *Id.*

7. None of the reasons set forth by the Supreme Court for denial of leave to amend exist here. This Motion is timely as it is being filed within the deadline set by this Court's Scheduling Order. Neither bad faith nor futility preclude amending the Complaint as requested inasmuch as Prism is entitled to recover its damages for infringement of its patent from either the seller of the accused infringing product or the seller's customers. *Schockley v. Arcan, Inc.*, 248 F.3d 1349, 1364 (Fed. Cir. 2001) ("[P]arties that make and sell any infringing device are joint tortfeasors with parties that purchase an infringing device for use or resale. . . . Each joint tortfeasor is liable for the full amount of damages (up to a full single recovery) suffered by the patentee.") (citations omitted).

8. Additionally, the proposed amendment will reduce the time required for trial of this case by eliminating the need to litigate CA's liability for monetary damages as against Prism and the calculation of those damages. The parties will still litigate the liability issue against RSA and CA. CA will not be unduly prejudiced through any potential indemnification that CA may owe to its customers. Such indemnification presumably only arises if the accused products and CA's activities are found to infringe the patent-in-suit. Thus, any potential indemnification that CA may owe its customers only arises as a result of CA's activities in selling infringing products, and not as a result of the proposed amendment to the Complaint.

9. Pursuant to Local Rule 15.1, a copy of Plaintiff's Second Amended Complaint is attached hereto as Exhibit "B", along with the bracketed and underlined

form of the amended Complaint attached hereto as Exhibit "C". A Proposed Order Granting Leave to Amend is also attached.

WHEREFORE, Prism respectfully requests that this Court grant this Motion.

August 11, 2006                                    THE BAYARD FIRM


/s/ Richard D. Kirk (rk0922)
Richard D. Kirk (rk0922)
Ashley B. Stitzer (as3891)
222 Delaware Avenue, Suite 900
Wilmington, Delaware 19899
(302) 655-5000
rkirk@bayardfirm.com

ATTORNEYS FOR PLAINTIFF
PRISM TECHNOLOGIES LLC

OF COUNSEL:

Dirk D. Thomas, Esq.
Robert A. Auchter, Esq.
Kenneth A. Freeling, Esq.
Jason R. Buratti, Esq.
André J. Bahou, Esq.
Robins, Kaplan, Miller & Ciresi, L.L.P.
1801 K Street, N.W., Suite 1200
Washington, D.C. 20006
(202) 775-0725

632773v1

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| PRISM TECHNOLOGIES LLC<br><br>Plaintiff,<br>v.<br><br>VERISIGN, INC., RSA SECURITY, INC., NETEGRITY, INC., COMPUTER ASSOCIATES INTERNATIONAL, INC., and JOHNSON & JOHNSON SERVICES, INC.,<br><br>Defendants. | Civil Action No. 05-214 JJF |

LOCAL RULE 7.1.1 STATEMENT IN SUPPORT OF
PLAINTIFF PRISM TECHNOLOGIES LLC'S
MOTION FOR LEAVE TO AMEND COMPLAINT UNDER FED.R.CIV.P. 15(a)

The undersigned attorney for plaintiff, Prism Technologies LLC ("Prism") hereby states, pursuant to Local Rule 7.1.1, that Prism's attorneys have made reasonable efforts to reach agreement with opposing counsel on the matters set forth in Plaintiff Prism Technologies LLC's Motion to for Leave to Amend Complaint, but (as set forth in the motion itself) agreement was not forthcoming from every defendant.

THE BAYARD FIRM

August 11, 2006

/s/ Richard D. Kirk

Richard D. Kirk (#922)
222 Delaware Avenue, Suite 900
Wilmington, Delaware 19899
(302) 655-5000
rkirk@bayardfirm.com

ATTORNEYS FOR PLAINTIFF
PRISM TECHNOLOGIES LLC

629548v1

1

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| PRISM TECHNOLOGIES LLC<br><br>        Plaintiff,<br><br>v.<br><br>VERISIGN, INC., RSA SECURITY, INC., NETEGRITY, INC., COMPUTER ASSOCIATES INTERNATIONAL, INC., and JOHNSON & JOHNSON SERVICES, INC.,<br><br>        Defendants. | Civil Action No. CA 05-00214 JJF |

**ORDER GRANTING LEAVE
TO AMEND COMPLAINT UNDER FED. R. CIV. P. 15(a)**

Upon consideration of the Motion for Leave to Amend Complaint Under Fed. R. Civ. P. 15(a) (the "Motion") filed by Plaintiff Prism Technologies LLC on August 11, 2006, IT IS HEREBY ORDERED that the Motion is GRANTED.

SO ORDERED this _____ day of _____, 2006.

_____
United States District Judge

632779v1

1