# EXHIBIT A

Case 1:05-cv-00214-JJF   Document 191-2   Filed 08/11/2006   Page 1 of 3

## Auchter, Robert A.

| | |
|---|---|
| From: | Teran, Gregory [Gregory.Teran@wilmerhale.com] |
| Sent: | Friday, August 11, 2006 1:07 PM |
| To: | Scott, Carol A.; -RSAPrismLitigation; DLDallasPrismLitigationCA-Netegrity@bakerbotts.com |
| Cc: | PrismCounsel; VeriSignPrism@AKINGUMP.com; PrismLitigation-JJSI@willkie.com; Dick Kirk |
| Subject: | RE: Prism Technologies LLC v. VeriSign, Inc., et al. |

RSA will consent to the amendment. I will follow up with confirming correspondence.


Gregory P. Teran
WilmerHale
60 State Street
Boston, MA 02109 USA
617-526-6574 (t)
617-526-5000 (f)
gregory.teran@wilmerhale.com

This email message and any attachments are being sent by Wilmer Cutler Pickering Hale and Dorr LLP, are confidential, and may be privileged. If you are not the intended recipient, please notify us immediately -- by replying to this message or by sending an email to postmaster@wilmerhale.com -- and destroy all copies of this message and any attachments. Thank you.

For more information about WilmerHale, please visit us at http://www.wilmerhale.com.

-----Original Message-----
**From:** Scott, Carol A. [mailto:CAScott@rkmc.com]
**Sent:** Wednesday, August 09, 2006 4:58 PM
**To:** -RSAPrismLitigation; DLDallasPrismLitigationCA-Netegrity@bakerbotts.com
**Cc:** PrismCounsel@rkmc.com; VeriSignPrism@AKINGUMP.com; PrismLitigation-JJSI@willkie.com; Dick Kirk
**Subject:** Prism Technologies LLC v. VeriSign, Inc., et al.

>>>> Please read the confidentiality statement below <<<<

Attached is a letter from D. Thomas to Messrs. Teran, Schlitz and Baxter and attached Joint Stipulation and Second Amended Complaint.



Carol A. Scott
Legal Administrative Assistant
Robins, Kaplan, Miller & Ciresi L.L.P.
1801 K Street, N.W., Suite 1200
Washington, D.C. 20006
Telephone: (202) 736-2689
Fax: (202) 223-8604
E-mail: cascott@rkmc.com

**ROBINS, KAPLAN, MILLER & CIRESI** L.L.P.

---

8/11/2006

Information contained in this e-mail transmission is privileged,
confidential and covered by the Electronic Communications
Privacy Act, 18 U.S.C. Sections 2510-2521.

If you are not the intended recipient, do not read, distribute,
or reproduce this transmission.

If you have received this e-mail transmission in error, please
notify us immediately of the error by return email and please
delete the message from your system.

Pursuant to requirements related to practice before the U. S. Internal
Revenue Service, any tax advice contained in this
communication (including any attachments) is not intended
to be used, and cannot be used, for purposes of (i) avoiding
penalties imposed under the U. S. Internal Revenue Code
or (ii) promoting, marketing or recommending to another
person any tax-related matter.

Thank you in advance for your cooperation.

Robins, Kaplan, Miller & Ciresi L.L.P.
http://www.rkmc.com

8/11/2006