IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| PRISM TECHNOLOGIES LLC )<br>)<br>Plaintiff, )<br>)<br>)<br>v. )<br>)<br>VERISIGN, INC., RSA SECURITY, INC., )<br>NETEGRITY, INC., COMPUTER )<br>ASSOCIATES INTERNATIONAL, INC., )<br>and JOHNSON & JOHNSON SERVICES, )<br>INC., )<br>)<br>Defendants. ) | Civil Action No. 05-214 JJF |

## NOTICE OF SERVICE

PLEASE TAKE NOTICE that, on August 11, 2006, copies of (1) PLAINTIFF PRISM TECHNOLOGIES LLC'S OBJECTIONS AND RESPONSES TO DEFENDANT RSA SECURITY, INC.'S SECOND SET OF REQUESTS FOR PRODUCTION OF DOCUMENTS AND THINGS, (2) PLAINTIFF PRISM TECHNOLOGIES LLC'S OBJECTIONS AND RESPONSES TO DEFENDANT RSA SECURITY, INC.'S SECOND SET OF INTERROGATORIES (Nos. 15-20), (3) PLAINTIFF PRISM TECHNOLOGIES LLC'S RESPONSE TO DEFENDANT RSA SECURITY INC.'S FIRST SET OF REQUESTS FOR ADMISSIONS (NOS. 1-233), and (4) this NOTICE OF SERVICE were served as shown:

**BY EMAIL AND BY HAND:**

Frederick L. Cottrell, III, Esq.
Alyssa M. Schwartz, Esq.
Richards Layton & Finger
One Rodney Square
P.O. Box 551
Wilmington, DE 19801

Richard L. Horwitz, Esq.
David E. Moore, Esq.
Potter Anderson & Corroon LLP
1313 N. Market Street
Hercules Plaza, 6th Floor
P.O. Box 951
Wilmington, DE 19899

Patricia S. Rogowski, Esq.
Connolly, Bove, Lodge & Hutz, LLP
1007 North Orange Street
P.O. Box 2207
Wilmington, DE 19899

Steven J. Balick, Esq.
John G. Day, Esq.
Ashby & Geddes
222 Delaware Ave., 17th Fl.
Wilmington, DE 19801

632749v1

**BY EMAIL AND U.S. MAIL:**

Samir A. Bhavsar  
Jeffrey D. Baxter  
Baker Botts L.L.P.  
2001 Ross Avenue  
Dallas, TX  75201-2980  

William Lee, Esq.  
Wilmer Cutler Hale & Dorr LLP  
60 State Street  
Boston, MA  02109  

Jason Snyderman, Esq.  
Akin Gump Strauss Hauer & Feld LLP  
One Commerce Square, Suite 2200  
2005 Market Street  
Philadelphia, PA  19103  

Frank C. Cimino, Esq.  
Akin Gump Strauss Hauer & Feld LLP  
Robert S. Strauss Building  
1333 New Hampshire Avenue, NW  
Washington, DC 20036-1564  

David M. Schlitz  
Baker Botts L.L.P.  
1299 Pennsylvania Avenue, NW  
Washington, DC  20004-2400  

**BY EMAIL AND FEDERAL EXPRESS:**

John DiMatteo, Esq.  
Willkie Farr & Gallagher LLP  
787 Seventh Avenue  
New York, NY  10019-6099  

THE BAYARD FIRM

August 11, 2006

/s/ Richard D. Kirk (rk0922)  
Richard D. Kirk (rk0922)  
Ashley B. Stitzer (as3891)  
222 Delaware Avenue, Suite 900  
Wilmington, Delaware 19899  
(302) 655-5000  
rkirk@bayardfirm.com  

ATTORNEYS FOR PLAINTIFF  
PRISM TECHNOLOGIES LLC

632749v1

2

OF COUNSEL:

Dirk D. Thomas, Esq.
Robert A. Auchter, Esq.
Kenneth A. Freeling, Esq.
Jason R. Buratti, Esq.
André J. Bahou, Esq.
Robins, Kaplan, Miller & Ciresi, L.L.P.
1801 K Street, N.W., Suite 1200
Washington, D.C. 20006
(202) 775-0725