**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| PRISM TECHNOLOGIES LLC | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| | ) |
| v. | ) |
| | ) Civil Action No. 05-214 JJF |
| VERISIGN, INC., RSA SECURITY, INC., | ) |
| NETEGRITY, INC., COMPUTER | ) |
| ASSOCIATES INTERNATIONAL, INC., | ) |
| and JOHNSON & JOHNSON SERVICES, | ) |
| INC., | ) |
| | ) |
| Defendants. | ) |

**NOTICE OF SERVICE**

PLEASE TAKE NOTICE that, on August 11, 2006, copies of (1) PLAINTIFF
PRISM TECHNOLOGIES LLC'S OBJECTIONS AND RESPONSES TO
DEFENDANT JOHNSON & JOHNSON SERVICES, INC.'S SECOND REQUEST
FOR PRODUCTION OF DOCUMENTS AND THINGS (NOS. 70-71), (2) PLAINTIFF
PRISM TECHNOLOGIES LLC'S OBJECTIONS AND RESPONSES TO
DEFENDANT JOHNSON & JOHNSON SERVICES, INC.'S SECOND SET OF
INTERROGATORIES (NOS. 15-17), (3) PLAINTIFF PRISM TECHNOLOGIES
LLC'S RESPONSE TO DEFENDANT JOHNSON & JOHNSON SERVICES, INC.'S
REVISED FIRST SET OF REQUESTS FOR ADMISSIONS (NOS. 1-14), (4)
PLAINTIFF PRISM TECHNOLOGIES LLC'S FIRST REVISED AND
SUPPLEMENTAL OBJECTIONS AND RESPONSES TO DEFENDANT JOHNSON &
JOHNSON SERVICES, INC.'S FIRST SET OF INTERROGATORIES (NOS. 1-14),
and (5) this NOTICE OF SERVICE were served as shown:

**BY EMAIL AND BY HAND:**

| | |
|---|---|
| Frederick L. Cottrell, III, Esq. | Richard L. Horwitz, Esq. |
| Alyssa M. Schwartz, Esq. | David E. Moore, Esq. |
| Richards Layton & Finger | Potter Anderson & Corroon LLP |
| One Rodney Square | 1313 N. Market Street |
| P.O. Box 551 | Hercules Plaza, 6th Floor |
| Wilmington, DE 19801 | P.O. Box 951 |
| | Wilmington, DE  19899 |

Patricia S. Rogowski, Esq.
Connolly, Bove, Lodge & Hutz, LLP
1007 North Orange Street
P.O. Box 2207
Wilmington, DE  19899

Steven J. Balick, Esq.
John G. Day, Esq.
Ashby & Geddes
222 Delaware Ave., 17th Fl.
Wilmington, DE 19801

**BY EMAIL AND U.S. MAIL:**

Samir A. Bhavsar
Jeffrey D. Baxter
Baker Botts L.L.P.
2001 Ross Avenue
Dallas, TX  75201-2980

William Lee, Esq.
Wilmer Cutler Hale & Dorr LLP
60 State Street
Boston, MA  02109

Jason Snyderman, Esq.
Akin Gump Strauss Hauer & Feld LLP
One Commerce Square, Suite 2200
2005 Market Street
Philadelphia, PA  19103

Frank C. Cimino, Esq.
Akin Gump Strauss Hauer & Feld LLP
Robert S. Strauss Building
1333 New Hampshire Avenue, NW
Washington, DC 20036-1564

David M. Schlitz
Baker Botts L.L.P.
1299 Pennsylvania Avenue, NW
Washington, DC  20004-2400

**BY EMAIL AND FEDERAL EXPRESS:**

John DiMatteo, Esq.
Willkie Farr & Gallagher LLP
787 Seventh Avenue
New York, NY  10019-6099THE BAYARD FIRM

August 11, 2006

/s/ Richard D. Kirk (rk0922)
Richard D. Kirk (rk0922)
Ashley B. Stitzer (as3891)
222 Delaware Avenue, Suite 900
Wilmington, Delaware 19899
(302) 655-5000
rkirk@bayardfirm.com

ATTORNEYS FOR PLAINTIFF
PRISM TECHNOLOGIES LLC

OF COUNSEL:

Dirk D. Thomas, Esq.
Robert A. Auchter, Esq.
Kenneth A. Freeling, Esq.
Jason R. Buratti, Esq.
André J. Bahou, Esq.
Robins, Kaplan, Miller & Ciresi, L.L.P.
1801 K Street, N.W., Suite 1200
Washington, D.C.  20006
(202) 775-0725