IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| PRISM TECHNOLOGIES LLC<br><br>    Plaintiff,<br><br>    v.<br><br>VERISIGN, INC., RSA SECURITY, INC., NETEGRITY, INC., COMPUTER ASSOCIATES INTERNATIONAL, INC., and JOHNSON & JOHNSON SERVICES, INC.,<br><br>    Defendants. | Civil Action No. 05-214-JJF |

**PLAINTIFF PRISM TECHNOLOGIES, L.L.C.'S
NOTICE OF FED.R.CIV.P. 30(b)(6) DEPOSITION
OF JOHNSON & JOHNSON SERVICES, INC.**

TO:

Frederick L. Cottrell, III, Esq.
Alyssa M. Schwartz, Esq.
Richards Layton & Finger
One Rodney Square
P.O. Box 551
Wilmington, DE 19801

Richard L. Horwitz, Esq.
David E. Moore, Esq.
Potter Anderson & Corroon LLP
1313 N. Market Street
Hercules Plaza, 6th Floor
P.O. Box 951
Wilmington, DE 19899

Patricia S. Rogowski, Esq.
Connolly, Bove, Lodge & Hutz, LLP
1007 North Orange Street
P.O. Box 2207
Wilmington, DE 19899

Steven J. Balick, Esq.
John G. Day, Esq.
Ashby & Geddes
222 Delaware Ave., 17th Fl.
Wilmington, DE 19801

John DiMatteo, Esq.
Willkie Farr & Gallagher LLP
787 Seventh Avenue
New York, NY 10019-6099

William Lee, Esq.
Wilmer Cutler Hale & Dorr LLP
60 State Street
Boston, MA 02109

633030v1

Jason Snyderman, Esq.
Akin Gump Strauss Hauer & Feld LLP
One Commerce Square, Suite 2200
2005 Market Street
Philadelphia, PA 19103

Frank C. Cimino, Esq.
Akin Gump Strauss Hauer & Feld LLP
Robert S. Strauss Building
1333 New Hampshire Avenue, NW
Washington, DC 20036-1564

David M. Schlitz
Baker Botts L.L.P.
1299 Pennsylvania Avenue, NW
Washington, DC 20004-2400

Samir A. Bhavsar
Jeffrey D. Baxter
Baker Botts L.L.P.
2001 Ross Avenue
Dallas, TX 75201-2980

PLEASE TAKE NOTICE that Plaintiff Prism, Technologies, L.L.C., pursuant to Fed. R. Civ. P. 30(b)(6) and the Local Rules of the Court, will take deposition upon oral examination of Defendant Johnson & Johnson Services, Inc. ("JJSI"), by and through the person or persons most knowledgeable about the subjects listed below, commencing at 9:00 a.m. on August 25, 2006 at the headquarters of JJSI or at a mutually convenient location.

In accordance with Rule 30(b)(6) of Fed. R. Civ. P., JJSI is advised of its duty to designate one or more of its officers, directors, or other persons to testify on its behalf with respect to the topics listed below.

The deposition will be taken by oral examination before an officer authorized by the laws of the United States to administer oaths, and will be recorded by stenographic and videographic and/or audiographic means.

THE BAYARD FIRM

August 15, 2006

/s/ Richard D. Kirk (rk0922)
222 Delaware Avenue, Suite 900
Wilmington, Delaware 19899
(302) 655-5000
rkirk@bayardfirm.com

ATTORNEYS FOR PLAINTIFF PRISM TECHNOLOGIES LLC

OF COUNSEL:

Dirk D. Thomas, Esq.
Robert A. Auchter, Esq.
Kenneth A. Freeling, Esq.
André J. Bahou, Esq.
Aziz Burgy, Esq.
Robins, Kaplan, Miller & Ciresi, L.L.P.
1801 K Street, N.W., Suite 1200
Washington, D.C. 20006
(202) 775-0725

## SCHEDULE A

### DEFINITIONS AND INSTRUCTIONS

A.  "The '416 patent" or "patent-in-suit" refers to United States Patent No. 6,516,416, entitled "Subscription Access System For Use With An Untrusted Network."

B.  "Public key infrastructure" refers to the JJSI public key infrastructure referred to in JJSI's responses to Prism's interrogatories.

C.  "JJSI," "Defendant," "you," or "your" refers to Johnson & Johnson Services, Inc., its officers, employees, counsel, agents, consultants, and representatives and includes joint ventures and other legal entities which are wholly or partially owned or controlled by Johnson & Johnson Services, Inc., either directly or indirectly, and the officers, employees, counsel, agents, consultants, and representatives of these divisions, subsidiaries, and joint ventures.

D.  The term "person" refers to natural persons, organizations, firms, corporations, and other legal entities, whether or not in the employ of plaintiff, and the acts "of" a person are defined to include the acts of directors, officers, owners, members, employees, agents or attorneys acting on the person's behalf.'

E.  To "identify" a person means to state the person's name, occupation, job title, and current business address, or if unknown, the last-known business and home address. Unless it otherwise appears from the context, a request for identity or to identify a person relates to all persons in such category or classification.

F.  The term "document" has the meaning prescribed for "documents and things" in Fed. R. Civ. P. 34(a) and includes the original and every non-identical copy or reproduction in the possession, custody or control of JJSI.

G.  To "identify" any document or thing means:

633030v1

      i.    to provide a brief description of such documents sufficient to support a request under Rule 34;

      ii.    to state the custodian of the document or the thing by name, job title, employer, and address;

      iii.    to state the place where the document or thing may be inspected; and

      iv.    if a copy of the document has been previously supplied to defendants to so state and to specifically identify the previously supplied copy by reference to production numbers or other identifying information.

H.    In construing these Requests, the singular shall include the plural, and the plural shall include the singular; and the conjunctions "and" and "or" shall be read either disjunctively or conjunctively so as to bring within the scope of these requests all information that might otherwise be construed to be outside their scope.

# SCHEDULE B

## DEPOSITION TOPICS

1. Identification of the most likely custodians of documents and things, including electronic documents and things, that are called for by each of Prism's Rule 34 requests for production of documents and things served on JJSI and/or relied upon by JJSI in responding to Prism's interrogatories.

2. The existence and location of documents that refer or relate to the configuration, implementation, integration, and/or procurement of the components that comprise JJSI's public key infrastructure architecture.

3. The existence and location of documents that describe the system architecture of JJSI's public key infrastructure, including but not limited to network diagrams, and/or depictions of the system architecture and information flow.

4. The existence and location of documents, including electronic documents and things, that describe the flow of information, request(s) for information, queries, and/or messages exchanged or passed between the components that comprise JJSI's public key infrastructure system.

5. The existence and location of documents, including electronic documents and things, that describe or illustrate the system architecture and the content of the message(s), queries, or other information exchanged between the components of the systems identified, described, and/or shown on Bates Nos. JJ005768, JJ004426, JJ001627, and/or JJ001628.

6. The communication of Prism's Rule 34 requests for the production of documents and things served on JJSI from JJSI's litigation counsel to each custodian, including the date of each communication and the subject matter of the information and/or documents sought from each such custodian or other person as called for by Prism's document requests.

7. The search conducted by each custodian in response to Prism's Rule 34 requests for production of documents and things directed to JJSI, including identification of each person to whom that custodian spoke and the search that person conducted.

8. The criteria used to identify, search for, or gather documents and things, including electronic documents and things, in response to Prism's Rule 34 requests for production of documents and things served on JJSI and/or relied upon by JJSI in responding to Prism's interrogatories..

9. The locations from which, and persons from whom, documents and things, including electronic documents and things, were actually sought or gathered in response to Prism's Rule 34 requests for production of documents and things served on JJSI and/or relied upon by JJSI in responding to Prism's interrogatories.

633030v1

10.     JJSI's document retention and backup policy.

## CERTIFICATE OF SERVICE

The undersigned counsel certifies that, on August 15, 2006, he electronically filed the foregoing document with the Clerk of the Court using CM/ECF, which will send automatic notification of the filing to the following:

Frederick L. Cottrell, III, Esq.
Alyssa M. Schwartz, Esq.
Richards Layton & Finger
One Rodney Square
P.O. Box 551
Wilmington, DE 19801

Richard L. Horwitz, Esq.
David E. Moore, Esq.
Potter Anderson & Corroon LLP
1313 N. Market Street
Hercules Plaza, 6th Floor
P.O. Box 951
Wilmington, DE 19899

Patricia S. Rogowski, Esq.
Connolly, Bove, Lodge & Hutz, LLP
1007 North Orange Street
P.O. Box 2207
Wilmington, DE 19899

Steven J. Balick, Esq.
John G. Day, Esq.
Ashby & Geddes
222 Delaware Ave., 17th Fl.
Wilmington, DE 19801

The undersigned counsel further certifies that copies of the foregoing document were sent by hand on August 15, 2006 to the above counsel and by first-class mail or overnight delivery as indicated to the below counsel:

*Via Federal Express*

John DiMatteo, Esq.
Willkie Farr & Gallagher LLP
787 Seventh Avenue
New York, NY 10019-6099

William Lee, Esq.
Wilmer Cutler Hale & Dorr LLP
60 State Street
Boston, MA 02109

Jason Snyderman, Esq.
Akin Gump Strauss Hauer & Feld LLP
One Commerce Square, Suite 2200
2005 Market Street
Philadelphia, PA 19103

Frank C. Cimino, Esq.
Akin Gump Strauss Hauer & Feld LLP
Robert S. Strauss Building
1333 New Hampshire Avenue, NW
Washington, DC 20036-1564

587422v1

David M. Schlitz  
Baker Botts L.L.P.  
1299 Pennsylvania Avenue, NW  
Washington, DC  20004-2400

Samir A. Bhavsar  
Jeffrey D. Baxter  
Baker Botts L.L.P.  
2001 Ross Avenue  
Dallas, TX  75201-2980

/s/ Richard D. Kirk (rk0922)  
Richard D. Kirk

587422v1