IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWAWARE

| | | |
|---|---|---|
| PRISM TECHNOLOGIES LLC, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | C.A. No. 05-214-JJF |
| | ) | |
| VERISIGN, INC., RSA SECURITY, INC., | ) | |
| NETEGRITY, INC., COMPUTER | ) | |
| ASSOCIATES INTERNATIONAL, INC., | ) | |
| and JOHNSON & JOHNSON SERVICES, INC., | ) | |
| | ) | |
| Defendants. | ) | |

**RESPONSE OF DEFENDANT JOHNSON & JOHNSON SERVICES, INC.
TO PLAINTIFF'S MOTION TO AMEND COMPLAINT**

Given that plaintiff's motion for leave to amend its complaint (D.I. 191) (the "Motion") does not add, alter, or delete any allegations against defendant Johnson & Johnson Services, Inc. ("J&J"), notice is hereby given that J&J will not oppose the Motion and does not intend to file an answering brief in connection therewith.

ASHBY & GEDDES

*/s/ Steven J. Balick*

Steven J. Balick (ID #2114)
John G. Day (ID #2403)
Tiffany Geyer Lydon (ID #3950)
222 Delaware Avenue, 17th Floor
P.O. Box 1150
Wilmington, Delaware 19899
(302) 654-1888

*Attorneys for Defendant Johnson & Johnson Services Inc.*

*Of Counsel:*

John M. DiMatteo
Neal K. Feivelson
Leslie M. Spencer
WILLKIE FARR & GALLAGHER LLP
787 Seventh Avenue
New York, NY 10019-6099
(212) 728-8000

Dated: August 25, 2006

172441.1

# CERTIFICATE OF SERVICE

I hereby certify that on the 25th day of August, 2006, the attached **RESPONSE OF DEFENDANT JOHNSON & JOHNSON SERVICES, INC. TO PLAINTIFF'S MOTION TO AMEND COMPLAINT** was served upon the below-named counsel at the address and in the manner indicated:

| | |
|---|---|
| Richard D. Kirk, Esquire<br>The Bayard Firm<br>222 Delaware Avenue, Suite 900<br>P.O. Box 25130<br>Wilmington, DE  19899 | HAND DELIVERY |
| Dirk D. Thomas, Esquire<br>Robin, Kaplan, Miller & Ciresi, LLP<br>1801 K Street, N.W., Suite 1200<br>Washington, DC  20006 | VIA FEDERAL EXPRESS |
| Patricia S. Rogowski, Esquire<br>Connolly Bove Lodge & Hutz LLP<br>The Nemours Building<br>1007 North Orange Street<br>P.O. Box 2207<br>Wilmington, DE  19899 | HAND DELIVERY |
| Jason A. Snyderman, Esquire<br>Akin Gump Strauss Hauer & Feld LLP<br>One Commerce Square<br>2005 Market Street<br>Suite 2200<br>Philadelphia, PA  19103-7013 | VIA FEDERAL EXPRESS |
| Frank C. Cimino, Jr., Esquire<br>Akin Gump Strauss Hauer & Feld LLP<br>Robert S. Strauss Building<br>1333 New Hampshire Avenue, N.W.<br>Washington, DC  20036-1564 | VIA FEDERAL EXPRESS |

Frederick L. Cottrell, III, Esquire                                           <u>HAND DELIVERY</u>
Richards Layton & Finger
One Rodney Square
P.O. Box 551
Wilmington, DE  19899

William F. Lee, Esquire                                                        <u>VIA FEDERAL EXPRESS</u>
Wilmer Cutler Pickering Hale & Dorr LLP
60 State Street
Boston, MA  02109

Kate Hutchins, Esquire                                                        <u>VIA FEDERAL EXPRESS</u>
Wilmer Cutler Pickering Hale & Dorr
399 Park Avenue
New York, NY  10022

Richard L. Horwitz, Esquire                                                   <u>HAND DELIVERY</u>
Potter Anderson & Corroon LLP
1313 North Market Street
P.O. Box 951
Wilmington, DE  19899

Samir Bhavsar, Esquire                                                        <u>VIA FEDERAL EXPRESS</u>
Baker Botts LLP
2001 Ross Avenue
Dallas, TX  75201-2980

David M. Schlitz, Esquire                                                     <u>VIA FEDERAL EXPRESS</u>
Baker Botts LLP
The Warner
1299 Pennsylvania Avenue, NW
Washington, DC  20004-2400


                                                                                */s/ Steven J. Balick*
                                                                                _____
                                                                                Steven J. Balick

156751.1