IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| PRISM TECHNOLOGIES LLC, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | C.A. No. 05-214-JJF |
| ) | |
| VERISIGN, INC., RSA SECURITY, INC., ) | |
| NETEGRITY, INC., COMPUTER ) | |
| ASSOCIATES INTERNATIONAL, INC., ) | |
| and JOHNSON & JOHNSON SERVICES, INC., ) | |
| ) | |
| Defendants. ) | |

**DEFENDANT VERISIGN, INC.'S RESPONSE
TO PLAINTIFF'S MOTION TO AMEND COMPLAINT**

Defendant VeriSign, Inc. ("VeriSign") will not oppose Plaintiff's motion for leave to amend its complaint (D.I. 191) (the "Motion"). Accordingly, VeriSign does not intend to file a brief opposing the Motion, but maintains its right to contest any and all allegations raised by the proposed amended complaint.

Dated: August 28, 2006

*Of Counsel*

Edward F. Mannino
Jason A. Snyderman
AKIN GUMP STRAUSS HAUER & FELD LLP
One Commerce Square, Suite 2200
2005 Market Street
Philadelphia, PA 19103
Telephone: (215) 965-1200
Fax: (215) 965-1210

By: /s/ Patricia S. Rogowski

Patricia Smink Rogowski
Delaware Bar ID 2632
CONNOLLY, BOVE, LODGE & HUTZ LLP
The Nemours Building
1007 North Orange Street
PO Box 2207
Wilmington DE 19899
Telephone: (302) 658-9141
Fax: (302) 658-5614

*Attorneys for Defendant, VeriSign, Inc.*

Frank C. Cimino
Daniel E. Yonan
AKIN GUMP STRAUSS HAUER & FELD LLP
Robert S. Strauss Building
1333 New Hampshire Avenue, NW
Washington, DC 20036-1564
Telephone: (202) 887-4000
Fax: (202) 887-4288

## CERTIFICATE OF SERVICE

I hereby certify that on August 28, 2006, I electronically filed DEFENDANT VERISIGN, INC.'S RESPONSE TO PLAINTIFF'S MOTION TO AMEND COMPLAINT with the Clerk of Court using CM/ECF which will send notification of such filing(s) to the following:

Richard D. Kirk
The Bayard Firm
222 Delaware Avenue, Suite 900
P.O. Box 25130
Wilmington, DE 19899-5130
rkirk@bayardfirm.com

Richard L. Horwitz
David E. Moore
Potter Anderson & Corroon LLP
Hercules Plaza- Sixth Floor
1313 North Market Street
P.O. Box 951
Wilmington, DE 19899-0951
rhorwitz@potteranderson.com
dmoore@potteranderson.com

Frederick L. Cottrell, III
Alyssa Schwartz
Richards Layton & Finger
One Rodney Square
P.O. Box 551
Wilmington, DE 19899-0551
cottrell@rlf.com
schwartz@rlf.com

Steven J. Balick
John G. Day
Ashby & Geddes
222 Delaware Avenue
P.O. Box 1150
Wilmington, DE 19899
sbalick@ashby-geddes.com
jday@ashby-geddes.com
lmaguire@ashby-geddes.com

I hereby certify that on August 28, 2006, I electronically mailed the document(s) to the following non-registered participants:

Dirk D. Thomas, Esquire
Robins, Kaplan, Miller & Ciresi, LLP
1801 K Street, N.W., Suite 1200
Washington, DC 20006
PrismCounsel@rkmc.com

John DiMatteo
Willkie Farr & Gallagher LLP
787 Seventh Avenue
New York, NY 10019-6099
PrismLitigation-JJSI@willkie.com

| | |
|---|---|
| David M. Schlitz<br>Baker Botts LLP<br>1299 Pennsylvania Avenue, NW<br>Washington, DC 20004-2400<br>DLDallasPrismLitigationCA-Netegrity@BakerBotts.com | Gregory P. Teran<br>Wilmer Cutler Hale & Dorr LLP<br>60 State Street<br>Boston, MA 02109<br>RSAPrismLitigation@wilmerhale.com |
| Samir A. Bhavsar<br>Baker Botts LLP<br>2001 Ross Avenue<br>Dallas, TX 75201-2980<br>DLDallasPrismLitigationCA-Netegrity@BakerBotts.com | |

By: *Patricia A. Rogowski* (signature)
Patricia Smink Rogowski (DE Bar #2632)
Connolly Bove Lodge & Hutz LLP
P.O. Box 2207
1007 N. Orange Street
Wilmington, DE 19899
(302) 658-9141
progowski@cblh.com

400470_3