IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| PRISM TECHNOLOGIES LLC,<br><br>    Plaintiff,<br><br>v.<br><br>VERISIGN, INC., RSA SECURITY, INC., NETEGRITY, INC., COMPUTER ASSOCIATES INTERNATIONAL, INC. and JOHNSON AND JOHNSON,<br><br>    Defendants. | Civil Action No. 05-214-JJF<br><br>**JURY TRIAL DEMANDED** |

## NOTICE OF SERVICE

PLEASE TAKE NOTICE that on August 28, 2006, true and correct copies of **DEFENDANT VERISIGN INC.'S CORRECTED FIRST SUPPLEMENTAL RESPONSE TO PLAINTIFF PRISM TECHNOLOGIES LLC's INTERROGATORY NO. 3 [AS AMENDED]** were served on the following attorneys of record in the manner indicated:

**By Hand:**
Richard D. Kirk
The Bayard Firm
222 Delaware Avenue
Suite 900
Wilmington, DE 19899
bankserve@bayardfirm.com

**By Hand:**
Frederick L. Cottrell, III
Richards Layton & Finger
One Rodney Square
920 North King Street,
Wilmington, DE 19801
cottrell@rlf.com

**By E-mail:**
Dirk D. Thomas
Robins, Kaplan, Miller & Ciresi, LLP
1801 K Street, N.W.
Suite 1200
Washington, D.C. 20006-1307
PrismCounsel@rkmc.com

**By E-mail:**
David M. Schlitz
Baker Botts LLP
1299 Pennsylvania Avenue, N.W.
Washington, D.C. 20004-2450
DLDallasPrismLitigationCA-Netegrity@BakerBotts.com

| | |
|---|---|
| **By Hand:**<br>Richard L. Horwitz<br>Potter Anderson & Corroon<br>1313 North Market Street<br>P.O. Box 951<br>Wilmington, DE 19899<br>canet@potteranderson.com | **By E-mail**<br>Gregory P. Teran<br>Wilmer Cutler Pickering Hale & Dorr LLP<br>60 State Street<br>Boston, MA 02109<br>RSAPrismLitigation@wilmerhale.com |
| **By Hand:**<br>Steven J. Balick<br>Ashby & Geddes<br>222 Delaware Avenue<br>P.O. Box 1150<br>Wilmington, DE 19899<br>Sbalick@ashby-geddes.com | **By E-mail**<br>John DiMatteo<br>Willkie Farr & Gallagher LLP<br>787 Seventh Avenue<br>New York, NY 10019-6099<br>PrismLitigation-JJSI@willkie.com |

Dated: August 28, 2006

*Of Counsel*

Edward F. Mannino
Jason A. Snyderman
AKIN GUMP STRAUSS HAUER & FELD LLP
One Commerce Square, Suite 2200
2005 Market Street
Philadelphia, PA 19103
Telephone: (215) 965-1200
Fax: (215) 965-1210

Frank C. Cimino
Jin-Suk Park
AKIN GUMP STRAUSS HAUER & FELD LLP
Robert S. Strauss Building
1333 New Hampshire Avenue, NW
Washington, DC 20036-1564
Telephone: (202) 887-4000
Fax: (202) 887-4288

CONNOLLY BOVE LODGE & HUTZ LLP

By: /s/ *Patricia S. Rogowski*
    Patricia Smink Rogowski
    Delaware Bar ID 2632
    The Nemours Building
    1007 North Orange Street
    PO Box 2207
    Wilmington DE 19899
    Telephone : (302) 658-9141
    Fax: (302) 658-5614

*Attorneys for Defendant, VeriSign, Inc.*

## CERTIFICATE OF SERVICE

I, hereby certify that on August 28, 2006, I electronically filed **NOTICE OF SERVICE** with the Clerk of Court using CM/ECF which will send notification of such filing(s) to the following and which has also been served as noted:

### VIA HAND DELIVERY AND ELECTRONIC MAIL

Richard D. Kirk
The Bayard Firm
222 Delaware Avenue, Suite 900
P.O. Box 25130
Wilmington, DE 19899-5130
rkirk@bayardfirm.com

Richard L. Horwitz
David E. Moore
Potter Anderson & Corroon LLP
Hercules Plaza- Sixth Floor
1313 North Market Street
P.O. Box 951
Wilmington, DE 19899-0951
rhorwitz@potteranderson.com
dmoore@potteranderson.com

Frederick L. Cottrell, III
Alyssa Schwartz
Richards Layton & Finger
One Rodney Square
P.O. Box 551
Wilmington, DE 19899-0551
cottrell@rlf.com
schwartz@rlf.com

Steven J. Balick
John G. Day
Ashby & Geddes
222 Delaware Avenue
P.O. Box 1150
Wilmington, DE 19899
sbalick@ashby-geddes.com
jday@ashby-geddes.com
lmaguire@ashby-geddes.com

I, hereby certify that on August 28, 2006, I caused the document(s) to be electronically e-mailed the following non-registered participants:

Dirk D. Thomas, Esquire
Robins, Kaplan, Miller & Ciresi, LLP
1801 K Street, N.W., Suite 1200
Washington, DC 20006
PrismCounsel@rkmc.com

John DiMatteo
Willkie Farr & Gallagher LLP
787 Seventh Avenue
New York, NY 10019-6099
PrismLitigation-JJSI@willkie.com

David M. Schlitz
Baker Botts LLP
1299 Pennsylvania Avenue, NW
Washington, DC 20004-2400
DLDallasPrismLitigationCA-
Netegrity@BakerBotts.com

Gregory P. Teran
Wilmer Cutler Hale & Dorr LLP
60 State Street
Boston, MA 02109
RSAPrismLitigation@wilmerhale.com

Samir A. Bhavsar
Baker Botts LLP
2001 Ross Avenue
Dallas, TX 75201-2980
DLDallasPrismLitigationCA-
Netegrity@BakerBotts.com

                               By: */s/ Patricia S. Rogowski*
                                   Patricia Smink Rogowski (DE Bar #2632)
                                   Connolly Bove Lodge & Hutz LLP
                                   P.O. Box 2207
                                   1007 N. Orange Street
                                   Wilmington, DE 19899
                                   (302) 658-9141
                                   progowski@cblh.com

464375_5