IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| PRISM TECHNOLOGIES LLC<br><br>Plaintiff,<br><br>v.<br><br>VERISIGN, INC., RSA SECURITY, INC., NETEGRITY, INC., COMPUTER ASSOCIATES INTERNATIONAL, INC., and JOHNSON & JOHNSON SERVICES, INC.,<br><br>Defendants. | Civil Action No. 05-214-JJF<br><br>FILED UNDER SEAL<br>SUBJECT TO PROTECTIVE ORDER |

**DECLARATION OF RICHARD D. KIRK IN SUPPORT OF PRISM TECHNOLOGIES LLC'S SECOND MOTION TO COMPEL DEFENDANT JOHNSON & JOHNSON SERVICES, INC. TO PRODUCE DOCUMENTS AND THINGS**

                              Richard D. Kirk.(rk0922)
                              THE BAYARD FIRM
                              222 Delaware Avenue, Suite 900
                              Wilmington, DE  19899
                              (302) 655-5000

                              *Attorneys for Plaintiff Prism Technologies LLC*

*Of Counsel:*

Dirk D. Thomas, Esq.
Robert A. Auchter, Esq.
Andre J. Bahou, Esq.
Aziz Burgy, Esq.
ROBINS, KAPLAN, MILLER & CIRESI LLP
1801 K Street, N.W.
Washington, D.C.  20006
(202) 775-0725

634354v1

THIS DOCUMENT WAS FILED UNDER SEAL

626607v1

# CERTIFICATE OF SERVICE

The undersigned counsel certifies that, on August 28, 2006, he electronically filed the foregoing document with the Clerk of the Court using CM/ECF, which will send automatic notification of the filing to the following:

Frederick L. Cottrell, III, Esq.
Alyssa M. Schwartz, Esq.
Richards Layton & Finger
One Rodney Square
P.O. Box 551
Wilmington, DE 19801

Richard L. Horwitz, Esq.
David E. Moore, Esq.
Potter Anderson & Corroon LLP
1313 N. Market Street
Hercules Plaza, 6th Floor
P.O. Box 951
Wilmington, DE 19899

Patricia S. Rogowski, Esq.
Connolly, Bove, Lodge & Hutz, LLP
1007 North Orange Street
P.O. Box 2207
Wilmington, DE 19899

Steven J. Balick, Esq.
John G. Day, Esq.
Ashby & Geddes
222 Delaware Ave., 17th Fl.
Wilmington, DE 19801

The undersigned counsel further certifies that copies of the foregoing document were sent by hand on August 28, 2006 to the above counsel and by first-class mail or overnight delivery as indicated to the below counsel:

*Via Federal Express*

John DiMatteo, Esq.
Willkie Farr & Gallagher LLP
787 Seventh Avenue
New York, NY 10019-6099

William Lee, Esq.
Wilmer Cutler Hale & Dorr LLP
60 State Street
Boston, MA 02109

Jason Snyderman, Esq.
Akin Gump Strauss Hauer & Feld LLP
One Commerce Square, Suite 2200
2005 Market Street
Philadelphia, PA 19103

Frank C. Cimino, Esq.
Akin Gump Strauss Hauer & Feld LLP
Robert S. Strauss Building
1333 New Hampshire Avenue, NW
Washington, DC 20036-1564

587422v1

David M. Schlitz
Baker Botts L.L.P.
1299 Pennsylvania Avenue, NW
Washington, DC 20004-2400

Samir A. Bhavsar
Jeffrey D. Baxter
Baker Botts L.L.P.
2001 Ross Avenue
Dallas, TX 75201-2980

/s/ Richard D. Kirk (rk0922)
Richard D. Kirk

587422v1