# EXHIBIT 2

# WILLKIE FARR & GALLAGHER LLP

787 Seventh Avenue
New York, NY 10019-6099
Tel: 212 728 8000
Fax: 212 728 8111

July 27, 2006

**VIA EMAIL AND FIRST-CLASS MAIL**

Andre J. Bahou, Esq.
Robins, Kaplan, Miller & Ciresi L.L.P.
Suite 1200
1801 K Street, N.W.
Washington, DC 20006-1307

Re:    Prism Technologies LLC v. Verisign, Inc., et al., D. Del., Civil Action No. 05-214-JJF

Dear AJ:

This letter is in response to Judge Farnan's July 21, 2006 Order concerning Prism's motion to compel.

JJSI objected to Prism's Requests Nos. 1, 29, 33-42 on the basis of third-party confidentiality obligations. In accordance with the July 21 Order, JJSI designates the following third-party agreements in support of these objections:

- Johnson & Johnson Enterprise Directory and Security (JJEDS) System Token Contract, SafeNet, Inc. and JJSI, September 2004

- Johnson & Johnson Enterprise Directory and Security (JJEDS) System Token Contract, Rainbow Technologies, Inc. and JJSI, September 2002 (including Mutual Non-Disclosure Agreement of January 17, 2001)

- Microsoft Select Agreement v6.1, Microsoft Licensing, GP and JJSI, September 2003

- Microsoft Master Services Agreement, Microsoft Corp. and JJSI, June 1996 (as amended June 2004)

- Nortel Networks Purchase and License Agreement, Nortel Networks and JJSI, December 2003

The above-listed agreements are themselves subject to confidentiality restrictions. To the extent that these agreements are those called for by Prism's Requests Nos. 8-11, 22 and 33, JJSI also objects to their disclosure.

Andre J. Bahou, Esq.
July 27, 2006
Page 2

As discussed in my July 12 letter to Aziz Burgy, JJSI has otherwise produced documents responsive to Prism's requests. In addition, on Friday, July 21, JJSI supplemented its production with nearly 3000 pages of documents.

Finally, with regard to Prism's Request Nos. 6-7 concerning quarterly and annual reports, we refer you to Johnson & Johnson's Investor Relations SEC Filings website:
http://www.investor.jnj.com/governance/sec.cfm?SECPage=0&formchoose=Annual,Quarterly.

Please call me directly if you have questions or concerns.

Sincerely,

Leslie M. Spencer

3348322.1