# EXHIBIT 5

| | |
|---|---|
| **From:** | Spencer, Leslie [lspencer@willkie.com] |
| **Sent:** | Tuesday, August 22, 2006 9:18 AM |
| **To:** | Burgy, Aziz; PrismLitigation-JJSI |
| **Cc:** | PrismCounsel |
| **Subject:** | RE: Prism Technologies LLC v. VeriSign, Inc., et al. |

Aziz-

JJSI will not produce a witness this Friday for the 30(b)(6) deposition that Prism noticed last week.

We will work with Prism to set a mutually convenient time for this deposition, subject to JJSI's right to raise objections to the Depostion Topics.

Among other things, JJSI objects to the Depostion Topics to the extent that they (a) seek testimony or information protected by the attorney-client privilege, attorney work product doctrine or other immunity from disclosure, and (b) seek to impose any obligations different from, or in addition to, those set forth in the Federal Rules of Civil Procedure or in the Local Rules of the United States District Court for the District of Delaware.

As to location, we propose Willkie Farr's New York offices.

We will provide you dates of availability for JJSI's witness shortly.

Regards, Leslie.

> -----Original Message-----
> **From:** Burgy, Aziz [mailto:ABurgy@rkmc.com]
> **Sent:** Tuesday, August 22, 2006 2:50 PM
> **To:** PrismLitigation-JJSI
> **Cc:** PrismCounsel
> **Subject:** Prism Technologies LLC v. VeriSign, Inc., et al.
>
> >>>> Please read the confidentiality statement below <<<<
>
> Dear Leslie,
>
> Per my voicemail of yesterday, please confirm whether JJSI will be producing a witness for the 30(b)(6) deposition scheduled for this Friday.
>
>
> Thanks,
>
> Aziz
>
> **Aziz Burgy**
> Robins, Kaplan, Miller & Ciresi L.L.P.
> 1801 K Street, N.W.
> Suite 1200
> Washington, D.C. 20006-1307
> Office phone: (202) 736-2705
> Facsimile: (202) 223-8604
> E-mail address: aburgy@rkmc.com