# EXHIBIT  6



US006516416B2

(12) **United States Patent**

Gregg et al.

(10) Patent No.: **US 6,516,416 B2**

(45) Date of Patent: *Feb. 4, 2003

(54) SUBSCRIPTION ACCESS SYSTEM FOR USE WITH AN UNTRUSTED NETWORK

(75) Inventors: Richard L. Gregg, Omaha, NE (US); Sandeep Giri, Omaha, NE (US); Timothy C. Goeke, Elkhorn, NE (US)

(73) Assignee: Prism Resources, Omaha, NE (US)

( * ) Notice: This patent issued on a continued prosecution application filed under 37 CFR 1.53(d), and is subject to the twenty year patent term provisions of 35 U.S.C. 154(a)(2).

Subject to any disclaimer, the term of this patent is extended or adjusted under 35 U.S.C. 154(b) by 0 days.

(21) Appl. No.: 08/872,710

(22) Filed: Jun. 11, 1997

(65) **Prior Publication Data**

US 2002/0002688 A1 Jan. 3, 2002

(51) Int. Cl.[7] ............................................. H04L 9/00
(52) U.S. Cl. ...................................... 713/201; 705/51
(58) Field of Search ........................ 380/25, 21, 49, 380/30; 713/202, 201, 200; 705/54, 51

(56) **References Cited**

U.S. PATENT DOCUMENTS

5,629,980 A * 5/1997 Stefik et al. ................ 705/54

5,677,953 A * 10/1997 Dolphin ..................... 380/4
5,708,780 A * 1/1998 Levergood et al. ......... 709/229
5,765,152 A * 6/1998 Erickson .................... 707/9
6,006,332 A * 12/1999 Rabne et al. ............... 713/201

* cited by examiner

Primary Examiner—Matthew Smithers
(74) Attorney, Agent, or Firm—Greer, Burns & Crain, Ltd.

(57) **ABSTRACT**

A system and method is disclosed for controlling access to computer resources using an untrusted network. The system preferably uses a hardware key connected to each subscriber client computer and adds software to the subscriber client computer and to the existing server computer. A clearinghouse is provided to store client and server identification data, including demographic data, including URL data, usage data and billing information. The clearinghouse authenticates the subscriber and server computers before an operating session occurs. For every new client session, a login mechanism requires the client computer to supply appropriate identification data, including a digital identification generated by the hardware key. The login parameters are verified by the clearinghouse and a session is then started. The system is adapted to protect preselected content from being printed or copied by a client using a web browser. The system architecture permits a geographical distributed system of multiple subscriber client computers, multiple server computers and multiple clearinghouses which can interact with each other.

31 Claims, 24 Drawing Sheets



P 028872



FIG. 1



FIG. 2

P 028874



FIG. 3

P 028875



FIG. 4



FIG. 5



FIG. 6



FIG. 16

P 028878



FIG. 7

FIG. 8

FIG. 9

FIG. 10

P 028879



FIG. 11

FIG. 12

P 028880



FIG. 13

P 028881



FIG. 14

FIG. 15

P 028882



FIG. 17



LOG-IN, USER
AUTHENTICATION,
AND SESSION
INITIATION

FIG. 18

P 028884

TRANSACTION SERVICE AND LOGGING



SESSION VALIDATOR ENTERS A NEW TRANSACTION-ENTRY FOR THE USER'S CURRENT SESSION ~180

SESSION VALIDATOR SENDS A SUCCESSFUL SESSION-RESPONSE (SR) TO CLIENT AUTHENTICATOR ~182

CLIENT AUTHENTICATOR GRANTS PERMISSION TO SERVER APPLICATION TO SERVICE THE USER'S REQUEST ~184

SERVER APPLICATION INVOKES THE APPROPRIATE SERVICE FUNCTION TO SEND THE PROTECTED CONTENT TO THE USER ~186

SERVER APPLICATION INVOKES TRANSACTION MONITOR TO SEND AN END TRANSACTION (ET) MESSAGE TO SESSION VALIDATOR ~188

SESSION VALIDATOR UPDATES THE TRANSACTION ENTRY WITH THE TRANSACTION-SPECIFIC INFORMATION IN THE ET MESSAGE ~190

FIG. 19

P 028885

U.S. Patent          Feb. 4, 2003          Sheet 14 of 24          US 6,516,416 B2



REAUTHENTICATION
FIG. 20

A USER WITH AN ACTIVE SESSION REQUESTS SERVER APPLICATION FOR A PROTECTED RESOURCE — 200

SERVER APPLICATION FORWARDS REQUEST TO CLIENT AUTHENTICATOR — 202

204 SESSION-ID IN COMMUNICATION HEADERS?

NO — 206
CLIENT AUTHENTICATOR DENIES PERMISSION TO SERVER APPLICATION TO SERVICE THE REQUEST

208
SERVER APPLICATION DIRECTS THE USER TO LOG-IN ENFORCER TO START A NEW SESSION

YES
210 CLIENT AUTHENTICATOR SENDS CHECK SESSION (CS) MESSAGE TO SESSION VALIDATOR

212 SESSION VALIDATOR SEARCHES FOR SESSION-ENTRY IN ITS LIST OF ACTIVE SESSIONS

214 ACTIVE SESSION-ENTRY FOUND?

NO — 216
SESSION VALIDATOR SENDS AN UNSUCCESSFUL SESSION RESPONSE (SR) TO CLIENT AUTHENTICATOR

YES
SESSION VALIDATOR CHECKS FOR THE TIME OF LAST POLLING OF USER'S MACHINE FOR ACCESS KEY

218
220 TIME DURATION EXCEEDED PRESET TIME LIMIT?

YES — 222
SESSION VALIDATOR SENDS A SESSION RESPONSE (SR) TO CLIENT AUTHENTICATOR ASKING TO POLL FOR USER'S ACCESS KEY

224
CLIENT AUTHENTICATOR INVOKES ACCESS KEY VALIDATOR

226
ACCESS KEY VALIDATOR SENDS CHECK LOGIN MESSAGE TO CLIENT MESSENGER WITH A NEW RANDOMLY GENERATED CHALLENGE

228
CLIENT MESSENGER INVOKES LOG-IN INTERFACE

230
LOG-IN INTERFACE INVOKES ACCESS KEY INTERFACE

232
ACCESS KEY INTERFACE POLLS THE USER'S MACHINE FOR THE ACCESS KEY

234 ACCESS KEY ATTACHED TO USER'S MACHINE?

NO
YES

SESSION RENEWAL — 236

NO
170
TRANSACTION SERVICE AND LOGGING

ACCESS KEY INTERFACE SENDS ERROR MESSAGE TO LOG-IN INTERFACE — 238

LOG-IN INTERFACE ERROR MESSAGE TO CLIENT MESSENGER — 240

CLIENT MESSENGER SENDS AN UNSUCCESSFUL POLLING MESSAGE TO ACCESS KEY VALIDATOR WHO REDIRECTS THE USER TO LOG-IN ENFORCER — 242

P 028886



SESSION
RENEWAL

FIG. 21

ACCESS KEY INTERFACE
READS THE DIGITAL ID AND
SUBMITS IT TO LOG-IN
INTERFACE — 250

LOG-IN INTERFACE
SUBMITS DIGITAL ID TO
CLIENT CRYPTOGRAPHER — 252

CLIENT CRYPTOGRAPHER
ENCRYPTS DIGITAL ID USING
THE CHALLENGE SENT BY
ACCESS KEY VALIDATOR AND
SENDS IT TO ACCESS KEY
VALIDATOR — 254

ACCESS KEY VALIDATOR
SENDS RENEW SESSION
(RS) MESSAGE TO SESSION
VALIDATOR WITH
ENCRYPTED DIGITAL ID — 256

SESSION VALIDATOR FINDS
USER'S SESSION-ENTRY
AND VALIDATES THE
ENCRYPTED DIGITAL ID — 258

SESSION VALIDATOR
SENDS AN
UNSUCCESSFUL SESSION
RESPONSE (SR) TO
ACCESS KEY VALIDATOR — 262

VALIDATION
SUCCESSFUL? — 260    NO / YES

SESSION VALIDATOR
UPDATES THE SESSION-
ENTRY'S TIME OF LAST
REAUTHENTICATION — 266

ACCESS KEY VALIDATOR
REDIRECTS USER TO
LOG-IN ENFORCER TO
START A NEW SESSION — 264

SESSION VALIDATOR SENDS
A SUCCESSFUL SESSION
RESPONSE (SR) TO ACCESS
KEY VALIDATOR — 268

TRANSACTION
SERVICE AND
LOGGING — 170

ACCESS KEY VALIDATOR
GRANTS PERMISSION TO
SERVER APPLICATION TO
PROCESS USER'S REQUEST
FOR PROTECTED RESOURCE — 270

P 028887

U.S. Patent    Feb. 4, 2003    Sheet 16 of 24    US 6,516,416 B2



SESSION
TERMINATION

FIG. 22

NETWORK
USAGE
TRACKING

FIG. 23



USAGE TRACKING COLLECTOR
SENDS INITIATE USAGE
TRACKING MESSAGE TO CLIENT
MESSENGER ⟋310

CLIENT MESSENGER GENERATES
RANDOM CHALLENGE AND SENDS
IT TO USAGE TRACKING
COLLECTOR ⟋312

USAGE TRACKING COLLECTOR
ENCRYPTS SERVER
APPLICATION'S PASSWORD
USING THE RANDOM CHALLENGE
AND SENDS A USAGE TRACK
COMMAND TO CLIENT
MESSENGER WITH THE
ENCRYPTED PASSWORD ⟋314

CLIENT MESSENGER INVOKES
SERVER AUTHENTICATOR TO
AUTHENTICATE SERVER
APPLICATION'S PASSWORD ⟋316

318
SERVER
AUTHENTICATION
SUCCESSFUL?
NO          YES

CLIENT MESSENGER
DISPLAYS SERVER
AUTHENTICATION ERROR
MESSAGE TO USER ⟋320

CLIENT MESSENGER INVOKES
NETWORK USAGE TRACKER TO
COLLECT ALL NETWORK USAGE
DATA AND SENDS IT TO USAGE
TRACKING COLLECTOR 322⟍

324
NETWORK USAGE
TRACKING SERVER
UPDATES THE
CLEARINGHOUSE
DATABASE WITH THE
NETWORK USAGE DATA ⟍326

USAGE TRACKING
COLLECTOR SENDS
NETWORK USAGE DATA TO
CLEARINGHOUSE'S
NETWORK USAGE
TRACKING SERVER

P 028889



CLIENT APPLICATION
DISPLAYING CONTENTS
WITHOUT COPYRIGHT
PROTECTION

FIG. 24

P 028890



CLIENT APPLICATION
DISPLAYING
CONTENTS
WITH COPYRIGHT
PROTECTION

FIG. 25

P 028891



FIG. 26

COPYRIGHT
PROTECTION
PROCESS

P 028892