# EXHIBIT 7

EXHIBIT 7 IS CONFIDENTIAL
UNDER THE PROTECTIVE ORDER
AND REMAINS UNDER SEAL