# EXHIBIT 8

EXHIBIT 8 IS CONFIDENTIAL
UNDER THE PROTECTIVE ORDER
AND REMAINS UNDER SEAL