IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

PRISM TECHNOLOGIES LLC

    Plaintiff,

v.

VERISIGN, INC., RSA SECURITY, INC., NETEGRITY, INC., COMPUTER ASSOCIATES INTERNATIONAL, INC., and JOHNSON & JOHNSON SERVICES, INC.,

    Defendants.

Civil Action No. CA 05-00214 JJF

## ORDER GRANTING LEAVE TO AMEND COMPLAINT UNDER FED. R. CIV. P. 15(a)

Upon consideration of the Motion for Leave to Amend Complaint Under Fed. R. Civ. P. 15(a) (the "Motion") filed by Plaintiff Prism Technologies LLC on August 11, 2006, IT IS HEREBY ORDERED that the Motion is GRANTED.

SO ORDERED this   29   day of   August  , 2006.

                                                  United States District Judge