IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| PRISM TECHNOLOGIES LLC<br><br>    Plaintiff,<br><br>v.<br><br>VERISIGN, INC., RSA SECURITY, INC., NETEGRITY, INC., COMPUTER ASSOCIATES INTERNATIONAL, INC., and JOHNSON & JOHNSON SERVICES, INC.,<br><br>    Defendants. | Civil Action No. 05-214-JJF |

**DECLARATION OF RICHARD D. KIRK IN SUPPORT OF
PRISM TECHNOLOGIES, LLC'S MOTION TO COMPEL
DEFENDANT RSA SECURITY, INC. TO PRODUCE DOCUMENTS AND THINGS**

I, Richard D. Kirk, declare as follows:

1. I am an attorney with the law firm of The Bayard Firm, counsel representing Plaintiff in the above-captioned action.

2. I am admitted to practice before this Court.

3. This Declaration is submitted in support of Prism Technologies, LLC's Motion to Compel Defendant RSA Security, Inc. to Produce Documents and Things.

4. Attached to this Declaration as **Exhibit 1** are true and correct copies of Prism Technologies, LLC's First, Second, and Third Sets of Rule 34 Requests for Production of Documents and Things to RSA Security, Inc.

5. Attached to this Declaration as **Exhibit 2** is a true and correct copy of a letter from Aziz Burgy to Gregory Teran dated March 28, 2006.

634972v1

6.  Attached to this Declaration as **Exhibit 3** is a true and correct copy of a letter from Gregory Teran to Aziz Burgy dated April 20, 2006.

7.  Attached to this Declaration as **Exhibit 4** is a true and correct copy of a letter from Aziz Burgy to Gregory Teran dated April 27, 2006.

8.  Attached to this Declaration as **Exhibit 5** is a true and correct copy of a letter from Gregory Teran to Aziz Burgy dated May 11, 2006.

9.  Attached to this Declaration as **Exhibit 6** is a true and correct copy of a letter from Aziz Burgy to Gregory Teran dated May 19, 2006.

10. Attached to this Declaration as **Exhibit 7** is a true and correct copy of a letter from Aziz Burgy to Gregory Teran dated June 20, 2006.

11. Attached to this Declaration as **Exhibit 8** is a true and correct copy of a letter from Gregory Teran to Aziz Burgy dated June 23, 2006.

12. Attached to this Declaration as **Exhibit 9** is a true and correct copy of the Rule 16 Scheduling Order dated May 10, 2006.

13. Attached to this Declaration as **Exhibit 10** is a true and correct copy of a letter from Aziz Burgy to Gregory Teran dated August 7, 2006.

14. Attached to this Declaration as **Exhibit 11** is a true and correct copy of a letter from Aziz Burgy to Gregory Teran dated August 25, 2006.

15. Attached to this Declaration as **Exhibit 12** is a true and correct copy of a letter from Gregory Teran to Aziz Burgy dated August 25, 2006.

16. Attached to this Declaration as **Exhibit 13** is a true and correct copy of a letter from Aziz Burgy to Gregory Teran dated August 31, 2006.

634972v1

17. Attached to this Declaration as **Exhibit 14** is a true and correct copy of a letter from Aziz Burgy to Danny Yonan of May 19, 2006.

18. Attached to this Declaration as **Exhibit 15** is a true and correct copy of an Order dated July 21, 2006.

September 5, 2006

THE BAYARD FIRM

/s/ Richard D. Kirk
Richard D. Kirk (rk0922)
222 Delaware Avenue, Suite 900
Wilmington, DE 19899
(302) 655-5000
rkirk@bayardfirm.com

634972v1

## CERTIFICATE OF SERVICE

The undersigned counsel certifies that, on September 5, 2006, he electronically filed the foregoing document with the Clerk of the Court using CM/ECF, which will send automatic notification of the filing to the following:

Frederick L. Cottrell, III, Esq.
Alyssa M. Schwartz, Esq.
Richards Layton & Finger
One Rodney Square
P.O. Box 551
Wilmington, DE 19801

Richard L. Horwitz, Esq.
David E. Moore, Esq.
Potter Anderson & Corroon LLP
1313 N. Market Street
Hercules Plaza, 6th Floor
P.O. Box 951
Wilmington, DE 19899

Patricia S. Rogowski, Esq.
Connolly, Bove, Lodge & Hutz, LLP
1007 North Orange Street
P.O. Box 2207
Wilmington, DE 19899

Steven J. Balick, Esq.
John G. Day, Esq.
Ashby & Geddes
222 Delaware Ave., 17th Fl.
Wilmington, DE 19801

The undersigned counsel further certifies that copies of the foregoing document were sent by hand on September 5, 2006 to the above counsel and by first-class mail or overnight delivery as indicated to the below counsel:

*Via Federal Express*

John DiMatteo, Esq.
Willkie Farr & Gallagher LLP
787 Seventh Avenue
New York, NY 10019-6099

William Lee, Esq.
Wilmer Cutler Hale & Dorr LLP
60 State Street
Boston, MA 02109

Jason Snyderman, Esq.
Akin Gump Strauss Hauer & Feld LLP
One Commerce Square, Suite 2200
2005 Market Street
Philadelphia, PA 19103

Frank C. Cimino, Esq.
Akin Gump Strauss Hauer & Feld LLP
Robert S. Strauss Building
1333 New Hampshire Avenue, NW
Washington, DC 20036-1564

587422v1

David M. Schlitz
Baker Botts L.L.P.
1299 Pennsylvania Avenue, NW
Washington, DC  20004-2400

Samir A. Bhavsar
Jeffrey D. Baxter
Baker Botts L.L.P.
2001 Ross Avenue
Dallas, TX  75201-2980

/s/ Richard D. Kirk (rk0922)
Richard D. Kirk

587422v1