# EXHIBIT 2

**ROBINS, KAPLAN, MILLER & CIRESI** L.L.P.

SUITE 1200
1801 K STREET, N.W.
WASHINGTON, DC 20006-1307
TEL: 202-775-0725 FAX: 202-223-8604
www.rkmc.com

ATTORNEYS AT LAW

AZIZ BURGY
202-736-2705

March 28, 2006

**VIA E-MAIL and FIRST CLASS MAIL**

Gregory P. Teran, Esq.
Wilmer Cutler Pickering Hale and Dorr LLP
60 State Street
Boston, MA 02109

    Re:   *Prism Technologies LLC v. VeriSign, Inc., et al.*
          Civil Action No. 1:05-cv-00214-JJF

Dear Mr. Teran:

    As discussed in the parties' telephone conference of March 24, 2006, Prism's commitment to the June 9, 2006 date as the cut-off for completion of fact discovery was premised, in part, on whether the Defendants have substantially completed their document production. As you may know, the production of documents between the parties pursuant to Fed. R. Civ. P. 34 occurred much later than the parties originally contemplated.

    Prism has substantially completed its document production to the Defendants except for information contained on Prism's back-up tapes. Pursuant to the recent agreement between Prism and the Defendants regarding keyword searching, Prism has sent these tapes to eMag Solutions, VeriSign's designated vendor, to restore and search the information on these tapes. Once completed and reviewed by Prism, we will produce responsive, non-privileged information contained on these tapes.

    In the same vein, please update us regarding the status of RSA Security, Inc.'s ("RSA") document production. In particular, please state whether RSA has substantially completed its document production, including whether it has produced documents stored on electronic means. Also, please provide an estimate on how many more documents RSA expects to produce, if any, and the timeframe for doing so.

ATLANTA    BOSTON    LOS ANGELES    MINNEAPOLIS    NAPLES    SAINT PAUL    SANTA ANA    WASHINGTON, D.C.

Greg Teran, Esq.
March 28, 2006
Page 2

    Your timely response is much appreciated as we begin to finalize the parties' proposed scheduling order.

                                    Sincerely,

                                      ROBINS, KAPLAN, MILLER & CIRESI L.L.P.

                                    Aziz Burgy

cc:      Robert A. Auchter, Esquire

# EXHIBIT 3

WILMERHALE

Gregory P. Teran

+1 617 526 6574 (t)
+1 617 526 5000 (f)
gregory.teran@wilmerhale.com

**BY ELECTRONIC AND
FIRST-CLASS MAIL**

April 20, 2006

Aziz Burgy, Esquire
Robins, Kaplan, Miller & Ciresi LLP
1801 K Street, NW
Suite 1200
Washington, DC 20006

Re:   Prism Technologies LLC v. VeriSign, Inc., et al.
      Civil Action No. 1:05-cv-00214-JJF

Dear Mr. Burgy:

I write in response to your letter of March 28 concerning the status of production of documents. We are still awaiting the production of documents from Prism's backup tapes which we understand were restored and searched at defendants' expense by Emag Solutions.

As you know, between October 2005 and February 2006 RSA produced more than 100,000 pages of documents, which were the result of a company-wide collection effort. We do not agree with any suggestion that RSA's production poses a reason why discovery could not be completed by June 9.

RSA's production has included thousands of pages of documents stored on electronic means, including manuals for the accused hardware and software products, related technical materials, electronic presentations, and advertising and marketing materials. As you know, RSA's production has also included numerous emails, which were collected by RSA employees primarily from their physical files, and in some cases from electronic files under their control. RSA has not performed electronic searches of its electronic files using search terms, as it is unclear from Prism's requests for production what reasonable set of custodians and search terms would be expected to identify additional relevant information requested by Prism that has not already been collected and produced. RSA is willing to conduct an electronic search of its accessible electronic files (i.e., "live" files on servers and/or custodian's local hard drives), and to produce any relevant and non-privileged documents obtained from such a search, provided

WILMERHALE

Aziz Burgy, Esquire
Robins, Kaplan, Miller & Ciresi LLP
April 20, 2006
Page 2

that the parties first come to agreement on a reasonable list of custodians, search terms, and date ranges. To the extent Prism believes such a search should be performed, please provide a suggested list of custodians, search terms, and date ranges as a starting point for discussion. With regard to custodians, we refer Prism to RSA's production of documents generally, and specifically to the organization charts produced at RSA25854-25908.

I am available to discuss proposed custodians, search terms, and date ranges at your convenience.

Best regards,

Gregory P. Teran

GPT:mam

# EXHIBIT 4

# ROBINS, KAPLAN, MILLER & CIRESI L.L.P.

SUITE 1200
1801 K STREET, N.W.
WASHINGTON, D.C. 20006-1307
TEL: 202-775-0725  FAX: 202-223-8604
www.rkmc.com

ATTORNEYS AT LAW

AZIZ BURGY
202-736-2705

April 27, 2006

**VIA E-MAIL and FIRST CLASS MAIL**

Gregory P. Teran, Esq.
Wilmer Cutler Pickering Hale and Dorr LLP
60 State Street
Boston, MA  02109

    Re:    *Prism Technologies LLC v. VeriSign, Inc., et al.*
            Civil Action No. 1:05-cv-00214-JJF

Dear Mr. Teran:

    Thank you for your letter of April 20, 2006 in response to my letter of March 28, 2006 updating us regarding RSA's document production. As you noted in your letter, RSA has indeed produced numerous pages of documents in response to Prism's discovery requests. Notwithstanding this production, it appears that RSA still has outstanding relevant documents to produce. Namely, as evidenced in your letter, "RSA has not performed electronic searches of its electronic files . . . ." (*See* Letter from G. Teran to A. Burgy dated April 20, 2006, at 1).

    In the parties' first set of Rule 34 requests, RSA and Prism both defined "document" per Fed. R. Civ. P. 34(a) to include documents stored on electronic means. Given that Prism sent its first set of Rule 34 requests to RSA in September 2005, RSA's delay in searching for documents stored on electronic means is its own doing. It is also worth noting that other Defendants have already been searching for such documents and expect to produce the TIFF images of these documents shortly. Nevertheless, in the interest of mutual cooperation and as a convenience to RSA, we are willing to provide a reasonable list of custodians, search terms, and date ranges to narrow the universe of relevant RSA documents stored on electronic means. As such, Prism asks that RSA conduct an electronic search of the accessible electronic files of William Duane, Slava Kavsan, Bill McQuaide, Bruce Morrill, David Stack, Stan Swiniarski, Todd Ulrich, Toffer Winslow, and Karl Wirth, from the period of June 1996 to the present, using the following search terms:

Greg Teran, Esq.
April 27, 2006
Page 2

- authenticat!, identity /1 access, identity /1 data, access /1 manage!, clearinghouse, hardware key, token, 416, Prism, Rich! /2 Gregg, Rick /2 Gregg, Giri, Goeke, infring!, strong /2 authenticat!, two /2 factor, open /2 strong, advanced /2 authenticat!, enterprise /2 customer!, confident! /2 agreement, public /2 key /2 infrastructure, PKI, Kerberos, Krajewski, Kotanchik, Appliance, Clear /1 Trust or ClearTrust, Passage, Authentication /1 Manager!, Authentication /1 Agent!, Authentication /1 Utility, SecurID /1 Authentication, ACE, BSafe, DAL or Data /1 Abstraction /1 Layer, Keon, Cosmo, Passmark, Cyota, SecurID /2 Windows, Validation /1 Manager, rebrand!, OTPS, one-time /2 password /2 token, secure /2 storage /2 token, USB /2 token, Universal /1 Serial /1 Bus, Sandisk, Aladdin, Smart /1 Card or SmartCard, and flash /2 device!.

Please note that Prism reserves the right to supplement or modify the list of custodians, search terms, and/or date ranges.

Finally, with respect to Prism's backup tapes, we expect Emag Solutions to complete its restoration and keyword search of these tapes shortly. Once complete, Prism will review the hits and produce relevant, non-privileged documents to the Defendants.

Please let me know if this proposal is acceptable to RSA.

Sincerely,

ROBINS, KAPLAN, MILLER & CIRESI L.L.P.

Aziz Burgy

cc:   Robert A. Auchter, Esquire

DC1 45683338.1

# EXHIBIT 5

# WILMERHALE

**BY ELECTRONIC AND
FIRST-CLASS MAIL**

Gregory P. Teran

+1 617 526 6574 (t)
+1 617 526 5000 (f)
gregory.teran@wilmerhale.com

May 11, 2006

Aziz Burgy, Esq.
Robins, Kaplan, Miller & Ciresi, LLP
1801 K Street, NW
Suite 1200
Washington, DC 20006-1307

Re:   Prism Technologies LLC v. VeriSign, Inc., et al.
      Civil Action No. 1:05-cv-00214-JJF

Dear Aziz:

With regard to your letter of April 27, 2006 concerning electronic searching of accessible electronic files, we agreed to search the files of the custodians you identified with the exception of David Stack. While Mr. Stack is knowledgeable concerning the financial performance of the accused products and services, as RSA has indicated in its interrogatory responses, he has not himself been involved in the design, marketing or sales of those products. Please note that RSA will search for and produce relevant electronic files concerning the financial performance of the accused products and services; some of those documents have already been collected and produced, and additional relevant and responsive documents are being collected now for production.

With regard to the proposed search terms (numbering approximately fifty), we agree that some of them are acceptable, but many appear to be either overbroad or irrelevant. The following table indicates RSA's position as to the proposed search terms.

| *Proposed search term* | *Proposed response* |
|---|---|
| authenticat! | Overbroad |
| identity /1 access | Overbroad |
| identity /1 data | Overbroad |
| access /1 manage! | Acceptable where terms appears with "USB" or "smartcard" |
| Clearinghouse | Acceptable |
| hardware key | Acceptable |
| Token | Overbroad |
| 416 | Acceptable, but only where "416" appears with "patent" |
| Prism | Acceptable |

Wilmer Cutler Pickering Hale and Dorr LLP, 60 State Street, Boston, Massachusetts 02109
Baltimore   Beijing   Berlin   Boston   Brussels   London   Munich   New York   Northern Virginia   Oxford   Palo Alto   Waltham   Washington

Aziz Burgy, Esq.
Robins, Kaplan, Miller & Ciresi, LLP
May 11, 2006
Page 2

**WILMERHALE**

| | |
|---|---|
| Rich! /2 Gregg | Acceptable |
| Rich /2 Gregg | Acceptable |
| Giri | Acceptable |
| Goeke | Acceptable |
| infring! | Overbroad, calls for privileged information |
| strong /2 authenticat! | Overbroad |
| two /2 factor | Overbroad |
| open /2 strong | Overbroad |
| advanced /2 authenticat! | Overbroad |
| enterprise /2 customer! | Overbroad |
| confident! /2 agreement | Overbroad |
| public /2 key /2 infrastructure | Overbroad |
| PKI | Overbroad |
| Kerberos | Acceptable |
| Krajewski | Acceptable |
| Kotanchik | Acceptable |
| Appliance | Overbroad |
| Clear /1 Trust or ClearTrust | Acceptable where terms appears with "USB" or "smartcard" |
| Passage | Overbroad |
| Authentication /1 Manager! | Acceptable where terms appears with "Cosmo" or "SID 800" |
| Authentication /1 Agent! | Acceptable where terms appears with "Cosmo" or "SID 800" |
| Authentication /1 Utility | Acceptable where terms appears with "Cosmo" or "SID 800" |
| SecurID /1 Authentication | Overbroad |
| ACE | Overbroad |
| BSafe | Overbroad |
| DAL or DATA /1 Abstraction /1 Layer | Overbroad |
| Keon | Overbroad |
| Cosmo | Acceptable |
| Passmark | Irrelevant |
| Cyota | Irrelevant |
| SecurID /2 Windows | Acceptable where terms appears with "Cosmo" or "smartcard" or "hardware key" |
| Validation /1 Manager | Overbroad |

USIDOCS 5641890v1

Aziz Burgy, Esq.
Robins, Kaplan, Miller & Ciresi, LLP
May 11, 2006
Page 3

**WILMERHALE**

| rebrand! | Overbroad, irrelevant |
| --- | --- |
| OTPS | Overbroad |
| one-time /2 password /1 token | Overbroad |
| secure /2 storage /2 token | Overbroad |
| USB /2 token | Acceptable where terms appear with "cleartrust," "access manager," or "authentication manager" |
| Universal /1 Serial /1 Bus | Acceptable where terms appears with "token" and ""cleartrust," "access manager," or "authentication manager" |
| Sandisk | Acceptable |
| Aladdin | Acceptable |
| Smart /1 Card or SmartCard | Acceptable where terms appear with "cleartrust" or "access manager" |
| flash /2 device! | Acceptable |

We will begin collecting and produce accessible electronic documents for the agreed upon custodians using the agreed upon search terms. If you would like to meet and confer regarding Mr. Stack and/or the terms we believe are overbroad or irrelevant, please contact me at your earliest convenience.

Also, in response to your letter of May 2, RSA has searched for relevant and responsive documents in its custody, possession or control concerning all of the accused products and services identified in Prism's response to RSA's interrogatory 2, served on October 24, 2005.

Best regards,

Gregory P. Teran

GPT:skc

# EXHIBIT 6

Case 1:05-cv-00214-JJF   Document 222-3   Filed 09/05/2006   Page 14 of 18

# ROBINS, KAPLAN, MILLER & CIRESI L.L.P.

ATTORNEYS AT LAW

SUITE 1200
1801 K STREET, N.W.
WASHINGTON, D.C. 20006-1307
TEL: 202-775-0725   FAX: 202-223-8604
www.rkmc.com

AZIZ BURGY
202-736-2705

May 19, 2006

**VIA E-MAIL and FIRST CLASS MAIL**

Gregory P. Teran, Esq.
**Wilmer Cutler Pickering Hale and Dorr LLP**
60 State Street
Boston, MA 02109

      Re:    Prism Technologies LLC v. VeriSign, Inc., et al.
               Civil Action No. 1:05-cv-00214-JJF

Dear Greg:

      I write in response to your letter of May 11, 2006 regarding Prism's proposed search terms for RSA's accessible electronic files. We thank you for beginning the process of collecting and producing accessible electronic documents using the search terms that have thus far been agreed upon. Please note that in the spirit of cooperation we have withdrawn some of our proposed search terms based on RSA's objections. We do take issue, however, with some of RSA's objections to terms that it deems as overbroad or irrelevant.

      As indicated in the chart below, many of Prism's proposed search terms objected to by RSA as overbroad were first proposed by the Defendants as search terms for searching Prism's back-up tapes. (*See* Letter from D. Yonan to A. Bahou, dated February 10, 2006). It seems quite one-sided for Prism to search its back-up tapes using the same search terms to which RSA now objects. In addition, Prism has agreed to search its non-accessible electronic files (i.e., back-up tapes) while RSA is restricting its search to accessible electronic files. Notwithstanding these apparent discrepancies, your search of accessible electronic files using allegedly overbroad search terms is limited to certain custodians as outlined in my April 27, 2006 letter. Moreover, we note that some of these terms proposed by Prism and objected to by RSA appear in documents already produced by RSA. The table below indicates a few examples of such hits.

      We also take issue with RSA's refusal to search the files of David Stack. Given that RSA identified Mr. Stack in an interrogatory response as a person most knowledgeable about the sales, revenue, and profits generated from RSA's ClearTrust Authentication Suite, it is difficult to understand why RSA is unwilling to search his files. Therefore, we ask that RSA either

Gregory P. Teran, Esq.
May 19, 2006
Page 2

search the files of Mr. Stack or search the files of another RSA employee who was involved in the design, marketing, or sales of the accused products using the search terms set forth in column three of the table below.

The following table indicates Prism's position regarding RSA's response to the proposed search terms.

| *Prism's proposed search terms* | *RSA's Proposed Response* | *Prism's Position* |
|---|---|---|
| Authenticat! | Overbroad | Proposed by Defendants in D. Yonan's letter of 2/10/06 and accepted by Prism |
| identity /1 access | Overbroad | Proposed by Defendants in D. Yonan's letter of 2/10/06 and accepted by Prism |
| identity /1 data | Overbroad | Proposed by Defendants in D. Yonan's letter of 2/10/06 and accepted by Prism |
| access /1 manage! | Acceptable where terms appear with "USB" or "Smartcard" | Agreed |
| Clearinghouse | Acceptable | Agreed |
| hardware key | Acceptable | Agreed |
| Token | Overbroad | Revised to Smartcard /1 1100; Smartcard /1 4100; 6100 /1 USB; Smartcard /1 3100; Smartcard /1 5200; Smartcard /1 5100; or SecurID /1 800. |
| 416 | Acceptable, but only where "416" appears with "patent" | Agreed |
| Prism | Acceptable | Agreed |
| Rich! /2 Gregg | Acceptable | Agreed |
| Rich /2 Gregg | Acceptable | Agreed |
| Giri | Acceptable | Agreed |
| Goeke | Acceptable | Agreed |
| infring! | Overbroad, calls for privileged information | Proposed by Defendants in D. Yonan's letter of 2/10/06 and accepted by Prism |
| strong /2 authenticat! | Overbroad | Withdrawn assuming authenticat! is accepted |
| two /2 factor | Overbroad | *See e.g.*, RSA 0038615 |
| Open /2 strong | Overbroad | Withdrawn |
| advanced /2 authenticat! | Overbroad | Withdrawn assuming authenticat! is accepted |
| enterprise /2 customer! | Overbroad | Withdrawn |
| confident! /2 agreement | Overbroad | Proposed by Defendants in D. Yonan's letter of 2/10/06 and accepted by Prism |
| public /2 key /2 infrastructure | Overbroad | Proposed by Defendants in D. Yonan's letter of 2/10/06 and accepted by Prism |
| PKI | Overbroad | Proposed by Defendants in D. Yonan's letter of 2/10/06 and accepted by Prism |
| Kerberos | Acceptable | Agreed |
| Krajewski | Acceptable | Agreed |
| Kotanchik | Acceptable | Agreed |
| Appliance | Overbroad | Disagree |
| Clear /1 Trust or ClearTrust | Acceptable where terms appears with "USB" or "smartcard" | Proposed by Defendants in D. Yonan's letter of 2/10/06 and accepted by Prism |
| Passage | Overbroad | Disagree |

Gregory P. Teran, Esq.
May 19, 2006
Page 3

| Prism's proposed search terms | RSA's Proposed Response | Prism's Position |
|---|---|---|
| Authentication /1 Manager! | Acceptable where terms appears with "Cosmo" or "SID 800" | Proposed by Defendants in D. Yonan's letter of 2/10/06 and accepted by Prism |
| Authentication /1 Agent! | Acceptable where terms appears with "Cosmo" or "SID 800" | Proposed by Defendants in D. Yonan's letter of 2/10/06 and accepted by Prism |
| Authentication /1 Utility | Acceptable where terms appears with "Cosmo" or "SID 800" | Agreed if RSA Authentication Utility software is used only w/Cosmo or SID 800 |
| SecurID /1 Authentication | Overbroad | SecurID w/2 token |
| ACE | Overbroad | ACE /1 Server or ACE w/1 Agent |
| BSafe | Overbroad | See e.g., RSA 0009907 |
| DAL or DATA /1 Abstraction /1 Layer | Overbroad | See e.g., RSA 0044200 |
| Keon | Overbroad | See e.g., RSA 0095415 |
| Cosmo | Acceptable | Agreed |
| Passmark | Irrelevant | Withdrawn |
| Cyota | Irrelevant | Withdrawn |
| SecurID /2 Windows | Acceptable where terms appear with "cleartrust" or "access manager" | Proposed by Defendants in D. Yonan's letter of 2/10/06 and accepted by Prism |
| Validation /1 Manager | Overbroad | Disagree |
| rebrand! | Overbroad, irrelevant | See e.g., RSA 0095610 |
| OTPS | Overbroad | See e.g., RSA 0014894 |
| one-time /2 password /1 token | Overbroad | See e.g., RSA 0014894 |
| secure /2 storage /2 token | Overbroad | Withdrawn |
| USB /2 token | Acceptable where terms appear with "cleartrust," "access manager," or "authentication manager" | Agreed |
| Universal /1 Serial /1 Bus | Acceptable where terms appears with "token" and "cleartrust," "access manager," or "authentication manager" | Agreed |
| Sandisk | Acceptable | Agreed |
| Aladdin | Acceptable | Agreed |
| Smart /1 Card or SmartCard | Acceptable | Agreed where terms appear with "cleartrust," "access manager" or "authentication manager" |
| flash /2 device! | Acceptable | Agreed |

Finally, we appreciate RSA's diligence in searching for relevant documents responsive to the accused products and services identified in Prism's response to RSA's Interrogatory No. 2. Please note, however, that my letter of May 2, 2006 also asked that RSA review and supplement its interrogatory responses that provided a qualified answer. For example, RSA's response to Prism's Interrogatory No. 1 is limited to the ClearTrust Authentication Suite. (*See* RSA's Responses to Prism's (Revised) First Set of Interrogatories, Interrogatory No. 1).

Gregory P. Teran, Esq.
May 19, 2006
Page 4

    We hope that RSA will accept Prism's position outlined in the third column of the table above. If not, please contact me at your earliest convenience so that we can schedule a meet and confer.

                  Sincerely,

                  ROBINS, KAPLAN, MILLER & CIRESI L.L.P.

                  Aziz Burgy

cc:    Robert A. Auchter, Esquire

DC1 45684114.1