## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

PRISM TECHNOLOGIES LLC

        Plaintiff,

    v.

VERISIGN, INC., RSA SECURITY, INC.,
NETEGRITY, INC., COMPUTER
ASSOCIATES INTERNATIONAL, INC.,
and JOHNSON & JOHNSON SERVICES,
INC.,

        Defendants.

Civil Action No. 05-214 JJF

## PLAINTIFF PRISM TECHNOLOGIES, L.L.C.'S
## NOTICE OF DEPOSITION OF RSA SECURITY, INC.

Please take notice that Plaintiff Prism Technologies LLC ("Prism") pursuant to

Fed. R. Civ. P. 30(b)(6) and the Local Rules of the Court, will take deposition upon oral

examination of Defendant RSA Security, Inc. ("RSA"), by and through the person or

persons most knowledgeable about the subjects listed below, commencing on October 20,

2006 at RSA's offices at 174 Middlesex Turnpike, Bedford, Massachusetts or at another

mutually convenient location.

The deposition will be taken by oral examination before an officer authorized by

the laws of the United States to administer oaths, and will be recorded by stenographic

and videographic and/or audiographic means.

In accordance with Rule 30(b)(6) of Fed. R. Civ. P., RSA is advised of its duty to

designate  of its officers, directors or other persons to testify on its behalf with respect to

the topics listed in Schedule B.   At least one week in advance of the date of deposition,

RSA should (1) provide a written designation of the name(s) and position(s) of the

person(s) designated to testify, and (2) produce, pursuant to Fed. R. Civ. P. 34, any

documents reviewed or considered in preparation for the deposition, except those

documents produced in response to Prism's discovery requests may be identified by

production number.

September 11, 2006                                THE BAYARD FIRM


                                                 /s/ Richard D. Kirk (rk0922)
                                                 Richard D. Kirk (rk0922)
                                                 Ashley B. Stitzer (as3891)
                                                 222 Delaware Avenue, Suite 900
                                                 Wilmington, Delaware 19899
                                                 (302) 655-5000
                                                 rkirk@bayardfirm.com
                                                 astitzer@bayardfirm.com

                                                 ATTORNEYS FOR PLAINTIFF
                                                 PRISM TECHNOLOGIES LLC

OF COUNSEL:

Dirk D. Thomas, Esq.
Robert A. Auchter, Esq.
Kenneth A. Freeling, Esq.
Jason R. Buratti, Esq.
André J. Bahou, Esq.
Robins, Kaplan, Miller & Ciresi, L.L.P.
1801 K Street, N.W., Suite 1200
Washington, D.C.  20006
(202) 775-0725

635579v1

**SCHEDULE A**

**DEFINITIONS AND INSTRUCTIONS**

A.     "The '416 patent" or "patent-in-suit" refers to United States Patent No. 6,516,416, entitled "Subscription Access System For Use With An Untrusted Network."

B.     "Identity and Access Management" ("IAM") shall mean software and hardware intended to identify users in a system (employees, customers, contractors, etc.) and control their access to resources by associating user rights and restrictions with the established identity, including but not limited to Web single sign-on (SSO), advanced authentication, and/or strong authentication used with USB tokens, Smart Cards, and/or digital identification.

C.     The "accused software products" refers to RSA's IAM products, including, but not limited to, the following RSA products:

        a.     ClearTrust (now known as Access Manager);

        b.     ClearTrust with Sign-On Manager;

        c.     ClearTrust with Federated Identity Manager;

        d.     Validation Solution;

        e.     Authentication Manager (a.k.a. ACE/Server and ACE/Agent);

        f.     GO ID Authentication Service; and

        g.     RSA SecureID Appliance bundled with Authentication Manager;

D.     The "accused hardware products" refers to RSA's Smart Cards, USB tokens, and digital certificates, including, but not limited to, the following:

        a.     RSA SID800 Hardware Authenticator;

        b.     RSA 5100 Smart Card;

635579v1

  c.  RSA 5200 Smart Card;

  d.  RSA 6100 USB Authenticator;

  e.  RSA SecurID Software tokens.

  E.  "RSA," "Defendant," "you," or "your" refers to RSA Security, Inc., its officers, employees, counsel, agents, consultants, and representatives and includes joint ventures and other legal entities which are wholly or partially owned or controlled by RSA Security, Inc., either directly or indirectly, and the officers, employees, counsel, agents, consultants, and representatives of these divisions, subsidiaries, and joint ventures.

  F.  "Authentication" refers to refers to the process of confirming the identity of a person, organization, or thing. *See, e.g.*, RSA 0154243.

  G.  "Third-Party Hosting" refers to implementing and managing a security infrastructure by RSA or its partners as described on http://www.rsasecurity.com/node.asp?id=1295.

  H.  The term "document" has the meaning prescribed for "documents and things" in Fed. R. Civ. P. 34(a) and includes the original and every non-identical copy or reproduction in the possession, custody or control of RSA.

  I.  In construing these Topics, the singular shall include the plural, and the plural shall include the singular; and the conjunctions "and" and "or" shall be read either disjunctively or conjunctively so as to bring within the scope of these Topics all information that might otherwise be construed to be outside their scope.

## SCHEDULE B

## DEPOSITION TOPICS

1.  The design, development, operation, and function of the accused software products and the accused software products.

2.  The flow of information, request(s) for information, queries, and/or messages exchanged or passed between the component parts of the accused hardware and software products.

3.  Authentication of a user using the accused software products with the accused hardware products.

4.  RSA's own implementation, testing, and/or use of the accused software products.

5.  RSA's own implementation, testing, and/or use of the accused software products with the accused hardware products.

6.  The system architecture and/or the content of the message(s), queries, or other information exchanged between the components on which the accused software products are run, as described in the administrator guides (*e.g.*, RSA 017100-RSA 017134), implementation guides (*e.g.*, RSA 047212-RSA 047229), installation and configuration guides (*e.g.*, RSA 051424-RSA 051661), student guides (*e.g.*, RSA 024629-RSA 024758), planning guides (*e.g.*, RSA 0105334-RSA 0105387), or any other product guides, product manuals, and/or product specifications of the accused software products.

7.  The system architecture and/or the content of the message(s), queries, or other information exchanged between the components on which the accused software products run and with which the accused hardware products are intended to operate, as described in the administrator guides (*e.g.*, RSA 017100-RSA 017134), implementation guides (*e.g.*, RSA 047212-RSA 047229), installation and configuration guides (*e.g.*, RSA 051424-RSA 051661), student guides (*e.g.*, RSA 024629-RSA 024758), planning guides (*e.g.*, RSA 0105334-RSA 0105387), or any other product guides, product manuals, and/or product specifications of the accused software and/or hardware products.

8.  RSA's implementation and/or management of a security infrastructure using the accused software products with the accused hardware products.

## CERTIFICATE OF SERVICE

The undersigned counsel certifies that, on September 11, 2006, he electronically

filed the foregoing document with the Clerk of the Court using CM/ECF, which will send

automatic notification of the filing to the following:

Frederick L. Cottrell, III, Esq.
Alyssa M. Schwartz, Esq.
Richards Layton & Finger
One Rodney Square
P.O. Box 551
Wilmington, DE 19801

Richard L. Horwitz, Esq.
David E. Moore, Esq.
Potter Anderson & Corroon LLP
1313 N. Market Street
Hercules Plaza, 6th Floor
P.O. Box 951
Wilmington, DE  19899

Patricia S. Rogowski, Esq.
Connolly, Bove, Lodge & Hutz, LLP
1007 North Orange Street
P.O. Box 2207
Wilmington, DE  19899

Steven J. Balick, Esq.
John G. Day, Esq.
Ashby & Geddes
222 Delaware Ave., 17th Fl.
Wilmington, DE 19801

The undersigned counsel further certifies that copies of the foregoing document

were sent by hand on September 11, 2006 to the above counsel and by first-class mail or

overnight delivery as indicated to the below counsel:

*Via Federal Express*

John DiMatteo, Esq.
Willkie Farr & Gallagher LLP
787 Seventh Avenue
New York, NY  10019-6099

William Lee, Esq.
Wilmer Cutler Hale & Dorr LLP
60 State Street
Boston, MA  02109

Jason Snyderman, Esq.
Akin Gump Strauss Hauer & Feld LLP
One Commerce Square, Suite 2200
2005 Market Street
Philadelphia, PA  19103

Frank C. Cimino, Esq.
Akin Gump Strauss Hauer & Feld LLP
Robert S. Strauss Building
1333 New Hampshire Avenue, NW
Washington, DC 20036-1564

587422v1

David M. Schlitz
Baker Botts L.L.P.
1299 Pennsylvania Avenue, NW
Washington, DC  20004-2400

Samir A. Bhavsar
Jeffrey D. Baxter
Baker Botts L.L.P.
2001 Ross Avenue
Dallas, TX  75201-2980


/s/ Richard D. Kirk (rk0922)
Richard D. Kirk