## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| PRISM TECHNOLOGIES LLC, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| VERISIGN, INC., RSA SECURITY | ) | Civil Action No. 05-214-JJF |
| INC., NETEGRITY INC., | ) | |
| COMPUTER ASSOCIATES | ) | |
| INTERNATIONAL INC., and | ) | |
| JOHNSON & JOHNSON, | ) | |
| | ) | |
| Defendants. | ) | |

**STIPULATION TO EXTEND TIME FOR DEFENDANT RSA SECURITY INC.
TO RESPOND TO PLAINTIFF PRISM TECHNOLOGIES LLC'S MOTION TO
COMPEL PRODUCTION OF DOCUMENTS AND THINGS (D.I. 221)**

WHEREAS, plaintiff, Prism Technologies LLC ("Prism"), has filed a Motion to Compel Defendant RSA Security Inc. ("RSA Security") to Produce Documents and Things (D.I. 221)(the "Motion to Compel");

IT IS HEREBY STIPULATED AND AGREED, by and between Prism and RSA Security, through their undersigned counsel, and subject to the approval of the Court, as follows:

1.      Prism shall review a production of documents made by RSA Security after Prism filed the Motion to Compel and shall advise RSA Security on or before September 22, 2006 whether Prism intends to pursue the Motion to Compel in light of that production;

2.      If Prism informs RSA Security it does intend to pursue the Motion to Compel, RSA Security shall file its response to the Motion to Compel not later than September 25, 2006; and

3.    If Prism determines not to pursue the Motion to Compel, it shall withdraw it on the record.


THE BAYARD FIRM                         RICHARDS, LAYTON & FINGER



/s/ Richard D. Kirk (rk0922)            /s/Alyssa M. Schwartz (as4351)
Richard D. Kirk  (#922)                 Frederick L. Cottrell III (#2555)
rkirk@bayardfirm.com                    cottrell@rlf.com
222 Delaware Avenue                     Alyssa M. Schwartz (#4351)
Suite 900                               schwartz@rlf.com
Post Office Box 25130                   One Rodney Square
Wilmington, Delaware 19899              Post Office Box 551
(302) 655-5000                          Wilmington, Delaware  19899
                                        (302) 651-7700
Attorneys for Plaintiff
                                        Attorneys for Defendant RSA Security Inc.

SO ORDERED this _____ day of _____, 2006.


_____
                                        Judge

## CERTIFICATE OF SERVICE

The undersigned counsel certifies that, on September 12, 2006, he electronically filed the foregoing document with the Clerk of the Court using CM/ECF, which will send automatic notification of the filing to the following:

Frederick L. Cottrell, III, Esq.
Alyssa M. Schwartz, Esq.
Richards Layton & Finger
One Rodney Square
P.O. Box 551
Wilmington, DE 19801

Richard L. Horwitz, Esq.
David E. Moore, Esq.
Potter Anderson & Corroon LLP
1313 N. Market Street
Hercules Plaza, 6th Floor
P.O. Box 951
Wilmington, DE 19899

Patricia S. Rogowski, Esq.
Connolly, Bove, Lodge & Hutz, LLP
1007 North Orange Street
P.O. Box 2207
Wilmington, DE 19899

Steven J. Balick, Esq.
John G. Day, Esq.
Ashby & Geddes
222 Delaware Ave., 17th Fl.
Wilmington, DE 19801

The undersigned counsel further certifies that copies of the foregoing document were sent by hand on September 12, 2006 to the above counsel and by first-class mail or overnight delivery as indicated to the below counsel:

*Via Federal Express*

John DiMatteo, Esq.
Willkie Farr & Gallagher LLP
787 Seventh Avenue
New York, NY 10019-6099

William Lee, Esq.
Wilmer Cutler Hale & Dorr LLP
60 State Street
Boston, MA 02109

Jason Snyderman, Esq.
Akin Gump Strauss Hauer & Feld LLP
One Commerce Square, Suite 2200
2005 Market Street
Philadelphia, PA 19103

Frank C. Cimino, Esq.
Akin Gump Strauss Hauer & Feld LLP
Robert S. Strauss Building
1333 New Hampshire Avenue, NW
Washington, DC 20036-1564

587422v1

David M. Schlitz
Baker Botts L.L.P.
1299 Pennsylvania Avenue, NW
Washington, DC  20004-2400

Samir A. Bhavsar
Jeffrey D. Baxter
Baker Botts L.L.P.
2001 Ross Avenue
Dallas, TX  75201-2980


/s/ Richard D. Kirk (rk0922)
Richard D. Kirk

587422v1