IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| PRISM TECHNOLOGIES LLC, ) | |
| ) | |
| v. ) | |
| ) | |
| Plaintiff, ) | C.A. No.: 05-CV-214-JJF |
| ) | |
| v. ) | |
| ) | JURY TRIAL DEMANDED |
| VERISIGN, INC., RSA SECURITY ) | |
| INC., NETEGRITY INC., COMPUTER ) | |
| ASSOCIATES INTERNATIONAL ) | |
| INC., and JOHNSON & JOHNSON, ) | |
| ) | |
| Defendants. ) | |

### STIPULATION TO EXTEND TIME

IT IS HEREBY STIPULATED, by and between plaintiff, Prism Technologies LLC ("Prism"), and defendant, RSA Security Inc. ("RSA Security"), and subject to the approval of the Court, that the date by which defendant RSA Security must move, answer or otherwise respond to Plaintiff's Second Amended Complaint for Patent Infringement and Demand for Jury Trial shall be extended until September 15, 2006.

/s/Richard D. Kirk
Richard D. Kirk (#922)
rkirk@bayardfirm.com
The Bayard Firm
222 Delaware Avenue, Suite 900
P. O. Box 25130
Wilmington, Delaware 19899
(302) 655-5000

Attorneys for Plaintiff

Frederick L. Cottrell III (#2555)
cottrell@rlf.com
Alyssa M. Schwartz (#4351)
schwartz@rlf.com
Richards, Layton & Finger
One Rodney Square
P.O. Box 551
Wilmington, DE 19899
(302) 651-7700
Attorneys for Defendant RSA Security Inc.

SO ORDERED this _____ day of _____, 2006.

_____
Judge

RLF1-3058022-1