## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

PRISM TECHNOLOGIES LLC

               Plaintiff,

       v.

VERISIGN, INC., RSA SECURITY, INC.,
NETEGRITY, INC., COMPUTER
ASSOCIATES INTERNATIONAL, INC.,
and JOHNSON & JOHNSON SERVICES,
INC.,

               Defendants.

Civil Action No. CA 05-214 JJF

## APPENDIX TO PLAINTIFF PRISM TECHNOLOGIES LLC'S
## OPENING CLAIM CONSTRUCTION BRIEF

| | | |
|---|---|---|
| Exhibit A | February 4, 2003 | United States Patent No. 6,516,416 |
| Exhibit B | August 23, 2006 | Joint Claim Construction Statement |
| Exhibit C | February 23, 1999 | Berg Tech., Inc. v. Foxconn Int'l, Inc. |
| Exhibit D | August 2001 | Manual of Patent Examining Procedure (MPEP) 8th Ed., Section 2181 |
| Exhibit E | September 1995 | Manual of Patent Examining Procedure (MPEP) 6th Ed., Section 2173 |
| Exhibit F | 00/00/1994 | Microsoft Press Computer Dictionary, 2nd Ed. |
| Exhibit G | 00/00/1983 | Webster New Twentieth Century Dictionary |