# EXHIBIT F

# MICROSOFT PRESS®

# COMPUTER DICTIONARY

### SECOND EDITION



## THE COMPREHENSIVE STANDARD FOR BUSINESS, SCHOOL, LIBRARY, AND HOME



PUBLISHED BY
Microsoft Press
A Division of Microsoft Corporation
One Microsoft Way
Redmond, Washington 98052-6399

Copyright © 1994 by Microsoft Press

All rights reserved. No part of the contents of this book may be reproduced or transmitted in any form or by any means without the written permission of the publisher.

Library of Congress Cataloging-in-Publication Data

Microsoft Press computer dictionary : the comprehensive standard for
   business, school, library, and home / Microsoft Press. -- 2nd ed.
      p.  cm.
   ISBN 1-55615-597-2
   1. Computers--Dictionaries.   2. Microcomputers--Dictionaries.
I. Microsoft Press.   II. Title: Computer dictionary.
QA76.15.M54  1993
004'.03--dc20                                                  93-29868
                                                                                   CIP

Printed and bound in the United States of America.

    5 6 7 8 9   MLML   9 8 7 6 5

Distributed to the book trade in Canada by Macmillan of Canada, a division of Canada Publishing Corporation.

Distributed to the book trade outside the United States and Canada by
Penguin Books Ltd.

Penguin Books Ltd., Harmondsworth, Middlesex, England
Penguin Books Australia Ltd., Ringwood, Victoria, Australia
Penguin Books N.Z. Ltd., 182-190 Wairau Road, Auckland 10, New Zealand

British Cataloging-in-Publication Data available.


**Project Editor:** Casey D. Doyle
**Manuscript Editor:** Alice Copp Smith
**Technical Editors:** Mary DeJong, Jeff Carey, Dail Magee, Jr., Jim Fuchs, Seth McEvoy



too large for the current disk, or a program has run amok and must be restarted.

In programming, an asynchronous notification that one thread sends to another. The alert interrupts the recipient thread at well-defined points in its execution and causes it to execute an asynchronous procedure call (APC). *See also* asynchronous procedure call.

**alert box** In graphical user interfaces, such as that of the Apple Macintosh, and in other windowing environments, such as Windows and OS/2, an on-screen box, such as the one illustrated, used to display a message or a warning—for example, a message that electronic mail has arrived (if a mail program is running in the background) or a warning that a program has encountered an error from which it cannot recover. *Compare* dialog box.



*Alert box.*
*An alert box from Windows.*

**ALGOL** Acronym for ALGOrithmic Language, the first structured procedural programming language (developed 1957–60 during conferences attended by computer scientists from Denmark, England, France, Germany, Holland, Switzerland, and the United States). Although it never gained widespread use commercially, ALGOL had an important influence on computer science and computer language design. It introduced such concepts as block structure, scope, dynamic storage allocation, explicit type declaration of variables, and recursive subroutines, among others. The early version of ALGOL is often called ALGOL-60 to distinguish it from its less commonly used successor ALGOL-68, which was developed in 1968. Pascal, C, and Ada derive heavily from ALGOL and are often referred to as "ALGOL-like" languages.

**algorithm** In the most general sense, any set of instructions that can be followed to carry out a particular task. For example, a recipe in a cookbook could be considered an algorithm. In computer usage, an algorithm can usually be explicitly encoded in a set of computer language instructions that manipulate data of some sort. There are many volumes of published algorithms covering a wide range of topics and applications, which are used in programming much as a recipe is used in cooking—as either a specific solution or a starting point for experimentation.

**algorithmic language** Any programming language that focuses on problem solving by means of algorithms—that is, by specifying sequences of instructions. Ada, BASIC, C, FORTRAN, and Pascal are examples of algorithmic languages.

**alias** In information management and on communications networks, a name or label used as an alternative means of referring to someone or something. On networks, where they are commonly encountered, aliases identify both individuals and groups of people with a common interest. Group aliases are particularly useful because a message addressed to the alias reaches each person in the group, simplifying the task of distributing information to multiple recipients.

In communications, a false signal that results when an analog wave, such as voice or music, is digitized by periodic sampling. If the samples are too far apart in time (less than twice the highest frequency in the wave), the high-frequency components of the wave are not captured correctly, and the result is an alias—an incorrect signal—that appears when the original wave is reconstructed.

**aliasing** In computer graphics, the effect produced when display resolution is too coarse to minimize the jagged, or "stairstep," appearance of certain design elements, such as diagonal lines, curves, and circles. Aliasing occurs because pixels (dots on the screen) are arranged rectangularly, in rows and columns. If this grid is not fine enough, pixels sometimes cannot be darkened (or lightened) in a pattern that the viewer will perceive as a smooth diagonal or curve.