# EXHIBIT G

Case 1:05-cv-00214-JJF   Document 267-9   Filed 09/22/2006   Page 1 of 5



# WEBSTER'S
## NEW TWENTIETH CENTURY
# DICTIONARY

## UNABRIDGED

### SECOND EDITION – DELUXE COLOR

# WEBSTER'S NEW TWENTIETH CENTURY DICTIONARY

## Second Edition

Copyright © 1983 and 1955, 1956, 1957, 1958, 1959, 1960, 1962, 1964,
1968, 1970, 1975, 1977, 1979 by Simon & Schuster, a Division of Gulf & Western Corporation
Full-Color Plates Copyright © 1972 by Simon & Schuster, a Division of Gulf & Western Corporation
All rights reserved
including the right of reproduction
in whole or in part in any form
Published by New World Dictionaries/Simon and Schuster
A Simon & Schuster Division of Gulf & Western Corporation
Simon & Schuster Building
Rockefeller Center
1230 Avenue of the Americas
New York, New York 10020
SIMON AND SCHUSTER, TREE OF KNOWLEDGE and colophon are trademarks
of Simon & Schuster.

*Dictionary Editorial Offices*
*New World Dictionaries*
*850 Euclid Avenue*
*Cleveland, Ohio 44114*

Manufactured in the United States of America

10 9 8

Library of Congress Catalog Card Number: 83-42537

ISBN 0-671-41819-X

Previous editions of this book were published by The World Publishing Company, William Collins +World Publishing Co., Inc. and William Collins Publishers, Inc.

PRINTED IN THE UNITED STATES OF AMERICA

## beetle                                    Begoniaceae

wings used to cover the membranous hind wings when the latter are folded.
   2. any insect resembling a coleopterous insect.
   *Colorado beetle* or *potato bug*; a coleopterous insect, *Doryphora decemlineata*, somewhat larger than a pea, nearly oval, convex, of a yellowish color, marked with black spots, and having ten black longitudinal stripes on the hard front wings. It destroys potato crops.

**bee'tle,** *v.i.* to jut; to be prominent; to overhang; as, a cliff that *beetles* over its base.

**bee'tle,** *a.* jutting; overhanging.

**bee'tle brow,** a prominent or overhanging brow.

**bee'tle-browed,** *a.* 1. having bushy or overhanging eyebrows.
   2. frowning; scowling.

**bee'tle-head** (-hed), *n.* a stupid fellow.

**bee'tle-head-ed,** *a.* having a head like a beetle; dull; stupid.

**bee'tle-stock,** a beetle handle.

**bee'tling,** *a.* jutting out; prominent; as, *beetling* brows.

**beet rad'ish, beet'rave,** *n.* [Fr. *bette-rave*; *bette*, beet, and *rave*, radish; from L. *beta*, beet, and *rapa*, a turnip.] the common beet.

**bee tree,** 1. a hollow tree used as a hive by bees.
   2. the basswood: so called because its flowers have much nectar.

**beet sug'ar** (shug'ar), sugar extracted from certain beets.

**beeves,** *n.*, alternative pl. of *beef*.

**bee wolf** (wulf), a bee beetle in the larval stage.

**be-fall',** *v.t.*; befell, *pt.*; befalling, *ppr.*; befallen, *pp.* [ME. *befallen*, fall, happen; AS. *befællan*, to fall.]
   1. to happen to; to occur to; as, the worst that can *befall* one.
   2. (a) to be fitting to; (b) to pertain to. [Archaic.]

**be-fall',** *v.i.* 1. to happen; to come to pass; to occur.
   I have revealed this discord which *befell*.
                            —Milton.
   2. to be fitting; also, to pertain. [Archaic.]

**be-fit',** *v.t.*; befitted, *pt.*, *pp.*; befitting, *ppr.* to be suitable or proper for; to be suited or becoming to.
   That name best *befits* thee.    —Milton.

**be-fit'ting,** *a.* appropriate; suitable; proper; right.

**be-fit'ting-ly,** *adv.* becomingly; in a suitable or befitting manner.

**be-flat'ter,** *v.t.* to flatter effusively.

**be-flow'er,** *v.t.* to scatter with flowers.

**be-foam',** *v.t.* to cover with foam. [Rare.]

**be-fog',** *v.t.*, befogged, *pt.*, *pp.*; befogging, *ppr.*
   1. to cover with or envelop in fog; make foggy.
   2. to make hard to see or understand; blur; obscure; confuse.

**be-fool',** *v.t.*; befooled, *pt.*, *pp.*; befooling, *ppr.*
   1. to fool or deceive; to trick; to dupe; to delude or lead into error.
   Men *befool* themselves.    —South.
   2. to call (a person) a fool.
   3. to treat as a fool.

**be-fore',** *prep.* [ME. *beforen, biforen*, from AS. *beforan, biforan*, from *be*, by, and *foran*, *adv.*, before.]
   1. in front of; at the forepart of; in advance of in space; as, *before* the house; *before* the fire.
   2. in the presence of; in the sight of.
   Abraham bowed down himself *before* the people of the land.    —Gen. xxiii. 12.
   3. under the cognizance, jurisdiction, or consideration of.
   The cause of both parties shall come *before* the judges.    —Ex. xxii. 9.
   4. earlier than; preceding in time; as, I will return *before* six o'clock.
   5. in preference to; rather than; having precedence of in rank, dignity, or the like.
   We think poverty to be infinitely desirable *before* the torments of covetousness.
                             —Taylor.
   6. still to be reached, accomplished, etc. by; as, the hardest task was *before* them.
   *before the mast*; in or into the condition of a common sailor, the portion of a ship behind the mainmast being reserved for the officers.
   *before the wind*; nautically, in the direction of the wind by its impulse.

**be-fore',** *adv.* 1. ahead; in advance; in front; in the forepart.
   Reaching forth unto those things which are *before*.    —Phil. iii. 13.

The battle was *before* and behind.    —2 Chron. xiii. 14.
   2. in the past; up to now; previously; formerly; already.
   You tell me what I knew *before*,
                             —Dryden.
   3. ahead (of a given time); earlier; sooner.

**be-fore',** *conj.* 1. in advance of the time that; as, see me *before* you leave.
   2. sooner than; rather than; as, I'd die *before* I'd tell.

**be-fore'hand,** *adv.* and *a.* 1. in a state of anticipation or preoccupation: often followed by *with*; as, you are *beforehand* with me.
   2. antecedently; early; ahead of time; betimes; as, I got ready *beforehand*.

**be-fore'hand,** *a.* in good pecuniary circumstances. [Archaic.]

**be-fore'time,** *adv.* formerly; of old time. [Archaic.]

**be-for'tune,** *v.t.* to happen to; to betide.

**be-foul',** *v.t.*; befouled, *pt.*, *pp.*; befouling, *ppr.* [ME. *befoulen*; from AS. *befylan*, to befoul.]
   1. to make foul; to soil.
   2. to fall foul of; to entangle with; to run against.
   3. to cast aspersions on.

**be-friend',** (-frend'), *v.t.*; befriended, *pt.*, *pp.*; befriending, *ppr.* to favor; to act as a friend to; to countenance, aid, or benefit.

**be-friend'ment,** *n.* the act of befriending. [Rare.]

**be-frill',** *v.t.* to adorn with a frill or frills.

**be-fringe',** *v.t.* to furnish with a fringe; to adorn as with a fringe.

**be-fud'dle** (-dl), *v.t.*; befuddled, *pt.*, *pp.*; befuddling, *ppr.* to mystify; to confuse; to muddle, as with drink.

**beg** (or bāg), *n.* a bey.

**beg,** *v.t.*; begged, *pt.*, *pp.*; begging, *ppr.* [ME. *beggen*, from Anglo-Fr. *begger*; OFr. *begard*, beggar; MD. *beggaert*; perh. from *beggen*, to request urgently.]
   1. to ask earnestly; to beseech; to entreat or supplicate with humility.
   2. to ask for as charity; as, to *beg* bread.
   3. to ask as a kindness or favor.
   4. to ask respectfully or deferentially; as, to *beg* pardon; to *beg* leave.
   *to beg off*; to ask to be released from.
   *to beg the question*; (a) to use an argument that assumes as proved the very thing one is trying to prove; (b) loosely, to evade the issue.
   Syn.—beseech, solicit, entreat, supplicate, implore, crave, ask, pray, petition.—To *beg* denotes a state of want; to *beseech, entreat,* and *solicit*, a state of urgent necessity; *supplicate* and *implore* a state of abject distress; *crave*, the lowest state of physical want.

**beg,** *v.i.* 1. to ask for alms or charity; to practice begging; to live by asking alms.
   2. to ask humbly; to entreat.
   3. in card games, as seven-up, to ask for a point or new trump.
   *to go begging*; to be valueless or not wanted; to fail to find a taker.

**be-gan',** *v.* past tense of *begin*.

**be-gat',** *v.*, past tense of *beget*. [Archaic.]

**be-gem',** *v.t.*; begemmed (-jemd), *pt.*, *pp.*; begemming, *ppr.* to decorate with jewels or gems.

**be-get',** *v.t.*; begot *or archaic* begat, *pt.*; begetting, *ppr.*; begot *or* begotten, *pp.* [ME. *begeten*, to obtain; AS. *begitan*, to acquire; *bi*, *be-*, and *gitan*, to get.]
   1. to procreate, as a father or sire; to generate; as, to *beget* a son.
   2. to produce, as an effect; to cause to exist; to generate; as, luxuries *beget* vice.

**be-get'ter,** *n.* one who begets or procreates.

**beg'ga-ble,** *a.* capable of being begged.

**beg'gar,** *n.* [ME. *beggar, beggere*; OFr. *begard*; see *beg, v.t.*]
   1. one who lives by asking alms, or makes it his business to beg for charity.
   2. one who assumes in argument what he does not prove. [Obs.]
   3. a person who is very poor.
   4. a rascal; scoundrel: in this sense, often used humorously.

**beg'gar,** *v.t.*; beggared (-gärd), *pt.*, *pp.*; beggaring, *ppr.* 1. to reduce to beggary; to impoverish; as, to *beggar* one's family.
   2. to make appear poor or useless; as, to *beggar* description.

**beg'gar-dom,** *n.* 1. beggars collectively.
   2. the state of being a beggar.

**beg'gar-hood,** *n.* beggardom.

**beg'gar-ism,** *n.* the state of beggary. [Rare.]

**beg'gar-lice,** *n.*; *pl.* **beg'gar-lice,** beggar's-lice.

**beg'gar-li-ness,** *n.* 1. extreme poverty.
   2. shabbiness.
   3. inadequacy.

**beg'gar-ly,** *a.* like or fit for a beggar; very poor, worthless, inadequate, etc.

**beg'gar-ly,** *adv.* meanly; indigently; despicably.

**beg'gar's-lice,** *n.*; *pl.* **beg'gar's-lice,** 1. any of a number of plants, as the tick trefoil, cleavers, etc., with prickly fruit or seeds that stick to one's clothes.
   2. the fruit or seed of any of these plants.

**beg'gar's-ticks, beg'gar-ticks;** *pl.* **beg'gar's-ticks, beg'gar-ticks,** 1. the prickly, one-seeded fruit, or achene, of a bur marigold.
   2. a bur marigold.
   3. beggar's-lice.

**beg'gar-weed,** *n.* 1. any of a number of plants that grow in wasteland, as some tickseeds and knotweed.
   2. a West Indian plant of the pea family, with purple or blue flowers and twisted pods: it is grown for fodder in the southern United States.

**beg'gar-y,** *n.*; *pl.* **beg'gar-ies,** [ME. *beggerie*; from *beggere*, a beggar.]
   1. a state of extreme indigence.
   2. beggardom.
   3. a beggarly aspect or appearance. [Rare.]
   4. a place where beggars live.
   Syn.—indigence, poverty, want.

**beg'gar-y,** *a.* 1. beggarly; mean. [Rare.]
   2. run to weeds; weedy. [Brit. Dial.]

**Beg'hard** (beg'ärd *or* bi-gärd'), *n.* [ML. *beghardus, begardus*; from OFr. *begard*; see *beg, v.t.*] a member of any of several lay brotherhoods in Belgium, Holland, etc. in the thirteenth century.

**be-gild',** *v.t.*; begilded *or* begilt, *pt.*, *pp.*; begilding, *ppr.* to gild.

**be-gilt',** *a.* gilded.

**be-gin',** *v.i.*; began, *pt.*; beginning, *ppr.*; begun, *pp.* [ME. *beginnen*, from AS. *beginnan, onginnan*, to begin.]
   1. to start.
   2. to come into being.
   3. to be or do in the slightest degree (with an infinitive); as, they don't *begin* to compare.

**be-gin',** *v.t.* 1. to cause to start; to commence.
   2. to cause to come into being; to lay the foundation of; originate.
   Syn.—commence, enter upon, originate, inaugurate, institute, start.

**be-gin',** *n.* beginning. [Obs.]

**be-gin'ner,** *n.* 1. a person who begins anything.
   2. a person just beginning to do or learn something; inexperienced, unskilled person; novice.
   *beginner's luck*; the proverbial good fortune, met by a beginner, especially at gambling.

**be-gin'ning,** *n.* 1. a starting or commencing.
   2. the time or place of starting; birth; origin; source; as, English democracy had its *beginning* in the Magna Charta.
   3. the first part; as, the *beginning* of this book is dull.
   4. [*usually pl.*] an early stage or example; as, the *beginnings* of scientific agriculture.

**be-gird',** *v.t.*; begirt *or* begirded, *pt.*, *pp.*; begirding, *ppr.* [ME. *begirden*, from AS. *begyrdan*, to gird.]
   1. to bind around, as with a girdle.
   2. to surround; to encompass.

**be-gir'dle,** *v.t.*; begirdled (-gîrdld), *pt.*, *pp.*; begirdling, *ppr.* to encompass or bind as with a girdle.

**be-girt',** *v.t.* to begird.

**beg'ler-beg,** *n.* [Turk.] formerly, the governor of a province in the Turkish empire, next in dignity to the grand vizier.

**be-gnaw'** (-naw'), *v.t.* [AS. *begnagan*.] to bite or gnaw; to eat away; to corrode.

**be-god',** *v.t.* to deify. [Obs.]

**beg'ohm"**, *n.* [billion, and megohm.] in electricity, a unit of resistance equivalent to a billion ohms.

**be-gone',** *interj.* and *v.i.* (to) go away; depart; be gone: usually in the imperative.

**Be-gō'ni-a,** *n.* [named after Michel Begon (1638-1710), a French botanist.]
   1. a genus of herbaceous plants, native to the tropical regions of America. They have showy white, pink, or red flowers and ornamental leaves.
   2. [b-] any plant of this genus.

**Be-gō-ni-ā'cē-ae,** *n.pl.* a family of dicotyledonous plants including the Begonia: they occur

**ū′rō-py-lor′ic,** *a.* relating to the posterior part of the pylorus of some crustaceans.

**ū-rō-ru′bin,** *n.* [uro- and L. *ruber*, red.] a red pigment found in the urine.

**ū-rō-sā′crăl,** *a.* relating to the sacral and caudal portions of the spinal column, as in birds.

**ū-rō-scŏp′ic,** *a.* of uroscopy.

**ū-ros′cō-py,** *n.* [uro- and -scopy.] examination of the urine, as for the diagnosis of disease.

**ū-rō-sep′sis,** *n.* septic poisoning from the absorption and decomposition of urinary substances in the tissues.

**ū-rō-sep′tic,** *a.* pertaining to or marked by urosepsis.

**ū-rō′sis,** *n.* any disease of the urinary system.

**ū′rō-sōme,** *n.* [uro- and Gr. *sōma*, body.] the abdomen of an arthropod.

**ū-rō-sō′mīte,** *n.* same as *uromere*.

**ū-rō-stē′ȧ-lith,** *n.* [uro-, Gr. *stear*, fat, and *lithos*, a stone.] a fatty constituent of certain urinary calculi.

**ū-ros′tē-găl,** *a.* relating to a urostege.

**ū′rō-stēge,** *n.* [uro- and Gr. *stegē*, a roof.] a large plate on the ventral side of a snake's tail.

**ū-ros′tē-gīte,** *n.* a urostege.

**ū-ros′tē-on,** *n.* [uro-, and Gr. *osteon*, bone.] a median posterior element of the sternum of certain birds.

**ū-rō-stĕr′nīte,** *n.* the ventral part of any uromere of an arthropod.

**ū′rō-sthēne,** *n.* [uro-, and Gr. *sthenos*, strength.] any animal having the caudal region unusually well developed, as snakes and whales.

**ū-rō-sthen′ic,** *a.* having the characteristics of a urosthene; opposed to *prosthenic*.

**ū-rō-sty′lăr,** *a.* pertaining to or resembling a urostyle.

**ū′rō-style,** *n.* [uro-, and Gr. *stylos*, a column.] a posterior prolongation of the vertebral column of certain fishes and amphibians.

**ū-rō-tox′ic,** *a.* pertaining to the toxicity of urine.
*urotoxic coefficient*; the number of urotoxic units produced in twenty-four hours per kilogram of body weight.

**ū′rō-tox-y, ū-rō-tox′ĭ-ȧ,** *n.* [uro-, and Gr. *toxikon*, poison.]
1. the toxicity of urine; also, the toxic substance of the urine.
2. the unit of the toxicity of the urine, or a quantity sufficient to kill an animal weighing one kilogram.

**ū′rox,** *n.* same as *aurochs*.

**ū-rox′ȧ-nāte,** *n.* a salt or ester of uroxanic acid.

**ū-rox-an′ic,** *a.* derived from or containing uric acid and alloxan.
*uroxanic acid*; a dibasic acid, $C_5H_8N_4O_6$, obtained by slowly boiling uric acid in an alkaline solution.

**ū-rō-xan′thin** (-zan′), *n.* [uro-, and Gr. *xanthos*, yellow.] a yellow pigment of normal urine convertible into indigo blue; indican.

**ū-rox′in,** *n.* alloxantin.

**ŭr-rhō′din** (-rō′), *n.* [from uro-, and Gr. *rhodon*, a rose.] a red pigment sometimes found in diseased urine.

**Ūr′sȧ,** *n.* [L., a she-bear.] 1. Ursa Major.
2. Ursa Minor.

**Ūr′sȧ Mā′jŏr,** [L., lit., Great Bear.] the most conspicuous of the constellations in the northern sky. It is near the pole and contains fifty-three visible stars, seven of which form the Big Dipper; also called *Great Bear*.

**Ūr′sȧ Mī′nŏr,** [L., lit., Little Bear.] the northernmost constellation. It contains twenty-three visible stars, including those forming the Little Dipper; the most important of these is Polaris, the North Star: also called *Little Bear*.

**ŭr′săl,** *n.* the fur seal.

**ŭr′sĭ-form,** *a.* [L. *ursus*, a bear, and *-form*.] having the shape or appearance of a bear.

**ŭr′sīne,** *a.* [L. *ursinus*.]
1. of, like, or characteristic of a bear or the bear family.
2. covered with bristles, as certain caterpillars.
*ursine baboon*; same as *chacma*.
*ursine dasyure*; the Tasmanian devil.
*ursine howler*; the red howling monkey native to the northern part of South America.
*ursine seal*; the sea bear, or fur seal.

**ŭr′sŏn,** *n.* [Fr. *ourson*, a bear's cub.] the Canada porcupine.

**ŭr′sprä-che** (ûr′shprä-khe), *n.* [G., *ur-*, original, and *sprache*, language.] a (hypothetical) parent language; as, the Indo-European *Ursprache* has been reconstructed by the methods of comparative linguistics.

**Ŭr′sū-line,** *a.* designating or of an order of nuns founded by St. Angela Merici at Brescia, Italy, in the early part of the sixteenth century, to carry on the work of nursing and teaching.

**Ŭr′sū-line,** *n.* one of the nuns of the Ursuline order.

**Ūr′sus,** *n.* [L., a bear.] a genus of carnivorous mammals; the bears.

**Ur-tī′cȧ,** *n.* [L., nettle, from *urere*, to burn.] a genus of herbaceous plants covered with stinging hairs; the nettles.

**Ur-tĭ-cā′cē-ae,** *n.pl.* a family of exogenous trees and shrubs including a large number of genera, among which are the nettles, the hops, the elms, and the hemp.

**ur-tĭ-cā′ceous,** *a.* relating to the order *Urticaceae*.

**ur′tĭc-ȧl,** *a.* pertaining to or resembling the nettles or the genus *Urtica*.

**ur-tĭ-cā′rĭ-ȧ,** *n.* [L. *urtica*, a nettle.] an allergic skin condition characterized by the eruption of smooth, itching patches, or wheals; hives.

**ur-tĭ-cā′rĭ-ăl,** *a.* of, or having the nature of, urticaria.

**ur′tĭ-cāte,** *v.t.*; urticated, *pt.*, *pp.*; urticating, *ppr.* 1. to sting with or as with nettles; to produce urtication in.
2. figuratively, to irritate; to annoy.

**ur′tĭ-cāte,** *v.i.* to sting.

**ur-tĭ-cā′tion,** *n.* 1. formerly, the flogging of a paralyzed limb, etc. with nettles for the stimulating effect produced.
2. any sensation of stinging or itching.
3. the formation of urticaria.

**u′ru-bū,** *n.* [Braz.] an American vulture, *Catharista iota*, the black vulture or zopilote, closely related to the turkey buzzard, which it resembles.

**u-ru-cu′ri,** *n.* a Brazilian palm, *Attalea excelsa*, bearing large oily nuts, the smoke of which, when they are burned, is used in curing Para rubber.

**U-ru-guay′ȧn** (-gwā′ or -gwī′), *a.* of Uruguay, its people, or culture.

**U-ru-guay′ȧn,** *n.* a native or inhabitant of Uruguay.

**ū′rus,** *n.* [L., a wild bull.] a shaggy, long-horned wild ox, now extinct, common in Europe at the beginning of the Christian Era.

**u′ru-shi-ōl″,** *n.* [Japan. *urushi*, lacquer; and *-ol*.] a poisonous, irritant liquid, $C_{21}H_{30}O_2$, present in poison ivy and the Japanese lac tree.

**ur′vȧ,** *n.* [LL., from E. Ind.] the crab-eating ichneumon of India, *Herpestes urva*.

**us,** *pron.* [ME. *ous*, *us*; used both as acc. and dat. of *we*; AS. *us*, dat.; *us*, *usic*, *ussic*, acc. pl., us.] the objective case of we: also used colloquially as a predicate complement with a linking verb (e.g., that's us).

**ūs-ȧ-bĭl′ĭ-ty,** *n.* the state or quality of being usable: also spelled useability.

**ūs′ȧ-ble,** *a.* capable of being used; suitable, fit; or safe for use; as, the water is usable.

**ūs′ăge,** *n.* [OFr.; ML. *usagium*, *usaticum*.]
1. the act or way of using or treating; treatment; use.
2. long-continued or established custom or practice; habitual or customary use or way of action; custom; habit.
3. the way in which a word, phrase, etc. is used to express a particular idea; customary manner of using a given language in speaking or writing, or an instance of this.
4. manners; behavior; conduct. [Obs.]
5. experience. [Obs.]
Syn.—custom, prescription, habit, use.

**ūs′ȧ-ger,** *n.* one who has the use of anything in trust for another. [Obs.]

**ūs′ance,** *n.* [ME. *usaunce*; OFr. *usance*; ML. *usancia*.]
1. income or other benefits derived from wealth or the use of wealth.
2. the time allowed for the payment of a foreign bill of exchange, as established by custom and excluding any period of grace.
3. (a) use; (b) usage; custom; (c) interest paid for the use of money. [Obs.]

**ūs′ănt,** *a.* accustomed; using. [Obs.]

**Us′beg, Us′bek,** *n.* and *a.* same as *Uzbek*.

**ūse,** *n.* [OFr. *us*, use, from L. *usus*, use.]
1. the act of using or the state of being used; usage.
2. the power or ability to use; as, he has regained the use of his hand.
3. the right or permission to use; as, he granted them the use of his name.
4. the need, opportunity, or occasion to use; as, we will have no further use for his services.
5. way of using.
6. the quality that makes a thing useful or suitable for a given purpose; advantage; usefulness; worth; utility.
7. the object, end, or purpose for which something is used.
8. function; service.
9. constant, continued, customary, or habitual employment, practice, or exercise, or an instance of this; custom; habit; practice; wont.
10. in law, (a) the enjoyment of property, as from occupying, employing, or exercising it; (b) [influenced by OFr. *ues*, gain, from L. *opus*, a work.] profit, benefit, or advantage, especially that of lands and tenements held in trust by another.
11. in liturgy, the particular form of ritual or liturgy practiced in a given church, diocese, etc.; as, the Lutheran *use*.
12. common occurrence. [Rare.]
*executed use*; a use to which the statute applies by annexing it to the legal ownership.
*future* or *contingent use*; a use limited to a person not ascertained, or upon an uncertain event, but without derogation of a use previously limited.
*in use*; (a) in the process of being used; (b) in heat, as a mare.
*to have no use for*; (a) to have no need of; (b) to have no wish to deal with; to be impatient with; (c) to have no affection or respect for; to dislike strongly.
*to make use of*; to use; to have occasion to use.
*to put to use*; to use; to find a use for.
Syn.—custom, habit, practice, usage, service.

**ūse,** *v.t.*; used, *pt.*, *pp.*; using, *ppr.* [Fr. *user*, from LL. *usare*, from *usus*, pp. of L. *uti*, to use.]
1. to put or bring into action or service; to employ for or apply to a given purpose.
2. to practice; to exercise; as, you must use your judgment.
3. to act or behave toward; to treat; as, she used her friends badly.
4. to consume, expend, or exhaust by use (often with *up*); as, he has used up all his energy.
5. to smoke or chew (tobacco).
6. to make familiar; to accustom (used in the passive with *to*); as, they were used to the old ways.
7. to exploit, as a person; to treat as a means to some selfish end. [Colloq.]
Syn.—employ, exercise, treat, practice, accustom, habituate, inure.

**ūse,** *v.i.* 1. to be accustomed; to be wont (now only in the past tense, with an infinitive expressed or implied); as, he used to enter every contest.
They *used* to place him that shall be their captain upon a stone always reserved for that purpose. —Spenser.
2. to frequent; to resort. [Archaic or Dial.]

**ūse-ȧ-bĭl′ĭ-ty,** *n.* usability.

**ūse′ȧ-ble,** *a.* usable.

**ūse′ful,** *a.* that can be used to advantage; serviceable; helpful; beneficial; advantageous; often, having practical utility.

**ūse′ful-ly,** *adv.* in a useful manner.

**ūse′ful-ness,** *n.* the quality or state of being useful.

**ūse′less,** *a.* having or of no use; unserviceable; answering no valuable purpose; ineffectual; as, a *useless* garment; *useless* pity.
No man is *useless* while he has a friend.
 —Robert Louis Stevenson.

**ūse′less-ly,** *adv.* in a useless manner.

**ūse′less-ness,** *n.* the quality or state of being useless.

**ūs′er,** *n.* [sense 1 from *use*, v.; in sense 2 a substantive use of OFr. *user*, to use.]
1. a person or thing that uses.
2. in law, (a) the exercise of a right of use; (b) a right of use, based on long use.

**U′-shāped** (-shāpt), *a.* having the shape of a U.

**U′shăs,** *n.* [Sans. *Uṣas*, dawn.] the Hindu, or Vedic, goddess of dawn.

**ush′er,** *n.* [OFr. *ussier*, *huissier*, from *huis*, a door, from L. *ostium*, a door.]
1. an official doorkeeper.
2. a person whose duty it is to show people to their seats in a church, theater, etc.