IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| PRISM TECHNOLOGIES LLC ) <br> ) <br> Plaintiff ) <br> ) <br> v. ) <br> ) <br> VERISIGN, INC., RSA SECURITY, INC., ) <br> NETEGRITY, INC., COMPUTER ) <br> ASSOCIATES INTERNATIONAL, INC., and ) <br> JOHNSON & JOHNSON SERVICES, INC. ) <br> Defendants. ) <br> ) <br> ) | Civil Action No. 05-214-JJF |

## NOTICE OF DEPOSITION OF TIMOTHY C. GOEKE

PLEASE TAKE NOTICE that, pursuant to Rules 30 and 45 of the Federal Rules of Civil Procedure and Defendant Versign, Inc.'s July 17, 2006 subpoena ad testificandum, Defendants VeriSign, Inc., RSA Security, Inc., Netegrity, Inc., Computer Associates International, Inc. and Johnson & Johnson Services, Inc. will take the deposition upon oral examination of Timothy C. Goeke. The deposition shall take place before a notary public or other officer duly authorized to administer oaths and take testimony, at Willkie Farr & Gallagher LLP, 1875 K Street, N.W., Washington, DC 20006-1238, beginning at 9:30 AM on October 4, 2006, or at such other time and place as may be agreed among counsel. The deposition will be recorded by stenographic means and may be audio taped and/or videotaped, and shall continue from day to day until completed or adjourned. You are invited to attend and cross examine the deponent.

                              ASHBY & GEDDES

                              */s/ Tiffany Geyer Lydon*

                              _____
                              Steven J. Balick (I.D. #2114)
                              John G. Day (I.D. #2403)
                              Tiffany Geyer Lydon (I.D. #3950)
                              222 Delaware Avenue, 17th Floor
                              P.O. Box 1150
                              Wilmington, Delaware 19899
                              (302) 654-1888
                              sbalick@ashby-geddes.com
                              jday@ashby-geddes.com
                              tlydon@ashby-geddes.com

                              *Attorneys for Defendant*
                              *Johnson & Johnson Services Inc.*

*Of Counsel:*

John M. DiMatteo
Neal K. Feivelson
Leslie M. Spencer
WILLKIE FARR & GALLAGHER LLP
787 Seventh Avenue
New York, NY 10019-6099
(212) 728-8000

Dated: September 25, 2006
173508.1

2

## CERTIFICATE OF SERVICE

I hereby certify that on the 25th day of September, 2006, the attached **NOTICE OF DEPOSITION OF TIMOTHY C. GOEKE** was served upon the below-named counsel at the address and in the manner indicated:

| | |
|---|---|
| Richard D. Kirk, Esquire<br>The Bayard Firm<br>222 Delaware Avenue, Suite 900<br>P.O. Box 25130<br>Wilmington, DE 19899 | HAND DELIVERY |
| Dirk D. Thomas, Esquire<br>Robin, Kaplan, Miller & Ciresi, LLP<br>1801 K Street, N.W., Suite 1200<br>Washington, DC 20006 | VIA FEDERAL EXPRESS |
| Patricia S. Rogowski, Esquire<br>Connolly Bove Lodge & Hutz LLP<br>The Nemours Building<br>1007 North Orange Street<br>P.O. Box 2207<br>Wilmington, DE 19899 | HAND DELIVERY |
| Jason A. Snyderman, Esquire<br>Akin Gump Strauss Hauer & Feld LLP<br>One Commerce Square<br>2005 Market Street<br>Suite 2200<br>Philadelphia, PA 19103-7013 | VIA FEDERAL EXPRESS |
| Frank C. Cimino, Jr., Esquire<br>Akin Gump Strauss Hauer & Feld LLP<br>Robert S. Strauss Building<br>1333 New Hampshire Avenue, N.W.<br>Washington, DC 20036-1564 | VIA FEDERAL EXPRESS |
| Frederick L. Cottrell, III, Esquire<br>Richards Layton & Finger<br>One Rodney Square<br>P.O. Box 551<br>Wilmington, DE 19899 | HAND DELIVERY |

| | |
|---|---|
| William F. Lee, Esquire<br>Wilmer Cutler Pickering Hale & Dorr LLP<br>60 State Street<br>Boston, MA  02109 | VIA FEDERAL EXPRESS |
| Kate Hutchins, Esquire<br>Wilmer Cutler Pickering Hale & Dorr<br>399 Park Avenue<br>New York, NY  10022 | VIA FEDERAL EXPRESS |
| Richard L. Horwitz, Esquire<br>Potter Anderson & Corroon LLP<br>1313 North Market Street<br>P.O. Box 951<br>Wilmington, DE  19899 | HAND DELIVERY |
| Samir Bhavsar, Esquire<br>Baker Botts LLP<br>2001 Ross Avenue<br>Dallas, TX  75201-2980 | VIA FEDERAL EXPRESS |
| David M. Schlitz, Esquire<br>Baker Botts LLP<br>The Warner<br>1299 Pennsylvania Avenue, NW<br>Washington, DC  20004-2400 | VIA FEDERAL EXPRESS |

/s/ *Tiffany Geyer Lydon*

Tiffany Geyer Lydon