# EXHIBIT A

## Lee, David

**From:** Dick Kirk [rkirk@bayardfirm.com]
**Sent:** Thursday, September 21, 2006 9:44 AM
**To:** jjf_civil@ded.uscourts.gov
**Cc:** Bahou, Andre J.; VeriSign Prism Outside Counsel; CA/Netegrity Local Counsel; CA/Netegrity Outside Counsel; PrismLitigation-JJSI; John Day; Lauren Maguire; Pat Rogowski; RSA Prism Local Counsel; RSA Prism Outside Counsel; Steve Balick
**Subject:** Prism Technologies LLC v. VeriSign Inc., C.A. No. 05-214-JJF

Dear Judge Farnan:

I write to supplement my e-mail of September 6, 2006 to the Court regarding Plaintiff' Prism Technologies LLC ("Prism") Second Motion to Compel Defendant Johnson and Johnson Services, Inc. ("JJSI") to Produce Documents and Things (D.I. 215).

As stated in my earlier email, Prism's motion is fully briefed and ready for decision as to one of the two issues briefed by Prism, namely the parties' impasse regarding the production of documents and things subject to the third-party confidentiality agreements. That portion of the motion is ready for decision.

Regarding the second part of Prism's motion, which sought to obtain detailed documents related to the query flow of JJSI's accused system, JJSI produced approximately 25,000 pages of additional documents on the day JJSI's response to the motion to compel was due, indisputably in response to Prism's motion. Prism has now reviewed those documents and has determined that they are responsive to Prism's requests for production, and are, in the main, not duplicative of documents already produced by JJSI. Accordingly, Prism hereby requests an award of its costs and fees in connection with preparing this portion of its motion, since the motion caused JJSI to produce a large volume of requested documents in response thereto.

If the Court requires Prism to file a separate motion seeking its costs and fees it will do so. If the Court requires a statement of Prism's costs and fees it will submit one.

Respectfully submitted,

Richard D. Kirk (rk0922)


Richard D. Kirk
The Bayard Firm
222 Delaware Avenue, 9th Floor
Wilmington, Delaware 19801
Main: (302) 655-5000
Direct: (302) 429-4208
Fax: (302) 658-6395
rkirk@bayardfirm.com

=OO-----------------------------------
IRS Circular 230 DISCLOSURE:


9/25/2006

Notice regarding federal tax matters: Internal Revenue Service Circular 230 requires us to state herein that any federal tax advice set forth in this communication (1) is not intended or written to be used, and cannot be used, for the purpose of avoiding penalties that may be imposed by federal tax laws, and (2) cannot be used in promoting, marketing, or recommending to another person any transaction or matter addressed herein.

-----------------------------------

This message is sent by a law firm and may contain information that is privileged or confidential. If you received this transmission in error, please notify the sender by reply e-mail and delete the message and any attachments.

# EXHIBIT B

## Lee, David

| | |
|---|---|
| **From:** | Spencer, Leslie |
| **Sent:** | Thursday, August 24, 2006 3:40 PM |
| **To:** | 'Burgy, Aziz' |
| **Subject:** | RE: Prism Technologies LLC v. VeriSign, Inc., et al. |

Aziz-

I'm still struggling to understand what you think JJSI has failed to produce other than its licensed third party software.

For example, the JJEDS PKI Application Developer's Guide (attached) details how to use JJSI's PKI services and third party software for, among other things, authentication.

As to detailed technical specifications for third party software, it is unclear what Prism is seeking from JJSI. As we've repeatedly stated, one component of JJSI's solution is Nortel Network's Contivity VPN software. Technical specifications for Nortel's VPN components are publicly available and, based on a reasonable search, appear not be in JJSI's possession.

See, e.g., http://www116.nortelnetworks.com/docs/bvdoc/contivity/tt/tt-0510401a.pdf

I'll call you shortly to discuss. -Leslie

-----Original Message-----
**From:** Burgy, Aziz [mailto:ABurgy@rkmc.com]
**Sent:** Thursday, August 24, 2006 7:12 PM
**To:** Spencer, Leslie; PrismLitigation-JJSI
**Cc:** PrismCounsel
**Subject:** RE: Prism Technologies LLC v. VeriSign, Inc., et al.

>>>> Please read the confidentiality statement below <<<<

You can give me a buzz in my office at 202-736-2705. Thanks.

---

**From:** Spencer, Leslie [mailto:lspencer@willkie.com]
**Sent:** Thursday, August 24, 2006 12:13 PM
**To:** Burgy, Aziz; PrismLitigation-JJSI
**Cc:** PrismCounsel
**Subject:** RE: Prism Technologies LLC v. VeriSign, Inc., et al.

Aziz-

I am available for a meet and confer after 4:00pm (NY time) today.

As I am presently travelling, please let me know how I should contact you at that time.

-Leslie

> -----Original Message-----
> **From:** Burgy, Aziz [mailto:ABurgy@rkmc.com]
> **Sent:** Thursday, August 24, 2006 4:54 PM
> **To:** Spencer, Leslie; PrismLitigation-JJSI

**Cc:** PrismCounsel
**Subject:** RE: Prism Technologies LLC v. VeriSign, Inc., et al.

>>>> Please read the confidentiality statement below <<<<

Leslie,

Contrary to your assertion, Prism is indeed able to identify components of JJSI's identity and access management. Our contention is that JJSI has yet to produce detailed documents showing the system architecture and how the components specifically interact during a request for resources in which a user is authenticated using JJSI's identity and access management system. For example, the attached pages from JJSI's production show the system architecture but at a top-level view. We, however, seek documents that specifically describe the flow of information/queries used for the authentication process as depicted at a cursory view in JJ001626-28. To that end, if such detailed documents exist in JJSI's production, please identify these documents before the meet and confer. This will then allow us to have a more efficient and focused meet and confer.

With respect to the confidentiality agreements, we believe the Protective Order in this case sufficiently protects the confidentiality of the software and related documents. Further, it is quite telling that JJSI has waited almost a year to seek permission of the third-party suppliers. Nevertheless, it has now been several weeks since you stated that you would seek permission from these suppliers and as of yet, you have neither responded with an answer nor provided us a courtesy copy of the correspondence evidencing that you have sought their permission.

We are available anytime after 2:00 p.m. today for a meet and confer.


Aziz

---

**From:** Spencer, Leslie [mailto:lspencer@willkie.com]
**Sent:** Wednesday, August 23, 2006 11:13 PM
**To:** Burgy, Aziz; PrismLitigation-JJSI
**Cc:** PrismCounsel
**Subject:** RE: Prism Technologies LLC v. VeriSign, Inc., et al.

Aziz-

Your deliberate mischaracterization of JJSI's position is not well-taken.

JJSI has never refused to meet its discovery obligations in this case. Indeed, JJSI has produced the materials Prism purportedly requires to articulate its infringement case, such as detailed flow diagrams and system architecture descriptions. In addition, JJSI has agreed to provide a witness in response to Prism's 30(b)(6) deposition concerning document collection.

Also, in accordance with the Court's Order, JJSI identified the confidentiality agreements that preclude JJSI from producing copies of third-party network and security software from Microsoft, Nortel Networks and SafeNet. Nevertheless, JJSI has agreed to seek permission to make available to Prism at least some portion of these third-party software systems.

At this late date, it is quite telling that Prism is unable to identify even one component or feature of JJSI's identity and access management solution that allegedly satisfies the "clearinghouse" limitation of the '416 patent -- or any other element of the asserted claims, despite having multiples of JJSI's system flow diagrams and architecture documents.

That said, JJSI is available tomorrow afternoon or Friday for a meet and confer to further discuss this matter, including whether it will be necessary for JJSI to seek the Court's assistance in order

that Prism set forth detailed infringement contentions.

-Leslie

---

**From:** Burgy, Aziz [mailto:ABurgy@rkmc.com]
**Sent:** Wed 8/23/2006 9:39 PM
**To:** Spencer, Leslie; PrismLitigation-JJSI
**Cc:** PrismCounsel
**Subject:** RE: Prism Technologies LLC v. VeriSign, Inc., et al.

>>>> Please read the confidentiality statement below <<<<

We are unable to supplement Prism's infringement contentions because JJSI has refused, by its own admission, to produce documents describing detailed query flow, detailed system architecture diagrams/descriptions, and the software. Given that JJSI has yet to produce such documents and things and in light of the limited discovery period remaining, we will be shortly filing a motion to compel.

Please call me if you have any questions.

---

**From:** Spencer, Leslie [mailto:lspencer@willkie.com]
**Sent:** Wednesday, August 23, 2006 7:46 AM
**To:** Burgy, Aziz; PrismLitigation-JJSI
**Cc:** PrismCounsel
**Subject:** RE: Prism Technologies LLC v. VeriSign, Inc., et al.

Aziz-

I expect to provide JJSI's dates of availability by week's end.

Also, this week we expect to receive Prism's updated infringement contentions in response to JJSI's interrogatories. You previously indicated that Prism would provide updated contentions last week, but none were served.

-Leslie

> -----Original Message-----
> **From:** Burgy, Aziz [mailto:ABurgy@rkmc.com]
> **Sent:** Wednesday, August 23, 2006 1:48 AM
> **To:** Spencer, Leslie; PrismLitigation-JJSI
> **Cc:** PrismCounsel
> **Subject:** RE: Prism Technologies LLC v. VeriSign, Inc., et al.
>
> >>>> Please read the confidentiality statement below <<<<
>
> Leslie,
>
> Please provide alternative dates of availability for JJSI's witness by the end of this week.
>
> Thanks,
>
> Aziz

9/25/2006

**From:** Spencer, Leslie [mailto:lspencer@willkie.com]
**Sent:** Tuesday, August 22, 2006 9:18 AM
**To:** Burgy, Aziz; PrismLitigation-JJSI
**Cc:** PrismCounsel
**Subject:** RE: Prism Technologies LLC v. VeriSign, Inc., et al.

Aziz-

JJSI will not produce a witness this Friday for the 30(b)(6) deposition that Prism noticed last week.

We will work with Prism to set a mutually convenient time for this deposition, subject to JJSI's right to raise objections to the Depostion Topics.

Among other things, JJSI objects to the Depostion Topics to the extent that they (a) seek testimony or information protected by the attorney-client privilege, attorney work product doctrine or other immunity from disclosure, and (b) seek to impose any obligations different from, or in addition to, those set forth in the Federal Rules of Civil Procedure or in the Local Rules of the United States District Court for the District of Delaware.

As to location, we propose Willkie Farr's New York offices.

We will provide you dates of availability for JJSI's witness shortly.

Regards, Leslie.

> -----Original Message-----
> **From:** Burgy, Aziz [mailto:ABurgy@rkmc.com]
> **Sent:** Tuesday, August 22, 2006 2:50 PM
> **To:** PrismLitigation-JJSI
> **Cc:** PrismCounsel
> **Subject:** Prism Technologies LLC v. VeriSign, Inc., et al.
>
> >>>> Please read the confidentiality statement below <<<<
>
> Dear Leslie,
>
> Per my voicemail of yesterday, please confirm whether JJSI will be producing a witness for the 30(b)(6) deposition scheduled for this Friday.
>
>
> Thanks,
>
> Aziz
>
> **Aziz Burgy**
> Robins, Kaplan, Miller & Ciresi L.L.P.
> 1801 K Street, N.W.
> Suite 1200
> Washington, D.C. 20006-1307
> Office phone: (202) 736-2705
> Facsimile: (202) 223-8604
> E-mail address: aburgy@rkmc.com



Information contained in this e-mail transmission is privileged, confidential and covered by the Electronic Communications Privacy Act, 18 U.S.C. Sections 2510-2521.

If you are not the intended recipient, do not read, distribute, or reproduce this transmission.

If you have received this e-mail transmission in error, please notify us immediately of the error by return email and please delete the message from your system.

Pursuant to requirements related to practice before the U. S. Internal Revenue Service, any tax advice contained in this communication (including any attachments) is not intended to be used, and cannot be used, for purposes of (i) avoiding penalties imposed under the U. S. Internal Revenue Code or (ii) promoting, marketing or recommending to another person any tax-related matter.

Thank you in advance for your cooperation.

Robins, Kaplan, Miller & Ciresi L.L.P.
http://www.rkmc.com

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

IMPORTANT NOTICE: This e-mail message is intended to be received only by persons entitled to receive the confidential information it may contain. E-mail messages to clients of Willkie Farr & Gallagher LLP presumptively contain information that is confidential and legally privileged; e-mail messages to non-clients are normally confidential and may also be legally privileged. Please do not read, copy, forward or store this message unless you are an intended recipient of it. If you have received this message in error, please forward it back. Willkie Farr & Gallagher LLP is a limited liability partnership organized in the United States under the laws of the State of Delaware, which laws limit the personal liability of partners.
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

IMPORTANT NOTICE: This e-mail message is intended to be received only by persons entitled to receive the confidential information it may contain. E-mail messages to clients of Willkie Farr & Gallagher LLP presumptively contain information that is confidential and legally privileged; e-mail messages to non-clients are normally confidential and may also be legally privileged. Please do not read, copy, forward or store this message unless you are an intended recipient of it. If you have received this message in error, please forward it back. Willkie Farr & Gallagher LLP is a limited liability partnership organized in the United States under the laws of the State of Delaware, which laws limit the personal liability of partners.
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*


\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

IMPORTANT NOTICE: This e-mail message is intended to be received only by persons entitled to receive the confidential information it may contain. E-mail messages to clients of Willkie Farr & Gallagher LLP presumptively contain information that is confidential and legally privileged; e-mail messages to non-clients are normally confidential and may also be legally privileged. Please do not read, copy, forward or store this message unless you are an intended recipient of it. If you have received this message in error, please forward it back. Willkie Farr & Gallagher LLP is a limited liability partnership organized in the United States under the laws of the State of Delaware, which laws limit the personal liability of partners.
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*


\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

IMPORTANT NOTICE: This e-mail message is intended to be received only by persons entitled to receive the confidential information it may contain. E-mail messages to clients of Willkie Farr & Gallagher LLP presumptively contain information that is confidential and legally privileged; e-mail messages to non-clients are normally confidential and may also be legally privileged. Please do not read, copy, forward or store this message unless you are an intended recipient of it. If you have received this message in error, please forward it back. Willkie Farr & Gallagher LLP is a limited liability partnership organized in the United States under the laws of the State of Delaware, which laws limit the personal liability of partners.
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

# EXHIBIT C

# WILLKIE FARR & GALLAGHER LLP

787 Seventh Avenue
New York, NY 10019-6099
Tel: 212 728 8000
Fax: 212 728 8111

September 1, 2006

**VIA FEDERAL EXPRESS**

Aziz Burgy, Esq.
Robins, Kaplan, Miller & Ciresi L.L.P.
Suite 1200
1801 K Street, N.W.
Washington, DC 20006-1307

Re:   Prism Technologies LLC v. Verisign, Inc., et al., D. Del., Civil Action No. 05-214-JJF

Dear Aziz:

Enclosed is a DVD-ROM containing JJSI's supplemental production, numbered JJ012938-JJ037410 in Tagged Image File Format together with respective load files.

As discussed earlier today, this supplemental production includes materials largely duplicative of JJSI's prior productions, but only recently identified as responsive to Prism's requests.

If you have any questions, please contact me directly.

Sincerely,

Leslie M. Spencer

Enclosures