## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| PRISM TECHNOLOGIES LLC<br><br>Plaintiff,<br><br>v.<br><br>VERISIGN, INC., RSA SECURITY, INC., NETEGRITY, INC., COMPUTER ASSOCIATES INTERNATIONAL, INC., and JOHNSON & JOHNSON SERVICES, INC.,<br><br>Defendants. | Civil Action No. 05-214 JJF<br><br>**JURY TRIAL DEMANDED** |

### PLAINTIFF PRISM TECHNOLOGIES LLC'S REPLY TO DEFENDANT JOHNSON & JOHNSON SERVICES, INC.'S COUNTERCLAIMS IN RESPONSE TO PRISM'S SECOND AMENDED COMPLAINT

Plaintiff Prism Technologies LLC ("Prism"), by and through its undersigned counsel, hereby replies to Johnson & Johnson Services, Inc.'s ("JJSI") Counterclaims as follows:

### REPLY TO COUNTERCLAIMS FOR DECLARATORY JUDGMENT

#### Parties

25.    Upon information and belief, Prism admits the allegations contained in paragraph 25 of the Counterclaims.

26.    Admitted.

#### Jurisdiction and Venue

27.    Prism admits that this Court has subject matter jurisdiction over the Counterclaims under 28 U.S.C. §§ 1331, 1338(a), 2201, and 2202.  Prism denies the remaining allegations contained in paragraph 27 of the Counterclaims.

28.    Prism admits that this Court has subject matter jurisdiction over the Counterclaims under 28 U.S.C. §§ 1331, 1338(a), and 2201.

29.    Prism admits that it is subject to personal jurisdiction solely for the purpose of litigating JJSI's properly pled Counterclaims.

30.    Prism admits that venue is proper pursuant to 28 U.S.C. §§ 1391(b) and 1400(b).   Prism denies the remaining allegations contained in paragraph 30 of the Counterclaims.

### Background

31.    Admitted.

32.    Prism admits the allegations contained in paragraph 32 of the Counterclaims.

### Reply to Count One (Declaratory Relief Regarding Non-Infringement)

33.    Prism repeats and alleges its responses to paragraph 25 through 32 as if fully set forth herein.

34.    Prism denies the allegations contained in paragraph 34 of the Counterclaims.

35.    Prism denies the allegations contained in paragraph 35 of the Counterclaims.

### Reply to Count Two (Declaratory Relief Regarding Invalidity)

36.    Prism repeats and alleges its responses to paragraph 25 through 32 as if fully set forth herein.

37.    Prism denies the allegations contained in paragraph 37 of the Counterclaims.

38.    Prism denies the allegations contained in paragraph 38 of the Counterclaims.

## PRAYER FOR RELIEF

Prism prays:

A.    That JJSI take nothing by way of its Counterclaims and that said Counterclaims be dismissed with prejudice;

B.    That U.S. Patent No. 6,516,416 be held infringed, enforceable, and not invalid;

C.    That Judgment be entered against JJSI;

D.    That this case be deemed exceptional under 35 U.S.C. § 285, thereby entitling Prism to its reasonable attorney's fees;

E.    That Prism be awarded its costs of suit incurred herein; and

F.    That this Court award to Prism such further relief as it may deem just and proper.

September 26, 2006                    THE BAYARD FIRM


/s/ Richard D. Kirk (rk0922)
Richard D. Kirk (rk0922)
Ashley B. Stitzer (as3891)
222 Delaware Avenue, Suite 900
Wilmington, Delaware 19899
(302) 655-5000
rkirk@bayardfirm.com
astitzer@bayardfirm.com

ATTORNEYS FOR PLAINTIFF
PRISM TECHNOLOGIES LLC

OF COUNSEL:

Dirk D. Thomas, Esq.
Robert A. Auchter, Esq.
Kenneth A. Freeling, Esq.
Jason R. Buratti, Esq.
André J. Bahou, Esq.
Chandran B. Iyer, Esq.
Robins, Kaplan, Miller & Ciresi, L.L.P.
1801 K Street, N.W., Suite 1200
Washington, D.C.  20006
(202) 775-0725

## CERTIFICATE OF SERVICE

The undersigned counsel certifies that, on September 26, 2006, he electronically

filed the foregoing document with the Clerk of the Court using CM/ECF, which will send

automatic notification of the filing to the following:

Frederick L. Cottrell, III, Esq.
Alyssa M. Schwartz, Esq.
Richards Layton & Finger
One Rodney Square
P.O. Box 551
Wilmington, DE 19801

Richard L. Horwitz, Esq.
David E. Moore, Esq.
Potter Anderson & Corroon LLP
1313 N. Market Street
Hercules Plaza, 6th Floor
P.O. Box 951
Wilmington, DE 19899

Patricia S. Rogowski, Esq.
Connolly, Bove, Lodge & Hutz, LLP
1007 North Orange Street
P.O. Box 2207
Wilmington, DE 19899

Steven J. Balick, Esq.
John G. Day, Esq.
Ashby & Geddes
222 Delaware Ave., 17th Fl.
Wilmington, DE 19801

The undersigned counsel further certifies that copies of the foregoing document

were sent by hand on September 26, 2006 to the above counsel and by first-class mail or

overnight delivery as indicated to the below counsel:

*Via Federal Express*

John DiMatteo, Esq.
Willkie Farr & Gallagher LLP
787 Seventh Avenue
New York, NY 10019-6099

William Lee, Esq.
Wilmer Cutler Hale & Dorr LLP
60 State Street
Boston, MA 02109

Jason Snyderman, Esq.
Akin Gump Strauss Hauer & Feld LLP
One Commerce Square, Suite 2200
2005 Market Street
Philadelphia, PA 19103

Frank C. Cimino, Esq.
Akin Gump Strauss Hauer & Feld LLP
Robert S. Strauss Building
1333 New Hampshire Avenue, NW
Washington, DC 20036-1564

David M. Schlitz
Baker Botts L.L.P.
1299 Pennsylvania Avenue, NW
Washington, DC  20004-2400

Samir A. Bhavsar
Jeffrey D. Baxter
Baker Botts L.L.P.
2001 Ross Avenue
Dallas, TX  75201-2980

/s/ Richard D. Kirk (rk0922)
Richard D. Kirk

587422v1