IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| PRISM TECHNOLOGIES LLC<br><br>              Plaintiff,<br><br>v.<br><br>VERISIGN, INC., RSA SECURITY, INC., NETEGRITY, INC., COMPUTER ASSOCIATES INTERNATIONAL, INC., and JOHNSON & JOHNSON SERVICES, INC.,<br><br>              Defendants. | Civil Action No. 05-214 JJF<br><br>**JURY TRIAL DEMANDED** |

**PLAINTIFF PRISM TECHNOLOGIES LLC'S REPLY
TO DEFENDANT RSA SECURITY, INC.'S COUNTERCLAIMS
IN RESPONSE TO PRISM'S SECOND AMENDED COMPLAINT**

Plaintiff Prism Technologies LLC ("Prism"), by and through its undersigned counsel, hereby replies to RSA Security, Inc.'s ("RSA") Counterclaims as follows:

### REPLY TO COUNTERCLAIMS

### PARTIES

1.    Prism admits the allegations contained in paragraph 1 of the Counterclaims.

2.    Prism admits the allegations contained in paragraph 2 of the Counterclaims.

### JURISDICTION AND VENUE

3.    Prism admits the allegations contained in paragraph 3 of the Counterclaims.

4. Prism admits that it is subject to personal jurisdiction solely for the purpose of litigating RSA's properly pled Counterclaims.

5. Prism admits the allegations contained in paragraph 5 of the Counterclaims.

## REPLY TO FACTS

6. Prism admits the allegations contained in paragraph 6 of the Counterclaims.

7. Prism admits the allegations contained in paragraph 7 of the Counterclaims.

8. Prism denies the allegations contained in paragraph 8 of the Counterclaims.

9. Prism admits the allegations contained in paragraph 9 of the Counterclaims.

## REPLY TO COUNT ONE
### (Non-infringement of the '416 Patent)

10. Prism repeats and realleges its responses to the preceding paragraphs as if fully set forth herein.

11. Prism denies the allegations contained in paragraph 11 of the Counterclaims.

12. Prism denies the allegations contained in paragraph 12 of the Counterclaims.

## REPLY TO COUNT TWO
### (Invalidity of '416 Patent)

13.     Prism repeats and realleges its responses to the preceding paragraphs as if fully set forth herein.

14.     Prism denies the allegations contained in paragraph 14 of the Counterclaims.

15.     Prism denies the allegations contained in paragraph 15 of the Counterclaims.

## REPLY TO COUNT THREE
### (Unenforceability of the '416 Patent)

16.     Prism repeats and realleges its responses to the preceding paragraphs as if fully set forth herein.

17.     Prism denies the allegations contained in paragraph 17 of the Counterclaims.

18.     Prism denies the allegations contained in paragraph 18 of the Counterclaims.

## FIRST AFFIRMATIVE DEFENSE

19.     As an affirmative defense, Prism alleges that the Counterclaims fail to state a claim upon which relief can be granted.

## PRAYER FOR RELIEF

Prism prays that:

A.     That RSA take nothing by way of its Counterclaims and that said Counterclaims be dismissed with prejudice;

  B. That U.S. Patent No. 6,516,416 be held infringed, enforceable, and not invalid;

  C. That Judgment be entered against RSA;

  D. That this case be deemed exceptional under 35 U.S.C. § 285, thereby entitling Prism to its reasonable attorney's fees;

  E. That Prism be awarded its costs of suit incurred herein; and

  F. That this Court award to Prism such further relief as it may deem just and proper.

September 26, 2006            THE BAYARD FIRM

                      /s/ Richard D. Kirk (rk0922)
                      Richard D. Kirk (rk0922)
                      Ashley B. Stitzer (as3891)
                      222 Delaware Avenue, Suite 900
                      Wilmington, Delaware 19899
                      (302) 655-5000
                      rkirk@bayardfirm.com
                      astitzer@bayardfirm.com

                      ATTORNEYS FOR PLAINTIFF
                      PRISM TECHNOLOGIES LLC

OF COUNSEL:

Dirk D. Thomas, Esq.
Robert A. Auchter, Esq.
Kenneth A. Freeling, Esq.
Jason R. Buratti, Esq.
André J. Bahou, Esq.
Chandran B. Iyer, Esq.
Robins, Kaplan, Miller & Ciresi, L.L.P.
1801 K Street, N.W., Suite 1200
Washington, D.C. 20006
(202) 775-0725

## CERTIFICATE OF SERVICE

The undersigned counsel certifies that, on September 26, 2006, he electronically filed the foregoing document with the Clerk of the Court using CM/ECF, which will send automatic notification of the filing to the following:

Frederick L. Cottrell, III, Esq.
Alyssa M. Schwartz, Esq.
Richards Layton & Finger
One Rodney Square
P.O. Box 551
Wilmington, DE 19801

Richard L. Horwitz, Esq.
David E. Moore, Esq.
Potter Anderson & Corroon LLP
1313 N. Market Street
Hercules Plaza, 6th Floor
P.O. Box 951
Wilmington, DE 19899

Patricia S. Rogowski, Esq.
Connolly, Bove, Lodge & Hutz, LLP
1007 North Orange Street
P.O. Box 2207
Wilmington, DE 19899

Steven J. Balick, Esq.
John G. Day, Esq.
Ashby & Geddes
222 Delaware Ave., 17th Fl.
Wilmington, DE 19801

The undersigned counsel further certifies that copies of the foregoing document were sent by hand on September 26, 2006 to the above counsel and by first-class mail or overnight delivery as indicated to the below counsel:

*Via Federal Express*

John DiMatteo, Esq.
Willkie Farr & Gallagher LLP
787 Seventh Avenue
New York, NY 10019-6099

William Lee, Esq.
Wilmer Cutler Hale & Dorr LLP
60 State Street
Boston, MA 02109

Jason Snyderman, Esq.
Akin Gump Strauss Hauer & Feld LLP
One Commerce Square, Suite 2200
2005 Market Street
Philadelphia, PA 19103

Frank C. Cimino, Esq.
Akin Gump Strauss Hauer & Feld LLP
Robert S. Strauss Building
1333 New Hampshire Avenue, NW
Washington, DC 20036-1564

587422v1

| | |
|---|---|
| David M. Schlitz<br>Baker Botts L.L.P.<br>1299 Pennsylvania Avenue, NW<br>Washington, DC  20004-2400 | Samir A. Bhavsar<br>Jeffrey D. Baxter<br>Baker Botts L.L.P.<br>2001 Ross Avenue<br>Dallas, TX  75201-2980 |
| | /s/ Richard D. Kirk (rk0922)<br>Richard D. Kirk |

587422v1