IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| PRISM TECHNOLOGIES LLC<br><br>              Plaintiff,<br><br>v.<br><br>VERISIGN, INC., RSA SECURITY, INC., NETEGRITY, INC., COMPUTER ASSOCIATES INTERNATIONAL, INC., and JOHNSON & JOHNSON SERVICES, INC.,<br><br>              Defendants. | Civil Action No. 05-214 JJF<br><br>**JURY TRIAL DEMANDED** |

**PLAINTIFF PRISM TECHNOLOGIES LLC'S REPLY
TO DEFENDANT COMPUTER ASSOCIATES INTERNATIONAL, INC.'S
COUNTERCLAIMS IN RESPONSE TO PRISM'S SECOND AMENDED
COMPLAINT**

Plaintiff Prism Technologies LLC ("Prism"), by and through its undersigned counsel, hereby replies to Computer Associates International, Inc.'s ("CA") Counterclaims as follows:

**REPLY TO COUNTERCLAIMS**

**Parties**

25. Prism admits the allegations contained in paragraph 25 of the Counterclaims.

26. Prism admits the allegations contained in paragraph 26 of the Counterclaims.

**Jurisdiction and Venue**

27. Prism admits the allegations contained in paragraph 27 of the Counterclaims.

28.  Prism admits that venue is proper in this Court under 28 U.S.C. § 1400(b) and denies the remaining allegations of paragraph 28 of the Counterclaims.

## REPLY TO COUNT ONE
### (Declaratory Relief Regarding Non-Infringement)

29.  Prism admits the allegations contained in paragraph 29 of the Counterclaims.

30.  Prism denies the allegations contained in paragraph 30 of the Counterclaims.

## REPLY TO COUNT TWO
### (Declaratory Relief Regarding Invalidity)

31.  Prism admits the allegations contained in paragraph 31 of the Counterclaims.

32.  Prism denies the allegations contained in paragraph 32 of the Counterclaims.

## EXCEPTIONAL CASE

33.  Prism denies that CA is entitled to recover CA's attorneys' fees and costs incurred with this action.

## PRAYER FOR RELIEF

Prism prays:

A.  That CA take nothing by way of its Counterclaims and that said Counterclaims be dismissed with prejudice;

B.  That U.S. Patent No. 6,516,416 be held infringed, enforceable, and not invalid;

C.  That Judgment be entered against CA;

    D.    That this case be deemed exceptional under 35 U.S.C. § 285, thereby entitling Prism to its reasonable attorney's fees;

    E.    That Prism be awarded its costs of suit incurred herein; and

    F.    That this Court award to Prism such further relief as it may deem just and proper.

September 26, 2006                          THE BAYARD FIRM

                                              /s/ Richard D. Kirk (rk0922)
                                              Richard D. Kirk (rk0922)
                                              Ashley B. Stitzer (as3891)
                                              222 Delaware Avenue, Suite 900
                                              Wilmington, Delaware 19899
                                              (302) 655-5000
                                              rkirk@bayardfirm.com
                                              astitzer@bayardfirm.com

                                              ATTORNEYS FOR PLAINTIFF
                                              PRISM TECHNOLOGIES LLC

OF COUNSEL:

Dirk D. Thomas, Esq.
Robert A. Auchter, Esq.
Kenneth A. Freeling, Esq.
Jason R. Buratti, Esq.
André J. Bahou, Esq.
Chandran B. Iyer, Esq.
Robins, Kaplan, Miller & Ciresi, L.L.P.
1801 K Street, N.W., Suite 1200
Washington, D.C. 20006
(202) 775-0725

3

## CERTIFICATE OF SERVICE

The undersigned counsel certifies that, on September 26, 2006, he electronically filed the foregoing document with the Clerk of the Court using CM/ECF, which will send automatic notification of the filing to the following:

Frederick L. Cottrell, III, Esq.
Alyssa M. Schwartz, Esq.
Richards Layton & Finger
One Rodney Square
P.O. Box 551
Wilmington, DE 19801

Richard L. Horwitz, Esq.
David E. Moore, Esq.
Potter Anderson & Corroon LLP
1313 N. Market Street
Hercules Plaza, 6th Floor
P.O. Box 951
Wilmington, DE 19899

Patricia S. Rogowski, Esq.
Connolly, Bove, Lodge & Hutz, LLP
1007 North Orange Street
P.O. Box 2207
Wilmington, DE 19899

Steven J. Balick, Esq.
John G. Day, Esq.
Ashby & Geddes
222 Delaware Ave., 17th Fl.
Wilmington, DE 19801

The undersigned counsel further certifies that copies of the foregoing document were sent by hand on September 26, 2006 to the above counsel and by first-class mail or overnight delivery as indicated to the below counsel:

*Via Federal Express*

John DiMatteo, Esq.
Willkie Farr & Gallagher LLP
787 Seventh Avenue
New York, NY 10019-6099

William Lee, Esq.
Wilmer Cutler Hale & Dorr LLP
60 State Street
Boston, MA 02109

Jason Snyderman, Esq.
Akin Gump Strauss Hauer & Feld LLP
One Commerce Square, Suite 2200
2005 Market Street
Philadelphia, PA 19103

Frank C. Cimino, Esq.
Akin Gump Strauss Hauer & Feld LLP
Robert S. Strauss Building
1333 New Hampshire Avenue, NW
Washington, DC 20036-1564

587422v1

David M. Schlitz
Baker Botts L.L.P.
1299 Pennsylvania Avenue, NW
Washington, DC  20004-2400

Samir A. Bhavsar
Jeffrey D. Baxter
Baker Botts L.L.P.
2001 Ross Avenue
Dallas, TX  75201-2980

/s/ Richard D. Kirk (rk0922)
Richard D. Kirk

587422v1