appropriate service function to send the protected content to the user (block 186) and the server application invokes the transaction monitor to send an end transaction message to the session validator (block 188). The session validator updates the transaction entry with the transaction-specific information in the end transaction message (block 190).

In accordance with an important aspect of the present invention and as previously described, the system is adapted to periodically reauthenticate an active session to prevent unauthorized use by someone who no longer has a key 54 connected to his computer. With respect to the reauthentication process, and referring to FIG. 20, the process begins with a user in an active session requesting a protected resource (block 200). The server application forwards the request to the client authenticator (block 202) and communication headers are screened to see if they have a session ID (block 204). If there is no session ID, the client authenticator denies permission to the server application to service the request (block 206) and the server application directs the user to the login enforcer to start a new session (block 208). If the session ID is in the communication header, the client authenticator sends a check session message to the session validator (block 210).

The session validator searches for a session entry in its list of active sessions (block 212) and determines if an activate session entry was found (block 214). If not, the session validator sends an unsuccessful session response to the client authenticator (block 216) and the client authenticator denies permission to service the request (block 206). If an active session is found, then the session validator checks for the time of the last polling of the user's machine to determine if the access key 54 is present (block 218). The time duration is checked to determine if it exceeds the preset time limit (block 220), and if it has not, then the system goes to the transaction service and logging step (block 170) (see FIG. 19). If the time duration has exceeded the preset time limit, the session validator sends a session response to the client authenticator asking to poll for the user's access key (block 222). The client authenticator invokes the access key validator (block 224) and the access

-31-

P 031164

key validator then sends the check login message to client messenger with a new randomly generated challenge (block 226). The client messenger invokes the login interface (block 228) and the login interface invokes the access key interface (block 230). The access key interface polls the user's machine for the access key 54 (block 232) and a determination is made whether the access key is attached to the user's machine (block 234). If it is, then the program implements a session renewal (block 236). If it is not attached, the access key interface sends an error message to the login interface (block 238) and the login interface generates an error message to the client messenger (block 240) and the client messenger then sends an unsuccessful polling message to the access key validator which redirects the user to the login enforcer (block 242).

With respect to the session renewal and referring to FIG. 21, the access key interface reads the digital ID and submits it to the login interface (block 250) which submits the digital ID to the client cryptographer (block 252). The client cryptographer encrypts the digital ID using the challenge sent by the access key validator and sends it to the access key validator (block 254) which then sends a renew session message to the session validator with the encrypted digital ID (block 256). The session validator finds user session entry and validates the encrypted digital ID (block 258) and determines if the validation was successful (block 260). If not, the session validator sends an unsuccessful session response to the access key validator (block 262) and the access key validator redirects the user to the login enforcer to start a new session (block 264). If validation was successful, the session validator updates the session entry's time of last reauthentication (block 266) and sends a successful session response to the access key validator (block 268). The access key validator grants permission to the server application to process the user's request for protected resource (block 270) and then proceeds to the transaction service and logging step (block 170) (see FIG. 19).

With respect to session termination and referring to FIG. 22, the first step is to begin with the first session entry of a session list (block 280) and the session terminator

-32-

P 031165

checks the difference between the current time and the time of the last request (block 282).
If the time difference did not exceed the idle time limit (block 284), the program determines
if it was the last session entry in the session list (block 286) and if it was, then the session is
terminated (block 288). If it was not the last session entry in the list, the program fetches the
next session entry in the list (block 288) and return to block 282. If the time difference did
exceed the idle time limit, the session terminator tags the session entry as inactive (block
290) and sends all session usage data to the clearinghouse's usage data server (block 292).
The usage data server updates the clearinghouse database with the session usage data (block
294) and the program determines if the update was successful (block 296). If not, the usage
data server sends an unsuccessful message confirmation to the session terminator (block 298)
and the session terminator then sends an error message to the system administrator (block
300). If the update was successful, the usage data server sends a successful message
confirmation to the session terminator (block 302) and the session terminator then removes
the session entry from the session list (block 304).

        In accordance with another important aspect of the present invention, the
system is adapted to track usage as indicated in the flow chart of FIG. 23. A usage tracking
collector sends an initiate usage tracking message to the client messenger (block 310) which
generates a random challenge and sends it to the usage tracking collector (block 312). The
collector encrypts the server application's password using the random challenge and sends
a usage tracking command to the client messenger with the encrypted password (block 314).
The client messenger invokes the server authenticator to authenticate the server application's
password (block 316) and determines if the authentication was successful (block 318). If not,
the client messenger displays the server authentication error message to the user (block 320).
If the authentication was successful, the client messenger invokes the network user tracker
to collect all network usage data and sends it to the usage tracking collector (block 322)
which then sends the network usage data to the clearinghouse's network usage tracking server

P 031166

(block 324) and the server updates the clearinghouse database with the network usage data (block 326).

In accordance with still another important aspect of the present invention, the system is adapted to provide copyright or intellectual property protection for preselected contents in the sense that if the content is designated as being protected, a user will be prevented from copying the content in any of the traditional ways. The web browser is selectively disabled from performing print, save or cut/copy/paste functions. During the communication between the user and the server application, the user application looks into the communication headers to see if there are any instructions relating to copyright protection. The copyright protection instruction includes a command to implement the protection and an integer that denotes the level of copyright protection that needs to be implemented. There are preferably seven different levels of protection available, which prohibits selective combinations of print, save and cut/copy/paste disabling, with the highest level 1 preventing all three of these functions. The implementation of the copyright or intellectual property protection is set forth in the flow charts of FIGS. 24-27, with FIG. 24 illustrating the steps that occur for copying contents that are not protected. A user requests the contents from a server application through a client or user application (block 330) which results in the server application sending the contents to the client application (block 332). The client application displays the contents to the user with the options of print, save and cut/copy/paste enabled. The user must then choose which of the three options to implement (block 336). If the user chooses one of the three, the client application recognizes the user selection in the form of a unique message of either print, save or cut/copy/paste command (block 338) and which of those options is chosen is then determined (blocks 340, 342, 344) which results in activation of the particular function (block 346, 348, 350). Invoking one of these then results in the application ending (block 352).

With respect to copyright protected material, the flow chart of FIG. 25 shows

-34-

P 031167

that when the user ~~requested~~ *requests* the copyrighted contents from the server application through the user or client application (block 360), the server application authenticates the user's session through the client authenticator (block 362). The server application reads the copyright level of protection for the content from the content headers (block 364) and puts the copyright instruction in the communication headers (block 366). The server application then sends the copyrighted contents to the client application (block 368) and the client application finds the copyright instruction in the communication headers (block 370). The client application then invokes the client messenger (block 372) which determines the copyright protection level from the instruction and invokes the content controller (block 374). The content controller subclasses the client application to gain control of the client application functions (block 376) and displays the contents to the user (block 378). The program then determines if the user chose a print, save or cut/copy/paste function (block 380), which if not, ends the program (block 382). If the user did choose one of these options, then the copyright protection process (block 384) is invoked. This is shown in FIG. 26 beginning with block 390 and the determination of whether the user chose a print, save or cut/copy/paste option (block 392) which if not, ends the program (block 394). However, if one of those options were chosen, the subclass client application recognizes the user's selection as a unique message for either print, save or cut/copy/paste (block 396) and the subclass client application forwards the user message to the content controller (block 398). The program determines whether the message was a print message (block 400) which if yes, results in the program determining if print is allowed by the copyright level (block 402), and if it does, results in the content controller invoking the print function (block 404). If it does not allow the print function, then the content controller displays a copyright notice prohibiting printing of the contents (block 406). If it was not a print message, the program determines if it was a save message (block 408) and if so, the program determines if save was allowed by the copyright level (410) which if it is, results in the content controller invoking

-35-

P 031168

the save function (block 412). However, if it does not allow the save function, the content controller displays the copyright notice again saving contents (block 414). If the message was not a print or a save function, the program determines if it was a cut/copy/paste message (block 416) which if it is, results in the determination of whether the copyright level permits this function (block 418). If it does, then the cut/copy/paste function is invoked (block 420) and if not, results in the copyright notice prohibiting this action (block 422).

For implementing the copyright protection process in a web environment, the flow chart for this is shown in FIG. 27. The initial block has the user input URL for copyrighted HTML using a web browser (block 430) and the web server sends the copyrighted HTML document (block 432). The browser finds the embedded tag for copyright plug in and invokes the plug in (block 434). The plug in reads copyright parameter which defines the right copyright level (block 436). The plug in subclasses the web browser window where HTML contents are displayed (block 438) and the user ~~determines whether the user~~ *chooses* one of the print, save or cut/copy/paste options (block 440). If not, the program is ended (block 442). However, if a print, save or cut/copy/paste option is chosen, the plug in traps the window's message for the user command (block 444) and determines if it is a print message (446), a save message (block 448) or cut/copy/paste message (block 450). If it was a print message, the program determines whether the copyright level allows print (block 452) which if it does, permits printing (block 454) or if not, displays a message indicating that printing is not permitted. If it was a save message, the program determines whether the level allows the material to be saved (block 458). If it does, then the material allows the contents to be saved (block 460) or if not, displays a message prohibiting saving (block 462). Finally, if the message was a cut/copy/paste message, the program determines if the level permits this to be done (block 464) which if it does permit it (block 466) or if not, displays a message indicating as much.

In accordance with another important aspect of the present invention, and

-36-

P 031169

referring to FIG. 28, the access key 54 is shown in the illustrated functional block diagram. The access key is an external hardware device such as the a Sentinel Superpro device manufactured by Rainbow Technologies of Irvine, California. The key 54 attaches to the personal computer of the subscriber, preferably on the parallel port of an IBM-compatible personal computer or the ADB port on a Macintosh computer. The major function of the key 54 is to uniquely identify a user that desires to access the computer resources of an untrusted network such as the Internet. It is used in conjunction with the user name and password to provide two factor authentication. Generally, two factor authentication provides that something is known, such as the name and password and something is held, such as the physical key that is attached to the computer, or built into the computer. While the Rainbow Sentinel Superpro is the preferred embodiment for an access key, it should be understood that the two factor authentication could be provided by some other physical device such as a credit card, a key, an ATM card, or the like which is known to have been assigned and given to a specific person.

Turning to FIG. 28, the access key 54 includes a port interface 480 which provides an interface to support the personal computer of the subscriber 36. Interfaces may include, but are not limited to, parallel, serial and keyboard ports. The access key is transparent to the personal computer interface being utilized and does not prohibit the personal computer interface from being used in a normal fashion. In the Rainbow Sentinel Superpro key, it is preferred that the key be connected to the parallel port which is transparent to the printing function. The key also includes a data bus buffer 482 which provides a minimum internal data bus of eight bits regardless of the port interface configuration. A read/write control logic block 484 manages all the internal and external transfer of data controlled status. A control register 486 initializes the functional configuration of the access key 54. A status register 488 contains the result of the last operation performed using the control register 486 on the read/write control logic 484. A

-37-

P 031170

message digest encryption block 490 is used to encrypt both a nonvolatile general purpose memory 492 during memory read and password read operations. The message digest encryption engine accepts a seed value from the port interface 480 that can be used to uniquely encrypt the data being read. The memory 492 contains a minimum of 1024 bytes of data which can be used for storage of information which personally identifies the user. This information can include, but is not limited to a digital certificate. A password register 494 accepts a minimum of a 64 bit password from the port interface 480 and a password comparator 496 performs a logical XOR on the contents of the password register in the contents of the nonvolatile password memory 492. When the contents of the password register 494 are equal to the contents of the nonvolatile password memory 498, several operations can be performed, including the following: read the nonvolatile general purpose memory, read the encrypted nonvolatile password memory, write the nonvolatile general purpose memory, write the nonvolatile password memory and write a seed value to the message digest encryption engine. The nonvolatile password memory contains a minimum of a 64 bit password. The password is set to a known default value at the time of manufacture but can be reprogrammed at any time.

In accordance with another aspect of the present invention, the manner in which messages are sent among the various components will now be described in connection with the preferred embodiments of the programs that are utilized by the system. In this regard, the following is a listing of the software products that are part of the preferred embodiment of the present invention. The documents identified are specifically incorporated by reference.

Subscription Database

Product: Sybase SQL Server XI

-38-

P 031171

Installing Sybase SQL Server for Windows NT
    Sybase SQL Server Release 11.0.x
    Document ID: 34714-1101-02
    Last Revised: March 6, 1996

Introducing Sybase SQL Server for Windows NT
    Sybase SQL Server Release 11.0.x
    Document ID: 31965-1101-02
    Last Revised: February 10, 1996

Configuring and Administering Sybase SQL Server for Windows NT
    Sybase SQL Server Release 11.0.x
    Document ID: 36446-1101-02
    Last Revised: February 22, 1996

Installing Sybase Products on Sun Solaris 2.x (SPARC)
    Open Client/Server Release 11.1.x
    Document ID: 35075-1100-03
    Last Revised: September 10, 1996

Open Client/Server Configuration Guide for UNIX
    Open Client/Server Release 11.1.x
    Document ID: 35831-1100-02
    Last Revised: August 21, 1996

Open Client/Server Programmer's Supplement for UNIX
    Open Client/Server Release 11.1.x
    Document ID: 35456-1100-04
    Last Revised: August 23, 1996

Sybase SQL Server Utility Programs for UNIX
    Sybase SQL Server Release 10.0
    Document ID: 30475-01-1000-04
    Change Level: 1
    Last Revised: February 1, 1994

Sybase SQL Server System Administration Guide
    Sybase SQL Server Release 10.0

P 031172

1       Document ID: 32500-01-1000-03
2       Change Level: 3
3       Last Revised: June 17, 1994

4  Sybase SQL Server Reference Manual: Volume 1 Commands, Functions, and Topics
5       Sybase SQL Server Release 10.0
6       Document ID: 32401-01-1000-03
7       Change Level: 2
8       Last Revised: June 17, 1994

9  Sybase SQL Server Reference Manual: Volume 1 System Procedures and Catalog
10  Stored Procedures
11      Sybase SQL Server Release 10.0
12      Document ID: 32402-01-1000-03
13      Change Level: 2
14      Last Revised: June 17, 1994

15  Sybase SQL Server 11 Unleashed
16      by Ray Rankins, Jeffrey R Garbus, David Solomon, and Bennett W McEwan
17      ISBN # 0-672-30909-2
18      Library of Congress Catalog Card # 95-72919
19      Sams Publishing, 201 West 103rd Street, Indianapolis, IN 46290
20      Copyright © 1996

21  Sybase Developer's Guide
22      by Daniel J Worden
23      ISBN # 0-672-30467-8
24      Library of Congress Catalog Card # 93-87172
25      Sams Publishing, 201 West 103rd Street, Indianapolis, IN 46290
26      Copyright © 1994

27  <u>ODBC Driver</u>

28  Intersolv DataDirect ODBC Drivers
29      October 1995
30      9420 Key West Avenue
31      Rockville, Maryland 20850
32      MA-ODBC-211-DREF

P 031173

1   Intersolv DataDirect ODBC Drivers Installation Guide
2       Windows, Windows 95, Windows NT, and OS/2
3       October 1995
4       9420 Key West Avenue
5       Rockville, Maryland 20850
6       MA-ODBC-211-INST

7   Intersolv ServiceDirect Handbook
8       Fourth Edition 11/95
9       Copyright © 1995
.0      Intersolv, Inc.
.1      9420 Key West Avenue
.2      Rockville, Maryland 20850
.3      QCS95-S-0231

    Inside ODBC by Kyle Geiger
        ISBN # 1-55615-815-7
        Library of Congress Catalog Card # 95-18867
        Microsoft Press
        Copyright © 1995

    Server Application (Web Server)

    Product: Netscape Enterprise Server

    Netscape Enterprise Server  Version 2.0 Administrator's Guide
        Copyright © 1996
        Netscape Communications Corporation
        501 East Middlefield Road
        Mountain View, CA 94043
        802-7610-10

    Netscape Enterprise Server  Version 2.0 Programmer's Guide
        Copyright © 1996
        Netscape Communications Corporation
        501 East Middlefield Road
        Mountain View, CA 94043
        802-7611-10

-41-

P 031174

1    Client Application (Web browser)

2    Product: Netscape Navigator

3    Netscape Navigator Gold Authoring Guide
4            Copyright © 1996
5            Netscape Communications Corporation
6            501 East Middlefield Road
7            Mountain View, CA 94043
8            802-7612-10

9    Using Netscape
.0            ISBN # 0-7897-0211-8
11           Library of Congress Catalog # 95-67809
12           Copyright © 1995
13           Que Corporation
14           201 W. 103rd Street
15           Indianapolis, IN 46290

16   Access Key

17   Product: Rainbow Technologies' Sentinel SuperPro Key

18   Sentinel SuperPro Software Protection Developer's Guide
19           by Rainbow Technologies
20           Part Number 700141-001 Revision D
21           Software Releases 4.0 and Later
22           Driver Releases 5.0 and Later
23           Copyright © 1991-1995 Rainbow Technologies, Inc.
24           50 Technology Drive, Irvine, CA 92718

25           The distributed architecture of the system software enables multiple web

26   servers 69, each of which may host their own copy of a server 34 to communicate and

27   interact with one or more clearinghouses 30.  As shown in FIG. 29, there are multiple servers

28   69 residing in a geographically distributed manner on the Internet, each one of them with

29   their own copy of a subscription access server.  The clearinghouse 30 contains the enterprise

-42-

P 031175

wide subscription database, the usage and demographics data warehouse, and controls the authentication and authorization of subscribers on all the web servers 69.

When a subscription access subscriber attempts to access any subscription access protected content from any one of these web sites, the respective server 69 for that web site will need to authenticate the subscriber. In order to perform subscriber authentication, the subscription access server will need to interact with the system clearinghouse 30, which it does by establishing and maintaining a communication line between itself and the clearinghouse. The information transmitted on this communication line is encrypted using a public/private key mechanism so that only authentic servers and an authentic subscription access clearinghouse can communicate with each other. The server 69 also implements the same mechanism in sending usage transaction data to the subscription access clearinghouse's data warehouse.

The other subscription access servers interact with the subscription access clearinghouse 30 in the same manner. Thus an online content provider can host several geographically distributed Internet web sites. Once a subscription access subscriber is authenticated at one of the system enabled web sites, that subscriber can access other subscription access enabled web sites transparently using the same username, password, and the optional access key 54, without having to reenter username and password information. All the usage transaction data generated by the subscriber on all these different enabled web sites will be reported back to the clearinghouse, regardless of how the subscriber accesses the different enabled web servers 69.

In the configuration of FIG. 29, all the servers were being controlled by the same clearinghouse 30. However, the distributed architecture of subscription access can be further extended to allow multiple subscription access servers to interact with multiple clearinghouses 30. As shown in FIG. 30, there are two subscription access clearinghouses-- clearinghouse A in Omaha, and clearinghouse B in Chicago. Each clearinghouse contains

-43-

P 031176

the business rules for subscription services, enforced by the individual clearinghouse's enterprise wide subscription database. Assume that subscriber "a" is registered with subscription access clearinghouse A, and subscription access subscriber "b" is registered with subscription access clearinghouse B. Since each server 69 can protect several different subscriptions at the same web site, the server can be configured to protect different subscriptions through different subscription access clearinghouses. For example, server 1 in Boston can be hosting two separate subscriptions--subscription A and subscription B, and subscription A is available for subscribers who are registered at subscription access clearinghouse A, and subscription B is for clearinghouse B subscribers. In this case, the server is doing all the authentication, authorization and usage data updates for subscription A through clearinghouse A, and subscription B through clearinghouse B. This scenario fits perfectly for an information provider like entity who wants to provide hosting services for different content publishers. The provider can run a web site with a copy of the subscription access server, and host different subscription contents through the subscription access server, where different subscriptions services are being controlled by different subscription access clearinghouses.

This also presents the possibility of subscription access clearinghouses forming alliances with one another. For instance, in our example above, let's suppose clearinghouse A and clearinghouse B form a joint agreement that they will let each other's subscribers access each other's subscription services, and each clearinghouse will pay a share of the dividend to the other based on subscription usage. In order to do this, system servers will need to be configured to perform authentication from both clearinghouses. As a result, a subscriber who is registered with clearinghouse A can access subscription services which fall under clearinghouse B.

With regard to the case of server 1 hosting subscriptions A and B, since now a subscription access subscriber registered with clearinghouse A can also access subscription

-44-

P 031177

services that fall under clearinghouse B, subscriber "a" should be able to access subscription B through server 1. In order to do this, the server 1 will need to change its configuration so that it is able to separate clearinghouse A subscribers from clearinghouse B subscribers. When subscriber "a" tries to access protected contents, subscription access server 1 will interact with subscription access clearinghouse A to do authentication, and if it is subscriber "b", subscription access server 1 will interact with subscription access clearinghouse B.

However, the usage data for a particular subscription will be sent to the clearinghouse who owns the subscription. So even if subscribers from clearinghouse A can now access subscription B, all their usage data will still be sent to clearinghouse B. Thus, all of subscriber "a" is usage data regarding subscription B and go to clearinghouse B. In this way, clearinghouse B knows how many subscribers from other clearinghouses have accessed subscriptions that belong to clearinghouse B, and based on that data, clearinghouse B will be able to charge other subscription access clearinghouses.

The Internet Subscription Access (ISA) system is the preferred embodiment of the present invention in the web environment. The following table lists the ISA software components as they relate to the present invention:

| Preferred Embodiment Component | ISA software component |
| --- | --- |
| Clearinghouse user authentication daemon | userauthd |
| Clearinghouse usage daemon | usaged |
| Clearinghouse URL tracking daemon | urltrackd |
| Clearinghouse administration software | ch_admin.exe |
| ISA Server Session Manager | sessiond |
| ISA shard object for Web server | isa.so |

-45-

P 031178

| | | |
|---|---|---|
| 1 | ISA log-in CGI's | start_login.cgi |
| 2 | | login.cgi |
| 3 | | vrfypswd.cgi |
| 4 | ISA reauthentication CGI's | check_key.cgi |
| 5 | | verify_key.cgi |
| 6 | URL tracking CGI | urltracking.cgi |
| 7 | ISA online application CGI's and HTML | application.html |
| 8 | | application.cgi |
| 9 | | subscriber.cgi |
| 10 | | verify_applicant.cgi |
| 11 | ISA online activation CGI's | activate.cgi |
| 12 | | check_activate.cgi |
| 13 | ISA password change CGI's | pswd_chg_form.cgi |
| 14 | | chg_pswd.cgi |
| 15 | ISA Site Administration CGI's | add_profile.cgi |
| 16 | | del_subs.cgi |
| 17 | | srvconf.cgi |
| 18 | | admin_subs.cgi |
| 19 | | profile.cgi |
| 20 | | stadmin.cgi |
| 21 | | chng_srvconf.cgi |
| 22 | | data_dumprestore.cgi |
| 23 | | smgr_restart.cgi |
| 24 | | upd_profile.cgi |
| 25 | | data_recovery.cgi |
| 26 | | smgr_start.cgi |

-46-

**P 031179**

|   |   |   |
|---|---|---|
|   |   | upd_subs.cgi |
|   |   | del_profile.cgi |
|   |   | smgr_stop.cgi |
|   | ISA Subscriber software | ISA Client Plug-in |
|   |   | ISA ActiveX component |

Following is a description how these ISA components can be configured, initialized, and how their day-to-day operation can be monitored. It should be understood that the component names used in these descriptions are specific to ISA, and the procedures described to perform the day-to-day operation are specific to ISA components, more so as an example of the preferred embodiment of the present invention in the web environment.

With respect to the configuration files that are necessary for operating the various software components of the system, each component has its own configuration file as shown below:

| Daemon/Server | Configuration Filename |
|---|---|
| User Authentication | userauthd.conf |
| Usage | usaged.conf |
| URL Tracking | urltrackd.conf |
| Session Manager | sessiond.conf |
| Web Server | magnus.conf |
|   | obj.conf |
|   | mime.types |

Each daemon accepts the name of its configuration file as a command line argument when starting the daemon. The format of the command line is:

<daemon name> <configuration file>.

The clearinghouse daemons can be started by using standard shell scripts.

For the user authentication daemon (userauthd.conf), the following configuration files apply:

-47-

**P 031180**

| Parameter | Description |
| --- | --- |
| logdir | Absolute pathname specification of the directory which this daemon is to create its log files in. Two instances of the same daemon type (e.g., userauthd) cannot log to the same directory. The daemon will not start up if it is unable to write to the directory. |
| service | Specifies the TCP port number which the daemon is to use to listen for requests. This can be a numeric or alphanumeric entry. If the entry is alphanumeric, there should be a corresponding entry in the /etc/services/ file. |
| dbserver | The name of the database server to connect to. This entry should correspond to an entry in the database server interface file. |
| dname | The name of the database to use. A database server can control many databases. |
| dbuser | The name of the database user to use when connecting to the database. Database users can be used to control what processes (or daemons) can connect to the database and also what permissions they have when they connect. Typically all clearinghouse components will use the same database server name, database name, database username and hence database user password entries in their configuration files. |
| dbpswd | The password to use for the above database user. The file permissions for this configuration should be set according knowing that it contains a database username and password. |

For the usage daemon (usaged.conf), the following configuration files apply:

-48-

P 031181

| Parameter | Description |
| --- | --- |
| logdir | Absolute pathname specification of the directory which this daemon is to create its log files in. Two instances of the same daemon type (e.g., usaged) cannot log to the same directory. The daemon will not start up if it is unable to write to the directory. |
| service | Specifies the TCP port number which the daemon is to use to listen for requests. This can be a numeric or alphanumeric entry. If the entry is alphanumeric, there should be a corresponding entry in the /etc/services/ file. |
| dbserver | The name of the database server to connect to. This entry should correspond to an entry in the database server interface file. |
| dname | The name of the database to use. A database server can control many databases. |
| dbuser | The name of the database user to use when connecting to the database. Database users can be used to control what processes (or daemons) can connect to the database and also what permissions they have when they connect. Typically all clearinghouse components will use the same database server name, database name, database username and hence database user password entries in their configuration files. |
| dbpswd | The password to use for the above database user. The file permissions for this configuration should be set according knowing that it contains a database username and password. |

-49-

P 031182

For the URL tracking daemon (urltrackd.conf), the following configuration files apply:

| Parameter | Description |
|---|---|
| lockfile | Absolute filename specification of a file to use to ensure that only one copy of the URL tracking daemon is running. |
| logfile | Absolute filename specification of the *basename* which this daemon uses when creating log files. The daemon will add two suffixes to the basename: the date and a process ID number. The basename will become basename.mmdd.pid. If the logfile entry were /export/local/chouse/urltrack/log/ urltrackd.log then the complete filename would be: /export/local/chouse/urltrack/log/ urltrackd.log.0501.11313. |
| service | Specifies the TCP port number which the daemon is to use to listen for requests. This can be a numeric or alphanumeric entry. If the entry is alphanumeric, there should be a corresponding entry in the /etc/services file. |
| dbserver | The name of the database server to connect to. This entry should correspond to an entry in the database server interface file. |
| dname | The name of the database to use. A database server can control many databases. |
| dbuser | The name of the database user to use when connecting to the database. Database users can be used to control what processes (or daemons) can connect to the database and also what permissions they have when they connect. Typically all clearinghouse components will use the same |

-50-

P 031183

database server name, database name, database username and hence database user password entries in their configuration files.

dbpswd     The password to use for the above database user. The file permissions for this configuration should be set according knowing that it contains a database username and password.

For the session manager (sessiond.conf), the following configuration files apply:

| Parameter | Description |
| --- | --- |
| SESSIOND_UDP_PORT | Specifies the UDP port which the session manager will use to list for requests from CGI programs. |
| SESSIOND_TCP_PORT | Specifies the TCP port which the session manager will use to listen for replies from the clearinghouse. |
| CLEARINGHOUSE_HOST | The UNIX host name that the clearinghouse server is running on. When the session manager communicates with the clearinghouse, this entry forms part of the address. |
| CLEARINGHOUSE_PORT | This entry specifies the TCP port which the session manager should use when communicating with the clearinghouse usage daemon. The session manager uses this entry and the CLEARINGHOUSE_HOST entry to build the complete address for the usage daemon. This port number should match the port number defined in the *service* entry of the usage daemons configuration file. |

-51-

P 031184

| | | |
|---|---|---|
| CLEARINGHOUSE_URL_PORT | This entry specifies the TCP port which the session manager should use when communicating with the clearinghouse URL tracking daemon. The session manager uses this entry and the CLEARINGHOUSE_HOST entry to build the complete address for the URL tracking daemon. This port number should match the port number defined in the *service* entry of the URL tracking daemons configuration file. |
| CLEARINGHOUSE_AUTH_PORT | This entry specifies the TCP port which the session manager should use when communicating with the clearinghouse user authentication daemon. The session manager uses this entry and the CLEARINGHOUSE_HOST entry to build the complete address for the user authentication daemon. This port number should match the port number defined in the *service* entry of the user authentication daemons configuration file. |
| COMPANY_NO | Unique ID assigned to each company defined with the subscription access server system. |
| SUBSCRIPTION_ID | Unique ID assigned to each subscription defined for a company in the subscription access server system. |
| KEYCHECK_INTERVAL | The number of seconds that will elapse before the subscription access server asks the browser to check for the existence of the access key. |
| REFRESH_TIME | The amount of time (in seconds) that must expire without any session activity before a session is considered inactive and terminated. |
| SESSION_REFRESH_INTERVAL | The amount of time (in seconds) that must elapse with no new connection requests to the subscription access server, which will cause the |

-52-

P 031185

| | | |
|---|---|---|
| | | subscription access server to stop listening for incoming connections and go examine the its internal session table to see if any sessions have become idle (refresh time has expired for the session). It will clean up idle sessions and resume listening for incoming connection requests. |
| | LOCAL_URL_TRACK | Indicates if the URL tracking data is stored on a local database as well as being sent to the subscription access clearinghouse for storage. Valid entries are YES or NO. |
| | LOCAL_USAGE_TRACK | Indicates if the usage tracking data is stored locally as well as being sent to the subscription access clearinghouse for storage. Valid entries are YES or NO. |
| | MAX_RESEND_NO | If the subscription access server does not get a confirmation message back from the subscription access clearinghouse for information it sent to the subscription access clearinghouse, the subscription access server will resend the data until we get a confirmation message or until the maximum times to resend usage data has been exceeded. |
| | ADMIN_EMAIL_ADDR | When an event occurs that requires intervention from an administrator, notification is sent to this email address. |
| | MAIL_BIN | Absolute filename specification of the program to use to send email notification to the person defined in ADMIN_EMAIL_ADDR. |
| | URLTRACK_INTERVAL | Specifies the duration between URL tracks. Duration is specified in minutes. |

-53-

P 031186

| | | |
|---|---|---|
| USAGE | | This defines the granularity of the usage data which the session manager records about a session. There are two valid entries: SESSION or TRAN. TRAN indicates that the session manager should record information about every transaction which occurred in a session. SESSION indicates that only information regarding the session should be stored, i.e., session start and end times, user ID, number of transactions which occurred in session manager. |
| LOCAL_AUTHENTICATION | | Indicates if user authentication should be performed against a local database as opposed to the clearinghouse database. Valid entries are YES or NO. YES indicates that authentication should be performed locally, while NO indicates the opposite. |
| RUNTIME_DIR | | This is the default directory for the subscription access server. Here is where the subscription access server will create log files and other dynamic run time files required for successful operation. |

For the web server (magnus.conf), in order that the system shared object 66 component works correctly with the web server, the following changes need to be made to the *magnus.conf* file:

```
#
# load the subscription access specific NSAPI functions
#
Init fn=load-modules shlib=/usr/ns-home/bin/load_modules/isa.so
funcs=init-isa,restrict-by-isa,log-end,restrict-by-rpa
#
#call init-isa to initialize isa server specific NSAPI
#variables
#
Init fn=init-isa
```

-54-

P 031187

```
Sm_host=localhost
login_url=http://10.199.199.7/cgi-bin/gatekpr/login.cgi
keycheck_url=http://10.199.199.7/cgi-bin/gatekpr/check_key.cgi
smerr_url=http://10.199.199.7/gatekpr/session_err.html
accessd_url=http://10.199.199.7/gatekpr/accessd_err.html
urltrack_url=http://10.199.199.7/cgi-bin/gatekpr/track_test.cgi
```

It should be noted that all the <variable>=<value> pairs listed above should appear on the line beginning *Init if* and should be separated with spaces. Each variable/pair value was listed on a separate line to aid clarity.

The following describes the meaning of each of NSAPI variables:

| | |
|---|---|
| Sm_host: | hostname or the IP address of the machine hosting session manager daemon(s) |
| login_url: | URL for the subscription access login CGI |
| keycheck_url: | URL for subscription access reauthentication CGI |
| smerr_url: | URL for error HTML for session manager errors (configurable) |
| accessd_url: | URL for the URL tracking CGI |
| urltrack_url: | URL for the URL tracking CGI |

For the web server (obj.conf), for each directory protected by the subscription access system, the following entries need to be inserted in *obj.conf*:

```
<Object ppath="/usr/ns-home/htdocs_unsecure/demosite/*">
PathCheck fn="restrict-by-isa"
log_head="prism_login.txt"
session_port="50420"
trailer="prism_tail.txt"
err_head="prism_err.txt"
digest="5"
AddLog fn="log-end"
</Object>
```

Once again, each entry was placed on a separate line for clarity but when adding them to the configuration file all the entries should be on the same line, separated by

-55-

P 031188

1  spaces.

2      The variable meaning is as follows:

3         log_head:         text file containing the HTML header tags for the login
4                                      page
5         session_port:   session manager's port number
6         trailer:            text file containing the HTML trailer tags for login page
7                                      and error pages
8         err_head:      text file containing the HTML header tags for error pages
9         digest:           message digest type to use for one-time-password
10                                     encryption (4-MD4; 5-MD5)

11     For the web server configuration file (mime.types), one line needs to be added
12 to the *mime.types* configuration file. The line is:

13                   type=application/x-protect       exts=pro

14     The positioning of the new line within the configuration file is not important.

15 Adding this line enables any file with the extension .pro to automatically invoke the client

16 side software to process the file.

17     With respect to routine operating procedures, there are general guidelines for

18 the orderly start up and shutdown of the system of the present invention. To start up the

19 system, there are a sequence of activities that are involved. First, each server should be

20 configured through its configuration files. Each of the clearinghouse servers is started by a

21 series of shell strips, which in a typical installation, will be in the directory named

22 /USR/local/isa/clearinghouse. The /USR/local part of the previous pathname was the

23 directory specified at installation time. The scripts are named *start_userauthd.sh*,

24 *start_usaged.sh* and *start_urltrackd.sh*. After the scripts are executed, the PS-EF command

25 is used to check if the following processes exist: userauthd, usaged and urltrackd. The next

26 step is to start up the database server which requires login as the user sybase. This login will

27 have an environment variable called SYBASE which defines what directory SYBASE was

28 installed to. It is necessary to move to the directory $SYBASE/bin. For each database server

-56-

P 031189

to be started, there is a filed called RUN_<SERVER_NAME>. If two database servers called isa and isa_backup were created during the installation, the start up files would be called RUN_ISA and RUN_ISA_BACKUP. This start up file should be used in conjunction with the startserver program. The exact syntax is: startserver {-f <startup files>}. To continue the example from above, the command would be: startserver -f RUN_ISA -f RUN_ISA_BACKUP.

With respect to the session manager, it can be started by a shell script and there will be one instance of the session manager per subscription per company. If the installation directory was specified to be /usr/local then the session manager start up scripts will be found at /usr/local/isa/sessionmgr. The naming convention for the start up scripts is: start_<subscription name>.sh. Each subscription will have its own directory off of /usr/local/isa/sessionmgr.

With respect to the web server, once its configuration files have been modified as indicated above, the subscription access component will automatically be used once the web server is started. As web servers from different vendors require different start up procedures, it is assumed that this information is already known.

With respect to shutdown, of the system and particularly the web server, it is best to start with the subscription access server as this is the first point of contact for the user's browser. Like the start up procedure for the web server, the shutdown procedure will differ for each different web server.

With respect to the session manager, it is recommended that shutdown of it be done from within the server side administration program. The browser should be pointed at the URL where the server site administration program is located and the administer button for the session manager that is wanted to be stopped should be clicked. A data dump on the session manager should be performed before stopping it to avoid loss of data contained within the manager to be stopped. This is executed by entering the complete passname of

-57-

P 031190

the data dump file and clicking the data dump button. With respect to the clearinghouse, the clearinghouse daemons are shutdown using the kill command. The process identification numbers for each of the servers should be found by getting a list of all processes and searching for the process names of the start up procedures. Once the process identification numbers have been established, the command kill -9 <pid> {<pid>} should be used.

With respect to the database server, it can be shutdown using the following steps:

```
login into isql as the system administrator
type "shutdown <backup database server name>"
type "go"
type "shutdown"
type "go"

hadji:>isql -Usa -P -SISA
1> shutdown SYB_BACKUP
2> go
Backup Server: 3.48.1.1: The Backup Server will go down
immediately.
Terminating sessions.
1> shutdown
2> go
Server SHUTDOWN by request.
The SQL Server is terminating this process.
00:97/05/14 14:52:40.23 server  SQL Server shutdown by
request.
```

It should be understood from the foregoing that a subscription access system has been shown and described which enables an information provider to have total control over user access, rights management, billing, usage tracking and demographic capture over an untrusted network such as the Internet world wide web. The system has many desirable attributes and features which enable it to provide such functionality. Moreover, it is extremely flexible in that it can operate to function with multiple servers and multiple

-58-

P 031191

clearinghouses if desired. The system can be used to designate content, such as copyrighted material, so that the material cannot be copied in any of the traditional ways. Moreover, two-factor authentication enables the system to frequently determine if a user is authentic and the system also functions to authenticate servers as well. A prominent feature of the system of the present invention is that it provides a secure platform for information providers to publish subscription contents to the world wide web in a way that assures revenue generation.

While various embodiments of the present invention have been shown and described, it should be understood that other modifications, substitutions and alternatives are apparent to one of ordinary skill in the art. Such modifications, substitutions and alternatives can be made without departing from the spirit and scope of the invention, which should be determined from the appended claims. ·

Various features of the invention are set forth in the appended claims.

-59-

P 031192

## WHAT IS CLAIMED IS:

*Sub 64*

1.     A system for controlling the operation of and access to selected computer resources of at least a first server computer by at least one subscriber client computer via an untrusted network in an operating session, without necessarily controlling access to other computer resources provided by the first server computer and by other server computers and nonsubscriber client computers, comprising:

clearinghouse means for storing identity data of said first server computer and the identity data of each of said subscriber client computers;

server software means installed on said first server computer adapted to forward its identity data and identity data of each subscriber client computer to said clearinghouse means at the beginning of an operating session in which access to selected computer resources of said first server computer is requested;

client software means installed on each of said subscriber client computers adapted to forward its identity data to said first server computer at the beginning of an operating session in which access to selected computer resources is requested;

said clearinghouse means being adapted to authenticate the identity of said subscriber client computer responsive to a request for selected computer resources of said first server computer by a subscriber client computer;

said clearinghouse means being adapted to authenticate the identity of said first server computer responsive to said subscriber client computer making the request for selected computer resources of said first server computer;

said clearinghouse means being adapted to permit access to said selected computer resources responsive to successful initial authentication of said first server computer and of said subscriber client computer making said request.

-60-

P 031193

2.    A system as defined in claim 1 wherein the untrusted network is the
Internet.

3.    A system as defined in claim 1 wherein each of said subscriber client
computers includes a hardware key connected thereto adapted to generate a predetermined
digital identification, which identification is part of said identity data.

*3.*
4.    A system as defined in claim 1 3 wherein said subscriber client computer
identity data includes a client name, a client password and said predetermined digital
identification.

5.    A system as defined in claim 3 wherein said first server computer
intermittently requests said subscriber client computer to forward said predetermined digital
identification to said first server computer *during an operating session* to thereby confirm that said hardware key is
connected to said subscriber client computer.

6.    A system as defined in claim 5 wherein successive ones of said
intermittent requests occur at predetermined time intervals.

*5.*
7.    A system as defined in claim 1 wherein said clearinghouse means
provides authentication confirmation data to said subscriber client computers and to said first
server computer when the identities of the same are authenticated, said authentication
confirmation data being encrypted in subsequent communications from each of said first
server computer, subscriber client computer and clearinghouse means to another of said first
server computer, subscriber client computer and clearinghouse means.

-61-

P 031194

6.
8.    A system as defined in claim 6 wherein said first server computer has
the ability to change said predetermined digital identification of the hardware key connected
to each of said subscriber client computers, said changed predetermined digital identification
being transmitted to said clearinghouse means.

7.
8.    A system as defined in claim 1 further characterized in that it is adapted
to monitor the communications between said first server computer and each subscriber client
computer during operating sessions and acquire and store demographic data for each
subscriber client computer.

8.
10.    A system as defined in claim 7 wherein said demographic data
comprises personal profile information, including at least two of the following items of
information including: user name, user passwork, address, type of browser used, operating
system used, phone number, job title, name of employer, type of business, credit card
identification and credit card number.

10.
11.    A system as defined in claim 1 further characterized in that it is adapted
to monitor the communications between said first server component and each subscriber
client computer during operating sessions and acquire and store billing data based upon the
subscriber client computer's usage of server computer resources.

12.    A system as defined in claim 1 wherein each of said subscriber client
computers has an application for browsing the untrusted network, said first server computer
being adapted to designate specific resource content as being protected and to provide
predetermined protection data identifying said resource content as being protected when said
data is transmitted to one of said subscriber client computers responsive to a request for said

-62-

P 031195

6   resource content, said data being monitored by said subscriber client computer and

7   selectively disabling predetermined functionality of said application for said designated

8   specific resource content.

1          13.    A system as defined in claim 12 wherein said data defines a hierarchical

2   system of protection, whereby said application has selective functions which are disabled as

3   a function of the content of said protection data.

1          14.    A system as defined in claim 13 wherein said application has the

2   functional operations of print, save, cut/copy/paste, said protection data identifying various

3   combinations of said functional operations which are disabled.

1          15.    A system as defined in claim 1 further including at least two server

2   computers and at least two clearinghouse means, said server computers and clearinghouse

3   means being capable of being at separate physical locations.

1          16.    A system as defined in claim 5 wherein said demographic data

2   comprises the history of all URL sites visited by a subscriber client computer.

1          17.    A system as defined in claim 1 wherein said clearinghouse means is

2   adapted to operate as an independent entity and can provide said authentication operations

3   for multiple server computers.

1          18.    A system as defined in claim 1 wherein said server computer is adapted

2   to selectively query each of said subscriber client computers to generate said predetermined

3   digital identification, each of said subscriber client computers generating said digital

4   identification in response to said query.

<div align="center">-63-</div>

<div align="right">P 031196</div>

14.
15.    A system as defined in claim 16 wherein said server computer's selective querying of subscriber client computers occurs by operation of query algorithms, said server computer being adapted to change said query algorithms.

15
20.    A system as defined in claim 1 wherein said server computer is adapted to selectively prompt said subscriber client computers to enter its identity data including its username and password in the beginning of an operating session.

21.
21.    A system as defined in claim 19 wherein said server computer is adapted to selectively enable and disable said disabling predetermined functionality of said application for said designated specific resource content.

16.
22.    A system as defined in claim 1 wherein said first server computer is adapted to assign one of a plurality of authorization levels to the computer resources provided by said first server computer, said identity data of each of said subscriber client computers including a particular authorization level, said first server computer only permitting access to particular computer resources by a subscriber client computer that are permitted by said particular authorization level.

17.
23.    A system as defined in claim 16 wherein said computer resources are contained in a plurality of directories containing files, said authorization levels being assigned on a directory level.

18.
24.    A system as defined in claim 16 wherein said computer resources are contained in a plurality of directories containing files, said authorization levels being assigned on a file level.

-64-

P 031197

25.    A system for controlling the operation of and access to selected computer resources of at least a first server computer by at least one subscriber client computer via an untrusted network in an operating session, wherein each of said subscriber client computers has an application for browsing the untrusted network, said first server computer being adapted to designate specific resource content as being protected and to provide predetermined protection data identifying said resource content as being protected when said data is transmitted to one of said subscriber client computers responsive to a request for said resource content, said data being monitored by said subscriber client computer and selectively disabling predetermined functionality of said application for said designated specific resource content.

26.    A system as defined in claim 25 wherein said data defines a hierarchical system of protection, whereby said application has selective functions which are disabled as a function of the content of said protection data.

27.    A system as defined in claim 26 wherein said application has the functional operations of print, save, cut/copy/paste, said protection data identifying various combinations of said functional operations which are disabled.

28.    A method of controlling access to selected computer resources of at least a first server computer by at least one subscriber client computer via an untrusted network during an operating session, without necessarily controlling access to other computer resources provided by the first server computer and by other server computers and nonsubscriber client computers, comprising the steps of:

registering identity data of said first server computer and the identity data of each of said subscriber client computers and storing the registered identity data in a

-65-

P 031198

8  clearinghouse means associated with said first server computer and said subscriber client

9  computers;

0      requiring a subscriber client computer to forward its identity data to said

1  clearinghouse means at the beginning of an operating session in which access to selected

2  computer resources is requested;

3      attempting to authenticate the identity of said subscriber client computer from

4  said clearinghouse means responsive to a request for selected computer resources of said first

5  server computer by a subscriber client computer;

6      attempting to authenticate the identity of said first server computer from said

7  clearinghouse means responsive to said subscriber client computer making the request for

8  selected computer resources;

9      permitting access to said selected computer resources responsive to successful

10  initial authentication of said first server computer and of said subscriber client computer

11  making said request.

1      29.    A method as defined in claim 28 wherein each of said subscriber client

2  computers has a hardware key connected thereto adapted to generate a predetermined digital

3  identification, said registered identity data of each subscriber client computer including said

4  digital identification.

1  *Sub By*    30.    A method as defined in claim 29 wherein said subscriber client

2  computer identity data includes a client name, a client password and said predetermined

3  digital identification.

1      31.    A method as defined in claim 29 wherein access is permitted subsequent

2  to initial successful authentication only when said predetermined digital identification is

-66-

P 031199

forwarded to said clearinghouse means subsequently during an operating session by said subscriber client computer.

27.
22. A method as defined in claim 24 26 wherein said untrusted network is the Internet.

28.
33. A method as defined in claim 24 28 further including the steps of:

monitoring the communications between said first server computer and each subscriber client computer during operating sessions;

acquiring and storing usage data relating to said communications.

29.
34. A method as defined in claim 28 33 further including the step of:

acquiring and storing demographic data on each client computer.

30 -
35. A method as defined in claim 28 33 further including the step of:

acquiring and storing billing data based upon the subscriber client computer's usage of server computer resources.

31;
36. A method as defined in claim 24 28 29 wherein said first server computer can change the predetermined digital identification of a hardware key connected to a subscriber client computer.

-67-

P 031200

08/ 872710

# SUBSCRIPTION ACCESS SYSTEM FOR
# USE WITH AN UNTRUSTED NETWORK

## ABSTRACT OF THE DISCLOSURE

A system and method is disclosed for controlling access to computer resources using an untrusted network. The system preferably uses a hardware key connected to each subscriber client computer and adds software to the subscriber client computer and to the existing server computer. A clearinghouse is provided to store client and server identification data, including demographic data, including URL data, usage data and billing information. The clearinghouse authenticates the subscriber and server computers before an operating session occurs. For every new client session, a login mechanism requires the client computer to supply appropriate identification data, including a digital identification generated by the hardware key. The login parameters are verified by the clearinghouse and a session is then started. The system is adapted to protect preselected content from being printed or copied by a client using a web browser. The system architecture permits a geographical distributed system of multiple subscriber client computers, multiple server computers and multiple clearinghouses which can interact with each other.

F:\DATA\WP60\1608\61259\APPLIC1.DOC

-68-

P 031201

UTILITY

## DECLARATION AND POWER OF ATTORNEY

As a below named inventor, I hereby declare:

That my residence, post office address and citizenship are as stated below next to my name:

That I verily believe I am the original, first and sole inventor (if only one name is listed below) or an original, first and joint inventor (if plural inventors are named below) of the subject matter which is claimed and for which a patent is sought on the invention entitled

SUBSCRIPTION ACCESS SYSTEM FOR
USE WITH AN UNTRUSTED NETWORK

the specification of which
(check one)

[ x ]    is attached hereto.

[  ]    was filed on _____ as
         Application Serial No. _____
         and was amended on _____
                              (if applicable)

That I have reviewed and understand the contents of the above-identified specification, including the claims, as amended by any amendment referred to above.

That I acknowledge the duty to disclose information which is material to the examination of this application in accordance with Title 37, Code of Federal Regulations, §1.56(a).

That I hereby claim foreign priority benefits under Title 35, United States Code, §119 and §172 of any foreign application(s) for patent or inventor's certificate listed below and have also identified below any foreign application for patent or inventor's certificate on this invention having a filing date before that of the application on which priority is claimed:

| Prior Foreign Application(s) | | | Priority Claimed |
|---|---|---|---|
| (Number) | (Country) | (Day/Month/Year) | [ ] [ ]<br>Yes   No |
| (Number) | (Country) | (Day/Month/Year) | [ ] [ ]<br>Yes   No |
| (Number) | (Country) | (Day/Month/Year) | [ ] [ ]<br>Yes   No |

That I hereby claim the benefit under Title 35, United States Code, §120 of any United States application(s) listed below and, insofar as the subject matter of each of the claims of this application is not disclosed in the prior United States application in the manner provided by the first paragraph of Title 35, United States Code, §112, I acknowledge the duty to disclose material information as defined in Title 37, Code of Federal Regulations, §1.56(a) which occurred between the filing date of the prior application and the national or PCT international filing date of this application:

United States Application(s)

| (Appl. Ser.No.) | (Filing Date) | (Status) (patented, pending, abandoned) |
|---|---|---|
| (Appl. Ser.No.) | (Filing Date) | (Status) (patented, pending, abandoned) |

P 031202