That all statements made herein of my own knowledge are true and that all statements made on information and belief are believed to be true; and further that these statements were made with the knowledge that willful false statements and the like so made are punishable by fine or imprisonment, or both, under Section 1001 of Title 18 of the United States Code and that such willful false statements may jeopardize the validity of the application or any patent issuing thereon.

I hereby appoint the following attorneys and agents, with full power of substitution and revocation, to prosecute this application and to transact all business in the United States Patent and Trademark Office connected therewith and request that all correspondence and telephone calls in respect to this application be directed to GREER, BURNS & CRAIN, LTD., Suite 8660 - Sears Tower, 233 South Wacker Drive, Chicago, Illinois 60606, Telephone No. (312) 993-0080:

| Attorney | Registration No. |
|---|---|
| Roger D. Greer | 26,174 |
| Patrick G. Burns | 29,367 |
| Lawrence J. Crain | 31,497 |
| Steven P. Fallon | 35,132 |
| James K. Folker | 37,538 |
| Jonathan D. Feuchtwang | 41,017 |
| Patrick G. Gattari | 39,682 |

| | |
|---|---|
| Full name of sole or one joint inventor: | Richard L. Gregg |
| Inventor's signature: | *Richard L. Gregg* |
| Date: | 6-11-97 |
| Residence and Post Office Address: | 15679 Jackson Drive |
| | Omaha, Nebraska 68118 |
| Citizenship: | United States |

| | |
|---|---|
| Full name of additional joint inventor, if any: | Sandeep Giri |
| Inventor's signature: | *Sandeep Gi* |
| Date: | 6-11-97 |
| Residence and Post Office Address: | 5911 S. 98th Plaza |
| | Apt. 2A |
| | Omaha, Nebraska 68127 |
| Citizenship: | Nepal |

Address for Correspondence:    GREER, BURNS & CRAIN, LTD.
Suite 8660 - Sears Tower
233 South Wacker Drive
Chicago, Illinois 60606

A:\ADM078.2

P 031203

Full name of additional
joint inventor, if any:                    Timothy C. Goeke

Inventor's signature:                     _Timothy C. Goeke_

Date:                                     6-16-97

Residence and Post Office Address:        611 Mary Street

                                          Elkhorn, Nebraska  68022


Citizenship:                              United States


Full name of additional
joint inventor, if any:

Inventor's signature:

Date:

Residence and Post Office Address:


Citizenship:


Full name of additional
joint inventor, if any:

Inventor's signature:

Date:

Residence and Post Office Address:


Citizenship:

Address for Correspondence:               GREER, BURNS & CRAIN, LTD.
                                          Suite 8660 - Sears Tower
                                          233 South Wacker Drive
                                          Chicago, Illinois 60606
                                          (312) 993-0080

AAAD078.1

**P 031204**

Applicant or Patentee:   Richard L. Gregg, Sandeep Giri
          and Timothy C. Goeke         Docket No. 1608.61259

Serial or Patent No.:

Filed or Issued:

For:   SUBSCRIPTION ACCESS SYSTEM FOR USE WITH AN UNTRUSTED NETWORK

### VERIFIED STATEMENT (DECLARATION) CLAIMING SMALL ENTITY STATUS
### (37 CFR 1.9(f) AND 1.27(c) - SMALL BUSINESS CONCERN)

I hereby declare that I am

( )   the owner of the small business concern identified below:

( X )   an official of the small business concern empowered to act on behalf of the concern identified below:

NAME OF CONCERN:   PRISM RESOURCES

ADDRESS OF CONCERN:   2328 Bob Boozer Drive, Omaha, NE  68130

I hereby declare that the above identified small business concern qualifies as a small business concern as defined in 13 CFR 121.12, and reproduced in 37 CFR 1.9(d), for purposes of paying reduced fees to the United States Patent and Trademark Office, in that the number of employees of the concern, including those of its affiliates, does not exceed 500 persons. For purposes of this statement, (1) the number of employees of the business concern is the average over the previous fiscal year of the concern of the persons employed on a full-time, part-time, or temporary basis during each of the pay periods of the fiscal year, and (2) concerns are affiliates of each other when either, directly or indirectly, one concern controls or has the power to control the other, or a third party or parties controls or has the power to control both.

I hereby declare that rights under contract or law have been conveyed to and remain with the small business concern identified above with regard to the invention, entitled:

SUBSCRIPTION ACCESS SYSTEM FOR USE WITH AN UNTRUSTED NETWORK

by inventor(s):   Richard L. Gregg, Sandeep Giri and Timothy C. Goeke

described in:

( X )   the specification filed herewith.

( )   application serial no. _____, filed _____

( )   patent no. _____, issued _____

If the rights held by the above-identified small business concern are not exclusive, each individual, concern, or organization having rights to the invention is listed below* and no rights to the invention are held by any person, other than the inventor, who would not qualify as an independent inventor under 37 CFR 1.9(c) if that person made the invention, or by any concern which would not qualify as a small business concern under 37 CFR 1.9(e), or a nonprofit organization under 37 CFR 1.9(e). *NOTE: Separate verified statements are required from each named person, concern, or organization having rights to the invention averring to their status as small entities. (37 CFR 1.27)

NAME _____

ADDRESS _____

( ) INDIVIDUAL    ( ) SMALL BUSINESS CONCERN    ( ) NONPROFIT ORGANIZATION

I acknowledge the duty to file, in this application or patent, notification of any change in status resulting in loss of entitlement to small entity status prior to paying, or at the time of paying, the earliest of the issue fee or any maintenance fee due after the date on which status as a small entity is no longer appropriate. (37 CFR 1.28(b))

I hereby declare that all statements made herein of my own knowledge are true, and that all statements made on information and belief are believed to be true; and further that these statements were made with the knowledge that willful false statements and the like so made are punishable by fine or imprisonment, or both, under Section 1001 of Title 18 of the United States Code, and that such willful false statements may jeopardize the validity of the application, any patent issuing thereon, or any patent to which this verified statement is directed.

NAME OF PERSON SIGNING:   Richard L. Gregg

TITLE OF PERSON OTHER THAN OWNER:   President

ADDRESS OF PERSON SIGNING:   2328 Bob Boozer Drive, Omaha, NE  68130

SIGNATURE: _____     DATE: 6-11-97

ADM098.SBC/Small Entity/04-02-91

**P 031205**



• ISA Subscriber Software
• ISA Access Key (optional)

ISA Subscriber

*38*

*36*

• ISA Server Software
• ISA Site Administration Software

*42*

Web Server

*34*

Firewall

• ISA Subscriber Administration Software

Desktop P.C.

*32*

LAN

*40*

• ISA Clearinghouse Server Software
• ISA Clearinghouse Database
• SQL Server

Back End System

*30*

FIG. 1

User
Authentication
Daemon

*58*

Usage
Daemon

*60*

URL Tracking
Daemon

*62*

Clearinghouse
Database
Server

*56*

Clearinghouse
Administration
Software

*64*

*50*

FIG 5



FIG. 2

P 031207



FIG. 3



FIG 4



FIG 13

P 031209



FIG. 5



FIG. 6



FIG. 7

Session Manager
52
US  ST  MC

Usage Daemon
60

Clearinghouse Database Server
58

FIG. 8

URL Tracking CGIs
72
UD  UT

URL Tracking Daemon
62

Clearinghouse Database Server
56

FIG 9

Clearinghouse Administration Software
64

ODBC Driver
38

Clearinghouse Database Server
5

FIG 10

Web Browser | ISA Subscriber Software
36

Web Server
69
ISA Shared Object
66

Log-In CGIs
68

SR
CS  ET

Re-authentication CGIs
70

Session Manager
52

P 031211



FIG 11

FIG 12



FIG 14

FIG 15

# STARTING OF A SESSION



FIG 17.

## TRANSACTION SERVICE AND LOGGING



SESSION VALIDATOR ENTERS A NEW TRANSACTION-ENTRY FOR THE USER'S CURRENT SESSION — 180

SESSION VALIDATOR SENDS A SUCCESSFUL SESSION-RESPONSE (SR) TO CLIENT AUTHENTICATOR — 182

CLIENT AUTHENTICATOR GRANTS PERMISSION TO SERVER APPLICATION TO SERVICE THE USER'S REQUEST — 184

SERVER APPLICATION INVOKES THE APPROPRIATE SERVICE FUNCTION TO SEND THE PROTECTED CONTENT TO THE USER — 186

SERVER APPLICATION INVOKES TRANSACTION MONITOR TO SEND AN END TRANSACTION (ET) MESSAGE TO SESSION VALIDATOR — 188

SESSION VALIDATOR UPDATES THE TRANSACTION ENTRY WITH THE TRANSACTION-SPECIFIC INFORMATION IN THE ET MESSAGE — 190

FIG 19

P 031215

**REAUTHENTICATION**



FIG 20

P 031216



**SESSION RENEWAL**

ACCESS KEY INTERFACE READS THE DIGITAL ID AND SUBMITS IT TO LOG-IN INTERFACE — 250

LOG-IN INTERFACE SUBMITS DIGITAL ID TO CLIENT CRYPTOGRAPHER — 252

CLIENT CRYPTOGRAPHER ENCRYPTS DIGITAL ID USING THE CHALLENGE SENT BY ACCESS KEY VALIDATOR AND SENDS IT TO ACCESS KEY VALIDATOR — 254

FIG 24

ACCESS KEY VALIDATOR SENDS RENEW SESSION (RS) MESSAGE TO SESSION VALIDATOR WITH ENCRYPTED DIGITAL ID — 256

SESSION VALIDATOR FINDS USER'S SESSION-ENTRY AND VALIDATES THE ENCRYPTED DIGITAL ID — 258

262 — SESSION VALIDATOR SENDS AN UNSUCCESSFUL SESSION RESPONSE (SR) TO ACCESS KEY VALIDATOR

VALIDATION SUCCESSFUL? — 260

266 — SESSION VALIDATOR UPDATES THE SESSION-ENTRY'S TIME OF LAST REAUTHENTICATION

NO — YES

ACCESS KEY VALIDATOR REDIRECTS USER TO LOG-IN ENFORCER TO START A NEW SESSION — 264

SESSION VALIDATOR SENDS A SUCCESSFUL SESSION RESPONSE (SR) TO ACCESS KEY VALIDATOR

170

268

270

TRANSACTION SERVICE AND LOGGING

ACCESS KEY VALIDATOR GRANTS PERMISSION TO SERVER APPLICATION TO PROCESS USER'S REQUEST FOR PROTECTED RESOURCE

P 031217



**SESSION TERMINATION**

FIG 22

START FROM THE FIRST SESSION-ENTRY OF SESSION LIST — 280

SESSION TERMINATOR CHECKS THE DIFFERENCE BETWEEN THE CURRENT TIME AND THE TIME OF LAST REQUEST. — 282

FETCH NEXT SESSION-ENTRY IN SESSION LIST — 258

TIME DIFFERENCE EXCEEDED IDLE TIME LIMIT? — 284  YES →

SESSION TERMINATOR TAGS THE SESSION-ENTRY AS INACTIVE — 290

NO

LAST SESSION-ENTRY IN THE SESSION LIST? — 286  NO →

SESSION TERMINATOR SENDS ALL SESSION USAGE DATA TO CLEARINGHOUSE'S USAGE DATA SERVER — 292

YES

END — 288

USAGE DATA SERVER UPDATES CLEARINGHOUSE DATABASE WITH THE SESSION USAGE DATA — 294

DATABASE UPDATE SUCCESSFUL? — 296

NO

YES

USAGE DATA SERVER SENDS UNSUCCESSFUL MESSAGE CONFIRMATION (MC) TO SESSION TERMINATOR — 298

USAGE DATA SERVER SENDS SUCCESSFUL MESSAGE CONFIRMATION (MC) TO SESSION TERMINATOR — 302

SESSION TERMINATOR SENDS ERROR MESSAGE TO SYSMTEM ADMINISTRATOR — 300

SESSION TERMINATOR REMOVES SESSION-ENTRY FROM SESSION LIST — 304

P 031218



**NETWORK USAGE TRACKING**

FIG 23.

USAGE TRACKING COLLECTOR SENDS INITIATE USAGE TRACKING MESSAGE TO CLIENT MESSENGER — 310

CLIENT MESSENGER GENERATES RANDOM CHALLENGE AND SENDS IT TO USAGE TRACKING COLLECTOR — 312

USAGE TRACKING COLLECTOR ENCRYPTS SERVER APPLICATION'S PASSWORD USING THE RANDOM CHALLENGE AND SENDS A USAGE TRACK COMMAND TO CLIENT MESSENGER WITH THE ENCRYPTED PASSWORD — 314

CLIENT MESSENGER INVOKES SERVER AUTHENTICATOR TO AUTHENTICATE SERVER APPLICATION'S PASSWORD — 316

SERVER AUTHENTICATION SUCCESSFUL? — 318

NO

CLIENT MESSENGER DISPLAYS SERVER AUTHENTICATION ERROR MESSAGE TO USER — 320

YES

CLIENT MESSENGER INVOKES NETWORK USAGE TRACKER TO COLLECT ALL NETWORK USAGE DATA AND SENDS IT TO USAGE TRACKING COLLECTOR — 322

USAGE TRACKING COLLECTOR SENDS NETWORK USAGE DATA TO CLEARINGHOUSE'S NETWORK USAGE TRACKING SERVER — 324

NETWORK USAGE TRACKING SERVER UPDATES THE CLEARINGHOUSE DATABASE WITH THE NETWORK USAGE DATA — 326

P 031219



CLIENT APPLICATION
DISPLAYING CONTENTS
WITHOUT COPYRIGHT
PROTECTION

FIG 24

P 031220



USER REQUESTS COPYRIGHTED CONTENTS FROM SERVER APPLICATION THROUGH CLIENT APPLICATION — 360

SERVER APPLICATION AUTHENTICATES USER'S SESSION THROUGH CLIENT AUTHENTICATOR — 362

SERVER APPLICATION READS COPYRIGHT LEVEL FOR COPYRIGHTED CONTENTS FROM CONTENT HEADERS — 364

SERVER APPLICATION PUTS COPYRIGHT INSTRUCTION IN COMMUNICATION HEADERS — 366

SERVER APPLICATION SENDS COPYRIGHTED CONTENTS TO CLIENT APPLICATION — 368

CLIENT APPLICATION FINDS COPYRIGHT INSTRUCTION IN COMMUNICATION HEADERS — 370

CLIENT APPLICATION INVOKES CLIENT MESSENGER — 372

CLIENT MESSENGER DETRMINES COPYRIGHT PROTECTION LEVEL FROM COPYRIGHT INSTRUCTION AND INVOKES CONTENT CONTROLLER — 374

CONTENT CONTROLLER SUB-CLASSES CLIENT APPLICATION TO GAIN CONTROL OF CLIENT APPLICATION FUNCTIONS — 376

SUB-CLASSES CLIENT APPLICATION DISPLAYS COPYRIGHTED CONTENTS TO USER — 378

USER CHOSE PRINT, SAVE, OR CUT/COPY/ PASTE? — 380

YES → COPYRIGHT PROTECTION PROCESS — 384

NO

END — 382

CLIENT APPLICATION DISPLAYING CONTENTS WITH COPYRIGHT PROTECTION

FIG 25

P 031221



COPYRIGHT
PROTECTION
PROCESS

FIG 26



FIG 27

EXAMPLE COPYRIGHT PROTECTION IN WEB ENVIRONMENT



FIG 28

ACCESS KEY BLOCK DIAGRAM

P 031224



FIG 29

P 031225



Multiple .SA Servers with
Multiple SA Clearinghouses

FIG 30

P 031226

PRINT OF DRAWINGS
AS ORIGINALLY FILED



FIG. 1

FIG 5

P 031227

PRINT OF DRAWINGS
AS ORIGINALLY FILED



FIG. 2

P 031228

PRINT OF DRAWINGS
AS ORIGINALLY FILED



FIG. 3

P 031229

PRINT OF DRAWINGS
AS ORIGINALLY FILED



FIG 4



FIG 13

P 031230

PRINT OF DRAWINGS
AS ORIGINALLY FILED



FIG. 6



FIG 16

P 031231

PRINT OF DRAWINGS
AS ORIGINALLY FILED



F3. 7

FIG. 8

F16 9

FI6 10

P 031232

PRIN... DRAWINGS
AS ORIGINALLY FILED



FIG 11



FIG 12

P 031233

PRINT OF DRAWINGS
AS ORIGINALLY FILED



FIG 14



FIG 15

P 031234

PRINT OF DRAWINGS
AS ORIGINALLY FILED



STARTING OF A SESSION

FIG 17.

P 031235

PRINT OF D.. WINGS
AS ORIGINALLY FILED



**LOG-IN, USER AUTHENTICATION, AND SESSION INITIATION**

FIG 18

P 031236

PRINT OF DRAWINGS
AS ORIGINALLY FILED

## TRANSACTION SERVICE AND LOGGING



SESSION VALIDATOR ENTERS A NEW TRANSACTION-ENTRY FOR THE USER'S CURRENT SESSION — 180

SESSION VALIDATOR SENDS A SUCCESSFUL SESSION-RESPONSE (SR) TO CLIENT AUTHENTICATOR — 182

CLIENT AUTHENTICATOR GRANTS PERMISSION TO SERVER APPLICATION TO SERVICE THE USER'S REQUEST — 184

SERVER APPLICATION INVOKES THE APPROPRIATE SERVICE FUNCTION TO SEND THE PROTECTED CONTENT TO THE USER — 186

SERVER APPLICATION INVOKES TRANSACTION MONITOR TO SEND AN END TRANSACTION (ET) MESSAGE TO SESSION VALIDATOR — 188

SESSION VALIDATOR UPDATES THE TRANSACTION ENTRY WITH THE TRANSACTION-SPECIFIC INFORMATION IN THE ET MESSAGE — 190

FIG 19

P 031237

PRINT OF DRAWINGS
AS ORIGINALLY FILED



REAUTHENTICATION

FIG 20

P 031238

PRINT OF ᴊ   WINGS
AS ORIGINALLY FILED



SESSION
RENEWAL

ACCESS KEY INTERFACE
READS THE DIGITAL ID AND
SUBMITS IT TO LOG-IN
INTERFACE — 250

LOG-IN INTERFACE
SUBMITS DIGITAL ID TO
CLIENT CRYPTOGRAPHER — 252

CLIENT CRYPTOGRAPHER
ENCRYPTS DIGITAL ID
USING THE CHALLENGE
SENT BY ACCESS KEY
VALIDATOR AND SENDS IT
TO ACCESS KEY VALIDATOR — 254

FIG 24

ACCESS KEY VALIDATOR
SENDS RENEW SESSION
(RS) MESSAGE TO SESSION
VALIDATOR WITH
ENCRYPTED DIGITAL ID — 256

SESSION VALIDATOR FINDS
USER'S SESSION-ENTRY
AND VALIDATES THE
ENCRYPTED DIGITAL ID — 258

262
SESSION VALIDATOR
SENDS AN UNSUCCESSFUL
SESSION RESPONSE (SR)
TO ACCESS KEY VALIDATOR

NO ← VALIDATION
SUCCESSFUL? → YES

260

266
SESSION VALIDATOR
UPDATES THE SESSION-
ENTRY'S TIME OF LAST
REAUTHENTICATION

ACCESS KEY VALIDATOR
REDIRECTS USER TO LOG-
IN ENFORCER TO START A
NEW SESSION

264.

170

268

270

SESSION VALIDATOR
SENDS A SUCCESSFUL
SESSION RESPONSE (SR)
TO ACCESS KEY VALIDATOR

TRANSACTION SERVICE
AND LOGGING

ACCESS KEY VALIDATOR
GRANTS PERMISSION TO
SERVER APPLICATION TO
PROCESS USER'S REQUEST
FOR PROTECTED
RESOURCE

P 031239

PRINT OF DRAWINGS
AS ORIGINALLY FILED



SESSION
TERMINATION

FIG 22

P 031240

PRIN OF DRAWINGS
AS ORIGINALLY FILED



**NETWORK
USAGE
TRACKING**

FIG 23.

USAGE TRACKING
COLLECTOR SENDS
INITIATE USAGE TRACKING
MESSAGE TO CLIENT
MESSENGER — 310

CLIENT MESSENGER
GENERATES RANDOM
CHALLENGE AND SENDS IT
TO USAGE TRACKING
COLLECTOR — 312

USAGE TRACKING
COLLECTOR ENCRYPTS
SERVER APPLICATION'S
PASSWORD USING THE
RANDOM CHALLENGE AND
SENDS A USAGE TRACK
COMMAND TO CLIENT
MESSENGER WITH THE
ENCRYPTED PASSWORD — 314

CLIENT MESSENGER
INVOKES SERVER
AUTHENTICATOR TO
AUTHENTICATE SERVER
APPLICATION'S PASSWORD — 316

SERVER
AUTHENTICATION
SUCCESSFUL? — 318

NO ← → YES

CLIENT MESSENGER
DISPLAYS SERVER
AUTHENTICATION ERROR
MESSAGE TO USER — 320

CLIENT MESSENGER
INVOKES NETWORK USAGE
TRACKER TO COLLECT ALL
NETWORK USAGE DATA
AND SENDS IT TO USAGE
TRACKING COLLECTOR — 322

USAGE TRACKING
COLLECTOR SENDS
NETWORK USAGE DATA TO
CLEARINGHOUSE'S
NETWORK USAGE
TRACKING SERVER — 324

NETWORK USAGE
TRACKING SERVER
UPDATES THE
CLEARINGHOUSE
DATABASE WITH THE
NETWORK USAGE DATA — 326

P 031241

PRINT OF DRAWINGS
AS ORIGINALLY FILED



CLIENT APPLICATION
DISPLAYING CONTENTS
WITHOUT COPYRIGHT
PROTECTION

FIG 24

PRINT OF DRAWINGS
AS ORIGINALLY FILED



USER REQUESTS COPYRIGHTED CONTENTS FROM SERVER APPLICATION THROUGH CLIENT APPLICATION
360

SERVER APPLICATION AUTHENTICATES USER'S SESSION THROUGH CLIENT AUTHENTICATOR
362

SERVER APPLICATION READS COPYRIGHT LEVEL FOR COPYRIGHTED CONTENTS FROM CONTENT HEADERS
364

SERVER APPLICATION PUTS COPYRIGHT INSTRUCTION IN COMMUNICATION HEADERS
366

SERVER APPLICATION SENDS COPYRIGHTED CONTENTS TO CLIENT APPLICATION
368

CLIENT APPLICATION FINDS COPYRIGHT INSTRUCTION IN COMMUNICATION HEADERS
370

CLIENT APPLICATION INVOKES CLIENT MESSENGER
372

CLIENT MESSENGER DETRMINES COPYRIGHT PROTECTION LEVEL FROM COPYRIGHT INSTRUCTION AND INVOKES CONTENT CONTROLLER
374

CONTENT CONTROLLER SUB-CLASSES CLIENT APPLICATION TO GAIN CONTROL OF CLIENT APPLICATION FUNCTIONS
376

SUB-CLASSES CLIENT APPLICATION DISPLAYS COPYRIGHTED CONTENTS TO USER
378

USER CHOSE PRINT, SAVE, OR CUT/COPY/ PASTE?
380

YES

COPYRIGHT PROTECTION PROCESS
384

NO

END
382

CLIENT APPLICATION DISPLAYING CONTENTS WITH COPYRIGHT PROTECTION

FIG 25

P 031243

PRINT OF DRAWINGS
AS ORIGINALLY FILED



**COPYRIGHT
PROTECTION
PROCESS**

*FIG 26*

P 031244

PRINT OF DRAWINGS
AS ORIGINALLY FILED



EXAMPLE COPYRIGHT
PROTECTION IN WEB
ENVIRONMENT

FIG 27

PRINT OF DRAWINGS
AS ORIGINALLY FILED



FIG 28

ACCESS KEY BLOCK DIAGRAM

P 031246





Multiple SA Servers with
a Single SA Clearinghouse

FIG 29

P 031247

PR.. OF DRAWINGS
AS ORIGINALLY FILED



Multiple .SA Servers with
Multiple SA Clearinghouses

FIG 30

P 031248

O&CO
#2(IDS-WIAN

PATENT

IN THE UNITED STATES PATENT AND TRADEMARK OFFICE

| | | |
|---|---|---|
| Applicant: | Gregg et al. | ) |
| | | ) |
| Serial No.: | 08/872,710 | ) |
| | | ) |
| Filed: | June 11, 1996 | ) |
| | | ) |
| For: | SUBSCRIPTION ACCESS SYSTEM FOR USE WITH AN UNTRUSTED NETWORK | ) |

*I hereby certify that this paper is being deposited with the United States Postal Service as first-class mail in an envelope addressed to: Assistant Commissioner for Patents, Washington, D.C. 20231, on this date.*

9/8/97
Date

P-CLASS.WCM

Registration No. 76174
Attorney for Applicant

INFORMATION DISCLOSURE STATEMENT
IN ACCORDANCE WITH 37 C.F.R. §§ 1.97 AND 1.98

Assistant Commissioner for Patents
Washington, D.C. 20231

Sir:

In accordance with 37 C.F.R. §§ 1.97 and 1.98, applicants submit the following statement consisting of:

    I.    A list of documents;

    II.    General remarks.

A copy of each listed document is enclosed herewith.

### I. U.S. PATENTS

| Patent No. | Issued | Inventor(s) |
|---|---|---|
| 4,864,494 | Sept. 5, 1989 | Kobus, Jr. |
| 4,885,789 | Dec. 5, 1989 | Burger et al. |
| 4,962,449 | Oct. 9, 1990 | Schlesinger |

**P 031249**

| Patent No. | Issued | Inventor(s) |
|---|---|---|
| 5,032,979 | July 16, 1991 | Hecht et al. |
| 5,204,961 | Apr. 20, 1993 | Barlow |
| 5,371,794 | Dec. 6, 1994 | Diffie et al. |
| 5,373,561 | Dec. 13, 1994 | Haber et al. |
| 5,416,842 | May 16, 1995 | Aziz |
| 5,428,745 | June 27, 1995 | de Bruijn et al. |
| 5,442,708 | Aug. 15, 1995 | Adams, Jr. et al. |
| 5,444,782 | Aug. 22, 1995 | Adams, Jr. et al. |
| 5,483,596 | Jan. 9, 1996 | Rosenow et al. |
| 5,485,409 | Jan. 16, 1996 | Gupta et al. |
| 5,499,297 | Mar. 12, 1996 | Boebert |
| 5,502,766 | Mar. 26, 1996 | Boebert et al. |
| 5,511,122 | Apr. 23, 1996 | Atkinson |

## II. GENERAL REMARKS

It is respectfully requested that the above listed document be made of record in the present application.

Respectfully submitted,

GREER, BURNS & CRAIN, LTD.

By _Roger D Greer_

Roger D. Greer
Registration No. 26,174

September 18, 1997

Suite 8660 - Sears Tower
233 South Wacker Drive
Chicago, Illinois 60606
(312) 993-0080

P 031250

-2-

Sheet 1 of 2

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| Form PTO-1499<br>(Rev. 8-88) | U.S. Department of Commerce<br>Patent and Trademark Office | | Attorney Docket No.: 1608.51259 | | Serial No.: 08/872,710 | | |

**INFORMATION DISCLOSURE CITATION**
(Use several sheets if necessary)

| Applicant: Gregg et al. | | |
|---|---|---|
| Filing Date: June 11, 1996 | | Group: |

### U.S. PATENT DOCUMENTS

| Examiner Initial | Document Number | Date | Name | Class | Subclass | Filing Date If Appropriate |
|---|---|---|---|---|---|---|
| AP | 4 8 6 4 4 9 4 | 9/5/1989 | Kobus, Jr. | 713 | 200 | |
| AP | 4 8 8 5 7 8 9 | 12/5/1989 | Burger et al. | 380 | 25 | |
| AP | 4 8 6 2 4 4 9 | 10/8/1990 | Schlesinger | 713 | 200 | |
| AP | 5 0 3 2 9 7 9 | 7/16/1991 | Hecht et al. | 713 | 201 | |
| AP | 5 2 0 4 9 6 1 | 4/20/1993 | Barlow | 713 | 201 | |
| AP | 5 3 7 1 7 9 4 | 12/6/1994 | Diffie et al. | 380 | 21 | |
| AP | 5 3 7 3 5 6 1 | 12/13/1994 | Haber et al. | 380 | 49 | |
| AP | 5 4 1 6 8 4 2 | 5/16/1995 | Aziz | 380 | 30 | |
| AP | 5 4 2 9 7 4 5 | 6/27/1995 | de Bruijn et al. | 713 | 201 | |
| AP | 5 4 4 2 7 0 8 | 8/15/1995 | Adams, Jr. et al. | 380 | 49 | |
| AP | 5 4 4 4 7 8 2 | 8/22/1995 | Adams, Jr. et al. | 380 | 49 | |

### FOREIGN PATENT DOCUMENTS

| Document Number | Date | Country | Class | Subclass | Translation Yes | No |
|---|---|---|---|---|---|---|
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |

### OTHER DOCUMENTS (Including Author, Title, Date, Pertinent Pages, Etc.)

| |
|---|
| |
| |
| |
| |
| |

| Examiner: *Matthew B. Smithers* | Date Considered 7/1/99 |
|---|---|

Examiner: Initial if citation considered, whether or not citation is in conformance with MPEP 609; Draw line through citation if not in conformance and not considered. Include copy of this form with next communication to applicant.

16081125sFORM1148.PTO

**P 031251**

Sheet 2 of 2

| rm PTO-1499<br>1v. 8-88) | U.S. Department of Commerce<br>Patent and Trademark Office | Attorney Docket No.: 1608.61259 | | Serial No.: 08/872,710 |
|---|---|---|---|---|
| INFORMATION DISCLOSURE CITATION<br>(Use several sheets if necessary) | | Applicant: Gregg et al. | | |
| | | Filing Date: June 11, 1996 | | Group: |

### U.S. PATENT DOCUMENTS

| miner<br>itial* | Document Number | Date | Name | Class | Subclass | Filing Date<br>If Appropriate |
|---|---|---|---|---|---|---|
| 7 | 5 4 8 3 5 9 6 | 1/9/1996 | Rosenow et al. | 380 | 25 | |
| 7 | 5 4 8 5 4 0 9 | 1/16/1996 | Gupta et al. | 713 | 200 | |
| 7 | 5 4 9 8 2 9 7 | 3/12/1996 | Boebert | 380 | 25 | |
| 7 | 5 5 0 2 7 6 6 | 3/26/1996 | Boebert et al. | 380 | 25 | |
| 7 | 5 5 1 1 1 2 2 | 4/23/1996 | Atkinson | 380 | 25 | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |

### FOREIGN PATENT DOCUMENTS

| | Document Number | Date | Country | Class | Subclass | Translation Yes | No |
|---|---|---|---|---|---|---|---|
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |

### OTHER DOCUMENTS (Including Author, Title, Date, Pertinent Pages, Etc.)

| | |
|---|---|
| | |
| | |
| | |
| | |

| iner: *Matthew B. Smithers* | Date Considered 7/1/99 |
|---|---|

iner:    Initial if citation considered, whether or not citation is in conformance with MPEP 609; Draw line through citation if not
         in conformance and not considered. Include copy of this form with next communication to applicant.

P 031252