

Gregg et al. - SUBSCRIPTION ACCESS SYSTEM FOR USE WITH
AN UNTRUSTED NETWORK          Grace Law
Serial No.: 08/872,710               (312) 360-0080
Greer, Burns & Crain, Ltd.        Our Ref.No.:1608.61259
Replacement Sheet 20 of 24

**COPYRIGHT
PROTECTION
PROCESS**

FIG. 26

P 031409

Gregg et al. - SUBSCRIPTION ACCESS SYSTEM FOR USE WITH
AN UNTRUSTED NETWORK    Grace Law
Serial No.: 09/872,710    (312) 360-0080
Greer, Burns & Crain, Ltd.    Our Ref.No.:1608.61259
Replacement Sheet 21 of 24



EXAMPLE COPYRIGHT
PROTECTION IN WEB
ENVIRONMENT

FIG. 27

P 031410



Gregg et al. - SUBSCRIPTION ACCESS SYSTEM FOR USE WITH
N UNTRUSTED NETWORK    Grace Law
Serial No.: 08/872,710    (312) 360-0080
Greer, Burns & Crain, Ltd.    Our Ref.No.:1608.61259
Replacement Sheet 22 of 24

**FIG. 28**

**ACCESS KEY BLOCK DIAGRAM**

P 031411

ng et al. - SUBSCRIPTION ACCESS SYSTEM FOR UF ... ITH
...NTRUSTED NETWORK          Grace Law
...al No.: 08/872,710        (312) 360-0080
Greer, Burns & Crain, Ltd.  Our Ref.No.:1608.61259
Replacement Sheet 23 of 24

## MULTIPLE SA SERVERS WITH A
## SINGLE SA CLEARINGHOUSE



FIG. 29

P 031412

....g et al. - SUBSCRIPTION ACCESS SYSTEM FOR USE ....H
INTRUSTED NETWORK
....al No.: 08/872,710
Greer, Burns & Crain, Ltd.
Replacement Sheet 24 of 24

Grace Law
(312) 360-0080
Our Ref.No.:1608.61259

## MULTIPLE SA SERVERS WITH
## MULTIPLE SA CLEARINGHOUSES



FIG: 30

P 031413

1608.61259

PATENT *B*

### IN THE UNITED STATES PATENT AND TRADEMARK OFFICE

In Re U.S. Application of: Gregg et al.

Serial No.:          08/872,710

Filed:               June 11, 1997

For:                 SUBSCRIPTION ACCESS SYSTEM
                     FOR USE WITH AN UNTRUSTED
                     NETWORK

Art Unit:            2132

Examiner:            Smithers, M.

)
)  I hereby certify that this paper is being deposited with
)  the United States Postal Service as FIRST-CLASS mail
)  in an envelope addressed to: Assistant Commissioner
)  for Patents, Washington, D.C. 20231, on this date.
)
)  05-31-02
)  Date
)  P-CLASS WCM
)  Appr. February 20, 1998
)  Registration No. 48,872
)
)  Attorney for Applicant
)
)

Assistant Commissioner for Patents
Washington, D.C. 20231

**RECEIVED**

**JUN 2 1 2002**

Technology Center 2100

Sir:

**TRANSMITTAL**

Match & Return

Transmitted herewith is a communication regarding the above-identified application.

### Fee Calculation For Claims As Amended

| | As Amended | | Previously Paid For | | Present Extra | | Rate | | Additional Fee |
|---|---|---|---|---|---|---|---|---|---|
| Total Claims | 34 | − | 36 | = | 0 | x | $ 18.00 | = | $ -0- |
| Independent Claims | 3 | − | 3 | = | 0 | x | $ 84.00 | = | $ -0- |
| Fee for Multiple Dependent Claims | | | | | | | $280.00 | = | $ -0- |
| | | | | | Total Additional Fee | | | | $ -0- |
| | | | | | Small Entity Fee (reduced by half) | | | | $ -0- |

(X) Enclosed is a Submission of Formal Drawings (with 23 sheets of replacement pages)

(X) Letter to Draftsman (with 3 sheets of marked-up drawings)

(X) If a Petition under 37 C.F.R. §1.136(a) for an extension of time for response is required to make the attached response timely and does not separately accompany this transmittal, Applicant(s) hereby petition(s) under 37 C.F.R. §1.136(a) for an extension of time for response in the above-identified application for the period required to make the attached response timely.

( X ) The Commissioner is hereby authorized to charge any additional fees which may be required to this application under 37 C.F.R. §§1.16-1.17, or credit any overpayment, to Deposit Account No. 07-2069. A duplicate copy of this sheet is enclosed.

May 31, 2002
Suite 2500
300 South Wacker Drive
Chicago, Illinois 60606
(312) 360-0080
K:\1608\61259\Transmittal2.DOC

GREER, BURNS & CRAIN, LTD.

By: _____
    Grace Law, Reg. No. 48,872

**P 031414**

1608.61259 PATENT APPLICATION #25

## IN THE UNITED STATES PATENT AND TRADEMARK OFFICE

| | | |
|---|---|---|
| Applicant: | Gregg, et al. | ) |
| Serial No.: | 08/872,710 | ) |
| Filed: | June 11, 1997 | ) |
| For: | SUBSCRIPTION ACCESS SYSTEM FOR USE WITH AN UNTRUSTED NETWORK | ) |
| Group Art Unit: 2132 | | ) |
| Examiner: | M. Smithers | ) |

*I hereby certify that this paper is being deposited with the United States Postal Service as first-class mail in an envelope addressed to: Assistant Commissioner for Patents, Washington, D.C. 20231, on this date.*

05.31.02
Date

P. CLASSER

Registration No. 48,872
*Attorney for Applicant*

**RECEIVED**

JUN 2 1 2002

Technology Center 2100

## LETTER TO THE DRAFTSMAN

Assistant Commissioner for Patents
Washington, D.C. 20231

Sir:

Please approve the change shown in red in the attached marked-up copies of

Figs. 6, 24 and 29.

Respectfully submitted,

GREER, BURNS & CRAIN, LTD.

By

Grace Law
Registration No. 48,872

May 31, 2002

300 South Wacker Drive, Suite 2500
Chicago, Illinois 60606
Telephone: 312.360.0080
Customer No. 24978

P 031415



FIG 6

FIG 16



CLIENT APPLICATION
DISPLAYING CONTENTS
WITHOUT COPYRIGHT
PROTECTION

FIG 24

P 031417



Multiple SA Servers with
a Single SA Clearinghouse

1608.61259                                    PATENT APPLICATION

#27/

IN THE UNITED STATES PATENT AND TRADEMARK OFFICE

Applicant:    Gregg, et al.              )
                                         )
Serial No.:   08/872,710                 )        *I hereby certify that this paper is being deposited with*
                                         )        *the United States Postal Service as FIRST-CLASS mail in*
Filed:        June 11, 1997              )        *an envelope addressed to: Assistant Commissioner for*
For:          SUBSCRIPTION ACCESS)                *Patents, Washington, D.C. 20231, on this date.*
              SYSTEM FOR USE WITH)
              AN UNTRUSTED         )
              NETWORK              )               05-31-02                        48872
                                         )        *Date*                     *Registration No.*
                                         )        F-CLASS.WCM
Art Unit:     2132                       )        Appr. February 20, 1998          *Attorney for Applicant*
                                         )
Examiner:     M. Smithers                )

                                                        **RECEIVED**

                                                        JUN 2 1 2002

                                                    Technology Center 2100

<u>AMENDMENT AFTER NOTICE OF ALLOWANCE UNDER 37 C.F.R. § 1.312</u>

Assistant Commissioner for Patents
Washington, D.C. 20231

    Sir:

            Prior to issuance of the above-named allowed application, please make the

following amendments.


<u>In the Drawings</u>:

            Please approve the drawing changes as shown in red on the attached marked-up

copies of Figures 6, 24 and 29.


P 031419

In the Claims:

Please amend Claims 10, 14 and 27 as follows:

8 10.   (Once Amended)   A system as defined in claim 9 7 wherein said demographic data comprises personal profile information, including at least two of the following items of information including: user name, user password, address, type of browser used, operating systems used, phone number, job title, name of employer, type of business, credit card identification and credit card number.

20 14.   (Three Times Amended)   A system as defined in claim 12 19 wherein said application has the application functions of print, save, cut/copy/paste, said protection data identifying various combinations of said functional operations which are disabled.

23 27.   (Three Times Amended)   A system as defined in claim 25 22 wherein said application has application functions of print, save, cut/copy/paste, said protection data identifying various combinations of said functional operations which are disabled.

## REMARKS

Attached hereto is a marked-up version of the changes made to the specification by the current amendment.  The attached page is captioned **"Version with marking to show changes made."**

2

P 031420

Applicants respectfully request approval of the above-noted amendments to the specification and the changes shown in red in the attached marked-up copies of FIGS. 6, 24 and 29. A separate letter to the draftsman indicating the same proposed drawing changes is also enclosed . The proposed amendments are merely formal in nature, do not introduce new matter, and do not affect the scope of the claims. They are necessary to correct grammatical errors. Therefore, the proposed amendments are permissible under 37 C.F.R. § 1.312. Accordingly, approval and entry of this amendment is respectfully requested.

Should the Examiner be of the opinion that further clarification is necessary, or that outstanding issues exist, the examiner is invited to contact the undersigned attorney.

Respectfully submitted,
GREER, BURNS & CRAIN, LTD.

By

Grace Law
Registration No. 48,872

May 31, 2002
Suite 2500
300 South Wacker Drive
Chicago, Illinois 60606
(312) 360-0080
Customer No. 24978

P 031421

3

Serial No. 08/872,701                                    1608.61259

## VERSION WITH MARKINGS TO SHOW CHANGES MADE

In the Claims:

These claims have been amended as follows:

10.    (Once Amended)    A system as defined in claim 9 wherein said demographic data comprises personal profile information, including at least two of the following items of information including: user name, user passworkd, address, type of browser used, operating systems used, phone number, job title, name of employer, type of business, credit card identification and credit card number.

14.    (Three Times Amended)    A system as defined in claim 12 wherein said application has the application functions of print, save, cut/copy/paste, said protection data identifying various combinations of said functional operations which are disabled.

27.    (Three Times Amended)    A system as defined in claim 25 wherein said application has application functions of print, save, cut/copy/paste, said protection data identifying various combinations of said functional operations which are disabled.

Appendix Page A-1

P 031422



FIG. 6



FIG 6

P 031423



CLIENT APPLICATION
DISPLAYING CONTENTS
WITHOUT COPYRIGHT
PROTECTION

FIG 24

P 031424



FIG 29

P 031425



United States Patent and Trademark Office

UNITED STATES DEPARTMENT OF COMMERCE
United States Patent and Trademark Office
Address: COMMISSIONER OF PATENTS AND TRADEMARKS
Washington, D.C. 20231
www.uspto.gov

| APPLICATION NO. | FILING DATE | FIRST NAMED INVENTOR | ATTORNEY DOCKET NO. | CONFIRMATION NO. |
|---|---|---|---|---|
| 08/872,710 | 06/11/1997 | RICHARD L. GREGG | 1608.61259 | 9869 |

24978      7590      11/22/2002
GREER, BURNS & CRAIN
300 S WACKER DR
25TH FLOOR
CHICAGO, IL  60606

| EXAMINER |
|---|
| SMITHERS, MATTHEWS |

| ART UNIT | PAPER NUMBER |
|---|---|
| 2134 | |

DATE MAILED: 11/22/2002

Please find below and/or attached an Office communication concerning this application or proceeding.

PTO-90C (Rev. 07-01)

P 031426

| *Response to Rule 312 Communication* | Application No. | Applicant(s) |
| | 08/872,710 | GREGG ET AL |
| | Examiner | Art Unit | |
| | Matthew B Smithers | 2134 | |

*— The MAILING DATE of this communication appears on the cover sheet with the correspondence address —*

☒ The amendment filed on <u>07 June 2002</u> under 37 CFR 1.312 has been considered, and has been:

a) ☒  entered.

b) ☐  entered as directed to matters of form not affecting the scope of the invention.

c) ☐  disapproved because the amendment was filed after the payment of the issue fee.

Any amendment filed after the date the issue fee is paid must be accompanied by a petition under 37 CFR 1.313(c)(1) and the required fee to withdraw the application from issue.

d) ☐  disapproved. See explanation below.

e) ☐  entered in part. See explanation below.

*Matthew B Smithers*
Matthew B Smithers
Primary Examiner
Art Unit: 2134

P 031427

1608.61259                                                           PATENT
IN THE UNITED STATES PATENT AND TRADEMARK OFFICE

In Re U.S. Patent Application            )  Issue Batch No. B04
                                         )
Applicant:    Gregg, et al.              )  *I hereby certify that this paper is being deposited with the*
                                         )  *United States Postal Service as first-class mail in an*
Serial No.:   08/872,710                 )  *envelope addressed to: Assistant Commissioner for*
                                         )  *Patents, Washington, D.C. 20231, on this date.*
Filed:        June 11, 1997              )
                                         )  05-31-02
For:          SUBSCRIPTION ACCESS        )  *Date*
              SYSTEM FOR USE WITH AN     )  F-CLASS.CR      *Registration No.* 48872
              UNTRUSTED NETWORK          )              *Attorney for Applicant*
                                         )
Group Art Unit: 2132                     )
Examiner:     M. Smithers                )

                                              RECEIVED
          SUBMISSION OF FORMAL DRAWINGS       JUN 2 1 2002

Assistant Commissioner for Patents           Technology Center 2100
Washington, D.C.  20231

Sir:

        In response to the Notice of Allowability mailed March 27, 2002, transmitted

herewith are twenty three (23) sheets of formal drawings to be substituted for the drawings

initially filed in the above-identified application.

                        Respectfully submitted,

                        GREER, BURNS & CRAIN, LTD.

                        By
                             Grace Law
                             Registration No. 48,872

May 31, 2002
Suite 2500
300 South Wacker Drive
Chicago, Illinois  60606
(312) 360-0080
Customer No. 24978

                                                    P 031428

Greg .......    SUBSCRIPTION ACCESS SYSTEM FOR USE WITH
UN........STE/D NETWORK          Grace Law
Serial No.: 09/C05,664          (312) 360-0080
Greer, Burns & Crain, Ltd.      Our Ref.No.:1608.61259
Replacement Sheet 2 of 23



ISA
Subscriber

36

1

Request for
Protected Content

Log-in
Command

2

Log-in
Parameters

3

Protected
Content

6

Subscription
Host
(Web Site with
ISA Server)

34

4

Authentication
Request

5

Authentication
Response

Usage
Data

7

30

ISA Clearinghouse

FIG. 2

P 031429



**FIG. 3**

Chong et al. – SUBSCRIPTION ACCESS SYSTEM FOR USP™TTH AN
TRUSTED NETWORK
Serial No.: 09/605,664
Our Ref.No.:1608.61259
Greer, Burns & Crain, Ltd.
(312) 360-0080
Grace Law
Replacement Sheet 3 of 23

P 031430



FIG. 4

P 031431

Gregg   . - SUBSCRIPTION ACCESS SYSTEM FOR USE WI
UNTK.... /E/D NETWORK           Grace Law
Serial No.:   09/605,664        (312) 360-0080
Greer, Burns & Crain, Ltd.      Our Ref.No.:1608.61259
Replacement Sheet 5 of 23



FIG. 5

P 031432



Gregg    - SUBSCRIPTION ACCESS SYSTEM FOR USE WT    N
UNTRUSTED NETWORK        Grace Law
Serial No.:   09/605,664        (312) 360-0080
Groer, Burns & Crain, Ltd.      Our Ref.No.:1608.61259
Replacement Sheet 6 of 23

FIG. 6

FIG. 16

P 031433



Gree    al. - SUBSCRIPTION ACCESS SYSTEM FOR USE W    AN
UN    .TE/D NETWORK    Grace Law
Serial No.:  09/605,664    (312) 360-0080
Greer, Burns & Crain, Ltd.    Our Ref.No.:1608.61259
Replacement Sheet 7 of 23

FIG. 7    FIG. 8    FIG. 9

SESSION MANAGER    52    URL TRACKING CGI'S    72    CLEARINGHOUSE ADMINISTRATION SOFTWARE    64

US  ST  MC    UD    UT

USAGE DAEMON    60    URL TRACKING DAEMON    62    ODBC DRIVER    80

CLEARINGHOUSE DATABASE SERVER    56    CLEARINGHOUSE DATABASE SERVER    56    CLEARINGHOUSE DATABASE SERVER    56

WEB BROWSER    ISA SUBSCRIBER SOFTWARE    36    WEB SERVER    69    ISA SHARED OBJECT    66

ET

LOG-IN CGI'S    68    SR    RE-AUTHENTICATION CGI'S    70

CS

FIG. 10    SESSION MANAGER    52

P 031434



Gregg et al. - SUBSCRIPTION ACCESS SYSTEM FOR USE W    AN
UN    STE/D NETWORK                    Grace Law
Se    09/605,664                       (312) 360-0080
Greer, Burns & Crain, Ltd.            Our Ref.No.:1608.61259
Replacement Sheet 9 of 23



FIG. 13

P 031436



Gre    L - SUBSCRIPTION ACCESS SYSTEM FOR USE W.    N
UN1    .TE/D NETWORK            Grace Law
Serial No.: 09/605,664        (312) 360-0080
Greer, Burns & Crain, Ltd.    Our Ref.No.:1608.61259
Replacement Sheet 10 of 23

FIG. 14

FIG. 15

P 031437



Gr___ al. - SUBSCRIPTION ACCESS SYSTEM FOR USE \_____ AN
UN_____ STE/D NETWORK          Grace Law
Serial No.: 09/605,664        (312) 360-0080
Greer, Burns & Crain, Ltd.    Our Ref.No.:1608.61259
Replacement Sheet 11 of 23

**STARTING OF A SESSION**

USER REQUESTS ACCESS TO A PROTECTED RESOURCE — 100

SERVER APPLICATION FORWARDS REQUEST TO CLIENT AUTHENTICATOR — 102

SESSION-ID IN COMMUNICATION HEADERS? — 104

CLIENT AUTHENTICATOR SENDS CHECK-SESSION (CS) MESSAGE TO SESSION VALIDATOR — 106

SESSION VALIDATOR SEARCHES FOR SESSION-ENTRY IN ITS LIST OF ACTIVE SESSIONS — 108

ACTIVE SESSION-ENTRY FOUND? — 112

TRANSACTION SERVICE AND LOGGING — 116

CLIENT AUTHENTICATOR DENIES PERMISSION TO SERVER APPLICATION TO SERVICE USER'S REQUEST — 110

SESSION VALIDATOR SENDS UNSUCCESSFUL SESSION-RESPONSE (SR) TO CLIENT AUTHENTICATOR — 114

SERVER APPLICATION INVOKES LOG-IN ENFORCER TO MAKE THE USER LOG-IN — 116

LOG-IN ENFORCER SENDS START-LOGIN MESSAGE TO CLIENT MESSENGER THROUGH CLIENT APPLICATION — 118

CLIENT MESSENGER SENDS A RANDOM CHALLENGE TO LOG-IN ENFORCER THROUGH SERVER APPLICATION — 120

LOG-IN ENFORCER ENCRYPTS SERVER APPLICATION PASSWORD WITH CLIENT MESSENGER'S CHALLENGE — 122

LOG-IN ENFORCER SENDS LOG-IN COMMAND AND ITS ENCRYPTED PASSWORD TO CLIENT MESSENGER WITH A NEW RANDOM CHALLENGE OF ITS OWN — 124

CLIENT MESSENGER INVOKES SERVER AUTHENTICATOR TO AUTHENTICATE SERVER APPLICATION'S PASSWORD — 126

CLIENT MESSENGER DISPLAYS SERVER AUTHENTICATION ERROR MESSAGE TO THE USER — 132

SERVER AUTHENTICATION SUCCESSFUL? — 128

LOG-IN, USER AUTHENTICATION, AND SESSION INITIATION PROCESS — 130

**FIG. 17**



Gregg et al. - SUBSCRIPTION ACCESS SYSTEM FOR USE W      \N
UNI      TE/D NETWORK              Grace Law
Seri           : 09/605,664          (312) 360-0080
Greer, burns & Crain, Ltd.          Our Ref.No.:1608.61259
Replacement Sheet 12 of 23

**LOG-IN, USER
AUTHENTICATION,
AND SESSION
INITIATION**

**FIG. 18**

P 031439

Gregg et al. - SUBSCRIPTION ACCESS SYSTEM FOR USE WITH AN
TRUSTED NETWORK          Grace Law
J No.:  09/605,664       (312) 360-0080
Greer, Burns & Crain, Ltd.    Our Ref.No.:1608.61259
Replacement Sheet 13 of 23

## TRANSACTION SERVICE AND LOGGING



```
┌─────────────────────┐
│ SESSION VALIDATOR   │
│ ENTERS A NEW        │──180
│ TRANSACTION-ENTRY   │
│ FOR THE USER'S      │
│ CURRENT SESSION     │
└─────────────────────┘
          │
          ▼
┌─────────────────────┐
│ SESSION VALIDATOR   │
│ SENDS A SUCCESSFUL  │──182
│ SESSION-RESPONSE    │
│ (SR) TO CLIENT      │
│ AUTHENTICATOR       │
└─────────────────────┘
          │
          ▼
┌─────────────────────┐
│ CLIENT              │
│ AUTHENTICATOR       │
│ GRANTS PERMISSION   │──184
│ TO SERVER           │
│ APPLICATION TO      │
│ SERVICE THE USER'S  │
│ REQUEST             │
└─────────────────────┘
          │
          ▼
┌─────────────────────┐
│ SERVER APPLICATION  │
│ INVOKES THE         │──186
│ APPROPRIATE         │
│ SERVICE FUNCTION TO │
│ SEND THE PROTECTED  │
│ CONTENT TO THE      │
│ USER                │
└─────────────────────┘
          │
          ▼
┌─────────────────────┐
│ SERVER APPLICATION  │
│ INVOKES            │
│ TRANSACTION        │──188
│ MONITOR TO SEND AN │
│ END TRANSACTION     │
│ (ET) MESSAGE TO     │
│ SESSION VALIDATOR   │
└─────────────────────┘
          │
          ▼
┌─────────────────────┐
│ SESSION VALIDATOR   │
│ UPDATES THE         │
│ TRANSACTION ENTRY   │
│ WITH THE            │──190
│ TRANSACTION-        │
│ SPECIFIC            │
│ INFORMATION IN THE  │
│ ET MESSAGE          │
└─────────────────────┘
```

FIG. 19

P 031440

Greg... et al. - SUBSCRIPTION ACCESS SYSTEM FOR USE W... AN
UN    TE/D NETWORK        Grace Law
Seria ..o.: 09/603,664      (312) 360-0080
Greer, Burns & Crain, Ltd.
Replacement Sheet 14 of 23    Our Ref.No.:1608.61259



**REAUTHENTICATION**

**FIG. 20**

P 031441



_g et sl. - SUBSCRIPTION ACCESS SYSTEM FOR US... ..TH AN
UNTRUSTE/D NETWORK
Serial No.:  09/605,664
Greer, Burns & Crain, Ltd.
Replacement Sheet 15 of 23

Grace Law
(312) 360-0080
Our Ref.No.:1608.61259

**SESSION
RENEWAL**

**FIG. 21**

ACCESS KEY INTERFACE
READS THE DIGITAL ID AND
SUBMITS IT TO LOG-IN
INTERFACE — 250

LOG-IN INTERFACE
SUBMITS DIGITAL ID TO
CLIENT CRYPTOGRAPHER — 252

CLIENT CRYPTOGRAPHER
ENCRYPTS DIGITAL ID USING
THE CHALLENGE SENT BY
ACCESS KEY VALIDATOR AND
SENDS IT TO ACCESS KEY
VALIDATOR — 254

ACCESS KEY VALIDATOR
SENDS RENEW SESSION
(RS) MESSAGE TO SESSION
VALIDATOR WITH
ENCRYPTED DIGITAL ID — 256

SESSION VALIDATOR FINDS
USER'S SESSION-ENTRY
AND VALIDATES THE
ENCRYPTED DIGITAL ID — 258

**VALIDATION
SUCCESSFUL?** — 260

262
SESSION VALIDATOR
SENDS AN
UNSUCCESSFUL SESSION
RESPONSE (SR) TO
ACCESS KEY VALIDATOR

NO

YES

266
SESSION VALIDATOR
UPDATES THE SESSION-
ENTRY'S TIME OF LAST
REAUTHENTICATION

ACCESS KEY VALIDATOR
REDIRECTS USER TO
LOG-IN ENFORCER TO
START A NEW SESSION

264

SESSION VALIDATOR SENDS
A SUCCESSFUL SESSION
RESPONSE (SR) TO ACCESS
KEY VALIDATOR — 268

170

TRANSACTION
SERVICE AND
LOGGING

270
ACCESS KEY VALIDATOR
GRANTS PERMISSION TO
SERVER APPLICATION TO
PROCESS USER'S REQUEST
FOR PROTECTED RESOURCE

P 031442



Greg...  J. - SUBSCRIPTION ACCESS SYSTEM FOR USE WT   'N
UNTRUSTED NETWORK          Grace Law
Serial No.: 09/605,664         (312) 360-0080
Greer, Burns & Crain, Ltd.     Our Ref.No.:1608.61259
Replacement Sheet 16 of 23

START FROM THE
FIRST SESSION-ENTRY — 280
OF SESSION LIST

SESSION
TERMINATION

FIG. 22

SESSION TERMINATOR
CHECKS THE
DIFFERENCE BETWEEN — 282
THE CURRENT TIME AND
THE TIME OF LAST
REQUEST

FETCH NEXT SESSION-
ENTRY IN SESSION — 288
LIST

TIME DIFFERENCE
EXCEEDED IDLE TIME — 284
LIMIT?    YES

SESSION TERMINATOR
TAGS THE SESSION- — 290
ENTRY AS INACTIVE

NO

LAST SESSION-
ENTRY IN THE — 286
SESSION LIST?

NO

SESSION TERMINATOR
SENDS ALL SESSION
USAGE DATA TO — 292
CLEARINGHOUSE'S
USAGE DATA SERVER

USAGE DATA SERVER
UPDATES
CLEARINGHOUSE — 294
DATABASE WITH THE
SESSION USAGE DATA

YES

END

DATABASE
UPDATE — 296
SUCCESSFUL?

NO          YES

USAGE DATA SERVER
SENDS UNSUCCESSFUL
MESSAGE CONFIRMATION — 298
(MC) TO SESSION
TERMINATOR

USAGE DATA SERVER
SENDS SUCCESSFUL
MESSAGE — 302
CONFIRMATION (MC) TO
SESSION TERMINATOR

SESSION TERMINATOR
SENDS ERROR MESSAGE — 300
TO SYSTEM
ADMINISTRATOR

SESSION TERMINATOR
REMOVES SESSION- — 304
ENTRY FROM SESSION
LIST



egg et al. – SUBSCRIPTION ACCESS SYSTEM FOR t   ITH AN
/TRUSTE/D NETWORK         Grace Law
Serial No.:   09/605,664         (312) 360-0080
Greer, Burns & Crain, Ltd.         Our Ref.No.:1608.61259
Replacement Sheet 17 of 23

**NETWORK
USAGE
TRACKING**

**FIG. 23**

USAGE TRACKING COLLECTOR
SENDS INITIATE USAGE
TRACKING MESSAGE TO CLIENT
MESSENGER — 310

CLIENT MESSENGER GENERATES
RANDOM CHALLENGE AND SENDS
IT TO USAGE TRACKING
COLLECTOR — 312

USAGE TRACKING COLLECTOR
ENCRYPTS SERVER
APPLICATION'S PASSWORD
USING THE RANDOM CHALLENGE
AND SENDS A USAGE TRACK
COMMAND TO CLIENT
MESSENGER WITH THE
ENCRYPTED PASSWORD — 314

CLIENT MESSENGER INVOKES
SERVER AUTHENTICATOR TO
AUTHENTICATE SERVER
APPLICATION'S PASSWORD — 316

SERVER
AUTHENTICATION
SUCCESSFUL? — 318

NO / YES

CLIENT MESSENGER
DISPLAYS SERVER
AUTHENTICATION ERROR
MESSAGE TO USER — 320

CLIENT MESSENGER INVOKES
NETWORK USAGE TRACKER TO
COLLECT ALL NETWORK USAGE
DATA AND SENDS IT TO USAGE
TRACKING COLLECTOR — 322

NETWORK USAGE
TRACKING SERVER
UPDATES THE
CLEARINGHOUSE
DATABASE WITH THE
NETWORK USAGE DATA — 326

USAGE TRACKING
COLLECTOR SENDS
NETWORK USAGE DATA TO
CLEARINGHOUSE'S
NETWORK USAGE
TRACKING SERVER — 324

P 031444



Gre____aL - SUBSCRIPTION ACCESS SYSTEM FOR USE W____AN
UN_____STE/D NETWORK        Grace Law
Serial No.: 09/605,664        (312) 360-0080
Grear, Burns & Crain, Ltd.    Our Ref.No.:1608.61259
Replacement Sheet 18 of 23

**CLIENT APPLICATION
DISPLAYING CONTENTS
WITHOUT COPYRIGHT
PROTECTION**

**FIG. 24**

USER REQUESTS CONTENTS
FROM SERVER APPLICATION
THROUGH CLIENT APPLICATION    330

SERVER APPLICATON
SENDS CONTENTS TO
CLIENT APPLICATION    332

CLIENT APPLICATION DISPLAYS
CONTENTS TO USER WITH
OPTIONS TO PRINT, SAVE, AND/OR
CUT/COPY/PASTE    334

336
USER CHOSE
PRINT, SAVE, OR
CUT/COPY/PASTE?    YES

338
CLIENT APPLICATION RECOGNIZES
USER'S SELECTION
IN THE FORM OF A UNIQUE MESSAGE
OF EITHER PRINT, SAVE,
OR
CUT/COPY/PASTE COMMAND

NO

346
CLIENT APPLICATION
INVOKES PRINT
FUNCTION    YES

340
IS
MESSAGE PRINT
MESSAGE?

NO

348
CLIENT APPLICATION
INVOKES SAVE
FUNCTION    YES

342
IS
MESSAGE SAVE
MESSAGE?

NO

350
CLIENT APPLICAITON
INVOKES CUT/COPY/
PASTE FUNCTION    YES

344
IS MESSAGE
CUT/COPY/PASTE
MESSAGE?

NO

352
END

P 031445



Gre▢      al. – SUBSCRIPTION ACCESS SYSTEM FOR USE V      AN
UN     STE/D NETWORK            Grace Law
Serial No.: 09/605,664            (312) 360-0080
Greer, Burns & Crain, Ltd.      Our Ref.No.:1608.61259
Replacement Sheet 19 of 23

USER REQUESTS COPYRIGHTED CONTENTS FROM SERVER APPLICATION THROUGH CLIENT APPLICATION — 360

SERVER APPLICATON AUTHENTICATES USER'S SESSION THROUGH CLIENT AUTHENTICATOR — 362

SERVER APPLICATION READS COPYRIGHT LEVEL FOR COPYRIGHTED CONTENTS FROM CONTENT HEADERS — 364

SERVER APPLICATION PUTS COPYRIGHT INSTRUCTION IN COMMUNICATION HEADERS — 366

SERVER APPLICATION SENDS COPYRIGHTED CONTENTS TO CLIENT APPLICATION — 368

CLIENT APPLICATION FINDS COPYRIGHT INSTRUCTION IN COMMUNICATION HEADERS — 370

CLIENT APPLICATION INVOKES CLIENT MESSENGER — 372

CLIENT MESSENGER DETERMINES COPYRIGHT PROTECTION LEVEL FROM COPYRIGHT INSTRUCTION AND INVOKES CONTENT CONTROLLER — 374

CONTENT CONTROLLER SUB-CLASSES CLIENT APPLICATION TO GAIN CONTROL OF CLIENT APPLICATION FUNCTIONS — 376

SUB-CLASSES CLIENT APPLICATION DISPLAYS COPYRIGHTED CONTENTS TO USER — 378

USER CHOSE PRINT, SAVE, OR CUT/COPY/PASTE? — 380
YES → COPYRIGHT PROTECTION PROCESS — 384
NO

END — 382

CLIENT APPLICATION DISPLAYING CONTENTS WITH COPYRIGHT PROTECTION

FIG. 25

P 031446

Gr.... et al. – SUBSCRIPTION ACCESS SYSTEM FOR USE ....TH AN
t    USTE/D NETWORK                                    Grace Law
S..... No.: 09/605,664                                (312) 360-0080
Greer, Burns & Crain, Ltd.                            Our Ref.No.:1608.61259
Replacement Sheet 20 of 23



**COPYRIGHT
PROTECTION
PROCESS**

FIG. 26

P 031447



C___ et al. - SUBSCRIPTION ACCESS SYSTEM FOR US? ___H AN
U___ ...USTE/D NETWORK          Grace Law
Serial No.: 09/605,664          (312) 360-0080
Greer, Burns & Crain, Ltd.
Replacement Sheet 21 of 23     Our Ref.No.:1608.61259

**EXAMPLE COPYRIGHT PROTECTION IN WEB ENVIRONMENT**

**FIG. 27**

430 — USER INPUTS URL FOR COPYRIGHTED HTML USING WEB BROWSER

444 — PLUG-IN TRAPS THE WINDOWS MESSAGE FOR USER COMMAND

432 — WEB SERVER SENDS COPYRIGHTED HTML DOCUMENT

434 — WEB BROWSER FINDS EMBED TAG FOR COPYRIGHT PLUG-IN AND INVOKES THE PLUG-IN

436 — PLUG-IN READS COPYRIGHT PARAMETER TO FIND COPYRIGHT LEVEL

438 — PLUG-IN SUB-CLASSES THE WEB BROWSER WINDOW WHERE HTML CONTENTS ARE DISPLAYED

440 — USER CHOSE WEB BROWSER'S PRINT, SAVE, OR CUT/COPY/ PASTE OPTIONS?

442 — END

446 — IS MESSAGE FOR PRINT? — YES — 452 — COPYRIGHT LEVEL ALLOWS PRINT? — YES — 454 — PLUG-IN LETS WEB BROWSER PROCESS THE PRINT MESSAGE

456 — PLUG-IN DISPLAYS COPYRIGHT MESSAGE AGAINST PRINTING

448 — IS MESSAGE FOR SAVE? — YES — 458 — COPYRIGHT LEVEL ALLOWS SAVE? — YES — 460 — PLUG-IN LETS WEB BROWSER PROCESS THE SAVE MESSAGE

462 — PLUG-IN DISPLAYS COPYRIGHT MESSAGE AGAINST SAVING

450 — IS MESSAGE FOR CUT/ COPY/ PASTE? — YES — 464 — COPYRIGHT LEVEL ALLOWS CUT/COPY/ PASTE? — YES — 466 — PLUG-IN LETS WEB BROWSER PROCESS CUT/COPY/ PASTE MESSAGE

468 — PLUG-IN DISPLAYS COPYRIGHT MESSAGE AGAINST CUT/COPY/PASTE

P 031448



Greg          - SUBSCRIPTION ACCESS SYSTEM FOR USE WI          N
UNI     TE/D NETWORK          Grace Law
Serial No.: 09/605,664          (312) 360-0080
Greer, Burns & Crain, Ltd.          Our Ref.No.:1608.61259
Replacement Sheet 22 of 23

FIG. 28

ACCESS KEY BLOCK DIAGRAM

P 031449

gg et al. - SUBSCRIPTION ACCESS SYSTEM FOR U~  711          Grace Law
[UNTRUSTED NETWORK
~ial No.: 08/872,710                            (312) 360-0080
Greer, Burns & Crain, Ltd.                      Our Ref.No.:1608.61259
Replacement Sheet 23 of 24

## MULTIPLE SA SERVERS WITH A
## SINGLE SA CLEARINGHOUSE



FIG. 29

et al. - SUBSCRIPTION ACCESS SYSTEM FOR USI    'H AN
    RUSTED NETWORK          Grace Law
Serial No.:  09/605,664          (312) 360-0080
Greer, Burns & Crain, Ltd.          Our Ref.No.:1608.61259
Replacement Sheet 23 of 23

**MULTIPLE SA SERVERS WITH
MULTIPLE SA CLEARINGHOUSES**



FIG. 30

JUL 0 1 2002

**PART B ~ FEE(S) TRANSMITTAL**

Complete and mail this form, together with applicable fee(s), to:     Box ISSUE FEE
Assistant Commissioner for Patents
Washington, D.C. 20231

MAILING INSTRUCTIONS: This form should be used for transmitting the ISSUE FEE and PUBLICATION FEE (if required). Blocks 1 through 4 should be completed where appropriate. All further correspondence including the Patent, advance orders and notification of maintenance fees will be mailed to the current correspondence address as indicated unless corrected below or directed otherwise in Block 1, by (a) specifying a new correspondence address; and/or (b) indicating a separate "FEE ADDRESS" for maintenance fee notifications.

| CURRENT CORRESPONDENCE ADDRESS (Note: Legibly mark-up with any corrections or use Block 1) | Note: The certificate of mailing below can only be used for domestic mailings of the Fee(s) Transmittal. This certificate cannot be used for any other accompanying papers. Each additional paper, such as an assignment or formal drawing, must have its own certificate of mailing. |
|---|---|
| 24978     7390     03/27/2002  GREER, BURNS & CRAIN  300 S WACKER DR  25TH FLOOR  CHICAGO, IL 60606 | **Certificate of Mailing**  I hereby certify that this Fee(s) Transmittal is being deposited with the United States Postal Service with sufficient postage for first class mail in an envelope addressed to the Box Issue Fee address above on the date indicated below. |

08/872,710

| APPLICATION NO. | FILING DATE | FIRST NAMED INVENTOR | ATTORNEY DOCKET NO. | CONFIRMATION NO. |
|---|---|---|---|---|
| 08/872,710 | 06/11/1997 | RICHARD L. GREGG | 1608.51239 | 9869 |

TITLE OF INVENTION: SUBSCRIPTION ACCESS SYSTEM FOR USE WITH AN UNTRUSTED NETWORK

| TOTAL CLAIMS | APPLN. TYPE | SMALL ENTITY | ISSUE FEE | PUBLICATION FEE | TOTAL FEE(S) DUE | DATE DUE |
|---|---|---|---|---|---|---|
| 31 | nonprovisional | YES | $640 | $300 | $940 | 06/27/2002 |

| EXAMINER | ART UNIT | CLASS-SUBCLASS |
|---|---|---|
| SMITHERS, MATTHEWS | 2132 | 713-201000 |

1. Change of correspondence address or indication of "Fee Address" (37 CFR 1.363). Use of PTO form(s) and Customer Number are recommended, but not required.

☐ Change of correspondence address (or Change of Correspondence Address form PTO/SB/122) attached.

☐ "Fee Address" indication (or "Fee Address" Indication form PTO/SB/47) attached.

2. For printing on the patent front page, list (1) the names of up to 3 registered patent attorneys or agents OR, alternatively, (2) the name of a single firm (having as a member a registered attorney or agent) and the names of up to 2 registered patent attorneys or agents. If no name is listed, no name will be printed.

1  Greer, Burns & Crain, Ltd.
2
3

3. ASSIGNEE NAME AND RESIDENCE DATA TO BE PRINTED ON THE PATENT (print or type)

PLEASE NOTE: Unless an assignee is identified below, no assignee data will appear on the patent. Inclusion of assignee data is only appropriate when an assignment has been previously submitted to the USPTO or is being submitted under separate cover. Completion of this form is NOT a substitute for filing an assignment.

(A) NAME OF ASSIGNEE                    (B) RESIDENCE: (CITY and STATE OR COUNTRY)

Prism Resources                        Omaha, Nebraska

Please check the appropriate assignee category or categories (will not be printed on the patent)   ☐ individual   ☒ corporation or other private group entity   ☐ government

4a. The following fee(s) are enclosed:                4b. Payment of Fee(s):

☒ Issue Fee                                          ☒ A check in the amount of the fee(s) is enclosed.

☒ Publication Fee                                    ☐ Payment by credit card. Form PTO-2038 is attached.

☐ Advance Order - # of Copies _____                ☐ The Commissioner is hereby authorized by charge the required fee(s), or credit any overpayment, to Deposit Account Number _U-2005_____ (enclose an extra copy of this form).

The COMMISSIONER OF PATENTS AND TRADEMARKS is requested to apply the Issue Fee and Publication Fee (if any) or to re-apply any previously paid issue fee to the application identified above.

(Authorized Signature)          (Date)
                                06-25-02

NOTE: The Issue Fee and Publication Fee (if required) will not be accepted from anyone other than the applicant; a registered attorney or agent; or the assignee or other party in interest as shown by the records of the United States Patent and Trademark Office.

Burden Hour Statement: This form is estimated to take 0.2 hours to complete. Time will vary depending on the needs of the individual case. Any comments on the amount of time required to complete this form should be sent to the Chief Information Officer, United States Patent and Trademark Office, Washington, D.C. 20231. DO NOT SEND FEES OR COMPLETED FORMS TO THIS ADDRESS. SEND FEES AND THIS FORM TO: Box Issue Fee, Assistant Commissioner for Patents, Washington, D.C. 20231

Under the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless it displays a valid OMB control number.

07/02/2002 CDWA12   00000209 08872710

01 FC:1242       640.00 DP
02 FC:1195       300.00 DP

TRANSMIT THIS FORM WITH FEE(S)

PTOL-85 (REV. 07-01) Approved for use through 01/31/2004. OMB 0651-0033     U.S. Patent and Trademark Office; U.S. DEPARTMENT OF COMMERCE

P 031451

#30  *Pat.*
*RBV.*

# *RETURN TO FMF - LOCATION 7540

## QUERY CONTROL FORM

| | | | FMS USE ONLY |
|---|---|---|---|
| Application No. 08872710 | Prepared by *L.B.* | | Tracking Number |
| Examiner-GAU *Smithers, Matthew* 2132 | Date *12.02.02* | | Week Date |
| | No. of queries *(1)* | | |

*Attn Chief Draftsperson*

### JACKET

| | | | |
|---|---|---|---|
| a. Serial No. | f. Foreign Priority | k. Print Claim(s) | p. PTO-1449 |
| b. Applicant(s) | g. Disclaimer | l. Print Fig. | q. PTOL-85b |
| c. Continuing Data | h. Microfiche Appendix | m. Searched Column | r. Abstract |
| d. PCT | i. Title | n. PTO-270/328 | s. Sheets/Figs |
| e. Domestic Priority | j. Claims Allowed | o. PTO-892 | t. Other |

| SPECIFICATION | MESSAGE 1) *Photo/Fig*: |
|---|---|
| a. Page Missing | *All Figs (Figs 1-30) have date stamp* |
| b. Text Continuity | *impinging upon drawings.* |
| c. Holes through Data | |
| d. Other Missing Text | *Please resolve* |
| e. Illegible Text | |
| f. Duplicate Text | |
| g. Brief Description | *Thanks* |
| h. Sequence Listing | |
| i. Appendix | |
| j. Amendments | |
| k. Other | |

| CLAIMS | |
|---|---|
| a. Claim(s) Missing | |
| b. Improper Dependency | |
| c. Duplicate Numbers | |
| d. Incorrect Numbering | |
| e. Index Disagrees | Initials *LB* |
| f. Punctuation | RESPONSE *OK* |
| g. Amendments | *BD* |
| h. Bracketing | |
| i. Missing Text | |
| j. Duplicate Text | |
| k. Other | Initials |

E-5 (Rev. 10/15/02)  *LOCATION 7540

P 031452

PLE    AREA

☆ U.S. GOVERNMENT PRINTING OFFICE 1997-020-332

| TENT NUMBER | ORIGINAL CLASSIFICATION | |
| --- | --- | --- |
| | CLASS | SUBCLASS |
| | 713 | 201 |

| PPLICATION SERIAL NUMBER | CROSS REFERENCE(S) | |
| --- | --- | --- |
| 08/872,710 | CLASS | SUBCLASS (ONE SUBCLASS PER BLOCK) |
| PPLICANT'S NAME [PLEASE PRINT] | 705 | 51 |
| Richard L Greig et al | | |
| REISSUE, ORIGINAL PATENT NUMBER | | |
| | | |

| INTERNATIONAL CLASSIFICATION | |
| --- | --- |
| 7 0 4 L | 9 /00 |

| GROUP ART UNIT | ASSISTANT EXAMINER (PLEASE STAMP OR PRINT FULL NAME) |
| --- | --- |
| 2132 | PRIMARY EXAMINER (PLEASE STAMP OR PRINT FULL NAME) Matthew Smithers |

TO 270
REV 6-91)

**ISSUE CLASSIFICATION SLIP**

U.S. DEPARTMENT OF COMMERCE
PATENT AND TRADEMARK OFFICE

P 031453

## PATENT APPLICATION FEE DETERMINATION RECORD
Effective October 1, 1996

Application or Docket Number
8- 872710

### CLAIMS AS FILED - PART I

| FOR | NUMBER FILED (Column 1) | NUMBER EXTRA (Column 2) | SMALL ENTITY RATE | FEE | OR | OTHER THAN SMALL ENTITY RATE | FEE |
|-----|------|------|------|------|------|------|------|
| BASIC FEE | | | | 385.00 | OR | | 770.00 |
| TOTAL CLAIMS | 36 minus 20 = | * 16 | x$11= | | OR | x$22= | |
| INDEPENDENT CLAIMS | 3 minus 3 = | * | x40= | | OR | x80= | |
| MULTIPLE DEPENDENT CLAIM PRESENT | | | +130= | | OR | +260= | |
| | | | TOTAL | | OR | TOTAL | |

\* If the difference in column 1 is less than zero, enter "0" in column 2

### CLAIMS AS AMENDED - PART II

| | | CLAIMS REMAINING AFTER AMENDMENT (Column 1) | | HIGHEST NUMBER PREVIOUSLY PAID FOR (Column 2) | PRESENT EXTRA (Column 3) | SMALL ENTITY RATE | ADDI-TIONAL FEE | OR | OTHER THAN SMALL ENTITY RATE | ADDI-TIONAL FEE |
|---|---|---|---|---|---|---|---|---|---|---|
| **AMENDMENT A** | Total | * 36 | Minus | ** 36 | = | x$11= | | OR | x$22= | |
| | Independent | * 3 | Minus | *** 3 | | x40= | | OR | x80= | |
| | FIRST PRESENTATION OF MULTIPLE DEPENDENT CLAIM | | | | | +130= | | OR | +260= | |
| | | | | | | TOTAL ADDIT. FEE | | | TOTAL ADDIT. FEE | |
| **AMENDMENT B** | Total | * 36 | Minus | ** 36 | = | x$11= | | OR | x$22= | |
| | Independent | * 4 | Minus | *** 3 | = 1 | x40= 35 | 35 | OR | x80= | |
| | FIRST PRESENTATION OF MULTIPLE DEPENDENT CLAIM | | | | | +130= | | OR | +260= | |
| | | | | | | TOTAL ADDIT. FEE | 35 | | TOTAL ADDIT. FEE | |
| **AMENDMENT C** | Total | * 33 | Minus | ** 36 | = — | x$11= | | OR | x$22= | |
| | Independent | * 4 | Minus | *** 4 | = | x40= | | OR | x80= | |
| | FIRST PRESENTATION OF MULTIPLE DEPENDENT CLAIM | | | | | +130= | | OR | +260= | |
| | | | | | | TOTAL ADDIT. FEE | | | TOTAL ADDIT. FEE | |

\* If the entry in column 1 is less than the entry in column 2, write "0" in column 3.
\*\* If the "Highest Number Previously Paid For" IN THIS SPACE is less than 20, enter "20."
\*\*\* If the "Highest Number Previously Paid For" IN THIS SPACE is less than 3, enter "3."
The "Highest Number Previously Paid For" (Total or Independent) is the highest number found in the appropriate box in column 1.

FORM PTO-875
(Rev. 10/96)

\*U.S. Government Printing Office: 1996 - 413-268/49191

Patent and Trademark Office, U.S. DEPARTMENT OF COMMERCE

P 031454