# EXHIBIT 7

# THE

# AMERICAN

# HERITAGE®

# COLLEGE

# *dic·tion·ar·y*

**NEWEST definitions – over 200,000**
**MOST photographs and illustrations – over 2,500**
**BEST usage guidance – over 400 notes**



### THIRD EDITION

Words are included in this Dictionary on the basis of their usage. Words that are known to have current trademark registrations are shown with an initial capital and are also identified as trademarks. No investigation has been made of common-law trademark rights in any word, because such investigation is impracticable. The inclusion of any word in this Dictionary is not, however, an expression of the Publisher's opinion as to whether or not it is subject to proprietary rights. Indeed, no definition in this Dictionary is to be regarded as affecting the validity of any trademark.

American Heritage® and the eagle logo are registered trademarks of Forbes Inc. Their use is pursuant to a license agreement with Forbes Inc.

Copyright © 1997, 1993 by Houghton Mifflin Company. All rights reserved.

No part of this work may be reproduced or transmitted in any form or by any means, electronic or mechanical, including photocopying and recording, or by any information storage or retrieval system without the prior written permission of Houghton Mifflin Company unless such copying is expressly permitted by federal copyright law. Address inquiries to Reference Permissions, Houghton Mifflin Company, 222 Berkeley Street, Boston MA 02116.

0-395-67161-2 (UPC)

*Library of Congress Cataloging-in-Publication Data*

The American heritage college dictionary. —3rd ed.
    p.      cm.
    ISBN 0-395-66917-0 (plain edge). —ISBN 0-395-44638-4 (thumb edge). —ISBN 0-395-66918-9 (deluxe binding).
    1. English language—Dictionaries.   2. Americanisms.
PE1628.A6227   1993
423—dc20                                    92-42124
                                                CIP

Manufactured in the United States of America

For information about this and other Houghton Mifflin trade and reference books and multimedia products, visit The Bookstore at Houghton Mifflin on the World Wide Web at http://www.hmco.com/trade/.

. Word of honor, esp. that of a prisoner of war, granted freedom only after promising to lay down. — *Ling.* The act of speaking; a particular utterance or expression. [ME *parol*, promise, word < VLat. *°paraula* < Lat. *parabola.* See PARABLE.]

**pa·rol·ee** (pə-rō′lē′) *n.* One who is released on parole.

**•o·no·ma·sia** (păr′ə-nō-mā′zhə, -zhē-ə) *n.* Wordplay, punning. **2.** A pun. [Lat. < Gk. < *paronomazein*, to call by a different name : *para-*, beside; see PARA-¹ + *onomazein*, to name; see ONOMASTIC.] — **par′o·no·mas′tic** (-măs′tĭk) *adj.*

**•o·nych·i·a** (pə-nĭk′ē-ə) *n. Medic.* Inflammation of the tissue surrounding a nail. [Lat. *parōnychia* < Gk. : *para-*, around; see PARA-¹ + *onux, onukh-*, nail; see ONYX.]

**•o·nym** (păr′ə-nĭm′) *n.* A paronymous word. [Gk. *parōnumon*, neut. sing. of *parōnumos*, derivative. See PARONYMOUS.] — **par′o·nym′ic** *adj.*

**ron·y·mous** (pə-rŏn′ə-məs) *adj.* Allied by derivation and having the same root; having the same stem; for example, *beautiful* and *beauteous.* [Gk. *parōnumos*, derivative : *para-*, beside; see PARA-¹ + *onuma*, name; see NO-MEN-°.]

**ros** also **Par·os** (păr′ŏs, pâr′ŏs). An island in the SE Greece in the Aegean Sea; settled by Ionians and the Ottoman Turks from 1537 to 1832.

**ros·mi·a** (pə-rŏz′mē-ə) *n.* A distortion of the sense of smell, as in smelling odors that are not present. [Gk. *osmē*, smell + *-IA*.]

**rot·id** (pə-rŏt′ĭd) *n.* A parotid gland. — *adj.* **1.** Of or near the ear. **2.** Of or relating to a parotid gland.

**tid gland** *n.* Either of the pair of salivary glands lying below and in front of each ear. [NLat. *parōtis, parōtid-* < Gk. : *para-*, beside; see PARA-¹ + *ous, ōt-*, ear; see OUS-°.]

**•o·ti·tis** (păr′ə-tī′tĭs) also **pa·rot·i·di·tis** (pə-rŏt′ĭ-dī′tĭs) *n.* Inflammation of the parotid glands, as in mumps. [PAROT(ID) + -ITIS.]

**rous** *suff.* Giving birth to; producing: *multiparous.* [Lat. *-parus* < *parere*, to give birth. See PARA-¹·°.]

**ou·si·a** (pə-rŏō-sē′ə, pə-rŏō′zē-ə) *n.* The Second Coming of Christ. [Gk., coming, presence, the part of *pareinai*, to be present : *para-*, beside; see PARA-¹ + *einai*, to be; see ES-°.]

**ox·ysm** (păr′ŏk-sĭz′əm) *n.* **1.** A sudden outburst of emotion or action. **2.** *Medic. a.* A sudden attack, recurrence, or intensification of a disease. **b.** A spasm or fit; a convulsion. [ME *paroxismie*, periodic attack of a disease < Medic. Lat. *paroxysmus* < Gk. *paroxusmos* < *paroxunein*, to stimulate : *para-*, intensive pref.; see PARA-¹ + *oxunein*, to spur, goad; sharpen (< *oxus*, sharp; see AK-°.] — **par′ox·ys′mal** (-sĭz′məl) *adj.*

**ox·y·tone** (păr′ŏk-sĭ-tōn′) *adj.* Having an acute accent on the next to last syllable. Used of some words in Greek and certain Romance languages. — *n.* A paroxytone word. [*oxutonos*: *para-*, beside; see PARA-¹ + *oxutonos*, OXYTONE.]

**quet** (pär-kā′) *n.* **1.** A floor made of parquetry. **2.** The process of making parquetry. **3.a.** The part of the floor of a theater between the orchestra pit and the parterre. **b.** The entire main floor of a theater. — *tr.v.* **-queted** (-kād′), **-quet·ing** (-kā′ĭng), **-quets** (-kāz′). **1.** To make a floor of parquet. [Fr., parquetry. See PARQUET.]

**uet circle** *n.* The part of the main floor of a theater under the balcony section.

**quet·ry** (pär′kĭ-trē) *n., pl. -ries.* Inlay of wood in a geometric pattern on mosaic, used esp. for floors. [Fr. *parqueterie* < *parquet.* See PARQUET.]

**par·r** (pär) *n., pl.* **parr** or **parrs. 1.** A young salmon during its first two years of life, when it lives in fresh water. **2.** Any of various other fishes.

**par·ry** (pâr), **Catherine.** 1512–48. Queen of England as the last wife of Henry VIII.

**par·ra·mat·ta** (păr′ə-măt′ə) *n.* Var. of *parramatta.*

**par·ra·mat·ta** (păr′ə-măt′ə). A city of SE Australia, a suburb of Sydney; founded 1788. Pop. 131,800.

**par·rel** also **par·ral** (păr′əl) *n. Naut.* A sliding loop of rope or metal by which a running yard or gaff is connected to and capable of being able to move vertically along, the mast. [ME *parrall* < *parrel*, shout for *apparail*, apparel, rigging. See APPAREL.]

**par·ri·cide** (păr′ĭ-sīd′) *n.* **1.** The murdering of one's father, mother, or other near relative. **2.** One who commits such murder. [Lat. *parricīda* and *parricīdium* : *pārs, parent*, a relative, *-cīdium, -cīde* (< *caedere*, to kill)] — **par′ri·cid′al** (-sīd′l) *adj.*

**par·ring** (pär′ĭng-tən), **Vernon Louis.** 1871–1929. Amer. literary historian known for his *Main Currents in American Thought* (1927–30).

**rish** (păr′ĭsh), **Anne.** 1760–1800. Amer. philanthropist; founded (1795) the first charitable institution for women in the U.S.

**ris, Maxfield Frederick.** 1870–1966. Amer. artist noted for his murals, magazine covers, and book illustrations.

**ris·r island** (pâr′ĭs). An island of the Sea Is. off S SC.

**rot** (păr′ət) *n.* **1.** Any of numerous tropical and semitropical birds of the order Psittaciformes, characterized by a short hooked bill, brightly colored plumage, and in some species the ability to mimic human speech. **2.** One who imitates the words or actions of another, esp. without understanding. — *tr.v.* **-rot·ed, -rot·ing, -rots.** To repeat or imitate, esp. without understanding. [Prob. < Fr. dial. *Perrot*, dim. of *Pierre, Peter.*] — **par′rot·er** *n.*

**rot fever** *n.* See psittacosis.

**rot·fish** (păr′ət-fĭsh′) *n., pl.* **parrotfish** or **-fish·es.** Any of various tropical marine fishes, esp. of the family Scaridae, having fused teeth resembling a parrot's beak.

**par·ry** (păr′ē) *v.* **-ried, -ry·ing, -ries.** — *tr.* **1.** To deflect or ward off (a blow, for example). **2.** To deflect, evade. — *intr.* To parry a thrust or blow. — *n., pl. -ries.* **1.** The parrying of a thrust or blow. **2.** An evasive answer or action. [Prob. < Fr. *parez*, imper. of *parer*, to defend < Ital. *parare* < Lat. *parāre*, to prepare. See PARE-°.]

**Par·ry** (păr′ē), **Sir William Edward.** 1790–1855. British navigator who commanded three expeditions in search of the Northwest Passage between 1819 and 1825.

**parse** (pärs) *v.* **parsed, pars·ing, pars·es.** — *tr.* **1.** To break (a sentence) down into its component parts of speech with an explanation of the form, function, and syntactical relationship of each part. **2.** To describe (a word) by stating its part of speech, form, and syntactical relationships in a sentence. **3.** To examine closely or subject to detailed analysis, esp. by breaking into components. **4.** *Comp. Sci.* To analyze or separate (code, for example) into more easily processed components. — *intr.* To admit of being parsed. [Prob. < ME *pars, pars* of speech < Lat. *pars* (*ōrātiōnis*), part (of speech); see ter-°·] — **pars′er** *n.*

**par·sec** (pär′sĕk′) *n.* A unit of astronomical length based on the distance from Earth at which stellar parallax is one second of arc and equal to 3.258 light-years, 3.086×10¹³ kilometers, or 1.918 × 10¹³ miles. [PAR(ALLAX) + SEC(OND).1.]

**Par·see** also **Par·si** (pär′sē, pär-sē′) *n., pl. -sees* also **-sis.** A member of a Zoroastrian religious sect in India, descended from Persians. **2.** The Iranian dialect used in the religious literature of the Parsees. [Pers. *Pārsī* < *Pārs*, Persia < OPers. *Pārsa.*] — **Par′see·ism** *n.*

**par·si·mo·ni·ous** (pär′sə-mō′nē-əs) *adj.* Excessively sparing or frugal. — **par′si·mo′ni·ous·ly** *adv.* — **par′si·mo′ni·ous·ness** *n.*

**par·si·mo·ny** (pär′sə-mō′nē) *n.* **1.** Unusual or excessive frugality; stinginess. **2.** Adoption of the simplest assumption, as the formulation of a theory. [ME *parcimony* < Lat. *parsimōnia* < *parsus*, p.part. of *parcere*, to spare.]

**pars·ley** (pärs′lē) *n., pl. -leys.* **1.** A member of the parsley family. **2.** A Eurasian herb (*Petroselinum crispum*) having flat or curled, ternately compound leaves that are used for seasoning or as a garnish. [ME *persely* < OE *petersilie* and OFr. *peresil*, both alt. < LLat. *petrosilium*, alteration of Lat. *petroselīnum* : Gk. *petroselinon* : *petra*, rock + *selinon*, celery.]

**pars·nip** (pärs′nĭp) *n.* **1.** A strong-scented plant (*Pastinaca sativa*) cultivated for its white edible root. **2.** The root of this plant. [ME *pasnepe*, alteration of OFr. *pasnaie* < Lat. *pastināca* < *pastinum*, a kind of two-pronged dibble.]

**par·son** (pär′sən) *n.* **1.** An Anglican cleric with full legal control of a parish under ecclesiastical law; a rector. **2.** A member of the clergy, esp. a Protestant minister. [ME, parish priest < OFr. *persone* < Med.Lat. *persōna* < Lat., character. See per-°.]

**par·son·age** (pär′sə-nĭj) *n.* The official residence usu. provided by a church for its parson; a rectory.

**Par·sons** (pär′sənz), **Talcott.** 1902–79. Amer. sociologist noted for developing the structural-functional approach to analyzing social systems. — **Par′son′i·an** (pär-sō′nē-ən) *adj.*

**Parsons table** *n.* A rigid, rectangular table with straight legs that are equal in thickness to the top of the table and form its four corners. [After the *Parsons School of Design* in New York.]

**part** (pärt) *n.* **1.** A portion, division, piece, or segment of a whole. **2.** Any of several equal portions or fractions that can constitute a whole or into which a whole can be divided. **3.** A division of a literary work. **4.a.** An organ, a member, or other division of an organism. **b. parts.** The external genitals. **5.** A component that can be separated from or attached to a system; a detachable piece. **6.** A role: *part in the play.* **7.** One's responsibility, duty, or obligation; share. **8.** Individual endowment or ability; talent. Often used in the plural. **9.** A region, area, land, or territory. Often used in the plural.

**10.** The line where the hair on the head is parted. **11.** *Mus.* **a.** The music or score for a particular instrument, as in an orchestra. **b.** One of the melodic divisions or voices of a contrapuntal composition. — *v.* **part·ed, part·ing, parts.** — *tr.* **1.** To divide or break into separate parts. **2.** To break up by separating the elements involved. **3.** To put or keep apart. See Syns at **separate. 4.** To comb (hair, for example) away from a dividing line, as on the scalp. **5.** *Archaic.* To divide into shares or portions. — *intr.* **1.** To become divided or separated. **2.** To go apart from one another; separate. **3.** To separate or divide into ways going in different directions. **4.** To go away; depart. **5.** To disagree by factions. **6.** *Archaic.* To die. — *adv.* Partially; in part. — *adj.* Not full or complete; partial. — *phrasal verb.* **part with.** To give up or let go of; relinquish. — *idioms.* **for (one's) part.** So far as one is concerned. **for the most part.** To the greater extent; generally or mostly. **in good part.** Good-naturedly or with good grace. **in part.** To some extent; partly. **on the part of.** Regarding or with respect to. **part and parcel.** A basic or essential part. **take part.** To join in; participate. **take (someone's) part.** To side with in a disagreement; support. [ME < OFr. < Lat. *pars, part-.* See pera-°.]

**part.** *abbr.* **1.** Particle. **2.** Particular.

**par·take** (pär-tāk′) *v.* **-took** (-tŏŏk′), **-tak·en** (-tā′kən), **-tak·ing, -takes.** — *intr.* **1.** To take or have a part or share; participate. **2.** To take or be given part or portion. **3.** To have part of the quality, nature, or character of something. — *tr.* To take or have a part in; share in. [Back-formation < *partaker*, one who partakes < ME *part-taker.*] — **par·tak′er** *n.*

**part·ed** (pär′tĭd) *adj.* **1.** Separated or divided into parts. **2.** Being or kept apart; separated. **3.** Bot. Cleft almost to the base, so as to have distinct divisions or lobes. **4.** *Archaic.* Deceased.

**par·terre** (pär-târ′) *n.* **1.** An ornamental flower garden having the beds and paths arranged to form a pattern. **2.** See **parquet circle.** [Fr. < OFr., ornamental garden < *par terre*, on the ground : *par*, over, on; see paramount + *terre*, ground (< OFr. < Lat. *terra*, earth; see ters-°).]



**parterre**
Garden in the Governor's Palace in Colonial Williamsburg, Virginia

**par·the·no·car·py** (pär′thə-nō-kär′pē) *n.* The production of fruit without fertilization. [Gk. *parthenos*, virgin + Gk. *karpos*, fruit; see -carp + -y-°.] — **par′the·no·car′pic** *adj.*

**par·the·no·gen·e·sis** (pär′thə-nō-jĕn′ĭ-sĭs) *n.* A form of reproduction in which an unfertilized egg develops into a new individual, occurring commonly among insects and certain other arthropods. [NLat. : Gk. *parthenos*, virgin + GENESIS.] — **par′the·no·ge·net′ic** (-jə-nĕt′ĭk) *adj.* — **par′the·no·ge·net′i·cal·ly** *adv.*

**Par·the·non** (pär′thə-nŏn′, -nən) *n.* The chief temple of the goddess Athena built on the acropolis at Athens between 447 and 432 B.C. and considered a supreme example of Doric architecture. [Lat. *Parthenōn* < Gk. < *parthenos*, virgin.]



**Parthenon**
On the Acropolis, Athens, Greece

**Par·thi·a** (pär′thē-ə). An ancient country and kingdom of SW Asia corresponding to modern NE Iran; reached the height of its influence at the beginning of the 1st cent. B.C.

**Par·thi·an** (pär′thē-ən) *adj.* **1.** Of or relating to Parthia or its people, language, or culture. **2.** Delivered in or as if in retreat. — *n.* **1.** A native or inhabitant of Parthia. **2.** The Iranian language of the Parthians.

**par·tial** (pär′shəl) *adj.* **1.** Of, relating to, being, or affecting only a part; not total; incomplete. **2.** Favoring one person or side over another or others; biased or prejudiced. **3.** Having a particular liking or fondness for something or someone: *partial to jazz.* — *n.* **1.** *Mus.* See **harmonic 1. 2.** *Math.* A partial derivative. [ME *parcial* < OFr. < LLat. *partiālis* < Lat. *pars, part-*, part. See per-°.] — **par′tial·ness** *n.*

**partial derivative** *n. Math.* The derivative with respect to a single variable of a function of two or more variables, regarding other variables as constants.

**partial differential equation** *n. Math.* A differential equation containing at least one partial derivative.

**partial differentiation** *n. Math.* Differentiation with respect to a single variable in a function of several variables, regarding other variables as constants.

**partial fraction** *n.* One of a set of fractions having an algebraic sum equal to a specified fraction.

**par·ti·al·i·ty** (pär′shē-ăl′ĭ-tē, pär-shăl′-) *n., pl. -ties.* **1.** The state of being partial. **2.** Favorable predilection or bias. **3.** A special fondness; a predilection. See Syns at **predilection.**

**par·tial·ly** (pär′shə-lē) *adv.* To a degree; not totally.

**partial pressure** *n.* The pressure that one component of a mixture of gases would exert if it were alone in a container.

**partial tone** *n. Mus.* See **harmonic 1.**

**par·ti·ble** (pär′tə-bəl) *adj.* That can be parted, divided, or separated; divisible: *a partible estate.*

**par·tic·i·pant** (pär-tĭs′ə-pənt) *n.* One that participates, shares, or takes part in something. — *adj.* Sharing in or taking part; participating. — **par·tic′i·pance** *n.*

**par·tic·i·pate** (pär-tĭs′ə-pāt′) *v.* **-pat·ed, -pat·ing, -pates.** — *intr.* **1.** To take part in something. **2.** To share in something. — *tr. Archaic.* To partake of. [Lat. *participāre, participāt-* < *particeps, particip-*, participle, partaker : *pars, part-*, part; see per-° + *capere*, to take; see kap-°.] — **par·tic′i·pa′tor** *n.*

**pronunciation key**

| | |
|---|---|
| ă pat | oi boy |
| ā pay | ou out |
| âr care | ŏŏ took |
| ä father | ōō boot |
| ĕ pet | ŭ cut |
| ē be | ûr urge |
| ĭ pit | th thin |
| ī pie | th this |
| îr pier | hw which |
| ŏ pot | zh vision |
| ō toe | ə about, |
| ô paw | item |

**Stress marks:**
′ (primary);
′ (secondary), as in
dictionary (dĭk′shə-nĕr′ē)

**perk·y** (pûr′kē) *adj.* **-i·er, -i·est. 1.** Having a buoyant or self-confident air; briskly cheerful. **2.** Jaunty; sprightly. **—perk′i·ly** *adv.* **—perk′i·ness** *n.*

**per·lite** also **pearl·ite** (pûr′līt′) *n.* A volcanic glass having distinctive concentric cracks and a relatively high water content, used in a heat-expanded form as a lightweight aggregate in insulation and potting soil. [Fr. (< *perle,* pearl < OFr.; see PEARL[1]) or Ger. *Perlite* (< *Perle,* pearl, ult. < VLat. *°pernula.*)]

**perm** (pûrm) *Informal.* *— n.* A permanent. *— tr.v.* permed, perm·ing, perms. To give (hair) a permanent.

**Perm** (perm, pyěrm). A city of W-central Russia on the Kama R. in the foothills of the Ural Mts. Pop. 1,056,000.

**perm.** *abbr.* Permanent.

**per·ma·frost** (pûr′mə-frôst′, -frŏst′) *n.* Permanently frozen subsoil, occurring throughout the Polar Regions and locally in perennially frigid areas. [PERMA(NENT) + FROST.]

**Perm·al·loy** (pûr′mə-loi′, pûrm-ăl′oi′). A trademark used for any of several alloys of nickel and iron having high magnetic permeability.

**per·ma·nence** (pûr′mə-nəns) *n.* The quality or condition of being permanent.

**per·ma·nent** (pûr′mə-nənt) *adj.* **1.** Lasting or remaining without essential change. **2.** Not expected to change in status, condition, or place. *— n.* A long-lasting hair wave produced chemically and with heat. [ME < OFr. < Lat. *permanēns, permanent-,* pr.part. of *permanēre,* to endure : *per-,* throughout; see PER- + *manēre,* to remain; see MEN-[3*.]] **—per′ma·nent·ly** *adv.* **—per′ma·nent·ness** *n.*

**permanent magnet** *n.* A piece of magnetic material that retains its magnetism after it is removed from a magnetic field.

**permanent press** *n.* **1.** A chemical process in which fabrics are permanently shaped and treated for wrinkle resistance. **2.** A fabric treated by permanent press. **—per′ma·nent-press′** (pûr′mə-nənt-prěs′) *adj.*

**permanent tooth** *n.* One of the second set of teeth in mammals. Human beings have 32 permanent teeth.

**permanent wave** *n.* See permanent.

**per·man·ga·nate** (pər-măng′gə-nāt′) *n.* Any of the salts of permanganic acid, all of which are strong oxidizing agents.

**per·man·gan·ic acid** (pûr′măn-găn′ĭk, -mǎng-) *n.* An unstable inorganic acid, HMnO₄, existing only in dilute solution.

**per·me·a·bil·i·ty** (pûr′mē-ə-bĭl′ĭ-tē) *n., pl.* **-ties. 1.** The property or condition of being permeable. **2.** The rate of flow of a liquid or gas through a porous material.

**per·me·a·ble** (pûr′mē-ə-bəl) *adj.* That can be permeated or penetrated, esp. by liquids or gases.

**per·me·ance** (pûr′mē-əns) *n.* A measure of the ability of a magnetic circuit to conduct magnetic flux; the reciprocal of reluctance. [< Lat. *permeāre,* to penetrate. See PERMEATE.]

**per·me·ase** (pûr′mē-ās′) *n.* An enzyme that promotes the passage of a substance across a cell membrane.

**per·me·ate** (pûr′mē-āt′) *v.* **-at·ed, -at·ing, -ates.** *— tr.* **1.** To spread or flow throughout; pervade. **2.** To pass through the openings or interstices of; *liquid permeating a membrane.* *— intr.* To spread through or penetrate something. [Lat. *permeāre, permeāt-,* to penetrate : *per-,* through; see PER- + *meāre,* to pass; see MEI-[1*.]] **—per′me·ant** (-ənt), **per′me·a′tive** (-ā′tĭv) *adj.* **—per′me·a′tion** *n.*

**Perm·i·an** (pûr′mē-ən, pěr′-) *Geol.* *— adj.* Of, belonging to, or being the geologic time of the seventh and last period of the Paleozoic Era. See table at **geologic time.** *— n.* The Permian Period or its deposits. [After *Perm* in W-central Russia.]

**per·mis·si·ble** (pər-mĭs′ə-bəl) *adj.* Permitted; allowable: *permissible tax deductions.* **—per·mis′si·bil′i·ty, per·mis′si·ble·ness** *n.* **—per·mis′si·bly** *adv.*

**per·mis·sion** (pər-mĭsh′ən) *n.* **1.** The act of permitting. **2.** Consent, esp. formal consent; authorization. [ME < OFr. < Lat. *permissiō, permissiōn- < permissus,* p.part. of *permittere,* to permit. See PERMIT.]

**per·mis·sive** (pər-mĭs′ĭv) *adj.* **1.** Granting or inclined to grant permission; tolerant or lenient. **2.** Permitting discretion; optional. **3.** *Archaic.* Not forbidden; permitted. **—per·mis′sive·ly** *adv.* **—per·mis′sive·ness** *n.*

**per·mit** (pər-mĭt′) *v.* **-mit·ted, -mit·ting, -mits.** *— tr.* **1.** To allow the doing of (something); consent to. **2.** To grant leave or consent to (someone); authorize. **3.** To afford opportunity or possibility for. *— intr.* To afford opportunity; allow. *— n.* (pûr′mĭt, pər-mĭt′). **1.** Permission, esp. in written form. **2.** A document or certificate giving permission to do something; a license or warrant. [ME *permitten < Lat. permittere* : *per-,* through; see PER- + *mittere,* to let go.] **—per′mit·tee′** (pûr′mĭ-tē′) *n.* **—per·mit′ter** *n.*

**Usage Note:** In the sense "to allow for, be consistent with," *permit* is often accompanied by *of* when its subject is inanimate: *The wording permits of several interpretations.* But *permit of* should not be used in the sense "to give permission": *The law permits* (not *permits of*) *camping.*

**per·mit·tiv·i·ty** (pûr′mĭ-tĭv′ĭ-tē) *n., pl.* **-ties.** *Phys.* A measure of the ability of a material to resist the formation of an electric field within it.

**per·mu·ta·tion** (pûr′myōō-tā′shən) *n.* **1.** A complete change; a transformation. **2.** The act of altering a given set of objects in a group. **3.** *Math.* **a.** An ordered arrangement of the elements of a set. **b.** An operation that rearranges the elements of a set. **—per′mu·ta′tion·al** *adj.*

**per·mute** (pər-myōōt′) *tr.v.* **-mut·ed, -mut·ing, -mutes. 1.** To change the order of. **2.** *Math.* To subject to permutation. [ME *permuten < OFr. permuter < Lat. permūtāre* : *per-,* per- + *mūtāre,* to change; see MEI-[1*.]] **—per·mut′a·bil′i·ty** *n.* **—per·mut′a·ble** *adj.* **—per·mut′a·bly** *adv.*

**per·ni·cious** (pər-nĭsh′əs) *adj.* **1.a.** Tending to cause death or serious injury; deadly: *a pernicious virus.* **b.** Causing great harm; destructive: *pernicious rumors.* **2.** *Archaic.* Evil; wicked. [ME < OFr. *pernicios < Lat. perniciōsus < perniciēs,* destruction : *per-,* per- + *nex, nec-,* violent death; see nek-[1*.]] **—per·ni′cious·ly** *adv.* **—per·ni′cious·ness** *n.*

**pernicious anemia** *n.* A severe anemia caused by failure of the stomach to absorb vitamin B₁₂ and characterized by abnormally large red blood cells and gastrointestinal disturbance.

**per·o·ne·al** (pěr′ə-nē′əl) *adj.* Perinicdery. [?]

**Pe·rón** (pə-rōn′, pě-rōn′), Juan Domingo. 1895–1974. Argentine soldier who served as president (1946–55 and 1973–74). His second wife, **(Maria) Eva Duarte de Perón** (1919–52), "Evita," was popular for her charitable works. Perón was succeeded by his third wife, **Maria Estela Martínez de Perón** (b. 1931), "Isabelita," who was ousted in 1976.

**per·o·ne·al** (pěr′ə-nē′əl) *adj.* Of or relating to the fibula or to the outer portion of the leg. [< Gk. *peronē,* pin of a brooch, fibula. See per-[2*.]]

**per·o·ral** (pər-ôr′əl, -ōr′-) *adj.* Through or by way of the mouth: *a peroral infection.* **—per·o′ral·ly** *adv.*

**per·o·rate** (pěr′ə-rāt′) *intr.v.* **-rat·ed, -rat·ing, -rates. 1.** To conclude a speech with a formal recapitulation. **2.** To speak at great length, often in a grandiloquent manner; declaim. [Lat. *perōrāre, perōrāt-* : *per-,* per- + *ōrāre,* to speak.] **—per′o·ra′tion** *n.* **—per′o·ra′tion·al** *adj.*

**per·ox·i·dase** (pə-rŏk′sĭ-dās′, -dāz′) *n.* Any of a group of enzymes that occur esp. in plant cells and catalyze the oxidation of a substance by a peroxide.

**per·ox·ide** (pə-rŏk′sīd′) *n.* **1.** A compound, such as sodium peroxide, Na₂O₂, that contains a peroxyl group and yields hydrogen peroxide when treated with an acid. **2.** Hydrogen peroxide. *— tr.v.* **-id·ed, -id·ing, -ides. 1.** To treat with peroxide. **2.** To bleach (hair) with hydrogen peroxide. **—per·ox′ide′** *adj.* **—per·ox′id′ic** (pûr′ŏk-sĭd′ĭk) *adj.*

**per·ox·i·some** (pə-rŏk′sĭ-sōm′) *n.* A cell organelle containing enzymes, such as catalase and oxidase, that catalyze the production and breakdown of hydrogen peroxide.

**peroxy-** *pref.* Containing the bivalent group O₂: peroxybenzoic acid. [PER(-) + OXY-.]

**perp** (pûrp) *n. Slang.* One who perpetrates a crime.

**perp.** *abbr.* Perpendicular.

**per·pend** (pər-pěnd′) *v.* **-pend·ed, -pend·ing, -pends.** *— tr.* To consider carefully; ponder. *— intr.* To be attentive; reflect. [Lat. *perpendere* : *per-,* per- + *pendere,* to weigh; see (s)pen-*.]

**per·pen·dic·u·lar** (pûr′pən-dĭk′yə-lər) *adj.* **1.** *Math.* Intersecting at or forming right angles. **2.** Being at right angles to the horizontal; vertical. **3.** Often **Perpendicular.** Of or relating to a style of English Gothic architecture of the 14th and 15th centuries characterized by emphasis of the vertical element. *— n.* **1.** *Math.* A line or plane perpendicular to a given line or plane. **2.** A perpendicular position. **3.** A device, such as a plumb line, used in marking the vertical from a given point. **4.** A vertical or nearly vertical line or plane. [ME *perpendicular < OFr. < Lat. perpendiculāris < perpendiculum,* plumb line < *perpendere,* to weigh carefully : *per-,* per- + *pendere,* to weigh; see (s)pen-*.] **—per′pen·dic′u·lar′i·ty** (-lăr′ĭ-tē) *n.* **—per′pen·dic′u·lar·ly** *adv.*

**per·pe·trate** (pûr′pĭ-trāt′) *tr.v.* **-trat·ed, -trat·ing, -trates.** To be responsible for; commit. [Lat. *perpetrāre, perpetrāt-,* to accomplish : *per-,* per- + *patrāre,* to bring about (< *pater,* father; see pəter-*).] **—per′pe·tra′tion** *n.* **—per′pe·tra′tor** *n.*

**per·pet·u·al** (pər-pěch′ōō-əl) *adj.* **1.** Lasting for eternity. **2.** Continuing or lasting for an indefinitely long time. **3.** Instituted to be in effect or have tenure for an unlimited duration: *perpetual friendship.* **4.** Continuing without interruption. See Syns at **continual. 5.** Flowering throughout the growing season. [ME *perpetuel < OFr. < Lat. perpetuālis < perpetuus,* continuous : *per-,* per- + *petere,* to go toward; see pet-*.] **—per·pet′u·al·ly** *adv.*

**perpetual calendar** *n.* A chart or device that indicates the day of the week corresponding to a date over a period of years.

**perpetual motion** *n.* The hypothetical continuous operation of an isolated mechanical device or other closed system without a sustaining energy source.

**per·pet·u·ate** (pər-pěch′ōō-āt′) *tr.v.* **-at·ed, -at·ing, -ates. 1.** To cause to continue indefinitely; make perpetual. **2.** To prolong the existence of; cause to be remembered. [Lat. *perpetuāre, perpetuāt- < perpetuus,* continuous. See PERPETUAL.] **—per·pet′u·ance, per·pet′u·a′tion** *n.* **—per·pet′u·a′tor** *n.*