# EXHIBIT 10

Case 1:05-cv-00214-JJF    Document 287-18    Filed 09/29/2006    Page 1 of 4


Designed for Microsoft Windows NT Windows 95


CD-ROM Included

**The Ultimate Computer Reference**

*The Comprehensive Standard for Business, School, Library, and Home*


Over **7,600** Terms
Additional Terms Available On Line Quarterly

# Microsoft Press
# Computer Dictionary
## Third Edition

- *Over 300 illustrations and diagrams*
- *Extensive Internet coverage*
- *Featured in Microsoft® Bookshelf®*
- *Covers software, hardware, concepts, and more!*

**Microsoft** Press

# Contents

Introduction

v

# Dictionary
*of Computer Terms*

1

### Appendix A

ASCII Character Set

520

### Appendix B

IBM Extended Character Set

522

### Appendix C

Apple Macintosh Extended Character Set

524

### Appendix D

EBCDIC Character Set

528

### Appendix E

Numeric Equivalents

534

eventually (in five years or more). *See also* nonvolatile memory.

**permanent swap file** \pər`mə-nənt swäp´ fīl\ *n.* In Windows, a file composed of contiguous disk sectors used for virtual memory operations. *See also* swap file, virtual memory.

**permanent virtual circuit** \pər`mə-nənt vər`-chōō-əl sər´kət\ *n. See* PVC.

**permission** \pər-mish´ən\ *n.* In a networked or multiuser computer environment, the ability of a particular user to access a particular resource by means of his or her user account. Permissions are granted by the system administrator or other authorized person; these permissions are stored in the system (often in a file called a *permissions log*) and are checked when a user attempts to access a resource.

**perpendicular recording** \pər-pən-dik`yə-lər rə-kōr´dēng\ *n.* A method of increasing storage capacity on magnetic media by aligning the magnetic dipoles, whose orientation determines bit values, in a direction that is perpendicular to the recording surface. *Also called* vertical recording.

**persistence** \pər-si´stəns\ *n.* A characteristic of some light-emitting materials, such as the phosphors used in CRTs, that causes an image to be retained for a short while after being irradiated, as by an electron beam in a CRT. The decay in persistence is sometimes called *luminance decay.*

**persistent data** \pər-si`stənt dā´tə, dat´ə\ *n.* Data that is stored in a database or on tape so that it is retained by the computer between sessions.

**persistent link** \pər-si`stənt lēnk´\ *n. See* hot link (definition 1).

**persistent storage** \pər-si`stənt stōr´əj\ *n.* Memory that remains intact when the power to a device is turned off, such as ROM. *See also* memory.

**personal computer** \pər`sə-nəl kəm-pyōō´tər\ *n.* A computer designed for use by one person at a time. Personal computers do not need to share the processing, disk, and printer resources of another computer. IBM PC-compatible computers and Apple Macintoshes are both examples of personal computers. *Acronym:* PC (P-C´).

**Personal Computer** \pər`sə-nəl kəm-pyōō´tər\ *n. See* IBM PC.

**Personal Computer Memory Card International Association** \pər`sən-əl kəm-pyōō-tər mem`ər-ē kärd in-tər-nash`ə-nəl ə-sō`sē-ā´shən\ *n. See* PCMCIA.

**personal digital assistant** \pər`sə-nəl dij`i-təl ə-si´stənt\ *n. See* PDA.

**personal finance manager** \pər`sə-nəl fī´nans man`ə-jər\ *n.* A software application designed to assist the user in performing simple financial accounting tasks, such as balancing checkbooks and paying bills.

**personal information manager** \pər`sə-nəl in-fər-mā´shən man`ə-jər\ *n. See* PIM.

**perspective view** \pər-spek´tiv vyōō`\ *n.* In computer graphics, a display method that shows objects in three dimensions (height, width, and depth), with the depth aspect rendered according to the desired perspective. An advantage of perspective view is that it presents a more accurate representation of what the human eye perceives. *Compare* isometric view.

**peta-** \pet´ə\ *prefix* Abbreviated P. Denotes 1 quadrillion ($10^{15}$). In computing, which is based on the binary (base-2) numbering system, *peta-* has a literal value of 1,125,899,906,842,624, which is the power of 2 ($2^{50}$) closest to 1 quadrillion.

**petabyte** \pet´ə-bīt`\ *n.* Abbreviated PB. Either 1 quadrillion bytes or 1,125,899,906,842,624 bytes.

**.pg** \dot`P-G´\ *n.* On the Internet, the major geographic domain specifying that an address is located in Papua New Guinea.

**PGA** \P`G-A´\ *n. See* pin grid array, Professional Graphics Adapter.

**PgDn key** \pāj-doun´ kē`\ *n. See* Page Down key.

**PGP** \P`G-P´\ *n.* Acronym for **P**retty **G**ood **P**rivacy. A program for public key encryption, using the RSA algorithm, developed by Philip Zimmermann. PGP software is available in unsupported free versions and supported commercial versions. *See also* privacy, public key encryption, RSA encryption.

**PgUp key** \pāj-up´ kē`\ *n. See* Page Up key.

**.ph** \dot`P-H´\ *n.* On the Internet, the major geographic domain specifying that an address is located in the Philippines.

**phase** \fāz\ *n.* A relative measurement that describes the temporal relationship between two signals that have the same frequency. Phase is measured in degrees, with one full oscillation cycle having 360 degrees. The phase of one signal