IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| PRISM TECHNOLOGIES LLC<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>VERISIGN, INC., RSA SECURITY, INC.,<br>NETEGRITY, INC., COMPUTER<br>ASSOCIATES INTERNATIONAL, INC.,<br>and JOHNSON & JOHNSON SERVICES,<br>INC.,<br><br>　　　　Defendants. | Civil Action No. 05-214 JJF |

**NOTICE OF DEPOSITION OF GREGORY DUMAN**

PLEASE TAKE NOTICE that, pursuant to Rule 30 of the Federal Rules of Civil Procedure, Defendant VeriSign, Inc. ("VeriSign") will take the deposition upon oral examination of Gregory Duman. The deposition shall take place before a notary public or other officer duly authorized to administer oaths and take testimony, at Robins, Kaplan, Miller & Ciresi, LLP, 1801 K Street, N.W., Washington, DC, 20006, beginning at 9:30 a.m., on October 27, 2006, or at such other time and place as may be agreed among counsel.

The deposition will be recorded by stenographic means and may be audio taped and/or videotaped, and shall continue from day to day until completed or adjourned. You are invited to attend and cross examine the deponent.

October 2, 2006

October 2, 2006

                                              /s/
                                      Frank C. Cimino, Jr.
                                      Daniel E. Yonan
                                      AKIN GUMP STRAUSS HAUER & FELD LLP
                                      Robert S. Strauss Building
                                      1333 New Hampshire Avenue, N.W.
                                      Washington, DC  20036-1564
                                      Telephone: (202) 887-4000
                                      Fax: (202) 887-4288

                                      *Attorneys for Defendant*
                                      *VeriSign, Inc.*

*Of Counsel:*

Edward F. Mannino
Jason A. Snyderman
AKIN GUMP STRAUSS HAUER
  & FELD, LLP
One Commerce Square
Suite 2200
2005 Market Street
Philadelphia, PA  19102
Telephone: (215) 965-1200
Fax: (215) 965-1210


Patricia Smink Rogoski
Delaware Bar ID 2632
CONNELLY, BOVE, LODGE
  & HUTZ, LLP
The Nemours Building
1007 North Orange Street
P.O. Box 2207
Wilmington, DE  19899
Telephone: (302) 658-9141
Fax: (302) 658-5614