IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| PRISM TECHNOLOGIES LLC, ) | |
| ) | |
| v. ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | C.A. No. 05-214-JJF |
| ) | |
| VERISIGN, INC., RSA SECURITY INC., ) | |
| NETEGRITY INC., COMPUTER ASSOCIATES ) | |
| INTERNATIONAL INC., and JOHNSON & ) | |
| JOHNSON SERVICES, INC. ) | |
| ) | |
| Defendants. ) | |

**STIPULATION AND ORDER MODIFYING
THE ORDER GOVERNING DEPOSITIONS**

WHEREAS, the Court's Order governing depositions dated July 21, 2006 (D.I. 156) (the "Order") calls for fact depositions to commence on August 11, 2006 and end by November 2, 2006; and

WHEREAS, several of the parties produced numerous documents on or after August 11, 2006 and some of the parties are still in the process of reviewing these documents; and

WHEREAS, more than thirty (30) fact witnesses have already been noticed for deposition; and

WHEREAS, the parties believe a short extension of the date to complete fact depositions will enable them to structure and schedule the many depositions more efficiently; and

635560v1

WHEREAS, the parties do not anticipate that this adjustment will affect any of the other dates contained in the Rule 16 Scheduling Order dated May 10, 2006 (D.I. 109), including the *Markman* hearing date, the dispositive motions filing date, or the trial date;

NOW, THEREFORE, THE PARTIES HERETO STIPULATE AND AGREE, subject to the approval of the Court, that the Order governing depositions, dated July 21, 2006 (D.I. 156) (the "Order") be modified in the following ways, and only the following ways:

Paragraph 1 of the Order is modified to provide that fact discovery depositions shall be completed by **December 8, 2006** (extended from November 2, 2006).

| OF COUNSEL: | THE BAYARD FIRM |
|---|---|
| Dirk D. Thomas, Esq.<br>Robert A. Auchter, Esq.<br>Kenneth A. Freeling, Esq.<br>André J. Bahou, Esq.<br>Robins, Kaplan, Miller & Ciresi, L.L.P.<br>1801 K Street, N.W., Suite 1200<br>Washington, D.C. 20006<br>(202) 775-0725 | /s/ Richard D. Kirk (rk0922)<br>Richard D. Kirk (#922)<br>Ashley B. Stitzer (#3891)<br>222 Delaware Avenue, Suite 900<br>P. O. Box 25130<br>Wilmington, Delaware 19899<br>(302) 655-5000<br>rkirk@bayardfirm.com<br>astitzer@bayardfirm.com<br><br>Attorneys for Plaintiff |
| OF COUNSEL: | RICHARDS, LAYTON & FINGER, P.A. |
| William Lee, Esq.<br>David B. Bassett, Esq.<br>Gregory P. Teran, Esq.<br>Kate Hutchins, Esq.<br>Mark D. Selwyn, Esq.<br>Wilmer Cutler Pickering Hale and Dorr LLP<br>60 State Street<br>Boston, MA 02109<br>(617) 526-6000 | /s/ Frederick L. Cottrell (fc2555)<br>Frederick L. Cottrell III (#2555)<br>Alyssa M. Schwartz (#4351)<br>One Rodney Square<br>P.O. Box 551<br>Wilmington, Delaware 19899<br>(302) 651-7700<br>cottrell@rlf.com<br>Schwartz@rlf.com<br><br>Attorneys for Defendant, RSA Security Inc. |

635560v1

| | |
|---|---|
| OF COUNSEL: | POTTER ANDERSON & CORROON LLP |
| David M. Schlitz, Esq.<br>Jeffrey D. Baxter, Esq.<br>Baker Botts LLP<br>1299 Pennsylvania Avenue<br>Washington, D.C. 20004-2400<br>(202) 639-7700<br><br>Kevin Meek, Esq.<br>Jeffrey D. Baxter, Esq.<br>Samir A. Bhavsar, Esq.<br>Baker Botts LLP<br>2001 Ross Avenue<br>Dallas, TX 75201-2980<br>(214) 953-6500 | /s/ Richard L. Horwitz (rh2246)<br>Richard L. Horwitz (#2246)<br>David E. Moore (#3983)<br>1313 N. Market Street<br>Hercules Plaza, 6th Floor<br>P.O. Box 951<br>Wilmington, DE  19899<br>(302) 984-6000<br>rhorwitz@potteranderson.com<br>dmoore@potteranderson.com<br><br>Attorneys for Defendant, Netegrity, Inc. and Computer Associates International, Inc. |
| OF COUNSEL: | ASHBY & GEDDES |
| John M. DiMatteo, Esq.<br>Neal Feivelson, Esq.<br>Wilkie Farr & Gallagher LLP<br>787 Seventh Avenue<br>New York, NY 10019-6099<br>(212) 728-8000 | /s/ Steven J. Balick  (sb2114)<br>Steven J. Balick (#2114)<br>John G. Day (# 2403)<br>222 Delaware Avenue, 17th Floor<br>Wilmington, Delaware 19801<br>(302) 654-1888<br>sbalick@ashby-geddes.com<br>jday@ashby-geddes.com<br><br>Attorneys for Defendant, Johnson & Johnson Services, Inc. |

| | |
|---|---|
| OF COUNSEL: | CONNOLLY, BOVE, LODGE & HUTZ, LLP |
| | |
| Edward F. Mannino, Esq. | /s/ Patricia S. Rogowski (pr2632) |
| Jason Snynderman, Esq. | Patricia Smink Rogowski (#2632) |
| Akin Gump Strauss Hauer & Feld LLP | 1007 North Orange Street |
| 2005 Market Street, Suite 2200 | P.O. Box 2207 |
| Philadelphia, PA 19103 | Wilmington, DE  19899 |
| (215) 965-1200 | (302) 658-9141 |
| | progowski@cblh.com |
| Frank C. Cimino, Jr., Esq. | |
| Daniel E. Yonan, Esq. | Attorney for Defendant, Verisign, Inc. |
| Jin-Suk Park, Esq. | |
| Akin Gump Strauss Hauer & Feld LLP | |
| 1333 New Hampshire Avenue, N.W. | |
| Washington, D.C. 20036-1564 | |
| (202) 887-4020 | |

        SO ORDERED this _____ day of October, 2006.

                _____
                            Judge