# EXHIBIT A



# WEBSTER'S
## NEW TWENTIETH CENTURY
# DICTIONARY

## UNABRIDGED

### SECOND EDITION - DELUXE COLOR

# WEBSTER'S NEW TWENTIETH CENTURY DICTIONARY

## Second Edition

Copyright © 1983 and 1955, 1956, 1957, 1958, 1959, 1960, 1962, 1964,
1968, 1970, 1975, 1977, 1979 by Simon & Schuster, a Division of Gulf & Western Corporation
Full-Color Plates Copyright © 1972 by Simon & Schuster, a Division of Gulf & Western Corporation
All rights reserved
including the right of reproduction
in whole or in part in any form
Published by New World Dictionaries/Simon and Schuster
A Simon & Schuster Division of Gulf & Western Corporation
Simon & Schuster Building
Rockefeller Center
1230 Avenue of the Americas
New York, New York 10020
SIMON AND SCHUSTER, TREE OF KNOWLEDGE and colophon are trademarks
of Simon & Schuster.

*Dictionary Editorial Offices*
*New World Dictionaries*
*850 Euclid Avenue*
*Cleveland, Ohio 44114*

Manufactured in the United States of America

10 9 8

Library of Congress Catalog Card Number: 83-42537

ISBN 0-671-41819-X

Previous editions of this book were pub-
lished by The World Publishing Company,
William Collins + World Publishing Co., Inc.
and William Collins Publishers, Inc.

PRINTED IN THE UNITED STATES OF AMERICA

**asymmetral**　　　　　　　　　　　　　　　　　　　　　　　　　　**Athapascan**

1: formerly, a sanctuary or inviolable place of protection, as a church, where criminals and debtors sheltered themselves from capture and punishment, and from which they could not be forcibly taken without sacrilege. Temples and altars were anciently considered asylums, as were tombs, statues of the gods, and monuments.

2: any place of retreat and security.

3: an institution for the protection or relief of unfortunate, afflicted, destitute, or defective persons; as, an asylum for the poor, for the insane, for orphans, or for the aged.

4: the protection given by a sanctuary or refuge.

right of asylum, in modern usage, the right of one state to receive, shelter, and protect those accused of offenses in another country. — Syn.—refuge, retreat, sanctuary, shelter.

**a·sym′me·tral**, **a·sym′me·trous**, *a.* asymmetrical. [Obs.]

**a·sym·met′ric·al**, **a·sym·met′ric**, *a.* 1. not symmetrical.

2. in crystallography, relating to the triclinic system, crystals belonging to this classification having three unequal axes or being without a plane of symmetry.

**a·sym′me·try**, *n.* [Gr. *asymmetria*, disproportion; *a* priv., and *symmetros*; *syn*, with, and *metron*, measure.]

1. the want of proportion between the parts of a thing; lack of symmetry.

2. in mathematics, incommensurability, as when there is no common measure between two quantities. [Obs.]

**a·symp·tote** (ăs′ĭm-tōt), *n.* [Gr. *a* priv., and *symptōtein*, to fall together; *sym*, with, together, and *ptōtos*, from *piptein*, to fall.] a line which continually approaches nearer to some curve, but, though infinitely extended, would never meet it. This may be conceived as a tangent to a curve at an infinite distance.



ASYMPTOTE

A, asymptote of curve c
(*c* becomes smaller but does not disappear)

**as·ymp·tot′ic**, **as·ymp·tot′ic·al**, *a.* of, or of the nature of, an asymptote.

**as·ymp·tot′ic·al·ly**, *adv.* in an asymptotic manner.

**a·syn′ar·tete**, **a·syn′ar·tet′ic**, *a.* [Gr. *asynartētos*, disconnected; *a* priv., *syn*, with, and *artein*, to join, fasten.] literally, disconnected; not fitted or adjusted. —

*asynartete sentence;* a sentence in which the members are not united by connective particles; as, I came. I saw. I conquered.

*asynartete verse;* in prosody, a verse consisting of two members, having different rhythms; as when the first consists of iambuses and the second of trochees, or the first of dactyls and the second of iambuses.

**a·syn′chro·nism**, *n.* lack of synchronism; failure to occur at the same time.

**a·syn′chro·nous**, *a.* [Gr. *a* priv., and *syn*, with, and *chronos*, time.] without coincidence in time; not synchronous

**as·yn·det′ic**, *a.* using or involving asyndeton.

**as·yn·det′ic·al·ly**, *adv.* in an asyndetic manner.

**a·syn′de·ton**, *n.* [Gr. *asyndeton*, asyndeton, neut. of *asyndetos*; *a* priv., and *syndeos*, from *syndein*, to bind together.] in rhetoric, the practice of leaving out the conjunctions between co-ordinate sentence elements, e.g., *veni, vidi, vici;* I came, I saw, I conquered.

**as·y·ner′gi·a**, **a·syn′er·gy**, *n.* [Gr. *a* priv., and *synergein*, to work together.] in medicine, lack of co-ordination of muscles normally acting in unison.

**a·syn·tac′tic**, *a.* [a priv., and *syntactic*.] not syntactical.

**a·sys′to·lē**, **a·sys′to·lĭsm**, *n.* [Gr. *a* priv., and *systole*, contracting, from *syn*, with, and *stellein*, to set, arrange.] in medicine, imperfect contraction of the ventricles of the heart.

**at**, *prep.* [ME. *at*; AS. *æt*; akin to Goth. *OS.*, *at, L. ad.*]

1. on; in; near; by; as, *at* the office, *at* heart.

2. to or toward; as, gaze *at*, throw *at*.

3. through; as, come in *at* the front door.

4. from; as, get the facts *at* their source

5. attending; as, *at* the party

6. occupied in; busy with; as, *at* work.

7. in a condition or state of; as, *at* war.

8. in the manner of; as, *at* a trot.

9. because of; as, terrified *at* the sight.

10. according to; as, *at* his discretion

11. in the amount, degree, number, price, etc. of; as, *at* twenty miles per hour, *at* five cents each.

12. on or close to the age or time of; as, *at* five o'clock, *at* once, *at* sixty-five. Basically, *at* is the preposition of general (usually static) location, answering the question "Where?" It is replaced by *in*, *on*, *over*, *under*, *near*, *by* when more precise indications of locality are needed. The meanings of all these, together with more idiomatic meanings roughly paraphrased above, are latent in *at* but not emphasized or actually expressed by it.

**at′a·bal**, *n.* [Sp. *atabal*, from Ar. *at-tabl; al*, the, and *tabl*, drum.] a kind of kettledrum or tabor used by the Moors: also spelled *attabal*

**at′a·brine**, **at′a·brin**, **at′e·brin**, *n.* [G. *atebrin*; perhaps from *antipirine*] quinacrine hydrochloride. a synthetic drug used in treating malaria: a trade-mark (*Atabrine*).

**a·tac′a·mite**, *n.* a native chloride of copper, originally found in the desert of Atacama, between Chile and Peru.

**a·tac′tic**, *a.* in botany, without order; *a priv*., and *taktos*, from *tassein*, to order.]

1. without order or arrangement; irregular.

2. in grammar, not syntactic.

3. in medicine, ataxic; in-co-ordinate.

**at′a·ghan**, *n.* a Moslem sword: see *yataghan*

**At·a·lan′ta**, *n.* [L. *Atalanta*; Gr. *Atalantē*.] in Greek legend, a beautiful, swift-footed maiden who offered to marry any man able to defeat her in a race, death being the penalty for failure: Hippomenes won from her by dropping three golden apples, which she stopped to pick up, along the way.

**at′a·man**, *n.* [Russ. *ataman*; Pol. *ataman*, a chief, headman ] a Cossack chief.

**at·a·mas′co**, *n.* [Am. Ind.] a plant, *Zephyranthes Atamasco*, of the amaryllis family, found in southern United States: also called *atamasco lily*.

**at·a·rax′i·a**, **at′a·rax·y**, *n.* [Gr. *ataraxia*, calmness, from *a priv*., and *tarakkos*, from *tarassein*, to disturb.] calmness of mind: a term used by the Stoics and Skeptics to denote a freedom from the emotions which proceed from vanity and self-conceit.

**a·taunt′**, *adv.* [ME. *ataunt*; OFr. *ataunt*, *atant*; *al, L. alius*, other, and *tant, L. tantus*, so much.] in nautical usage, fully rigged; set on end; set right: commonly applied to the masts of a ship.

*all ataunt;* fully rigged. with the upper masts and yards aloft; hence, all right; all in good order or in readiness.

**a·tav′ic**, *a.* of a remote ancestor.

**a·tav′ism**, *n.* [Fr. *atavisme*, from L. *atavus*, the father of a great-grandfather, from *avus*, a grandfather.]

1. resemblance to a remote ancestor or some characteristic which nearer ancestors do not have.

2. reversion to a primitive type.

3. in medicine, the recurrence in a descendant of any abnormality or disease of an ancestor.

**at′a·vist**, *n.* a person or thing characterized by atavism.

**at·a·vis′tic**, *a.* 1. of or due to atavism.

2. tending to atavism.

**a·tax′i·a**, **a·tax′y**, *n.* [Gr. *ataxia*, disorder, from *ataktos*; *a priv*., and *taktos*, from *tassein*, to order, arrange.]

1. lack of order; disturbance; irregularity.

2. total or partial inability to co-ordinate voluntary bodily movements, especially muscular movements.

3. locomotor ataxia.

**a·tax′ic**, *a.* a person due to ataxia.

*ataxic fever;* malignant typhus fever.

**at·a·zir′**, *n.* [Sp., from Ar. *altasir*, influence.] in astrology, the influence of a star upon other stars, upon some man. [Obs.]

**ate**, past tense of *eat*.

**-āte**, [L. *-atus*, the pp. ending of verbs belonging to the first conjugation ]

1. a suffix used to form verbs. originally from stems containing the Latin pp. ending *-atus*, but now from various other stems, and

meaning: (a) *to become*, as in evaporate. maturate; (b) *to cause to become*, as in invalidate, sublimate; (c) *to form or produce*, as in ulcerate, salivate; (d) *to provide or treat with*, as in vaccinate, refrigerate; (e) *to put in the form of or form by means of*, as in orchestrate, triangulate; (f) *to arrange for*, as in orchestrate; (g) *to combine, infuse, or treat with*. as in chlorinate, oxygenate.

2. a suffix used to form adjectives from nouns, and meaning: (a) *of or characteristic of*, as in collegiate, roseate; (b) *having or filled with*. as in proportionate, passionate; (c) in botany and zoology, *having or characterized by*, as in spatulate, caudate.

3. a suffix used to form adjectives, either from verbs of the same form or, more rarely, from verbs of another form, and roughly equivalent to the *-ed* of the English past participle, as animate (*animated*). determinate (*determined*).

**-āte**, [L. *-atus*, a noun ending.]

a noun suffix denoting: (a) an *office, function, official, group of officials, or agent*, as in episcopate, potentate, directorate; (b) a *person or thing that is the object of (an action)*, as in legate, mandate; (c) [L. *-atum*, neut. of *-atus*,] in chemistry, a *salt made from (an acid* with a name ending in *-ic*), as in acetate. nitrate

**at′e·brin**, *n.* in pharmacy, atabrine:

**a·tech′nic**, *a.* [Gr. *atechnos*. without art; *a* priv., and *technē*, art.] not having technical knowledge.

**a·tech′nic**, *n.* one who lacks technical knowledge.

**at′e·l-**, see *atelo-*.

**at′e·lēne**, *a.* [Gr. *atelēs*, imperfect.] in mineralogy, imperfect; lacking regular forms in the genus

**At′e·lēs**, *n.* [L., from Gr. *atelēs*, incomplete; *a* priv., and *telos*, end, completion.] a genus of American monkeys, the spider monkeys, having attenuated bodies, long slender limbs, and a prehensile tail: so called because the thumb is lacking or imperfect.

**a·te·lier′** (à-te-lyä′), *n.* [Fr ] a studio or work-shop

**A·tel′lan**, *a.* relating to the dramas at Atella. in ancient Italy

**A·tel′lan**, *n.* one of the plays given at Atella: later, applied to any dramatic representation which was satirical or licentious.

**at′e·lo-**, [Gr. *atelēs*, imperfect.] a combining form denoting *incomplete* or *undeveloped structure*, as in *atelocardia*.

**at′e·lo·car′di·a**, *n.* [*atelo-*, and Gr. *kardia*, heart.] an imperfect or undeveloped state of the heart.

**at′e·lo·chi′li·a**, *n.* [*atelo-*, and Gr. *cheilos*, lip.] imperfect development of a lip: also written *atelocheilia*.

**at′e·lo·glos′si·a**, *n.* [*atelo-*, and Gr. *glōssa*. tongue ] imperfect development of the tongue.

**at′e·log·na′thi·a**, *n.* [*atelo-*, and Gr. *gnathos*, jaw.] imperfect development of a jaw. especially of the lower jaw.

**at′e·lo·sto′mi·a**, *n.* [*atelo-*, and Gr. *stoma*. mouth ] incomplete development of the mouth.

**à tem′pō**, [It.] in music, in time: a direction to the performer to return to the rate of speed immediately preceding the movement.

**Ath·a·bas′can**, *a.* and *n.* same as *Athapascan*.

**a′tha·l a·mous**, *a.* [Gr. *a* priv.; and *thalamos*, bed.] in botany. lacking thalami: applied to certain lichens.

**a·thal′line**, *a.* [Gr *a* priv., and *thalos*, a shoot, branch.] without a thallus.

**ath′a·m·aunt**, *n.* adamant. [Obs.]

**ath′a·nā′si·a** (-zhi-ä), **a·than′a·sy**, *n.* [Gr. *athanasia*. from *a* priv., and *thanatos*, death ] immortality.

**Ath·a·nā′sian**, (-zhǎn), *a.* pertaining to Athanasius, patriarch of Alexandria in the fourth century.

*Athanasian Creed;* a creed, confession, or exposition of faith of unknown authorship, supposed formerly to have been drawn up by Athanasius. It is an explicit avowal of the doctrines of the Trinity. as opposed to Arianism.

**Ath·a·nā′sian**, *n.* a follower of Athanasius, or a believer in the Athanasian Creed

**ath′a·nor**, *n.* [ME. *athanor*; Sp. *atanor*, from Ar. *at-tannūr*; *al*, the. and *tannūr*, from Heb. *tannūr*, an oven; *nūr*, fire.] a digesting furnace, formerly used in alchemy. so constructed as to maintain a uniform and constant heat.

**Ath·a·pas′can**, *a.* designating or of the most

## beetle

**-wings**: used to cover the membranous hind wings when the latter are folded.
2; any insect resembling a coleopterous insect.

**beetle**, *n.* **Colorado beetle** or **potato bug**; a coleopterous insect, *Doryphora decemlineata*, somewhat larger than a pea, nearly oval, convex, of a yellowish color, marked with black spots, and having ten black longitudinal stripes on the hard front wings. It destroys potato crops.

**bee′tle**, *v.i.* to jut; to be prominent; to overhang; as, a cliff that *beetles* over its base.

**bee′tle**, *a.* jutting; overhanging.

**bee′tle brow**, a prominent or overhanging -brow.

**bee′tle-browed**, *a.* having bushy or overhanging eyebrows.

1; to frowning; scowling.

**bee′tle-head** (-hed), *n.* a stupid fellow.

**bee′tle-head ed**, *a.* having a head like a beetle; dull; stupid.

**bee′tle stock**, a beetle handle.

**bee′tling**, jutting out; prominent; as, *beetling* brows.

**beet′ rad′ish**, **beet′rāve**, *n.* [Fr. *bette-rave; bette*. beet, and *rave*, radish; from L. *beta*, beet, and *rapa*, a turnip], the common beet.

**bee′ tree**, *n.* a hollow tree used as a hive by bees.
2; the basswood; so called because its flowers have much nectar.

**beet′ sug′ar** (shug′ẽr), sugar extracted from certain beets.

**beeves**, *n.*, alternative pl. of *beef*.

**bee wolf** (wulf), a bee beetle in the larval stage.

**bē·fall′**, *v.t.*; befell, *pt.*; befalling, *ppr.*; befallen, *pp.* [ME. *befallen*, fall, happen; AS. *befallan*, —to fall.]
1. to happen to; to occur to; as, the worst that can *befall* one.
2. (a) to be fitting to; (b) to pertain to. [Archaic.]

**bē·fall′**, *v.i.* 1. to happen; to come to pass; to occur.
I have revealed this discord which *befell.*
—Milton.
2. to be fitting; also, to pertain. [Archaic.]

**bē·fit′**, *v.t.*; befitted, *pt., pp.*; befitting, *ppr.* to be suitable or proper for; to be suited or becoming to.
That name best *befits* thee.
—Milton.

**bē·fit′ting**, *a.* appropriate; suitable; proper; right.

**bē·fit′ting·ly**, *adv.* becomingly; in a suitable or befitting manner.

**bē·flat′ter**, *v.t.* to flatter effusively.

**bē·flow′ẽr**, *v.t.* to scatter with flowers.

**bē·foam′**, *v.t.* to cover with foam. [Rare.]

**bē·fog′**, *v.t.*; befogged, *pt., pp.*; befogging, *ppr.*
1. to cover with or envelop in fog; make foggy.
2. to make hard to see or understand; blur, foggy.

**bē·fool′**, *v.t.*; befooled, *pt., pp.*; befooling, *ppr.*
1. to fool or deceive; to trick; to dupe; to delude or lead into error.
Men befool themselves.
—South.
2. to call (a person) a fool.
3. to treat as a fool.

**bē·fore′**, *prep.* [ME. *beforen, biforen*, from AS. *beforan, biforan*, from *be, by*, and *foran*, adv., before.]
1. in front of; at the forepart of; in advance of in space; as, *before* the house; *before* the fire.
2. in the presence of; in the sight of.
Abraham bowed down himself *before* the people of the land.
—Gen. xxiii. 12.
3. under the cognizance, jurisdiction, or consideration of.
The cause of both parties shall come *before* the judges.
—Ex. xxii. 9.
4. earlier than; preceding in time; as, I will return *before* six o'clock.
5. in preference to; rather than; having precedence of in rank, dignity, or the like.
We think poverty to be infinitely desirable *before* the torments of covetousness.
—Taylor.
6. still to be reached, accomplished, etc. by; as, the hardest task was *before* them.
*before the mast*; in or into the condition of a common sailor, the portion of a ship behind the mainmast being reserved for the officers.
*before the wind*; nautically, in the direction of the wind by its impulse.

**bē·fore′**, *adv.* 1. ahead; in advance; in front; in the future.
Reaching forth unto those things which are *before.*
—Phil. iii. 13.

---

The battle was *before* and behind.
—2 Chron. xiii. 14.
2. in the past; up to now; previously; formerly; already.
You tell me what I knew *before.*

3. ahead (of a given time); earlier; sooner.
**bē·fore′**, conj. 1. in advance of the time that; as, see me *before* you leave.
2. sooner than; rather than; as, I'd die *before* I'd tell.

**bē·fore′hand**, *adv.* and *a.* 1. in a state of anticipation or preoccupation; often followed by *with*; as, you are *beforehand* with me.
2. antecedently; early; ahead of time; betimes; as, I got ready *beforehand.*

**bē·fore′hand**, *a.* in good pecuniary circumstances. [Archaic.]

**bē·fore′time**, *adv.* formerly; of old time [Archaic.]

**bē·foul′**, *v.t.* 1. to happen to; to betide.
2. to make foul; to soil.
**bē·foul′**, *v.t.*; befouled, *pt., pp.*; befouling, *ppr.* [ME. *befoulen*; from AS. *befylan*; to befoul.]
1. to make foul; to soil.
2. to fall foul of; to entangle with; to run against.

**bē·friend′** (-frend′), *v.t.*; befriended, *pt., pp.*; befriending, *ppr.* to favor; to act as a friend to; to countenance, aid, or benefit.

**bē·friend′ment**, *n.* the act of befriending [Rare.]

**bē·frill′**, *v.t.* to adorn with a frill or frills.

**bē·fringe′**, *v.t.* to furnish with a fringe; to adorn as with a fringe.

**bē·fud′dle** (-dl), *v.t.*; befuddled, *pt., pp.*; befuddling, *ppr.* to mystify; to confuse; to muddle, as with drink.

**beg** (or bāg), *n.* a bey.

**beg**, *v.t.*; begged, *pt., pp.*; begging, *ppr.* [ME. *beggen*, from Anglo-Fr. *begger*; OFr. *begard, beggar*; MD. *beggaert*; perh. from *beggen*, to request urgently.]
1. to ask earnestly; to beseech; to entreat or supplicate with humility.
2. to ask for as charity; as, to beg bread.
3. to ask as a kindness or favor.
4. to ask respectfully or deferentially; as, to *beg* pardon; to *beg* leave.
*to beg off*; to ask to be released from.
*to beg the question*; (a), to use an argument that assumes as proved the very thing one is trying to prove; (b) loosely, to evade the issue.

Syn.—beseech, solicit, entreat, supplicate, implore, crave, ask, pray, petition.—To *beg* denotes a state of want; to *beseech, entreat*, and *solicit*, a state of urgent necessity; *supplicate* and *implore* a state of abject distress; *crave*, the lowest state of physical want.

**beg**, *v.i.* 1. to ask for alms or charity; to practice begging; to live by asking alms.
2. to ask humbly; to entreat.
3. in card games, as seven-up, to ask for a point or new trump.
*to go begging*; to be valueless or not wanted; to fail to find a taker.

**bē·gan′**, *v.* past tense of *begin.*

**bē·gat′**, *v.*, past tense of *beget.* [Archaic.]

**bē·gem′**, *v.t.*; begemmed (-jemd), *pt., pp.*; begemming, *ppr.* to decorate with jewels or gems.

**bē·get′**, *v.t.* begot or archaic begat, *pt.*; begetting, *ppr.*; begot or begotten, *pp.* [ME. *begeten*, to obtain; AS. *begitan*, to acquire; bi, *be-*, and *gitan*, to get.]
1. to procreate, as a father or sire; to generate; as, to *beget* a son.
2. to produce, as an effect; to cause to exist; to generate; as, luxuries *beget* vice.

**bē·get′tẽr**, *n.* one who begets or procreates.

**beg′ga·ble**, *a.* capable of being begged.

**beg′gar**, *n.* [ME. *begear, beggere*; OFr. *begard; see beg, v.t.*]
1. one who lives by asking alms, or makes it his business to beg for charity.
2. one who assumes in argument what he does not prove. [Obs.]
3. a person who is in very poor.
4. a rascal; scoundrel; in this sense, often used humorously.

**beg′gar**, *v.t.*; beggared (-gãrd), *pt., pp.*; beggaring, *ppr.* 1. to reduce to beggary; to impoverish; as, to *beggar* one's family.
2. to make appear poor or useless; as, to *beggar* description.

**beg′gar·dom**, *n.* 1. beggars collectively.
2. the state of being a beggar.

**beg′gar·ism**, *n.* the state of beggary. [Rare.]

---

## Begoniaceae

**beg′gar-līce**, *n.*; *pl.* **beg′gar-līce**, beggar's-lice.

**beg′gar-lī·ness**, *n.* 1 extreme poverty.
2. shabbiness.
3. inadequacy.

**beg′gar·ly**, *a.* poor, or fit for a beggar; very poor, worthless, inadequate, etc.

**beg′gar·ly**, *adv.* meanly; indigently; despicably.

**beg′gars-līce**, *n.*; *pl.* **beg′gar's-līce**, 1. any of a number of plants, as the tick trefoil, cleavers, etc., with prickly fruit or seeds that stick to one's clothes.
2. the fruit or seed of any of these plants.

**beg′gar's-ticks**, **beg′gar-ticks**; *pl.* **beg′gar's-ticks**, **beg′gar-ticks**, 1. the prickly, one-seeded fruit, or achene, of a bur marigold.
2. a bur marigold.
3. beggar's-lice.

**beg′gar-weed**, *n.* 1. any of a number of plants that grow in wasteland, as some tickseeds and knotweed.
2. a West Indian plant of the pea family, with purple or blue flowers and twisted pods; it is grown for fodder in the southern United States.

**beg′gar·y**, *n.*; *pl.* **beg′gar·ies**, [ME. *beggerie*; from *beggere*; a beggar.]
1. a state of extreme indigence.
2. beggardom.
3. a beggarly aspect or appearance. [Rare.]
4. a place where beggars live.
Syn.—indigence, poverty, want.

**beg′gar·y**, *v.t.* 1. beggarly; mean [Rare.]
2. run to weeds; weedy. [Brit. Dial.]

**Beg′härd** (bäg′ärd or bǐ-gärd′), *n.* [ML. *beghardus*; begordi*; from OFr. *begard*; see *beg*, *v.t.*], a member of any of several lay brotherhoods in Belgium, Holland, etc. in the thirteenth century.

**bē·gild′**, *v.t.*; begilded or begilt. *pt., pp.*; begilding, *ppr.*; to gild.

**bē·gilt′**, *a.* gilded.

**bē·gin′**, *v.i.*; began, *pt.*; beginning, *ppr.*; begun, *pp.* [ME. *beginnen*, from AS. *beginnan, onginnan*, to begin.]
1. to start; to come into being.
3. to be or do in the slightest degree (with an intensive); as, they don't *begin* to compare.

**bē·gin′**, *v.t.* 1. to cause to start; to commence.
2. to cause to come into being; to lay the foundation of; originate.
Syn.—commence, enter upon, originate, inaugurate, institute, start.

**bē·gin′**, *n.* beginning [Obs.]

**bē·gin′nẽr**, *n.* 1. a person who begins anything.
2. a person just beginning to do or learn something; inexperienced, unskilled person; novice.
*beginner's luck*; the proverbial good fortune, met by a beginner, especially at gambling.

**bē·gin′ning**, *n.* 1. a starting or commencing.
2. the time or place of starting; birth; origin; source; as, English democracy had its *beginning* in the Magna Charta.
3. the first part; as, the *beginning* of this book is dull.
4. usually *pl.* an early stage or example; as, the *beginnings* of scientific agriculture.

**bē·gird′**, *v.t.* begirt or begirded, *pt., pp.*; begirding, *ppr.* [ME. *begirden*, from AS. *begyrdan*, to gird.]
1. to bind around, as with a girdle.
2. to surround; to encompass.

**bē·gir′dle**, *v.t.*; begirdled (-girdld), *pt., pp.*; begirdling, *ppr.* to encompass or bind as with a girdle.

**bē·girt′**, *v.t.* to begird.

**beg′lẽr-beg**, *n.* [Turk.] formerly, the governor of a province in the Turkish empire, next in dignity to the grand visier.

**bē·gnaw′** (-naw′), *v.t.* [AS. *begnagan*] to bite or gnaw; to eat away; to corrode.

**bē·god′**, *v.t.* to deify. [Obs.]

**beg′ohm′**, *n.* [billion, and megohm.] in electricity, a unit of resistance equivalent to a billion ohms.

**bē·gone′**, *interj.* and *v.i.* (to) go away; depart; be gone; usually in the imperative.

**bē·gō′ni·a**, *n.* [named after Michel *Begon* (1638–1710), a French botanist.]
1. a genus of herbaceous plants, native to the tropical regions of America. They have showy white, pink, or red flowers and ornamental leaves.
2. [b—] any plant of this genus.

**Bē·gō·ni·ā′cē·æ**, *n.pl.* a family of dicotyledonous plants including the Begonia who occur

---

**āse, bull, brūte, tûrn, up; crÿ, myth; cat, machine, āce, church, chord; gem, ańger, (Fr.) bon, as; this, thin; azure**

# EXHIBIT B

# The
# American
# Heritage®Dictionary
## *of the English Language*

FOURTH EDITION

Words are included in this Dictionary on the basis of their usage.
Words that are known to have current trademark registrations are
shown with an initial capital and are also identified as trademarks. No
investigation has been made of common-law trademark rights in any
word, because such investigation is impracticable. The inclusion of any
word in this Dictionary is not, however, an expression of the
Publisher's opinion as to whether or not it is subject to proprietary
rights. Indeed, no definition in this Dictionary is to be regarded as
affecting the validity of any trademark.

American Heritage® and the eagle logo are registered trademarks of
Forbes Inc. Their use is pursuant to a license agreement with
Forbes Inc.

Copyright © 2000 Houghton Mifflin Company. All rights reserved.

No part of this work may be reproduced or transmitted in any form or
by any means, electronic or mechanical, including photocopying and
recording, or by any information storage or retrieval system without
the prior written permission of Houghton Mifflin Company unless
such copying is expressly permitted by federal copyright law. Address
inquiries to Reference Permissions, Houghton Mifflin Company,
222 Berkeley Street, Boston, MA 02116.

Visit our Web site: www.hmco.com/trade.

*Library of Congress Cataloging-in-Publication Data*

The American Heritage dictionary of the English language.—4th ed.
    p.    cm.
    ISBN 0-395-82517-2 (hardcover) — ISBN 0-618-08230-1
    (hardcover with CD ROM)
    1. English language—Dictionaries
PE1628 .A623 2000
423—dc21

                                                    00-025369

Manufactured in the United States of America

**sub·par** (sŭb-pär′) adj. **1.** Not measuring up to traditional standards of performance, value, or production **2.** Below par in a hole, round, or game of golf.

**sub·pe·ri·os·te·al** (sŭb′pĕr-ē-ŏs′tē-əl) adj. Beneath the periosteum: subperiosteal tooth implants.

**sub·phy·lum** (sŭb′fī′ləm) n., pl. **-la** (-lə) A taxonomic category of related organisms ranking between a phylum and a class.

**sub·plot** (sŭb′plŏt′) n. **1.** A plot subordinate to the main plot of a literary work or film. Also called counterplot, underplot **2.** A subdivision of a plot of land, especially a plot used for experimental purposes.

**sub·poe·na** (sə-pē′nə) n. A writ requiring appearance in court to give testimony. ❖ tr.v. **-naed, -na·ing, -nas** To serve or summon with such a writ [Middle English suppena, from Medieval Latin sub poenā, under a penalty (from the opening words of the writ) : Latin sub, under; see SUB- + Latin poenā, ablative of poena, penalty; see kʷei-¹ in Appendix I.]

**sub·pop·u·la·tion** (sŭb′pŏp-yə-lā′shən) n. A part or subdivision of a population, especially one originating from some other population: microbial subpopulations.

**sub·po·ten·cy** (sŭb-pōt′n-sē) n. **1.** Reduction in potency, as of a drug. **2.** Reduction in the power to transmit hereditary characteristics **—sub·po′tent** adj.

**sub·prin·ci·pal** (sŭb-prĭn′sə-pəl) n. **1.** An assistant school principal **2.** An auxiliary or bracing rafter in a frame. **3.** Music An open diapason subbass in an organ.

**sub·pro·fes·sion·al** (sŭb′prə-fĕsh′ə-nəl) n. A paraprofessional.

**sub·pro·gram** (sŭb′prō′grăm, -grəm) n. A computer program contained within another program that operates semi-independently of the encasing program.

**sub·re·gion** (sŭb′rē′jən) n. A subdivision of a region, especially an ecological region **—sub′re′gion·al** adj.

**sub·rep·tion** (sŭb-rĕp′shən) n. **1.** A calculated misrepresentation through concealment of the facts. **2.** An inference drawn from such a misrepresentation [Late Latin subreptiō, subreptiōn-, from Latin, theft, from subreptus, past participle of surripere, subripere, to take away secretly See SURREPTITIOUS.] **—sub′rep·ti′tious** (-tĭsh′əs) adj.

**sub·ring** (sŭb′rĭng′) n. Mathematics A subset of a ring that is itself a ring.

**sub·ro·gate** (sŭb′rō-gāt′) tr.v. **-gat·ed, -gat·ing, -gates** To substitute (one person) for another. [Middle English *subrogaten, from Latin subrogāre, subrogāt- : sub-, instead of; see SUB- + rogāre. to ask; see reg- in Appendix I ]

**sub·ro·ga·tion** (sŭb′rō-gā′shən) n. The substitution of one person for another, especially the legal doctrine of substituting one creditor for another.

**sub ro·sa** (sŭb rō′zə) adv. In secret; privately or confidentially: held the meeting sub rosa [Latin sub rosā, under the rose (from the practice of hanging a rose over a meeting as a symbol of confidentiality) : sub, under + rosā, ablative of rosa, rose.] **—sub′-ro′sa** (sŭb-rō′zə) adj.

**sub·rou·tine** (sŭb′rōō-tēn′) n. Computer Science A set of instructions that performs a specific task for a main routine, requiring direction back to the proper place in the main routine on completion of the task

**sub-Sa·har·an** (sŭb′sə-hâr′ən, -hâr′-, -hār′-) adj. Of, relating to, or situated in the region of Africa south of the Sahara

**sub·sam·ple** (sŭb′săm′pəl) n. A sample drawn from a larger sample. ❖ tr.v. (sŭb-săm′pəl) **-pled, -pling, -ples** To take a subsample (from (a larger sample).

**sub·scap·u·lar** (sŭb-skăp′yə-lər) Anatomy adj. Situated below or on the underside of the scapula ❖ n. A subscapular part, such as an artery or nerve

**sub·scribe** (səb-skrīb′) v. **-scribed, -scrib·ing, -scribes** —tr. **1.** To pledge or contribute (a sum of money) **2.** To sign (one's name) at the end of a document. **3.** To sign one's name to in attestation, testimony, or consent: subscribe a will. **4.** To authorize (someone) to recieve or access electronic texts or services, especially over the Internet —intr. **1a.** To contract to receive and pay for a certain number of issues of a publication, for tickets to a series of performances, or for a utility service, for example. **b.** To receive or be allowed to access electronic texts or services by subscription. **2.** To promise to pay or contribute money: subscribe to a charity. **3.** To feel or express hearty approval: I subscribe to your opinion See synonyms at assent. **4.** To sign one's name. **5.** To affix one's signature to a document as a witness or to show consent. [Middle English subscriben, to sign, from Latin subscrībere : sub-, sub- + scrībere, to write; see skrĭbh- in Appendix I.] **—sub·scrib′er** n.

**sub·script** (sŭb′skrĭpt′) n. A distinguishing character or symbol written directly beneath or next to and slightly below a letter or number ❖ adj. Written beneath. [From Latin subscrīptus, past participle of subscrībere, to subscribe. See SUBSCRIBE.]

**sub·scrip·tion** (səb-skrĭp′shən) n. **1a.** A purchase made by signed order, as for a periodical for a specified period of time or for a series of performances. **b.** An agreement to recieve or be given access to electronic texts or services, especially over the Internet. **2.** Acceptance, as of articles of faith, demonstrated by the signing of one's name. **3a.** The raising of money from subscribers. **b.** A sum of money so raised. **4.** The signing of one's name, as to a document. **5.** Something subscribed. [Middle English subscription, from Old French subscription, from Latin subscriptiō, subscriptiōn-, something written underneath, from subscript, past participle of subscrībere, to subscribe. See SUBSCRIBE.] **—sub·scrip′tive** adj. **—sub·scrip′tive·ly** adv.

**sub·se·quence** (sŭb′sĭ-kwəns′, -kwəns) n. **1.** Something that is subsequent; a sequel **2.** The fact or quality of being subsequent **3** (-sē′-kwəns) Mathematics A sequence that is contained in another sequence.

**sub·se·quent** (sŭb′sĭ-kwĕnt′, -kwənt) adj. Following in time or order; succeeding. [Middle English, from Old French, from Latin sequēns, subsequent-, present participle of subsequī, to follow close after : sub-, close after; see SUB- + sequī, to follow; see sekʷ-¹ in Appendix I ] **—sub′se·quent′ly** adv. **—sub′se·quent′ness** n.

**subsequent to** prep. At a later time than; after.

**sub·sere** (sŭb′sîr′) n. A secondary series of ecological communities beginning after succession has been interrupted by fire, grazing, agriculture, or another destructive agent.

**sub·serve** (səb-sûrv′) tr.v. **-served, -serv·ing, -serves** To serve to promote (an end); be useful to. [Latin subservīre : sub-, sub- + servīre, to serve; see serve.]

**sub·ser·vi·ent** (səb-sûr′vē-ənt) adj. **1.** Subordinate in capacity or function. **2.** Obsequious; servile. **3.** Useful as a means or an instrument; serving to promote an end. [Latin subserviēns, subservient-, present participle of subservīre. See SUBSERVE ] **—sub·ser′vi·ence, sub·ser′vi·en·cy** n. **—sub·ser′vi·ent·ly** adv.

**sub·set** (sŭb′sĕt′) n. A set contained within a set

**sub·shell** (sŭb′shĕl′) n. One or more orbitals in the electron shell of an atom.

**sub·shrub** (sŭb′shrŭb′) n. **1.** An herb having a woody lower stem **2.** A low shrub; an undershrub

**sub·side** (səb-sīd′) intr.v. **-sid·ed, -sid·ing, -sides 1.** To sink to a lower or normal level **2.** To sink or settle down, as into a sofa. **3.** To sink to the bottom, as a sediment. **4.** To become less agitated or active; abate. See synonyms at decrease. [Latin subsīdere : sub-, sub- + sīdere, to settle; see sed- in Appendix I.] **—sub·si′dence** (səb-sīd′ns, sŭb′sĭ-dns) n

**sub·sid·i·ar·y** (səb-sĭd′ē-ĕr′ē) adj. **1.** Serving to assist or supplement; auxiliary. **2.** Secondary in importance; subordinate. **3.** Of, relating to, or of the nature of a subsidy. ❖ n., pl. **-ar·ies 1.** One that is subsidiary to another **2.** A subsidiary company. **3.** Music A theme subordinate to a main theme or subject. [Latin subsidiārius, from subsidium, support. See SUBSIDY.] **—sub·sid′i·ar′i·ly** (-ĕr′ə-lē) adv.

**subsidiary cell** n A plant epidermal cell that is associated with guard cells and differs from other epidermal cells Also called accessory cell.

**subsidiary company** n A company having more than half of its stock owned by another company.

**sub·si·dize** (sŭb′sĭ-dīz′) tr.v. **-dized, -diz·ing, -diz·es 1.** To assist or support with a subsidy. **2.** To secure the assistance of by granting a subsidy. **—sub′si·di·za′tion** (-dĭ-zā′shən) n **—sub′si·diz′er** n.

**sub·si·dy** (sŭb′sĭ-dē) n., pl. **-dies 1.** Monetary assistance granted by a government to a person or group in support of an enterprise regarded as being in the public interest. **2.** Financial assistance given by one person or government to another. **3.** Money formerly granted to the British Crown by Parliament. [Middle English subsidie, from Anglo-Norman, from Latin subsidium, support : sub-, behind, beneath; see SUB- + sedēre, to sit; see sed- in Appendix I ]

**sub·sist** (səb-sĭst′) v. **-sist·ed, -sist·ing, -sists** —intr. **1a.** To exist; be. **b.** To remain or continue in existence **2.** To maintain life; live: subsisted on one meal a day. **3.** To be logically conceivable —tr. **1.** To maintain or support with provisions. [Latin subsistere, to support : sub-, sub- + sistere, to stand; see stā- in Appendix I ] **—sub·sist′er** n.

**sub·sis·tence** (səb-sĭs′təns) n. **1.** The act or state of subsisting. **2.** A means of subsisting, especially means barely sufficient to maintain life. **3.** Something that has real or substantial existence **4.** Christianity Hypostasis. **—sub·sis′tent** adj.

**sub·soil** (sŭb′soil′) n. The layer or bed of earth beneath the topsoil. ❖ tr.v. **-soiled, -soil·ing, -soils** To plow or turn up the subsoil of **—sub′soil′er** n.

**sub·so·lar** (sŭb-sō′lər) adj. **1.** Situated directly beneath the sun **2.** Located between the tropics; equatorial.

**sub·son·ic** (sŭb-sŏn′ĭk) adj. **1.** Of less than audible frequency. **2.** Having a speed less than that of sound in a designated medium

**subsp.** abbr. subspecies

**sub·spe·cial·ize** (sŭb′spĕsh′ə-līz′) intr.v. **-ized, -iz·ing, -iz·es** To have or pursue a subspecialty: subspecialize in cosmetic surgery. **—sub·spe′cial·ist** (-spĕsh′ə-lĭst) n **—sub′spe′cial·i·za′tion** (-spĕsh′ə-lĭ-zā′shən) n.

**sub·spe·cial·ty** (sŭb′spĕsh′əl-tē) n., pl. **-ties** A narrow field of study or work within a specialty, as pediatric dermatology or geriatric psychiatry.

**sub·spe·cies** (sŭb′spē′shēz, -sēz) n., pl. **subspecies** A taxonomic subdivision of a species consisting of an interbreeding, usually geographically isolated population of organisms. **—sub′spe·cif′ic** (-spĭ-sĭf′ĭk) adj.

**subst.** abbr. **1.** substantive **2.** substitute

**sub·stage** (sŭb′stāj′) n The part of a microscope located below the stage on which attachments are held in place.

**sub·stance** (sŭb′stəns) n. **1a.** That which has mass and occupies space; matter **b.** A material of a particular kind or constitution **2a.** Essential nature; essence. **b.** Gist; heart **3.** That which is solid and practical in character, quality, or importance: a plan without substance **4.** Density; body: Air has little substance. **5.** Material possessions; goods; wealth: a person of substance [Middle English, from Old French, from Latin substantia, from substāns, substant-, present participle of substāre, to be present : sub-, sub-, up; see SUB- + stāre, to stand; see stā- in Appendix I.]

**Synonyms** substance, burden, core, gist, pith, purport These nouns denote the essential import or significance of something spoken or written: the substance of his complaint; the burden of the President's speech; the core

# EXHIBIT C

# CONFIDENTIAL DOCUMENT

These pages have been removed because they contain
confidential information subject to the Protective Order.

# EXHIBIT D

# CONFIDENTIAL DOCUMENT

These pages have been removed because they contain
confidential information subject to the Protective Order.

# EXHIBIT E

# CONFIDENTIAL DOCUMENT

These pages have been removed because they contain
confidential information subject to the Protective Order.

# EXHIBIT F

# McGraw-Hill
# Dictionary of
# Scientific and
# Technical
# Terms

## Fifth Edition

**Sybil P. Parker**
Editor in Chief

McGraw-Hill, Inc.

New York     San Francisco     Washington, D.C.

Auckland     Bogotá     Caracas     Lisbon     London     Madrid     Mexico City     Milan
Montreal     New Delhi     San Juan     Singapore     Sydney     Tokyo     Toronto



On the cover: Photomicrograph of crystals of vitamin B₁.
*(Dennis Kunkel, University of Hawaii)*

Included in this Dictionary are definitions which have been published previously in the following works: P. B Jordan, *Condensed Computer Encyclopedia*, Copyright © 1969 by McGraw-Hill, Inc. All rights reserved. J Markus, *Electronics and Nucleonics Dictionary*, 4th ed., Copyright © 1960, 1966, 1978 by McGraw-Hill, Inc. All rights reserved J. Quick, *Artists' and Illustrators' Encyclopedia*, Copyright © 1969 by McGraw-Hill, Inc. All rights reserved *Blakiston's Gould Medical Dictionary*, 3d ed., Copyright © 1956, 1972 by McGraw-Hill, Inc. All rights reserved T Baumeister and L. S. Marks, eds , *Standard Handbook for Mechanical Engineers*. 7th ed , Copyright © 1958. 1967 by McGraw-Hill, Inc. All rights reserved.

In addition. material has been drawn from the following references: R. E. Huschke, *Glossary of Meteorology*, American Meteorological Society, 1959; *U S. Air Force Glossary of Standardized Terms*, AF Manual 11-1, vol. I, 1972; *Communications-Electronics Terminology*, AF Manual 11-1, vol. 3, 1970; W. H Allen, ed , *Dictionary of Technical Terms for Aerospace Use*, 1st ed , National Aeronautics and Space Administration, 1965; J. M. Gilliland. *Solar-Terrestrial Physics: A Glossary of Terms and Abbreviations*, Royal Aircraft Establishment Technical Report 67158. 1967; *Glossary of Air Traffic Control Terms*. Federal Aviation Agency; *A Glossary of Range Terminology, White Sands Missile Range, New Mexico*, National Bureau of Standards, AD 467-424; *A DOD Glossary of Mapping, Charting and Geodetic Terms*, 1st ed ; Department of Defense, 1967; P W. Thrush, comp. and ed., *A Dictionary of Mining, Mineral, and Related Terms*, Bureau of Mines, 1968; *Nuclear Terms: A Glossary*, 2d ed , Atomic Energy Commission; F. Casey, ed , *Compilation of Terms in Information Sciences Technology*, Federal Council for Science and Technology, 1970; *Glossary of Stinfo Terminology*, Office of Aerospace Research, U S Air Force, 1963; *Naval Dictionary of Electronic, Technical. and Imperative Terms*. Bureau of Naval Personnel, 1962; *ADP Glossary*, Department of the Navy, NAVSO P-3097.

## McGRAW-HILL DICTIONARY OF SCIENTIFIC AND TECHNICAL TERMS,
**Fifth Edition**

Copyright © 1994, 1989, 1984, 1978, 1976, 1974 by McGraw-Hill, Inc. All rights reserved. Printed in the United States of America Except as permitted under the United States Copyright Act of 1976, no part of this publication may be reproduced or distributed in any form or by any means, or stored in a database or retrieval system, without the prior written permission of the publisher.

1 2 3 4 5 6 7 8 9 0     DOW/DOW     9 9 8 7 6 5 4 3

ISBN 0-07-042333-4

Library of Congress Cataloging-in-Publication Data

McGraw-Hill dictionary of scientific and technical terms /
   Sybil P. Parker, editor in chief .—5th ed
  p  cm
 ISBN 0-07-042333-4
 1 Science—Dictionaries  2 Technology—Dictionaries
I Parker, Sybil P.
Q123 M34  1993
503—dc20         93-34772
               CIP

INTERNATIONAL EDITION

Copyright © 1994. Exclusive rights by McGraw-Hill, Inc. for manufacture and export. This book cannot be re-exported from the country to which it is consigned by McGraw-Hill. The International Edition is not available in North America.

When ordering this title, use ISBN 0-07-113584-7.

**computer-aided instruction**

network which is designed to balance the average of the impedances that may be connected to the switchboard side of a hybrid arrangement of a repeater   { 'käm·prə,mīz 'net,wərk }

**compromise rail**   [CIV ENG]   A short rail having different sections at the ends to correspond with the rail ends to be joined, thus providing a transition between rails of different sections   { 'käm·prə,mīz ,rāl }

**compromising emanations**   [COMMUN]   Unintentional data-related or intelligence-bearing signals which, if intercepted and analyzed by any technique, could disclose the classified information transmitted, received, handled, or otherwise processed by equipments   { 'käm·prə,mīz·iŋ ,em·ə'nā·shənz }

**Compton absorption**   [QUANT MECH]   The absorption of an x-ray or gamma-ray photon in Compton scattering; accompanied by the emission of another photon of lower energy.   { 'käm·tən ab'sorp·shən }

**Compton cross section**   [QUANT MECH]   The differential cross section for the elastic scattering of photons by electrons.   { 'käm·tən 'krös ,sek·shən }

**Compton-Debye effect**   See Compton effect.   { 'käm·tən də'be·ə i'fekt }

**Compton effect**   [QUANT MECH]   The increase in wavelength of electromagnetic radiation in the x-ray and gamma-ray region on being scattered by material objects; the scattering is due to the interaction of the photons with electrons that are effectively free.   Also known as Compton-Debye effect.   { 'käm·tən i'fekt }

**Compton electron**   See Compton recoil electron.   { 'käm·tən i'lek,trän }

**Compton equation**   [QUANT MECH]   The equation for the change in wavelength Δλ of radiation scattered by electrons in the Compton effect, $\Delta\lambda = \lambda_c(1 - \cos\theta)$, where $\lambda_c$ is the Compton wavelength of the electron, and θ is the angle between the directions of incident and scattered radiation.   { 'käm·tən i,kwā·zhən }

**Compton-Getting effect**   [ASTROPHYS]   The sidereal diurnal variation of the intensity of cosmic rays which would be expected from the rotation of the galaxy if cosmic radiation originated in extragalactic regions and was isotropic in intergalactic space, and if this radiation was unaffected at entry to and passage through the galaxy.   { 'käm·tən 'ged·iŋ i'fekt }

**Compton incoherent scattering**   [NUC PHYS]   Scattering of gamma rays by individual nucleons in a nucleus or electrons in an atom when the energy of the gamma rays is large enough so that binding effects may be neglected.   { 'käm·tən in·kō'hir·ənt 'skad·ə·riŋ }

**comptonization**   [ASTRON]   The redistribution in the energies of photons in interstellar space that results from their scattering from electrons   { 'käm·tə·nə'zā·shən }

**Compton meter**   [NUCLEO]   An ionization chamber having a balance chamber with a uranium source that is adjusted until it balances out normal cosmic radiation; variations in cosmic radiation are then shown on an electrometer.   { 'käm·tən ,mēd·ər }

**Compton process**   See Compton scattering.   { 'käm·tən ,präs·əs }

**Compton recoil electron**   [QUANT MECH]   An electron set in motion by its interaction with a photon in Compton scattering.   Also known as Compton electron.   { 'käm·tən ri'kóil i'lek,trän }

**Compton recoil particle**   [QUANT MECH]   Any particle that has acquired its momentum in a scattering process similar to Compton scattering.   { 'käm·tən ri'kóil ,pärd·ə·kəl }

**Compton rule**   [PHYS CHEM]   An empirical law stating that the heat of fusion of an element times its atomic weight divided by its melting point in degrees Kelvin equals approximately 2   { 'käm·tən ,rül }

**Compton scattering**   [QUANT MECH]   The elastic scattering of photons by electrons.   Also known as Compton process; gamma-ray scattering.   { 'käm·tən 'skad·ə·riŋ }

**Compton shift**   [QUANT MECH]   The change in wavelength of scattered radiation due to the Compton effect.   { 'käm·tən ,shift }

**Compton wavelength**   [QUANT MECH]   A convenient unit of length that is characteristic of an elementary particle, equal to Planck's constant divided by the product of the particle's mass and the speed of light.   { 'käm·tən 'wāv,leŋkth }

**compulsion**   [PSYCH]   An irresistible, impulsive act performed by an individual against his conscious will and usually arising from an obsession.   { kəm'pəl·shən }

**compulsive personality disorder**   [PSYCH]   A personality disorder characterized by a preoccupation with rules, organization, efficiency, and detail   { kəm,pəl·siv ,pər·sə·'nal·ə·dē dis,ór·dər }

**compulsive reaction**   [PSYCH]   Behavior disorder in which a person is uncomfortable with conditions of ambiguity and certainty   { kəm'pəl·siv rē'ak·shən }

**compulsory reporting points**   [NAV]   In air operations, geographical points for which an aircraft must report; these points are designated by regulations and can be approved or deleted only by rule-making action.   { kəm'pəl·sə·rē ri'pórd·iŋ ,póins }

**computable function**   [MATH]   A function whose value can be calculated by some Turing machine in a finite number of steps.   Also known as effectively computable function   { kəm'pyüt·ə·bəl 'fəŋk·shən }

**computation**   [MATH]   1. The act or process of calculating.   2. The result so obtained.   { ,käm·pyə'tā·shən }

**computational chemistry**   [CHEM]   The use of calculations to predict molecular structure, properties, and reactions   { ,käm·pyə'tā·shən·əl 'kem·ə·strē }

**computational fluid dynamics**   [FL MECH]   A field of study concerned with the use of high-speed digital computers to numerically solve the complete nonlinear partial differential equations governing viscous fluid flows   { ,käm·pyə'tā·shən·əl əd·dī'nam·iks }

**computational numerical control**   See computer numerical control.   { ,käm·pyə'tā·shən·əl nü'mer·ə·kəl kən'tröl }

**computational statistics**   [STAT]   The conversion of statistical algorithms into computer code that can retrieve useful information from large, complex data sets   Also known as statistical computing.   { ,käm·pyə'tā·shən·əl stə'tis·tiks }

**compute-bound program**   See CPU-bound program   { kəm'pyüt ,baund 'prō·gram }

**computed altitude**   [NAV]   1. In celestial navigation, tabulated altitude interpolated for increments of latitude, declination, or hour angle; if no interpolation is required, the tabulated altitude and computed altitude are identical.   2. Altitude determined by computation, table, mechanical computer, or graphics, particularly such an altitude of the center of a celestial body measured as an arc on a vertical circle of the celestial sphere from the celestial horizon.   Also known as calculated altitude.   { kəm'pyüd·əd 'al·tə,tüd }

**computed azimuth**   [NAV]   In celestial navigation, an azimuth determined by computation, table, mechanical device, or graphics for a given place and time   { kəm'pyüd·əd 'az·ə·məth }

**computed azimuth angle**   [NAV]   Azimuth angle determined by computation, table, mechanical device, or graphics for a given place and time.   { kəm'pyüd·əd 'az·ə·məth ,aŋ·gəl }

**computed go to**   [COMPUT SCI]   A control procedure in FORTRAN which allows the transfer of control to the ith label of a set of n labels used as statement numbers in the program   { kəm'pyüd·əd 'gō ,tü }

**computed path control**   [CONT SYS]   A control system designed to follow a path calculated to be the optimal one to achieve a desired result.   { kəm'pyüd·əd 'path kən'tröl }

**computed tomography**   See computerized tomography   { kəm'pyüd·əd tə'mä·grə·fē }

**compute mode**   [COMPUT SCI]   The operation of an analog computer in which input signals are used by the computing unit to calculate a solution, in contrast to hold mode and reset mode.   { kəm'pyüt ,mōd }

**computer**   [COMPUT SCI]   A device that receives, processes, and presents data; the two types are analog and digital.   Also known as computing machine.   { kəm'pyüd·ər }

**computer-aided design**   [COMPUT SCI]   The generation of computer automated designs for display on cathode-ray tubes.   Abbreviated CAD.   { kəm'pyüd·ər ,ād·əd də'zīn }

**computer-aided design and drafting**   [COMPUT SCI]   The carrying out of computer-aided design with a system that has additional features for the drafting function, such as dimensioning and text entry.   Abbreviated CADD.   { kəm'pyüd·ər ,ād·əd də'zīn ən 'draft·iŋ }

**computer-aided engineering**   [ENG]   The use of computer-based tools to assist in solution of engineering problems   { kəm'pyüd·ər ,ād·əd ,en·jə'nir·iŋ }

**computer-aided instruction**   See computer-assisted instruction.   { kəm'pyüd·ər ,ād·əd in'strək·shən }

# EXHIBIT G

# WEBSTER'S II
## New Riverside
## University
## Dictionary

Words that are believed to be registered trademarks have
been checked with authoritative sources. No investigation
has been made of common-law trademark rights in any
word, because such investigation is impracticable. Words
that are known to have current registrations are shown with
an initial capital and are also identified as trademarks. The
inclusion of any word in this Dictionary is not, however, an
expression of the Publisher's opinion as to whether or not it
is subject to proprietary rights. Indeed, no definition in this
Dictionary is to be regarded as affecting the validity of any
trademark.

Copyright © 1984, 1988 by Houghton Mifflin Company. All
rights reserved.

No part of this work may be reproduced or transmitted in
any form or by any means, electronic or mechanical, includ-
ing photocopying and recording, or by any information stor-
age or retrieval system without the prior written permission
of Houghton Mifflin Company unless such copying is ex-
pressly permitted by federal copyright law. Address in-
quiries to Permissions, Houghton Mifflin Company, 2 Park
Street, Boston, MA 02108.

Library of Congress Cataloging in Publication Data
Main entry under title:

Webster's II new Riverside university dictionary.

1 English language—Dictionaries I Riverside Pub-
lishing Company. II. Title: Webster's two new Riverside
university dictionary III. Title: Webster's 2 new River-
side university dictionary.
PE1625 W244 1984        423        83-3799
ISBN: 0-395-33957-X  (thumb index, trade edition)
        0-395-37928-8  (high school edition)

Manufactured in the United States of America

with troops or ships : BESIEGE —*vi.* To make an investment —**in·ves′tor** n.

**in·ves·ti·gate** (in·vĕs′ti·gāt′) v. **-gat·ed, -gat·ing, -gates.** [Lat. *investigare, investigat-* : *in-, in* + *vestigare,* to track < *vestigium,* footprint.] —*vt.* To observe or inquire into in detail. —*vi.* To make a systematic inquiry or examination —**in·ves′ti·ga·ble** (-gə-bəl), **in·ves′ti·ga·tive, in·ves′ti·ga·to·ry** (-gə-tôr′ē, -tōr′ē) *adj.* —**in·ves′ti·ga′tion** n.

**in·ves·ti·ga·tor** (in·vĕs′ti·gā′tər) n. A person who investigates, esp a detective. —**in·ves′ti·ga·to′ri·al** (-gə-tôr′ē-əl, -tōr′-) *adj.*

**in·ves·ti·ture** (in·vĕs′tə-chŏŏr′, -chər) n. [ME < Med. Lat. *investitura* < Lat. *investire,* to clothe. —see INVEST.] **1.** The act or formal ceremony of conferring the authority and symbols of a high office. **2.** Something that adorns or covers

**in·vest·ment** (in·vĕst′mənt). n. **1.** The act of investing. **2.** An amount invested. **3.** A possession, as property, acquired for future income or benefit. **4.** Investiture. **5.** *Archaic.* A garment : vestment **6.** An outer layer or covering. **7.** A military siege.

**in·vet·er·ate** (in·vĕt′ər·ĭt) *adj.* [ME, obstinate, long-established < Lat. *inveteratus,* p.part. of *inveterare,* to make old : *in-, in,* into + *vetus,* old.] **1.** Solidly established by long standing : DEEP-ROOTED. **2.** Persisting in an ingrained habit : HABITUAL <*an* inveterate *cynic*>. —**in·vet′er·a·cy** (-ər·ə-sē), **in·vet′er·ate·ness** n. —**in·vet′er·ate·ly** *adv.*

**in·vid·i·ous** (in·vĭd′ē-əs) *adj.* [Lat. *invidiosus,* envious, hostile < *invidia,* envy. —see ENVY.] **1.** Tending to cause animosity or resentment. **2.** Containing or implying a slight : DISCRIMINATORY. **3.** Obs Envious. —**in·vid′i·ous·ly** *adv.* —**in·vid′i·ous·ness** n.

**in·vig·or·ate** (in·vĭg′ə·rāt′) *vt.* **-at·ed, -at·ing, -ates.** To give vigor, vitality, or strength to : ANIMATE —**in·vig′or·at′ing·ly** *adv* —**in·vig′or·a′tion** n. —**in·vig′or·a′tor** n.

**in·vin·ci·ble** (in·vĭn′sə-bəl) *adj.* [ME < OFr. < Lat. *invincibilis* : *in-,* not + *vincibilis,* vincible.] Incapable of being conquered, overrun, or subjugated. —**in·vin′ci·bil′i·ty, in·vin′ci·ble·ness** n. —**in·vin′ci·bly** *adv.*

**✱ syns:** INVINCIBLE, IMPREGNABLE, INCONQUERABLE, INSUPERABLE, UNCONQUERABLE *adj.* core meaning : incapable of being conquered, overrun, or subjugated <the invincible will of a free people.>

**in·vi·o·la·ble** (in·vī′ə-lə-bəl) *adj.* **1.** Secure from violation or profanation. **2.** Impregnable to trespass or assault —**in·vi′o·la·bil′i·ty, in·vi′o·la·ble·ness** n. —**in·vi′o·la·bly** *adv.*

**in·vi·o·late** (in·vī′ə-lĭt) *adj.* [ME < Lat *inviolatus* : *in-,* not + *violatus,* p.part. of *violare,* to violate ] Not violated : PURE. —**in·vi′o·la·cy** (-lə-sē), **in·vi′o·late·ness** n. —**in·vi′o·late·ly** *adv.*

**in·vis·cid** (in·vĭs′ĭd) *adj* **1.** Having no viscosity. **2.** Of or relating to an inviscid fluid.

**in·vis·i·ble** (in·vĭz′ə-bəl) *adj.* **1.** Not visible **2.** Not open to view : HIDDEN. **3.** Not easily detected or noticed : IMPERCEPTIBLE. **4.** Not published in financial statements —n. One that is invisible —**in·vis′i·bil′i·ty, in·vis′i·ble·ness** n. —**in·vis′i·bly** *adv.*

**invisible ink** n. Ink that is colorless and invisible until treated by a chemical, heat, or special light

**in·vi·ta·tion** (in′vĭ·tā′shən) n. **1.** The act of inviting. **2.** A spoken or written request for one's presence or participation. **3.** An enticement, allurement, or attraction.

**in·vi·ta·tion·al** (in′vĭ·tā′shə-nəl) *adj* Restricted to invited participants <*an* invitational *tennis match*>

**in·vi·ta·to·ry** (in·vī′tə-tôr′ē, -tōr′ē) *adj.* —*pl.* **-ries.** [ME *invitatorie* < Med. Lat. *invitatorium* < LLat. *invitatorius,* inviting < Lat. *invitare,* to invite.] A psalm or antiphon sung as an invitation to prayer in church services. —*adj* Constituting or having an invitation.

**in·vite** (in·vīt′) *vt.* **-vit·ed, -vit·ing, -vites.** [OFr. *inviter* < Lat. *invitare.*] **1.** To request the presence or participation of. **2.** To ask formally. **3.** To welcome : encourage <*invite* questions from the press corps>. **4.** To tend to bring on : PROVOKE. **5.** To tempt or lure : ENTICE. —n. (ĭn′vīt′) *Informal.* An invitation.

**in·vit·ing** (in·vī′tĭng) *adj.* Attractive : tempting <*an* inviting *buffet*>. —**in·vit′ing·ly** *adv.*

**in vi·tro** (in vē′vō) *adj.* & *adv* [NLat., in glass ] In an artificial environment outside the living organism

**in vi·vo** (in vē′vō) *adj.* & *adv* [NLat., in a living body ] Within a living organism

**in·vo·ca·tion** (in′vō-kā′shən) n. [ME < OFr. < Lat. *invocatio* < *invocare,* to invoke.] **1.** The act or process of invoking, esp. an appeal to a higher power for assistance. **2.** An invocatory prayer, as at the opening of a religious service. **3. a.** An act of conjuring up a spirit by incantation. **b.** An incantation used in conjuring.

**in·voc·a·to·ry** (in·vŏk′ə·tôr′ē, -tōr′ē) *adj.* Of, relating to, or like an invocation.

**in·voice** (in′vois′) n. [Alteration of obs. *invoyes,* pl. of *invoy,* invoice < Fr. *envoy* < *envoyer,* to send —see ENVOY.] **1.** An itemized list of goods shipped or services rendered, with an account of costs : BILL. **2.** The goods or services listed in an invoice. —*vt* **-voiced, -voic·ing, -voic·es.** To make an invoice of or submit an invoice for : BILL.

**in·voke** (in·vōk′) *vt.* **-voked, -vok·ing, -vokes.** [OFr. *invoquer* < Lat. *invocare* : *in-, in* + *vocare,* to call.] **1.** To call on for aid, support, or inspiration. **2.** To appeal to or cite in support or justification **3.** To call for earnestly : SOLICIT. **4.** To call forth with incantation : CONJURE. **5.** To resort to : IMPLEMENT <The dictator invoked martial law.> —**in·vok′er** n.

**in·vo·lu·cel** (in·vŏl′yə-sĕl′) n. [NLat *involucellum,* dim. of *involucrum,* involucre.] *Bot.* A secondary involucre, as at the base of umbellule in a compound umbel



involucel

**in·vo·lu·cra** (in′və-lōō′krə) n. pl. of INVOLUCRUM.

**in·vo·lu·cre** (in′və-lōō′kər) n. [NLat. *involucrum,* involucrum.] A whorl of bracts beneath or around a flower or flower cluster. —**in·vo·lu·cral** (-krəl), **in′vo·lu′crate** (-krĭt, -krāt′) *adj.*

**in·vo·lu·crum** (in′və-lōō′krəm) n. pl. **-cra** (-krə) [NLat < Lat. wrapper, envelope < *involvere,* to envelop —see INVOLVE ] An enveloping envelope or sheath.

**in·vol·un·ta·ry** (in·vŏl′ən-tĕr′ē) *adj.* **1. a.** Not done willingly or on purpose. **b.** Not involving or based on conscious choice. **2.** Not subject to control : AUTOMATIC —**in·vol′un·tar′i·ly** (-tăr′ə-lē) *adv.* —**in·vol′un·tar′i·ness** n.

**✱ syns:** INVOLUNTARY, AUTOMATIC, INSTINCTIVE *adj.* core meaning : not involving or based on conscious choice <an *involuntary* exclamation of pain> INVOLUNTARY refers to what is not subject to the control of the will <*involuntary* heart muscles> What is AUTOMATIC is done or produced by the body without conscious control or awareness <*automatic reflexes*> INSTINCTIVE actions are directed by unlearned inner drives <the *instinctive* migrational of birds><*instinctive* revulsion> *anti:* voluntary

**in·vo·lute** (in′və-lōōt′) *adj.* **1.** Intricate : complex. **2.** *Bot.* **a.** Having the margins rolled inward **b.** Having whorls that obscure the axis or other volutions, as the shell of a cowry. —n. *Math.* **1.** The locus of a fixed point on a taut, inextensible string as it unwinds from a fixed plane curve. **2.** The locus of any point on a tangent line as it rolls like does not slide around a fixed curve. —**in′vo·lute′ly** *adv.*

**in·vo·lu·tion** (in′və-lōō′shən) n [Lat *involutio* < *involvere,* to enwrap. —see INVOLVE.] **1.** The act of involving or state of being involved. **2. a.** Complexity: intricacy. **b.** Something intricate or complex, as a complicated grammatical construction. **3.** *Math.* Multiplication of a quantity by itself a specified number of times. **4.** *Biol.* Formation of a gastrula from a blastula by ingrowth of blastomeres at the dorsal lip. —**in′vo·lu′tion·al** *adj.*

**in·volve** (in·vŏlv′) *vt.* **-volved, -volv·ing, -volves.** [ME *involven* < OFr. *involver* < Lat *involvere,* to enwrap : *in-, in* + *volvere,* to roll, turn.] **1.** To include or contain as a part. **2.** To have as an essential feature or consequence : ENTAIL. **3.** To draw in as a participant. **4.** To occupy or engross : ABSORB. **5.** To make intricate : COMPLICATE. **6.** To wrap : envelop. **7.** *Archaic.* To coil or wind about. **8.** *Math.* To raise (a number) to a specified power. —**in·volve′ment** n. —**in·volv′er** n.

**in·volved** (in·vŏlvd′) *adj.* **1.** Intricate : complicated. **2.** Involute : twisted. **3.** Confused : tangled. —**in·volv′ed·ly** (-vĭd-lē) *adv.*

**in·vul·ner·a·ble** (in·vŭl′nər-ə-bəl) *adj.* [Lat. *invulnerabilis* : *in-,* not + *vulnerare,* to wound < *vulnus,* wound ] **1.** Immune to attack : IMPREGNABLE. **2.** Incapable of being injured, damaged, or wounded. —**in·vul′ner·a·bil′i·ty, in·vul′ner·a·ble·ness** n. —**in·vul′ner·a·bly** *adv.*

**in·ward** (in′wərd) *adj.* [ME < OE *inweard.*] **1.** Located inside: INNER. **2.** Moving or directed toward the interior. **3.** Of, relating to, existing in the thoughts or mind. **4.** Closely acquainted : FAMILIAR. —*adv.* **1.** Toward the inside, center, or interior. **2.** Toward the mind or the self —n. **1.** An inner or central part. **2.** An inner being or essence. **3.** inwards. Entrails : innards. —**in′ward** *adv.*

**in·ward·ly** (in′wərd-lē) *adv.* **1.** On or in the inside : WITHIN. **2.** Toward oneself : PRIVATELY <*inwardly* laughing>

**in·ward·ness** (in′wərd-nĭs) n. **1.** Intimacy : familiarity. **2.** Preoccupation with one's own thoughts or feelings : INTROSPECTION. **3.** Essential or fundamental nature. **4.** Internal quality or essence.

**in·weave** (in′wēv′) *vt.* **-wove** (-wōv′), **-wo·ven** (-wō′vən), **-weav·ing, -weaves.** To weave into a fabric or design.

**in·wind** (in′wind′) v. var of ENWIND.

**in·wrap** ...
**in·wreath** ...
**in·wrong**...
...decorative ...
I·o. (ī′ō) n.
...transforme
**i·o·date** (
<′yō-dāt′, -d
**i·od·ic ac**
...white cryst
...electropos
**i·o·dine** (ī′
...colored : t
...corrosive, t
...used as trac
...pounds as
...atomic-wei
NaI, or pot.
**i·o·dize** (ī′
...with Iodine
**iodo-** or **i·**
**i·o·do·fon·**
...lowish Iodi
...up of Iodin
...in solution.
**i·o·dop·si**
...cones of th
...to match ...
...Hera as a p
...North Ame
**I·on** (ī′ən, ī
...fend, to go,
...or Is consid
...electrons in
...configuratio
**-ion** *suff* [...
<...oxidizatio
**2.** State or c
**i·on ex·cha**
...ions either c
**i·on ex·cha**
...and a fluid
...used in soft
...form an i...
**I·on·ic** (ī·ŏn
**I·on·ic** (ī·ŏn
...lating to or
...ancient Gre
**Ionic beam**
...complete tra
...manner.
**Ionic orde**
...two opposed
...tipped beam
**I·on·i·za·ti**
...by the additi
...trically neut
...discharge, ra
...n.
**i·on·i·za·tion**
...ionizes or b
...fonds becom
...by incident r
...difference su
...further Ioniz
**I·on·i·za·tion**
...the' weakest
...molecule so t
**i·on·ize** (ī′ə
...pletely or par
**i·on·iz·ing ra**
...rays, includin
...rays, nonparti
**i·on·o·ne** (ī′ə
...violets, used i
**i·on·o·sphe**
...conducting re
...altitudes of ap
...ionization of i
**i·on′o·sphe**

ă pat    ā pay    âr care    ä father    ĕ pet    ē be    hw which
ĭ die    îr pier    ŏ pot    ō toe    ô paw, for    oi noise

**-odon** *suff.* [NLat <Gk. *odous*, tooth ] An animal having a specified kind of teeth <*mastodon*>

**o'do·nate** (ōd'n-āt', ō-dōn'-) *n.* [NLat *Odonata*, order name < Gk *odous*, odont-, tooth.] A predacious winged insect of the order Odonata, including the dragonflies and damselflies

**odont-** *pref. var.* of ODONTO-.

**-odont** *suff.* [< Gk. *odous*, odont-. tooth ] Having teeth of a specified kind <pleurodont>

**-odontia** *suff.* [NLat. < Gk. *odous*, tooth ] The form of, condition of, or manner of treating the teeth <orthodontia>

**odonto-** or **odont-** *pref.* [Gk < *odous*, tooth ] Tooth <odontophore>

**o'don·to·blast** (ō-dōn'tə-blăst') *n.* A tooth cell in the outer layer of dental pulp that produces dentine —**o·don'to·blas'tic** *adj*

**o'don·toid** (ō-dōn'toid') *adj.* 1. Resembling a tooth 2. Of or relating to the odontoid process.

**odontoid process** *n. Anat.* A small toothlike projection from the second vertebra of the neck around which the first vertebra rotates



**odontoid process**
A. odontoid process.
B. atlas. C. axis

**o'don·tol·o·gy** (ō'dŏn-tŏl'ə-jē) *n.* Study of the anatomy, growth, and diseases of the teeth. —**o·don'to·log'i·cal** (-tə-lŏj'ĭ-kəl) *adj* —**o·don'to·log'i·cal·ly** *adv.* —**o'don·tol'o·gist** *n*

**o'don·to·phore** (ō-dōn'tə-fôr', -fōr') *n.* A protrusile structure at the base of the mouth of most mollusks that supports the radula —**o'don·toph'o·ral** (ō'dŏn-tŏf'ər-əl), **o'don·toph'o·rine'** (-ə-rīn', -rĭn), **o'don·toph'o·rous** (-ər-əs) *adj.*

**odor** (ō'dər) *n.* [ME *odour* < OFr. < Lat. *odor* ] 1. The property or quality of a thing that stimulates or is perceived by the sense of smell <the foul odor of the chemical plant> 2. A sensation, stimulation, or perception of the sense of smell. 3. A pervasive quality <AIR <an odor of sanctity> 4. Repute: esteem <a theory that is not currently in good odor> —**o'dored** *adj.*

**o·dor·if·er·ous** (ō'də-rĭf'ər-əs) *adj.* Having or giving off an odor —**o'dor·if'er·ous·ly** *adv* —**o'dor·if'er·ous·ness** *n.*

**o·dor·less** (ō'dər-lĭs) *adj* Having no odor —**o'dor·less·ly** *adv* —**o'dor·less·ness** *n.*

**o·dor·ous** (ō'dər-əs) *adj* Having a distinctive odor, as: **a.** Fragrant **b.** Malodorous. —**o'dor·ous·ly** *adv* —**o'dor·ous·ness** *n*

**odour** (ō'dər) *n. Chiefly Brit. var.* of ODOR.

**O·dys·seus** (ō-dĭs'yōōs', ō-dĭs'ē-əs) *n.* [Gk. *Odysseus*.] *Gk. Myth.* The king of Ithaca, a leader of the Greeks in the Trojan War, who reached home after ten years of wandering

**od·ys·sey** (ŏd'ĭ-sē) *n., pl.* **-seys.** [After the *Odyssey*, a Homeric epic recounting the wanderings of Odysseus after the fall of Troy < Fr. *Odyssée* < Lat. *Odyssea* < Gk. *Odusseia* < *Odusseus*, Odysseus.] 1. An extended adventurous wandering. 2. A spiritual or intellectual quest.

**oe·de·ma** (ĭ-dē'mə-) *n. var.* of EDEMA.

**Oed·i·pal** (ĕd'ə-pəl, ĕd'ə-) *adj.* often **Oedipal.** Of, pertaining to, or typical of the Oedipus complex —**oed'i·pal·ly** *adv*

**Oed·i·pus** (ĕd'ə-pəs, ĕ'də-) *n.* [Gk. *Oidipous* : *oidan*, to swell + *pous*, foot.] *Gk. Myth.* A son of Laius and Jocasta, who was abandoned at birth and unintentionally killed his father and married his mother.

**Oedipus complex** *n.* Unconscious libidinal feelings in a child, esp. a male child, for the parent of the opposite sex, gen. appearing between the ages of three and five.

**oe·nol·o·gy** (ē-nŏl'ə-jē) *n.* [Gk. *oinos*, wine + -LOGY.] Study of wines and wine-making. —**oe'no·log'i·cal** (ē'nə-lŏj'ĭ-kəl) *adj* —**oe·nol'o·gist** *n*

**oe·nom·el** (ē'nə-mĕl') *n* [Gk *oinomeli* : *oinos*, wine + *meli*, honey.] A beverage of ancient Greece, made of wine and honey

**o'er** (ôr, ōr) *prep. & adv* Over.

**oer·sted** (ûr'stĕd') *n.* [After Hans Christian Oersted (1777–1851).] The centimeter-gram-second electromagnetic unit of magnetic intensity, equal to the magnetic intensity one centimeter from a unit magnetic pole.

**oe·soph·a·gus** (ĭ-sŏf'ə-gəs) *n. var.* of ESOPHAGUS

**oes·tro·gen** (ĕs'trə-jən) *n. var.* of ESTROGEN

**oes·trus** (ĕs'trəs) *n. var.* of ESTRUS

---

**oeu·vre** (œ'vrə) *n., pl.* **oeu·vres** (œ'vrə) [Fr. < Lat. *opus*, work ] 1. A work of art. 2. The entire body of an artist's lifework.

**of** (ŭv, ŏv, unstressed əv) *prep.* [ME < OE.] 1. Derived or coming from <tithes of the south> 2. Caused by <the patient's slow death of cancer> 3. At a distance from <a mile west of there> 4. So as to be separated or relieved from <robbed of one's self-respect> <cured of measles> 5. From the total or group comprising <give of one's energies> <two of my associates> <most of the cases> 6. Composed or made from <a coat of wool> 7. Associated with or adhering to <a member of your religion> 8. Belonging or connected to <the rungs of a ladder> 9. a. Possessing: having <a person of courage> b. On the part of <very kind of you> 10. Containing or carrying <a basket of peaches> 11. Specified as <a depth of 50 meters> <the Garden of Eden> 12. Centering on : directed toward <a love of dogs> 13. Produced by : issuing from <products of the vine> 14. Characterized or identified by <a year of discord> 15. a. With reference to : ABOUT <thought little of my proposals> <speak of it tomorrow> b. In respect to <slow of speech> 16. Set aside for <needed a day of rest> 17. Before : until <ten minutes of one> 18. During or on a specified time <of recent years> 19. By <beloved of one's family> 20. —Used to indicate an appositive <that idiot of a driver> 21. Archaic. On <"A plague of all cowards, I say" —Shakespeare> *usage:* Grammarians have sometimes condemned the "double genitive" construction, as in *a friend of my sister's.* This usage is well supported by literary precedent, however, and should be regarded as entirely acceptable at all levels.

**off** (ôf, ŏf) *adv.* [ME *of* < OE.] 1. From a place or position <drive off> 2. a. At a certain distance in space or time <a kilometer off> <a month off> b. From a given course or route : ASIDE <swerved off into a gulley> c. Into an unconscious state <nodded off> 3. a. So as to be no longer on, attached, or connected <shaved off the beard> b. So as to be divided <marked off the field by yards> 4. So as to be no longer continuing or operating <turn off the TV> 5. So as to be completely removed, finished, or eliminated <write off a report> <kill off the fleas> 6. So as to be smaller, fewer, or less <Car sales dropped off.> 7. So as to be away from work or duty <took a week off> 8. Offstage —*adj.* 1. a. Distant or removed : FARTHER <the off side of the warehouse> b. Remote : slim <on the off chance that I'm not busy> 2. Not on, attached, or connected <with my gloves off> 3. Not operating or operational <The TV is off.> 4. No longer taking place : CANCELED <The party is off.> 5. Slack <Production is off this year.> 6. a. Below standard <Your pitching is off today.> b. Inaccurate : incorrect <Your statistical results are off.> c. Somewhat crazy : ECCENTRIC <is a little bit off> 7. Started on the way : GOING <I'm off to see the wizard.> 8. a. Absent or away from work or duty <I'm off today.> b. Spent away from work or duty <My off day is Monday.> 9. On the right side of a vehicle or draft team <The off horse is lame.> 10. Naut. Farthest from the shore : SEAWARD 11. Designating or toward the side of the cricket field facing the batsman. 12. Off-color. —*prep.* 1. So as to be removed or distant from <The bird hopped off the twig.> 2. Away or relieved from <off duty> 3. a. By consuming <living off bats and weeds> b. With the means provided by <living off my investments> c. Nonstandard. From <got a loan off us> 4. Extending or branching out from <an artery off the heart> 5. Not up to the usual standard of <off your tennis game> 6. So as to abstain from <went off drugs> 7. To seaward of <a mile off Edisto Island> —*v.* **offed, off·ing, offs.** —*vi.* To go away : LEAVE. —*vt. Slang.* To murder —**off and on.** Intermittently <slept off and on during the flight>

**off·fal** (ô'fəl, ŏf'əl) *n* [ME : *of-, off + fol, fall.*] 1. Waste parts or leavings, esp. of a butchered animal. 2. Filth: refuse

**off·beat** (ôf'bēt', ŏf'-) *n.* An unaccented beat in a musical measure —*adj.* (ôf'bēt', ŏf'-) *Slang.* Not conforming to an ordinary pattern or type : UNCONVENTIONAL

**off-Broad·way** (ôf'brôd'wā', ŏf') *adj.* 1. Designating or relating to often experimental and low-cost theatrical activity presented in theaters outside the Broadway entertainment district of New York City 2. Located outside the Broadway entertainment district

**off·cast** (ôf'kăst', ŏf'-) *adj.* Discarded : rejected

**off-col·or** (ôf'kŭl'ər, ŏf'-) *adj.* 1. Varying from the standard or desired color. 2. In poor taste : INDECENT <an off-color remark> 3. *Chiefly Brit.* Not in good spirits or health.

**of·fend** (ə-fĕnd') *v.* **-fend·ed, -fend·ing, -fends.** [ME *offenden* < OFr. *ofendre* < Lat. *offendere* ] —*vt.* 1. To arouse anger, resentment, or indignation in. 2. To be disagreeable or displeasing to <crude language that *offended* our ears> 3. To transgress: violate. **b.** *Obs.* To cause to sin. —*vi.* 1. To cause displeasure or affront <Slovenly habits may *offend.*> 2. a. To violate a moral or divine law <*offend* against decency> **b.** To violate a law or rule —**of·fend'er** *n*

**of·fense** (ə-fĕns') *n.* [ME < OFr. *ofense* < Lat. *offensa* < p.part. of *offendere,* to offend ] 1. a. The act of offending or causing anger, displeasure, resentment, or affront. **b.** The state of being offended <took offense at the thoughtless remark> 2. a. A breach of a social or moral code : SIN. **b.** A violation of law : CRIME. 3. Something that outrages moral sensibilities <Torture is an *offense* to the human spirit > 4. (ŏf'ĕns') The act of attacking or assaulting. 5. (ŏf'ĕns')

---

# EXHIBIT H

LEXSEE 2000 US APP LEXIS 20881

**REIKER ENTERPRISES, INC., Plaintiff-Appellant, v. FAN BRACE, INC. and JACK R. KERR, JR., Defendants-Appellees, and MIKE KEENE & ASSOCIATES, Defendant.**

99-1428

UNITED STATES COURT OF APPEALS FOR THE FEDERAL CIRCUIT

*2000 U.S. App. LEXIS 20881*

**August 16, 2000, Decided**

**NOTICE:** [*1] RULES OF THE FEDERAL CIRCUIT COURT OF APPEALS MAY LIMIT CITATION TO UNPUBLISHED OPINIONS PLEASE REFER TO THE RULES OF THE UNITED STATES COURT OF APPEALS FOR THIS CIRCUIT.

**SUBSEQUENT HISTORY:** Reported in Table Case Format at: *2000 U.S. App. LEXIS 37493.*

**DISPOSITION:** Affirmed.

**CASE SUMMARY:**

**PROCEDURAL POSTURE:** Plaintiff appealed the judgment of the United States District Court for the Northern District of Georgia which entered judgment in favor of defendants upon a jury verdict finding no patent infringement, and denied plaintiff's motions for judgment as a matter of law and for a new trial, alleging that the trial court improperly construed plaintiff's patent claim for its heavy-duty, expansible junction box hanger.

**OVERVIEW:** Plaintiff alleged that defendants infringed plaintiff's patent for a heavy-duty, expansible junction box hanger, and defendant asserted that the significant difference in the support structures precluded a finding of infringement. The court held that no functional identity existed in defendant's device since the support structures of defendant's device were not capable of supporting the interconnecting brace means without physically contacting the end portions. Requiring that the brace means be clear of the end portions constituted a functional limitation of the claimed support means and, in view of such claim construction, plaintiff failed to show that the jury's finding that defendant's device was not capable of functioning in the same manner as plaintiff's device was unsupported by substantial evidence. In the

absence of such functional identity, there was no infringement.

**OUTCOME:** Judgment was affirmed; the trial court properly construed plaintiff's patent claim concerning its support structure to constitute a functional limitation, and the jury's subsequent finding of a lack of functional identity between plaintiff's and defendants' devices thus precluded a finding of infringement.

**LexisNexis(R) Headnotes**

*Civil Procedure > Trials > Judgment as Matter of Law > General Overview*
[HN1] Judgment as a matter of law is proper when a party has been fully heard on an issue and there is no legally sufficient evidentiary basis for a reasonable jury to find for that party on that issue. *Fed. R. Civ. P 50(a)(1).*

*Civil Procedure > Trials > Judgment as Matter of Law > General Overview*
*Civil Procedure > Appeals > Standards of Review > De Novo Review*
[HN2] The appellate court reviews a district court's decision on a motion for judgment as a matter of law de novo, reapplying the judgment as a matter of law standard.

*Civil Procedure > Judgments > Relief From Judgment > Motions for New Trials*
*Civil Procedure > Appeals > Standards of Review > Abuse of Discretion*
[HN3] The appellate court reviews a district court's denial of a motion for new trial for abuse of discretion.

*Patent Law > Jurisdiction & Review > Standards of Review > General Overview*
[HN4] A holding of the district court construing a disputed patent claim limitation is reviewed for legal error.

*Patent Law > Claims & Specifications > Description Requirement > General Overview*
*Patent Law > Infringement Actions > Claim Interpretation > General Overview*
[HN5] The first step of a *35 U.S.C.S. § 112*, para 6, analysis is to identify the function of the claimed patent element.

*Patent Law > Infringement Actions > Infringing Acts > General Overview*
[HN6] Literal infringement of a means-plus-function limitation requires that the relevant structure in the accused device perform the identical function recited in the claim and be identical or equivalent to the corresponding structure in the specification. Thus, functional identity is required for there to be infringement.

*Patent Law > Claims & Specifications > Description Requirement > General Overview*
*Patent Law > Infringement Actions > Infringing Acts > General Overview*
[HN7] An accused device may be found to infringe if it is reasonably capable of performing the claimed function, even though it may also be capable of noninfringing modes of operation.

*Patent Law > Infringement Actions > Infringing Acts > General Overview*
[HN8] The question of infringement, including the question whether an accused device is reasonably capable of performing a claimed function, is a question of fact.

**JUDGES:** Before CLEVENGER, RADER, and SCHALL, Circuit Judges.

**OPINION BY:** CLEVENGER

**OPINION:** CLEVENGER, Circuit Judge.

Reiker Enterprises, Inc. ("Reiker") appeals the judgment of the United States District Court for the Northern District of Georgia, denying its motions for JMOL and for a new trial. The jury found that Appellees Fan Brace, Inc. ("Fan Brace") and Jack R. Kerr, Jr. ("Kerr") did not infringe Reiker's patent, and the district

court entered judgment accordingly. On appeal, Reiker argues that the district court erred by adopting an incorrect claim construction. Because we conclude that the district court did not err in construing the claims of Reiker's patent, we affirm the district court's judgment in all respects.

I

Reiker is the exclusive licensee of U.S. Patent No. *4,463,923* ("the '923 patent") for a heavy-duty, expansible junction box hanger. The disclosed invention allows a user to insert a new, heavy-duty hanger assembly through an existing junction box, such that the user does not [*2] need to cut a large hole in the ceiling or have access to the space above the ceiling. A typical use of the patented device is to support a heavy fixture, such as a ceiling fan, in the same location that a light-weight fixture was previously installed.

The preferred embodiment includes a brace member that is capable of retracting into a surrounding housing, such that the length of the brace may be adjusted. At each end of the brace assembly are sharp teeth that engage the ceiling joists when the device is properly installed. Below the teeth, on each end of the device, are a pair of "feet" which help align and support the brace assembly during installation.

To install the patented device, the user first shortens the length of the brace by rotating it until the threaded body is fully recessed into the surrounding housing. Next, the user passes the shortened hanger assembly through a hole in the ceiling and maneuvers the assembly above the existing light-weight fixture and then downward into contact with the ceiling, such that the support feet rest on the upper surface of the ceiling. The user then extends the length of the device by rotating the threaded body out from the surrounding [*3] housing until the ends of the device are tightly compressed against the sides of the adjacent ceiling joists. Finally, the user attaches a clamp and a heavy-duty junction box to the brace.

Fan Brace manufactures a replacement hanger assembly, called the "Model 1100," which is similar to that claimed in the '923 patent. The Model 1100 competes directly with Reiker's product in the marketplace, namely in home improvement chain stores. Kerr is the president of Fan Brace.

There are two versions of the Model 1100 hanger at issue in this appeal, "version 1" and "version 2," which differ only by the addition of a solid plastic sheet between the two support feet in the version 1 hanger. Fan Brace discontinued the manufacture and sale of the version 1 hanger during the course of this litigation.

On June 5, 1996, Reiker filed suit against Fan Brace and Kerr, alleging that versions 1 and 2 of the Model 1100 device infringed claims 1 and 5 of the '923 patent. On appeal, Reiker does not request relief with respect to infringement of claim 5; therefore we will focus only on claim 1. That claim reads in pertinent part:

> 1. An expansible load-bearing junction box hanger assembly adapted [*4] for installation from beneath the ceiling and through a junction box aperture in the ceiling without requiring complete removal of the previously installed lightweight hanger assembly over which it is installed comprising:
>
> (a) a pair of spaced joist engaging means . . .
>
> (b) elongated linearly expanding brace means . . .
>
> (c) a support means connected to each of the joist engaging means which rests on and rides along the upper surface of the ceiling for supporting the interconnecting brace means above and in parallel alignment clear of the non-removed end portions of the previously installed lightweight hanger assembly during and after final expansion of the brace means and for also providing vertical load bearing capability,
>
> (d) a junction box . . . and
>
> (e) junction box connecting means . . .

At trial, Fan Brace conceded that the Model 1100 products contain each of the limitations of paragraphs (a), (b), (d) and (e) in claim 1. Thus, the primary dispute at trial was whether the Model 1100 products included the "support means" limitation of paragraph (c).

The most significant difference between the patented device and Fan Brace's Model 1100 product is [*5] the shape of the support structures, or "feet," at each end of the brace. Because both devices are designed to be installed around an existing lightweight hanger, and because the existing hanger may be cut in the middle leaving two "non-removed end portions" protruding from the joists, the shape of the feet determines how the new hanger will be positioned relative to the existing hanger.

In the preferred embodiment of the patented device, a pair of depending feet extends down from each end of the brace, straddling the non-removed end portions with enough clearance to allow the feet to rest on the upper surface of the ceiling. See '923 Patent, col. 3, ll. 51-65.

In the accused device, the structure of the feet differs between versions 1 and 2. In version 1, a pair of depending feet extend down from each end of the brace, as in the preferred embodiment disclosed in the '923 patent. However, according to expert testimony elicited at trial by Fan Brace, the feet of the version 1 device are too short to fully straddle the non-removed end portions of a previously installed hanger, even a "Steel City hanger," which the expert identified as the lowest profile hanger available on the [*6] market. Thus, according to the expert's testimony, the version 1 hanger is not capable of straddling the non-removed end portions with sufficient clearance to allow the feet to rest on the upper surface of the ceiling without contacting the non-removed end portions.

In version 2 of the Model 1100 hanger, a piece of solid plastic covers the aperture between the two feet, thus forming a single triangular foot on each end of the brace. Consequently, when the version 2 device is installed over a pair of non-removed end portions, the triangular feet rest atop the non-removed end portions and do not make contact with the upper surface of the ceiling.

The district court held a Markman hearing in which both parties submitted arguments regarding the proper interpretation of the "support means" limitation of claim 1, including the meaning of the phrase "clear of the non-removed end portions." Fan Brace argued that the "clear of" limitation requires that there be no physical contact between the support means and the non-removed end portions. Reiker, on the other hand, asserted that the "clear of" limitation requires only that there be no interference between the support means and the [*7] non-removed end portions. In other words, Reiker argued that the "clear of" limitation allows some physical contact between the support means and the non-removed end portions, provided that such contact does not "interfere" with the ability of the engaging means to make contact with the ceiling joists.

The district court rejected Reiker's proposed construction and instructed the jury, at the beginning of trial, that the "clear of" limitation means that there is no physical contact between the support means and the non-removed end portions. However, prior to closing arguments, Reiker again raised the issue of the "clear of" limitation and requested that the district court modify its Markman ruling. The district court refused to do so, but proposed, instead, to submit the issue to the jury. Both parties agreed to this proposal and also agreed to be

bound by the jury's construction of the "clear of" limitation. Thereafter, the district court instructed the jury to disregard the court's earlier instruction on the meaning of "clear of" and simply to construe that term anew.

The jury returned a general verdict of noninfringement. After the verdict, Reiker renewed its motion for JMOL [*8] and urged the court, once again, to adopt a construction of "clear of" that would allow noninterfering contact between the support means and the non-removed end portions. The court rejected Reiker's argument and returned to its original construction of the "clear of" limitation as meaning "no physical contact between the support means and the 'end portion.'" Because evidence presented at trial showed that, in both versions of the Model 1100 device, there is physical contact between the support means and the non-removed end portions, the court concluded that the jury's verdict of noninfringement was consistent with a proper construction of the "clear of" limitation. Accordingly, the district court denied Reiker's motions for JMOL and a new trial.

Reiker appeals the district court's denial of Reiker's post-trial motions for JMOL and a new trial. We have jurisdiction pursuant to 28 U.S.C. § 1295 (1994).

II

[HN1] Judgment as a matter of law is proper when "a party has been fully heard on an issue and there is no legally sufficient evidentiary basis for a reasonable jury to find for that party on that issue." Fed. R. Civ. P. 50(a)(1). [HN2] We review a district court's [*9] decision on a motion for JMOL de novo, reapplying the JMOL standard. See Sextant Avionique, S.A. v. Analog Devices, Inc., 172 F.3d 817, 824, 49 U.S.P.Q.2D (BNA) 1865, 1869 (Fed. Cir. 1999). [HN3] We review a district court's denial of a motion for new trial for abuse of discretion. See Nobelpharma AB v. Implant Innovations, Inc., 141 F.3d 1059, 1067, 46 U.S.P.Q.2D (BNA) 1097, 1103 (Fed. Cir. 1998).

A

Before we reach the merits of Reiker's appeal, we must address a waiver argument raised by Fan Brace. Fan Brace asserts that Reiker expressly waived the right to have the district court construe the term "clear of" when Reiker agreed to let that issue go to the jury and to be bound by the jury's claim construction. According to Fan Brace, Reiker is now precluded from arguing on appeal that the "clear of" limitation was erroneously interpreted by either the jury or the district court. We disagree.

This case aptly illustrates the problems that can arise when the issue of claim construction is submitted to the jury, not the least of which is the difficulty in reviewing the jury's claim construction. Nevertheless, we need not resort here to reviewing the jury's claim construction [*10] because, in this case, the district court independently construed the "clear of" limitation before submitting the issue to the jury. In addition, the district court confirmed, on Reiker's renewed motion for JMOL, that the jury's verdict was consistent with its own claim construction. Thus, we have before us [HN4] a holding of the district court construing the disputed claim limitation, which we can--and should--review for legal error. See Markman v. Westview Instr., Inc., 52 F.3d 967, 976, 34 U.S.P.Q.2D (BNA) 1321, 1326 (Fed. Cir. 1995) (in banc), aff'd, 517 U.S. 370, 134 L. Ed 2d 577, 116 S. Ct. 1384 (1996) (affirming grant of JMOL in which the district court construed claim terms following jury's verdict).

B

Reiker argues that the district court erred in its interpretation of the "clear of" limitation by improperly reading a "method step" into an apparatus claim. Reiker asserts that, because the "clear of" clause refers to a particular method of installation, it cannot, as a matter of law, limit an apparatus claim. We must dismiss this argument, however, because it is clear that the "clear of" limitation is a functional limitation rather than a "method step. [*11] "

Paragraph (c) of claim 1 appears to invoke means-plus-function format. See Micro Chem., Inc. v. Great Plains Chem Co., 194 F.3d 1250, 1257, 52 U.S.P.Q.2D (BNA) 1258, 1263 (Fed. Cir. 1999) ("If the word 'means' appears in a claim element in association with a function, this court presumes that 35 U.S.C. § 112, P 6 applies [unless] the claim itself recites sufficient structure, material, or acts to perform the claimed function.") (citations omitted). Neither party contested the application of 35 U.S.C. § 112 P 6. Therefore, we interpret paragraph (c) according to the guidelines set forth in 35 U.S.C. § 112 P 6.

[HN5] The first step of a 35 U.S.C. § 112 P 6 analysis is to identify the function of the claimed element. See Odetics, Inc. v. Storage Technology Corp., 185 F.3d 1259, 1267, 51 U.S.P.Q.2D (BNA) 1225, 1229 (Fed. Cir. 1999). In this case, paragraph (c) of claim 1 recites two functions that must be performed by the claimed "support means." They are: (1) supporting the interconnecting brace means above and in parallel alignment clear of the non-removed end portions of the previously installed light-weight hanger [*12] assembly and (2) providing vertical load bearing capability.

Having thus identified the functions of the "support means" element, we must now look to the written description to identify the structure corresponding to those functions. See Odetics, 185 F.3d at 1267, 51 U.S.P.Q.2D (BNA) at 1229. It is clear from the written description

that the structure corresponding to the "support means" is the portion of the hanger assembly depicted in the drawings as items 34 and 36, and described in the specification as "a pair of depending feet straddling the respective stub portions 28 and resting on the upper surface of ceiling 24 on opposite sides of the respective stub portions 28." '923 Patent, col. 3, ll. 15-19. The parties do not dispute this.

Having determined the function and corresponding structure of the "support means" element, we now turn to the question of infringement. [HN6] Literal infringement of a means-plus-function limitation "requires that the relevant structure in the accused device perform the identical function recited in the claim and be identical or equivalent to the corresponding structure in the specification." Odetics, 185 F.3d at 1267, 51 U.S.P.Q.2D (BNA) at 1229 [*13] (citing Al-Site Corp. v. VSI Int'l, Inc., 174 F.3d 1308, 1320, 50 U.S.P.Q.2D (BNA) 1161, 1168 (Fed. Cir. 1999)). Thus, functional identity is required for there to be infringement. See id.

In this case, the district court construed the "clear of" clause as a limitation of the "support means" function. Thus, according to the district court's interpretation, functional identity would exist in the accused device only if the accused device had a support means capable of supporting the interconnecting brace means "clear of" the non-removed end portions, i.e., with sufficient clearance that the brace means does not physically contact the non-removed end portions. Reiker argues that this interpretation is erroneous.

According to Reiker, the "clear of" clause does not define a function of the "support means." Rather, it refers only to a manner of installation and should therefore be considered a "method" limitation. The crux of Reiker's argument is that "method steps appearing in a claim directed to a structure are legally irrelevant to claim interpretation." This argument is moot, however, because it assumes a falsehood, namely that the "clear of" clause is a method limitation. [*14]

The "clear of" clause is unquestionably a functional limitation of the claimed "support means." This is plainly evident from the language of claim 1, paragraph (c), in which the support means is described as "supporting the interconnecting brace means above and in parallel alignment clear of the non-removed end portions of the previously installed light-weight hanger." '923 Patent, col. 4, ll. 56-59 (emphasis added). This limitation contains three sub-limitations pertaining to the spatial alignment of the interconnecting brace relative to the ceiling and the previously installed hanger. The spatial limitations are: (1) "above"; (2) "in parallel alignment"; and (3) "clear of the non-removed end portions." Each of these spatial limitations further defines the function of

the support means by explaining exactly what results are to be achieved by the support means. Indeed, Reiker readily admits that the first two spatial limitations-- "above" and "in parallel alignment"--are functional section 112(6) limitations of the support means. Nevertheless, Reiker attempts to convince us that the third spatial limitation--"clear of"--should be treated differently than the other [*15] two. This Reiker has failed to do.

Reiker argues that if claim 1 is interpreted as requiring the patented device to be installed "clear of" the non-removed end portions, then infringement of the '923 patent could never be determined until an accused device is actually installed. Thus, Reiker complains that it could never obtain meaningful injunctive relief against a manufacturer of such an accused device. This argument fails because it is based on the false premise that infringement of claim 1 cannot be determined until the time of installation.

As discussed above, in order to infringe claim 1 of the '923 patent, an accused device must have a support means that is the same as or equivalent to "a pair of depending feet straddling the respective stub portions 28 and resting on the upper surface of ceiling 24 on opposite sides of the respective stub portions 28." The accused device must also be capable of (1) supporting the interconnecting brace means above and in parallel alignment clear of the non-removed end portions of the previously installed light-weight hanger assembly and (2) providing vertical load bearing capability. The key, here, is that [HN7] an accused device may be found [*16] to infringe if it is reasonably capable of performing the claimed function, even though it may also be capable of noninfringing modes of operation. See Intel Corp. v. United States Int'l Trade Comm'n, 946 F.2d 821, 832, 20 U.S.P.Q.2D (BNA) 1161, 1171 (Fed. Cir. 1991) (Regarding patent claims to an EPROM, "the accused device, to be infringing, need only be capable of operating in the page mode. Actual page mode operation in the accused device is not required."). See also Key Pharms. Inc. v. Hercon Labs. Corp., 981 F. Supp. 299, 310 (D. Del. 1997), aff'd 161 F.3d 709, 48 U.S.P.Q.2D (BNA) 1911 (Fed. Cir. 1998) (construing claim limitation requiring "sufficient [Nitroglycerin] to deliver to the skin a pharmaceutically effective amount of [Nitroglycerin] over a 24-hour time" as requiring only that the layer be capable of maintaining contact with the skin of a patient for that amount of time); Huck Mfg. Co. v. Textron, Inc., 1975 U.S. Dist. LEXIS 12539, 187 U.S.P.Q. (BNA) 388, 408 (E.D. Mich. 1975) ("The fact that a device may be used in a manner so as not to infringe the patent is not a defense to a claim of infringement against a manufacturer [*17] of the device if it is also reasonably capable of a use that infringes the patent.").

2000 U.S. App. LEXIS 20881, *

There is no bright line test for determining when a device that is capable of a noninfringing mode shall nevertheless be deemed to infringe. Compare *Stearns-Roger Mfg. Co. v. Ruth, 87 F.2d 35, 38, 32 U.S.P.Q. (BNA) 227, 228-29 (10th Cir. 1936)* (reasoning that if devices were designed so they could operate normally in an infringing way, it is immaterial that some customers chose not to operate them in that manner) with *Hap Corp. v. Heyman Mfg. Co., 311 F.2d 839, 843, 135 U.S.P.Q. (BNA) 285, 288 (1st Cir. 1962)* (noting that it is not what the infringing device might have done, but what the device was intended to do or actually did). See also *Huck, 187 U.S.P.Q. (BNA) at 408* (suggesting that a distinction may be drawn between a manufacturer and a user of a device that is capable of a noninfringing mode). Nevertheless, the fact that there is no bright line test in this area of law is irrelevant in this case because [HN8] the question of infringement--including the question whether an accused device is "reasonably" capable of performing a claimed function--is a question of fact that, [*18] in this case, was resolved by the jury. Reiker has not shown

that, given the construction of the "clear of" limitation articulated by the district court, the jury's finding of noninfringement was unsupported by substantial evidence. Therefore, we must accept the jury's fact-finding as correct--including its implied finding that the Model 1100 device is not reasonably capable of performing the "support means" functions. See *Applied Med. Resources Corp. v. United States Surgical Corp., 147 F.3d 1374, 1376, 47 U.S.P.Q.2D (BNA) 1289, 1290 (Fed. Cir. 1998)* (appellant "must prove that the jury's factual findings were not supported by substantial evidence or that the facts were not sufficient to support the conclusions necessarily drawn by the jury on the way to its verdict") (citations omitted).

III

For the reasons explained above, we affirm the district court's judgment in all respects.

COSTS

No costs.

# EXHIBIT I

## Exhibit I

For each of the *recited* functions of the "client software means," "server software means," and "clearinghouse means," Prism repeats below in italics the structure or algorithm it set forth in the parties' Joint Claim Construction Statement that embodies the recited function. Below those italicized statements, Prism identifies the portions of the '416 patent that describe the *overall* algorithms within which the algorithms that embody the *recited* function appear. Prism does so to assist the Court in identifying these overall algorithms (which include steps for performing many functions *not recited* in claim 1). Prism does not suggest that any steps of the additional, unrecited functions should be interpreted as part of claim 1.

## Client Software Means

| Function | Structure |
|---|---|
| 1(c)    **client software means** installed on each of said subscriber client computers adapted to forward its identity data to said first server computer. . .;<br><br>. The *function* of the client software means is "*adapted to forward its* [the subscriber client computer's] *identity data to said first server computer,*" | *that portion of the identity and access management components (e.g., that portion of the subscriber software running on the subscriber client computer 36 (Fig. 2)) that preferably uses the transmission control protocol/internet protocol (TCP/IP and/or user datagram protocol/internet protocol (UDP/IP) to communicate with the first server computer, and equivalents thereof.*<br><br>**Notes:**<br><br>Fig. 18 Blocks 140, 142, 144, 146, 148, 150, 152. Initiate Session (IS) Message forwards Identity Data to the First Server. Block 150 - Client Cryptographer is the portion of the client software means 36 that forwards the identity data to the log-in enforcer on the First Server 34.<br><br>12:14-15 "During login, the login CGI's 68 send an initiate session (IS) message to the session manager 52, .." The session manager 52 may form part of the First Server.<br><br>13:47-50 "The login CGI's 68 take the encpted login parameters sent by the subscription access subscriber software 36 and send an initiate session (IS) message to the session manager 52." |

**Server Software Means**

| Function | Structure |
|---|---|
| 1(b)    **server software means** installed on said first server computer adapted to forward its identity data and identity data of each subscriber client computer to said clearinghouse means . . .;<br><br>In 1(b), the *function* of the server software means is:<br>*adapted to forward its identity data and identity data of each subscriber client computer to said clearinghouse means . . .;* | *that portion of the identity and access management components (e.g., software running on the server 34 (Fig. 2) that preferably uses the transmission control protocol/internet protocol (TCP/IP) user datagram protocol/internet protocol (UDP/IP) to communicate with the subscriber client computer and the clearinghouse 30, and equivalents thereof.*<br><br>**Notes:**<br><br>Fig. 18 Block 154. Session Initiator which is part of session manager 52 (part of first server 34) forwards it's identity data and identity data of subscriber client computer to The Clearinghouse 30 Authentication Server 58 using the Authenticate Log-In (AL) Message.<br><br>12:16-18 ". . . and send an authentication login (AL) message to the subscription access clearinghouse user authentication daemon 58." |

2

**Server Software Means**

| Function | Structure |
| --- | --- |
| 1(e)    said **server software means** installed on the first server computer being adapted to selectively request the subscriber client computer to forward said predetermined digital identification to the first server computer to thereby confirm that said hardware key is connected to said subscriber client computer;<br><br>The *function* of the server software means in claim element 1(e) is:<br>*adapted selectively request the subscriber client computer to forward said predetermined digital identification to the first server computer to thereby confirm that said hardware key is connected to said subscriber client communication* | *that portion of the server software that selectively determines whether (e g , upon a request for access to protected computer resources) to request the subscriber client computer to forward its digital identification to the first server to confirm the presence of a hardware key, and equivalents thereof. The specific algorithm includes that portion at block 150 in Fig. 18 that defines the challenge sent by the Log-in Enforcer from the first server and the response received by the Log-in Enforcer for initial authentication.*<br><br>**Notes:**<br><br>No additional algorithm needed for this functional portion of the *initial authentication* sequence. The disclosure of the separate algorithm for *re-authentication* as depicted in Fig. 20 of the '416 patent *does not* comprise part of this means clause. |

3

**Clearinghouse Means**

| Function | Structure |
|---|---|
| 1(a)  **clearinghouse means** for storing identity data of said first server computer and the identity data of each of said subscriber client computers;<br><br>In 1(a), the *function* of the clearinghouse means is:<br>        *storing identity data of said first server computer and the identity data of each of sad subscriber client computers.* | *any clearinghouse server(s) with software capable of storing identity data, and equivalents thereof.*<br><br>**Notes:**<br><br>Fig. 3 Clearinghouse Database, Fig. 5 Block 56.<br><br>4:44-45 "The clearinghouse 30 is the entity that hosts all of the subscription information and the subscriber information."<br><br>6:57-60 "The clearinghouse 30 contains the subscription database, the usage and demographics data, storage capability and it controls the authentication and authorization of subscribers for individually enabled web servers. The clearinghouse includes a number of subcomponents, including a clearinghouse database server 56 which provides an ODBC interface to a SQL database that contains the subscription database"<br><br>9:16-27 "Referring to FIG. 5, the main function of the subscription access clearinghouse database server 56 is to provide the database interface to the rest of the subscription access components. It hosts the enterprise-wide subscription database, and the usage and demographics data warehouse. This database server 56 is a SQL server which has an ODBC interface so that the clients can interact with it using ODBC. The subscription access components that interact directly with the subscription access clearinghouse database server 56 are the user authentication daemon 58, usage daemon 60, URL tracking daemon 62, and the clearinghouse administration software 64 " |

4

**Clearinghouse Means**

| Function | Structure |
|---|---|
| 1(f)    said **clearinghouse means** being adapted to authenticate the identity of said subscriber client computer . . ;<br><br>In claim element 1(f), the *function* of the clearinghouse means is:<br>*adapted to authenticate the identity of said subscriber client computer.* | *that portion of the clearinghouse software (e.g., a user authentication daemon 58) which authenticates the subscriber client computer, and equivalents thereof.*<br><br>**Notes:**<br><br>Fig 18 Blocks 152, 154, 156, 158<br><br>12:14-22 "During login, the login CGI's 68 send an initiate session (IS) message to the session manager 52, **[First Server]** which will read the login parameters, and send an authenticate login (AL) message to the subscription access clearinghouse user authentication daemon 58 **[Clearinghouse]**. It [the **First Server**] will read the user authentication daemon's 58 authentication response (AR) [ **sent from Clearinghouse**] and determine whether or not to create a new session entry **[Authenticate the identity of said subscriber client]**" |

5

**Clearinghouse Means**

| Function | Structure |
| --- | --- |
| 1(g)    said **clearinghouse means** being adapted to authenticate the identity of said first server computer . . ; and,<br><br>In claim element 1(g), the *function* of the clearinghouse means is:<br>*adapted to authenticate the identity of said first server computer.* | *that portion of the clearinghouse software (e.g., a user authentication daemon 58) which authenticates the first server, and equivalents thereof.*<br><br>**Notes:**<br><br>7:4-7 "For every user authentication request, the user authentication daemon **[Clearinghouse]** first insures it is communicating with an authentic subscription access server **[First Server]** 34, .."<br><br>25:50-58 "In order to perform subscriber authentication, the subscription access server **[First Server]** will need to interact with the system clearinghouse 30, which it does by establishing and maintaining a communication line between itself and the clearinghouse. The information transmitted on this communication line is encrypted using a public/private key mechanism so that only authentic servers and an authentic subscription access clearinghouse can communicate with each other." |

6

**Clearinghouse Means**

| Function | Structure |
|---|---|
| 1(h)    said **clearinghouse means** being adapted to permit access to said selected computer resources . . .<br><br>The *function* of the clearinghouse means in claim element 1(h) is:<br>*adapted to permit access to said selected computer resources.* | *that portion of the clearinghouse software which sends a successful authentication response message to the first server, as shown in Fig. 18 at blocks 158 and 160 and described at col. 17, lns. 45-48, and equivalents thereof.*<br><br>**Notes:**<br><br>Fig. 18 Blocks 156, 158, 160, 162, 164, 166, 168, 170.<br><br>Fig. 19 Blocks 180, 182, 184, 186.<br><br>12:14-22 "During login, the login CGI's 68 send an initiate session (IS) message to the session manager 52, **[First Server]** which will read the login parameters, and send an authenticate login (AL) message to the subscription access clearinghouse user authentication daemon 58 **[Clearinghouse]**. It **[the First Server]** will read the user authentication daemon's 58 authentication response (AR) **[from Clearinghouse]** and determine whether or not to create a new session entry, and sends a session response (SR) back to the login CGI's 68 indicating the result of the session initiation process."<br><br>17:45-57 "If the authentication was successful (block 158), the user authentication server **[Clearinghouse]** sends a successful authentication response message to the session initiator (block 160). **[First Server]**The session initiator then enters a new session entry for the user and its list of active session with a unique session ID (block 162). The session initiator then sends a successful session response to the login enforcer (block 164) and the login enforcer then enters the user's new session ID in the communication |

7

|  | headers for reauthentication purposes (block 166). The login enforcer grants permission to service application to service the user's request for protected content (block 168) and proceeds to transaction service and logging (block 170, see FIG. 19)." |
|  | 17:66-67, 18:1-7 "The transaction service and logging process (block 170) is shown in FIG. 19 wherein the session validator first enters a new transaction entry for the user's current session (block 180). The session validator then sends a successful session response to the client authenticator (block 182) and the client authenticator grants permission to the server application to service the user's request (block 184) The server application invokes the appropriate service function to send the protected content to the user (block 186)" |

8