# EXHIBIT 11

04-13-2006  14:49  From-MARTIN&FERRAROLLP   3308772030                T-192  P 004   F-557

RECEIVED
CENTRAL FAX CENTER

APR 1 3 2006

PATENT
Attorney Docket No. 120.0002-00000
Customer No. 22882

## IN THE UNITED STATES PATENT AND TRADEMARK OFFICE

In re Application of:                    )     Confirmation No.: 4297
Richard L. Gregg                         )
Serial No.: 10/230,638                   )     Group Art Unit: 2134
Filed: August 29, 2002                   )     Examiner: Andrew Nalven
For: SYSTEM AND METHOD FOR              )
   SECURING TRANSACTIONS AND )
   COMPUTER RESOURCES WITH  )
   AN UNTRUSTED NETWORK     )

Mail Stop AMENDMENT
Commissioner for Patents
P.O. Box 1450
Alexandria, VA 22313-1450

Sir:

### AMENDMENT

In reply to the Office Action dated February 10, 2006, please amend the
application as follows:

**Amendments to the Claims** are reflected in the listing of claims, which begins on
page 2 of this paper.

**Remarks** begin on page 22 of this paper.

04/14/2006 EAYALEH1 00000036 501068   10230638

01 FC:1201      200.00 DA
02 FC:1202       50.00 DA

Amendment 4-13-06.doc

Application No. 10/230,638
Amendment dated April 13, 2006 .
Reply to Office Action of February 10, 2006

### Amendments to the Claims:

This listing of claims will replace all prior versions, and listings, of claims in the application:

### Listing of Claims:

1.    (currently amended) A system for protecting resources of at least one server computer, said at least one server computer providing said protected resources to at least one client computer device via an untrusted network in an operating session, without necessarily protecting other computer resources provided by said at least one server computer and by other server computers and other client computer devices, comprising:

at least one clearinghouse for storing identity data of said at least one server computer and identity data of each of said at least one client computer device;

server software installed on said at least one server computer ~~adapted to forward~~that forwards its identity data and the identity data of each of said at least one client computer device to said at least one clearinghouse during the operating session in which access to said protected resources of said at least one server computer is requested;

client software installed on each of said at least one client computer device ~~adapted to forward~~that forwards its identity data to said at least one server computer during the operating session in which access to  said protected resources of said at least one server computer is requested;

at least one hardware key associated with  said at least one client computer device, said at least one hardware key ~~being adapted to generate~~ generating a digital identification, which identification is part of the identity data of said at least one client computer device;

- 2 -

Application No. 10/230,638
Amendment dated April 13, 2006
Reply to Office Action of February 10, 2006

:

said server software installed on said at least one server computer being
adapted to selectively require requiring said at least one client computer device
to forward said digital identification to said at least one server computer;
said at least one clearinghouse being adapted to authenticate
authenticating the identity of said at least one client computer device responsive
to a request for said protected resources of said at least one server computer by
said at least one client computer device;
said at least one clearinghouse being adapted to authenticate
authenticating the identity of said at least one server computer responsive to said
at least one client computer device making the request for said protected
resources of said at least one server computer; and,
said at least one clearinghouse being adapted to permit controlling access
to said protected resources of said at least one server computer responsive to
successful authentication of said at least one server computer and of said at
least one client computer device making the request.

2.    (previously presented) The system of claim 1, wherein the untrusted network is
the Internet.

3.    (previously presented) The system of claim 1, wherein the identity data of said at
least one client computer device includes said digital identification and at least
one of a username and a password .

4.    (previously presented) The system of claim 1, wherein said identity data of said
at least one client computer device includes card based identification data.

5.    (previously presented) The system of claim 1, further including multiple server
computers and multiple clearinghouses, said multiple server computers and
multiple clearinghouses being capable of being at separate physical locations.

6.    (currently amended) The system of claim 1, wherein said at least one
clearinghouse is adapted to operate operates as an independent entity and

- 3 -

Application No. 10/230,638
Amendment dated April 13, 2006
Reply to Office Action of February 10, 2006

authenticates multiple server computers capable of being at separate physical locations.

7.   (previously presented) The system of claim 1, wherein said digital identification includes a digital certificate.

8.   (previously presented) The system of claim 1, wherein the identity data of said at least one client computer device can be forwarded to said at least one clearinghouse to authorize access to said protected resources contained on multiple server computers associated with said at least one server computer.

9.   (previously presented) The system of claim 1, wherein said at least one server computer intermittently requires said at least one client computer device to forward said digital identification to said at least one server computer.

10.  (previously presented) The system of claim 9, wherein successive ones of the intermittent requirements occur at predetermined time intervals.

11.  (previously presented) The system of claim 1, wherein said at least one clearinghouse provides authentication confirmation data to said at least one client computer device and to said at least one server computer when the identities of the same are authenticated, said authentication confirmation data being encrypted in subsequent communications between each of said at least one server computer, at least one client computer device and at least one clearinghouse.

12.  (previously presented) The system of claim 1, wherein said at least one server computer has the ability to change said digital identification of said hardware key associated with each of said at least one client computer device, said changed digital identification being transmitted to said at least one clearinghouse.

13.  (currently amended) The system of claim 1, further characterized in that said at least one server computer is adapted to monitor monitors communications between said at least one server computer and each of said at least one client computer device during the operating sessions and acquiresacquire and

- 4 -

Application No. 10/230,638
Amendment dated April 13, 2006
Reply to Office Action of February 10, 2006

storesstore demographic data for each of said at least one client computer device.

Claim 14.  (cancelled).

15.    (currently amended) The system of claim 1, further characterized in that said at least one server computer is adapted to monitormonitors the communications between said at least one server computer and each of said at least one client computer device during the operating session and acquiresacquire and storesstore transaction data based upon said at least one client computer device's usage of said protected resources of said at least one server computer.

16.    (currently amended) The system of claim 1, wherein said at least one server computer is adapted to selectively query queries each of said at least one client computer device to generate said digital identification during the operating session, each of said at least one client computer device generating said digital identification in response to the query.

17.    (currently amended) The system of claim 16, wherein said at least one server computer's selective querying of said at least one client computer device occurs by operation of query algorithms, said at least one server computer being adapted to changechanging said query algorithms.

18.    (currently amended) The system of claim 1, wherein said at least one server computer is adapted to selectively prompt prompts said at least one client computer device to provide its identity data including at least one of a username and a password during the operating session.

19.    (currently amended) The system of claim 1, wherein said at least one server computer is adapted to assignassigns one of a plurality of authorization levels to said protected resources provided by said at least one server computer, the identity data of each of said at least one client computer device including a particular authorization level, said at least one server computer only permitting

- 5 -

Application No. 10/230,638
Amendment dated April 13, 2006
Reply to Office Action of February 10, 2006

access to particular protected resources by said at least one client computer
device permitted by said particular authorization level.

20.   (previously presented) The system of claim 19, wherein said protected resources
are contained in a plurality of directories containing files, said authorization levels
being assigned on a directory level.

21.   (previously presented) The system of claim 19, wherein said protected resources
are contained in a plurality of directories containing files, said authorization levels
being assigned on a file level.

22.   (previously presented) The system of claim 1, wherein the untrusted network
uses an IP protocol.

23.   (previously presented) The system of claim 1, wherein the identity data of said at
least one client computer device includes said digital identification and at least
one of, a user name, a password, and card based identification data of the user
of one client computer device.

24.   (previously presented) The system of claim 1, wherein at least some portion of
the identity data of said at least one client computer device is encrypted.

25.   (previously presented) The system of claim 1, wherein at least some portion of
the identity data of said at least one client computer device is derived from a
combination of at least a portion of a plurality of digital identifications of
associated hardware keys.

26.   (previously presented) The system of claim 1, further including multiple server
computers, said multiple server computers and said at least one clearinghouse
being capable of being at separate physical locations.

27.   (previously presented) The system of claim 1, further including multiple
clearinghouses, said at least one server computer and said multiple
clearinghouses being capable of being at separate physical locations.

28.   (previously presented) The system of claim 1, wherein said at least one
hardware key associated with said at least one client computer device is

- 6 -

connected to said at least one client computer device.

29.   (previously presented) The system of claim 1, wherein said at least one
hardware key associated with said at least one client computer device is built
into said at least one client computer device.

30.   (currently amended) The system of claim 1, wherein said at least one server
computer is adapted to selectively prompt prompts the said at least one client
computer device to provide its identity data and to selectively prompt the user of
said at least one client computer device to provide at least one of a username
and a password during the operating session.

31.   (currently amended) A system for protecting resources of a server computer,
said server computer providing said protected resources to a client computer
device via an untrusted network in an operating session, without necessarily
protecting other computer resources provided by said server computer and by
other server computers and other client computer devices, comprising:

     a clearinghouse for storing that stores identity data of said client computer
device;

     said client computer device adapted to forward forwards its identity data to
said server computer during the operating session in which access to said
protected resources of said server computer is requested;

     a hardware key one of connected to and built into said client computer
device, said hardware key being adapted to generate generating a digital
identification, which identification is part of the identity data of said client
computer device;

     said server computer being adapted to selectively require requiring said
client computer device to forward said digital identification to said server
computer;

     said clearinghouse being adapted to authenticate authenticating the
identity of said client computer device responsive to a request for said protected

- 7 -

04-13-2006  14:50    From-MARTIN&FERRAROLLP                    3308772030              T-192  P 011/029  F-557

resources of said server computer by said client computer device; and,

said clearinghouse ~~being adapted to permit~~controlling access to said protected resources of said server computer responsive to successful authentication of said client computer device making the request.

32.  (currently amended) The system of claim 31, further comprising said server computer ~~being adapted to forward~~that forwards its identity data and the identity data of said client computer device to said clearinghouse during the operating session in which access to said protected resources of said server computer is requested.

33.  (currently amended) The system of claim 32, wherein said clearinghouse ~~is adapted to store~~stores identity data of said server computer and ~~authenticates~~to ~~authenticate~~ the identity of said server computer responsive to said client computer device making the request for said protected resources of said server computer.

34.  (currently amended) The system of claim 33, wherein said clearinghouse ~~is adapted to permit~~controls access to said protected resources of said server computer responsive to successful authentication of said server computer and of said client computer device making the request.

35.  (previously presented) The system of claim 31, wherein the untrusted network is the Internet.

36.  (previously presented) The system of claim 31, wherein the identity data of said client computer device includes said digital identification and at least one of a username and a password.

37.  (previously presented) The system of claim 31, wherein said identity data of said client computer device includes card based identification data.

38.  (previously presented) The system of claim 31, further including multiple server computers and multiple clearinghouses, said multiple server computers and said multiple clearinghouses being capable of being at separate physical locations.

- 8 -

Application No. 10/230,638
Amendment dated April 13, 2006
Reply to Office Action of February 10, 2006

39.   (currently amended) The system of claim 31, wherein said clearinghouse is
      adapted to operateoperates as an independent entity and authenticates multiple
      server computers capable of being at separate physical locations.

40.   (previously presented) The system of claim 31, wherein said digital identification
      includes a digital certificate.

41.   (previously presented) The system of claim 31, wherein the identity data of said
      client computer device can be forwarded to said clearinghouse to authorize
      access to said protected resources contained on multiple server computers
      associated with said server computer.

42.   (previously presented) The system of claim 31, wherein said server computer
      intermittently requires said client computer device to forward said digital
      identification to said server computer.

43.   (previously presented) The system of claim 42, wherein successive ones of the
      intermittent requirements occur at predetermined time intervals.

44.   (previously presented) The system of claim 31, wherein said clearinghouse
      provides authentication confirmation data to said client computer device and to
      said server computer when the identities of the same are authenticated, said
      authentication confirmation data being encrypted in subsequent communications
      between said server computer, said client computer device and said
      clearinghouse.

45.   (previously presented) The system of claim 31, wherein said server computer
      has the ability to change said digital identification of said hardware key one of
      connected to and built into said client computer device, said changed digital
      identification being transmitted to said clearinghouse.

46.   (currently amended) The system of claim 31, further characterized in that said
      server computer is adapted to monitormonitors communications between said
      server computer and said client computer device during the operating session
      and acquiresacquire and storesstore demographic data for said client computer

- 9 -

Application No. 10/230,638
Amendment dated April 13, 2006
Reply to Office Action of February 10, 2006

device.

47.    (currently amended) The system of claim 31, further characterized in that said
server computer is adapted to monitor monitors the communications between
said server computer and said client computer device during the operating
session and acquires acquire and stores store transaction data based upon said
client computer device's usage of said protected resources of said server
computer.

48.    (currently amended) The system of claim 31, wherein said server computer is
adapted to selectively query queries said client computer device to generate said
digital identification during the operating session, said client computer device
generating said digital identification in response to the query.

49.    (currently amended) The system of claim 48, wherein said server computer's
selective querying of said client computer device occurs by operation of query
algorithms, said server computer being adapted to change changing said query
algorithms.

50.    (currently amended) The system of claim 31, wherein said server computer is
adapted to selectively prompt prompts said client computer device to provide its
identity data including at least one of a username and a password during the
operating session.

51.    (currently amended) The system of claim 31, wherein said server computer is
adapted to assign assigns one of a plurality of authorization levels to said
protected resources provided by said server computer, the identity data of said
client computer device including a particular authorization level, said server
computer only permitting access to particular protected resources by said client
computer device permitted by said particular authorization level.

52.    (previously presented) The system of claim 51, wherein said protected resources
are contained in a plurality of directories containing files, said authorization levels
being assigned on a directory level.

- 10 -

Application No. 10/230,638
Amendment dated April 13, 2006
Reply to Office Action of February 10, 2006

53.  (previously presented) The system of claim 51, wherein said protected resources
     are contained in a plurality of directories containing files, said authorization levels
     being assigned on a file level.

54.  (previously presented) The system of claim 31, wherein the untrusted network
     uses an IP protocol.

55.  (previously presented) The system of claim 31, wherein the identity data of said
     client computer device includes said digital identification and at least one of, a
     user name, a password, and card based identification data.

56.  (previously presented) The system of claim 31, wherein at least some portion of
     the identity data of said client computer device is encrypted.

57.  (previously presented) The system of claim 31, wherein at least some portion of
     the identity data of said client computer device is derived from a combination of
     at least a portion of a plurality of digital identifications of said hardware keys.

58.  (previously presented) The system of claim 31, further including multiple server
     computers, said multiple server computers and said clearinghouse being capable
     of being at separate physical locations.

59.  (previously presented) The system of claim 31, further including multiple
     clearinghouses, said server computer and said multiple clearinghouses being
     capable of being at separate physical locations.

60.  (currently amended) The system of claim 31, wherein said server computer is
     adapted to selectively prompt prompts said client computer device to provide its
     identity data and to selectively prompt the user of said client computer device to
     provide at least one of a username and a password during the operating session.

61.  (currently amended) A method for protecting resources of a server computer
     comprising the steps of:
          providing the protected resources of the server computer to a client
     computer device via an untrusted network in an operating session, without

- 11 -

Application No. 10/230,638
Amendment dated April 13, 2006
Reply to Office Action of February 10, 2006

necessarily protecting other computer resources provided by the server
computer and by other server computers and other client computer devices;

    storing identity data of the server computer and identity data of the client
computer device having a hardware key into a clearinghouse;

    generating a digital identification of the hardware key associated with the
client computer device, the digital identification being part of the identity data of
the client computer device;

    selectively requiring the client computer device to forward its identity data
to the server computer;

    forwarding the identity data of the client computer device to the server
computer during the operating session in which access to the protected
resources is requested;

    forwarding the identity data of the server computer and the identity data of
the client computer device to the clearinghouse during the operating session in
which access to the protected resources of the server computer is requested;

    authenticating the identity of the client computer device by the
clearinghouse responsive to the request for the protected resources of the server
computer by the client computer device;

    authenticating the identity of the server computer by the clearinghouse
responsive to the client computer device making the request for the protected
resources of the server computer; and,

    ~~permitting~~ controlling by the clearinghouse access to the protected
resources of the server computer responsive to successfully authenticating the
server computer and the client computer device making the request.

62.    (previously presented) The method of claim 61, wherein the providing step
includes the step of providing the protected resources of the server computer to
the client computer device via the Internet.

Application No. 10/230,638
Amendment dated April 13, 2006
Reply to Office Action of February 10, 2006

63.  (previously presented) The method of claim 61, wherein the step of forwarding the identity data of the client computer device includes the step of forwarding the digital identification of the hardware key and at least one of a username and a password.

64.  (previously presented) The method of claim 61, wherein the step of forwarding the identity data of the client computer device includes the step of forwarding the digital identification of the hardware key and card based identification data.

65.  (currently amended) The method of claim 61, ~~wherein the providing step includes~~ further comprising the step of providing multiple server computers and multiple clearinghouses, the multiple server computers and the multiple clearinghouses being capable of being at separate physical locations.

66.  (currently amended) The method of claim 61, ~~wherein the providing step includes~~ further comprising the step of providing multiple server computers at separate physical locations from one another, and further comprising the step of authenticating the multiple servers with the clearinghouse operating as an independent entity.

67.  (previously presented) The method of claim 61, wherein the generating step includes generating a digital certificate.

68.  (currently amended) The method of claim 61, wherein the ~~permitting~~ controlling access step includes the step of ~~permitting~~ controlling access to protected resources contained on multiple server computers associated with the server computer.

69.  (previously presented) The method of claim 61, wherein the selectively requiring step includes the step of intermittently requiring the client computer device to forward its digital identification to the server computer.

70.  (previously presented) The method of claim 69, wherein the intermittently requiring step includes the step of having successive ones of the intermittent requirements occur at predetermined time intervals.

- 13 -

Application No. 10/230,638
Amendment dated April 13, 2006
Reply to Office Action of February 10, 2006

71.    (previously presented) The method of claim 61, wherein the authenticating steps include the step of encrypting the authentication confirmation data in subsequent communications from the server computer and the client computer device to another of the server computer and the client computer device.

72.    (previously presented) The method of claim 61, further comprising the steps of changing the digital identification of the hardware key of the client computer device from the server computer, and transmitting the changed digital identification to the clearinghouse.

73.    (previously presented) The method of claim 61, further comprising the steps of monitoring communications between the server computer and the client computer device, and acquiring and storing demographic data for the client computer device during the operating session.

74.    (previously presented) The method of claim 61, further comprising the steps of monitoring communications between the server computer and the client computer device, and acquiring and storing transaction data based upon the client computer device's usage of the protected resources of the server computer.

75.    (previously presented) The method of claim 61, wherein the selectively requiring step includes the step of selectively querying the client computer device to generate the digital identification during the operating session, and the generating step includes the step of generating the digital identification in response to the query.

76.    (previously presented) The method of claim 75, wherein selective querying step includes the step of using query algorithms in the server computer.

77.    (previously presented) The method of claim 76, further comprising the step of changing the query algorithms in the server computer.

78.    (previously presented) The method of claim 61, wherein the selectively requiring step includes the step of selectively prompting the client computer device to

- 14 -

Application No. 10/230,638
Amendment dated April 13, 2006
Reply to Office Action of February 10, 2006

provide its identity data including at least one of a username and a password during the operating session.

79. (previously presented) The method of claim 61, further comprising the steps of assigning one of a plurality of authorization levels to the protected resources provided by the server computer, assigning a particular authorization level to the identity data of the client computer device, and only permitting access to particular protected resources of the server computer by the client computer device permitted by the particular authorization level.

80. (previously presented) The method of claim 61, wherein the providing step includes the step of providing the protected resources of the server computer to the client computer device via the untrusted network using an IP protocol.

81. (previously presented) The method of claim 61, further comprising the step of encrypting at least some portion of the identity data of the client computer device.

82. (currently amended) The method of claim 61, ~~wherein the providing step includes~~ further comprising the step of providing multiple server computers, the multiple server computers and the clearinghouse being capable of being at separate physical locations.

83. (currently amended) The method of claim 61, ~~wherein the providing step includes~~ further comprising the step of providing multiple clearinghouses, the server computer and the multiple clearinghouses being capable of being at separate physical locations.

84. (previously presented) The method of claim 61, wherein the selectively requiring step includes the steps of selectively prompting the client computer device to provide its identity data and of selectively prompting the user of the client computer device to provide at least one of a username and a password during the operating session.

- 15 -

Application No. 10/230,638
Amendment dated April 13, 2006
Reply to Office Action of February 10, 2006

85.    (currently amended) A method for protecting resources of a server computer
       comprising the steps of:

              providing the protected resources of the server computer to a client
       computer device via an untrusted network in an operating session, without
       necessarily protecting other computer resources provided by the server
       computer and by other server computers and other client computer devices;

              storing identity data of the client computer device having a hardware key
       into a clearinghouse;

              generating a digital identification of the hardware key associated with the
       client computer device, the digital identification being part of the identity data of
       the client computer device;

              selectively requiring the client computer device to forward its identity data
       to the server computer;

              forwarding the identity data of the client computer device to the server
       computer during the operating session in which access to the protected
       resources is requested;

              forwarding the identity data of the client computer device to the
       clearinghouse during the operating session in which access to the protected
       resources of the server computer is requested;

              authenticating the identity of the client computer device by the
       clearinghouse responsive to the request for the protected resources of the server
       computer by the client computer device; and

              permitting controlling by the clearinghouse access to the protected
       resources of the server computer responsive to successfully authenticating the
       client computer device making the request.

86.    (previously presented) The method of claim 85, wherein the providing step
       includes the step of providing the protected resources of the server computer to
       the client computer device via the Internet.

- 16 -

Application No. 10/230,638
Amendment dated April 13, 2006
Reply to Office Action of February 10, 2006

87.  (previously presented) The method of claim 85, wherein the storing step includes the step of storing the identity data of the server computer in the clearinghouse.

88.  (previously presented) The method of claim 87, further comprising the step of forwarding the identity data of the server computer to the clearinghouse during the operating session in which access to protected resources of the server computer is requested.

89.  (previously presented) The method of claim 88, further comprising the step of authenticating the identity data of the server computer by the clearinghouse responsive to the client computer device making the request for the protected resources of the server computer.

90.  (currently amended) The method of claim 89, wherein the ~~permitting~~ controlling access step includes ~~permitting~~ controlling access by the clearinghouse to the protected resources of the server computer responsive to successfully authenticating the server computer and the client computer device making the request.

91.  (previously presented) The method of claim 85, wherein the step of forwarding the identity data of the client computer device includes the step of forwarding the digital identification of the hardware key and at least one of a username and a password.

92.  (previously presented) The method of claim 85, wherein the step of forwarding the identity data of the client computer device includes the step of forwarding the digital identification of the hardware key and card based identification data.

93.  (currently amended) The method of claim 85, ~~wherein the providing step includes~~ further comprising the step of providing multiple server computers and multiple clearinghouses, the multiple server computers and the multiple clearinghouses being capable of being at separate physical locations.

94.  (currently amended) The method of claim 85, ~~wherein the providing step includes~~ further comprising the step of providing multiple server computers at separate

- 17 -

Application No. 10/230,638
Amendment dated April 13, 2006
Reply to Office Action of February 10, 2006

physical locations from one another, and further comprising the step of authenticating the multiple servers with the clearinghouse operating as an independent entity.

95.  (previously presented) The method of claim 85, wherein the generating step includes generating a digital certificate.

96.  (currently amended) The method of claim 85, wherein the ~~permitting~~ controlling access step includes the step of ~~permitting~~ controlling access to protected resources contained on multiple server computers associated with the server computer.

97.  (previously presented) The method of claim 85, wherein the selectively requiring step includes the step of intermittently requiring the client computer device to forward its digital identification to the server computer.

98.  (previously presented) The method of claim 97, wherein the intermittently requiring step includes the step of having successive ones of the intermittent requirements occur at predetermined time intervals.

99.  (previously presented) The method of claim 85, wherein the authenticating steps include the step of encrypting the authentication confirmation data in subsequent communications from the server computer and the client computer device to another of the server computer and the client computer device.

100.  (previously presented) The method of claim 85, further comprising the steps of changing the digital identification of the hardware key of the client computer device from the server computer, and transmitting the changed digital identification to the clearinghouse.

101.  (previously presented) The method of claim 85, further comprising the steps of monitoring communications between the server computer and the client computer device, and acquiring and storing demographic data for the client computer device during the operating session.

- 18 -

Application No. 10/230,638
Amendment dated April 13, 2006
Reply to Office Action of February 10, 2006

102. (previously presented) The method of claim 85, further comprising the steps of
monitoring communications between the server computer and the client
computer device, and acquiring and storing transaction data based upon the
client computer device's usage of the protected resources of the server
computer.

103. (previously presented) The method of claim 85, wherein the selectively requiring
step includes the step of selectively querying the client computer device to
generate the digital identification during the operating session, and the
generating step includes the step of generating the digital identification in
response to the query.

104. (previously presented) The method of claim 103, wherein selective querying step
includes the step of using query algorithms in the server computer.

105. (previously presented) The method of claim 104, further comprising the step of
changing the query algorithms in the server computer.

106. (previously presented) The method of claim 85, wherein the selectively requiring
step includes the step of selectively prompting the client computer device to
provide its identity data including at least one of a username and a password
during the operating session.

107. (previously presented) The method of claim 85, further comprising the steps of
assigning one of a plurality of authorization levels to the protected resources
provided by the server computer, assigning a particular authorization level to the
identity data of the client computer device, and only permitting access to
particular protected resources of the server computer by the client computer
device permitted by the particular authorization level.

108. (previously presented) The method of claim 85, wherein the providing step
includes the step of providing the protected resources of the server computer to
the client computer device via the untrusted network using an IP protocol.

- 19 -

Application No. 10/230,638
Amendment dated April 13, 2006
Reply to Office Action of February 10, 2006

109. (previously presented) The method of claim 85, further comprising the step of encrypting at least some portion of the identity data of the client computer device.

110. (currently amended) The method of claim 85, ~~wherein the providing step includes~~ further comprising the step of providing multiple server computers, the multiple server computers and the clearinghouse being capable of being at separate physical locations.

111. (currently amended) The method of claim 85, ~~wherein the providing step includes~~ further comprising the step of providing multiple clearinghouses, the server computer and the multiple clearinghouses being capable of being at separate physical locations.

112. (previously presented) The method of claim 85, wherein the selectively requiring step includes the steps of selectively prompting the client computer device to provide its identity data and of selectively prompting the user of the client computer device to provide at least one of a username and a password during the operating session.

113. (new) A method for protecting resources of a server computer comprising the steps of:

providing the protected resources of the server computer to a client computer device via an untrusted network in an operating session, without necessarily protecting other computer resources provided by the server computer and by other server computers and other client computer devices;

storing identity data of the server computer and identity data of the client computer device having a hardware key into a clearinghouse;

generating a digital identification of the hardware key associated with the client computer device, the digital identification being part of the identity data of the client computer device;

- 20 -

Application No. 10/230,638
Amendment dated April 13, 2006
Reply to Office Action of February 10, 2006

intermittently requiring the client computer device to forward its digital identification to the server computer;

forwarding the identity data of the client computer device to the server computer during the operating session in which access to the protected resources is requested;

forwarding the identity data of the server computer and the identity data of the client computer device to the clearinghouse during the operating session in which access to the protected resources of the server computer is requested;

authenticating the identity of the client computer device by the clearinghouse responsive to the request for the protected resources of the server computer by the client computer device;

authenticating the identity of the server computer by the clearinghouse responsive to the client computer device making the request for the protected resources of the server computer;

controlling by the clearinghouse access to the protected resources of the server computer responsive to successfully authenticating the server computer and the client computer device making the request;

assigning at least one of said authorization levels to the identity data of the client computer device;

only permitting access to particular protected resources of the server computer by the client computer device based upon the particular authorization level assigned to the client computer device;

monitoring communications between the server computer and the client computer device; and,

acquiring and storing transaction data for the client computer device during the operating session.

- 21 -

## REMARKS

Applicant amended claims 1, 6, 13, 15-19, 30-34, 39, 46-51, 60, 61, 65, 66, 68, 82, 83, 85, 90, 93, 94, 96, 110, and 111, and added new claim 113 to further define Applicant's claimed invention.

In the Office Action, the Examiner rejected claims 1-8, 11, 12, 15, 18, 22-29, 31-41, 44, 45, 50, 54-68, 71, 72, 74, 78, 80-96, 99, 100, 102, 106, and 108-112 under 35 U.S.C. § 103(a) as being unpatentable over U.S. Patent No. 5,841,970 to Tabuki in view of U.S. Patent No. 6,377,994 to Ault et al. and U.S. Patent No. 5,717,756 to Coleman.

Tabuki teaches the use of an application server to perform user authentication and to control the user's access to the computer resources of the application server. (Tabuki, Abstract, lines 13-14, "...on the basis of the returned verification result, the application server authenticates the user." Tabuki, Col. 2, lines 42-43, "...and an authentication step in which the aforementioned application authenticates the aforementioned user." Tabuki, Col. 4, lines 14-17, "The application server 10 saves the authentication data and verifies this data against the correct authentication data in order to determine whether the user host 20 is an authorized user.")

Tabuki teaches the use of a verification server to improve application server performance by relegating the administrative functions of user authentication to the verification server, thereby reducing the computational burden on the application server. (See Tabuki, Col. 2, lines 11-15; Col. 2, lines 32-34; and Col. 8, lines 21-27). The verification server of Tabuki stores user authentication and identification data and performs the look-up, matching and comparison functions as requested by and on behalf of the application server. (Tabuki, Col. 2, lines 34-42; Col. 3, lines 5-8; and Col. 4, lines 23-35). The possible responses from the Tabuki verification server are "yes", "no" or "maybe." (Tabuki, Col. 7, lines 24-32).

- 22 -

PAGE 25/29 * RCVD AT 4/13/2006 3:37:56 PM [Eastern Daylight Time] * SVR:USPTO-EFXRF-6/43 * DNIS:2738300 * CSID:3308772030 * DURATION (mm-ss):07-20

Application No. 10/230,638
Amendment dated April 13, 2006
Reply to Office Action of February 10, 2006

Applicant substantively amended the independent claims as follows:

claim 1 now recites, "said at least one clearinghouse controlling access to
said protected resources of said at least one server computer responsive
to successful authentication of said at least one server computer and of said
at least one client computer device making the request";

claim 31 now recites, "said clearinghouse controlling access to said
protected resources of said server computer responsive to successful
authentication of said client computer device making the request";

claim 61 now recites, "controlling by the clearinghouse access to the
protected resources of the server computer responsive to successfully
authenticating the server computer and the client computer device making
the request"; and

claim 85 now recites, "controlling by the clearinghouse access to the
protected resources of the server computer responsive to successfully
authenticating the client computer device making the request."

Applicant amended each of these independent claims to clarify that the
clearinghouse controls access to the protected resources. Support for the word **control**
in this context may be found at least at the following portions of the specification:

page 6, line 27 through page 7, line 1, ...*secure transaction servers being
controlled by a single transaction clearinghouse...* ;

page 11, lines 13-14, *The transaction clearinghouse 30* **controls** *the
authentication and authorization of account holders...*;

page 39, lines 23-26, *The transaction clearinghouse 30 contains the
enterprise wide account holder database, the transaction and demographics
data warehouse, and* **controls** *the authentication and authorization of account
holders...*; and

- 23 -

Application No. 10/230,638
Amendment dated April 13, 2006
Reply to Office Action of February 10, 2006

page 40, lines 22-23, *In the configuration of FIG. 26, the same transaction clearinghouse 30 was **controlling** all the secure transaction servers.*

Applicant submits that Tabuki teaches an authentication method in which user authentication and access to application server resources is controlled by the application server. Tabuki does not teach a verification server or clearinghouse that performs user authentication independently from the application server as claimed by Applicant.

The stated purpose and function of the Tabuki verification server is to *reduce the burden on the application server and to simplify the verification process.* (Tabuki, Col 8, lines 16-20). Applicant submits that the verification server taught by Tabuki is an extension of the applications server and performs the verification portion of the user authentication process, while the application server performs the actual authentication of the user and controls user access to the resources of the application server.

Further, the *challenge* of the application server of Applicant's clearinghouse is different from that of Tabuki's verification server.

The Tabuki verification server verifies that the *identification data* and *authentication data* sent by the application server matches the identification data and authentication data stored in the verification server. Therefore, the challenge of the application server is: *Is there a match?* And the possible answers are: *"yes", "no"* or *"maybe".* "Maybe" is a possibility because the *signature data* is imprecise and the criteria for matching is subjective.

Applicant's claimed application server and clearinghouse function in a fundamentally different way from the application server and verification server of Tabuki. The challenge of Applicant's application server to the clearinghouse is: *Can this user or account holder have access to my selected resources?* The response is either "access granted" or "access denied."

- 24 -

Application No. 10/230,638
Amendment dated April 13, 2006
Reply to Office Action of February 10, 2006

Applicant's clearinghouse controls access to the protected resources of the application server while the application server of Tabuki controls this access. Applicant submits that independent claims 1, 31, 61, and 85, as amended, overcome the rejections and are in conditional for allowance.

Applicant amended dependent claims 34, 68, 90, and 96 for antecedent purposes based on the above-mentioned amendments related to controlling access to the protected resources. The other amendments to the claims involving changes to the "adapted to" language were made at the request of the Examiner for stylistic preferences and not for any reasons related to the cited art or any other art of record.

The Examiner rejected claims 9, 10, 16, 17, 30, 42, 43, 48, 49, 69, 70, 75-77, 97, 98, and 103-105 under 35 U.S.C. § 103(a) as being unpatentable over Tabuki, Ault et al., and Coleman as applied to claims 1 and 85 above, and further in view of U.S. Patent No. 5,229,764 to Matchett et al.; rejected claims 13, 46, 47, 73, and 101 under 35 U.S.C. § 103(a) as being unpatentable over Tabuki, Ault et al., and Coleman as applied to claim 1 above, and further in view of U.S. Patent No. 5,710,884 to Dedrick; rejected claims 19-21, 51-53, 79, and 107 under 35 U.S.C. § 103(a) as being unpatentable over Tabuki, Ault et al., and Coleman as applied to claim 1 above, and further in view of U.S. Patent No. 5,414,844 to Wang. Applicant submits that the rejections over claims 9, 10, 13, 16, 17, 19-21, 30, 42, 43, 46-49, 51-53, 69, 70, 73, 75-77, 79, 97, 98, 101, 103-105, and 107 are rendered moot at least because they depend from an allowable independent claim, or claims dependent therefrom.

Applicant submits that independent claims 1, 31, 61, and 85 are patentable and that dependent claims 2-13, 15-30, 32-60, 62-84, and 86-112 dependent from one of independent claims 1, 31, 61, and 85, or claims dependent therefrom, are patentable at least due to their dependency from an allowable independent claim.

To further define Applicant's claimed invention, Applicant added independent claim 113, which is similar to independent claim 61 with additional recitations at least in

- 25 -

Application No. 10/230,638
Amendment dated April 13, 2006
Reply to Office Action of February 10, 2006

part similar to dependent claims 69 and 73 and the second and third steps of dependent claim 79.

In view of the foregoing remarks, it is respectfully submitted that the claims, as amended, are patentable. Therefore, it is requested that the Examiner reconsider the outstanding rejections in view of the preceding comments. Issuance of a timely Notice of Allowance of the claims is earnestly solicited.

To the extent any extension of time under 37 C.F.R. § 1.136 is required to obtain entry of this reply, such extension is hereby respectfully requested. If there are any fees due under 37 C.F.R. §§ 1.16 or 1.17 which are not enclosed herewith, including any fees required for an extension of time under 37 C.F.R. § 1.136, please charge such fees to our Deposit Account No. 50-1068.

Respectfully submitted,

MARTIN & FERRARO, LLP

Dated:____April 13, 2006_____    By:_____
                                       Thomas H. Martin
                                       Registration No. 34,383

1557 Lake O'Pines Street, NE
Hartville, Ohio 44632
Telephone: (330) 877-0700
Facsimile: (330) 877-2030

- 26 -.