IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| PRISM TECHNOLOGIES LLC<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>VERISIGN, INC., RSA SECURITY, INC., NETEGRITY, INC., COMPUTER ASSOCIATES INTERNATIONAL, INC., and JOHNSON & JOHNSON SERVICES, INC.,<br><br>　　　　　Defendants. | Civil Action No. 05-214 JJF |

## PLAINTIFF PRISM TECHNOLOGIES LLC'S
## AMENDED NOTICE OF DEPOSITION OF ROBERT STAHL

　　Please take notice that Plaintiff Prism Technologies LLC, pursuant to Fed. R. Civ. P. 26 and 30 and the Local Rules of the Court, will take deposition upon oral examination of Mr. Robert Stahl. The deposition shall commence at 9:00 a.m. on Monday, November 13, 2006 at One Johnson & Johnson Plaza, New Brunswick, New Jersey 08933 or at another mutually agreed upon location.

　　The deposition will be taken by oral examination before an officer authorized by the laws of the United States to administer oaths, and will be recorded by stenographic, videographic and/or audiographic means.

| | |
|---|---|
| October 18, 2006 | THE BAYARD FIRM |
| | |
| | /s/ Richard D. Kirk (rk0922) |
| | Richard D. Kirk (rk0922) |
| | Ashley B. Stitzer (as3891) |
| | 222 Delaware Avenue, Suite 900 |
| | Wilmington, Delaware 19899 |
| | (302) 655-5000 |
| | rkirk@bayardfirm.com |
| | astitzer@bayardfirm.com |
| | |
| | ATTORNEYS FOR PLAINTIFF |
| | PRISM TECHNOLOGIES LLC |

OF COUNSEL:

Dirk D. Thomas, Esq.
Robert A. Auchter, Esq.
Kenneth A. Freeling, Esq.
Jason R. Buratti, Esq.
André J. Bahou, Esq.
Chandran B. Iyer, Esq.
Robins, Kaplan, Miller & Ciresi, L.L.P.
1801 K Street, N.W., Suite 1200
Washington, D.C. 20006
(202) 775-0725

## CERTIFICATE OF SERVICE

The undersigned counsel certifies that, on October 18, 2006, he electronically filed the foregoing document with the Clerk of the Court using CM/ECF, which will send automatic notification of the filing to the following:

Frederick L. Cottrell, III, Esq.
Alyssa M. Schwartz, Esq.
Richards Layton & Finger
One Rodney Square
P.O. Box 551
Wilmington, DE 19801

Richard L. Horwitz, Esq.
David E. Moore, Esq.
Potter Anderson & Corroon LLP
1313 N. Market Street
Hercules Plaza, 6th Floor
P.O. Box 951
Wilmington, DE 19899

Patricia S. Rogowski, Esq.
Connolly, Bove, Lodge & Hutz, LLP
1007 North Orange Street
P.O. Box 2207
Wilmington, DE 19899

Steven J. Balick, Esq.
John G. Day, Esq.
Ashby & Geddes
222 Delaware Ave., 17th Fl.
Wilmington, DE 19801

The undersigned counsel further certifies that copies of the foregoing document were sent by hand on October 18, 2006 to the above counsel and by first-class mail or overnight delivery as indicated to the below counsel:

*Via Federal Express*

John DiMatteo, Esq.
Willkie Farr & Gallagher LLP
787 Seventh Avenue
New York, NY 10019-6099

William Lee, Esq.
Wilmer Cutler Hale & Dorr LLP
60 State Street
Boston, MA 02109

Jason Snyderman, Esq.
Akin Gump Strauss Hauer & Feld LLP
One Commerce Square, Suite 2200
2005 Market Street
Philadelphia, PA 19103

Frank C. Cimino, Esq.
Akin Gump Strauss Hauer & Feld LLP
Robert S. Strauss Building
1333 New Hampshire Avenue, NW
Washington, DC 20036-1564

587422v1


Case 1:05-cv-00214-JJF  Document 314  Filed 10/18/2006  Page 4 of 4

David M. Schlitz
Baker Botts L.L.P.
1299 Pennsylvania Avenue, NW
Washington, DC  20004-2400

Samir A. Bhavsar
Jeffrey D. Baxter
Baker Botts L.L.P.
2001 Ross Avenue
Dallas, TX  75201-2980

/s/ Richard D. Kirk (rk0922)
Richard D. Kirk

587422v1