IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| PRISM TECHNOLOGIES LLC, ) | |
| ) | |
| Plaintiff, ) | |
| v. ) | Civil Action No. 05-214-JJF |
| ) | |
| VERISIGN INC., RSA SECURITY, INC., ) | |
| NETEGRITY INC., COMPUTER ) | |
| ASSOCIATES INTERNATIONAL INC., and ) | |
| JOHNSON & JOHNSON, ) | |
| ) | |
| Defendants. ) | |

## ORDER

The attorneys and staff listed below representing VeriSign Inc. are permitted to bring into the J. Caleb Boggs Federal Courthouse, for use in Courtroom 4B eight lap top computers for a hearing commencing on **November 9, 2006** at **1:00 p.m.** Counsel shall comply with the inspection provisions of the United States Marshal.

Patricia Smink Rogowski, Equire
CONNOLLY BOVE LODGE & HUTZ
1007 N. Orange Street
P.O. Box 2207
Wilmington, DE 19899
(302) 658-9141

Jessica Mayer
VeriSign, Inc.
21355 Ridgetop Circle
Dulles, VA 20166

Edward F. Mannino, Esquire
Jason A. Snyderman, Esquire
John Simmons, Esquire
AKIN GUMP STRAUSS HAUER & FELD LLP
One Commerce Square, Suite 2200
2005 Market Street
Philadelphia, PA 19103
Telephone: (215) 965-1200
Fax: (215) 965-1210

Frank C. Cimino, Esquire
Daniel E. Yonan, Esquire
Julia McEnroe, Paralegal
AKIN GUMP STRAUSS HAUER & FELD LLP
Robert S. Strauss Building
1333 New Hampshire Avenue, NW
Washington, DC 20036-1564
Telephone: (202) 887-4000
Fax: (202) 887-4288

Dated: 10/18/06

_____
Joseph J. Farnan, Jr.
United States District Court Judge