IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| PRISM TECHNOLOGIES LLC,<br><br>   Plaintiff,<br><br>  v.<br><br>VERISIGN, INC., RSA SECURITY, INC., NETEGRITY, INC., COMPUTER ASSOCIATES INTERNATIONAL, INC., and JOHNSON & JOHNSON SERVICES, INC.,<br><br>   Defendants. | )<br>)<br>)<br>)<br>) C. A. No. 05-214-JJF<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

### ORDER

The attorneys and staff listed below representing Netegrity Inc. and Computer Associates International Inc. are permitted to bring into the J. Caleb Boggs Federal Courthouse, for use in Courtroom 4B three (3) laptop computers for a hearing commencing on November 9, 2006 at 1:00 p.m. Counsel shall comply with the inspection provisions of the United States Marshal.

| | |
|---|---|
| David M. Schlitz<br>Baker Botts L.L.P.<br>1299 Pennsylvania Ave., N.W.<br>Washington, D.C. 20004-2400 | Jeffrey D. Baxter<br>Baker Botts L.L.P.<br>2001 Ross Avenue<br>Dallas, TX 75201-2980 |
| Adam T. Bernstein<br>Computer Associates<br> International, Inc.<br>One Computer Associates Plaza<br>Islandia, NY 11749 | |

_____   _____
DATED                JOSEPH J. FARNAN, JR.
                      United States District Court Judge