IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| PRISM TECHNOLOGIES LLC, ) <br> ) <br> v. ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> VERISIGN, INC., RSA SECURITY INC., ) <br> NETEGRITY INC., COMPUTER ) <br> ASSOCIATES INTERNATIONAL INC., ) <br> and JOHNSON & JOHNSON, ) <br> ) <br> Defendants. ) | C.A. No.: 05-214-JJF |

## ORDER

The attorneys listed below representing RSA Security, Inc. are permitted to bring into the J. Caleb Boggs Federal Courthouse, for use in Courtroom 4B two (2) laptop computers for a hearing commencing on November 9, 2006 at 1:00 p.m. Counsel shall comply with the inspection provisions of the United States Marshal.

Gregory Teran
Wilmer Cutler Pickering Hale and Dorr LLP
60 State Street
Boston, Massachusetts 02109

Mark D. Selwyn
Wilmer Cutler Pickering Hale and Dorr LLP
60 State Street
Boston, Massachusetts 02109

Dated: _____

_____
Joseph J. Farnan, Jr.
United States District Court Judge

RLF1-3072056-1