**RICHARDS, LAYTON & FINGER**

A PROFESSIONAL ASSOCIATION
ONE RODNEY SQUARE
920 NORTH KING STREET
WILMINGTON, DELAWARE 19801
(302) 651-7700
FAX (302) 651-7701
WWW.RLF.COM

ALYSSA M. SCHWARTZ

DIRECT DIAL NUMBER
302-651-7756
SCHWARTZ@RLF.COM

October 19, 2006

**BY E-FILE AND HAND DELIVERY**

Deborah Krett
Case Manager
U.S. District Court
  for the District of Delaware
844 King Street, Lockbox 27
Wilmington, DE 19801

Re: **Request for Permission to Have Laptops in Courtroom 4B**
**Prism Technologies, LLC v. VeriSign, Inc., et al.,**
**C.A. No. 05-214-JJF**

Dear Ms. Krett:

      A hearing is scheduled in Courtroom 4B on November 9, 2006 at 1:00 p.m. I am writing on behalf of defendant RSA Security, Inc. ("RSA") to request permission to bring two (2) laptop computers to the hearing to assist in the preparation and/or presentation during the hearing. Counsel for RSA is aware of the Court's October 20, 2004 Order and agrees to comply with the policies and procedures instituted by the Court as well as the United States Marshal's policy regarding electronic devices. Enclosed please find a proposed order allowing two (2) laptop computers to be brought into Courtroom 4B.

Very truly yours,

*/s/ Alyssa M. Schwartz*

Alyssa M. Schwartz (#4351)

AMS:meh
Enclosure

cc: David Thomas, U.S. Marshal (w/o enclosure)
    Keith Ash, Chief Court Security Officer (w/o enclosure)
    Patricia Smink Rogowski, Esquire (w/enclosure)
    Richard D. Kirk, Esquire (w/enclosure)
    Richard L. Horwitz, Esquire (w/enclosure)
    Steven J. Balick, Esquire (w/enclosure)

RLF1-3072048-1