# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF DELAWARE

PRISM TECHNOLOGIES LLC,           :
                                  :
                    Plaintiff,    :
                                  :
          v.                      :    Civil Action No. 05-214-JJF
                                  :
VERISIGN, INC., et al.,           :
                                  :
                    Defendants.   :

## ORDER

At Wilmington this **19th** day of **October, 2006**.

IT IS ORDERED that a teleconference has been scheduled for **Friday, December 15, 2006 at 9:30 a.m.** with Magistrate Judge Thynge to discuss the status of alternative mediation and the March 9, 2007 date which the Court has reserved. **Counsel for Verisign shall initiate the teleconference call**.

Local counsel are reminded of their obligations to inform out-of-state counsel of this Order.  To avoid the imposition of sanctions, counsel shall advise the Court immediately of any problems regarding compliance with this Order.

/s/ Mary Pat Thynge
UNITED STATES MAGISTRATE JUDGE