IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| PRISM TECHNOLOGIES LLC, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>VERISIGN, INC., RSA SECURITY, INC., )<br>NETEGRITY, INC., COMPUTER ASSOCIATES )<br>INTERNATIONAL, INC., and JOHNSON & )<br>JOHNSON SERVICES, INC., )<br>)<br>Defendants. ) | C. A. No. 05-214-JJF |

## ORDER

The attorneys and staff listed below representing Netegrity Inc. and Computer Associates International Inc. are permitted to bring into the J. Caleb Boggs Federal Courthouse, for use in Courtroom 4B three (3) laptop computers for a hearing commencing on November 9, 2006 at 1:00 p.m. Counsel shall comply with the inspection provisions of the United States Marshal.

David M. Schlitz
Baker Botts L.L.P.
1299 Pennsylvania Ave., N.W.
Washington, D.C. 20004-2400

Jeffrey D. Baxter
Baker Botts L.L.P.
2001 Ross Avenue
Dallas, TX 75201-2980

Adam T. Bernstein
Computer Associates
  International, Inc.
One Computer Associates Plaza
Islandia, NY 11749

10/19/06
DATED

JOSEPH J. FARNAN, JR.
United States District Court Judge