IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| PRISM TECHNOLOGIES LLC<br><br>Plaintiff,<br><br>v.<br><br>VERISIGN, INC., RSA SECURITY, INC., NETEGRITY, INC., COMPUTER ASSOCIATES INTERNATIONAL, INC., and JOHNSON & JOHNSON SERVICES, INC.,<br><br>Defendants. | Civil Action No. 05-214 JJF<br><br>**Redacted Public Version** |

### DECLARATION OF RICHARD D. KIRK IN SUPPORT OF PRISM TECHNOLOGIES, LLC'S MOTION TO COMPEL DEFENDANT VERISIGN, INC. TO PRODUCE DOCUMENTS AND THINGS

I, Richard D. Kirk, declare as follows:

1. I am an attorney with the law firm of The Bayard Firm, counsel representing Plaintiff in the above-captioned action.

2. I have been admitted to practice before this Court.

3. This Declaration is submitted in support of Prism Technologies, LLC's Motion to Compel Defendant VeriSign, Inc. to Produce Documents and Things.

4. Attached to this Declaration as **Exhibit 1** is a true and correct copy of Prism's Revised First Set of Rule 34 Requests for Document and Things to Defendant VeriSign, Inc. (September 20, 2005).

5. Attached to this Declaration as **Exhibit 2** is a true and correct copy of Letter from A. Bahou to D. Yonan of September 29, 2006 with attached stipulation.

6.      Attached to this Declaration as **Exhibit 3** is a true and correct copy of VeriSign, Inc.'s Response to Prism's Revised First Set of Rule 34 Requests for Production of Documents and Things. (October 27, 2005).

7.      Attached to this Declaration as **Exhibit 4** is a true and correct copy of Prism's First Supplemental Objections and Responses to Defendant VeriSign, Inc.'s First set of Interrogatories (No. 2). (April 14, 2006).

8.      Attached to this Declaration as **Exhibit 5** is a true and correct copy of Defendant VeriSign, Inc.'s First Set of Interrogatories to Prism (Nos. 1-10). (September 15, 2005).

9.      Attached to this Declaration as **Exhibit 6** is a true and correct copy of Defendant VeriSign, Inc.'s First Set of Requests for the Production of Documents and Things to Prism (Nos. 1-40). (September 15, 2005).

10.     Attached to this Declaration as **Exhibit 7** is a true and correct copy of Letter from A. Bahou to D. Yonan dated April 24, 2006.

11.     Attached to this Declaration as **Exhibit 8** is a true and correct copy of Letter from D. Yonan to A. Bahou dated May 11, 2006.

12.     Attached to this Declaration as **Exhibit 9** is a true and correct copy of Letter from A. Bahou to D. Yonan dated June 2, 2006.

13.     Attached to this Declaration as **Exhibit 10** is a true and correct copy of Letter from A. Bahou to D. Yonan dated June 26, 2006.

14.     Attached to this Declaration as **Exhibit 11** is a true and correct copy of Letter from A. Bahou to D. Yonan dated June 27, 2006.

15. Attached to this Declaration as **Exhibit 12** is a true and correct copy of Letter from D. Yonan to A. Bahou dated June 30, 2006.

16. Attached to this Declaration as **Exhibit 13** is a true and correct copy of Letter from D. Yonan to A. Bahou dated August 4, 2006.

17. Attached to this Declaration as **Exhibit 14** is a true and correct copy of Letter from A. Bahou to D. Yonan dated August 29, 2006.

18. Attached to this Declaration as **Exhibit 15** is a true and correct copy of VeriSign, Inc.'s document entitled Unified Authentication 4.0: VeriSign-Hosted Installation and Configuration Guide (VERI-1596775-1596776, 1596787-1596791, 1596796-1596800).

19. Attached to this Declaration as **Exhibit 16** is a true and correct copy VeriSign, Inc.'s document entitled Quick Reference Guide (VERI-1596712-1596715).

20. Attached to this Declaration as **Exhibit 17** is a true and correct copy of VeriSign, Inc.'s document entitled Unified Authentication v4.0: Pre-Installation Guide (VERI-1596901-1596908, ).

21. Attached to this Declaration as **Exhibit 18** is a true and correct copy of Letter from A. Bahou to D. Yonan dated August 31, 2006.

22. Attached to this Declaration as **Exhibit 19** is a true and correct copy of Letter from A. Bahou to D. Yonan dated September 8, 2006.

23. Attached to this Declaration as **Exhibit 20** is a true and correct copy of Letter from A. Bahou to D. Yonan dated September 15, 2006.

24. Attached to this Declaration as **Exhibit 21** is a true and correct copy of VeriSign, Inc.'s document entitled Go Secure! For Web Application: Installation and Configuration Guide (VERI-0019988-0019989, 0020097-0020101, 0020202-0020206).

25. Attached to this Declaration as **Exhibit 22** is a true and correct copy of Letter from D. Yonan to A. Bahou dated September 15, 2006.

26. Attached to this Declaration as **Exhibit 23** is a true and correct copy of E-mail from A. Bahou to D. Yonan dated September 26, 2006.

27. Attached to this Declaration as **Exhibit 24** is a true and correct copy of Letter from D. Yonan to A. Bahou dated September 26, 2006.

28. Attached to this Declaration as **Exhibit 25** is a true and correct copy of Letter from A. Bahou to All Defendants dated June 26, 2006.

THE BAYARD FIRM

September 29, 2006

/s/ Richard D. Kirk
Richard D. Kirk (rk0922)
222 Delaware Avenue, Suite 900
Wilmington, DE  19899
(302) 655-5000
rkirk@bayardfirm.com

## CERTIFICATE OF SERVICE

The undersigned counsel certifies that, on October 20, 2006, he electronically filed the foregoing document with the Clerk of the Court using CM/ECF, which will send automatic notification of the filing to the following:

Frederick L. Cottrell, III, Esq.
Alyssa M. Schwartz, Esq.
Richards Layton & Finger
One Rodney Square
P.O. Box 551
Wilmington, DE 19801

Richard L. Horwitz, Esq.
David E. Moore, Esq.
Potter Anderson & Corroon LLP
1313 N. Market Street
Hercules Plaza, 6th Floor
P.O. Box 951
Wilmington, DE 19899

Patricia S. Rogowski, Esq.
Connolly, Bove, Lodge & Hutz, LLP
1007 North Orange Street
P.O. Box 2207
Wilmington, DE 19899

Steven J. Balick, Esq.
John G. Day, Esq.
Ashby & Geddes
222 Delaware Ave., 17th Fl.
Wilmington, DE 19801

The undersigned counsel further certifies that copies of the foregoing document were sent by hand on October 20, 2006 to the above counsel and by first-class mail or overnight delivery as indicated to the below counsel:

*Via Federal Express*

John DiMatteo, Esq.
Willkie Farr & Gallagher LLP
787 Seventh Avenue
New York, NY 10019-6099

William Lee, Esq.
Wilmer Cutler Hale & Dorr LLP
60 State Street
Boston, MA 02109

Jason Snyderman, Esq.
Akin Gump Strauss Hauer & Feld LLP
One Commerce Square, Suite 2200
2005 Market Street
Philadelphia, PA 19103

Frank C. Cimino, Esq.
Akin Gump Strauss Hauer & Feld LLP
Robert S. Strauss Building
1333 New Hampshire Avenue, NW
Washington, DC 20036-1564

David M. Schlitz
Baker Botts L.L.P.
1299 Pennsylvania Avenue, NW
Washington, DC  20004-2400

Samir A. Bhavsar
Jeffrey D. Baxter
Baker Botts L.L.P.
2001 Ross Avenue
Dallas, TX  75201-2980

/s/ Richard D. Kirk (rk0922)
Richard D. Kirk

587422v1