# EXHIBIT 10

ROBINS, KAPLAN, MILLER & CIRESI L.L.P.

SUITE 1200
1801 K STREET, N.W.
WASHINGTON, D.C. 20006-1307
TEL: 202-775-0725  FAX: 202-223-860
www.rkmc.com

ATTORNEYS AT LAW

ANDRÉ J. BAHOU
(202) 736-2707

June 26, 2006

**VIA E-MAIL**

Daniel E. Yonan, Esquire
Akin Gump Strauss Hauer & Feld LLP
Robert S. Strauss Building
1333 New Hampshire Avenue. N.W.
Washington, D.C. 20036-1564

Re:   *Prism Technologies LLC v. VeriSign, Inc., et al.*
      Civil Action No. 1:05-cv-00214-JJF

Dear Mr. Yonan:

On April 24, 2006, I wrote to you regarding VeriSign's deficiencies in its discovery responses. In your response of May 11, 2006, you stated, *inter alia*, that VeriSign would produce one (1) copy of each of the Accused VeriSign Products to Prism. It has been over nine (9) months since we propounded our document requests calling for the production of the Accused VeriSign Products (VeriSign's Unified Authentication and Go Secure Solutions) (*see* Prism's Revised First Set of Document Requests, No. 1, *et seq.*, dated September 20, 2005) and at least 45 days since your letter. To date, VeriSign has not produced a copy of VeriSign's allegedly infringing software and hardware products. We demand immediate production of the products alleged to infringe in our Complaint of April 11, 2005, and the additional product (VeriSign's Identity Protection Solution) identified in Prism's First Supplemental Response to VeriSign's Interrogatory No. 2 of April 14, 2006.

DC1 45685695 I

A T L A N T A · B O S T O N · L O S   A N G E L E S · M I N N E A P O L I S · N A P L E S · S A I N T   P A U L · W A S H I N G T O N ,   D. C.

Daniel E. Yonan, Esquire
June 26, 2006
Page 2

Please produce those products immediately or we will take this matter up with the Court.

Sincerely,

ROBINS, KAPLAN, MILLER & CIRESI L.L.P.

A.J. Bahou

André J. Bahou

# EXHIBIT 11

ROBINS, KAPLAN, MILLER & CIRESI L.L.P.

SUITE 1200
1801 K STREET, N.W.
WASHINGTON, D.C. 20006-1307
TEL: 202-775-0725  FAX: 202-223-8604
www.rkmc.com

ATTORNEYS AT LAW

ANDRÉ J. BAHOU
(202) 736-2707

June 27, 2006

**VIA E-MAIL**

Daniel E. Yonan, Esquire
Akin Gump Strauss Hauer & Feld LLP
Robert S. Strauss Building
1333 New Hampshire Avenue, N.W.
Washington, D.C. 20036-1564

Re:  *Prism Technologies LLC v. VeriSign, Inc., et al.*
     Civil Action No. 1:05-cv-00214-JJF

Dear Mr. Yonan:

On April 14, 2006, Prism served its First Supplemental Response to VeriSign's Interrogatory No. 2. In that response we alleged that VeriSign's Identity Protection solution infringes at least claims 1 and 24 of U.S. Patent No. 6,516,416, in addition to the previously accused products (VeriSign's Unified Authentication and Go Secure Solutions). Accordingly, please supplement your discovery responses, specifically including but not limited to VeriSign's Response to Prism's Interrogatories Nos. 1 and 3. Likewise, please supplement your document production, including but not limited to documents called for in Prism's Document Requests Nos. 1-5, 7, 9, 12, 17-19, 21, 24, 26-27, 29, 31, and 33-36.

Feel free to call me with any questions you may have.

Sincerely,

ROBINS, KAPLAN, MILLER & CIRESI L.L.P.

André J. Bahou

cc:  Robert A. Auchter, Esquire

DC1 45685787 1

A T L A N T A   B O S T O N   L O S  A N G E L E S   M I N N E A P O L I S   N A P L E S   S A I N T  P A U L   W A S H I N G T O N,  D. C.

# EXHIBIT 12

# AKIN GUMP
# STRAUSS HAUER & FELD L.L.P.

Attorneys at Law

DANIEL E. YONAN
202 887 4497
dyonan@akingump.com

June 30, 2006

**Via E-Mail**

André J. Bahou, Esquire
Robins, Kaplan, Miller & Ciresi L.L.P.
Suite 1200
1801 K Street, N.W.
Washington, DC  20006-1307

>       Re:  *Prism Technologies LLC v. VeriSign, Inc., et al.;*
>            **Civil Action 1:05-CV-00214-JJF**

Dear Mr. Bahou:

This letter responds to the five (5) discovery letters served by Prism earlier this week. Prism's attempt to reach out in "good faith" and unilaterally impose deadlines by which VeriSign must respond is not well received, and does not satisfy Prism's meet and confer obligations.  In the future, I would suggest setting up a conference call as the appropriate channel to resolve any remaining discovery items.

- *Prism's 6/26/06 letter to the Joint Defendants re 35 U.S.C. § 282 Notice.*

Please see our response which was served to you yesterday along with a production set of the references.

- *Prism's 6/26/06 letter re production of its ISA Product.*

We received a copy of Prism's Internet Subscription Access (ISA) software on June 27, 2006.  Prism, however, cannot use the District of Delaware's E-Discovery Standard to restrict VeriSign from reviewing any of the metadata contained in the software.  The Standards do not apply here.

The E-Discovery Standard at ¶ 6 only applies in situations where there is an impasse on how to electronically produce documents, not software code.  The Rule instructs each side to exchange documents as image files, *e.g.*, TIFF, and permits review of the original native files (including metadata) only after a 'particularized need' has been shown by the requesting party. The parties in this case have already agreed to produce documents as TIFF files.  *See* 12/14/05 ltr. between A. Bahou and D. Yonan.

AKIN GUMP
STRAUSS HAUER & FELD LLP
━━━━━━━━━━ Attorneys at Law

André J. Bahou, Esquire
Robins, Kaplan, Miller & Ciresi L.L.P.
June 30, 2006
Page 2


The fact remains that VeriSign is entitled to a copy of Prism's ISA software, which is a commercial embodiment of the patent in suit, in the format in which it was sold to customers. Accordingly, unless Prism moves for a protective order, VeriSign expects to review and utilize the full contents of Prism's ISA software.

- *Prism's 6/26/06 and 6/27/06 letters re VeriSign's Discovery Responses.*

VeriSign does not appreciate Prism's arbitrary establishment of a July 7 deadline to provide all the information it has requested, which includes detailed claim-based analyses. Just two days ago, Prism asserted five (5) new claims against VeriSign, and recently alleged that a new VeriSign product infringes. Given the shortened July 4 work-week, VeriSign is currently evaluating the allegations raised by Prism, and will respond to any items raised by these letters as promptly as possible.


Very truly yours,

Daniel E. Yonan

# EXHIBIT 13

# CONFIDENTIAL DOCUMENT

These pages have been removed because they contain
confidential information subject to the Protective Order.

# EXHIBIT 14

ROBINS, KAPLAN, MILLER & CIRESI L.L.P.

SUITE 1200
1801 K STREET, N W
WASHINGTON, D C  20006-1307
TEL: 202-775-0725  FAX: 202-223-8604
www.rkmc.com

ATTORNEYS AT LAW

ANDRÉ J. BAHOU
(202) 736-2707

August 29, 2006

**VIA E-MAIL**

Daniel E. Yonan, Esquire
Akin Gump Strauss Hauer & Feld LLP
Robert S. Strauss Building
1333 New Hampshire Avenue, N.W.
Washington, D.C. 20036-1564

      Re:   *Prism Technologies LLC v. VeriSign, Inc., et al.*
             Civil Action No. 1:05-cv-00214-JJF

Dear Mr. Yonan:

**Request for Production of the Latest Version of
Unified Authentication and the Associated Documents[1]**

      We request that you provide us the most recent software version and the related manuals for the following VeriSign products:

      1.    Unified Authentication (In-Premise and VeriSign-Hosted to support OTP)
      2.    Unified Authentication for Windows  (In-Premise and VeriSign-Hosted to support PKI)

We request all manuals for both Unified Authentication product offerings, including the following:

      1.    Unified Authentication Overview
      2.    Unified Authentication User's Guide
      3.    Unified Authentication In-Premise Installation and Configuration Guide
      4.    Unified Authentication VeriSign-Hosted Installation and Configuration Guide

---

[1] We request all documents responsive to our document requests, including, but not limited to the design specifications, functional specifications, etc. for the most recent version of the accused products  This letter is not intended to limit our other discovery requests, but it merely sets forth documents that are needed regarding your production of the Unified Authentication version 4 0 1

Daniel Yonan, Esq.
August 29, 2006
Page 2

      5.     Unified Authentication Administrator's Guide
      6.     Unified Authentication Validation SDK Guide
      7.     Unified Authentication Management SDK Guide
      8.     Unified Authentication Application Integration Guide
      9.     Unified Authentication Release Notes

If additional manuals have been added to these Unified Authentication product offerings that have not been listed, please provide those manuals as well. We will also request a Pilot Account in order to evaluate the VeriSign-Hosted Unified Authentication Service. Finally, we also request three commissioned Hybrid USB Tokens that are capable of supporting both OTP and PKI and also capable of being activated by the Unified Authentication Service.

Although you have provided version 4.0.1 of the Unified Authentication product software, we have not been able to find the related manuals in your document production. If we are mistaken, please provide us the Bates numbers for those documents. If, however, there is a later version of the Unified Authentication product or the manuals have not been provided, please produce those at your earliest convenience.

## Production of an Index Regarding Electronically Stored Documents

On August 3 and 4, you and I spoke on the telephone and discussed the organization of your production of documents stored electronically by your client. I had requested that you provide us any existing index of VeriSign's forthcoming document production of e-mails and electronically stored documents, represented to be approximately a million pages. To the extent you have any information that identifies the organization of your document production, we request that information.[2] For example, we would like the report from your searches of the terms that the parties agreed to, the number of hits for each term, and, if possible, the bates number of those documents. From our telephone conversation, you stated that the search term list was not correlated to final documents as produced. Nevertheless, we request the list of search terms, number of hits for each search term, and any other information that would help us understand the make-up of your document production.

Given that the documents have not been produced as kept in the ordinary course of business, we request the appropriate information to ascertain, at a minimum, the custodial source of each document, the bates range for each custodial source, and any other information by which you have indexed or tracked the produced documents. *See Scripps Clinic & Research Foundation v. Baxter Travenol Laboratories, Inc.*, 1988 U.S. Dist. Lexis 7495 (D. Del. 1988) ("Rule 34(b) gives [the producing party] the option of either producing documents as they are ordinarily kept or of organizing and labeling them to correspond to the request. It is obvious that [the producing party] did not organize the documents to correspond to the individual requests. [The producing party] also failed, however, to produce the documents as they were kept in the

---

[2] Note, we do not request any of your attorney notes or work product.

Daniel Yonan, Esq.
August 29, 2006
Page 3

ordinary course of business. The documents were gathered from many people and transferred to [the receiving party] in an unintelligible manner. This is insufficient under Rule 34(b)....").

### Prism's Updated Claim Charts

Regarding your correspondence of August 25, we will provide our updated infringement claim charts once we have the manuals and software for most current version of each of the accused products.

Please feel free to call me with any questions.

Very truly yours,

ROBINS, KAPLAN, MILLER & CIRESI L.L.P.

André J. Bahou

AJB/cas

cc:    Robert A. Auchter, Esq. (via e-mail)

# EXHIBIT 15



INSTALLATION GUIDE



# Unified Authentication 4.0

## VeriSign-Hosted Installation and Configuration Guide



Where it all comes together.™

VeriSign. Inc  00021932  ▪  March 27. 2006

VERI-1596775

Copyright © 2006 VeriSign, Inc  All rights reserved.

The information in this document belongs to VeriSign  It may not be used, reproduced or disclosed without the written approval of VeriSign.

**DISCLAIMER AND LIMITATION OF LIABILITY**

VeriSign, Inc  has made efforts to ensure the accuracy and completeness of the information in this document  However, VeriSign, Inc  makes no warranties of any kind (whether express, implied or statutory) with respect to the information contained herein VeriSign, Inc  assumes no liability to any party for any loss or damage (whether direct or indirect) caused by any errors, omissions, or statements of any kind contained in this document

Further, VeriSign, Inc  assumes no liability arising from the application or use of the product or service described herein and specifically disclaims any representation that the products or services described herein do not infringe upon any existing or future intellectual property rights  Nothing herein grants the reader any license to make, use, or sell equipment or products constructed in accordance with this document  Finally, all rights and privileges related to any intellectual property right described herein are vested in the patent, trademark, or service mark owner, and no other person may exercise such rights without express permission, authority, or license secured from the patent, trademark, or service mark owner  VeriSign Inc  reserves the right to make changes to any information herein without further notice

**TRADEMARKS**

VeriSign, the VeriSign logo, "Where it all comes together ", Intelligence and Control, VeriSign Trust Network, Unified Authentication, and other trademarks, service marks, and logos are registered or unregistered trademarks of VeriSign and its subsidiaries in the United States and in foreign countries. Other trademarks and service marks in this document are the property of their respective owners.

This document may describe features and/or functionality that are not present in your software or your service agreement  Contact your account representative to learn more about what is available with this VeriSign product If you need help using this product, contact customer support.

**enterprise-pkisupport@verisign.com**

**+1-650-426-3535 or 1-800-579-2848**

Publication date: March 27, 2006

VERI-1596776

---

**IMPORTANT!** Converting your registration file to a license file is for new installations only. If you are upgrading, see Appendix E, "Upgrading from Unified Authentication 3.0 to Unified Authentication 4.0."

---

You must run the genLicense.exe tool (Windows) genLicense (Linux and Solaris) on the Lifecycle Management and Validation CD to convert the registration file to a secure license file. Do this process once, and use the same license file for all installations of Unified Authentication.

Save your license file to a location where those who will install the product can access it. Be sure to inform these individuals of the location where you have saved it. They will need the license file to use the installation wizards.

To convert your registration file to a license file:

1   Locate the genLicense.exe tool (Windows) or genLicense (Linux and Solaris) file on the Lifecycle Management and Validation CD. It is in \tools\<your platform>.

2   Copy the genLicense.exe (or genLicense) file to the folder where your registration file is.

3   Open a Command Prompt or terminal window for the folder containing your genLicense.exe (or genLicense) and registration files.

4   Run the following command:

    `genLicense -r <registration file> -o <secure license file>`
    where <registration file> is the name of your registration file (such as, registration.txt), and <secure license file> is the license file you will generate to use for installing Unified Authentication. You can name your license file anything you want.

5   Enter a master secret (password) for your license file, and, when the genLicense utility prompts you, enter it again to confirm it.

    The installation wizard will prompt you to browse to this license file when you install Unified Authentication.

## Before You Start

You can install Unified Authentication using a graphical interface (Windows, Linux, and Solaris) or with a text interface (Linux and Solaris only).

If you are installing on a Windows-based machine, or want to use a graphical interface with Linux or Solaris, complete the procedures under "Installing Unified Authentication" on page 8. If you are installing on a Linux or Solaris-based machine, and cannot (or choose not to) use the graphical interface, complete the procedures under "Installing Using a Text Interface" on page 13.

VERI-1596787

### Note the following for Oracle 10g Client Users

Before you install Unified Authentication, you must create a softlink. To create the softlink, navigate to the library directory of the Oracle 10g client install directory, and run the following command:

```
ln -s libclntsh.so.10.1 libclntsh.so.9.0
```

### Note the following for Windows

+ The installation writes log files to the C:\Documents and Settings\$login$\Local Settings\Temp\1 directory, where $login$ is the username of the user who ran the installation.

+ After you have completed the installation, Unified Authentication runs as a service on the machine. Only the user or administrator(s) who installed the Unified Authentication (or an administrator for that machine) can start, stop, or modify the Unified Authentication Service.

+ Because of a Microsoft limitation, the installation on a Windows platform will fail if the Unified Authentication host netbios name is longer than 15 characters. Ensure that the host netbios name has fewer than 15 characters. To change your netbios name, right-click My Computer, and choose **Properties**. Then, click Change.

### Note the following for Linux or Solaris

+ To install with a graphical interface for Linux or Solaris, you must have X Server installed on both the machine on which you plan to install Unified Authentication, and the machine from which you log on remotely. In addition, you must enable X Windows between these machines by running the command: xhost + on the machine on which you plan to install Unified Authentication.

+ The installer creates a directory on the system that contains important product data. Do not delete this directory:

   + Linux /<your home directory>/Installshield

   + Solaris /<your home directory>/Installshield

## Installing Unified Authentication

> **Note** The screenshots in this section are for a Windows-based installation. The screenshots for a Linux or Solaris-based installation do not differ substantially.

### Step 1   Locate the installation CD and start the installation wizard

1  Insert the Lifecycle Management and Validation CD, open the UA_server_installation directory, and open the appropriate folder (windows, linux, or solaris). Execute **setup.exe** (Windows), **setupprovallinux.bin** (Linux), or **setupsolaris.bin** (Solaris) to start the installation.

VERI-1596788

**2** The *Welcome* dialog box displays. Click **Next**.

**3** In the *License Agreement* dialog box, read the agreement and click **Next**.

Be sure
to select
this
option



Figure 2-1    License Agreement dialog box

**4** In the *License File* dialog box, browse to your license file. (See "Convert your registration file to a license file" on page 6.) The screen will indicate that you have selected the license file. Then, click **Next**.



Figure 2-2    *License File* dialog box

**5** In the *Setup Configuration Console Access* dialog box, enter a username and password for the administrator who will access the Configuration Console.

Important:
Remember this
username and
password. You
will need them
every time you
log on to Unified
Authentication



Figure 2-3    *Setup Configuration Console Access* dialog box

VERI-1596789

**6**  Linux and Solaris: If you want, change the directory where you install Unified Authentication, and then click **Next**.

By default, the files are installed in opt/VeriSign/UA. Click **Browse** to browse to another file location.

## Step 2    Select an installation type

**1**  Select **Complete** or **Custom**.

+  **Complete** installs the Validation Service on the same server as the rest of Unified Authentication, at the default location: C:\Program Files\VeriSign\UA (Windows) or \opt\VeriSign\UA (Linux or Solaris). If you are doing a complete installation, skip to Step 3, "Complete the installation wizard" on page 12.

+  **Custom** installs one or more of the custom options described in "Choosing an Installation Type" on page 5. If you are doing a custom installation, click **Next** and continue with Step 2.



Figure 2-4    *Installation Type* dialog box

**2**  For a custom installation, click an icon to change how a feature is installed.

+  To install the Lifecycle Management Service without the Validation service, click the icon next to Validation, and select **This feature will not be installed**.

+  To install the Validation service without the Lifecycle Management service, click the icon next to UA Lifecycle and Management, and select **This feature will not be installed**.

VERI-1596790

+ To install both services, do not click either icon. Both services will be installed by default.



Figure 2-5   The *Custom Setup* dialog box

**IMPORTANT!**   If you install only one service (Validation or Lifecycle Management) on a machine, you cannot go back later and install the other service on that machine. You must uninstall Unified Authentication, and reinstall the two services together.

3   Windows: If you want, change the directory where you install Unified Authentication, and then click **Next**.

By default, the files are installed in C:\Program Files\VeriSign\UA. Click **Change** to browse to another file location.

4   If you want to validate token IDs against one-time passwords (OTPs) only, without validating usernames or OTP PINs, check the box for **Second Factor Validation Only**. Click **Next**.

Figure 2-6   *Second Factor Validation Only* dialog box

VERI-1596791

configuration. For example, in an advanced configuration you can change the port numbers or logging levels for your Unified Authentication components, or set your token profiles to a different level of security.



Figure 3-1    Configuration Overview

For more information on configuring Unified Authentication, see the following sections of this chapter:

+ "Logging in to the Configuration Console" on page 17

+ "Setting up a Secure Connection to VeriSign" on page 17

+ "Configuring User Stores" on page 19

+ "Configuring SSL (Highly Recommended)" on page 23

+ "Next: Is This a Basic or Advanced Implementation?" on page 27

+ "Configuring Additional Unified Authentication Component Settings" on page 28

+ "Customizing Token Profiles" on page 35

+ "Specifying Configuration Console Settings" on page 40

+ "Deploying the Configured Settings" on page 41

VERI-1596796

## Logging in to the Configuration Console

To log on to the Configuration Console, go to **Start** → **Programs** → **VeriSign UA** → **Configuration Console** (Windows), or use a browser to access:

**http://<hostname of the Unified Authentication Machine>:8232**

**Note**   You must enable cookies for this browser to log in to the Configuration Console.



Figure 3-2    *Configuration Console Login* page

**Note**   The Configuration Console operates for a single user at a single location. If a second user logs in, the first user is logged out.

The *Home* page opens, showing you the basic steps to configure Unified Authentication. This page appears the first time you open the Configuration Console.



Figure 3-3    *Home* page

## Setting up a Secure Connection to VeriSign

You must set up a secure connection to the VeriSign Validation Service. Unified Authentication uses an RA certificate to authenticate itself to the VeriSign Validation Service, and to encrypt the communications between the two servers.

VERI-1596797

Unified Authentication v4.0 VeriSign-Hosted Installation and Configuration Guide

Unless you have installed and configured HSM to store the RA Key, Unified Authentication uses standard Java keystores to store digital certificates and cryptographic keys.

You must request the RA certificate from VeriSign. Once the certificate is issued, you retrieve it and place the RA private key into the keystore. You complete all requests and installation steps from the Configuration Console.

Complete the following general steps to request an RA certificate:

1  From the *Home* page, click **RA Key**.

   You see the *Add RA Key* page.



Figure 3-4  Add RA Key page

2  **Production systems only:** Enter the service password (also called an activation code) that you provided to your VeriSign account manager. If you are configuring a pilot system, you do not configure a service password.

3  Set the HTTP Proxy Parameters.

---

**Note**  Set the following http proxy parameters only if you are sending the RA key request through an http proxy server. If you are not sending the RA key request through a proxy server, it is not necessary to set the HTTP Proxy IP Address, Port, Username, and Password parameters.

---

Table 3-1  Add RA key http proxy parameters

| For This Parameter | Enter |
|---|---|
| Configure HTTP Proxy | Unified Authentication only supports proxy servers using Anonymous or Basic Authentication |
| | If you are sending the RA key request through an http proxy server, enter the following: |
| | • **IP Address** The IP address of the http proxy server |
| | • **Port** The port number used by the http proxy server |
| | If your proxy server uses Basic Authentication, then enter. |
| | • **Username** The username used by the http proxy server |
| | • **Password** The password used to access the http proxy server |

VERI-1596798

4  Click **Submit**.

The RA key is loaded into your keystore, and you now have secure access to the VeriSign Validation Service.

> **Note**  You can also request an RA Key directly from the Keys page by selecting **RA Key** and clicking **Add**.

## Configuring User Stores

The user store is where Unified Authentication stores the token assignment data for your users. Unified Authentication supports LDAP or RDBMS user stores using ODBC or OCI. For information on configuring an ODBC-based user store, see "Configuring an ODBC User Store" on page 20. For information on configuring an Oracle user store, see "Configuring an Oracle (OCI) user store" on page 22.

### Configuring an LDAP User Store

1  From the *Home* page, click **User Store Settings**.

The *Add User Store* page displays.



Figure 3-5   *Add User Store* page for LDAP

2  Select LDAP from the **User Store Type** drop-down list.

3  Configure the following parameters and then click **Submit**:

Table 3-2   LDAP Parameters

| For This Setting | Enter |
| --- | --- |
| Host | LDAP server host name or IP address |

VERI-1596799

Table 3-2   LDAP Parameters (Continued)

| For This Setting | Enter |
|---|---|
| Port | LDAP server port number |
| Timeout | Maximum number of seconds that Unified Authentication waits for a connection to the LDAP server |
| SSL Enabled | Select whether to use SSL to secure the connection between Unified Authentication and the LDAP server. XREF the section that talks about private CA on Luna/LDAP. |
| User Distinguished Name | User DN used by Unified Authentication to bind to the LDAP server |
| Password | Password for the User DN to bind to the LDAP server |
| Base DN | Base DN of the LDAP tree in which Unified Authentication can search for users who will be provisioned tokens |
| User Filter | The LDAP search filter you use to find a user |
| Administrator User ID | Type the user ID of the user or group you want to designate as the initial administrator for this user store. The initial administrator is a privileged administrator, such as a domain administrator, that you entrust to manage all aspects of the Management Console and the Self Service Center |

## Configuring an ODBC User Store

### Step 1   Add the User Store

1   From the *Home* page, click **User Store Settings**.

The *Add User Store* page displays.



Figure 3-6   *Add User Store* page for ODBC

VERI-1596800

# EXHIBIT 16

QUICK REFERENCE GUIDE

Use the procedures below to activate, test, and manage your token. All of the required software is already installed on your machine.

These steps are an overview to managing and using your token. Refer to the online help for more information on tokens and how to manage and use them.

## Activating and Testing Your Token

Before you can use one-time passwords (OTPs) to authenticate yourself to an OTP-aware application, you must activate and test your token using the Self Service Center *Home* page.

### Step 1 Accessing the Self Service Center *Home* page

**1**   Access the Self Service Center from the link provided by your UA token administrator.

**2**   From the Self Service Center *Log On* screen, enter your username and password. Contact your UA token administrator if you are unsure of these. Click **Submit**.

You see the Self Service Center *Home* page.



### Step 2 Activating Your Token

**1**   From the Self Service Center *Home* page, click **Activate Your Token.**

VeriSign, Inc  ■

You see the *Activate Your Token*



page.

**2**  From the *Activate Your Token* page, follow the four steps and click **Submit**.

    **a**  For **Token ID,** enter the ID that is inscribed on the back of your token. The token ID is not case sensitive.

    **b**  For **One-Time Password,** press the button on your token. Then, enter the number you see on the token. This number is your first one-time password (OTP). Enter this OTP.

---

**Note**  When you press the button on the token, an OTP appears on the display. Use this OTP quickly, as it will disappear after a few seconds.

---

    **c**  For **Next One-Time Password,** wait 30 seconds and press the button on your token a second time to display the next OTP. Enter this OTP.

2

**DRAFT**

VERI-1596713

**d** For **Create an OTP PIN**, enter a four to eight-digit PIN that you will remember. For **Confirm OTP PIN**, re-enter your PIN.

Do not lose or forget this OTP PIN. This OTP PIN does not change until you change it.

> **Note** Each time you need to authenticate yourself with an OTP, you will combine the OTP generated by the token with the OTP PIN you created in Step 4. For example, your OTP PIN is Run1ner and the OTP the token generated is 123456, so you enter **Run1ner123456** for this session. The next time you log on, the OTP is 654321, so you enter **Run1ner654321**.

**3** Click **Submit**.

> **Note** As long as you remember your current OTP PIN, you can always change your OTP PIN from the Self Service Center *Home* page.

### Step 3Testing Your Token

**1** From the Self Service Center *Home* page, click **Test Your Token**.

**2** Complete the resulting test page as prompted.

The test page immediately verifies that your token was activated.

## Synchronizing Your Token

If you click your token button and generate too many unused OTPs, your token becomes unsynchronized. To synchronize it, access the Self Service Center *Home* page, click **Synchronize Your Token**, and follow the instructions on the *Synchronize Your Token* page. You cannot manually enroll for certificates at this time.

## Using Your Token for VPN Remote Access

Complete these general steps to access your company's Web resources remotely using your token through a Virtual Private Network (VPN). These procedures will vary slightly depending upon the remote access client your company uses.

**1** Open your application to log in as usual.

**DRAFT**



**2**    Press the button on your token to generate an OTP.

+ If you are prompted for an OTP, enter the OTP along with your user name.

+ If you are prompted for your OTP PIN, enter the OTP PIN (OTP plus your PIN) and your user name.

**3**    Click **OK**. The remote access client uses the user name and OTP PIN and OTP to access the Web resource.

## Managing Your Token

Use the Token Manager to manage your token (generate one-time passwords and change your token PIN). Access the Token Manager by right-clicking on the token icon in your system tray and clicking on **VeriSign Token Manager...**.



The *Home* page shows you information about the token

Click here to manage the token (change your token PIN and generate one time passwords).

Refer to the online help for more information about using the Token Manager to manage your tokens.

4

**DRAFT**

VERI-1596715

# EXHIBIT 17



INSTALLATION GUIDE



# Unified Authentication v4.0

Pre-Installation Guide



Where it all comes together ™

VERI-1596901

Copyright © 2006 VeriSign, Inc  All rights reserved

The information in this document belongs to VeriSign  It may not be used, reproduced or disclosed without the written approval of VeriSign

### DISCLAIMER AND LIMITATION OF LIABILITY

VeriSign, Inc  has made efforts to ensure the accuracy and completeness of the information in this document. However, VeriSign, Inc  makes no warranties of any kind (whether express, implied or statutory) with respect to the information contained herein VeriSign, Inc. assumes no liability to any party for any loss or damage (whether direct or indirect) caused by any errors, omissions, or statements of any kind contained in this document.

Further, VeriSign, Inc  assumes no liability arising from the application or use of the product or service described herein and specifically disclaims any representation that the products or services described herein do not infringe upon any existing or future intellectual property rights  Nothing herein grants the reader any license to make, use, or sell equipment or products constructed in accordance with this document  Finally, all rights and privileges related to any intellectual property right described herein are vested in the patent, trademark, or service mark owner, and no other person may exercise such rights without express permission, authority, or license secured from the patent, trademark, or service mark owner  VeriSign Inc  reserves the right to make changes to any information herein without further notice

### TRADEMARKS

VeriSign, the VeriSign logo, "Where it all comes together ", Intelligence and Control, VeriSign Trust Network, Unified Authentication, and other trademarks, service marks, and logos are registered or unregistered trademarks of VeriSign and its subsidiaries in the United States and in foreign countries. Other trademarks and service marks in this document are the property of their respective owners.

This document may describe features and/or functionality that are not present in your software or your service agreement  Contact your account representative to learn more about what is available with this VeriSign product  If you need help using this product. contact customer support

**enterprise-pkisupport@verisign.com**

**+1-650-426-3535 or 1-800-579-2848**

Publication date: March 24, 2006

VERI-1596902



INSTALLATION GUIDE

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - ✱

## Contents

+  **Chapter 1 Introduction** . . . . . . . . . . . . . . . . . . 1
Deploying Unified Authentication . . . . . . . . . . . . . . 1
  Pre-installation Steps . . . . . . . . . . . . . . . . . . . . . . 2
About This Guide . . . . . . . . . . . . . . . . . . . . . . . . . 3
Related Documentation . . . . . . . . . . . . . . . . . . . . . 4

+  **Chapter 2 Prepare Your User Schema** . . . . . . . 5
Before You Prepare Your User Schema . . . . . . . . . . . 6
Updating Your User Schema . . . . . . . . . . . . . . . . . 6
  Updating Microsoft Active Directories . . . . . . . . . . . 6
  Updating eTrust LDAP User Directory . . . . . . . . . . . 8
  Updating Novell NDS or SunOne Directory Schema . 9
  Updating Other LDAP Directories and OCI or ODBC
    Databases . . . . . . . . . . . . . . . . . . . . . . . . . 11
Next Steps . . . . . . . . . . . . . . . . . . . . . . . . . . . 11

+  **Chapter 3 Prepare Your Token Schema (In-Premise
Only)** . . . . . . . . . . . . . . . . . . . . . . . . . . 13
Before You Update the Token Store . . . . . . . . . . . . 13
Updating Token Stores . . . . . . . . . . . . . . . . . . . . 14
  Updating Oracle Token Databases . . . . . . . . . . . . 14
  Updating Microsoft SQL Server Token Databases . 14
  Defining the ODBC Data Source . . . . . . . . . . . . . 15



Where it all comes together. ™

VERI-1596903

Next Steps . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 15

+   **Chapter 4 Prepare Unified Authentication Components**   17
    Lifecycle Management Service . . . . . . . . . . . . . . . . . . .17
    Validation Service . . . . . . . . . . . . . . . . . . . . . . . . . . . .18
    Management and Validation SDKs . . . . . . . . . . . . . . . .20
    Client Applications . . . . . . . . . . . . . . . . . . . . . . . . . . . 20
    Next Steps . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .20

+   **Appendix A Configuration Worksheets** . . . . . . . . .   23
    Required User Store Configuration Worksheet . . . . . . .24
    Token Store Information Worksheet (Required for
        In-Premise Only) . . . . . . . . . . . . . . . . . . . . . . . . . . .26
    Required Lifecycle Management Service Information
        Worksheet . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .27
    Validation Information Worksheets . . . . . . . . . . . . . . .30
        Validation Servers . . . . . . . . . . . . . . . . . . . . . . . . . .30
        Tunnels . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .35
    SSL Certificates (Optional) . . . . . . . . . . . . . . . . . . . . .39
    Token Profile Settings (Optional) . . . . . . . . . . . . . . . .40
    Console Settings (Optional) . . . . . . . . . . . . . . . . . . . . .44

+   **Appendix B Default Ports/Protocols** . . . . . . . . .   45
    Restricted Ports . . . . . . . . . . . . . . . . . . . . . . . . . . . . .46

+   **Appendix C Updating Your RDBMS User Database
    Schema** . . . . . . . . . . . . . . . . . . . . . . . . . . . . .   47

+   **Index** . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .   49

VERI-1596904

**VeriSign**   CHAPTER 1

# Introduction

Unified Authentication is a very flexible, highly configurable product. To make installation and configuration of Unified Authentication proceed more smoothly, you will need to complete some pre-installation steps. This guide describes the pre-installation steps you will complete to prepare for installing Unified Authentication. Once you have completed the preparations described in this guide, you will be ready to install and configure Unified Authentication, as described in the appropriate installation documents:

+ *Getting Started with VeriSign Unified Authentication (VeriSign-Hosted)* and *Unified Authentication 4.0 VeriSign-Hosted Installation and Configuration Guide*

+ *Getting Started with VeriSign Unified Authentication (In-Premise)* and *Unified Authentication v4.0 In-Premise Installation and Configuration Guide.*

For information about the hardware and software you will need, refer to *Unified Authentication v4.0 Hardware and Software Requirements.*

## Deploying Unified Authentication

A typical deployment, suitable for most organizations, requires minimal skill sets and hardware. If your organization has more advanced requirements (such as legacy databases, robust network policies, or a large user population on multiple databases), you can also install and configure Unified Authentication to meet these needs. To help you decide if a typical deployment meets your needs, see *Unified Authentication v4.0 Overview.*

**Note**   This document focuses on how to prepare for a typical installation. If you intend to configure a more advanced installation, you will still need to complete the pre-installation steps in this guide, but will have additional considerations as well. These are described in *Unified Authentication v4.0 Overview* and the installation guide appropriate for the version of Unified Authentication you are installing.

Once you have read the information in this chapter, begin preparing for installation as described in the remainder of this guide.

VERI-1596905

## Pre-installation Steps

Figure 1-1 and the steps that follow list the general installation preparation steps you need to follow.



Figure 1-1    Installation preparation steps

### Step 1    Confirm your Unified Authentication account information.

After your Unified Authentication representative sets up an account for you, use the URL in your VeriSign Unified Authentication Account Activation email to confirm that your contact information is correct. If you are installing the VeriSign-hosted version of Unified Authentication or are installing on a production system, you will be asked to enter the service password you received in this email.

### Step 2    Acquire and install the hardware and software.

Acquire and install the Unified Authentication hardware and software you need for your installation as listed in *Unified Authentication v4.0 Hardware and Software Requirements*.

### Step 3    Prepare the user database or directory schema you will use for a user store.

Prepare your user directory or database schema to work as Unified Authentication user store. Refer to Chapter 2, "Prepare Your User Schema," for instructions.

VERI-1596906

**Step 4** **Prepare the token database or directory schema you will use a token store (in-premise installations only).**

If you plan to deploy in-premise validation, you will need to create a new table in your token database or directory schema so it can be used as a Unified Authentication token store. The new table stores the token serial number, shared secret, and the status of each token in your Unified Authentication system Refer to Chapter 3, "Prepare Your Token Schema (In-Premise Only)," for instructions.

**Step 5** **Prepare Unified Authentication components.**

Make sure you have the information you need to install and configure the Unified Authentication Validation Service, Lifecycle Management Service, and client applications. Refer to Chapter 4, "Prepare Unified Authentication Components" for more information.

## About This Guide

This guide is meant for anyone responsible for preparing for installing and configuring Unified Authentication, such as Information Technology (IT) administrators and database administrators (DBAs). For a list of required skill sets, refer to *Unified Authentication v4.0 Overview*.

We suggest that you follow the chapters in order to make sure that you have addressed all installation and configuration preparations.

Chapters include the following:

+ Chapter 2, "Prepare Your User Schema," describes how to prepare the your existing user database or directory schema. Use this chapter for both VeriSign-hosted and in-premise installations.

+ Chapter 3, "Prepare Your Token Schema (In-Premise Only),"describes how to prepare the database schema you will use for token operations. Use this chapter only if you are installing the in-premise version of Unified Authentication

+ Chapter 4, "Prepare Unified Authentication Components," describes the decisions you need to make, and the required configuration information you will need to gather before installing and configuring the Unified Authentication Lifecycle Management Service, Validation Service, and client applications.

+ Appendix A, "Configuration Worksheets," contains worksheets you can use to help you record the information you will need to configure installed components.

+ Appendix B, "Default Ports/Protocols," lists the protocols and default ports that Unified Authentication expects.

VERI-1596907

## Related Documentation

+ *Unified Authentication v4.0 Overview* describes the purpose of Unified Authentication and its components and Unified Authentication-related terms.

+ *Unified Authentication v4.0 Hardware and Software Requirements* lists the hardware and software needed for installation.

+ *Getting Started with VeriSign Unified Authentication (VeriSign-Hosted)* or *Getting Started with VeriSign Unified Authentication (In-Premise)* lists the general steps you complete to install and configure Unified Authentication.

+ *Unified Authentication 4.0 VeriSign-Hosted Installation and Configuration Guide* or *Unified Authentication v4.0 In-Premise Installation and Configuration Guide* provides detailed instructions for installing and configuring Unified Authentication.

VeriSign. Inc  00021941  ■  March 24. 2006

VERI-1596908