# EXHIBIT 18

ROBINS, KAPLAN, MILLER & CIRESI L.L.P.

ATTORNEYS AT LAW

SUITE 1200
1801 K STREET, N.W
WASHINGTON, D.C. 20006-1307
TEL: 202-775-0725 FAX: 202-223-8604
www.rkmc.com

ANDRÉ J. BAHOU
(202) 736-2707

August 31, 2006

**VIA E-MAIL**

Daniel E. Yonan, Esquire
Akin Gump Strauss Hauer & Feld LLP
Robert S. Strauss Building
1333 New Hampshire Avenue, N.W.
Washington, D.C. 20036-1564

Re: *Prism Technologies LLC v. VeriSign, Inc., et al.*
Civil Action No. 1:05-cv-00214-JJF

Dear Mr. Yonan:

In our first set of request for production of documents and things, we requested that you provide the source code for the accused Identity and Access Management (IAM) solution products, or services. *See* Revised First Set of Document Requests to VeriSign, Inc., September 20, 2005. In responding to our Document Request No. 1 and subject to the stated objections, VeriSign stated that it would produce responsive documents. *See* VeriSign's Responses to Plaintiff's Revised First Set of Rule 34 Request for Production of Documents and Things, October 27, 2005. We renew our request for the production of the source code in human readable, electronic format for each of the accused products.

Please let us know if you will produce that source code by September 8. Alternatively, please call us to discuss a mutually agreeable time to respond to this request. We do not believe that making the source code available for inspection will adequately allow our expert to analyze the information. We, therefore, ask for production of the source code in lieu of making it available for inspection.

Very truly yours,

ROBINS, KAPLAN, MILLER & CIRESI L.L.P.

A.J. Bahou

André J. Bahou

cc: Robert A. Auchter, Esquire (via e-mail)

# EXHIBIT 19

ROBINS, KAPLAN, MILLER & CIRESI L.L.P.

ATTORNEYS AT LAW

SUITE 1200
1801 K STREET, N W
WASHINGTON, D.C 20006-1307
TEL: 202-775-0725 FAX: 202-223-8604
www.rkmc.com

ANDRÉ J. BAHOU
(202) 736-2707

September 8, 2006

**VIA E-MAIL**

Daniel E. Yonan, Esquire
Akin Gump Strauss Hauer & Feld LLP
Robert S. Strauss Building
1333 New Hampshire Avenue. N.W.
Washington, D.C. 20036-1564

Re: *Prism Technologies LLC v. VeriSign, Inc., et al.*
Civil Action No. 1:05-cv-00214-JJF

Dear Mr. Yonan:

We have not found the following items in your most recent production. Would you forward the following documents: (1) Getting Started with VeriSign Unified Authentication (In-Premise) and (2) Unified Authentication v4.0 In-Premise Installation and Configuration Guide to us as soon as possible.

In addition, you and I had previously discussed Prism's request for a pilot account, and I understand that you are continuing to coordinate that pilot account. For your reference, we will need at least (1) the Registration or License file (VERI 1596789), (2) the Registration Authority Certificate (VERI 1596798), (3) two of each type of Tokens that can be activated and tested (VERI 1596712-1596715), and (4) a Service Password (VERI 1596906). This list and request is intended to aid in the production of VeriSign's accused products, related documents, and software. We do not, however, intend to limit any previous discovery request to this specific information. In that regard, please ensure that you provide us with all needed information, documents, software, and hardware to adequately evaluate the accused products so that we may rebut your non-infringement contentions.

Finally, please confirm for us which Unified Authentication (UA) configuration, installation guide, and version of UA software that is used for PKI installation. It appears that there is no mention of support for PKI in the UA 4.0 manuals.

Very truly yours,

ROBINS, KAPLAN, MILLER & CIRESI L.L.P.

A.J. Bahou

André J. Bahou

AJB/cas

cc: Robert A. Auchter, Esquire (via e-mail)

# EXHIBIT 20

ROBINS, KAPLAN, MILLER & CIRESI L.L.P.
ATTORNEYS AT LAW
SUITE 1200
1801 K STREET, N.W.
WASHINGTON, D.C. 20006-1307
TEL: 202-775-0725 FAX: 202-223-8604
www.rkmc.com

ANDRÉ J. BAHOU
(202) 736-2707

September 15, 2006

**VIA E-MAIL**

Daniel E. Yonan, Esquire
Akin Gump Strauss Hauer & Feld LLP
Robert S. Strauss Building
1333 New Hampshire Avenue, N.W.
Washington, D.C. 20036-1564

Re: *Prism Technologies LLC v. VeriSign, Inc., et al.*
Civil Action No. 1:05-cv-00214-JJF

Dear Mr. Yonan:

Please verify that the most recent versions of the Go Secure! software are:

Go Secure! for Web Applications v.6.0.,
Go Secure! for Nortel v.6.0.,
Go Secure! for Check Point v.6.0.,
Go Secure! for Lotus Notes R5/R6 v.6.0.1., and
Go Secure! for Microsoft Exchange v.6.0.

If these are not the most recent versions of software, please provide a complete and functional copy of the executable code of the most recent versions along with the most recent versions of the Go Secure! product manuals. The manuals should include the following:

Administrator's Guides,
Installation and Configuration Guides,
Release Notes,
Developers Guides,
Reference Guides,
Overview Manuals,
User's Guides, and
Application Integration Guides.

DC1 45688594.1

Please also provide any manuals that are used in conjunction with VeriSign's Personal Trust Agent (PTA), including both client and server instances and the Personal Trust Service (PTS).

Also, we have noticed that the software has not been provided for the following Go Secure! products: Go Secure! for Identrus, Go Secure! for Nortel, Go Secure! for Checkpoint,[1] and Go Secure! for SAP. Please provide the most recent version of the software and documentation for these products immediately.

Since all of the Go Secure! products require the use of VeriSign's Managed PKI (MPKI) service (*see, e.g.*, VERI-0017431, VERI-0019602) for proper installation and evaluation, please provide the most recent MPKI executable code (*see, e.g.*, VERI-0019602) and a set of MPKI documentation, which should include but not be limited to the following documents:

Managed PKI Introduction,
Managed PKI Administrator's Handbook,
Authentication Services Hardware and Software Requirements,
Enterprise Support and Service Overview,
Managed PKI Technical Reference,
Authentication Services Glossary,
Managed PKI Installation and Configuration,
Managed PKI Digital ID Validation and Parsing Guide,
Key Management Service Administrator's Guide, and
VeriSign Glossary.

Because the Go Secure! software is not functional and cannot be installed or evaluated without the proper registration file and pilot test accounts, we require a Managed PKI (MPKI) account to test the Go Secure! products (*see, e.g.*, VERI-0020099) and will require the specific URL address to access VeriSign's OCSP responder (*see, e.g.*, VERI-0020204).

Of specific note, we are disappointed that your production has been piecemeal, especially after the close of written fact discovery, August 11, 2006. Our revised first set of document requests were sent to you on September 20, 2005. Specifically in Request No. 1, we asked for "One set of each [Identity] and Access Management software and software code and/or device made, offered for sale, designed, sold, distributed, leased, or supplied by VeriSign, including but not limited to VeriSign's Go Secure Authentication Suite and VeriSign's Unified Authentication Suite." Although you debated the relevance of Go Secure, which we alleged to infringe in our Complaint of April 11, 2005, we supplemented the infringement claim charts on April 14, 2006. Furthermore, we asked you to supplement your production on April 24, 2006. Your delay and piecemeal production is unacceptable because it has unfairly prejudiced us in our prosecution of this case. If you do not produce the most recent versions of executable code of all accused products and all of the related manuals by September 21, 2006, we will move to compel their production. In the same regard, we also require the test accounts and other registration information to install, evaluate, and operate the software. If you do not provide the pilot test

[1] Please note that the Go Secure! disks for Nortel and Checkpoint include some documentation but no software.

accounts and registration information for each and every accused product, we will move the Court to compel the production of these documents also.[2]

Finally, please confirm for us which Go Secure! products have been offered since February 4, 2003, and any Go Secure! products which have been discontinued.

Very truly yours,

ROBINS, KAPLAN, MILLER & CIRESI L.L.P.

A.J. Bahou

André J. Bahou

AJB/cas

cc: Robert A. Auchter, Esquire (via e-mail)

[2] Of specific note, CA produced the accused software in or around December 2005 and RSA produced its hardware tokens and software around March 2006.

# EXHIBIT 21



# Go Secure! for Web Applications

## Installation and Configuration Guide

Customer Support: +1-650-426-3535 or 1-800-579-2848

enterprise-pkisupport@verisign.com

VeriSign, Inc. 00010854

**Go Secure! for Web Applications Installation and Configuration Guide**

VeriSign, Inc 00010854

Copyright © 1998 - 2003 VeriSign, Inc All rights reserved
Printed in the United States of America

Publication date: August 2003

This document supports **Go Secure! for Web Applications 6.0** and all subsequent releases unless otherwise indicated in a new edition or release notes

U S patent 6,324,645

**Trademark Notices**

VeriSign is a registered trademark of VeriSign, Inc The VeriSign logo, VeriSign Trust Network, and Go Secure! are trademarks and service marks of VeriSign Inc XMLPay and OnSite are registered trademarks of VeriSign, Inc. Other trademarks and service marks in this document are the property of their respective owners

No part of this publication may be reproduced, stored in or introduced into a retrieval system, or transmitted, in any form or by any means (electronic, mechanical, photographic, audio, or otherwise) without prior written permission of VeriSign, Inc Notwithstanding the above, permission is granted to reproduce and distribute this document on a nonexclusive, royalty-free basis, provided that (i) the foregoing copyright notice and the beginning paragraphs are prominently displayed at the beginning of each copy, and (ii) this document is accurately reproduced in full, complete form with attribution of the document to VeriSign, Inc

**Note** This document may describe features and/or functionality that are not present in your software or your service agreement. Contact your account representative to learn more about what is available with this VeriSign product.

### Customize the Pick-Up URL (Optional)

If you are using manual authentication, you can provide a custom e-mail template pick-up URL to your end-users. The pick-up URL in the templates points to a base sitekit Digital ID center page by default. Edit these files so that they point to the current Go Secure! for Web Applications Digital ID center page. The email templates are located in the following $ECAINSTALL/data/mail directory (on the local hosting server).

### (Optional) Install Managed PKI Local Hosting and/or KMS

Refer to *Managed PKI Installation and Configuration* for additional information. With VeriSign Local Hosting the Go Secure! for Web Applications Digital ID Center pages are hosted on your local Web server. The Digital ID Center contains the Web pages subscribers use to enroll for certificates, and to perform other certificate management operations, such as renewal and revocation. With Local Hosting, you can customize the Digital ID Center pages for your organization. Although the Digital ID Center pages are locally hosted, the Go Secure! for Web Applications Control Center pages and certificate generation operations are still hosted by VeriSign's secure site.

## Step 10 Customize and Install the Go Secure! for Web Applications CD

If you have installed the Local Hosting option (by downloading the Managed PKI policy file and customizing it with the install command), you can customize and install the Go Secure! for Web Applications CD. This creates the enrollment pages for the end users in your organization. The procedure is similar to installing the Local Hosting site kit from the Managed PKI CD, but the command is vsainst.

Insert the Go Secure! for Web Applications CD into the CD drive (D: in the example below). At the DOS prompt or UNIX command line, go to the CD drive to <platform>\sitekit\engine and run the vsainst-<operating system> command using the following syntax:

```
vsainst-<nt|hpux|sun|aix> <source dir> <destination dir> <policyfile>
```

- source dir. The full path (including drive letter) of the files to be customized. The first time you run this, the path is the sitekit\templates subdirectory on the Go Secure! for Web Applications CD. After the initial installation from the CD, the source directory is wherever you install them to during this initial

installation. If you choose to make changes later to these pages, your source directory is the same as the destination directory.

- destination dir. The same destination directory you specified for the Managed PKI CD destination. The customizer command adds a subdirectory called VSApps, where it stores the FDF and HTML files that are specific to Go Secure! for Web Applications.
- Policyfile. The path and file name of the policy file that you downloaded in "Download the Policy File" on page 97 (typically <OrganizationDepartment>.policy).

For example, enter the following commands:

```
C:\>D:

D:\>cd win\sitekit\engine

D:\>vsainst-nt  D:\nt\sitekit\templates  C:\<webroot>  C:\ACMEBank.policy
```

The vsainst-<operating system> command applies PTA-specific policy settings and creates subdirectories called VSApps under fdf, htmldocs, and log in the <webroot> directory

- **Customize end user enrollment pages**

  Since you added to the lifecycle pages, you should customize your lifecycle to add elements especially for your organization If you want to customize your lifecycle pages, for example, your organization's logo or use a different color or font, you must make these changes by using Notepad or another text editor to edit the HTML files in <webroot>\htmldocs\VSApps. Refer to Chapter 2, "Understanding Local Hosting" in *Managed PKI Technical Reference* for information about customizing locally hosted pages.

## Next

Now that the Managed PKI account is configured, you can implement the appropriate Go Secure! for Web Applications solution.

If you are configuring one Managed PKI service for multiple Web applications, continue with "Special Case: Configuring One Managed PKI Service for Multiple Web Applications" on page 101.

Information concerning roaming, certificate renewal, revocation, and using Virtual Private Networks (VPN) begins on page 102.

If you are configuring Access Control, continue with:

- Chapter 6, "Configuring Web Access on SunONE Enterprise Server," provides instructions for configuring the SunONE Enterprise Web server to support an example Web access application (provided on the Go Secure! for Web Applications CD).
- Chapter 7, "Configuring Web Access on Stronghold Secure Server," provides instructions for configuring the Stronghold Secure Web server to support an example Web access application (provided on the Go Secure! for Web Applications CD).
- Chapter 8, "Configuring Web Access on Microsoft Internet Information Server," provides instructions for configuring Microsoft Internet Information Server to support an example Web access application (provided on the Go Secure! for Web Applications CD)

- Chapter 9, "Configuring Web Access on Netegrity SiteMinder," provides instructions for configuring Netegrity SiteMinder to support an example Web access application (provided on the Go Secure! for Web Applications CD).

  If you are configuring Transaction Signing, use either VeriSign's Signature Verification API or Microsoft's ASPCOM Support for Verification API (see *Go Secure! for Web Applications Developer's Guide* for details on implementing the APIs).

- Chapter 10, "Configuring Transaction Signing Applications," provides instructions for configuring an example transaction signing application (provided on the Go Secure! for Web Applications CD).

## Special Case: Configuring One Managed PKI Service for Multiple Web Applications

This section explains how to enable each subscriber to use a single Managed PKI certificate with multiple PTA-secured Web applications.

When you configured the Managed PKI service, you set preferences (as described in "Set up the Managed PKI account and configure the Go Secure! for Web Applications pages and settings" on page 42). Two types of preferences are set while configuring Managed PKI:

- **Certificate preferences:** Certificate logo and the certificate friendly name. Because these values affect the certificate, these configuration settings must be identical for all subscribers.

- **Application preferences:** Application logo and other information. Because these values do not affect the certificates, you can configure multiple sets of Web application preferences. Each time that you configure Managed PKI preferences using the Policy Wizard, VeriSign generates a new version of the policy file that reflects the new settings. You can use each resulting policy file in turn to generate a set of customized client Web pages appropriate to the associated application.

Follow this procedure to generate a policy file that supports a particular application:

1. **Decide on the application home page:** You must use a common certificate launch page that links all of your Web applications. The end-users arrive at this page after they download the certificate
2. **Use consistent certificate preferences:** Decide on the application logo URL, the certificate friendly name, and other components.
3. **Perform these steps for each application:**
   a. Decide the application-specific preferences, for example, the application logo.
   b. Run the Policy Wizard, setting the application preferences for that application. Use the same certificate preferences and application home page for all applications.
   c. Download the policy file. You use this policy file to configure the PTA-specific pages for that application, as described in subsequent chapters.

   ---
   **Note** You need to maintain the same Application Name if you are using the VeriSign Certificate Store.

   ---
4. **(Optional) Host the lifecycle pages on a local Web server:** If you are hosting the certificate lifecycle pages on a local Web server, use the last policy file generated in Step 3 to generate the custom lifecycle pages. For details on implementing the Managed PKI Local Hosting option, see Chapter 2, "Understanding Local Hosting," in the *Managed PKI Technical Reference*.

## Using Roaming with Go Secure! for Web Applications

Go Secure! for Web Applications 6.0 supports a new password reset feature. This feature allows roaming users to reset their profile passwords Users need to enter a question and answer while enrolling for a roaming profile. This information is stored in a roaming database and accessed whenever the user needs to reset their roaming profile password. For additional information on roaming, see *Roaming Service Administrator's Guide*.

Table A-1 PTA configuration parameters (Continued)

| | | |
|---|---|---|
| protected-dirs | | **IIS only:** list of directories to protect "/protected;/protected-cgi" |
| error-page | | **IIS only:** disk file (not url) for the error page. must be HTML can get js vars |
| sm-login-url | "https://<Your-Web-Agent-Server>/siteminderagent/forms/ptsSMLogin fcc" | **Netegrity SiteMinder only:** This is the SiteMinder Web Agent login URL Modify only <Your-Web-Agent-Server>. |
| sm-log-file | "c:/VeriSign/pta/log/smpta log" | **Netegrity SiteMinder only:** This is the log file for the PTA authentication scheme |
| htable-size | 12 | **Netegrity SiteMinder only:** This is the size of the PTA authentication scheme cache table Modify this only for troubleshooting |
| sm-login-url | | **Netegrity SiteMinder only:** The URL for the login fcc pages that are hosted on the SiteMinder Agent |
| sm-log-file | | **Netegrity SiteMinder only:** The log file for the PTA Authentication Module This should be on the Policy Server |
| comvsssc-log-name-c:\VeriSign\pta\log\comvsssc log | | **comvsssc only:** This is the log file for comvsssc control |
| comvsssc-cfg-name-c:\VeriSign\pta\config\iis_opts txt | | **comvsssc only:** This is the location of the config file for the comvsssc |
| log-security | "0", or "1" | If log-security = "1" then the log file logs information about denied access because of revocation, incorrect CA, Invalid certificate (certificate cannot be verified)<br>The PTA server plug-in by default does not log all access.<br>The SunONE server logs all accesses in an access file under the logs directory |
| log-info | "0", or "1" | Should info messages be logged by the server plug-in? |

Table A-1 PTA configuration parameters (Continued)

| | | |
|---|---|---|
| server name | www verisign com | This is the Fully Qualified Domain Name of the Web server that the PTA server protects. This must be configured for access control in options txt, iis_opts.txt, or sm-opts txt |
| log-file-name | /verisign/<br>pta/log/pta log | **IIS only:** The name of the log file to which the plug-in should write<br>log-file-name is the Microsoft IIS filter's buffered log file for info and security messages While the server is running, results may not appear in the log for a long time You must stop the Web publishing service to flush the contents of the file to the disk file. |

## Configuring Certificate Validation

This section lists the options that configure the chain validation and revocation checking options for the PTA server

To make use of this functionality, add appropriate parameters from this list to the options txt or iis_opts txt file.

**Note** You must specify values for cfg-filename, cache-dir and file-prefix. The other parameters are optional, but are required for certain functionality.

Table A-2 Certificate validation options

| Parameter | Example | Description |
|---|---|---|
| cfg-filename | "/VeriSign/pta/ config/rsaverify.cfg" | **Required parameter.** The configuration file that the plug-in should read |
| file-prefix | "/VeriSign/pta/ certcache" | The directory containing certificates and CRLs |
| url-prefix<br>CRL status the checking only | "http://onsitecrl verisign com/" | The URL-prefix to be prepended to URL locations. |
| cache-dir | "/VeriSign/pta/ certcache" | **Required parameter.** The local directory in which downloaded certificates and CRLs are stored<br>cache-dir must be an existing directory. The plug-in does not create the directory if it does not exist. The Web server must have write access to this directory. If there is a problem with this directory, the plug-in attempts to use a system-wide TEMP directory |
| ocsp-url<br>(OCSP status checking only) | http://onsite-ocsp. verisign com | The URL that the PTA uses to access VeriSign's OCSP responder.<br>Note that this takes precedence over CRL based checking if no-crl-check=0 |

Table A-2 Certificate validation options (Continued)

| Parameter | Example | Description |
|---|---|---|
| no-check-chain | "0", or "1" | no-check-chain applies only to CRL status checking If set to on, only the CRL corresponding to the lowest CA in the hierarchy is searched; otherwise the CRL corresponding to each CA in the chain is searched This setting also implies that only the CRL corresponding to the lowest CA in the hierarchy needs to be present for the CVM to do its job<br>Set no-check-chain if there is no CRL available for the root certificate. This is useful in the case that you operate a private CA When no-check-chain is set, the certificate chain is followed until a valid root is found However, only the CRL for the issuing CA is used when verifying the validity of the user certificate. The plug-in cannot revoke intermediate CAs when this option is used.<br>**Note:** The no-check-chain="on" command applies to checking the CRL for each certificate in the chain — the certificates themselves must always be valid. |
| update-hours | "24" | Frequency of CRL updates (in hours)<br>update-hours provides a method for automatically reacquiring CRLs—even if they have not yet expired Each time the plug-in checks a certificate, it gets the current time. If a CRL update has not occurred within the time period specified by update-hours, the plug-in refreshes all CRLs For example, to automatically refresh CRLs every day, set update-hours="24"<br>If you do not want the plug-in to automatically refresh CRLs that have not yet expired, leave update-hours out of the obj conf file, or leave the line empty in valConfig '0' is an invalid value for update-hours |

Table A-2 Certificate validation options (Continued)

| Parameter | Example | Description |
|---|---|---|
| http-proxy | (Optional) Enter the appropriate server name and port value For example:<br>proxy or proxy:85 | The name of the HTTP proxy server used to access the Internet<br>http-proxy specifies an HTTP proxy server through which to connect to the Internet. If you are not using a proxy, leave http-proxy out of the obj conf file or leave the line empty in valConfig. When the plug-in retrieves HTTP URLs, it routes its requests through this server. If the proxy server is running on a port other than the default (80), you can specify that port by adding ":port" after the server name. |
| ldap-http-proxy | | Specifies an HTTP server that proxies LDAP lookups This can be used to automatically acquire CRLs from an LDAP directory when behind a firewall If you are not using a proxy, leave ldap-http-proxy out of the obj conf file or leave the line empty in rsaverify cfg You can use ldap-http-proxy in conjunction with http-proxy to access an LDAP proxy server on the Internet. If the proxy server is running on a port other than the default (80), you can specify that port by adding ":port" after the server name. |
| default-ldap | | Specifies the name of an LDAP server that contains certificates and CRLs If a CRL is required to verify a client certificate, and the configuration file does not specify the location of that CRL, an LDAP query is sent to this server If default-ldap is unspecified, the plug-in looks up the CRL directly from VeriSign. If you wish to disable this behavior, set default-ldap="".<br>**Note:** The plug-in may not query the LDAP server if the configuration file specifies locations for some, but not all, of the required certificates or CRLs If your system is behind a firewall, see the description of ldap-http-proxy. |

# EXHIBIT 22

AKIN GUMP
STRAUSS HAUER & FELD LLP
Attorneys at Law

DANIEL E. YONAN
202 887.4497/fax: 202 887 4288
dyonan@akingump com

September 15, 2006

**Via E-Mail**

André J. Bahou, Esquire
Robins, Kaplan, Miller & Ciresi L.L.P.
Suite 1200
1801 K Street, N.W.
Washington, DC 20006-1307

Re: *Prism Technologies LLC v. VeriSign, Inc., et al.*
Civil Action No. 1:05-CV-00214-JJF

Dear Mr. Bahou:

This letter responds to your letter of August 29 and specifically addresses, *inter alia*, Prism's improper withholding of supplemental infringement contentions and its request for an index for VeriSign's electronic document production.

**A. Prism's Updated Claim Charts**

We fail to see why Prism is withholding its updated infringement claim charts on the basis that the latest software versions and hardware have not been produced. VeriSign has produced materials sufficient to explain on a detailed technical level how each of the accused products operates. And even before having these materials, Prism provided its initial contentions. Now, two months after Prism has introduced five (5) new dependent claims into the case, after the parties have provided their interpretations of what the disputed claim terms mean, and after VeriSign has already supplemented both its non-infringement contentions and invalidity contentions for *all* the asserted claims of the patent in suit, Prism still refuses to supplement its contentions.

VeriSign is entitled to know what Prism's basis for infringement of these new claims is, and expects updated contentions for all asserted claims before September 20 – the week opening briefs are due for claim construction.

**B. Electronic Production Index**

We are also surprised by your requests regarding our electronic production. As you well know, the parties went to great lengths to negotiate the precise manner in which documents would be produced. Rather than producing documents in the manner in which they are kept in

AKIN GUMP
STRAUSS HAUER & FELD LLP
Attorneys at Law

the ordinary course, or by specific document request, the parties agreed to run queries of search terms tailored to get information believed to be relevant and to produce what was generated. Despite our informing you that your list of terms would necessarily capture hundreds of thousands of emails that likely would not relate to this case (*e.g.* you insisted on searching for "authenticate" which is found in many VeriSign signature blocks) you refused to further narrow your list forcing us to review and produce in excess of one million pages of documents. Your attempt to now find ways to avoid having to do precisely what you've forced us to do at great expense is unfair and improper.

On the topic of an electronic index, any report that shows the number of hits for each term that was generated by VeriSign is unnecessary given that Prism can create its own individually tailored report after an optical character recognition (OCR) search.

Please contact me if you have any questions.

Very truly yours,

Daniel E. Yonan

# EXHIBIT 23

**From:** Bahou, Andre J.
**Sent:** Tuesday, September 26, 2006 10:18 AM
**To:** Yonan, Daniel; VeriSign Prism Outside Counsel
**Cc:** PrismCounsel
**Subject:** Meet and Confer

Danny:

During our meet and confer teleconference last week (9-20) you stated that you would send a letter regarding VeriSign's position, *inter alia*, to not produce the pilot test accounts and its source code for the accused products. To date, we have not received the letter. Moreover, you stated in our numerous teleconferences throughout September that you would send letters stating VeriSign's positions. We ask that you honor your commitment to state VeriSign's positions in writing so that the Court may be fully informed of the issues for our motion to compel.

Regardless of your delay, we plan to file a motion to compel on the issues you and I discussed.

AJ

Andre J. Bahou
Attorney at Law
1801 K Street, N.W., Suite 1200
Washington, D.C. 20006
202-736-2707 (direct)
202-775-0725 (main)
202-223-8604 (fax)
E-mail address: ajbahou@rkmc.com

# EXHIBIT 24

AKIN GUMP
STRAUSS HAUER & FELD LLP
Attorneys at Law

DANIEL E. YONAN
202 887.4497/fax: 202 887 4288
dyonan@akingump com

September 26, 2006

**Via E-Mail**

André J. Bahou, Esquire
Robins, Kaplan, Miller & Ciresi L.L.P.
Suite 1200
1801 K Street, N.W.
Washington, DC 20006-1307

Re: *Prism Technologies LLC v. VeriSign, Inc., et al.*
Civil Action No. 1:05-CV-00214-JJF

Dear Mr. Bahou:

This letter responds to your letters of August 29, 31 and September 8, 15, 2006 and specifically addresses, *inter alia*, Prism's delinquent request for highly sensitive and proprietary source code and pilot access to VeriSign's Unified Authentication, Go Secure and Identity Protection products ("Accused Products"). After consideration of your request, and in further view of our meet and confer, VeriSign will not make these items available.

**A. VERISIGN WILL NOT MAKE AVAILABLE HIGHLY SENSITIVE SOURCE CODE OR PILOT PROGRAM ACCESS FOR ITS ACCUSED PRODUCTS**

In January 2005, Prism's Vice President and Chief Technology Officer acted as a potential VeriSign customer and communicated with VeriSign employees in order to gather information about how VeriSign's Accused Products alleged worked. *See* P032971 *et seq.* Prism opted not to purchase the Accused Products at that time, and never purchased, tested, set-up, implemented or even possessed, any of the Accused Products prior to having filed this patent litigation against VeriSign on April 15, 2005. *See, e.g.*, 8/11/06 Res. of Prism to VeriSign's RFA Nos. 8-10 and 18. The first time Prism raised any allegations that VeriSign has not provided the necessary software for its Accused Products was August 29 – over two weeks after the close of document discovery, and more than 16 months after Prism initiated this litigation.

Prism now contends that it is entitled to have VeriSign provide, at its own expense, a pilot account for its Accused Products, along with any highly sensitive source code for the Accused Products, so that Prism can more closely evaluate the products it alleges infringe. However, Prism has already been given materials that clearly disclose in detail how each Accused Product operates, many of these documents used by Prism to form its basis for infringement. *See, e.g.*, 9/20/06 2nd Supp. Res. of Prism to VeriSign's Infringement Contention

AKIN GUMP
STRAUSS HAUER & FELD LLP
Attorneys at Law

Interrog. No. 2. They include user, administrator, installation, configuration and integration guides, specification and data sheets, *id*, in addition to other materials that include manuals and software and highly confidential technical design and architecture documents including engineering emails that detail the operation and function of its Accused Products. As a result, Prism has long had documents necessary to understand exactly how each of the Accused Products works. Moreover, the "pilot access" or source code now requested would not provide any further insight into how the products actually operate (*e.g.* how information is generated, stored, transferred, *etc.*).

The time for Prism to analyze – for the first time – VeriSign's Accused Products was before it opted to file suit and not now. *See, e.g., View Engineering, Inc. v. Robotic Vision Systems, Inc.*, 208 F.3d 981, 985-6 (Fed. Cir. 2000) (affirmed Rule 11 sanctions against counsel for filing a complaint without having seen the accused products and based the infringement claims on advertising and the knowledge of an employee of the patentee); *Judin v. U.S.*, 110 F.3d 780, 784-5 (Fed. Cir. 1997) (reversed district court's denial of Rule 11 sanctions based upon patentee's inadequate pre-filing investigation by not attempting to obtain or test the accused product and patent counsel's conduct in deferring to client's opinion of infringement without conducting an independent comparison of the patent claims against the accused product); *see also Centillion Data Systems, LLC v. Convergys Corp.*, No. 104-CV-0073 LJM-WTL, 2006 WL 20777 at *4 (S.D. Ind. Jan. 4, 2006) (patentee's failure to obtain copy of the accused software product showed the pre-filing investigation was "objectively unreasonable").

Considering that Prism admits it has never even possessed any of the Accused Products, there is no reasonable explanation for why it has waited until now, a year and a half into the litigation and long after the August 11, 2006 deadline, to seek this discovery.

### C. OTHER OUTSTANDING ITEMS

With regard to the remaining items in your letters, VeriSign has already produced all the latest software for the Unified Authentication (UA) One-Time Password (OTP) product, which is the identical to any software for the UA for Windows OTP product. We are in the process of preparing for production the latest software for UA for Public Key Infrastructure (PKI) which will be produced by Friday, September 29. Any missing manuals may be retrieved from the UA PKI software CDs, that will be produced. The latest manuals for UA are also reflected as version 4.0, which were previously produced, even though version 4.0.1 of the software is currently being sold.

AKIN GUMP
STRAUSS HAUER & FELD LLP
Attorneys at Law

André J. Bahou, Esquire
September 26, 2006
Page 3

With regard to Go Secure, the latest version of the Managed Public Key Infrastructure (MPKI) software will be produced by Friday, September 29. Again, any manuals may be retrieved from the CDs. And the Go Secure CD kits previously produced are the latest versions while the only Go Secure kits sold today are for MS Exchange and Web Applications. Any Go Secure kits that have not been produced, *e.g.*, Identrus and SAP, are no longer sold and unavailable. Finally, the Go Secure CD kits for Nortel and Checkpoint never included executable files, only documentation to describe how to integrate each application into an existing system.

Very truly yours,

Daniel E. Yonan

# EXHIBIT 25

ROBINS, KAPLAN, MILLER & CIRESI LLP
ATTORNEYS AT LAW

SUITE 1200
1801 K STREET, N.W
WASHINGTON, D.C. 20006-1307
TEL: 202-775-0725 FAX: 202-223-8604
www.rkmc.com

ANDRÉ J. BAHOU
(202) 736-2707

June 26, 2006

**VIA E-MAIL AND FEDERAL EXPRESS**

Daniel E. Yonan, Esquire
Akin Gump Strauss Hauer & Feld LLP
Robert S. Strauss Building
1333 New Hampshire Avenue, N.W.
Washington, D.C. 20036-1564

Gregory P. Teran, Esquire
Wilmer Cutler Pickering Hale & Dorr LLP
60 State Street
Boston, MA 02109

Jeffrey D. Baxter, Esquire
Baker Botts LLP
2001 Ross Avenue
Dallas, TX 75201

Neal Feivelson, Esquire
Willkie Farr & Gallagher LLP
787 Seventh Avenue
New York, NY 10019-6099

Re: *Prism Technologies LLC v. VeriSign, Inc., et al.*
Civil Action No. 1:05-cv-00214-JJF

Dear Messrs. Yonan, Teran, Baxter, and Feivelson:

VeriSign, Inc. has requested documents and things referring to, relating to, or concerning the conception and reduction to practice of the invention claimed by U.S. Patent 6,516,416. (*See* VeriSign's First Set of Document Requests No. 9).[1] Through Prism's initial document production, we produced the Functional Specification (and other related documents) of the Internet Subscription Access (ISA) product in TIFF format[2] and feel that we have fully complied with our obligation to meet the above request.

Subsequently, VeriSign requested a copy of the Internet Subscription Access (ISA) software. (*See* Letter from D. Yonan to A. Bahou, dated May 11, 2006). In a spirit of cooperation, we produce that software in native format provided that the Defendants not view,

[1] Likewise, the same documents and things may be called for in at least documents requests from the other defendants (*e.g.* RSA's Doc. Req. No 33, CA's Doc. Req. No. 16, and JJSI's Doc. Req. No. 1).

[2] As you are aware, the parties in this suit have agreed to produce its documents in TIFF format. (*See* Letters from A. Bahou to D. Yonan, G. Teran, J. Baxter, N. Feivelson of December 14, 2005; Letters from G Teran and J. Baxter to A. Bahou of December 15, 2005; Letter from D. Yonan to A. Bahou of January 4, 2006).

All Counsel
June 26, 2006
Page 2

obtain, or otherwise use the Metadata, unless you first demonstrate a particularized need for such information. (*See* District of Delaware's Default Standard for Discovery of Electronic Documents, ¶6). To that end, enclosed is part of Prism's supplemental document production containing Prism's ISA software disk bearing Bates number P046112. If you do not agree to the terms above, please return the disk without reading, accessing or copying the disk. We will then negotiate the matter or take it up with the Court as appropriate.

Sincerely,

ROBINS, KAPLAN, MILLER & CIRESI L.L.P.

A.J. Bahou

André J. Bahou

AJB/cas

Enclosure

cc: Robert A. Auchter, Esquire (via e-mail)