## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

PRISM TECHNOLOGIES LLC,                    )
                                           )
          v.                               )
                                           )
               Plaintiff,                  )     C.A. No.: 05-214-JJF
                                           )
          v.                               )
                                           )
VERISIGN, INC., RSA SECURITY INC.,         )
NETEGRITY INC., COMPUTER                   )
ASSOCIATES INTERNATIONAL INC.,             )
and JOHNSON & JOHNSON,                     )
                                           )
          Defendants.                      )

### ORDER

The attorneys listed below representing RSA Security, Inc. are permitted to bring into the

J. Caleb Boggs Federal Courthouse, for use in Courtroom 4B two (2) laptop computers for a

hearing commencing on November 9, 2006 at 1:00 p.m.   Counsel shall comply with the

inspection provisions of the United States Marshal.


Gregory Teran                           Mark D. Selwyn
Wilmer Cutler Pickering Hale and Dorr LLP   Wilmer Cutler Pickering Hale and Dorr LLP
60 State Street                         60 State Street
Boston, Massachusetts 02109             Boston, Massachusetts 02109



Dated:  10/20/06                        Joseph J. Farnan, Jr.
                                        United States District Court Judge


RLF1-3072056-1