# ASHBY & GEDDES

ATTORNEYS AND COUNSELLORS AT LAW

222 DELAWARE AVENUE

P. O. BOX 1150

WILMINGTON, DELAWARE 19899

TELEPHONE
302-654-1888

FACSIMILE
302-654-2067

October 23, 2006

Ms. Deborah Krett                                         VIA E-FILING
Case Manager
United States District Court
844 King Street, Lockbox 27
Wilmington, Delaware 19801

    Re:    Request for Permission to Have Laptop Computer in Courtroom 4B
            During Markman Hearing in Prism Technologies LLC v. VeriSign,
            Inc., C.A. No. 05-214-JJF

Dear Ms. Krett:

    We are local counsel for defendant Johnson & Johnson Services, Inc. in the above action, and are scheduled to appear for a *Markman* hearing in Courtroom 4B on Thursday November 9, 2006. We request permission to bring laptop computers to Courtroom 4B to assist in the preparation and/or presentation during the hearing. We are aware of the Court's October 20, 2004 Order and agree to comply with the policies and procedures instituted by the Court as well as the United States Marshal's policy regarding electronic devices.

                                                 Very truly yours,

                                                 John G. Day

JGD/mlk
Enclosure
173692.1

cc:    David Thomas, United States Marshal (by hand)
        Keith Ash, Chief Court Security Officer (by hand)