IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| PRISM TECHNOLOGIES LLC, | : |
| Plaintiff, | : |
| v. | : Civil Action No. 05-214-JJF |
| VERISIGN, INC., RSA SECURITY, INC., NETEGRITY, INC., COMPUTER ASSOCIATES INTERNATIONAL, INC., and JOHNSON & JOHNSON SERVICES, INC. | : |
| Defendants. | : |

**ORDER**

    WHEREAS, Plaintiff Prism Technologies LLC has filed a Motion To Compel Defendant VeriSign, Inc. To Produce Documents And Things Known As Pilot Test Accounts For The Accused Products (D.I. 283);

    WHEREAS, Plaintiff's Motion is premised on the contention that VeriSign's software is inoperable without a Pilot Test Account;

    WHEREAS, the Court concludes that Pilot Test Accounts are temporary accounts created for potential VeriSign customers to determine their system's compatibility with VeriSign products, and are not necessary to operate the accused products (D.I. 292);

    IT IS HEREBY ORDERED that Plaintiff's Motion To Compel Defendant VeriSign, Inc. To Produce Documents And Things Known As

Pilot Test Accounts For The Accused Products (D.I. 283) is

**DENIED**.


October 23, 2006                           _____
                                           UNITED STATES DISTRICT JUDGE