## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

IN RE:                                         )
PERMISSION FOR COUNSEL TO                      )
POSSESS AND UTILIZE A LAPTOP                   )          C.A. No. 05-214-JJF
COMPUTER DURING COURT                          )
PROCEEDINGS IN COURTROOM 4B                    )
OF THE J. CALEB BOGGS FEDERAL                  )
BUILDING                                       )
                                               )

## ORDER

The attorneys and staff listed below are permitted to bring into the J. Caleb Boggs

Federal Courthouse, for use in Courtroom 4B, laptop computers for proceedings on

Thursday November 9, 2006. Counsel shall comply with the inspection provisions of the

United States Marshal.

> John M. DiMatteo, Esquire
> Leslie M. Spencer, Esquire
> David D. Lee, Esquire

Dated: _October 24_, 2006            _____
                                     United States District Judge

173693.1