IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

PRISM TECHNOLOGIES LLC,       :
                              :
        Plaintiff,            :
                              :
    v.                        :   Civil Action No. 05-214-JJF
                              :
VERISIGN, INC., et al.,       :
                              :
        Defendants.           :

### O R D E R

A Markman Hearing will be held on Thursday, November 9, 2006 at 1:00 p.m in the above-captioned case. The Court has reviewed the briefing and has determined that Plaintiff and Defendants are allocated two (2) hours each for their Markman presentations.

IT IS SO ORDERED.

October 25, 2006
      DATE

_____
UNITED STATES DISTRICT JUDGE