IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

PRISM TECHNOLOGIES LLC,              :
                                     :
          Plaintiff,                 :
                                     :
     v.                              :     Civil Action No. 05-214-JJF
                                     :
VERISIGN, INC., et al.,              :
                                     :
          Defendants.                :

## MEMORANDUM ORDER

Presently before the Court is Plaintiff's Second Motion To
Compel Defendant Johnson & Johnson, Inc. To Produce Documents And
Things (D.I. 215).  Johnson & Johnson ("Defendant") has filed an
opposition to the Motion (D.I. 223) as well as a supplemental
opposition (D.I. 274).  The parties have resolved one issue
raised in Plaintiff's Motion, and Plaintiff is seeking costs and
fees in connection with preparing that portion of the Motion.

The remaining dispute involves Plaintiff's continuing claim
that Defendant's discovery production is incomplete due to
Defendant's failure to produce the third-party confidential
products used by Defendant.  When resolving Plaintiff's First
Motion To Compel Defendant Johnson & Johnson, Inc. To Produce
Documents And Things (D.I. 135), the Court ordered Defendant to
produce the requested third-party confidential products or
"specifically object to the requests by designating the
agreements that support a claim of confidentiality." (D.I. 155).
Defendant subsequently designated five licensing agreements and
hardware contracts which it asserts are subject to

confidentiality restrictions.   (D.I. 216, ex. 5). Defendant

contends that the Protective Order governing discovery and

production of confidential information does not address

confidentiality agreements with third parties, and therefore

Defendant cannot produce what Plaintiff seeks. (D.I. 242).

The Court finds Defendant's responsive designation of

specific confidentiality agreements to be fully compliant with

the Court's July 2006 Order (D.I. 155).   Therefore, Plaintiff's

Second Motion To Compel is **DENIED**. (D.I. 215).

Each party shall bear its own fees and costs for all issues.


So Ordered.


October 26 , 2006
                                    _____
                                    UNITED STATES DISTRICT JUDGE