IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| PRISM TECHNOLOGIES LLC, | : |
| Plaintiff, | : |
| v. | : Civil Action No. 05-214-JJF |
| VERISIGN, INC., et al., | : |
| Defendants. | : |

**MEMORANDUM ORDER**

Presently before the Court is Plaintiff's Second Motion To Compel Defendant Johnson & Johnson, Inc. To Produce Documents And Things (D.I. 215). Johnson & Johnson ("Defendant") has filed an opposition to the Motion (D.I. 223) as well as a supplemental opposition (D.I. 274). The parties have resolved one issue raised in Plaintiff's Motion, and Plaintiff is seeking costs and fees in connection with preparing that portion of the Motion.

The remaining dispute involves Plaintiff's continuing claim that Defendant's discovery production is incomplete due to Defendant's failure to produce the third-party confidential products used by Defendant. When resolving Plaintiff's First Motion To Compel Defendant Johnson & Johnson, Inc. To Produce Documents And Things (D.I. 135), the Court ordered Defendant to produce the requested third-party confidential products or "specifically object to the requests by designating the agreements that support a claim of confidentiality." (D.I. 155). Defendant subsequently designated five licensing agreements and hardware contracts which it asserts are subject to

confidentiality restrictions. (D.I. 216, ex. 5). Defendant contends that the Protective Order governing discovery and production of confidential information does not address confidentiality agreements with third parties, and therefore Defendant cannot produce what Plaintiff seeks. (D.I. 242).

The Court finds Defendant's responsive designation of specific confidentiality agreements to be fully compliant with the Court's July 2006 Order (D.I. 155). Therefore, Plaintiff's Second Motion To Compel is **DENIED**. (D.I. 215).

Each party shall bear its own fees and costs for all issues.

So Ordered.

October 26, 2006

Joseph J. Farnan
UNITED STATES DISTRICT JUDGE