# THE BAYARD FIRM

A  T  T  O  R  N  E  Y  S

222 DELAWARE AVENUE, SUITE 900
P.O. BOX 25130
WILMINGTON, DE 19899
ZIP CODE FOR DELIVERIES: 19801

MERITAS LAW FIRMS WORLDWIDE
www.bayardfirm.com
302-655-5000
(FAX) 302-658-6395
WRITER'S DIRECT ACCESS

(302) 429-4208
rkirk@bayardfirm.com

October 27, 2006

**Via Electronic Filing**

Chambers of The Honorable Joseph J. Farnan
ATTN: Deborah L. Krett
United States District Court
844 North King Street, Lock Box 10
Wilmington, DE 19801

    RE:    Request for Permission to have Laptops in Courtroom 4B
             Prism Technologies, LLC v. VeriSign, Inc. et al.,
             <u>C. A. No. 05-214-JJF</u>

Dear Ms. Krett:

      We are scheduled to appear for a Markman Hearing in Courtroom 4B on Thursday, November 9, 2006. We request permission to bring laptop computers to assist in the preparation and/or presentation during hearing. We are aware of the Court's October 2004 Order and agree to comply with the policies and procedures instituted by the Court as well as the United States Marshal's policy regarding electronic devices.

                                  Very truly yours,

                                  Richard D. Kirk (rk0922)

RDK/spt
Enclosure
31244-1
cc:    All counsel (letter only)

616739v1