IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| PRISM TECHNOLOGIES LLC<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>VERISIGN, INC., RSA SECURITY, INC., NETEGRITY, INC., COMPUTER ASSOCIATES INTERNATIONAL, INC., and JOHNSON & JOHNSON SERVICES, INC.,<br><br>　　　　Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)  Civil Action No. 05-214 JJF<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## ORDER

The attorney's and staff from the law firms listed below are permitted to bring into the J. Calegb Boggs Federal Courthouse, for use in Courtroom 4B, five (5) laptop computers for proceedings on Thursday, November 9, 2006. Counsel shall comply with the inspection provision of the United States Marshall.

The Bayard Firm
222 Delaware Avenue, Suite 900
Wilmington, Delaware 19801

Robins, Kaplan, Miller & Ciresi, L.L.P.
1801 K Street, N.W., Suite 1200
Washington, D.C. 20006

Dated: _____  　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　Joseph J. Farnan, Jr.
　　　　　　　　　　　　　　　　　　　　　United States District Court Judge

635734v1