# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| PRISM TECHNOLOGIES LLC, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) C. A. No. 05-214-JJF |
| VERISIGN, INC., RSA SECURITY, INC., | ) |
| NETEGRITY, INC., COMPUTER ASSOCIATES | ) |
| INTERNATIONAL, INC., and JOHNSON & | ) |
| JOHNSON SERVICES, INC., | ) |
| | ) |
| Defendants. | ) |

## DEFENDANT COMPUTER ASSOCIATES INTERNATIONAL, INC.'S
## NOTICE OF DEPOSITION UPON WRITTEN QUESTIONS
## OF WELLS FARGO BANK, N.A.

PLEASE TAKE NOTICE that Defendant Computer Associates International, Inc., by its undersigned attorneys, will take the deposition upon written questions of Wells Fargo Bank, N.A., in accordance with the procedures described in Rules 30(b)(6) and 31 of the Federal Rules of Civil Procedure.

The deposition upon written questions will be taken at 1 p.m. on November 27, 2006, at the offices of Faegre and Benson L.L.P., 2200 Wells Fargo Center, 90 South 7th Street, Minneapolis, Minnesota, 55402, before a certified court reporter or some other officer authorized by law to administer oaths, to be used at the trial of the above matter.

The questions to be asked of Wells Fargo Bank, N.A. on direct examination are as follows:

1. Please state and spell your name.

2. Who is your current employer?

3. What is your job title?

4. Describe your job responsibilities.

5. Does Wells Fargo now use or has it ever used CA's or Netegrity's SiteMinder or TransactionMinder in an authentication system that also includes the use of a hardware key that connects to a subscriber client computer?

6. If a connected hardware key is now used or was ever used, please state whether, in the system in which SiteMinder or TransactionMinder and the connected hardware key are/were used, selected resources are/were accessible via a public network with no controlling organization, the path to access the network being undefined and the user being anonymous?

7. Does, or did, a client-server application running over said network have control over the transmitted information during any phase of transmission?

| OF COUNSEL: | POTTER ANDERSON & CORROON LLP |
|---|---|
| David M. Schlitz<br>BAKER BOTTS L.L.P.<br>1299 Pennsylvania Ave., N.W.<br>Washington, D.C. 20004-2400<br>Tel: 202-639-7700<br><br>Samir A. Bhavsar<br>Jeffrey D. Baxter<br>BAKER BOTTS L.L.P.<br>2001 Ross Avenue<br>Dallas, TX 75201-2980<br>Tel: 214-953-6500<br><br>Dated: October 30, 2006 | By: /s/ David E. Moore<br>Richard L. Horwitz (#2246)<br>David E. Moore (#3983)<br>Hercules Plaza, 6th Floor<br>1313 N. Market Street<br>P.O. Box 951<br>Wilmington, DE 19899-0951<br>Tel: 302-984-6000<br>rhorwitz@potteranderson.com<br>dmoore@potteranderson.com<br><br>*Attorneys for Defendants*<br>*Computer Associates International, Inc.* |

758830/29074

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

**CERTIFICATE OF SERVICE**

I, David E. Moore, hereby certify that on October 30, 2006, the attached document was hand-delivered on the following persons and was electronically filed with the Clerk of the Court using CM/ECF which will send notification to the registered attorney(s) of record that the document has been filed and is available for viewing and downloading:

Richard D. Kirk
The Bayard Firm
222 Delaware Avenue, Suite 900
P. O. Box 25130
Wilmington, DE 19899-5130

Frederick L. Cottrell, III
Alyssa M. Schwartz
Richards, Layton & Finger
One Rodney Square
P. O. Box 551
Wilmington, DE 19899-0551

Patricia Smink Rogowski
Connolly, Bove, Lodge & Hutz
1007 North Orange Street
P.O. Box 2207
Wilmington, DE 19899

Steven Balick
John G. Day
Ashby & Geddes
222 Delaware Avenue
P. O. Box 1150
Wilmington, DE 19899

I hereby certify that on October 30, 2006, I have Electronically Mailed the documents to the following:

Dirk D. Thomas
Robert A. Auchter
Kenneth A. Freeling
Jason R. Buratti
André J. Bahou
Robins, Kaplan, Miller & Ciresi, L.L.P.
1801 K Street, Suite 1200
Washington, DC 20006
PrismCounsel@rkmc.com

William F. Lee
David B. Bassett
Mark D. Selwyn
Gregory P. Teran
Wilmer Cutler Pickering Hale & Dorr
60 State Street
Boston, MA 02109
RSAPrismLitigation@wilmerhale.com

Edward F. Mannino
Jason A Snyderman
Akin Gump Strauss Hauer & Feld LLP
One Commerce Square, Suite 2200
2005 Market Street
Philadelphia, PA 19103
VerisignPrism@akingump.com

Frank C. Cimino
Akin Gump Strauss Hauer & Feld LLP
Robert S. Strauss Building
1333 New Hampshire Avenue, NW
Washington, DC 20036-1564
fcimino@akingump.com

John DiMatteo
Willkie Farr & Gallagher LLP
787 Seventh Avenue
New York, NY 10019-6099
PrismLitigation-JJSI@willkie.com

/s/ David E. Moore
Richard L. Horwitz
David E. Moore
Potter Anderson & Corroon LLP
Hercules Plaza – Sixth Floor
1313 North Market Street
P.O. Box 951
Wilmington, DE 19899-0951
(302) 984-6000
rhorwitz@potteranderson.com
dmoore@potteranderson.com

680022