IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| PRISM TECHNOLOGIES LLC, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) C. A. No. 05-214-JJF |
| VERISIGN, INC., RSA SECURITY, INC., | ) |
| NETEGRITY, INC., COMPUTER ASSOCIATES | ) |
| INTERNATIONAL, INC., and JOHNSON & | ) |
| JOHNSON SERVICES, INC., | ) |
| | ) |
| Defendants. | ) |

**DEFENDANT COMPUTER ASSOCIATES INTERNATIONAL, INC.'S
NOTICE OF DEPOSITION UPON WRITTEN QUESTIONS
OF TARGET CORPORATION**

PLEASE TAKE NOTICE that Defendant Computer Associates International, Inc., by its undersigned attorneys, will take the deposition upon written questions of Target Corporation in accordance with the procedures described in Rules 30(b)(6) and 31 of the Federal Rules of Civil Procedure.

The deposition upon written questions will be taken at 9 a.m. on November 27, 2006, at the offices of Faegre and Benson L.L.P., 2200 Wells Fargo Center, 90 South 7th Street, Minneapolis, Minnesota, 55402, before a certified court reporter or some other officer authorized by law to administer oaths, to be used at the trial of the above matter.

The questions to be asked of Target Corporation on direct examination are as follows:

1. Please state and spell your name.

2. Who is your current employer?

3. Describe your job at your employer.

4. Has Target ever used CA's or Netegrity's SiteMinder or TransactionMinder software as part of an authentication system that controls access to computer resources via a computer network?

<u>If the answer to Question 4 is No, then stop; otherwise, please answer the following questions about the authentication system.</u>

5. If so, does that authentication system also include the use of a hardware key?

<u>If the answer to Question 5 is No, then stop; otherwise, please answer the following questions</u>

6. Please describe in detail each type of hardware key that the authentication system has used to authenticate person(s) or device(s)., including whether each type of hardware key physically attaches to a computer.

7. If Target used an authentication system that included both SiteMinder/TransactionMinder and a hardware key in the past, but no longer does so, please state the dates of beginning and ending use.

8. If Target uses or used an authentication system that includes both SiteMinder/TransactionMinder and a hardware key, please state whether the authentication system controls access to selected resources via the Internet or another public network with no controlling organization, with the path to access the network being undefined and the user being anonymous?

|  |  |
|---|---|
| OF COUNSEL: | POTTER ANDERSON & CORROON LLP |
| David M. Schlitz<br>BAKER BOTTS L.L.P.<br>1299 Pennsylvania Ave., N.W.<br>Washington, D.C. 20004-2400<br>Tel: 202-639-7700 | By: */s/ David E. Moore*<br>   Richard L. Horwitz (#2246)<br>   David E. Moore (#3983)<br>   Hercules Plaza, 6th Floor<br>   1313 N. Market Street<br>   P.O. Box 951 |
| Samir A. Bhavsar<br>Jeffrey D. Baxter<br>BAKER BOTTS L.L.P.<br>2001 Ross Avenue<br>Dallas, TX 75201-2980<br>Tel: 214-953-6500 | Wilmington, DE 19899-0951<br>Tel: 302-984-6000<br>rhorwitz@potteranderson.com<br>dmoore@potteranderson.com |
| Dated: October 30, 2006 | *Attorneys for Defendants*<br>*Computer Associates International, Inc.* |

758807 / 29074

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

**CERTIFICATE OF SERVICE**

I, David E. Moore, hereby certify that on October 30, 2006, the attached document was hand-delivered on the following persons and was electronically filed with the Clerk of the Court using CM/ECF which will send notification to the registered attorney(s) of record that the document has been filed and is available for viewing and downloading:

| | |
|---|---|
| Richard D. Kirk<br>The Bayard Firm<br>222 Delaware Avenue, Suite 900<br>P. O. Box 25130<br>Wilmington, DE 19899-5130 | Frederick L. Cottrell, III<br>Alyssa M. Schwartz<br>Richards, Layton & Finger<br>One Rodney Square<br>P. O. Box 551<br>Wilmington, DE 19899-0551 |
| Patricia Smink Rogowski<br>Connolly, Bove, Lodge & Hutz<br>1007 North Orange Street<br>P.O. Box 2207<br>Wilmington, DE 19899 | Steven Balick<br>John G. Day<br>Ashby & Geddes<br>222 Delaware Avenue<br>P. O. Box 1150<br>Wilmington, DE 19899 |

I hereby certify that on October 30, 2006, I have Electronically Mailed the documents to the following:

| | |
|---|---|
| Dirk D. Thomas<br>Robert A. Auchter<br>Kenneth A. Freeling<br>Jason R. Buratti<br>André J. Bahou<br>Robins, Kaplan, Miller & Ciresi, L.L.P.<br>1801 K Street, Suite 1200<br>Washington, DC 20006<br>PrismCounsel@rkmc.com | William F. Lee<br>David B. Bassett<br>Mark D. Selwyn<br>Gregory P. Teran<br>Wilmer Cutler Pickering Hale & Dorr<br>60 State Street<br>Boston, MA 02109<br>RSAPrismLitigation@wilmerhale.com |

Edward F. Mannino  
Jason A Snyderman  
Akin Gump Strauss Hauer & Feld LLP  
One Commerce Square, Suite 2200  
2005 Market Street  
Philadelphia, PA 19103  
VerisignPrism@akingump.com  

Frank C. Cimino  
Akin Gump Strauss Hauer & Feld LLP  
Robert S. Strauss Building  
1333 New Hampshire Avenue, NW  
Washington, DC 20036-1564  
fcimino@akingump.com  

John DiMatteo  
Willkie Farr & Gallagher LLP  
787 Seventh Avenue  
New York, NY 10019-6099  
PrismLitigation-JJSI@willkie.com  

/s/ David E. Moore  
Richard L. Horwitz  
David E. Moore  
Potter Anderson & Corroon LLP  
Hercules Plaza – Sixth Floor  
1313 North Market Street  
P.O. Box 951  
Wilmington, DE 19899-0951  
(302) 984-6000  
rhorwitz@potteranderson.com  
dmoore@potteranderson.com  

680022