# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| PRISM TECHNOLOGIES LLC, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) C. A. No. 05-214-JJF |
| VERISIGN, INC., RSA SECURITY, INC., | ) |
| NETEGRITY, INC., COMPUTER ASSOCIATES | ) |
| INTERNATIONAL, INC., and JOHNSON & | ) |
| JOHNSON SERVICES, INC., | ) |
| | ) |
| Defendants. | ) |

## DEFENDANT COMPUTER ASSOCIATES INTERNATIONAL, INC.'S
## NOTICE OF DEPOSITION UPON WRITTEN QUESTIONS
## <u>OF AMERICAN EXPRESS COMPANY</u>

PLEASE TAKE NOTICE that Defendant Computer Associates International, Inc., by its undersigned attorneys, will take the deposition upon written questions of American Express Company, in accordance with the procedures described in Rules 30(b)(6), 31 and 45 of the Federal Rules of Civil Procedure.

The deposition upon written questions will be taken at 10 a.m. on November 29, 2006, at the offices of Coash & Coash, 1802 North 7th Street, Phoenix, Arizona, 85006, before a certified court reporter or some other officer authorized by law to administer oaths, to be used at the trial of the above matter.

The questions to be asked of American Express on direct examination are as follows:

1. Please state and spell your name.

2. Who is your current employer?

3. Describe your job at your employer.

4. Has American Express ever used CA's or Netegrity's SiteMinder or TransactionMinder software as part of an authentication system that controls access to computer resources via a computer network?

<u>If the answer to Question 4 is No, then stop; otherwise, please answer the following questions about the authentication system.</u>

5. If so, does that authentication system also include the use of a hardware key?

<u>If the answer to Question 5 is No, then stop; otherwise, please answer the following questions</u>

6. Please describe in detail each type of hardware key that the authentication system has used to authenticate person(s) or device(s)., including whether each type of hardware key physically attaches to a computer.

7. If American Express used an authentication system that included both SiteMinder/TransactionMinder and a hardware key in the past, but no longer does so, please state the dates of beginning and ending use.

8. If American Express uses or used an authentication system that includes both SiteMinder/TransactionMinder and a hardware key, please state whether the authentication system controls access to selected resources via the Internet or another public network with no controlling organization, with the path to access the network being undefined and the user being anonymous?

| | |
|---|---|
| OF COUNSEL: | POTTER ANDERSON & CORROON LLP |
| David M. Schlitz<br>BAKER BOTTS L.L.P.<br>1299 Pennsylvania Ave., N.W.<br>Washington, D.C. 20004-2400<br>Tel: 202-639-7700 | By: */s/ David E. Moore*<br>Richard L. Horwitz (#2246)<br>David E. Moore (#3983)<br>Hercules Plaza, 6th Floor<br>1313 N. Market Street |
| Samir A. Bhavsar<br>Jeffrey D. Baxter<br>BAKER BOTTS L.L.P.<br>2001 Ross Avenue<br>Dallas, TX 75201-2980<br>Tel: 214-953-6500 | P.O. Box 951<br>Wilmington, DE 19899-0951<br>Tel: 302-984-6000<br>rhorwitz@potteranderson.com<br>dmoore@potteranderson.com |
| Dated: October 30, 2006 | *Attorneys for Defendants*<br>*Computer Associates International, Inc.* |

758828/29074

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

**CERTIFICATE OF SERVICE**

I, David E. Moore, hereby certify that on October 30, 2006, the attached document was hand-delivered on the following persons and was electronically filed with the Clerk of the Court using CM/ECF which will send notification to the registered attorney(s) of record that the document has been filed and is available for viewing and downloading:

Richard D. Kirk
The Bayard Firm
222 Delaware Avenue, Suite 900
P. O. Box 25130
Wilmington, DE 19899-5130

Frederick L. Cottrell, III
Alyssa M. Schwartz
Richards, Layton & Finger
One Rodney Square
P. O. Box 551
Wilmington, DE 19899-0551

Patricia Smink Rogowski
Connolly, Bove, Lodge & Hutz
1007 North Orange Street
P.O. Box 2207
Wilmington, DE 19899

Steven Balick
John G. Day
Ashby & Geddes
222 Delaware Avenue
P. O. Box 1150
Wilmington, DE 19899

I hereby certify that on October 30, 2006, I have Electronically Mailed the documents to the following:

Dirk D. Thomas
Robert A. Auchter
Kenneth A. Freeling
Jason R. Buratti
André J. Bahou
Robins, Kaplan, Miller & Ciresi, L.L.P.
1801 K Street, Suite 1200
Washington, DC 20006
PrismCounsel@rkmc.com

William F. Lee
David B. Bassett
Mark D. Selwyn
Gregory P. Teran
Wilmer Cutler Pickering Hale & Dorr
60 State Street
Boston, MA 02109
RSAPrismLitigation@wilmerhale.com

Edward F. Mannino
Jason A Snyderman
Akin Gump Strauss Hauer & Feld LLP
One Commerce Square, Suite 2200
2005 Market Street
Philadelphia, PA  19103
VerisignPrism@akingump.com

Frank C. Cimino
Akin Gump Strauss Hauer & Feld LLP
Robert S. Strauss Building
1333 New Hampshire Avenue, NW
Washington, DC  20036-1564
fcimino@akingump.com

John DiMatteo
Willkie Farr & Gallagher LLP
787 Seventh Avenue
New York, NY  10019-6099
PrismLitigation-JJSI@willkie.com

/s/ David E. Moore
Richard L. Horwitz
David E. Moore
Potter Anderson & Corroon LLP
Hercules Plaza – Sixth Floor
1313 North Market Street
P.O. Box 951
Wilmington, DE  19899-0951
(302) 984-6000
rhorwitz@potteranderson.com
dmoore@potteranderson.com

680022