

**CT**
a Wolters Kluwer business

CT
111 Eighth Avenue
13th Floor
New York, NY 10011

212.894.8940 tel

October 27, 2006

Richard D. Kirk
222 Delaware Avenue,
Suite 900,
Wilmington, DE 19899

Re: Prism Technologies LLC, Pltf. vs. Verisign, Inc., et al., Dfts. // To: Eastman Kodak Company
Case No. CA 05-214 JJF

Dear Sir/Madam:

After checking our records and the records of the State of NY, it has been determined that C T Corporation System is not the registered agent for an entity by the name of Eastman Kodak Company.

Accordingly, we are returning the documents received from you.

Very truly yours,


Sabrina Ambrose
Process Specialist

Log# 511598620

cc: Delaware: United States District Court
844 N. King St., Room 4209,
Lockbox 18,
Wilmington, DE 19801



05cv214JJF
FILED
OCT 3 0 2006
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

