# THE BAYARD FIRM
A T T O R N E Y S

222 DELAWARE AVENUE, SUITE 900
P.O. Box 25130
WILMINGTON, DE 19899
ZIP CODE FOR DELIVERIES: 19801

MERITAS LAW FIRMS WORLDWIDE
www.bayardfirm.com
302-655-5000
(FAX) 302-658-6395
WRITER'S DIRECT ACCESS

ELECTRONICALLY FILED

(302) 429-4208
rkirk@bayardfirm.com

November 1, 2006

The Honorable Joseph J. Farnan, Jr.
United States District Court
844 King Street
Wilmington, Delaware 19801

Re: *Prism Technologies LLC v. VeriSign, Inc., et al.*
     Civil Action No. 05-214-JJF

Dear Judge Farnan:

The parties are scheduled to present claim construction issues to the Court on Thursday, November 9, 2006 beginning at 1:00 p.m.

Plaintiff Prism Technologies LLC ("Prism") requests the opportunity to present testimony from Dr. Michael Shamos, Prism's technical expert, and/or Mr. Richard Gregg, one of the co-inventors of the patent-in-suit. (In making this request for the *opportunity* to present witnesses, Prism does not mean to obligate itself to do so.)

If the Court were to grant this permission, Prism *may* present Dr. Shamos' or Mr. Gregg's testimony regarding the technological background of the patent-in-suit and the existence in the patent specification of algorithms and structure that embody the means clauses of claim 1. Additionally, both witnesses would be available to answer any questions the Court may have.

Both Dr. Shamos and Mr. Gregg plan to attend the hearing on November 9, 2006 as observers, in any event.

Respectfully submitted,

*/s/ Richard D. Kirk*
Richard D. Kirk (rk0922)

cc: Clerk of Court (courtesy copy by hand)
    Counsel in accordance with the attached certificate and agreed service protocol

631020v1

## CERTIFICATE OF SERVICE

The undersigned counsel certifies that, on November 1, 2006, he electronically filed the foregoing document with the Clerk of the Court using CM/ECF, which will send automatic notification of the filing to the following:

Frederick L. Cottrell, III, Esq.
Alyssa M. Schwartz, Esq.
Richards Layton & Finger
One Rodney Square
P.O. Box 551
Wilmington, DE 19801

Richard L. Horwitz, Esq.
David E. Moore, Esq.
Potter Anderson & Corroon LLP
1313 N. Market Street
Hercules Plaza, 6th Floor
P.O. Box 951
Wilmington, DE 19899

Patricia S. Rogowski, Esq.
Connolly, Bove, Lodge & Hutz, LLP
1007 North Orange Street
P.O. Box 2207
Wilmington, DE 19899

Steven J. Balick, Esq.
John G. Day, Esq.
Ashby & Geddes
222 Delaware Ave., 17th Fl.
Wilmington, DE 19801

The undersigned counsel further certifies that copies of the foregoing document were sent by hand on November 1, 2006 to the above counsel and by first-class mail or overnight delivery as indicated to the below counsel:

*Via Federal Express*

John DiMatteo, Esq.
Willkie Farr & Gallagher LLP
787 Seventh Avenue
New York, NY 10019-6099

William Lee, Esq.
Wilmer Cutler Hale & Dorr LLP
60 State Street
Boston, MA 02109

Jason Snyderman, Esq.
Akin Gump Strauss Hauer & Feld LLP
One Commerce Square, Suite 2200
2005 Market Street
Philadelphia, PA 19103

Frank C. Cimino, Esq.
Akin Gump Strauss Hauer & Feld LLP
Robert S. Strauss Building
1333 New Hampshire Avenue, NW
Washington, DC 20036-1564

587422v1

David M. Schlitz
Baker Botts L.L.P.
1299 Pennsylvania Avenue, NW
Washington, DC  20004-2400

Samir A. Bhavsar
Jeffrey D. Baxter
Baker Botts L.L.P.
2001 Ross Avenue
Dallas, TX  75201-2980

/s/ Richard D. Kirk (rk0922)
Richard D. Kirk

587422v1