IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| PRISM TECHNOLOGIES LLC | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| | ) |
| v. | ) Civil Action No. 05-214 JJF |
| | ) |
| VERISIGN, INC., RSA SECURITY, INC., | ) |
| NETEGRITY, INC., COMPUTER | ) |
| ASSOCIATES INTERNATIONAL, INC., | ) |
| and JOHNSON & JOHNSON SERVICES, | ) |
| INC., | ) |
| | ) |
| Defendants. | ) |

### ORDER

The attorney's and staff from the law firms listed below are permitted to bring into the J. Calegb Boggs Federal Courthouse, for use in Courtroom 4B, five (5) laptop computers for proceedings on Thursday, November 9, 2006. Counsel shall comply with the inspection provision of the United States Marshall.

The Bayard Firm
222 Delaware Avenue, Suite 900
Wilmington, Delaware 19801

Robins, Kaplan, Miller & Ciresi, L.L.P.
1801 K Street, N.W., Suite 1200
Washington, D.C. 20006

Dated: 10/31/06

Joseph J. Farnan, Jr.
United States District Court Judge

635734v1