## ASHBY & GEDDES

ATTORNEYS AND COUNSELLORS AT LAW

222 DELAWARE AVENUE

P. O. BOX 1150

WILMINGTON, DELAWARE 19899

TELEPHONE
302-654-1888

FACSIMILE
302-654-2067

November 2, 2006

The Honorable Joseph J. Farnan, Jr.  
United States District Court  
844 King Street  
Wilmington, Delaware 19801

VIA ELECTRONIC FILING

Re: *Prism Technologies LLC v. Verisign, Inc., et al.,*  
C.A. No. 05-214-JJF

Dear Judge Farnan:

I write on behalf of the Defendants to jointly address Plaintiff Prism Technologies LLC's ("Prism's") November 1, 2006 letter to the Court regarding the November 9 hearing.

At this claim construction hearing, Prism seeks to introduce – for the first time in this case – testimony from its technical expert, Dr. Michael Shamos, and/or one of the named inventors, Mr. Richard Gregg.

Defendants object to Prism's request to present Dr. Shamos' and Mr. Gregg's testimony. Courts in this District typically conduct *Markman* hearings without live testimony based upon a settled record that all parties (and the Court) have had an opportunity to review. Neither Dr. Shamos nor Mr. Gregg has been deposed in this case. Nor did Prism submit any form of their testimony – whether by declaration or expert report – in support of its *Markman* briefs. Prism's eleventh hour request also leaves Defendants with no opportunity to present rebuttal testimony.

Indeed, yesterday's letter was the first notice to Defendants that Prism intended to offer any expert or inventor testimony in support of its proposed claim constructions. In depositions of inventors other than Mr. Gregg, Prism objected to questions concerning claim construction. Prism also refused to present a 30(b)(6) witness on claim construction issues.

Accordingly, Defendants respectfully request that the Court deny Prism's request to present Dr. Shamos' and Mr. Gregg's testimony at the November 9 *Markman* hearing.

Respectfully,

/s/ *Steven J. Balick*

Steven J. Balick (I.D. #2114)

The Honorable Joseph J. Farnan, Jr.
November 2, 2006
Page 2

SJB: nml
174802.1

cc: Richard D. Kirk, Esquire (by hand delivery and electronic mail)
    Dirk D. Thomas, Esquire (via electronic mail)
    Patricia S. Rogowski, Esquire (by hand delivery and electronic mail)
    Jason A. Snyderman, Esquire (via electronic mail)
    Frank C. Cimino, Jr., Esquire (via electronic mail)
    Frederick L. Cottrell, III, Esquire (by hand delivery and electronic mail)
    William F. Lee, Esquire (via electronic mail)
    Kate Hutchins, Esquire (via electronic mail)
    Richard L. Horwitz, Esquire (by hand delivery and electronic mail)
    Samir Bhavsar, Esquire via electronic mail)
    David M. Schlitz, Esquire (via electronic mail)