# SEALED DOCUMENT

RLF1-2854170-1