IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| PRISM TECHNOLOGIES LLC )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>VERISIGN, INC., RSA SECURITY, INC., )<br>NETEGRITY, INC., COMPUTER )<br>ASSOCIATES INTERNATIONAL, INC., )<br>and JOHNSON & JOHNSON, )<br>)<br>Defendants. )<br>) | C.A. No. 05-214-JJF<br><br>**REDACTED - PUBLIC VERSION** |

**RSA SECURITY INC.'S ' NOTICE OF FILING AND SERVICE OF
EXCERPTS FROM THE DEPOSITION OF SANDEEP GIRI AND EXHIBITS THERETO**

**PLEASE TAKE NOTICE** that RSA Security Inc. hereby files with the Court, and serves, excerpts from the deposition testimony of Sandeep Giri and certain documents used as exhibits at the deposition. Pages 251 to 278 of the deposition testimony of Mr. Giri are attached hereto as Exhibit A. Deposition exhibits 27, 31, 32, 34, and 35 are attached hereto as Exhibits B, C, D, E, and F respectively. Defendants reserve the right to use the deposition testimony of Mr. Giri and the corresponding exhibits at the *Markman* Hearing on November 9, 2006 or for any other lawful purpose in the above-captioned matter.

Of Counsel:

William F. Lee
David B. Bassett
Mark D. Selwyn
Gregory P. Teran
Wilmer Cutler Pickering Hale and Dorr LLP
60 State Street
Boston, MA 02109

*/s/ Frederick L. Cottrell, III*
Frederick L. Cottrell, III (#2555)
cottrell@rlf.com
Alyssa M. Schwartz (#4351)
schwartz@rlf.com
Richards Layton & Finger
One Rodney Square
P. O. Box 551
Wilmington, Delaware 19899
(302) 651-7700

Attorneys for defendant RSA Security, Inc.

Dated: November 8, 2006

RLF1-3079468-1

# EXHIBIT A
# REDACTED

# EXHIBIT B



September 27, 1999

## To Whom It May Concern

This letter is to attest the tenure of Sandeep Giri's employment at Prism Resources, Inc. and to describe his job responsibilities while he was here.

Sandeep worked at Prism from March 1996 to May 1998 as the Chief Systems Architect. He came into Prism with strong skills and experience in C/C++ and client-server technology, and with highly driven initiatives to research and master the newly emerging Internet technologies. Sandeep was quickly able to become a highly productive member of our team, with very little supervision and training.

When he started, Sandeep helped us tremendously by developing sophisticated middleware applications in C/C++ for a project involving online financial brokerage system. During this project, we came to realize significant product potential in the components we were developing. In the following two years, Prism invested a great deal of effort to productize these components as a system called Internet Subscription Access (ISA), which is a whole product solution to securely launch subscription sites on the web. Sandeep led the effort to gather the technical requirements of this system, develop early prototypes, and produce detailed technical design specifications of the underlying system architecture.

He then went on to lead a team of 4 software engineers to build the product. The product consisted of distributed components like Netscape web servers, NSAPI extensions and CGI's written in C/C++, session manager daemons, database connection pool managers, Sybase SQL Server XI, and Netscape plug-ins and Microsoft ActiveX controls on the client-side. Sandeep wrote most of the back-end application in C/C++, and also developed a secure communication library using BSAFE, an encryption SDK from RSA, to provide a high degree of security for all data transfers. Sandeep also kept abreast with the ongoing advancements in Java technology to ensure we were leveraging off it as much as possible.

In leading the development team, Sandeep was very effective in communicating requirements to the team members, and in helping them overcome the challenges posed by the new Internet technologies. He did this mostly by training them in the new technologies, and jointly working with them to solve individual problems. He also did a great job of ensuring that all the different software modules were in sync with the overall architecture and that the individual developers were fully aware of the overall integration. He really helped raise the quality of the work of his team members.

2328 Bob Boozer Drive
Omaha, NE 68130-2558
TEL. (402) 330-8320
FAX (402) 330-8299
http://www.prismrsc.com

P 019226



Since being in a small company such as Prism involves wearing different hats, Sandeep also interacted a lot with our clients on many different levels. All of our clients had their unique needs to customize our core product ISA to their needs, and Sandeep did a lot of collaborative analysis and design to architect their customizations. He effectively conducted product demonstrations and system-level "chalk-talks" for our clients. He conducted corporate training courses to train customers in installing and using ISA, and he also helped recruit and train new team members of our development team.

Overall, Sandeep was a very valuable member of our team. We even nominated him for the "1997 Technology Guru of the Year" award hosted by a regional organization. He demonstrated excellent C/C++ and Java programming skills, excellent database design and development skills, and excellent system architecting and team leading skills. We are very certain that he will be a very valuable asset to any software development organization. We wish him all the best.

Sincerely,

*Richard L. Gregg*
Richard L. Gregg
President

P 019227

# EXHIBITS C-F
# REDACTED