IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| PRISM TECHNOLOGIES LLC )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>VERISIGN, INC., RSA SECURITY, INC., )<br>NETEGRITY, INC., COMPUTER )<br>ASSOCIATES INTERNATIONAL, INC., )<br>and JOHNSON & JOHNSON, )<br>)<br>Defendants. )<br>) | Civil Action No. 05-214<br><br>JURY TRIAL DEMANDED |

**RSA SECURITY INC.'S FIRST SUPPLEMENTAL CORPORATE
DISCLOSURE STATEMENT PURSUANT TO FED. R. CIV. P. 7.1**

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, and to enable Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for Defendant RSA Security Inc. (hereafter "RSA") respectfully submits the following supplemental corporate disclosure statement.

1. On September 18, 2006, EMC Corporation acquired all outstanding shares of RSA.

2. EMC Corporation is a publicly traded corporation, and no publicly held corporation owns more than 10% of its stock.

OF COUNSEL:
R William F. Lee
David B. Bassett
Donald R. Steinberg
Mark D. Selwyn
Gregory P. Teran
Wilmer Cutler Pickering Hale and Dorr LLP
60 State Street
Boston, MA  02109
(617) 526-6000

Frederick L. Cottrell, III (#2555)
cottrell@rlf.com
Alyssa M. Schwartz (#4351)
schwartz@rlf.com
Richards Layton & Finger
One Rodney Square
Wilmington, Delaware 19899
(302) 651-7756
Attorneys for Defendant RSA Security, Inc.

Dated: November 10, 2006

RLF1-3080977-1