# RICHARDS, LAYTON & FINGER

A PROFESSIONAL ASSOCIATION
ONE RODNEY SQUARE
920 NORTH KING STREET
WILMINGTON, DELAWARE 19801
(302) 651-7700
Fax (302) 651-7701
WWW.RLF.COM

ALYSSA M SCHWARTZ

DIRECT DIAL NUMBER
302-651-7756
Schwartz@rlf.com

November 16, 2006

**BY E-FILE AND HAND DELIVERY**

The Honorable Joseph J. Farnan, III
U.S. District Court
  for the District of Delaware
844 King Street, Lockbox 27
Wilmington, DE 19801

> Re:    **Prism Technologies, LLC v. VeriSign, Inc., et al.,**
>        **C.A. No. 05-214-JJF**

Dear Judge Farnan:

At the claim construction hearing, Your Honor asked the Defendants to inform the Court of whether they intend to file a response to Plaintiff's reliance on new documents (various Requests for Comments or RFCs) submitted at the hearing. Defendants intend to file a response by Wednesday, November 22nd.

Respectfully,

Alyssa M. Schwartz (#4351)

AMS:lmg

cc:    Clerk, U.S. District Court (by hand delivery and electronic filing)
       Patricia Smink Rogowski, Esquire (by electronic filing and electronic mail)
       Richard D. Kirk, Esquire (by electronic filing and electronic mail)
       Richard L. Horwitz, Esquire (by electronic filing and electronic mail)
       Steven J. Balick, Esquire (by electronic filing and electronic mail)
       Robert A. Auchter, Esquire (by electronic filing and electronic mail)
       Andre J. Bahou, Esquire (by electronic filing and electronic mail)
       Jeffrey D. Baxter, Esquire (by electronic filing and electronic mail)
       Samir A. Bhavsar, Esquire (by electronic filing and electronic mail)
       Jason R. Buratti, Esquire (by electronic filing and electronic mail)
       David M. Schlitz, Esquire (by electronic filing and electronic mail)
       Dirk D. Thomas, Esquire (by electronic mail)

The Honorable Joseph J. Farnan, III
November 16, 2006
Page 2


      John DiMatteo, Esquire (by electronic mail)
      Edward F. Mannino, Esquire (by electronic mail)
      Jason Snyderman, Esquire (by electronic mail)