IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| PRISM TECHNOLOGIES LLC<br><br>Plaintiff,<br><br>v.<br><br>VERISIGN, INC., RSA SECURITY, INC.,<br>NETEGRITY, INC., COMPUTER<br>ASSOCIATES INTERNATIONAL, INC.,<br>and JOHNSON & JOHNSON SERVICES, INC.,<br><br>Defendants. | C.A. No. 05-214 JJF |

NOTICE OF PLAINTIFF'S LEAD COUNSEL'S CHANGE OF ADDRESS

PLEASE TAKE NOTICE that, effective November 13, 2006, the new address of the

Washington, D.C. office of Robins, Kaplan, Miller & Ciresi, L.L.P., lead counsel for plaintiff

Prism Technologies, L.L.C., is 1875 Eye Street, N.W., Suite 300, Washington D.C. 20006-5409.

November 20, 2006                                THE BAYARD FIRM

/s/ Richard D. Kirk (rk0922)
Richard D. Kirk (rk0922)
Ashley B. Stitzer (as3891)
222 Delaware Avenue, Suite 900
Wilmington, Delaware 19899
(302) 655-5000
rkirk@bayardfirm.com
astitzer@bayardfirm.com
ATTORNEYS FOR PLAINTIFF PRISM
TECHNOLOGIES LLC

OF COUNSEL:
Dirk D. Thomas, Esq.
Robert A. Auchter, Esq.
Kenneth A. Freeling, Esq.
André J. Bahou, Esq.
Aziz Burgy, Esq.
Chandran B. Iyer, Esq.
Robins, Kaplan, Miller & Ciresi LLP
1875 Eye Street, N.W., Suite 300
Washington, D.C. 20006-5409
(202) 775-0725

643678-1