IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| PRISM TECHNOLOGIES LLC<br><br>     Plaintiff,<br><br>v.<br><br>VERISIGN, INC., RSA SECURITY, INC., NETEGRITY, INC., COMPUTER ASSOCIATES INTERNATIONAL, INC., and JOHNSON & JOHNSON SERVICES, INC.,<br><br>     Defendants. | Civil Action No. CA 05-214 JJF |

**NOTICE OF SUBPOENA *AD TESTIFICANDUM*
DIRECTED TO WAL-MART STORES, INC.**

TO:

Frederick L. Cottrell, III, Esq.
Alyssa M. Schwartz, Esq.
Richards Layton & Finger
One Rodney Square
P.O. Box 551
Wilmington, DE 19801

Richard L. Horwitz, Esq.
David E. Moore, Esq.
Potter Anderson & Corroon LLP
1313 N. Market Street
Hercules Plaza, 6th Floor
P.O. Box 951
Wilmington, DE 19899

Patricia S. Rogowski, Esq.
Connolly, Bove, Lodge & Hutz, LLP
1007 North Orange Street
P.O. Box 2207
Wilmington, DE 19899

Steven J. Balick, Esq.
John G. Day, Esq.
Ashby & Geddes
222 Delaware Ave., 17th Fl.
Wilmington, DE 19801

John DiMatteo, Esq.
Willkie Farr & Gallagher LLP
787 Seventh Avenue
New York, NY 10019-6099

William Lee, Esq.
Wilmer Cutler Hale & Dorr LLP
60 State Street
Boston, MA 02109

DC1 45691180 1
11/15/06

| | |
|---|---|
| Jason Snyderman, Esq. | Frank C. Cimino, Esq. |
| Akin Gump Strauss Hauer & Feld LLP | Akin Gump Strauss Hauer & Feld LLP |
| One Commerce Square, Suite 2200 | Robert S. Strauss Building |
| 2005 Market Street | 1333 New Hampshire Avenue, NW |
| Philadelphia, PA  19103 | Washington, DC 20036-1564 |
| | |
| David M. Schlitz | Samir A. Bhavsar |
| Baker Botts L.L.P. | Jeffrey D. Baxter |
| 1299 Pennsylvania Avenue, NW | Baker Botts L.L.P. |
| Washington, DC  20004-2400 | 2001 Ross Avenue |
| | Dallas, TX  75201-2980 |

PLEASE TAKE NOTICE that Plaintiff Prism Technologies L.L.C.'s, by its undersigned attorneys, will take the deposition of Wal-Mart Stores, Inc. ("Wal-Mart"), in accordance with the procedures described in Rules 30(b)(6) and 45 of the Federal Rules of Civil Procedure.

The deposition will be conducted at 12:30 p.m. on December 5, 2006, at Donald Court Reporting, Executive Center, 1116 South Walton Boulevard, Suite 155, Bentonville, AR 72712, before a certified court reporter or some other officer authorized by law to administer oaths, to be used at the trial of the above matter.

THE BAYARD FIRM

November 20, 2006

/s/ Richard D. Kirk (rk0922)
Richard D. Kirk
222 Delaware Avenue, Suite 900
Wilmington, Delaware 19899
(302) 655-5000
rkirk@bayardfirm.com

ATTORNEYS FOR PLAINTIFF PRISM TECHNOLOGIES LLC

OF COUNSEL:
Dirk D. Thomas, Esq.
Robert A. Auchter, Esq
Chandran B. Iyer, Esq.
André J. Bahou, Esq.
Aziz Burgy, Esq.
Robins, Kaplan, Miller & Ciresi, L.L.P.
1875 Eye Street, N.W., Suite 300
Washington, D.C.  20006-5409
(202) 775-0725

DC1 45691180.1
11/15/06