# EXHIBIT A

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| PRISM TECHNOLOGIES LLC,<br><br>                      Plaintiff,<br><br>   v.<br><br>VERISIGN, INC., RSA SECURITY, INC.,<br>NETEGRITY, INC., COMPUTER<br>ASSOCIATES INTERNATIONAL, INC.,<br>And JOHNSON & JOHNSON<br>SERVICES, INC.<br><br>                    Defendants. | Civil Action No. 05-214-JJF |

## DECLARATION OF MICHAEL I. SHAMOS, PH.D, J.D., CONCERNING CLAIM TERMS

I, Michael Ian Shamos, depose and say as follows:

## BACKGROUND & QUALIFICATIONS

1.  My name is Michael I. Shamos.  I am a Distinguished Career Professor in the School of Computer Science at Carnegie Mellon University in Pittsburgh, Pennsylvania.  I was a founder and Co-Director of the Institute for eCommerce at Carnegie Mellon and I now direct a graduate degree program in eBusiness Technology.  My résumé is attached as Exhibit 1 to this affidavit.

2.  I teach graduate courses at Carnegie Mellon in Electronic Commerce, including eCommerce Technology, Electronic Payment Systems, Electronic Voting and eCommerce Law and Regulation and have done so since 1999.

3.  From 1979-1987 I was the founder and president of two computer software development companies in Pittsburgh, Pennsylvania, Unilogic, Ltd. and Lexeme Corporation.

4.  I am an attorney admitted to practice in Pennsylvania and have been admitted to the Bar of the U.S. Patent and Trademark Office since 1981.

5.  I have previously testified in a number of cases concerning computer software, intellectual property, electronic payment, electronic voting and electronic commerce matters.  My résumé in Exhibit 1 contains a list of cases in which I have testified in the last ten years.

6.  I have been retained as a technical expert by the law firm of Robins Kaplan Miller & Ciresi LLP, which represents Plaintiff Prism Technologies LLC in this action.  In connection with my analysis, I have reviewed the Gregg et al. patent 6,516,416 (the "'416 patent or "the Patent") and its prosecution history.

7.  I have been engaged through Expert Engagements LLC ("EE"), a firm that locates expert services for law firms.  EE charges $475 per hour for my services, of which I receive $425.  I am one of the owners of EE.

8.  I was present at the Markman Hearing, which took place on November 9, 2006.  Certain incorrect statements were made by Defendants' counsel concerning the term "subscriber" and the method taught for authenticating the subscriber client computer and the first server to the clearinghouse.  I have been asked by counsel for Plaintiff to explain how one of ordinary skill in the art would have understood these matters at the time the Patent was filed.

9.  To understand how those skilled in the art would have understood the Patent, we must define the art.  The Specification itself defines the art by stating that "The present invention generally relates to security systems for use with computer networks and more particularly to a subscription access system that is particularly adapted for use with untrusted networks, such as the Internet" (1:4-7).  Thus the art is that of network security, network access mechanisms as it pertains to untrusted networks such as the Internet.

10. The level of skill of one skilled in the art to which the patent pertains would require familiarity with computer programming, computer security, network security devices such as firewalls and the Internet, including Internet protocols such as HTTP, TCP/IP and UDP, because these are referenced in the Specification.  No particular college degree would be required, nor would a person need to be a computer professional.

11. I am informed that in developing an understanding of claim terms, one skilled in the art is obliged to consider the claims themselves, the specification and prosecution history of the Patent, including arguments concerning the meaning and scope of the claims made by the applicants during prosecution.

12. I am informed that one skilled in the art is presumed to be familiar with all related publications and the state of the art at the time the Patent application was filed.

13. I am informed that section 112, paragraph 6 of the Patent Act states that a means-plus-function element "shall be construed to cover the corresponding structure, material, or acts described in the specification and equivalents thereof."

**"SUBSCRIBER"**

14. Claim 1 reads, in its entirety (letters added for convenience):

"A system for controlling the operation of and access to selected computer resources of at least a first server computer by at least one subscriber client computer via an untrusted network in an operating session, without necessarily controlling access to other computer resources provided by the first server computer and by other server computers and nonsubscriber client computers, comprising:
  (a) clearinghouse means for storing identity data of said first server computer and the identity data of each of said subscriber client computers;
  (b) server software means installed on said first server computer adapted to forward its identity data and identity data of each subscriber client computer to said clearinghouse means at the beginning of an operating session in which access to selected computer resources of said first server computer is requested;
  (c) client software means installed on each of said subscriber client computers adapted to forward its identity data to said first server computer at the beginning of an operating session in which access to selected computer resources is requested;
  (d) at least one hardware key connected to the subscriber client computer, said key being adapted to generate a predetermined digital identification, which identification is part of said identity data;
  (e) said server software means installed on the first server computer being adapted to selectively request the subscriber client computer to forward said predetermined digital identification to the first server computer to thereby confirm that said hardware key is connected to said subscriber client computer;
  (f) said clearinghouse means being adapted to authenticate the identity of said subscriber client computer responsive to a request for selected computer resources of said first server computer by a subscriber client computer; and
  (g) said clearinghouse means being adapted to authenticate the identity of said first server computer responsive to said subscriber client computer making the request for selected computer resources of said first server computer; and
  (h) said clearinghouse means being adapted to permit access to said selected

3

computer resources responsive to successful initial authentication of said first server computer and of said subscriber client computer making first request."

15. The issue has arisen as to the meaning of "subscriber" in the term "subscriber client computer." Defendants take the position that "subscriber" means a party who pays for access to content, while Plaintiff says that only registration is necessary.

16. During the Markman hearing, Defendants' counsel argued, but did not present evidence, that in the early days of the commercialization of the Internet, e.g. 1995-1997, "subscriber" meant "paid subscriber," and cited the Wall Street Journal and Playboy as examples. These isolated instances are highly misleading. The vast majority of websites at the time offered content free to subscribers.

17. The first newspaper to publish a regular Internet edition was the Palo Alto Weekly, which began publishing online on January 19, 1994. It was free.

18. The San Jose Mercury News began offering a free online edition in August 1994. It is still free, and to this day registration is still optional.

19. On April 26, 1995, the Wall Street Journal published an article by Bart Ziegler entitled "Stop the Presses: Publishers Scramble into On-Line Services, but Payoff is Unclear." This article pointed out that online readers expected free content and anticipated that it would be subsidized through paid advertising.

20. By May 1995, 150 U.S. newspapers were offering inline editions, almost all of them free.

21. On August 21, 1995, USA. Today, the U.S. newspaper with the largest circulation, began offering a free online edition.

22. On January 21, 1996, the New York Times began offering a free online edition. Registration was required, but no fee was charged. It was not until 2005 that the New York Times began to push online users toward paid content. See "New York Times Content Eases Toward Paid Subscription," by Barbara Quint[1].

---

[1] Available at http://www.infotoday.com/newsbreaks/nb050523-1.shtml.

643696-1

23. In May 1996, the Wall Street Journal became one of the few newspapers to charge for an online edition.

24. The reason that newspapers offered their content for free were (1) to attract readers to their websites; and (2) the difficulty of charging small amounts of money over the Internet. This was a time when many consumers were still reluctant to provide their credit card information online.

25. At the time the Patent was filed, the vast majority of Internet newspaper websites did not charge for content.

26. One of skill in the art would be familiar with the "publish-subscribe" model of Internet content delivery. This is a mechanism for distribution information to those who have indicated in advance a desire to receive it. In this model, "subscriber" carries no implication of payment, but simply indicates someone who has registered as a recipient.

27. The publish/subscribe model, along with a description of "subscriber," can be found in "Elvis has left the building: A publish/subscribe notification service with quenching," by Bill Segall and David Arnold, which appeared in the Proceedings of the AUUG97 Conference in Brisbane, Australia, September 1997[2].

28. Therefore, at the time the Patent was filed, "subscriber" did not mean a paying customer.

### "PUBLIC/PRIVATE KEY MECHANISM"

29. An issue has arisen whether one skilled in the art would learn from the Patent how to authenticate the first server to the clearinghouse. At 25:47-58, the specification states, "When a subscription access subscriber attempts to access any subscription access protected content from any one of these web sites, the respective server 69 for that web site will need to authenticate the subscriber. In order to perform subscriber authentication, the subscription access server will need to interact with the system clearinghouse 30, which it does by establishing and maintaining a communication line between itself and the clearinghouse. The information transmitted on this communication line is encrypted using a public/private key mechanism so that only authentic

---

[2] Available at http://www.elvin.org/papers/auug97/auug97.html.

servers and an to authentic subscription access clearinghouse can communicate with each other." ["and an to" in original should be "and an."]  The use of a "public/private key mechanism" for authentication had been well known since 1976.  Indeed, the principal algorithm for public-key authentication, known as RSA, was invented by the founders of Defendant RSA Data Security, Inc., Ronald Rivest, Adi Shamir and Leonard Adelman ("R," "S," and "A")[3].  The RSA algorithm was an integral part of the art and was fully described in Rivest et al U.S. Patent 4,405,829, which has a filing date of December 14, 1977 and was issued on September 20, 1983.

30.  This public/private key mechanism for authentication is fully described in Internet RFCs 1421 and 1422, which were provided to the Court at the Markman Hearing.  Therefore, one of ordinary skill in the art would recognize that the reference in the specification to "public/private key mechanism" is a teaching to use that method for authenticating identity.

31.  The "identity data" used for authenticating using a public/private key mechanism can be, for example, (1)a digital certificate; (2) a public key, which is contained in the digital certificate; or (3) a nonce (one-time password) encrypted with the a private key.

32.  Several mechanisms were known for associating the identity of a computer or user with such identity data, including indexing by name, public key or a hash of a digital certificate[4].

I declare under penalty of perjury that to the best of my knowledge the foregoing is true and correct and represent my opinions as an expert.

Executed on November 14, 2006 in Pittsburgh, PA.

_Michael Ian Shamos_

Michael Ian Shamos, Ph.D., J.D.

---

[3] See http://www.rsasecurity.com/node.asp?id=2760.
[4] This hash was known as a "thumb" and was used in the Secure Electronic Transctions (SET) protocol.

643696-1

# EXHIBIT 1

# Resume of Michael Ian Shamos

**ACADEMIC**
Education
Foreign Languages
Honors
Editorships
Publications

**LEGAL**
Experience
Bar Admissions
Expert Witness
Legislative Testimony
Arbitration

**ELECTRONIC VOTING**
Experience
Legislative Testimony
Publications

**BUSINESS**
Experience
Consulting
Directorships

**PERSONAL DATA**
Contact Information

**PUBLICATIONS**
Science
Digital Libraries
Electronic Voting
Billiards
In Preparation

**INVITED TALKS**
Electronic Commerce
Science and Law
Electronic Voting

**MISCELLANEOUS**
Personal Data

## Education

**A.B.** (1968) Princeton University (Physics).   Thesis: "An Absorber Theory of Gravitational Radiation".  Advisor: John A. Wheeler.

**M.A.** (1970) Vassar College (Physics).   Thesis: "An Absorber Theory of Acoustical Radiation."  Advisor: Morton A. Tavel.

**M.S.** (1972) American University (Technology of Management).

**M.S.** (1973) Yale University (Computer Science).

**M.Phil.** (1974) Yale University (Computer Science).

**Ph.D.** (1978) Yale University (Computer Science).   Thesis: "Computational Geometry".  Thesis committee: David Dobkin, Martin H. Schultz, Stanley C. Eisenstat.

**J.D.** (1981) Duquesne University, *cum laude.*

## Foreign Languages

French, Russian (good reading and technical translation skills, fair conversational ability).

## Academic Experience

Distinguished Career Professor, Institute for Software Research and Language Technologies Institute, School of Computer Science, Carnegie Mellon University (2001- ). Principal Systems Scientist (1998-2001).  Principal Lecturer (2002-2003).  Teaching Professor (2003- ).  Faculty, Tepper School of Business, Carnegie Mellon University (1999-2005).

Co-Director, Carnegie Mellon Institute for eCommerce (1998- ).  Vice-Chair, University Research Council (2000-2002), Director, eBusiness Technology degree program

Contact Information

(2003-).

Director, Universal Library, Carnegie Mellon University (1998-).

Visiting Professor, Department of Electrical and Electronic Engineering, The University of Hong Kong (2001- ).

Adjunct Faculty, Carnegie Mellon University, Department of Computer Science (1981-1998). Formerly Assistant Professor, Carnegie Mellon University, Departments of Computer Science and Mathematics (1975-81), Dept. of Statistics (1978-81).

**Recent courses taught (Carnegie Mellon):**
Algorithm Design and Analysis 15-451 (Comp. Sci.)
Intellectual Capital and its Protection 45-886 (MBA)
Ecommerce Technology 20-751 (MSEC program)
Electronic Payment Systems 20-753 (MSEC program)
Ecommerce Law and Regulation 46-840 (MSEC program)
Electronic Voting 17-803

## Honors and Awards

Fellow, Society of the Sigma Xi (1974-83).

IBM Fellowship, Yale University (1974–75).

SIAM National Lecturer (1977–78).

Distinguished Lecturer (computer science), University of Rochester (1978); McGill University (1979).

Duquesne University Law Review (1980–81).

Black & White Scotch Achiever's Award (first annual, 1991, for contributions to bagpipe musicography).

Industry Service Award of the Billiard and Bowling Institute of America, 1996 (for contributions to billiard history).

Billiard Worldcup Association official referee (2001-)

## Editorships

Editor-in-Chief, <u>Journal of Privacy Technology</u> (2003- ).

Member of Editorial Board, *Electronic Commerce Research Journal* (2000- ).

Member of Editorial Board, *Pittsburgh Journal of Technology, Law and Policy* (1999- ).

Dr. Shamos has reviewed scientific papers for <u>Communications of the ACM</u>, *Mathematical Reviews*, *IEEE Computer*, *IEEE Transactions on Computers*, <u>Information Processing Letters</u>, <u>Journal of the ACM</u> and the <u>Journal of Computational Physics</u>.

Contributing Editor, <u>Billiards Digest</u> magazine (1990- ).

## Legal Experience

Special Counsel, <u>Reed Smith LLP</u> (2000-2003), electronic commerce law.

Shareholder, <u>The Webb Law Firm</u> (1996-2000), intellectual property law. Associate (1990-95).

Private practice of law (1987-90), intellectual property

Associate, law firm of <u>Buchanan, Ingersoll, P. C.</u> (1985-87), Emerging Companies Department.

General Counsel, <u>Carnegie Group, Inc.</u> (1983-85), artificial intelligence company.

Private practice of law (1981-83), computer law.

## Bar Admissions

<u>Supreme Court of Pennsylvania</u> (1981– ).

<u>United States District Court for the Western District of Pennsylvania</u> (1981– ).

<u>United States Patent and Trademark Office</u> (1981– ).

United States Tax Court (1982– ).

United States Court of Appeals for the Armed Forces
(1982– ).

United States Court of Appeals for the Third Circuit (1982– ).

United States Supreme Court (1985– ).

United States Court of Appeals for the Federal Circuit
(1985– ).

## Expert Witness

Dr. Shamos serves as an expert witness in computer software
and electronic voting cases. He has participated in the
following:

*C.W. Communications, Inc. v. International Research
Service, Inc.*, Civil Action No. 84-890, (W.D. Pa. 1984), aff'd.
Case No. 88-3331 (3d Cir., Oct. 31, 1988). Dr. Shamos
testified as to the fame of the "Computerworld" trademark.
Result: permanent injunction against its infringement.
Judge McCune's Memorandum and Order states. "We accept
the conclusion drawn by Dr. Shamos."

*E.F. Hutton, Inc. v. Gipson* (W.D. Pa. 1985). Dr. Shamos
testified as to fraud in the inducement by a computer
hardware supplier. Result: compensatory damages +
$250,000 punitive damages.

*Levinson Steel Co. v. American Software, Inc. et al.*, Civil
Action No. 96-282, W.D. Pa. (1996). Dr. Shamos testified for
plaintiff concerning bad faith estimates of computer system
capacity. Result: settlement in favor of plaintiff in an
undisclosed amount. Contact: Anthony Basinski, Esq., Reed
Smith LLP.

*ASE Limited v. INCO Alloys International, Inc.*, Civil Action
No. 98-1266, (W.D. Pa. 1998). Dr. Shamos testified for
defendant concerning breach of computer services contract
by declaratory judgment plaintiff. Result: determination
that defendant was free to seek services from a different
vendor.

*Twentieth Century Fox Film Corp. v. iCraveTV.*, 53 U.S.P.Q. 2d 1831 (W.D. Pa. 2000). Testified for Plaintiffs concerning Internet technology used to stream video from U.S. TV stations through web sites in Canada. Result: TRO and preliminary injunction issued against defendants prohibiting continued infringement in the U.S. Contact: <u>Gregory Jordan, Esq.</u>, <u>Reed Smith LLP</u>.

Invited testimony before the British House of Lords, Subcommittee B of the European Union Committee, April 20, 2000. Subject: European regulation of eCommerce. View <u>testimony</u>.

*Universal Studios, Inc. v. Reimerdes*, 111 F. Supp. 2d 294 (S. D.N.Y. 2000), aff'd 273 F.3d 429 (2d Cir. 2001). Testified for plaintiff movie studios concerning accused software for decrypting DVDs in the first case interpreting the Digital Millennium Copyright Act. Result: permanent injunction issued in favor of plaintiffs on August 17, 2000. Contact: <u>William Hart, Esq.</u>, Proskauer Rose LLP. View <u>testimony</u>. View <u>opinion</u>. View <u>appellate opinion</u>.

*MercExchange, L.L.C. v. eBay, Inc. et al.*, Case No. 2:01-CV-736 (E.D. Va. 2001). Served as an expert for defendant <u>eBay</u> in an infringement case concerning U.S. Patent <u>6,202,051</u> for Internet auctions. Case is pending; following Dr. Shamos' reports, Defendants obtained a summary judgment of noninfringement of the subject patent, one of several at issue in the suit. Contact: <u>Tim Teter, Esq.</u>, <u>Cooley Godward LLP.</u>

*Powerquest Corp. v. Quarterdeck Corp. et al.*, Case No. 2:97-CV-0783 (D. Utah 1997). Served as an expert for plaintiff <u>PowerQuest</u> in an infringement case concerning U. S. Patents <u>5,675,769</u> and <u>5,706,472</u> for a method of resizing hard disk partitions. Dr. Shamos testified at the Markman hearing. Case settled when one of the defendants acquire plaintiff. Contact: <u>Gregg Anderson, Esq.</u>, <u>Merchant & Gould</u>, Denver, CO.

*Sightsound.Com Inc. v. N2K Inc. et al.*, C.A. 98-118 (W.D. Pa. 1998). Serving as an expert for defendants, including a subsidiary of Bertelsmann AG, concerning validity of U.S. Patents <u>5,191,573</u> and <u>5,966,440</u> for distribution of digital audio via telecommunications lines. Case settled. Contact: <u>Steven M. Hayes, Esq.</u>, Parcher, Hayes & Snyder, 500 Fifth

Avenue, New York, NY 10110.

*Freemarkets, Inc. v. B2eMarkets, Inc.*, C.A. 02-162-SLR (D. Del. 2002). Served as an expert witness for plaintiff concerning infringement of U.S. patents 6,216,114 and 6,223,167 concerning methods of conducting electronic auctions. Case settled two weeks after expert attended a demonstration of the accused product. Contact: D. Michael Underhill, Esq., Morgan, Lewis & Bockius LLP, 1111 Pennsylvania Ave. N.W., Washington, DC 20004.

*Lifecast.com, Inc. v. ClubCorp, Inc.*, AAA Case No. 71Y1170076301 (Dallas, TX). Served as an expert witness for respondent in a case alleging copyright infringement of Internet websites. Testified at arbitration. Result: Complainant's claims denied; award for respondent on counterclaims and for attorney's fees. Contact: Bill Whitehill, Esq., Gardere Wynne Sewell LLP, 1601 Elm St., Dallas, TX 75201.

*IP Innovation LLC v. Thomson Learning, Inc. et al.*, Case H-02-2031 (S.D. Tex. 2002). Served as a expert for defendant The Princeton Review, Inc. concerning alleged infringement of U.S. Patent 4,877,404 relating to online delivery of educational courses. Summary judgment of non-infringement obtained for defendant after favorable Markman proceeding. Contact: Peter Vogel, Esq., Gardere Wynne Sewell LLP, 1601 Elm St., Dallas, TX 75201.

*Starpay.com LLC et al. v. Visa International Service Association et al.*, Case 3-03-CV-976-L (N.D. Tex. 2003). Serving as an expert for defendant Visa concerning alleged infringement of U.S. Patent 5,903,878 relating to online authentication of credit card customers. Dr. Shamos provided the court with a Markman tutorial on Oct. 22, 2004. Status: pending. Contact: Johnny A. Kumar, Esq., Heller Ehrman White & McAuliffe, LLP, 1717 Rhode Island Ave. NW, Washington, D.C., 20036.

*Safeclick LLC v. Visa International Service Association et al.*, Case C-03-5865 (N.D. Cal. 2003). Serving as an expert for defendant Visa concerning alleged infringement of U.S. Patent 5,793,028 relating to online authentication of credit card customers. Summary judgment of noninfringement granted for Visa based on expert reports. Contact: Stanley

Young, Esq., Heller Ehrman, LLP, 275 Middlefield Road, Menlo Park, CA 94025.

*Wells Fargo Bank Minnesota, NA et al. v. UBS Warburg Real Estate Securities, Inc.*, Case 02-2849 (192d Judicial District, Dallas Cty., Tex, 2002) and *LaSalle Bank, NA et al. v. UBS Warburg Real Estate Securities, Inc.*, Case 02-2899-G (134th Judicial District, Dallas Cty., Tex, 2002). Serving as an expert for defendant UBS Warburg in an electronic discovery matter involving a case of first impression regarding Texas Discovery Rule 196.4 allocating costs of discovery of electronic records. Status: pending. Contact: Dawn Estes, Esq., Gardere Wynne Sewell LLP, 1601 Elm St., Dallas, TX 75201.

*American Association of People with Disabilities et al. v. Shelley et al.*, Case No. CV04-1526 FMC (PJWx) (C. D. Calif., 2004). Served as an expert for plaintiff AAPD, which has brought a claim against the California Secretary of State that requiring DRE voting machines to be equipped with audit trails violates the rights of disabled persons. Plaintiffs' application for TRO and preliminary injunction denied. Contact: John McDermott. Esq., Howrey Simon Arnold & White, 550 South Hope St., Suite 1100, Los Angeles, CA 90071.

*Paul Ware v. Target Corp.*, CA 4:03-CV-0243-HLM (N.D. Ga., 2003). Served as an expert for defendant Target Corp., a large retailer, in a case involving U.S. patent 4,707,492, claiming a method of conducting credit card sales. Case settled during Markman preparations. Contact: Thomas Burke, Esq., Fish & Neave, 1251 Ave. of the Americas, New York, NY 10020.

*Viad Corp., v. C. Alan Cordial et al.,* No. 03-1408 (W.D. Pa., filed 2003). Served as an expert for defendants in an action alleging misappropriation of trade secrets relating to software for automating certain aspects of the exhibit booth and trade show industries. Status: case settled immediately before trial, after plaintiff's unsuccessful Daubert challenge of Dr. Shamos. Contact: Barbara Scheib, Esq., Cohen & Grigsby, P.C., 11 Stanwix Street, Pittsburgh, PA 15222.

*Schade et al. v. Maryland State Bd. of Elections et al.*, Case No. C0497297 (Cir. Ct. Anne Arundel Cty. Md., 2004). Serving as an expert for defendants in a case challenging the

decision of the Board of Elections not to decertify Diebold AccuVote system. Result: Plaintiff's motion for preliminary injunction denied, upheld on appeal. Judge Manck's opinion cites Dr. Shamos' testimony as follows: "the court finds Dr. Shamos, Defendants' expert, to be the true voice of reason and the most credible expert in this matter." Remainder of case is pending. Contact: Michael Berman, Esq., Deputy Attorney General, 200 St. Paul Place, Baltimore, MD 21202-2021.

*Wexler et al. v. Lepore et al.*, Case No. 04-80216 (CIV-COHN) (S.D. Fla. 2004) . Served as an expert for defendants, various Florida election supervisors against claim by U.S. Congressman Robert Wexler that use of DRE voting machines without paper audit trails violates the equal protection clause of the U.S. Constitution. Dr. Shamos testified on Oct. 19, 2004. The trial judge rendered judgment in favor of defendants on Oct. 25. Contact: Jason Vail, Esq., Assistant Attorney General, Department of Legal Affairs, The Capitol, Tallahassee, FL 32399-1050. Opinion.

*Siemens Information and Communication Networks, Inc. v. Inter-Commercial Business Systems, Inc.*, Civil Action 3-03CV2171-L (N.D. Tex. 2004). Served as an expert for defendant against claim of copyright infringement based on reverse-engineered firmware resident in telephone switching systems. Status: case settled shortly after the submission of Dr. Shamos's rebuttal report on non-infringement. Contact: Bill Whitehill, Esq., Gardere Wynne Sewell LLP, 1601 Elm St., Dallas, TX 75201.

*Soverain Software LLC v. Amazon.com, Inc.*, C.A. No. 6:04-CV-14 (E.D. Tex. 2004). Served as an expert for plaintiff regarding asserted patents 5,708,780, 5,715,314 and 5,909,492, relating to the shopping cart paradigm of electronic commerce. Status: settled in Sept. 2005 with Amazon paying $40 million to Soverain and taking a license under the patents in suit. Contact: Thomas L. Giannetti, Esq., Jones Day, 222 E. 41st St., New York, NY 10017.

*CollegeNET, Inc. v. The Princeton Review, Inc.*, Case '051205KI (D. Ore. 2005). Serving as a expert for defendant The Princeton Review, Inc. concerning alleged infringement of U.S. Patent 6,460,042 relating to online delivery of

educational courses. Case is pending. Contact: Peter Vogel, Esq., Gardere Wynne Sewell LLP, 1601 Elm St., Dallas, TX 75201.

*CombineNet, Inc. v. Verticalnet. Inc.*, GD 05-018911 (Ct. Common Pleas, Allegheny Cty., PA). Served as an expert for plaintiff in an action for trade secret misappropriation relating to a system for conducting electronic auctions. Plaintiff won in arbitration. Contact: Mark Knedeisen, Esq., Kirkpatrick & Lockhart Nicholson Graham LLP, 535 Smithfield Street, Pittsburgh, PA 15222-2312.

*RealSource, Inc. v. Best Buy Co., Inc. et al.*, No. A04-CA-771-LY (W.D. Tex.). Serving as an expert for defendant Lowe's Companies, Inc., against a claim of infringement of U.S. patent 5,732,136 relating to validation of point-of-sale debit card transactions. Provided a tutorial to the Court during Markman proceedings concerning debit card technology. Case is pending. Contact: Michael S. Connor, Esq., Alston & Bird LLP, Bank of America Plaza, 101 South Tryon St, Suite 4000, Charlotte, NC 28280-4000.

*DE Technologies, Inc. v. Dell, Inc. et al.*, No. 7:04-CV-00628 (W.D. Va.). Serving as an expert for plaintiff DE Technologies, Inc., asserting a claim of infringement of U.S. patents 6,460,020 and 6,845,364, relating to a system for implementing international sales transactions. Case is pending. Contact: David Marder, Esq., Robins Kaplan Miller & Ciresi LLP, 800 Boylston Street, 25th Floor, Boston, MA 02199.

*Eaton Power Quality Corp. v. J.T. Packard & Associates*, No. 05 C 3545 (N.D. Ill. 2005). Serving as expert for plaintiff in a claim of software copyright infringement involving a system for configuring industrial uninterruptible power supplied. Case is pending. Contact: Keith Schoeneberger, Esq., LeBoeuf, Lamb, Greene & MacRae LLP, Suite 1175, 180 North Stetson Ave., Chicago, IL 60601-6783.

*Taylor et al. v. Onorato et al.*, CA 06-481 (W.D. Pa 2006). Serving as an expert for Commonwealth of Pennsylvania defendants in an action seeking to enjoin the use of electronic voting machines in Allegheny County, PA. Dr. Shamos testified at length in a preliminary injunction hearing held April 25-27, 2006. The injunction was denied

on April 28.  The remainder of the case is pending.  Contact: Mark Aronchick, Esq., Hangley Aronchick Segal & Pudlin, One Logan Square, 18th & Cherry Streets, 27th Floor, Philadelphia, PA 19103.

*FedEx Ground Package System, Inc. v. Applications International Corp.*, CA No. 03-1512 (W.D. Pa.).  Serving as an expert for defendant counterclaiming for copyright infringement and trade secret misappropriation relating to software for maintaining occupational health and safety records.  Case is pending.  Contact: Ronald Hicks, Esq., Meyer, Unkovic & Scott LLP, 1300 Oliver Bldg., Pittsburgh, PA 15222.

*EpicRealm Licensing, LLC v. Franklin Covey, Inc. et al.*, CA 2-05CV-356 (E.D. Texas).  Serving as an expert for defendants in an action alleging infringement of U.S. patents 5,894,554 and 6,415,335, relating to a system for managing generation of dynamic Internet web pages.  Case is pending.  Contact: Ognian Shentov, Esq., Jones Day, 222 E. 41st St., New York, NY 10017.

## Legislative Testimony

Testimony before the Texas Legislature concerning electronic voting, Austin, Texas, 1987.  Result: passage of the Texas Electronic Voting Law.

Invited testimony before the British House of Lords, Subcommittee B of the European Union Committee, April 20, 2000.   Subject: European regulation of eCommerce.

Testimony before the Pennsylvania Legislature State Government Committee concerning electronic voting, Philadelphia, March 10, 2004.

Testimony before the United States Commission on Civil Rights concerning electronic voting, Washington, DC, April 9, 2004.

Testimony before the U.S. House of Representatives Committee on Science concerning voting system certification, Washington, DC, June 24, 2004.

Testimony before the U.S. House of Representatives

Committee on House Administration concerning voting system security, Washington, DC, July 7, 2004.

Testimony before the U.S. House of Representatives Committee on Government Reform concerning electronic voting technology, Washington, DC, July 20, 2004.

Testimony on DREs and paper trails before the Virginia Legislature Study Commission on Voting System Certification and Security, Richmond, VA, August 16, 2004.

Testimony before the Election Assistance Commission, Technical Guidelines Development Committee, Subcommittee on Computer Security and Transparency, Gaithersburg, MD, Sept. 20, 2004.

Testimony before the House Ways and Means Committee of the Maryland General Assembly on voting machine paper trails, Annapolis, MD, December 7, 2004.

## Arbitration

Dr. Shamos has served as an arbitrator in computer-related disputes for the American Arbitration Association.

## Electronic Voting

Dr. Shamos has served as an examiner of electronic voting systems and consultant on electronic voting.

Consultant to the Pennsylvania Secretary of the Commonwealth (2004- ).

Project SERVE Security Peer Review Group (2003).

Attorney General's Designee for electronic voting examinations, State of Texas (1987-2000).

Attorney for Counsel to the Secretary of the Commonwealth, Commonwealth of Pennsylvania. (1998-2000); Statutory Examiner for electronic voting, Commonwealth of Pennsylvania (1980-1996).

Consultant to Montgomery County, Pennsylvania (1996).

Consultant to the Secretary of State of Nevada (1996).

Consultant to the Delaware Legislature (1989).

## Business Experience

President, Unus, Inc., database publishing software (formerly Unilogic, Ltd.) (1990-1992)

President, Lexeme Corporation (1984-87), software language translation products.

Managing Partner, Shamos and Tchen (1978-82), computer consulting firm.

Supervisory Programmer, National Cancer Institute (1970-72), while a commissioned officer in the United States Public Health Service (O-3).

Associate Engineer, IBM Corporation (1968-70), design of manufacturing information systems.

## Consulting

Morgan Stanley Dean Witter (2000-2002 ).  Contact: Stephanie Homes.

McKinsey & Co. (1999-2001).   Contact: Will Draper (BTO Stamford)

Bell Atlantic Corporation (1999-).  Contact: John Martin.

LG-CNS, South Korea (2002-).  Project to automate the Korean court system.

## Directorships

Unilogic, Ltd. (1979–87) (later Unus, Inc. d/b/a Cygnet Publishing Technologies, 1987- ).  Database publishing software.

The Billiard Archive (1983– ).  Historical nonprofit foundation.

Lexeme Corporation (1984-1987).  Computer source language translation.

Insurance Technology Corporation (1992--1995).  IT consulting for the insurance industry.

## Personal Data

Date of birth: April 21, 1947.

Married to Julie Shamos (formerly Julie Van Allen), August 12, 1973.

Children: Josselyn (born May 20, 1982), Alexander (born August 3, 1984).

Military Status: Veteran (Commissioned Officer, U.S. Public Health Service, 1970-72).

Health: excellent

## Contact Information

Office Address:
  Language Technologies Institute
  4515 Newell Simon Hall
  Carnegie Mellon University
  Pittsburgh, PA  15213
    Office Telephone:  412-268-8193
    Office Fax: 412-268-6298
    Email: shamos@cs.cmu.edu

Home Address:
  605 Devonshire Street
  Pittsburgh, PA  15213-2904
    Home Telephone:  412-681-8398
    Home Fax: 412-681-8916

## Publications

### SCIENCE

Books

1. *Computational Geometry: An Introduction*, with F. P. Preparata.

Springer-Verlag (1985, revised ed., 1991), 390 pp. ISBN 0387961313. According to <u>Citeseer</u>, this is the 28th most frequently cited work in computer science.

2. <u>*Vyichislitel'naya Geometria: Vyedyeniye*</u>. Russian translation of "Computational Geometry: An Introduction." Moscow: Mir Publishers (1989). ISBN 5030010416.

3. *Keisan kikagaku nyumon*. Japanese translated by T. Asano and T. Asano of *Computational Geometry: An Introduction*, with F. P. Preparata. Soken Shuppan (Jul. 1992). ISBN4795263213.

4. <u>*Handbook of Academic Titles*</u>. 198 pp. (Nov. 2002). An encyclopedia of various academic designations used at over 1000 colleges and universities in the United States.

5. *Geometria obliczeniowa. Wprowadzenie*. Polish translation of "Computational Geometry: An Introduction." Warsaw: Helion (2003) 392 pp. ISBN 83-7361-098-7.

Articles

1. "On the Piezoelectric Effect in Bone," with M. H. Shamos and L. S. Lavine. *Nature* **197**:81 (1963).

2. "An Absorber Theory of Acoustic Radiation," with M. A. Tavel. *Journal of the Acoustical Society of America* **54**:46–49 (1973).

3. "Problems in Computational Geometry." Unpublished book manuscript (1974, revised 1977). Distributed in photocopy.

4. "Geometric Complexity." *Proceedings of the Seventh Annual ACM Symposium on Automata and Theory of Computation* (May 1975) 224–233.

5. "Closest-point Problems," with D. J. Hoey. *Proceedings of the Sixteenth IEEE Symposium on Foundations of Computer Science* (Oct. 1975) 151–162.

6. "Divide and Conquer in Multidimensional Space," with J. L. Bentley. *Proceedings of the Eighth Annual ACM Symposium on Automata and Theory of Computing* (May 1976) 220–230.

7. "Geometric Intersection Problems," with D. J. Hoey. *Proceedings of the Seventeenth Annual IEEE Symposium on Foundations of Computer*

*Science* (Oct. 1976) 208–215.

8. "Lower Bounds from Complex Function Theory," with G. Yuval. *Proceedings of the Seventeenth Annual IEEE Symposium on Foundations of Computer Science* (Oct. 1976) 268–273.

9. "Geometry and Statistics: Problems at the Interface." In *Algorithms and Complexity: New Directions and Recent Results*, J. F. Traub, ed., Academic Press (1976) 251–280.

10. "Divide and Conquer for Linear Expected Time," with J. L. Bentley. *Information Processing Letters* 7 (1977) 87–91.

11. "A Problem in Multivariate Statistics: Algorithm, Data Structure, and Applications," with J. L. Bentley. *Proceedings of the Fifteenth Allerton Conference on Communications, Control and Computers* (Sep. 1977) 193–201.

12. "Optimal Algorithms for Structuring Geographic Data," with J. L. Bentley. *Proceedings of the Harvard Conference on Topological Data Structures for Geographic Information Systems* (Oct. 1977) 43–51.

13. "Computational Geometry." Ph.D. Thesis, Yale University (1978). University Microfilms, Ann Arbor, MI.

14. "On Time and Space," with A. R. Meyer. In *Perspectives on Computer Science*, A. K. Jones, ed. Academic Press (1978).

15. *Combinatorics on Graphs I: Graph Polynomials*. Unpublished book manuscript (1978).

16. "Robust Picture Processing Operators and Their Implementation as Circuits." *Proceedings of the Fall 1978 Workshop on Image Processing*, Carnegie Mellon University (1978).

17. "A practical system for source language translation," with T. R. Kueny and P. L. Lehman. *Proceedings of the National Conf. on Software Reuseability and Maintainability*, pp. B-1 – B-12, Washington, DC (Sep. 1986).

18. "The Early Years of Computational Geometry – A Personal Memoir." *Advances in Discrete and Computational Geometry* (B. Chazelle, J. E. Goodman, and R. Pollack, eds.), *Contemporary Mathematics*, Amer. Math. Soc., Providence (1998).

**DIGITAL LIBRARIES**

Articles

1. "Machines as readers: a solution to the copyright problem." J. Zhejiang Univ. Science 6A, 11, pp. 1179-1187 (Nov. 2005).

Reports

1. "Japanese Digital Information Policy, Intellectual Property and Economics," in "<u>Digital Information Organization in Japan</u>," International Technology Research Institute (1998).

## ELECTRONIC VOTING

Articles

1. "Voting System Certification — An Examiner's View." Invited paper presented at the Election Center Conference, Reno, Nevada (Sep. 1989).

2. "<u>Electronic Voting — Evaluating the Threat</u>." Proc. Third ACM Conf. on Computers, Freedom & Privacy, San Francisco, CA (Mar. 1993).

3. "<u>Paper v. Electronic Voting Records — An Assessment</u>." Proc. 14th ACM Conf. on Computers, Freedom & Privacy, Berkeley, CA (Apr. 2004).

4. "<u>Evaluation of Voting Systems</u>," with P.L. Vora, B. Adida, R. Bucholz, D. Chaum, D. Dill, D. Jefferson, D. Jones, W. Lattin, A. Rubin and M. Young, Commun. ACM 47(11):144 (2004).

## BILLIARDS

Books

1. *Pool.*   New York: Mallard Press division of Bantam-Doubleday-Dell Promotional Book Company (Aug. 1991). 128 pp.  ISBN 0-7924-5310-7.

2. *Le billard et le billard américain.*  Paris: Minerva, 1992, reprinted 1997.  128 pp. Translation by Jean-Yves Prate of the author's American book, *Pool*. ISBN 2--8307–0160–7 (1992), 2-8814-3135-6 (1997).

3. *The Illustrated Encyclopedia of Billiards*.  New York: Lyons & Burford (1993).   310 pp. ISBN 1-55821-219-1.

4. *Pool Snooker Carambola*.  Padua: Facto Edizioni (1993). 128 pp. Italian

translation of *Pool*. Translated by Elisabetta Bezzon. ISBN 88-85860-20-6.  The only English-language billiard book ever published in Italian.

5. *Pool*.  New York: Friedman/Fairfax (Jun. 1994). 128 pp.  ISBN 1-56799-061-4.  Paperback edition of the author's 1991 *Pool*.

6. *Shooting Pool: The People, the Passion, the Pulse of the Game*, with photographs by George Bennett.  New York: Artisan (Jun. 1998).  144 pp.  ISBN 1-885183-95-X.  A Book-of-the-Month Club bonus selection (Fall, 1998).

7. *Setting the Stage for Fifty Years*. Coralville, IA: Billiard Congress of America (Jun. 1998). 88 pp.  A history of the Billiard Congress of America.

8. *The New Illustrated Encyclopedia of Billiards*.  New York: Lyons Press (1999).  320 pp.  ISBN 1-55821-797-5.  An expanded and revised edition of *The Illustrated Encyclopedia of Billiards*.

9. *The Complete Book of Billiards*.  New York: Gramercy Books (2000).  306 pp.  ISBN 0-517-20869-5.  Reissue of author's 1993 *The Illustrated Encyclopedia of Billiards*.

**In Preparation**

### SCIENCE

Books

1. *A Catalog of the Real Numbers*.  A list, patterned after Sloane & Plouffe, The Encyclopedia of Integer Sequences, Academic Press (1995).  Over 8000 interesting real numbers arranging in lexical order by decimal expansion, with accompanying formulas.

2. *Handbook of Academic Titles*.

Articles

1. *Overcounting Functions*.  A systematic method of transforming certain multiple summations into single summations, with new number-theoretic results.

2. *Property Enumerators and a Partial Sum Theorem*.  A new result allowing rapid symbolic evaluation of certain types of double summations.

# LAW

Books

1. *A Dictionary of American Intellectual Property*.

## Invited Talks

### ELECTRONIC COMMERCE

"The U.S., Korea and the Internet Bubble."  Korea International Trade Association (Seoul, July 2003).

"Electronic Judiciary Services in the United States."  Address at the Supreme Court of Korea (Dec. 2004).

"eGovernment in the United States."  Public address at the University of Hong Kong (Feb. 2005).

### SCIENCE AND LAW

"Digital Property in the 21st Century."  Keynote address for the Spring Meeting of the American Intellectual Property Law Association, Pittsburgh, PA (May 2000).  View slides.

"Who Owns This Algorithm?" Carnegie Mellon University (Nov 1991); Microelectronics and Computer Corporation (Jan. 1992); Univ. of Texas at Austin (Jan. 1992); UCLA (Feb. 1992).

"New Computer Technology and Its Application to Worker's Compensation." Forum IV, Newport Beach, CA (Feb. 1992).

"The Office of the Future, If There Is One." 1994 IAIABC Conf., Pittsburgh, PA (Sep. 1994).

"The Fringes of Infringement." University of Texas, Austin, TX (Sep. 1995).

"The Arts and the Internet." Allegheny County Bar Association Continuing Legal Education course (June 26, 1996).

"The Universal Information Resource." Inventing the Future, Symposium in Honor of Raj Reddy's 60th Birthday, Carnegie Mellon University, Pittsburgh, PA (May 1998).

"The Universal Library."  University of Texas at Austin (Sep. 1998)

"The Universal Library and Its Role in Scientific Information." Keynote address to the RNA Society symposium on Emerging Sources of RNA Information, Arlington, VA (Dec. 8, 1998).

"Digital Property in the 21st Century." Luncheon address to the American Intellectual Property Law Association, Pittsburgh, PA (May. 2000).

"The Future of eCommerce." Address to the Association for Corporate Growth, Pittsburgh, PA (Dec. 2001).

"Copyright Protection and Distance Learning." Hong Kong Intellectual Property Office (Feb. 2002).

"Surprises in Experimental Mathematics." Carnegie Mellon University Mathematics Seminar (Feb. 2002).

"The Universal Dictionary." Address at International Institute of Information Technologies (IIIT), Hyderabad, India (Jan. 2003).

"The Million Book Projects." Public address at the University of Hong Kong (Jan. 2003).

"Mathematics and the Privacy Laws." ALADDIN Workshop on Privacy in D.A.T.A., Pittsburgh, PA (Mar. 2003).

"Machines as readers: a solution to the copyright problem." 1st Int'l Conf. on Universal Digital Library, Hangzhou, China (Nov. 2005).

"University Technology Transfer: How to Fix It." Asia Conference on Technology Transfer (ACTT) 2006, Seoul, S. Korea (Mar. 2006).

## ELECTRONIC VOTING

"Voting System Certification — An Examiner's View." Election Center Conference, Reno, Nevada (Sep. 1989).

"Electronic Voting — Evaluating the Threat." Third Conf. on Computers, Freedom and Privacy, San Francisco, CA (Mar. 1993).

"What's Happing in Florida?" Carnegie Mellon University (Nov. 2001)."

"Electronic Voting: The Technology of Democracy." Hong Kong University (Feb. 2004).

"Theory v. Practice in Electronic Voting."  DIMACS (Rutgers Univ., May 2004).

"HAVA: Are We Ready?"  Panel at the League of Women Voters National Convention, Washington, DC (Jun. 2004).

"Testing Voting Machines."  Panel at the American Enterprise Institute, Washington, DC (Jun. 2004).

"Electronic Voting: Promise and Peril."  Talk at the Moritz College of Law, Ohio State University (Sep. 2004).

"Is e-voting ready for prime time: Legal and technical issues regarding the upcoming Presidential election."  Panel at John Marshall Law School (Chicago, IL, Oct.  2004).

"Is Electronic Voting Reliable?"  Talk to the Kiwanis Club of Dubuque, Iowa (Feb. 2005).

"The Top Ten Problems in Practical Electronic Voting."  Int'l Workshop on Mathematics and Democracy, Ettore Majorana Centre, Erice, Sicily (Sept. 2005).

"Why Don't We Have Paper Trails in Pennsylvania?"  Carnegie Mellon Univ. CyLab Seminar, Pittsburgh, PA (Jan 2006).

"Paper Trails and the Pennsylvania Certification Process."  County Commissioners Association of Pennsylvania 2006 Spring Conference, Harrisburg, PA (Mar. 2006).