IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| PRISM TECHNOLOGIES LLC<br><br>　　　　　　　　Plaintiff,<br><br>　　v.<br><br>VERISIGN, INC., RSA SECURITY, INC., NETEGRITY, INC., COMPUTER ASSOCIATES INTERNATIONAL, INC., and JOHNSON & JOHNSON SERVICES, INC.,<br><br>　　　　　　　　Defendants. | Civil Action No. 05-214 JJF |

## PLAINTIFF PRISM TECHNOLOGIES LLC'S NOTICE OF DEPOSITION OF KERRY LOFTUS

Please take notice that Plaintiff Prism Technologies LLC, pursuant to Fed. R. Civ. P. 26 and 30 and the Local Rules of the Court, will take deposition upon oral examination of Kerry Loftus. The deposition shall commence at 9:00 a.m. on November 29, 2006 at Akin Gump Strauss Hauer & Feld, LLP, Two Palo Alto Square, 3000 El Camino Real, Suite 400, Palo Alto, California 94306 or at another mutually agreed upon location.

The deposition will be taken by oral examination before an officer authorized by the laws of the United States to administer oaths, and will be recorded by stenographic, videographic and/or audiographic means.

643851-1

November 21, 2006                                          THE BAYARD FIRM


                                                           /s/ Richard D. Kirk (rk0922)
                                                           Richard D. Kirk (rk0922)
                                                           Ashley B. Stitzer (as3891)
                                                           222 Delaware Avenue, Suite 900
                                                           Wilmington, Delaware 19899
                                                           (302) 655-5000
                                                           rkirk@bayardfirm.com
                                                           astitzer@bayardfirm.com

                                                           ATTORNEYS FOR PLAINTIFF PRISM
                                                           TECHNOLOGIES LLC

OF COUNSEL:

Dirk D. Thomas, Esq.
Robert A. Auchter, Esq.
Kenneth A. Freeling, Esq.
André J. Bahou, Esq.
Aziz Burgy, Esq.
Chandran B. Iyer, Esq.
Robins, Kaplan, Miller & Ciresi LLP
1875 Eye Street, N.W., Suite 300
Washington, D.C.  20006-5409
(202) 775-0725

643851-1