IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| PRISM TECHNOLOGIES LLC, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | |
| ) C. A. No. 05-214-JJF | |
| VERISIGN, INC., RSA SECURITY, INC., ) | |
| NETEGRITY, INC., COMPUTER ASSOCIATES ) | |
| INTERNATIONAL, INC., and JOHNSON & ) | |
| JOHNSON SERVICES, INC., ) | |
| ) | |
| Defendants ) | |

## NOTICE OF SERVICE

The undersigned, counsel for Netegrity, Inc. and Computer Associates International, Inc., hereby certifies that true and correct copies of (1) Defendant Computer Associates Second Supplemental Answers and Objections to Plaintiff's Interrogatories (Nos. 3 and 11); and (2) Defendant Netegrity's Second Supplemental Answers and Objections to Plaintiff's Interrogatories (Nos. 3 and 11).caused to be served on November 29, 2006 on the attorneys of record at the following addresses as indicated:

**VIA HAND DELIVERY**

Richard D. Kirk
The Bayard Firm
222 Delaware Avenue, Suite 900
P. O. Box 25130
Wilmington, DE 19899-5130

Frederick L. Cottrell, III
Alyssa M. Schwartz
Richards, Layton & Finger
One Rodney Square
P. O. Box 551
Wilmington, DE 19899-0551

Patricia Smink Rogowski
Connolly, Bove, Lodge & Hutz
1007 North Orange Street
P.O. Box 2207
Wilmington, DE 19899

Steven Balick
John G. Day
Ashby & Geddes
222 Delaware Avenue
P. O. Box 1150
Wilmington, DE 19899

**VIA ELECTRONIC MAIL**

| | |
|---|---|
| Dirk D. Thomas | William F. Lee |
| Robert A. Auchter | David B. Bassett |
| Kenneth A. Freeling | Mark D. Selwyn |
| Jason R. Buratti | Gregory P. Teran |
| André J. Bahou | Wilmer Cutler Pickering Hale & Dorr |
| Robins, Kaplan, Miller & Ciresi, L.L.P. | 60 State Street |
| 1801 K Street, Suite 1200 | Boston, MA 02109 |
| Washington, DC 20006 | |
| | |
| Edward F. Mannino | John DiMatteo |
| Jason A Snyderman | Willkie Farr & Gallagher LLP |
| Akin Gump Strauss Hauer & Feld LLP | 787 Seventh Avenue |
| One Commerce Square, Suite 2200 | New York, NY 10019-6099 |
| 2005 Market Street | |
| Philadelphia, PA 19103 | |

Frank C. Cimino
Akin Gump Strauss Hauer & Feld LLP
Robert S. Strauss Building
1333 New Hampshire Avenue, NW
Washington, DC 20036-1564

| | |
|---|---|
| OF COUNSEL | POTTER ANDERSON & CORROON LLP |
| | |
| David M. Schlitz | |
| BAKER BOTTS L.L.P. | By: /s David E. Moore |
| 1299 Pennsylvania Ave., N.W. | Richard L. Horwitz (#2246) |
| Washington, D.C. 20004-2400 | David E. Moore (#3983) |
| Tel. 202-639-7700 | Hercules Plaza, 6th Floor |
| | 1313 N. Market Street |
| Samir A. Bhavsar | P.O. Box 951 |
| Jeffrey D. Baxter | Wilmington, DE 19899-0951 |
| BAKER BOTTS L.L.P. | Tel: 302-984-6000 |
| 2001 Ross Avenue | |
| Dallas, TX 75201-2980 | *Attorney for Defendants Netrigity, Inc. and* |
| Tel: 214-953-6500 | *Computer Associates International, Inc. and* |

Dated: November 30, 2006

764726 / 29074

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

### CERTIFICATE OF SERVICE

I, David E. Moore, hereby certify that on November 30, 2006, the attached document was hand-delivered on the following persons and was electronically filed with the Clerk of the Court using CM/ECF which will send notification to the registered attorney(s) of record that the document has been filed and is available for viewing and downloading:

Richard D. Kirk
The Bayard Firm
222 Delaware Avenue, Suite 900
P. O. Box 25130
Wilmington, DE 19899-5130

Frederick L. Cottrell, III
Alyssa M. Schwartz
Richards, Layton & Finger
One Rodney Square
P. O. Box 551
Wilmington, DE 19899-0551

Patricia Smink Rogowski
Connolly, Bove, Lodge & Hutz
1007 North Orange Street
P.O. Box 2207
Wilmington, DE 19899

Steven Balick
John G. Day
Ashby & Geddes
222 Delaware Avenue
P. O. Box 1150
Wilmington, DE 19899

I hereby certify that on November 30, 2006, I have Electronically Mailed the documents to the following:

Dirk D. Thomas
Robert A. Auchter
Kenneth A. Freeling
Jason R. Buratti
André J. Bahou
Robins, Kaplan, Miller & Ciresi, L.L.P.
1875 Eye Street, N.W., Suite 300
Washington, DC 20006-5409
PrismCounsel@rkmc.com

William F. Lee
David B. Bassett
Mark D. Selwyn
Gregory P. Teran
Wilmer Cutler Pickering Hale & Dorr
60 State Street
Boston, MA 02109
RSAPrismLitigation@wilmerhale.com

Edward F. Mannino
Jason A Snyderman
Akin Gump Strauss Hauer & Feld LLP
One Commerce Square, Suite 2200
2005 Market Street
Philadelphia, PA 19103
VerisignPrism@akingump.com

Frank C. Cimino
Akin Gump Strauss Hauer & Feld LLP
Robert S. Strauss Building
1333 New Hampshire Avenue, NW
Washington, DC 20036-1564
fcimino@akingump.com

John DiMatteo
Willkie Farr & Gallagher LLP
787 Seventh Avenue
New York, NY 10019-6099
PrismLitigation-JJSI@willkie.com

/s/ David E. Moore
Richard L. Horwitz
David E. Moore
Potter Anderson & Corroon LLP
Hercules Plaza – Sixth Floor
1313 North Market Street
P.O. Box 951
Wilmington, DE 19899-0951
(302) 984-6000
rhorwitz@potteranderson.com
dmoore@potteranderson.com

680022