IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| PRISM TECHNOLOGIES LLC<br><br>  Plaintiff,<br><br>  v.<br><br>VERISIGN, INC., RSA SECURITY, INC., NETEGRITY, INC., COMPUTER ASSOCIATES INTERNATIONAL, INC., and JOHNSON & JOHNSON SERVICES, INC.,<br><br>  Defendants. | Civil Action No. 05-00214 JJF |

**PLAINTIFF PRISM TECHNOLOGIES, L.L.C.'S
NOTICE OF SUPPLEMENTAL DEPOSITION TOPICS TO
DEFENDANT RSA SECURITY, INC.**

Please take notice that Plaintiff Prism Technologies LLC ("Prism") pursuant to Fed. R. Civ. P. 30(b)(6) and the Local Rules of the Court, will take deposition upon oral examination of Defendant RSA Security, Inc. ("RSA"), by and through the person or persons most knowledgeable about the subjects listed below, commencing on a mutually agreeable date and time at RSA's offices at 174 Middlesex Turnpike, Bedford, Massachusetts or at another mutually convenient location.

The deposition will be taken by oral examination before an officer authorized by the laws of the United States to administer oaths, and will be recorded by stenographic and videographic and/or audiographic means.

In accordance with Rule 30(b)(6) of Fed. R. Civ. P., RSA is advised of its duty to designate one or more of its officers, directors, or other persons to testify on its behalf with

644597-1

respect to the topics listed in Schedule B.  At least one week in advance of the date of deposition, RSA should (1) provide a written designation of the name(s) and position(s) of the person(s) designated to testify, and (2) produce, pursuant to Fed. R. Civ. P. 34, any documents reviewed or considered in preparation for the deposition, except those documents produced in response to Prism's discovery requests may be identified by production number.

THE BAYARD FIRM

November 30, 2006

/s/ Richard D. Kirk (rk0922)
Richard D. Kirk (rk0922)
222 Delaware Avenue, Suite 900
Wilmington, Delaware 19899
(302) 655-5000
rkirk@bayardfirm.com
astitzer@bayardfirm.com

ATTORNEYS FOR PLAINTIFF PRISM TECHNOLOGIES LLC

OF COUNSEL:

Dirk D. Thomas, Esq.
Robert A. Auchter, Esq.
Kenneth A. Freeling, Esq.
Chandran B. Iyer, Esq.
André J. Bahou, Esq.
Aziz Burgy, Esq.
Robins, Kaplan, Miller & Ciresi, L.L.P.
1801 K Street, N.W., Suite 1200
Washington, D.C.  20006
(202) 775-0725

644597-1

# SCHEDULE A

## DEFINITIONS AND INSTRUCTIONS

A.   "The '416 patent" or "patent-in-suit" refers to United States Patent No. 6,516,416, entitled "Subscription Access System For Use With An Untrusted Network."

B.   "Identity and Access Management" ("IAM") shall mean software and hardware intended to identify users in a system (employees, customers, contractors, etc.) and control their access to resources by associating user rights and restrictions with the established identity, including but not limited to Web single sign-on (SSO), advanced authentication, and/or strong authentication used with USB tokens, Smart Cards, and/or digital identification.

C.   The "accused software products" refer to RSA's IAM products, including, but not limited to, the following RSA products:

    a.   ClearTrust (now known as Access Manager);

    b.   ClearTrust with Sign-On Manager;

    c.   ClearTrust with Federated Identity Manager;

    d.   Validation Solution;

    e.   Authentication Manager (a.k.a. ACE/Server and ACE/Agent);

    f.   GO ID Authentication Service; and

    g.   RSA SecureID Appliance bundled with Authentication Manager.

D.   The "accused hardware products" refer to RSA's Smart Cards, USB tokens, and digital certificates, including, but not limited to, the following:

    a.   RSA SID800 Hardware Authenticator;

    b.   RSA 5100 Smart Card;

    c.   RSA 5200 Smart Card;

        d.        RSA 6100 USB Authenticator;

        e.        RSA SecurID Software tokens.

E.    "RSA," "Defendant," "you," or "your" refers to RSA Security, Inc., its officers, employees, counsel, agents, consultants, and representatives and includes joint ventures and other legal entities which are wholly or partially owned or controlled by RSA Security, Inc., either directly or indirectly, and the officers, employees, counsel, agents, consultants, and representatives of these divisions, subsidiaries, and joint ventures.

F.    "Authentication" refers to the process of confirming the identity of a person, organization, or thing. *See, e.g.*, RSA 0154243.

G.    "Third-Party Hosting" refers to implementing and managing a security infrastructure by RSA or its partners as described on http://www.rsasecurity.com/node.asp?id=1295.

H.    "Statements of Work" are the documents proposing, recommending, and/or implementing the accused software and/or hardware products. *See, e.g.*, RSA 0133764.

I.    The term "document" has the meaning prescribed for "documents and things" in Fed. R. Civ. P. 34(a) and includes the original and every non-identical copy or reproduction in the possession, custody or control of RSA.

J.    In construing these Topics, the singular shall include the plural, and the plural shall include the singular; and the conjunctions "and" and "or" shall be read either disjunctively or conjunctively so as to bring within the scope of these Topics all information that might otherwise be construed to be outside their scope.

644597-1

# SCHEDULE B

## SUPPLEMENTAL DEPOSITION TOPICS

25. The factual bases for any contention that RSA does not infringe the '416 patent.

26. The factual bases relating to any counterclaim for declaratory judgment that RSA does not infringe the '416 patent.

27. The factual bases for any contention that RSA does not willfully infringe the '416 patent.

28. The factual bases for any contention that the '416 patent is invalid or otherwise unenforceable.

29. The factual bases relating to any counterclaim for declaratory judgment that the '416 patent is invalid or otherwise unenforceable.

30. RSA's Responses to any and all of Prism's Interrogatories and Requests for Production.

DC1 45691411.1
644597-1

## CERTIFICATE OF SERVICE

The undersigned counsel certifies that, on November 30, 2006, he electronically filed the foregoing document with the Clerk of the Court using CM/ECF, which will send automatic notification of the filing to the following:

Frederick L. Cottrell, III, Esq.
Alyssa M. Schwartz, Esq.
Richards Layton & Finger
One Rodney Square
P.O. Box 551
Wilmington, DE 19801

Richard L. Horwitz, Esq.
David E. Moore, Esq.
Potter Anderson & Corroon LLP
1313 N. Market Street
Hercules Plaza, 6th Floor
P.O. Box 951
Wilmington, DE 19899

Patricia S. Rogowski, Esq.
Connolly, Bove, Lodge & Hutz, LLP
1007 North Orange Street
P.O. Box 2207
Wilmington, DE 19899

Steven J. Balick, Esq.
John G. Day, Esq.
Ashby & Geddes
222 Delaware Ave., 17th Fl.
Wilmington, DE 19801

The undersigned counsel further certifies that copies of the foregoing document were sent by hand on November 30, 2006 to the above counsel and by first-class mail or overnight delivery as indicated to the below counsel:

*Via Federal Express*

John DiMatteo, Esq.
Willkie Farr & Gallagher LLP
787 Seventh Avenue
New York, NY 10019-6099

William Lee, Esq.
Wilmer Cutler Hale & Dorr LLP
60 State Street
Boston, MA 02109

Jason Snyderman, Esq.
Akin Gump Strauss Hauer & Feld LLP
One Commerce Square, Suite 2200
2005 Market Street
Philadelphia, PA 19103

Frank C. Cimino, Esq.
Akin Gump Strauss Hauer & Feld LLP
Robert S. Strauss Building
1333 New Hampshire Avenue, NW
Washington, DC 20036-1564

587422-1

| | |
|---|---|
| David M. Schlitz<br>Baker Botts L.L.P.<br>1299 Pennsylvania Avenue, NW<br>Washington, DC  20004-2400 | Samir A. Bhavsar<br>Jeffrey D. Baxter<br>Baker Botts L.L.P.<br>2001 Ross Avenue<br>Dallas, TX  75201-2980 |

/s/ Richard D. Kirk (rk0922)
Richard D. Kirk

587422-1