IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| PRISM TECHNOLOGIES LLC, | ) |
| | ) |
| Plaintiff, | ) C.A. No.: 05-214-JJF |
| | ) |
| v. | ) |
| | ) |
| VERISIGN, INC., RSA SECURITY INC., NETEGRITY INC., COMPUTER ASSOCIATES INTERNATIONAL INC. and JOHNSON & JOHNSON, | ) ) ) ) |
| | ) |
| Defendants. | ) |

## STIPULATION TO EXTEND TIME

IT IS HEREBY STIPULATED, by and between plaintiff, Prism Technologies LLC ("Prism"), and defendants, VeriSign, Inc., RSA Security, Inc., Netegrity Inc., Computer Associates, Inc., and Johnson & Johnson Services, Inc. (collectively "Defendants"), and subject to the approval of the Court, that the date by which Defendants must respond to Prism's Motion for Leave to Supplement the Markman Hearing Record (D.I. 376) shall be extended until December 6, 2006.

| | |
|---|---|
| THE BAYARD FIRM | CONNOLLY BOVE LODGE & HUTZ LLP |
| | |
| By: /s/ Richard D. Kirk | By: /s/ Patricia Rogowski |
| Richard D. Kirk (#922) | Patricia S. Rogowski (#2632) |
| 222 Delaware Avenue, Suite 900 | 1007 North Orange Street |
| P. O. Box 25130 | P.O. Box 2207 |
| Wilmington, DE 19899-5130 | Wilmington, DE 19899 |
| (302) 655-5000 | (302) 658-9141 |
| rkirk@bayardfirm.com | progowski@cblh.com |
| | |
| *Counsel for Prism Technologies LLC* | *Counsel for Verisign Inc.* |

503479_1.DOC

| RICHARDS LAYTON & FINGER | ASHBY & GEDDES |
|---|---|
| By: /s/ Frederick Cottrell<br>    Frederick Cottrell (#2555)<br>    Alyssa Schwartz (#4351)<br>    One Rodney Square<br>    920 North King Street<br>    Wilmington, DE 19801<br>    (302) 651-7509<br>    cottrell@rlf.com<br>    schwartz@rlf.com<br><br>*Counsel for RSA Security Inc.* | By: /s/ John G. Day<br>    Steven Balick (#2114)<br>    John G. Day (#2403)<br>    222 Delaware Avenue, 17th Floor<br>    P.O. Box 1150<br>    Wilmington, DE 19899<br>    (302) 654-1888<br>    sbalick@ashby-geddes.com<br><br>*Counsel for Johnson & Johnson* |

POTTER ANDERSON & CORROON LLP

By: /s/ David E. Moore
    Richard L. Horwitz (#2246)
    David E. Moore (#3983)
    Hercules Plaza, 6th Floor
    1313 N. Market Street
    P.O. Box 951
    Wilmington, DE 19899-0951
    (302) 984-6000
    rhorwitz@potteranderson.com
    dmoore@potteranderson.com

*Counsel for Computer Associates
International, Inc. and Netegrity Inc.*


    SO ORDERED this _____ day of _____, 2006.

                                                                         United States District Judge

503479 1.DOC