## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| PRISM TECHNOLOGIES LLC, | ) |
| | ) |
| Plaintiff, | ) |
| v. | ) |
| | ) |
| VERISIGN, INC., RSA SECURITY INC., | ) |
| NETEGRITY INC., COMPUTER ASSOCIATES | ) C.A. No. 05-214-JJF |
| INTERNATIONAL INC., and JOHNSON & | ) |
| JOHNSON SERVICES, INC., | ) |
| | ) |
| Defendants. | |

### STIPULATION AND ORDER EXTENDING TIME
### TO COMPLETE DEPOSITION DISCOVERY

IT IS HEREBY STIPULATED AND AGREED, by and among the parties hereto, through their counsel, and subject to the approval of the Court, that the time within which the parties shall complete depositions that have already been noticed, including third-party depositions, shall be extended to January 12, 2007 (from December 8, 2006). Each of the parties reserves the right to seek leave of Court, for good cause shown, to take additional deposition discovery after January 12, 2007.

| OF COUNSEL: | THE BAYARD FIRM |
|---|---|
| Dirk D. Thomas, Esq. | /s/ Richard D. Kirk (rk0922) |
| Robert A. Auchter, Esq. | Richard D. Kirk (rk0922) |
| Kenneth A. Freeling, Esq. | Ashley B. Stitzer (as3891) |
| André J. Bahou, Esq. | 222 Delaware Avenue, Suite 900 |
| Robins, Kaplan, Miller & Ciresi, L.L.P. | P. O. Box 25130 |
| 1801 K Street, N.W., Suite 1200 | Wilmington, Delaware 19899 |
| Washington, D.C. 20006 | (302) 655-5000 |
| (202) 775-0725 | rkirk@bayardfirm.com |
| | astitzer@bayardfirm.com |
| | Attorneys for Plaintiff |

645118-1

| | |
|---|---|
| OF COUNSEL: | RICHARDS, LAYTON & FINGER, P.A. |
| William Lee, Esq.<br>David B. Bassett, Esq.<br>Gregory P. Teran, Esq.<br>Kate Hutchins, Esq.<br>Mark D. Selwyn, Esq.<br>Wilmer Cutler Pickering Hale and Dorr LLP<br>60 State Street<br>Boston, MA 02109<br>(617) 526-6000 | /s/ Alyssa M. Schwartz (as4351)<br>Frederick L. Cottrell III (fc2555)<br>Alyssa M. Schwartz (as4351)<br>One Rodney Square<br>P.O. Box 551<br>Wilmington, Delaware  19899<br>(302) 651-7700<br>cottrell@rlf.com<br>Schwartz@rlf.com<br>Attorneys for Defendant, RSA Security Inc. |
| OF COUNSEL: | POTTER ANDERSON & CORROON LLP |
| David M. Schlitz, Esq.<br>Jeffrey D. Baxter, Esq.<br>Baker Botts LLP<br>1299 Pennsylvania Avenue<br>Washington, D.C. 20004-2400<br>(202) 639-7700<br><br>Kevin Meek, Esq.<br>Jeffrey D. Baxter, Esq.<br>Samir A. Bhavsar, Esq.<br>Baker Botts LLP<br>2001 Ross Avenue<br>Dallas, TX 75201-2980<br>(214) 953-6500 | /s/ David E. Moore (dm3983)<br>Richard L. Horwitz (rh2246)<br>David E. Moore (dm3983)<br>1313 N. Market Street<br>Hercules Plaza, 6th Floor<br>P.O. Box 951<br>Wilmington, DE  19899<br>(302) 984-6000<br>rhorwitz@potteranderson.com<br>dmoore@potteranderson.com<br>Attorneys for Defendant, Netegrity, Inc. and Computer Associates International, Inc. |
| OF COUNSEL: | ASHBY & GEDDES |
| John M. DiMatteo, Esq.<br>Neal Feivelson, Esq.<br>Wilkie Farr & Gallagher LLP<br>787 Seventh Avenue<br>New York, NY 10019-6099<br>(212) 728-8000 | /s/ John G. Day (jd2403)<br>Steven J. Balick (sb2114)<br>John G. Day (jd2403)<br>Tiffany Geyer Lydon (tl3950)<br>222 Delaware Avenue, 17th Floor<br>Wilmington, Delaware 19801<br>(302) 654-1888<br>sbalick@ashby-geddes.com<br>jday@ashby-geddes.com<br>Attorneys for Defendant, Johnson & Johnson Services, Inc. |

645118-1

| | |
|---|---|
| OF COUNSEL: | CONNOLLY, BOVE, LODGE & HUTZ, LLP |
| Edward F. Mannino, Esq.<br>Jason Snynderman, Esq.<br>Akin Gump Strauss Hauer & Feld LLP<br>2005 Market Street, Suite 2200<br>Philadelphia, PA 19103<br>(215) 965-1200 | /s/ Patricia S. Rogowski (pr2632)<br>Patricia Smink Rogowski (pr2632)<br>1007 North Orange Street<br>P.O. Box 2207<br>Wilmington, DE  19899<br>(302) 658-9141<br>progowski@cblh.com |
| Frank C. Cimino, Jr., Esq.<br>Daniel E. Yonan, Esq.<br>Jin-Suk Park, Esq.<br>Akin Gump Strauss Hauer & Feld LLP<br>1333 New Hampshire Avenue, N.W.<br>Washington, D.C. 20036-1564<br>(202) 887-4020 | Attorney for Defendant, Verisign, Inc. |

SO ORDERED this _____ day of December, 2006.

_____
Judge

645118-1