IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| PRISM TECHNOLOGIES LLC, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | C.A. No. 05-214-JJF |
| | ) | |
| VERISIGN, INC., RSA SECURITY, INC., | ) | |
| NETEGRITY, INC., COMPUTER | ) | |
| ASSOCIATES INTERNATIONAL, INC., | ) | |
| and JOHNSON & JOHNSON | ) | |
| SERVICES, INC. | ) | |
| | ) | |
| Defendants. | ) | |

## NOTICE OF SERVICE

The undersigned hereby certifies that on the 11th day of December, 2006, **DEFENDANT JOHNSON & JOHNSON SERVICES INC.'S OBJECTIONS TO PLAINTIFF PRISM TECHNOLOGIES, L.L.C.'S AMENDED NOTICE OF DEPOSITION OF JOHNSON & JOHNSON SERVICES, INC.** was served upon the following counsel of record at the address and in the manner indicated:

| | |
|---|---|
| Richard D. Kirk, Esquire<br>The Bayard Firm<br>222 Delaware Avenue, Suite 900<br>Wilmington, DE 19899 | VIA ELECTRONIC MAIL<br>and HAND DELIVERY |
| Dirk D. Thomas, Esquire<br>Robin, Kaplan, Miller & Ciresi, LLP<br>1875 Eye Street, N.W., Suite 300<br>Washington, DC 20006-5409 | VIA ELECTRONIC MAIL |

| | |
|---|---|
| Patricia S. Rogowski, Esquire<br>Connolly Bove Lodge & Hutz LLP<br>The Nemours Building<br>1007 North Orange Street<br>P.O. Box 2207<br>Wilmington, DE  19899 | HAND DELIVERY |
| Jason A. Snyderman, Esquire<br>Akin Gump Strauss Hauer & Feld LLP<br>One Commerce Square<br>2005 Market Street<br>Suite 2200<br>Philadelphia, PA  19103-7013 | VIA ELECTRONIC MAIL |
| Frank C. Cimino, Jr., Esquire<br>Akin Gump Strauss Hauer & Feld LLP<br>Robert S. Strauss Building<br>1333 New Hampshire Avenue, N.W.<br>Washington, DC  20036-1564 | VIA ELECTRONIC MAIL |
| Frederick L. Cottrell, III, Esquire<br>Richards Layton & Finger<br>One Rodney Square<br>Wilmington, DE  19899 | HAND DELIVERY |
| William F. Lee, Esquire<br>Wilmer Cutler Pickering Hale & Dorr LLP<br>60 State Street<br>Boston, MA  02109 | VIA ELECTRONIC MAIL |
| Kate Hutchins, Esquire<br>Wilmer Cutler Pickering Hale & Dorr<br>399 Park Avenue<br>New York, NY  10022 | VIA ELECTRONIC MAIL |
| Richard L. Horwitz, Esquire<br>Potter Anderson & Corroon LLP<br>1313 North Market Street<br>P.O. Box 951<br>Wilmington, DE  19899 | HAND DELIVERY |
| Samir Bhavsar, Esquire<br>Baker Botts LLP<br>2001 Ross Avenue<br>Dallas, TX  75201-2980 | VIA ELECTRONIC MAIL |

David M. Schlitz, Esquire  
Baker Botts LLP  
The Warner  
1299 Pennsylvania Avenue, NW  
Washington, DC  20004-2400

<u>VIA ELECTRONIC MAIL</u>

ASHBY & GEDDES

*/s/ Lauren E. Maguire*

---
Steven J. Balick (I.D. #2114)  
John G. Day (I.D. #2403)  
Lauren E. Maguire (I.D. #4261)  
500 Delaware Avenue, 8th Floor  
P.O. Box 1150  
Wilmington, DE 19801  
(302) 654-1888  
sbalick@ashby-geddes.com  
jday@ashby-geddes.com  
lmaguire@ashby-geddes.com

*Attorneys for Defendant Johnson & Johnson Services, Inc.*

*Of Counsel:*

John M. DiMatteo  
Neal K. Feivelson  
Leslie M. Spencer  
Willkie Farr & Gallagher LLP  
787 Seventh Avenue  
New York, NY  10019-6099  
(212) 728-8130

Dated:  December 11, 2006  
158286.1

3

# CERTIFICATE OF SERVICE

I hereby certify that on the 11th day of December, 2006, the attached **NOTICE OF SERVICE** was served upon the below-named counsel at the address and in the manner indicated:

| | |
|---|---|
| Richard D. Kirk, Esquire<br>The Bayard Firm<br>222 Delaware Avenue, Suite 900<br>Wilmington, DE  19899 | HAND DELIVERY |
| Dirk D. Thomas, Esquire<br>Robin, Kaplan, Miller & Ciresi, LLP<br>1875 Eye Street, N.W., Suite 300<br>Washington, DC  20006-5409 | VIA ELECTRONIC MAIL |
| Patricia S. Rogowski, Esquire<br>Connolly Bove Lodge & Hutz LLP<br>The Nemours Building<br>1007 North Orange Street<br>P.O. Box 2207<br>Wilmington, DE  19899 | HAND DELIVERY |
| Jason A. Snyderman, Esquire<br>Akin Gump Strauss Hauer & Feld LLP<br>One Commerce Square<br>2005 Market Street, Suite 2200<br>Philadelphia, PA  19103-7013 | VIA ELECTRONIC MAIL |
| Frank C. Cimino, Jr., Esquire<br>Akin Gump Strauss Hauer & Feld LLP<br>Robert S. Strauss Building<br>1333 New Hampshire Avenue, N.W.<br>Washington, DC  20036-1564 | VIA ELECTRONIC MAIL |
| Frederick L. Cottrell, III, Esquire<br>Richards Layton & Finger<br>One Rodney Square<br>P.O. Box 551<br>Wilmington, DE  19899 | HAND DELIVERY |

| | |
|---|---|
| William F. Lee, Esquire<br>Wilmer Cutler Pickering Hale & Dorr LLP<br>60 State Street<br>Boston, MA  02109 | VIA ELECTRONIC MAIL |
| Kate Hutchins, Esquire<br>Wilmer Cutler Pickering Hale & Dorr<br>399 Park Avenue<br>New York, NY  10022 | VIA ELECTRONIC MAIL |
| Richard L. Horwitz, Esquire<br>Potter Anderson & Corroon LLP<br>1313 North Market Street<br>P.O. Box 951<br>Wilmington, DE  19899 | HAND DELIVERY |
| Samir Bhavsar, Esquire<br>Baker Botts LLP<br>2001 Ross Avenue<br>Dallas, TX  75201-2980 | VIA ELECTRONIC MAIL |
| David M. Schlitz, Esquire<br>Baker Botts LLP<br>The Warner<br>1299 Pennsylvania Avenue, NW<br>Washington, DC  20004-2400 | VIA ELECTRONIC MAIL |

/s/ *Lauren E. Maguire*
_____
Lauren E. Maguire