IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| PRISM TECHNOLOGIES LLC, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | C.A. No. 05-214-SLR |
| | ) | |
| VERISIGN, INC., RSA SECURITY, INC., | ) | |
| NETEGRITY, INC., COMPUTER | ) | |
| ASSOCIATES INTERNATIONAL, INC., | ) | |
| and JOHNSON & JOHNSON | ) | |
| SERVICES, INC., | ) | |
| | ) | |
| Defendants. | ) | |

## NOTICE OF CHANGE OF FIRM ADDRESS

PLEASE TAKE NOTICE that the law firm of Ashby & Geddes is moving to new offices.

Effective December 18, 2006, the firm's address will be as follows:

Ashby & Geddes
500 Delaware Avenue, 8th Floor
P.O. Box 1150
Wilmington, DE 19899 (19801 for hand deliveries)

The firm's telephone number, facsimile number, and e-mail address will remain unchanged.

ASHBY & GEDDES

*/s/ Steven J. Balick*
_____
Steven J. Balick (I.D. #2114)
John G. Day (I.D. #2403)
Lauren E. Maguire (I.D. #4261)
222 Delaware Avenue, 17th Floor
P.O. Box 1150
Wilmington, DE 19899
(302) 654-1888

*Attorneys for Defendant Johnson & Johnson*
*Services, Inc.*

*Of Counsel:*

John M. DiMatteo
Neal K. Feivelson
Leslie M. Spencer
Willkie Farr & Gallagher LLP
787 Seventh Avenue
New York, NY  10019-6099
(212) 728-8130

Dated:  December 14, 2006
175963.1

## CERTIFICATE OF SERVICE

I hereby certify that on the 14th day of December, 2006, the attached **NOTICE OF CHANGE OF FIRM ADDRESS** was served upon the below-named counsel at the address and in the manner indicated:

Richard D. Kirk, Esquire                                     VIA ELECTRONIC MAIL
The Bayard Firm
222 Delaware Avenue, Suite 900
Wilmington, DE  19899

Dirk D. Thomas, Esquire                                    VIA ELECTRONIC MAIL
Robin, Kaplan, Miller & Ciresi, LLP
1875  Eye Street, N.W., Suite 300
Washington, DC  20006-5409

Patricia S. Rogowski, Esquire                            VIA ELECTRONIC MAIL
Connolly Bove Lodge & Hutz LLP
The Nemours Building
1007 North Orange Street
P.O. Box 2207
Wilmington, DE  19899

Jason A. Snyderman, Esquire                             VIA ELECTRONIC MAIL
Akin Gump Strauss Hauer & Feld LLP
One Commerce Square
2005 Market Street, Suite 2200
Philadelphia, PA  19103-7013

Frank C. Cimino, Jr., Esquire                            VIA ELECTRONIC MAIL
Akin Gump Strauss Hauer & Feld LLP
Robert S. Strauss Building
1333 New Hampshire Avenue, N.W.
Washington, DC  20036-1564

Frederick L. Cottrell, III, Esquire                       VIA ELECTRONIC MAIL
Richards Layton & Finger
One Rodney Square
P.O. Box 551
Wilmington, DE  19899

William F. Lee, Esquire                                    <u>VIA ELECTRONIC MAIL</u>
Wilmer Cutler Pickering Hale & Dorr LLP
60 State Street
Boston, MA  02109


Kate Hutchins, Esquire                                     <u>VIA ELECTRONIC MAIL</u>
Wilmer Cutler Pickering Hale & Dorr
399 Park Avenue
New York, NY  10022


Richard L. Horwitz, Esquire                                <u>VIA ELECTRONIC MAIL</u>
Potter Anderson & Corroon LLP
1313 North Market Street
P.O. Box 951
Wilmington, DE  19899


Samir Bhavsar, Esquire                                     <u>VIA ELECTRONIC MAIL</u>
Baker Botts LLP
2001 Ross Avenue
Dallas, TX  75201-2980


David M. Schlitz, Esquire                                  <u>VIA ELECTRONIC MAIL</u>
Baker Botts LLP
The Warner
1299 Pennsylvania Avenue, NW
Washington, DC  20004-2400


*/s/ Steven J. Balick*
_____

Steven J. Balick