IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| PRISM TECHNOLOGIES LLC,  )<br>  )<br>    Plaintiff,  )<br>  )<br>v.  )<br>  )<br>VERISIGN, INC., RSA SECURITY, INC.,  )<br>NETEGRITY, INC., COMPUTER  )<br>ASSOCIATES INTERNATIONAL, INC.,  )<br>and JOHNSON & JOHNSON  )<br>SERVICES, INC.,  )<br>  )<br>    Defendants.  ) | C.A. No. 05-214-JJF |

## NOTICE OF SERVICE

The undersigned hereby certifies that on the 4th day of January, 2007, **DEFENDANT JOHNSON & JOHNSON SERVICES, INC.'S OBJECTIONS TO PLAINTIFF PRISM TECHNOLOGIES, L.L.C.'S NOTICE OF SUPPLEMENTAL DEPOSITION TOPICS TO DEFENDANT JOHNSON & JOHNSON SERVICES, INC.** was served upon the following counsel of record at the address and in the manner indicated:

| | |
|---|---|
| Richard D. Kirk, Esquire<br>The Bayard Firm<br>222 Delaware Avenue, Suite 900<br>Wilmington, DE 19899 | HAND DELIVERY |
| Dirk D. Thomas, Esquire<br>Robin, Kaplan, Miller & Ciresi, LLP<br>1875 Eye Street, N.W., Suite 300<br>Washington, DC 20006-5409 | VIA FEDERAL EXPRESS |
| Patricia S. Rogowski, Esquire<br>Connolly Bove Lodge & Hutz LLP<br>The Nemours Building<br>1007 North Orange Street<br>P.O. Box 2207<br>Wilmington, DE 19899 | HAND DELIVERY |

Jason A. Snyderman, Esquire  VIA FEDERAL EXPRESS
Akin Gump Strauss Hauer & Feld LLP
One Commerce Square
2005 Market Street
Suite 2200
Philadelphia, PA  19103-7013

Frank C. Cimino, Jr., Esquire  VIA FEDERAL EXPRESS
Akin Gump Strauss Hauer & Feld LLP
Robert S. Strauss Building
1333 New Hampshire Avenue, N.W.
Washington, DC  20036-1564

Frederick L. Cottrell, III, Esquire  HAND DELIVERY
Richards Layton & Finger
One Rodney Square
Wilmington, DE  19899

William F. Lee, Esquire  VIA FEDERAL EXPRESS
Wilmer Cutler Pickering Hale & Dorr LLP
60 State Street
Boston, MA  02109

Kate Hutchins, Esquire  VIA FEDERAL EXPRESS
Wilmer Cutler Pickering Hale & Dorr
399 Park Avenue
New York, NY  10022

Richard L. Horwitz, Esquire  HAND DELIVERY
Potter Anderson & Corroon LLP
1313 North Market Street
P.O. Box 951
Wilmington, DE  19899

Samir Bhavsar, Esquire  VIA FEDERAL EXPRESS
Baker Botts LLP
2001 Ross Avenue
Dallas, TX  75201-2980

David M. Schlitz, Esquire  VIA FEDERAL EXPRESS
Baker Botts LLP
The Warner
1299 Pennsylvania Avenue, NW
Washington, DC  20004-2400

                    ASHBY & GEDDES

                    */s/ Lauren E. Maguire*
                    _____

Steven J. Balick (I.D. #2114)
John G. Day (I.D. #2403)
Lauren E. Maguire (I.D. #4261)
500 Delaware Avenue, 8th Floor
P.O. Box 1150
Wilmington, DE 19899
(302) 654-1888
sbalick@ashby-geddes.com
jday@ashby-geddes.com
lmaguire@ashby-geddes.com

*Attorneys for Defendant Johnson & Johnson Services, Inc.*

*Of Counsel:*

John M. DiMatteo
Neal K. Feivelson
Leslie M. Spencer
Willkie Farr & Gallagher LLP
787 Seventh Avenue
New York, NY 10019-6099
(212) 728-8130

Dated: January 4, 2007
158286.1