IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| PRISM TECHNOLOGIES LLC,<br><br>      Plaintiff,<br>v.<br><br>VERISIGN, INC., RSA SECURITY INC.,<br>NETEGRITY INC., COMPUTER ASSOCIATES<br>INTERNATIONAL INC., and JOHNSON &<br>JOHNSON SERVICES, INC.,<br><br>      Defendants. | ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> )   C.A. No. 05-214-JJF <br> ) <br> ) <br> ) <br> ) |

**STIPULATION AND ORDER EXTENDING TIME
TO COMPLETE DEPOSITION DISCOVERY**

IT IS HEREBY STIPULATED AND AGREED, by and among the parties hereto, through their counsel, and subject to the approval of the Court, that the time within which the parties shall complete certain, previously noticed depositions (listed below) be, and upon approval is, extended to February 8, 2007 (from January 12, 2007). The outstanding depositions to be completed are:

1. Deposition of Robert Stahl (scheduled for January 17, 2007);

2. 30(b)(6) deposition of Johnson & Johnson Services, Inc. (scheduled for January 18, 2007);

3. 30(b)(6) deposition of Northrop Grumman Worldwide Corp. (scheduled for January 19, 2007);

4. 30(b)(6) deposition of third-party Election Systems and Software, Inc. (scheduled for January 26, 2007);

5. Deposition of Nico Popp (scheduled for February 6, 2007); and

6. 30(b)(6) deposition of VeriSign, Inc. (scheduled for February 7, 2007).

648658-1

Each of the parties reserves the right to seek leave of Court, for good cause shown, to take additional deposition discovery after February 8, 2007.

| OF COUNSEL: | THE BAYARD FIRM |
|---|---|
| Dirk D. Thomas, Esq.<br>Robert A. Auchter, Esq.<br>Kenneth A. Freeling, Esq.<br>Chandran B. Iyer, Esq.<br>André J. Bahou, Esq.<br>Aziz Burgy, Esq.<br>Robins, Kaplan, Miller & Ciresi, L.L.P.<br>1875 Eye Street, N.W., Suite 300<br>Washington, D.C. 20006<br>(202) 775-0725 | /s/ Richard D. Kirk (rk0922)<br>Richard D. Kirk (#922)<br>Ashley B. Stitzer (#3891)<br>222 Delaware Avenue, Suite 900<br>P. O. Box 25130<br>Wilmington, Delaware 19899<br>(302) 655-5000<br>rkirk@bayardfirm.com<br>astitzer@bayardfirm.com<br>Attorneys for Plaintiff |

| OF COUNSEL: | RICHARDS, LAYTON & FINGER, P.A. |
|---|---|
| William Lee, Esq.<br>David B. Bassett, Esq.<br>Gregory P. Teran, Esq.<br>Kate Hutchins, Esq.<br>Mark D. Selwyn, Esq.<br>Wilmer Cutler Pickering Hale and Dorr LLP<br>60 State Street<br>Boston, MA 02109<br>(617) 526-6000 | /s/ Frederick L. Cottrell (fc2555)<br>Frederick L. Cottrell III (#2555)<br>Steven J. Fineman (#4025)<br>One Rodney Square<br>P.O. Box 551<br>Wilmington, Delaware 19899<br>(302) 651-7700<br>cottrell@rlf.com<br>fineman@rlf.com<br>Attorneys for Defendant, RSA Security Inc. |

| OF COUNSEL: | POTTER ANDERSON & CORROON LLP |
|---|---|
| David M. Schlitz, Esq.<br>Jeffrey D. Baxter, Esq.<br>Baker Botts LLP<br>1299 Pennsylvania Avenue<br>Washington, D.C. 20004-2400<br>(202) 639-7700<br><br>Kevin Meek, Esq.<br>Jeffrey D. Baxter, Esq.<br>Samir A. Bhavsar, Esq.<br>Baker Botts LLP<br>2001 Ross Avenue<br>Dallas, TX 75201-2980<br>(214) 953-6500 | /s/ Richard L. Horwitz (rh2246)<br>Richard L. Horwitz (#2246)<br>David E. Moore (#3983)<br>1313 N. Market Street<br>Hercules Plaza, 6th Floor<br>P.O. Box 951<br>Wilmington, DE 19899<br>(302) 984-6000<br>rhorwitz@potteranderson.com<br>dmoore@potteranderson.com<br>Attorneys for Defendant, Netegrity, Inc. and<br>Computer Associates International, Inc. |

648658-1

| | |
|---|---|
| OF COUNSEL: | ASHBY & GEDDES |
| John M. DiMatteo, Esq.<br>Neal Feivelson, Esq.<br>Wilkie Farr & Gallagher LLP<br>787 Seventh Avenue<br>New York, NY 10019-6099<br>(212) 728-8000 | /s/ Lauren E. Maguire (lm4261)<br>Steven J. Balick (#2114)<br>John G. Day (#2403)<br>Lauren E. Maguire (#4261)<br>222 Delaware Avenue, 17th Floor<br>Wilmington, Delaware 19801<br>(302) 654-1888<br>sbalick@ashby-geddes.com<br>jday@ashby-geddes.com<br>Attorneys for Defendant, Johnson &<br>Johnson Services, Inc. |
| OF COUNSEL: | CONNOLLY, BOVE, LODGE & HUTZ, LLP |
| Edward F. Mannino, Esq.<br>Jason Snynderman, Esq.<br>Akin Gump Strauss Hauer & Feld LLP<br>2005 Market Street, Suite 2200<br>Philadelphia, PA 19103<br>(215) 965-1200<br><br>Frank C. Cimino, Jr., Esq.<br>Daniel E. Yonan, Esq.<br>Jin-Suk Park, Esq.<br>Akin Gump Strauss Hauer & Feld LLP<br>1333 New Hampshire Avenue, N.W.<br>Washington, D.C. 20036-1564<br>(202) 887-4020 | /s/ Patricia S. Rogowski (pr2632)<br>Patricia Smink Rogowski (#2632)<br>1007 North Orange Street<br>P.O. Box 2207<br>Wilmington, DE  19899<br>(302) 658-9141<br>progowski@cblh.com<br>Attorney for Defendant, Verisign, Inc. |

SO ORDERED this _____ day of January, 2007.

_____
Judge

648658-1

CERTIFICATE OF SERVICE

The undersigned counsel certifies that, on January 11, 2007, he electronically filed the foregoing document with the Clerk of the Court using CM/ECF, which will send automatic notification of the filing to the following:

Frederick L. Cottrell, III, Esq.
Steven J. Fineman, Esq.
Richards Layton & Finger
One Rodney Square
P.O. Box 551
Wilmington, DE 19801

Richard L. Horwitz, Esq.
David E. Moore, Esq.
Potter Anderson & Corroon LLP
1313 N. Market Street
Hercules Plaza, 6th Floor
P.O. Box 951
Wilmington, DE 19899

Patricia S. Rogowski, Esq.
Connolly, Bove, Lodge & Hutz, LLP
1007 North Orange Street
P.O. Box 2207
Wilmington, DE 19899

Steven J. Balick, Esq.
John G. Day, Esq.
Ashby & Geddes
222 Delaware Ave., 17th Fl.
Wilmington, DE 19801

The undersigned counsel further certifies that copies of the foregoing document were sent by hand on January 11, 2007 to the above counsel and by first-class mail or overnight delivery as indicated to the below counsel:

*Via Federal Express*

John DiMatteo, Esq.
Willkie Farr & Gallagher LLP
787 Seventh Avenue
New York, NY 10019-6099

William Lee, Esq.
Wilmer Cutler Hale & Dorr LLP
60 State Street
Boston, MA 02109

Jason Snyderman, Esq.
Akin Gump Strauss Hauer & Feld LLP
One Commerce Square, Suite 2200
2005 Market Street
Philadelphia, PA 19103

Frank C. Cimino, Esq.
Akin Gump Strauss Hauer & Feld LLP
Robert S. Strauss Building
1333 New Hampshire Avenue, NW
Washington, DC 20036-1564

587422-1

| | |
|---|---|
| David M. Schlitz<br>Baker Botts L.L.P.<br>1299 Pennsylvania Avenue, NW<br>Washington, DC  20004-2400 | Samir A. Bhavsar<br>Jeffrey D. Baxter<br>Baker Botts L.L.P.<br>2001 Ross Avenue<br>Dallas, TX  75201-2980 |

/s/ Richard D. Kirk (rk0922)
Richard D. Kirk

587422-1