**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| PRISM TECHNOLOGIES LLC, | ) |
| | ) |
| Plaintiff, | ) |
| v. | ) |
| | ) |
| VERISIGN, INC., RSA SECURITY INC., | ) |
| NETEGRITY INC., COMPUTER ASSOCIATES | )   C.A. No.  05-214-JJF |
| INTERNATIONAL INC., and JOHNSON & | ) |
| JOHNSON SERVICES, INC., | ) |
| | ) |
| Defendants. | ) |

**STIPULATION AND ORDER
TO MODIFY CASE DISPOSITIVE MOTION BRIEFING SCHEDULE
AND TO RESCHEDULE THE TRIAL**

WHEREAS, the parties attempted to complete fact depositions before the previously scheduled cutoff date;

WHEREAS, certain depositions needed to be extended beyond the previously scheduled deposition cutoff for reasons beyond the parties' control;

WHEREAS, the newly re-scheduled fact deposition cutoff (February 8, 2007) overlaps with the currently scheduled summary judgment briefing deadline (January 29, 2007);

WHEREAS, the fact depositions could provide certain factual bases that bear upon any forthcoming motions for summary judgment;

WHEREAS, the Court's construction of certain claim terms could be case dispositive and therefore provide bases for motions for summary judgment;

WHEREAS, the parties wish to complete fact deposition discovery and to receive the Court's claim construction order in advance of filing their motions for summary judgment;

- 2 -

WHEREAS, pursuant to Paragraphs 3(b) and 3(c) of the Court's May 10, 2006 Scheduling Order, expert discovery is currently scheduled to begin after the Court's claim construction ruling;

WHEREAS, trial in this case is scheduled to begin May 15, 2007; and

WHEREAS, the parties wish for the Court to have sufficient time in advance of trial to act upon their respective motions for summary judgment;

The parties hereby stipulate and agree, subject to the approval and order of the Court, that the time within which the parties shall file case dispositive motions and the date for the start of the trial shall be modified as below:

1. No case dispositive motion may be filed before thirty days after issuance of the Court's memorandum order on claim construction, without leave of the Court. Each of the parties reserves the right to seek leave of Court for good cause shown.

2. Any case dispositive motions, pursuant to the Federal Rules of Civil Procedure, shall be served and filed with an opening brief on or before ninety days after issuance of the Court's claim construction order.

3. The Pretrial Conference and Trial dates in Paragraph 9 of the May 10, 2006 Scheduling Order are hereby postponed. No later than twenty-one days after issuance of the Court's claim construction order, the parties shall confer and file a joint proposal with the Court for scheduling of the Pretrial Conference and Trial such that trial shall commence no earlier than five months after issuance of the Court's claim construction order.

SO ORDERED this _____ day of January, 2007.

_____
United States District Judge

- 3 -

| | |
|---|---|
| OF COUNSEL:<br><br>Dirk D. Thomas, Esq.<br>Robert A. Auchter, Esq.<br>Kenneth A. Freeling, Esq.<br>Chandran B. Iyer, Esq.<br>André J. Bahou, Esq.<br>Aziz Burgy, Esq.<br>Robins, Kaplan, Miller & Ciresi, L.L.P.<br>1875 Eye Street, N.W., Suite 300<br>Washington, D.C.  20006<br>(202) 775-0725 | THE BAYARD FIRM<br><br>*/s/ Richard D. Kirk*<br>_____<br>Richard D. Kirk  (#922)<br>Ashley B. Stitzer (#3891)<br>222 Delaware Avenue, Suite 900<br>P. O. Box 25130<br>Wilmington, Delaware 19899<br>(302) 655-5000<br>rkirk@bayardfirm.com<br>astitzer@bayardfirm.com<br>Attorneys for Plaintiff |
| OF COUNSEL:<br><br>William Lee, Esq.<br>David B. Bassett, Esq.<br>Gregory P. Teran, Esq.<br>Kate Hutchins, Esq.<br>Mark D. Selwyn, Esq.<br>Wilmer Cutler Pickering Hale and Dorr LLP<br>60 State Street<br>Boston, MA 02109<br>(617) 526-6000 | RICHARDS, LAYTON & FINGER, P.A.<br><br>*/s/ Frederick L. Cottrell III*<br>_____<br>Frederick L. Cottrell III (#2555)<br>Alyssa M. Schwartz (#4351)<br>One Rodney Square<br>P.O. Box 551<br>Wilmington, Delaware  19899<br>(302) 651-7700<br>cottrell@rlf.com<br>Schwartz@rlf.com<br>Attorneys for Defendant, RSA Security Inc. |

| | |
|---|---|
| OF COUNSEL:<br><br>David M. Schlitz, Esq.<br>Jeffrey D. Baxter, Esq.<br>Baker Botts LLP<br>1299 Pennsylvania Avenue<br>Washington, D.C. 20004-2400<br>(202) 639-7700<br><br>Kevin Meek, Esq.<br>Jeffrey D. Baxter, Esq.<br>Samir A. Bhavsar, Esq.<br>Baker Botts LLP<br>2001 Ross Avenue<br>Dallas, TX 75201-2980<br>(214) 953-6500 | POTTER ANDERSON & CORROON LLP<br><br>*/s/ Richard L. Horwitz*<br>_____<br>Richard L. Horwitz (#2246)<br>David E. Moore (#3983)<br>1313 N. Market Street<br>Hercules Plaza, 6th Floor<br>P.O. Box 951<br>Wilmington, DE  19899<br>(302) 984-6000<br>rhorwitz@potteranderson.com<br>dmoore@potteranderson.com<br>Attorneys for Defendant, Netegrity, Inc. and Computer Associates International, Inc. |
| OF COUNSEL:<br><br>John M. DiMatteo, Esq.<br>Neal Feivelson, Esq.<br>Wilkie Farr & Gallagher LLP<br>787 Seventh Avenue<br>New York, NY 10019-6099<br>(212) 728-8000 | ASHBY & GEDDES<br><br>*/s/ Steven J. Balick*<br>_____<br>Steven J. Balick (#2114)<br>John G. Day (# 2403)<br>Lauren E. Maguire (#4261)<br>500 Delaware Avenue, 8th Floor<br>Wilmington, Delaware 19801<br>(302) 654-1888<br>sbalick@ashby-geddes.com<br>jday@ashby-geddes.com<br>lmaguire@ashby-geddes.com<br>Attorneys for Defendant, Johnson & Johnson Services, Inc. |

| OF COUNSEL:<br><br>Edward F. Mannino, Esq.<br>Jason Snynderman, Esq.<br>Akin Gump Strauss Hauer & Feld LLP<br>2005 Market Street, Suite 2200<br>Philadelphia, PA 19103<br>(215) 965-1200<br><br>Frank C. Cimino, Jr., Esq.<br>Daniel E. Yonan, Esq.<br>Jin-Suk Park, Esq.<br>Akin Gump Strauss Hauer & Feld LLP<br>1333 New Hampshire Avenue, N.W.<br>Washington, D.C. 20036-1564<br>(202) 887-4020 | CONNOLLY, BOVE, LODGE & HUTZ, LLP<br><br>*/s/ Paul E. Crawford*<br>_____<br>Paul E. Crawford (#493)<br>Patricia Smink Rogowski (#2632)<br>1007 North Orange Street<br>P.O. Box 2207<br>Wilmington, DE  19899<br>(302) 658-9141<br>progowski@cblh.com<br>Attorney for Defendant, Verisign, Inc. |
|---|---|

176974.1