IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| PRISM TECHNOLOGIES LLC )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>VERISIGN, INC., RSA SECURITY, INC., )<br>NETEGRITY, INC., COMPUTER )<br>ASSOCIATES INTERNATIONAL, INC., )<br>and JOHNSON & JOHNSON, )<br>)<br>Defendants. )<br>) | Civil Action No. 05-214-JJF |

**NOTICE OF DEFENDANT RSA SECURITY INC.'S MEMORANDUM OF
LAW IN OPPOSITION TO PLAINTIFF PRISM TECHNOLOGIES
LLC'S MOTION TO COMPEL RSA SECURITY, INC. TO PRODUCE
<u>CERTAIN DOCUMENTS AND THINGS</u>**

PLEASE TAKE NOTICE that Defendant RSA Security, Inc. will present its response to Plaintiff Prism Technologies LLC's Motion to Compel Defendant RSA Security, Inc. to Produce Certain Documents and Things to the Court on February 2, 2007 at 10:00 a.m.

*/s/*

Frederick L. Cottrell, III (#2555)
cottrell@rlf.com
Steven J. Fineman (#4025)
fineman@rlf.com
Richards, Layton & Finger, P.A.
One Rodney Square
Post Office Box 551
Wilmington, DE 19899
(302) 651-7700
Attorneys for RSA Security, Inc.

Of Counsel:

David B. Bassett
Mark D. Selwyn
Gregory P. Teran
Wilmer Cutler Pickering Hale and Dorr LLP
60 State Street
Boston, MA 02109
(617) 526-6000

Dated: January 19, 2007

RLF1-3106417-1

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on this date, he caused a copy of the foregoing to be filed electronically with the Clerk of the Court using CM/ECF and that copies were served on the person(s) listed below in the manner stated:

### VIA HAND DELIVERY AND CM/ECF NOTIFICATION

Patricia Smink Rogowski, Esquire
Connolly Bove Lodge & Hutz LLP
The Nemours Building
1007 North Orange Street
P.O. Box 2207
Wilmington, DE 19899

Richard D. Kirk, Esquire
The Bayard Firm
222 Delaware Avenue
Suite 900
Wilmington, DE 19899

Steven J. Balick, Esquire
John G. Day, Esquire
Ashby & Geddes
500 Delaware Avenue, 8th Floor
P.O. Box 1150
Wilmington, DE 19899

Richard L. Horwitz, Esquire
David E. Moore, Esquire
Potter Anderson & Corroon LLP
1313 N. Market Street
P.O. Box 951
Wilmington, DE 19899

### VIA FEDERAL EXPRESS

Dirk D. Thomas, Esquire
Robert A. Auchter, Esquire
Kenneth A. Freeling, Esquire
Jason R. Buratti, Esquire
Andre' J. Bahou, Esquire
Robins, Kaplan, Miller & Ciresi, LLP
1801 K Street, N.W., Suite 1200
Washington, DC 20006

John DiMatteo, Esquire
Willkie Farr & Gallagher LLP
787 Seventh Avenue
New York, NY 10019-6099

Edward F. Mannino, Esquire
Jason Snyderman, Esquire
Akin Gump Strauss Hauer & Feld LLP
One Commerce Square, Suite 2200
2005 Market Street
Philadelphia, PA 19103

Frank C. Cimino, Esquire
Akin Gump Strauss Hauer & Feld LLP
Robert S. Strauss Building
1333 New Hampshire Avenue, NW
Washington, DC 20036-1564

David M. Schlitz, Esquire
Baker Botts LLP
1299 Pennsylvania Avenue, N.W.
Washington, D.C. 20004-2450

Samir A. Bhavsar, Esquire
Jeffrey D. Baxter, Esquire
Baker Botts LLP
2001 Ross Avenue
Dallas, TX 75201

Dated: January 19, 2007

Steven J. Fineman (#4025)
fineman@rlf.com