IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| PRISM TECHNOLOGIES LLC<br><br>Plaintiff,<br><br>v.<br><br>VERISIGN, INC., RSA SECURITY, INC., NETEGRITY, INC., COMPUTER ASSOCIATES INTERNATIONAL, INC., and JOHNSON & JOHNSON SERVICES, INC.,<br><br>Defendants. | Civil Action No. 05-214 JJF |

**PLAINTIFF PRISM TECHNOLOGIES LLC'S NOTICE MOTION TO COMPEL DEFENDANT VERISIGN, INC. TO PRODUCE THE SOURCE CODE OF ITS ACCUSED PRODUCTS**

Plaintiff Prism Technologies LLC ("Prism") moves this Court, pursuant to Fed.R.Civ.P. 26 and 37(a), a Local Rule 37.1, for an Order compelling defendant VeriSign, Inc. ("VewiSign") to produce the source code for its accused products. The bases for relief are set forth in Prism's Memorandum of Points and Authorities filed contemporaneously.

February 2, 2007

THE BAYARD FIRM

/s/ Richard D. Kirk (rk0922)
Richard D. Kirk (rk0922)
Ashley B. Stitzer (as3891)
222 Delaware Avenue, Suite 900
Wilmington, Delaware 19899
(302) 655-5000
rkirk@bayardfirm.com
astitzer@bayardfirm.com

ATTORNEYS FOR PLAINTIFF PRISM TECHNOLOGIES LLC

650607-1

OF COUNSEL:

Dirk D. Thomas
Robert A. Auchter
Kenneth A. Freeling
André J. Bahou
Aziz Burgy
Chandran B. Iyer
ROBINS, KAPLAN, MILLER & CIRESI LLP
1875 Eye Street, N.W., Suite 300
Washington, D.C. 20006-5409
(202) 775-0725

650607-1

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| PRISM TECHNOLOGIES LLC<br><br>                  Plaintiff,<br><br>v.<br><br>VERISIGN, INC., RSA SECURITY, INC., NETEGRITY, INC., COMPUTER ASSOCIATES INTERNATIONAL, INC., and JOHNSON & JOHNSON SERVICES, INC.,<br><br>                  Defendants. | Civil Action No. 05-214 JJF |

**LOCAL RULE 7.1.1 STATEMENT IN SUPPORT OF
PLAINTIFF PRISM TECHNOLOGIES LLC'S
MOTION TO COMPEL DEFENDANT VERISIGN, INC.'S SOURCE CODE**

The undersigned attorney for plaintiff, Prism Technologies LLC ("Prism"), hereby states, pursuant to Local Rule 7.1.1, that Prism's attorneys have made a reasonable effort to reach agreement with opposing counsel on the matters set forth in the attached Motion to Compel, as set forth in the accompanying Memorandum of Points and Authorities, but that agreement was not forthcoming.

February 2, 2007

                                              THE BAYARD FIRM

                                              /s/ Richard D. Kirk
                                              Richard D. Kirk (rk0922)
                                              Ashley B. Stitzer (as3891)
                                              222 Delaware Avenue, Suite 900
                                              Wilmington, DE  19899-5130
                                              (302) 655-5000
                                              rkirk@bayardfirm.com
                                              astitzer@bayardfirm.com
                                              Counsel for plaintiff,
                                              Prism Technologies LLC

643516-1

## CERTIFICATE OF SERVICE

The undersigned counsel certifies that, on February 2, 2007, he electronically filed the foregoing document with the Clerk of the Court using CM/ECF, which will send automatic notification of the filing to the following:

Frederick L. Cottrell, III, Esq.
Steven J. Fineman, Esq.
Richards Layton & Finger
One Rodney Square
P.O. Box 551
Wilmington, DE 19801

Richard L. Horwitz, Esq.
David E. Moore, Esq.
Potter Anderson & Corroon LLP
1313 N. Market Street
Hercules Plaza, 6th Floor
P.O. Box 951
Wilmington, DE 19899

Patricia S. Rogowski, Esq.
Connolly, Bove, Lodge & Hutz, LLP
1007 North Orange Street
P.O. Box 2207
Wilmington, DE 19899

Steven J. Balick, Esq.
John G. Day, Esq.
Ashby & Geddes
222 Delaware Ave., 17th Fl.
Wilmington, DE 19801

The undersigned counsel further certifies that copies of the foregoing document were sent by hand on February 2, 2007 to the above counsel and by first-class mail or overnight delivery as indicated to the below counsel:

*Via Federal Express*

John DiMatteo, Esq.
Willkie Farr & Gallagher LLP
787 Seventh Avenue
New York, NY 10019-6099

William Lee, Esq.
Wilmer Cutler Hale & Dorr LLP
60 State Street
Boston, MA 02109

Jason Snyderman, Esq.
Akin Gump Strauss Hauer & Feld LLP
One Commerce Square, Suite 2200
2005 Market Street
Philadelphia, PA 19103

Frank C. Cimino, Esq.
Akin Gump Strauss Hauer & Feld LLP
Robert S. Strauss Building
1333 New Hampshire Avenue, NW
Washington, DC 20036-1564

587422-1

David M. Schlitz
Baker Botts L.L.P.
1299 Pennsylvania Avenue, NW
Washington, DC  20004-2400

Samir A. Bhavsar
Jeffrey D. Baxter
Baker Botts L.L.P.
2001 Ross Avenue
Dallas, TX  75201-2980

/s/ Richard D. Kirk (rk0922)
Richard D. Kirk

587422-1