# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

PRISM TECHNOLOGIES LLC

        Plaintiff,

    v.

VERISIGN, INC., RSA SECURITY, INC.,
NETEGRITY, INC., COMPUTER
ASSOCIATES INTERNATIONAL, INC.,
and JOHNSON & JOHNSON SERVICES,
INC.,

        Defendants.

Civil Action No. 05-214 JJF

**REDACTED PUBLIC VERSION**
**Exhibits Volume 1 of 4**
**Part 1 of 2**

---

**PLAINTIFF PRISM TECHNOLOGIES LLC'S**
**MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF ITS MOTION**
**TO COMPEL DEFENDANT VERISIGN, INC. TO PRODUCE**
**THE SOURCE CODE OF ITS ACCUSED PRODUCTS**

February 2, 2007

Richard D. Kirk (rk0922)
Ashley B. Stitzer (as3891)
222 Delaware Avenue, Suite 900
Wilmington, Delaware 19899
(302) 655-5000
rkirk@bayardfirm.com
astitzer@bayardfirm.com

ATTORNEYS FOR PLAINTIFF PRISM
TECHNOLOGIES LLC

OF COUNSEL:

Dirk D. Thomas
Robert A. Auchter
Kenneth A. Freeling
André J. Bahou
Aziz Burgy
Chandran B. Iyer
ROBINS, KAPLAN, MILLER & CIRESI LLP
1875 Eye Street, N.W., Suite 300
Washington, D.C. 20006-5409
(202) 775-0725

# EXHIBIT 36



DEVELOPER'S GUIDE



## Managed PKI

Certificate Validation Module



Where it all comes together. ™

VeriSign, Inc., 00020578

VERI-1597045

Managed PKI Certificate Validation Module
----------------------------------------------------------------------

Copyright © 2004 - 2005 VeriSign, Inc. All rights reserved.

The information in this document belongs to VeriSign. It may not be used, reproduced or disclosed without the written approval of VeriSign.

## DISCLAIMER AND LIMITATION OF LIABILITY

VeriSign, Inc. has made efforts to ensure the accuracy and completeness of the information in this document. However, VeriSign, Inc. makes no warranties of any kind (whether express, implied or statutory) with respect to the information contained herein. VeriSign, Inc. assumes no liability to any party for any loss or damage (whether direct or indirect) caused by any errors, omissions, or statements of any kind contained in this document.

Further, VeriSign, Inc. assumes no liability arising from the application or use of the product or service described herein and specifically disclaims any representation that the products or services described herein do not infringe upon any existing or future intellectual property rights. Nothing herein grants the reader any license to make, use, or sell equipment or products constructed in accordance with this document. Finally, all rights and privileges related to any intellectual property right described herein are vested in the patent, trademark, or service mark owner, and no other person may exercise such rights without express permission, authority, or license secured from the patent, trademark, or service mark owner. VeriSign Inc. reserves the right to make changes to any information herein without further notice.

## TRADEMARKS

VeriSign, the VeriSign logo, VeriSign Intelligence and Control Services, VeriSign Trust Network, Go Secure!, OnSite, and other trademarks, service marks, and logos are registered or unregistered trademarks of VeriSign and its subsidiaries in the United States and in foreign countries. Other trademarks and service marks in this document are the property of their respective owners.

This document supports **Managed PKI 6.1** and all subsequent releases unless otherwise indicated in a new edition or release notes. This document may describe features and/or functionality that are not present in your software or your service agreement. Contact your account representative to learn more about what is available with this VeriSign product. If you need help using this product, contact customer support.

**enterprise-pkisupport@verisign.com**

**+1-650-426-3535 or 1-800-579-2848**

Publication date: July 2005

VeriSign, Inc., 00020578

VERI-1597046

# Summary of Revisions

**Managed PKI Certificate Validation Module**
VeriSign, Inc., 00020578

The following changes were made to this document since the last version:

| | |
|---|---|
| **Throughout document** | Removed references to Certificate Parsing Module. |
| | The "check-chain" configuration option was added to replace the "no-check-chain" option for each of the server plug-ins. The "no-check-chain" option is now deprecated. |
| | Applied new formatting templates. |
| **Chapter 6, "Installing and Configuring the CVM Module for Stronghold Secure Web Server"** | Clarified operating system file suffix conventions when using the LoadModule command. |
| | Added information on writing runtime messages from CVM to the CVM log file. |
| **Chapter 7, "Installing and Configuring the CVM Module for Apache 2.0.x Web Server"** | Added this chapter to support Apache 2.0.x Web servers |
| **Chapter 8, "Installing and Configuring the CVM Module for IBM HTTP 2.0.x Web Server"** | Added this chapter to support IBM HTTP 2.0.x Web servers |
| **Chapter 11, "VeriSign Certificate Parsing Module (CPM)"** | Removed this chapter. |
| **Appendix A, "CVM Configuration Values"** | Table A-1, changed description of log-file-name parameter to apply to all servers, not only IIS. |
| **Appendix C, "CVM SDK"** | Added this appendix to support the CVM SDK. |

VERI-1597047

Managed PKI Certificate Validation Module

VeriSign, Inc., 00020578

VERI-1597048



DEVELOPER'S GUIDE

# Contents

+ **Summary of Revisions** . . . . . . . . . . . . . . . . . . . . . . iii

+ **Chapter 1 Introduction** . . . . . . . . . . . . . . . . . . . . . 1

   About this Guide . . . . . . . . . . . . . . . . . . . . . . . . . . . 2
      Related Managed PKI Documents . . . . . . . . . . . 3

+ **Chapter 2 Certificate Validation Module (CVM)** . . 5

   Components of the CVM Software Suite . . . . . . . . 5
   Functions of CVM . . . . . . . . . . . . . . . . . . . . . . . . . 6
      CRL Status Checking . . . . . . . . . . . . . . . . . . . . 6
      OCSP Status Checking . . . . . . . . . . . . . . . . . . 7

+ **Chapter 3 Installing and Configuring the CVM Filter
   for Microsoft IIS** . . . . . . . . . . . . . . . . . . . . . . . . . 9

   Obtaining CVM files . . . . . . . . . . . . . . . . . . . . . . . 9
   Installing and Configuring CVM for Your Web
      Server . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 10
   Optional: Configuring OCSP and Additional Installation
      Requirements . . . . . . . . . . . . . . . . . . . . . . . . . 23
      CVM and OCSP Service . . . . . . . . . . . . . . . . . . 23
      Configuring CVM to Fit Other Installation
         Requirements . . . . . . . . . . . . . . . . . . . . . . . 23

 Where it all comes together. ™

VERI-1597049

+   **Chapter 4 Installing and Configuring the CVM Filter
    for Microsoft ISA Server** . . . . . . . . . . . . . . . . . . . .25

    Obtaining the CVM files . . . . . . . . . . . . . . . . . . . . . . .25

    Installing and Configuring CVM for Your Web
        Server . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .26

    Optional: Configuring OCSP and Additional Installation
        Requirements . . . . . . . . . . . . . . . . . . . . . . . . . . . .31
        CVM and OCSP Service . . . . . . . . . . . . . . . . . . .31
        Configuring CVM to Fit Other Installation
            Requirements . . . . . . . . . . . . . . . . . . . . . . . . . .32

+   **Chapter 5 Installing and Configuring the CVM Plug-In
    for SunONE Enterprise Server** . . . . . . . . . . . . . . .33

    Obtaining the CVM files . . . . . . . . . . . . . . . . . . . . . . .33

    Installing and Configuring the CVM for Your Web
        Server . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .34

    Optional: Configuring OCSP and Additional Installation
        Requirements . . . . . . . . . . . . . . . . . . . . . . . . . . . .41
        CVM and OCSP Service . . . . . . . . . . . . . . . . . . .41
        Configuring the CVM to Fit Other Installation
            Requirements . . . . . . . . . . . . . . . . . . . . . . . . . .41

+   **Chapter 6 Installing and Configuring the CVM Module
    for Stronghold Secure Web Server** . . . . . . . . . . .43

    Obtaining the CVM files . . . . . . . . . . . . . . . . . . . . . . .44

    Installing and Configuring CVM for Your Web
        Server . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .44

    Optional: Configuring OCSP and Additional Installation
        Requirements . . . . . . . . . . . . . . . . . . . . . . . . . . . .52
        CVM and OCSP Service . . . . . . . . . . . . . . . . . . .52
        Configuring CVM to Fit Other Installation
            Requirements . . . . . . . . . . . . . . . . . . . . . . . . . .52

+   **Chapter 7 Installing and Configuring the CVM Module
    for Apache 2.0.x Web Server** . . . . . . . . . . . . . . . .53

    Obtaining the CVM files . . . . . . . . . . . . . . . . . . . . . . .53

    Installing and Configuring CVM for Your Web
        Server . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .54

    Optional: Configuring OCSP and Additional Installation
        Requirements . . . . . . . . . . . . . . . . . . . . . . . . . . . .60

VERI-1597050

CVM and OCSP Service . . . . . . . . . . . . . . . . . . 60
Configuring CVM to Fit Other Installation
    Requirements . . . . . . . . . . . . . . . . . . . . . . . . 60

+   **Chapter 8 Installing and Configuring the CVM
    Module for IBM HTTP 2.0.x Web Server** . . . . . . 61
Obtaining the CVM files . . . . . . . . . . . . . . . . . . . . . .
    61
Installing and Configuring CVM for Your Web Server .
    62
Optional: Configuring OCSP and Additional Installation
    Requirements . . . . . . . . . . . . . . . . . . . . . . . . 68
CVM and OCSP Service . . . . . . . . . . . . . . . . . . 68
Configuring CVM to Fit Other Installation
    Requirements . . . . . . . . . . . . . . . . . . . . . . . . 68

+   **Chapter 9 Online Certificate Status Protocol
    (OCSP)** . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 69
Background . . . . . . . . . . . . . . . . . . . . . . . . . . . . 69
    Contrasting OCSP and CRL Services . . . . . . . . . 70
How VeriSign OCSP Services Works with CVM . . . 70
Enabling CVM for OCSP Service . . . . . . . . . . . . . 72

+   **Appendix A CVM Configuration Values** . . . . . . . . 75

+   **Appendix B Downloading Certificate Revocation
    Lists** . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 83
Managed PKI Public . . . . . . . . . . . . . . . . . . . . . . 83
    Production System . . . . . . . . . . . . . . . . . . . . . . 83
    Pilot System . . . . . . . . . . . . . . . . . . . . . . . . . . 84
Managed PKI Private . . . . . . . . . . . . . . . . . . . . . . 84
    Production System . . . . . . . . . . . . . . . . . . . . . . 84
    Pilot System . . . . . . . . . . . . . . . . . . . . . . . . . . 85

+   **Appendix C CVM SDK** . . . . . . . . . . . . . . . . . . . . 87
Introduction . . . . . . . . . . . . . . . . . . . . . . . . . . . 87
Generic Wrapper Functions . . . . . . . . . . . . . . . . . 88
    Initialization . . . . . . . . . . . . . . . . . . . . . . . . . . 88
    Certificate Validation . . . . . . . . . . . . . . . . . . . . 94
    Exit . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 97

VERI-1597051

Managed PKI Certificate Validation Module
-------------------------------------------------------------

Get Certificate Status String ...............98
Get Error String .........................98

+  **Index** ..................................99

VeriSign, Inc., 00020578

VERI-1597052



★ CHAPTER 1

# Introduction

In its role as a Certification Authority, VeriSign provides certificate revocation information in two forms: Certificate Revocation Lists (CRLs) and Online Certificate Status Protocol (OCSP) services. Before trusting a certificate, end-user software must determine whether the certificate is valid by checking the corresponding CRL or OCSP service.

During a transaction, VeriSign's Certificate Validation Module (CVM) automatically and transparently verifies a certificate's status (valid, expired, revoked, suspended, or unknown) before allowing access to a protected Web site or resource. CVM verifies a certificate's status by either downloading and installing the most recent CRL published by VeriSign (usually, a new CRL is generated every 24 hours) into the Web server, or by sending an OCSP request for real-time certificate status to the Certification Authority's (CA's) OCSP responder. VeriSign regularly updates, and makes available to the public, CRLs and OCSP services for each VeriSign CA.

Premium Revocation Service is available in two forms: CRLs generated every hour and OCSP service.

+   **CRL**. A CRL is a dated and signed list of revoked certificates. When a certificate is presented to a Web server or other network resource, an application checks the certificate against the CRL. If the certificate is listed as revoked or not valid, the user presenting the certificate cannot access the resource. If the certificate is not listed, the user presenting the certificate is allowed access to the resource.

+   **OCSP**. OCSP is an add-on service that provides automated responses to requests for certificate revocation status (valid, revoked, suspended, expired, or unknown) in real-time. When a certificate is presented to a Web server or other network resource, CVM sends an OCSP request for certificate status to the CA's OCSP responder. If the OCSP response is valid, the user presenting the certificate can access the resource. If the response is revoked, suspended, expired or unknown, the user presenting the certificate cannot access the resource.

CVM is a certificate management tools provided with VeriSign Managed PKI. This module is typically used in conjunction with a Web server that is using native client

VERI-1597053

authentication, and may be installed with Go Secure! for Web Applications. This tool can also be used independently of Go Secure! for Web Applications.

## About this Guide

This guide contains technical material to help system administrators install and configure the CVM certificate management tool. The guide also discusses VeriSign's OCSP service and how it works with CVM to determine the status of a particular certificate in real time.

---

**Note**    In this guide, the term Netscape/iPlanet is defined as Netscape Enterprise Server 3.x, iPlanet Enterprise Server 4.x or 6.x, or Sun ONE Web Server 6.x on any of the supported platforms.

---

This document is organized as follows:

+ Chapter 2, "Certificate Validation Module (CVM)," describes CVM's components and functions, as well as the hardware and software requirements for using CVM.

+ Chapter 3, "Installing and Configuring the CVM Filter for Microsoft IIS," provides the procedures for obtaining, installing, and configuring CVM for Microsoft Internet Information Server.

+ Chapter 4, "Installing and Configuring the CVM Filter for Microsoft ISA Server," provides the procedures for obtaining, installing and configuring CVM for Microsoft Internet Security and Acceleration (ISA) server.

+ Chapter 5, "Installing and Configuring the CVM Plug-In for SunONE Enterprise Server," provides the procedures for obtaining, installing, and configuring CVM for SunONE Enterprise Server.

+ Chapter 6, "Installing and Configuring the CVM Module for Stronghold Secure Web Server," provides the procedures for obtaining, installing, and configuring CVM for Stronghold.

+ Chapter 7, "Installing and Configuring the CVM Module for Apache 2.0.x Web Server" describes the procedures for obtaining, installing and configuring the CVM module for the Apache 2.0.x Web server.

+ Chapter 8, "Installing and Configuring the CVM Module for IBM HTTP 2.0.x Web Server" describes the procedures for obtaining, installing and configuring the CVM module for the IBM HTTP Web server.

VERI-1597054

+ Chapter 9, "Online Certificate Status Protocol (OCSP)," describes VeriSign's Online Certificate Status Protocol service, which enables OCSP users and applications to determine the status of a certificate in real time.

+ Appendix A, "CVM Configuration Values," contains the values for configuring CVM with obj.conf, httpd.conf, or valConfig.exe.

+ Appendix B, "Downloading Certificate Revocation Lists," lists the secure Web page URLs for downloading CRLs for Managed PKI Public and Private hierarchies.

+ Appendix C, "CVM SDK" explains how to use the generic CVM SDK.

## Related Managed PKI Documents

The following VeriSign documents support information found in this guide.

+ *Managed PKI Error Codes and Troubleshooting Guide*

+ *Managed PKI Hardware/Software Requirements*

+ *Authentication Services Glossary*

All Managed PKI customer documents are available on the Managed PKI CD or from the Managed PKI Control Center *Download* page.

VERI-1597055

Managed PKI Certificate Validation Module

4

VeriSign, Inc., 00020578

VERI-1597056



★ CHAPTER 2

# Certificate Validation Module (CVM)

VeriSign's Certificate Validation Module (CVM) software suite provides ready-to-use Web server plug-ins that simplify certificate status-checking. CVM automatically and transparently verifies a certificate's status (valid, expired, revoked, suspended, or unknown) before allowing access to a protected Web resource.

CVM verifies a certificate's status by either downloading and installing the most recent CRLs published by VeriSign into the Web server, or by sending an OCSP request for real-time certificate status to the CA's OCSP responder. CVM includes plug-ins for Netscape/iPlanet Enterprise Server, Microsoft Internet Information Server (IIS), Microsoft Internet Security and Acceleration (ISA) Server, and Stronghold Secure Web Server. These products (for both Public and Private Managed PKI services) are discussed in this chapter.

## Components of the CVM Software Suite

The files included with the CVM software suite are listed in Table 2-1.

**Note**   Windows 2000/Windows 2003 versions use *.dll files, the HP-UX version uses *.sl files, and the Solaris and Linux versions use *.so files.

Table 2-1  Files included with CVM

| File | Description |
|---|---|
| nsldapssl32v30.(*.dll, *.sl, *.so) | LDAP library (Solaris, HP-UX, and Windows) |
| No files are supplied with the CVM distribution. Libraries are included in the OpenLDAP package, version openldap-2.0.27-2.7.3. | OpenLDAP libraries for Linux |
| libvsvalsdk.(*.dll, *.sl, *.so) | Validation library |
| val_config.txt | Sample trust configuration file |

VERI-1597057

Table 2-1  Files included with CVM

| File (Continued) | Description (Continued) |
|---|---|
| certStatus.csh | Sample customized certificate error CGI (C shell) |
| certStatus.pl | Sample customized certificate error CGI (Perl) |
| libvsvaln.(dll, sl, so) | Server plug-in (Netscape only) |
| libvsvalm.dll | Server filter (Microsoft only) |
| mod_vsval (sl, so) | Server module for Stronghold |
| mod_vsval_2.so | Server module for Apache 2.0.x |
| mod_vsval_ibm_2.so | Server module for IBM HTTP 2.0.x |
| valConfig.exe | Configuration program (Microsoft only) |
| onsite_sub_demo.509 | TestDrive CA |
| g2_class2testroot.509 | Pilot Managed PKI Root CA |
| g2_verisign_class2_onsite_individual_test_ca.509 | Pilot Managed PKI Public Signer (Intermediate) CA |
| g2_pca2ss.509 | Managed PKI Root CA |
| g2_vs_class2_onsite_individual_ca_2.509g2_ | Managed PKI Public Signer (Intermediate) CA |

## Functions of CVM

CVM checks the validity of all client-authentication certificates presented to the Web server using either CRL status checking or OCSP status checking. CVM can be configured for one method only.

### CRL Status Checking

CVM can read and acquire CRLs from any combination of local files, HTTP servers, or LDAP servers. It caches the CRLs into a local directory on the Web server and refreshes them when necessary. Before trusting received data, CVM always verifies the data's digital signature. CVM is fully configured through a text file, and can be operated in manual or automatic mode.

VeriSign, Inc., 00020578

VERI-1597058

When the Web server starts, CVM first acquires any required CRLs and stores them in a local cache directory. If a recent copy is already present in the cache, CVM uses that version. Next, CVM reads all of the CRLs and certificates into its internal database. Then, the Web server is ready to begin servicing client requests.

During a Secure Sockets Layer (SSL) session, the Web server requests a certificate from the client. CVM verifies that the certificate has not been revoked, and ends the transaction if the certificate is not valid. If CVM determines that its CRL information has become out of date, it automatically attempts to re-acquire the CRLs. Optionally, CVM can log information about its operation, including logging requests that were denied for security reasons.

## OCSP Status Checking

During an SSL session, the Web server requests a certificate from the client. CVM obtains this certificate from the Web server and parses identifying information from it. CVM forwards that information to an OCSP responder across an Internet connection in the form of an OCSP request. The OCSP responder verifies the certificate's status (valid, revoked, suspended, expired or unknown), creates and digitally signs an OCSP response, and returns the response to CVM. Based on the response content and signature returned by the OCSP responder, CVM grants or denies access to the Web resource:

+ If the OCSP response states the certificate is valid, the user is taken directly to the resource.

If the OCSP response states that the certificate is revoked or suspended, CVM displays the default message Certificate Revoked, and the user is denied access to the resource.

+ If the OCSP response states the certificate is expired, CVM displays the default message Certificate Expired, and the user is denied access to the resource. If the OCSP responder certificate has expired, CVM displays the same error message and writes this information to the log file.

+ If the OCSP response is unknown, CVM displays the default message Server Error: Revocation Unknown, and the user is denied access to the resource.

+ If the OCSP response returns any other non-valid status, CVM displays the default message Server Error: Certificate Failed, and the user is denied access to the resource. CVM writes additional information about this error to the log file.

VERI-1597059

These messages are fully customizable with the existing error-cgi option in the obj.conf (Netscape/iPlanet Enterprise Server), valConfig.exe (Microsoft Internet Information Server), or httpd.conf (Stronghold Secure Web Server).

VeriSign, Inc., 00020578

VERI-1597060



★     CHAPTER 3

# Installing and Configuring the CVM Filter for Microsoft IIS

This chapter describes the procedures for obtaining, installing and configuring the CVM filter for Microsoft IIS. Implementing the CVM service requires the following tasks:

+   Obtaining CVM files

+   Installing and configuring CVM for your Web server

+   Configuring OCSP and additional installation requirements (optional)

During CVM installation, important information is written to the log file you specify in the valConfig.exe configuration utility (for example, C:\VeriSign\cvm\logs\cvm.log). Additionally, look at the Windows event log for possible errors logged by IIS. This information is useful for ensuring that CVM is installed correctly. Consult these log files if problems arise.

## Obtaining CVM files

CVM software is available from the *Download* page in the Managed PKI Control Center. The Control Center is regularly updated with the latest version of CVM. Be sure to download the correct CVM version for your operating system.

VERI-1597061

Step 1    Unzip the software

Step 2    Open the contents of the Microsoft IIS folder



Figure 3-1  Microsoft IIS directory with subdirectories

The top-level directory for the Microsoft IIS Web server includes the following subdirectories (Figure 3-1):

+ **bin.** Contains the binary files that implement CVM plug-in.

+ **certcache.** Contains the root certificates.

+ **config.** Contains the configuration files.

## Installing and Configuring CVM for Your Web Server

Install and configure your Microsoft IIS Web server by completing the following steps:

### Step 1    Stop the Web server

Open the Microsoft Management Console and stop the Web server.

### Step 2    Copy the subdirectories to the Web server

Copy the three subdirectories from the win\server\cvm\iis directory (Figure 3-1) to C:\VeriSign\cvm.

### Step 3    Configure the Web server to use the SSL protocol

**Note**   If you do not already have a Server Certificate for your Web server, you must obtain one before configuring the Web server. Go to **http://www.verisign.com/** for details on obtaining a Server Certificate.

VERI-1597062

Ensure that your Web server is configured to use the SSL protocol (required when using VeriSign Digital IDs) by completing the following steps:

1   Open the *Directory Security* tab on the Web site's *Properties* page.

2   In the Secure Communications section, click **Edit**.

3   Ensure that both the **Require secure channel (SSL) when accessing this resource** and **Require client certificates** check boxes are selected. These selections cause the server to ask the client browser for a certificate before continuing.

4   IIS version 5.0 or later is capable of performing its own revocation checking. For correct operation of CVM, turn off IIS's revocation checking so that it does not conflict with CVM. Refer to the Web server documentation for details.

5   If you are implementing CVM for Private Managed PKI, add your CA to the list of CAs trusted by IIS for client authentication. Refer to the Web server documentation for details

## Step 4     Run CVM configuration program (valConfig.exe)

The valConfig.exe program enables you to write values into the Windows 2000/2003 registry. Run valConfig.exe, located in C:\VeriSign\cvm\config\valConfig.exe. The valConfig dialog box appears (Figure 3-2). Refer to Appendix A, "CVM Configuration Values" for descriptions and values to use when running valConfig.exe.

VERI-1597063

You must run this program before using the CVM filter.



Figure 3-2  *valConfig* dialog box

---

**Note**   Prior to Managed PKI 6.1, the no-check-chain parameter was used. The use of no-check-chain is now deprecated. Check-chain is used instead, as shown in Figure 3-2.

---

### Step 5    Edit the Trust Configuration File (val_config.txt)

The CVM filter is controlled by a configuration file that specifies where to acquire the intermediate CA certificates and CRLs required by the filter. This file is required; even if the filter is running in fully automatic mode, the configuration file specifies the root certificates for the filter. This file is specified in the cfg-filename entry as shown in Figure 3-2 and is located in C:\VeriSign\cvm\config\val_config.txt. The configuration file is case-sensitive. Signify comment lines with the # character.

The configuration file consists of pairs of lines. The first line of the pair specifies the format for this certificate or CRL, and begins with the text ENTRY=. The second line specifies the location of the certificate or CRL, and begins with either READ= or READ_NO_PREFIX=.

VERI-1597064

### ENTRY Line

The ENTRY line describes the entry using three required strings and two optional strings. The line must use exactly one string from each of the following sets: {CERT, CRL}, {FILE, URL}, {DER, PKCS7}. This specifies whether the object is a certificate or CRL, whether it is a local file or a URL, and whether it is a DER/BER binary object or a PKCS#7 encoded object.

In addition to these values, the entry line may optionally contain the string B64 to signify that the object has been Base64 encoded.

To install CA root certificates into the CVM filter, and to instruct the filter to trust the root certificates, use the optional string ROOT. To use this option, the entry must be of CERT and FILE type (not of type URL). Use this option only for the root certificates in the server's certificate database.

### READ Line

READ=<name> specifies the location of the certificate or CRL. If the entry is a file, the plug-in tries to open <file-prefix>/<name> (substituting the value of file-prefix from the plug-in configuration). If you use READ_NO_PREFIX=<name>, the plug-in opens name (without the prefix). Similarly for URLs, READ=<url> looks in <url-prefix>/<url> and READ_NO_PREFIX=<url> does not perform the substitution.

### Sample CVM Configuration File

The following sample configuration file illustrates how to configure val_config.txt for Managed PKI Public and Managed PKI Private. This file is included in the CVM software as val_config.txt.

---

**IMPORTANT!** If you are using Pilot Managed PKI, then your CRL is hosted at **pilotonsitecrl.verisign.com**. Ensure that you configure for Pilot Managed PKI by replacing all occurrences of **onsitecrl.verisign.com** in the configuration file with **pilotonsitecrl.verisign.com**.

---

```
#Begin Sample File
#PCA2 ROOT (OnSite CA), uses file-prefix
ENTRY=CERT FILE DER ROOT
READ=g2_pca2ss.509

#PCA2 CRL, uses url-prefix
ENTRY=CRL URL DER
READ_NO_PREFIX=http://crl.verisign.com/pca2-g2.crl

# OnSite Public Intermediate(Signing) CA, uses file-prefix
```

VERI-1597065

```
ENTRY=CERT FILE DER
READ=g2_vs_class2_onsite_individual_ca_2_v2.509

#OnSite Public Intermediate CRL
ENTRY=CRL URL DER
READ_NO_PREFIX=http://onsitecrl.verisign.com/OnSitePublic/LatestCRL.crl

#Pilot OnSite Root CA, uses file-prefix
#ENTRY=CERT FILE DER ROOT
#READ=g2_class2testroot.509

#Class2TestRoot CRL
#ENTRY=CRL URL DER
#READ_NO_PREFIX=http://pilotonsitecrl.verisign.com/OfflineCA/testpca2-g2.crl

#Pilot OnSite Public Intermediate(Signing)CA, uses file-prefix
#ENTRY=CERT FILE DER
#READ=g2_verisign_class2_onsite_individual_test_ca.509

#Pilot OnSite Public Signing CA CRL
#ENTRY=CRL URL DER
#READ_NO_PREFIX=http://pilotonsitecrl.verisign.com/OnSitePublic/LatestCRL.crl

#TestDrive CA, uses file-prefix
#ENTRY=CERT FILE DER ROOT
#READ=onsite_sub_demo.509

#TestDrive CA CRL, from ldap:
#ENTRY=CRL URL DER
#READ_NO_PREFIX=ldap://directory.verisign.com/ou=VeriSign OnSite Subscriber
Demo, o="VeriSign, Inc.", l=Internet?authorityRevocationList;binary

#End Sample File
```

## Step 6    Create the log directory

If it does not already exist, create the log directory that you specified while running valConfig.exe. For example, for the log-file-name in Figure 3-2 on page 12 you would create: **C:\VeriSign\cvm\logs**.

During CVM installation, important information is written to the log file you specify in the valConfig.exe configuration utility. This information is useful for ensuring CVM is installed correctly. Consult these log files if problems arise.

## Step 7    Install the CVM filter in the IIS server

Install the CVM filter in the Web server as either a local filter (recommended) or as a global filter.

VERI-1597066

**Note**   Installing CVM as a global filter applies the CVM filter as a global filter on all Web servers on this computer.

### Installing CVM as a local filter (recommended)

Install CVM as a local filter in the Web server as follows:

1   Right-click the **Default Web Site** icon and select **Properties** for the Web server (Figure 3-3).



Figure 3-3  Installing CVM as a local filter

VERI-1597067

Managed PKI Certificate Validation Module
----------------------------------------------------------------------------------------

**2**  Click the **ISAPI Filters** tab (Figure 3-4).



Figure 3-4  Adding ISAPI filters: local filter

**3**  Click **Add**. The *Filter Properties* dialog box appears (Figure 3-5).



Figure 3-5  *Filter Properties* dialog box: local filter

    **a**  Enter **validate** for the *Filter Name*.

    **b**  Enter **C:\VeriSign\cvm\bin\libvsvalm.dll** for the *Executable*.

    **c**  Click **OK**.

**4**  Close the *Properties* page.

VeriSign, Inc., 00020578

VERI-1597068

## Installing CVM as a global filter for IIS 5.0.

Install CVM as a global filter in the Web server as follows:

1    In the IIS Console, right-click the computer icon and select **Properties** (Figure 3-6).



Figure 3-6  Installing CVM as a global filter for IIS 5.0

VeriSign, Inc., 00020578

17

VERI-1597069

Managed PKI Certificate Validation Module

2    In the *Master Properties* section of the resulting dialog box, select **WWW Service**.
     (Figure 3-7).



Figure 3-7 *Properties* dialog box

3    Click **Edit**.

VeriSign, Inc., 00020578


VERI-1597070

4    Click the **ISAPI Filters** tab. (Figure 3-8).



Figure 3-8 Adding ISAPI filters: global filter for IIS 5.0

5    Click **Add**. The *Filter Properties* dialog box appears (Figure 3-9).



Figure 3-9 *Filter Properties* dialog box: global filter for IIS 5.0

    d    Enter **validate** for the *Filter Name*.

    e    Enter **C:\VeriSign\cvm\bin\libvsvalm.dll** for the *Executable*.

    f    Click **OK**.

6    Close the *Properties* page.

VERI-1597071

### Installing CVM as a global filter for IIS 6.0.

Install CVM as a global filter in the Web server as follows:

**1**   In IIS Manager, right-click the Web Sites and select **Properties**.

**2**   Click the **ISAPI Filters** tab (Figure 3-10).



Figure 3-10  Adding ISAPI filters: global filter for IIS 6.0

**3**   Click **Add**. The *Filter Properties* dialog box appears (Figure 3-11).



Figure 3-11 *Filter Properties* dialog box: global filter for IIS 6.0

    **g**   Enter **validate** for the *Filter Name*.

    **h**   Enter **C:\VeriSign\cvm\bin\libvsvalm.dll** for the *Executable*.

VERI-1597072

   **i**   Click **OK**.

**4**   Close the *Properties* page.

**Step 8**   Start the Web server

Stop and start the *IIS Administrator Service* and the *World Wide Web Publishing Service* from your Services Control Panel. Verify that CVM has started as follows:

**1**   Right-click the **Default Web Site** icon and select **Properties** (Figure 3-12).



Figure 3-12  Verifying CVM start: selecting *Properties*

**2**   Click the **ISAPI Filters** tab. Ensure that there is a green up arrow (for *Status*), as shown (Figure 3-13).

VeriSign, Inc., 00020578

VERI-1597073

Managed PKI Certificate Validation Module
--------------------------------------------------------------------------------

**Note**  If there is a red down arrow (for Status), refer to *Managed PKI Error Codes and Troubleshooting Guide.*



Figure 3-13  Verifying CVM start: checking status

3   Ensure that there are no errors written to the log file that you specified in valConfig.exe. If that file does not exist or is not up-to-date, stop the server and stop the Web Publishing Service (this ensures that the file is flushed to disk). Check for the log file again.

You may find further clues in the system event log. If the file is still not there, make sure you followed all of the steps to configure your Microsoft IIS correctly. If the file is still not there, look in the System Event log. If IIS fails to load the filter, it will log the failure in the System Event log.

If your Web server fails to start, refer to *Managed PKI Error Codes and Troubleshooting Guide* for help.

## Step 9    Test the implementation by performing transactions

Access your protected Web site with valid and invalid certificates. Successful transactions generate an access message. Unsuccessful transactions result in a security message.

22                                                    VeriSign, Inc., 00020578

VERI-1597074

You can configure CVM so that both types of transaction are logged into the log file. The certificate status and subject name appear in the message. Filter error (and optionally, informational) messages are also written into the log file.

# Optional: Configuring OCSP and Additional Installation Requirements

CVM is now configured to run CRL status checking on an installation using the default settings.

The optional configurations listed in this section describe how to enable CVM for OCSP service and allow you to configure CVM to fit your specific installation requirements.

## CVM and OCSP Service

By default, CVM is configured to run CRL status checking. You can enable CVM for OCSP service using the procedures in "Enabling CVM for OCSP Service" in Chapter 9. You can enable CVM with CRL checking or OCSP, but not both.

## Configuring CVM to Fit Other Installation Requirements

If you did not use the default values to install CVM, then you must specify CVM configuration values in the obj.conf file. See Appendix A, "CVM Configuration Values."

---

**IMPORTANT!** Use only the options that are appropriate for your implementation. For example, use either url-prefix="<value>" or ocsp-url="<value>". Do not use both. Some options are used by Microsoft IIS or ISA only (noted in the Description column of Table A-1 in Appendix A, "CVM Configuration Values").

---

VERI-1597075

Managed PKI Certificate Validation Module
----------------------------------------------------------------

VeriSign, Inc., 00020578

VERI-1597076



★  CHAPTER 4

# Installing and Configuring the CVM Filter for Microsoft ISA Server

This chapter describes the procedures for obtaining, installing, and configuring the CVM filter for Microsoft ISA (Internet Security and Acceleration) server. Implementing CVM service involves the following tasks:

+  Obtaining the CVM files

+  Installing and configuring CVM for your server

+  Configuring OCSP and additional installation requirements (optional)

During the CVM installation, important information is written to the log file that you specify in the valConfig.exe configuration utility (for example, C:\VeriSign\cvm\logs\cvm.log). Additionally, look at the Windows event log for possible errors logged by ISA server. This information is useful for ensuring CVM is installed correctly. Consult these log files if problems arise.

## Obtaining the CVM files

The CVM software is available from the *Download* page in the Managed PKI Control Center. The Control Center is regularly updated with the latest version of CVM. Be sure to download the correct CVM for your operating system.

VERI-1597077

Managed PKI Certificate Validation Module

Step 1    Unzip the software

Step 2    Open the contents of the Microsoft IIS folder



Figure 4-1  Microsoft IIS directory with subdirectories

There is a top-level directory for the Microsoft ISA Web server with the following subdirectories (Figure 4-1):

+ **bin.** Contains the binary files that implement the CVM filter.

+ **certcache.** Contains the root certificates.

+ **config.** Contains the configuration files.

**Note**   The top level directory for Microsoft IIS Web server and Microsoft ISA server is the same.

## Installing and Configuring CVM for Your Web Server

Install and configure CVM for your Microsoft ISA Web server by completing the following steps:

Step 1    Stop the Web server

Open the Microsoft ISA Management Console and stop the Web proxy service.

Step 2    Unzip the CVM software and copy the subdirectories to the ISA server

+ Copy the three subdirectories from the Nt\server\cvm\iis directory (Figure 4-1) to C:\VeriSign\cvm

+ Copy the plug-in *.dll files from win\server\cvm\iis\bin\ into the ISA installation directory (for example, c:\Program Files\Microsoft ISA Server)

                                    VeriSign, Inc., 00020578

VERI-1597078

### Step 3    Configure the ISA Web Proxy Server to use the SSL protocol

**Note**   If you do not already have a Server Certificate for your Web server, you must obtain one before configuring the Web server. Go to **http://www.verisign.com/** for details on obtaining a Server Certificate.

Ensure that your Web server is configured to use the SSL protocol (required when using VeriSign Digital IDs) by completing the following steps:

a   In the Microsoft ISA Management Console, select the properties for your server.

b   Click the *Incoming Web Request* tab.

c   Select the **Listener** and edit its properties.

– Select the server certificate by clicking **Select**

– Ensure that both the **Use a server certificate to authenticate to web clients** and the **Client certificate (secure channel only)** checkboxes are selected.

d   Select both the **Enable SSL listeners** and **Ask unauthenticated users for authentication** check boxes. These selections ensure that the server uses the SSL protocol and requests a certificate from the client browser before continuing.

### Step 4    Run the CVM configuration program (valConfig.exe)

The valConfig.exe program enables you to write values into the Windows 2000/2003 registry. Run the valConfig.exe program, located in C:\VeriSign\cvm\config\valConfig.exe. The valConfig dialog box appears

VERI-1597079

(Figure 4-2). Refer to Appendix A, "CVM Configuration Values," for descriptions and values to use when running valConfig.exe.

Select **Yes** for the isa-install option.

You must run this program before using the CVM filter.



Figure 4-2  *valConfig* dialog box

## Step 5    Edit the trust configuration file (val_config.txt)

The CVM filter is controlled by a configuration file that specifies where to acquire the intermediate CA certificates and CRLs required by the filter. This file is required; even if the filter is running in fully automatic mode, the configuration file specifies the root certificates for the filter. This file is specified in the *cfg-filename* entry as shown in Figure 4-2 and is located in C:\VeriSign\cvm\config\val_config.txt. The configuration file is case-sensitive. Signify comment lines with the # character.

The configuration file consists of pairs of lines. The first line of the pair specifies the format for this certificate or CRL, and begins with the text ENTRY=. The second line specifies the location of the certificate or CRL, and begins with either READ= or READ_NO_PREFIX=.

VeriSign, Inc., 00020578

VERI-1597080

### ENTRY Line

The ENTRY line describes the entry using three required strings and two optional strings. The line must use exactly one string from each of the following sets: {CERT, CRL}, {FILE, URL}, {DER, PKCS7}. This specifies whether the object is a certificate or CRL, whether it is a local file or a URL, and whether it is a DER/BER binary object or a PKCS#7 encoded object.

In addition to these values, the entry line may optionally contain the string B64 to signify that the object has been Base64 encoded.

To install CA root certificates into the CVM filter, and to instruct the filter to trust the root certificates, use the optional string ROOT. To use this option, the entry must be of CERT and FILE type (not of type URL). Use this option only for the root certificates in the server's certificate database.

### READ Line

READ=<name> specifies the location of the certificate or CRL. If the entry is a file, the plug-in tries to open <file-prefix>/<name> (substituting the value of file-prefix from the plug-in configuration). If you use READ_NO_PREFIX=<name>, the plug-in opens name (without the prefix). Similarly for URLs, READ=<url> looks in <url-prefix>/<url> and READ_NO_PREFIX=<url> does not perform the substitution.

### Sample CVM Configuration File

The following sample configuration file illustrates how to configure val_config.txt for Managed PKI Public and Managed PKI Private. This file is included in the CVM software as val_config.txt.

---

**IMPORTANT!** If you are using Pilot Managed PKI, then your CRL is hosted at **pilotonsitecrl.verisign.com**. Ensure that you configure for Pilot Managed PKI by replacing all occurrences of **onsitecrl.verisign.com** in the configuration file with **pilotonsitecrl.verisign.com**.

---

```
OnSite Public Version
#Begin Sample File
#PCA2 ROOT (OnSite CA), uses file-prefix
ENTRY=CERT FILE DER ROOT
READ=pca2ss.509
#PCA2 CRL, uses url-prefix
ENTRY=CRL URL DER
READ_NO_PREFIX=http://crl.verisign.com/pca2.crl
#OnSite Public Intermediate(Signing) CA, uses file-prefix
ENTRY=CERT FILE DER
```

VeriSign, Inc., 00020578

VERI-1597081

Managed PKI Certificate Validation Module
------------------------------------------------------------------------

```
READ=vs_class2_onsite_individual_ca_2_v2.509
# OnSite Public Intermediate CRL
ENTRY=CRL URL DER
READ_NO_PREFIX=http://onsitecrl.verisign.com/OnSitePublic/LatestCRL.crl
# Pilot OnSite CA, uses file-prefix
#ENTRY=CERT FILE DER ROOT
#READ=class2testroot.509
# Class2TestRoot CRL
#ENTRY=CRL URL DER
#READ_NO_PREFIX=http://pilotonsitecrl.verisign.com/OnSitePublic/Class2TestRoot.crl
# Pilot OnSite Public Intermediate(Signing)CA, uses file-prefix
#ENTRY=CERT FILE DER
#READ=verisign_class2_onsite_individual_test_ca.509
# Pilot OnSite Public Signing CA CRL
#ENTRY=CRL URL DER
#READ_NO_PREFIX=http://pilotonsitecrl.verisign.com/OnSitePublic/LatestCRL.crl
# TestDrive CA, uses file-prefix
#ENTRY=CERT FILE DER ROOT
#READ=onsite_sub_demo.509
# TestDrive CA CRL, from ldap:
#ENTRY=CRL URL DER
#READ_NO_PREFIX=ldap://directory.verisign.com/ou=VeriSign OnSite Subscriber
Demo, o="VeriSign, Inc.", l=Internet?authorityRevocationList;binary
# End Sample
OnSite Private Version
# Begin Sample File
#Private CRL Checking CA
ENTRY=CERT FILE DER B64 ROOT
# replace $YOUR_PATH with the appropriate directory
# that can be found by the web server and $YOUR_CA
# with your CA's certificate in base64 format.
READ_NO_PREFIX=$YOUR_PATH/$YOUR_CA.b64
# CRL
ENTRY=CRL URL PKCS7
# The substring $YOUR_COMPANY should be replaced with the corresponding
# string you see in the OnSite Control Center's CRL Checker download
# page.
READ_NO_PREFIX=http://onsitecrl.verisign.com/$YOUR_COMPANY/LatestCRL
# End Sample File
```

VeriSign, Inc., 00020578

VERI-1597082

### Step 6    Create the log directory

If it does not already exist, create the log directory you specified while running valConfig.exe. For example, for the log-file-name in Figure 4-2 on page 28 you would create: **C:\VeriSign\cvm\logs**.

During CVM installation, important information is written to the log file you specify in the valConfig.exe configuration utility. This information is useful for ensuring CVM is installed correctly. Consult these log files if problems arise.

### Step 7    Install the CVM Web filter in the ISA server

Use the sample Visual Basic script cvmRegister.vbs (provided along with the package) to register the CVM plug-in in the ISA Server. You can change the priority and direction in this script as per your requirements. The default priority is **Medium** and direction is **Incoming Web Requests**.

### Step 8    Restart the Web Proxy service in the ISA server

If your Web server fails to start, refer to *Managed PKI Error Codes and Troubleshooting Guide* for help.

### Step 9    Test the implementation by performing transactions

Access your protected Web site with valid and invalid certificates. Successful transactions generate an access message. Unsuccessful transactions result in a security message.

You can configure CVM so that both types of transaction are logged into the log file. The certificate status and subject name appear in the message. Filter error (and optionally, informational) messages are also written into the log file.

## Optional: Configuring OCSP and Additional Installation Requirements

CVM is now configured to run CRL status checking on an installation using the default settings. The optional configurations listed in this section describe how to enable CVM for OCSP service and allow you to configure CVM to fit your specific installation requirements.

### CVM and OCSP Service

By default, CVM is configured to run CRL status checking. You can enable CVM for OCSP service using the procedures in "Enabling CVM for OCSP Service" in Chapter 9. You can enable CVM with CRL checking or OCSP, but not both.

VERI-1597083

## Configuring CVM to Fit Other Installation Requirements

If you did not use the default values to install CVM, configuring CVM to fit other installations requires that you configure those values using the valConfig.exe configuration utility with the values described in Appendix A, "CVM Configuration Values."

---

**IMPORTANT!** Use only the options that are appropriate for your implementation. For example, use either url-prefix="<value>" or ocsp-url="<value>". Do not use both. Some options are used by Microsoft IIS or ISA only (noted in the **Description** column of Table A-1 in Appendix A, "CVM Configuration Values").

---

VeriSign, Inc., 00020578

VERI-1597084



* CHAPTER 5

# Installing and Configuring the CVM Plug-In for SunONE Enterprise Server

This chapter describes the procedures for obtaining, installing and configuring the CVM plug-in for SunONE Enterprise Server. Implementing CVM service requires the following tasks:

+ Obtaining the CVM files

+ Installing and configuring CVM for your Web server

+ Configuring OCSP and additional installation requirements (optional)

During the CVM installation, important information is written to the server log file <server-base-dir>/logs/errors. This information is useful for ensuring CVM is installed correctly. Consult these log files if problems arise.

## Obtaining the CVM files

The CVM software is available from the *Download* page in the Managed PKI Control Center. (The Control Center is regularly updated with the latest version of CVM.) Be sure to download the correct CVM version for your operating system.

VERI-1597085

Managed PKI Certificate Validation Module

Step 1    Unzip the software

Step 2    Open the contents of the Netscape folder



Figure 5-1 Netscape directory with subdirectories

There is a top level directory for the Netscape Web server with the following subdirectories (Figure 5-1):

+ **bin.** Contains the binary files that implement the CVM plug-in.

+ **certcache.** Contains the root certificates.

+ **config.** Contains the configuration files.

Step 3    Copy the subdirectories to your Web server

Copy the bin, certcache, and config subdirectories from the CVM software to your Web server using the appropriate platform location:

+ **Windows 2000/2003:** C:\VeriSign\cvm

+ **HP-UX:** /VeriSign/cvm

+ **Solaris:** /VeriSign/cvm

## Installing and Configuring the CVM for Your Web Server

Install and configure your SunONE Enterprise Server Web server by completing the following steps:

Step 1    Copy the binaries to the Web server

Follow the procedure appropriate to your platform:

**Windows 2000/2003:** Copy the three * .dll files from the win\server\cvm\netscape\bin directory into a directory in which the Web server

VERI-1597086

can find them. (Typically, \netscape\SuiteSpot\bin\https or for SunONE servers, \netscape\server4\bin\https\bin.)

**HP-UX:** Copy the three *.sl files from the HPUX/server/cvm/netscape/bin directory into a directory in which the Web server can find them. (Typically, /usr/local/lib or /usr/lib are good locations.)

Alternatively, install the library elsewhere and modify SHLIB_PATH.

**Solaris:** Copy the three *.so files from the Solaris/server/cvm/netscape/bin directory into a directory in which the Web server can find them. (Typically, /usr/local/lib or /usr/lib or for iPlanet servers, /usr/netscape/server4/bin/https/lib.)

Alternatively, install the library elsewhere and modify LD_LIBRARY_PATH.

### Step 2    Stop the Web server

### Step 3    Configure the Web server to use the SSL protocol

---

**Note**  If you do not already have a Server Certificate for your Web server, you must obtain one before configuring the Web server. Go to **http://www.verisign.com/** for details on obtaining a Server Certificate. With Enterprise Server, one Web server certificate works for all Web server instances. With iPlanet, each Web server instance uses a new pair of DB files and a different SSL certificate.

---

Configure your Web server to use the SSL protocol (required when using VeriSign Digital IDs). See the Web server documentation for details.

---

**Note**  Ensure that the **Require client certificates** check box is selected. Additionally, ensure that the CA issuing the client certificates is designated as a Trusted Client CA.

---

### Step 4    Edit the configuration file

For SunONE Enterprise Server 4.x,

Edit the SunONE Enterprise Server netscape\<SuiteSpot|Server4>\<server-name> \config\obj.conf file by adding the following two lines at the top, near the other Init fn lines. These lines instruct the Web server to load the plug-in and to run its initialization function. Definitions and values for the options are in Appendix A, "CVM Configuration Values."

VeriSign, Inc., 00020578

VERI-1597087

**Note**  The line breaks in the sample lines below occur only due to the limits of the width of the page. Each command must be entered on a single line. Even if many options are used, they must all be placed on the same line. Do not put a space after commas or use the Enter key in either of the two lines.

```
Init fn="load-modules" funcs="vsCheckCertInit,vsCheckClientCert"shlib="
<value>"

Init fn="vsCheckCertInit" cfg-filename="<value>"
file-prefix="<value>["url-prefix or
="<value>" ocsp-url="<value>"]cache-dir="<value>" log-security="<value>"
log-info
="<value>" default-ldap="<value>" update-hours="<value>"
check-chain="<value>" error-cgi="<value> http-proxy="<value>"
ldap-http-proxy="<value>"
```

Use only the options that are appropriate for your implementation. Enter either url-prefix="<value>" or ocsp-url="<value>," not both. Some options are used by Microsoft IIS or ISA only (noted in the Description column of Table A-1 in Appendix A, "CVM Configuration Values").

**Note**  Prior to Managed PKI 6.1, the no-check-chain parameter was used. The use of no-check-chain is now deprecated. Use check-chain instead.

For example:

```
Init fn="load-modules" funcs="vsCheckCertInit,vsCheckClientCert" shlib=
"c:/VeriSign/cvm/bin/libvsvaln.dll"

Init fn="vsCheckCertInit" cfg-filename="c:/VeriSign/cvm/config/val_con
fig.txt" file-prefix="c:/VeriSign/cvm/certcache/" url-prefix="http://
onsitecrl.verisign.com/OnSitePublic/" cache-dir="c:/VeriSign/cvm/cert
cache/" log-security="on" log-info="on" update-hours="24" check-chain
="on"
```

**Note**  When entering the Init command on any of the supported platforms, Windows, HP-UX or Solaris, use forward slashes.

*For SunONE Enterprise Server 6.x,*
Edit the <iPlanet-install-dir>/<server-name>/config/magnus.conf file by adding the following lines to the end of the file:

**Note**  The line breaks in the sample lines below occur only due to the limits of the width of the page. Each command must be entered on a single line. Even if many options are used, they must all be placed on the same line. Do not put a space after commas or use the **Enter** key in either of the two lines.

The options for SunONE Enterprise Server 6.x are the same as for SunONE Enterprise Server 4.x, with the addition of LateInit. This option must be set to Yes whenever a value is entered for update-hours.

```
Init fn="load-modules" funcs="vsCheckCertInit,vsCheckClient
Cert" shlib= "C:/iplanet/server6/bin/https/bin/libvsvaln.
dll"
Init fn="vsCheckCertInit" cfg-filename="<value>" file-prefix
="<value>" url-prefix="<value>" ocsp-url="<value>" cache-dir
="<value>" log-security="<value>" log-info="<value>" default-
ldap="<value>" update-hours="<value>" check-chain="<value>
" error-cgi="<value> http-proxy="<value>" ldap-http-proxy="
<value>" LateInit="yes"
```

**Note**  When entering the Init command on any of the supported platforms, Windows, HP-UX or Solaris, use forward slashes.

Use only the options that are appropriate for your implementation. Enter either url-prefix="<value>" or ocsp-url="<value>," not both. Some options are used by Microsoft IIS or ISA only (noted in the Description column of Table A-1 in Appendix A, "CVM Configuration Values").

**Note**  Prior to Managed PKI 6.1, the no-check-chain parameter was used. The use of no-check-chain is now deprecated. Use check-chain instead.

## Step 5    Turn on the authorization function

Turn on the authorization function by adding the following line to the obj.conf file for the objects that are being protected:

**AuthTrans fn="vsCheckClientCert"**

To turn the authorization function on for all objects (the simplest method) add the line immediately after the <Object name=default> line. If the server already has a line that executes the get-client-cert function, remove it. The validation plug-in performs this step automatically.

For example:

VERI-1597089

```
<Object name=default>
AuthTrans fn="vsCheckClientCert"
NameTrans fn=pfx2dir from=/ns-icons
dir="D:/Netscape/SuiteSpot/ns-icons"
...
...
AddLog fn=flex-log name="access"
</Object>

<Object name=cgi>
ObjectType fn=force-type type=magnus-internal/cgi
Service fn=send-cgi
</Object>
```

This authorization function instructs the server to ask the client browser for a valid certificate, and performs revocation checking on it before allowing the transaction to complete.

## Step 6    Edit the Trust Configuration File (val_config.txt)

The CVM filter is controlled by a configuration file that specifies where to acquire the intermediate CA certificates and CRLs required by the filter. This file is required; even if the filter is running in fully automatic mode, the configuration file specifies the root certificates for the filter. This file is located in C:\VeriSign\cvm\config\val_config.txt. The configuration file is case-sensitive. Signify comment lines with the # character.

The configuration file consists of pairs of lines. The first line of the pair specifies the format for this certificate or CRL, and begins with the text ENTRY=. The second line specifies the location of the certificate or CRL, and begins with either READ= or READ_NO_PREFIX=.

### ENTRY Line

The ENTRY line describes the entry using three required strings and two optional strings. The line must use exactly one string from each of the following sets: {CERT, CRL}, {FILE, URL}, {DER, PKCS7}. This specifies whether the object is a certificate or CRL, whether it is a local file or a URL, and whether it is a DER/BER binary object or a pkcs7 encoded object.

In addition to these values, the entry line may optionally contain the string B64 to signify that the object has been Base64 encoded.

To install CA root certificates into the CVM filter, and to instruct the filter to trust the root certificates, use the optional string ROOT. To use this option, the entry must be

VERI-1597090

of CERT and FILE type (not of type URL). Use this option only for the root certificates in the server's certificate database.

## READ Line

READ=<name> specifies the location of the certificate or CRL. If the entry is a file, the plug-in tries to open <file-prefix>/<name> (substituting the value of file-prefix from the plug-in configuration). If you use READ_NO_PREFIX=<name>, the plug-in opens name (without the prefix). Similarly for URLs, READ=<url> looks in <url-prefix>/<url> and READ_NO_PREFIX=<url> does not perform the substitution.

## Sample CVM Configuration File

The following sample configuration file illustrates how to configure val_config.txt for Managed PKI Public and Managed PKI Private. This file is included in the CVM software as val_config.txt.

---

**IMPORTANT!** If you are using Pilot Managed PKI, then your CRL is hosted at **pilotonsitecrl.verisign.com**. Ensure that you configure for Pilot Managed PKI by replacing all occurrences of **onsitecrl.verisign.com** in the configuration file with **pilotonsitecrl.verisign.com**.

---

```
Managed PKI Public Version
#Begin Sample File
#PCA2 ROOT (Managed PKI CA), uses file-prefix
ENTRY=CERT FILE DER ROOT
READ=pca2ss.509
#PCA2 CRL, uses url-prefix
ENTRY=CRL URL DER
READ_NO_PREFIX=http://crl.verisign.com/pca2.crl
#Managed PKI Public Intermediate(Signing) CA, uses file-prefix
ENTRY=CERT FILE DER
READ=vs_class2_onsite_individual_ca_2_v2.509
#Managed PKI Public Intermediate CRL
ENTRY=CRL URL DER
READ_NO_PREFIX=http://onsitecrl.verisign.com/OnSitePublic/LatestCRL.crl
#Pilot Managed PKI CA, uses file-prefix
#ENTRY=CERT FILE DER ROOT
#READ=class2testroot.509
#Class2TestRoot CRL
#ENTRY=CRL URL DER
#READ_NO_PREFIX=http://pilotonsitecrl.verisign.com/OnSitePublic/Class2TestRoot.crl
#Pilot Managed PKI Public Intermediate(Signing)CA, uses file-prefix
#ENTRY=CERT FILE DER
#READ=verisign_class2_onsite_individual_test_ca.509
```

VERI-1597091

```
#Pilot Managed PKI Public Signing CA CRL
#ENTRY=CRL URL DER
#READ_NO_PREFIX=http://pilotonsitecrl.verisign.com/OnSitePublic/LatestCRL.crl
#TestDrive CA, uses file-prefix
#ENTRY=CERT FILE DER ROOT
#READ=onsite_sub_demo.509
#TestDrive CA CRL, from ldap.
#ENTRY=CRL URL DER
#READ_NO_PREFIX=ldap://directory.verisign.com/ou=VeriSign OnSite Subscriber
Demo, o="VeriSign, Inc.", l=Internet?authorityRevocationList;binary
#End Sample
OnSite Private Version
#Begin Sample File
#Private CRL Checking CA
ENTRY=CERT FILE DER B64 ROOT
#replace $YOUR_PATH with the appropriate directory
#that can be found by the web server and $YOUR_CA
#with your CA's certificate in base64 format.
READ_NO_PREFIX=$YOUR_PATH/$YOUR_CA.b64
#CRL
ENTRY=CRL URL PKCS7
#The substring $YOUR_COMPANY should be replaced with the corresponding
#string you see in the Managed PKI Control Center's CRL Checker download
#page.
READ_NO_PREFIX=http://onsitecrl.verisign.com/$YOUR_COMPANY/LatestCRL
#End Sample File
```

## Step 7    Start the Web server

If your Web server fails to start, refer to *Managed PKI Error Codes and Troubleshooting Guide* for help.

## Step 8    Test the implementation by performing transactions

Access your protected Web site with valid and invalid certificates. Successful transactions generate an access message. Unsuccessful transactions result in a security message.

You can configure CVM so that both types of transaction are logged into the log file. The certificate status and subject name appear in the message. Filter error (and optionally, informational) messages are also written into the log file.

VeriSign, Inc., 00020578

VERI-1597092

## Optional: Configuring OCSP and Additional Installation Requirements

The CVM is now configured to run CRL status checking on an installation using the default settings. The optional configurations listed in this section describe how to enable the CVM for OCSP service and allow you to configure the CVM to fit your specific installation requirements.

### CVM and OCSP Service

By default, the CVM is configured to run CRL status checking. You can enable CVM for OCSP service using the procedures in "Enabling CVM for OCSP Service" in Chapter 9. You can enable CVM with CRL checking or OCSP, but not both.

### Configuring the CVM to Fit Other Installation Requirements

If you did not use the default values to install the CVM, then you must specify the CVM configuration values in the obj.conf file. See Appendix A, "CVM Configuration Values."

---

**IMPORTANT!** Use only the options that are appropriate for your implementation. For example, use either url-prefix="<value>" or ocsp-url="<value>". Do not use both. Some options are used by Microsoft IIS or ISA only (noted in the Description column of Table A-1 in Appendix A, "CVM Configuration Values").

---

VERI-1597093

Managed PKI Certificate Validation Module
------------------------------------------------------------

VeriSign, Inc., 00020578

VERI-1597094



* **CHAPTER 6**

# Installing and Configuring the CVM Module for Stronghold Secure Web Server

**Note**  Stronghold 4 Web Server is supported on Solaris, HP-UX, and Linux platforms.

This chapter describes the procedures for obtaining, installing and configuring the CVM module for the Stronghold Secure Web server. Implementing CVM service requires carrying out the following tasks:

+  Obtaining the CVM files

+  Installing and configuring CVM for your Web server

+  Configuring OCSP and additional installation requirements (optional)

During the installation of CVM, important information is written to the server error log files:

+  <stronghold-dir>/logs/error_log and <stronghold-dir>/logs/ssl_error_log (Stronghold 3)

+  <stronghold-dir>/var/log/error_log and <stronghold-dir>/var/log/ssl/error_log (Stronghold 4)

In addition, the runtime messages from CVM are written to the CVM log file, which is specified in the configuration file using the parameter:

    VSVAL_SetOpt log-file-name </path/to/log-file/file-name>

**Note**  This is a 'mandatory' value.

This information is useful for ensuring CVM is installed correctly. Consult these log files if problems arise.

VeriSign, Inc., 00020578

VERI-1597095

## Obtaining the CVM files

The CVM software is available from the *Download* page in the Managed PKI Control Center. The Control Center is regularly updated with the latest version of CVM. Be sure to download the correct CVM version for your operating system.

Step 1    Unzip the software

Step 2    Open the contents of the Stronghold folder



Figure 6-1 Stronghold directory with subdirectories

The top-level directory for the Stronghold Web server includes the following subdirectories (Figure 6-1):

+ **bin.** Contains the binary files that implement the CVM plug-in.

+ **certcache.** Contains the root certificates.

+ **config.** Contains the configuration files.

Step 3    Copy the subdirectories to the Web server

Copy the bin, certcache, and config subdirectories from the CVM software to /VeriSign/cvm in your Web server.

## Installing and Configuring CVM for Your Web Server

Install and configure your Stronghold Web server by completing the following steps:

Step 1    Stop the Web server

Step 2    Copy the binaries to the Web server

**HP-UX.** Copy the three *.sl files from the HPUX/server/cvm/stronghold/bin directory into a directory in which the Web server can find them. (Typically, <stronghold-dir>/modules/libexec is a good location.)

VERI-1597096

Alternatively, install the library elsewhere and modify SHLIB_PATH.

**Solaris.** Copy the three *.so files from the Solaris/server/cvm/stronghold/bin directory into a directory in which the Web server can find them. (Typically, <stronghold-dir>/modules/libexec is a good location.)

Alternatively, install the library elsewhere and modify LD_LIBRARY_PATH.

**Linux.** Copy both *.so files from the Linux/server/cvm/stronghold/bin directory into a directory in which the Web server can find them. (Typically, <stronghold-dir>/lib/modules/1.3/ is a good location.)

Alternatively, install the library elsewhere and modify LD_LIBRARY_PATH.

## Step 3    Configure the Web server to use the SSL protocol

---

**Note**  If you do not already have a Server Certificate for your Web server, you must obtain one before configuring the Web server. Go to **http://www.verisign.com/** for details on obtaining a Server Certificate.

---

Ensure that your Web server is configured to use the SSL protocol (required for using VeriSign Digital IDs). See the Web server documentation for details.

## Step 4    Edit the configuration file

Edit the <stronghold-dir>/conf/httpd.conf file as follows:

1    Configure the server to load the CVM module by adding the following line immediately after the existing load module directives in the configuration file (see "Example of httpd.conf file for Stronghold 4 Web Server" on page 47):

+    For Stronghold 3 Web Server, add:

   **LoadModule vsval_module modules/libexec/mod_vsval.s***
   **where: .s* = .sl for HP-UX and .so for Solaris**

+    For Stronghold 4 Web Server, add:

   **LoadModule vsval_module \**
   **<stronghold-directory>/lib/modules/1.3/mod_vsval.s***
   where: .s* = .sl for HP-UX and .so for Solaris or Linux

2    Clear the module list and add the modules for your server in the correct order. Configure the SSL module to be after the CVM module (mod_vsval.c) in the AddModule directive. Details about the currently configured modules in your server appear at: **https://<your-stronghold-server>/stronghold-info.**

   For example:

VERI-1597097

> **AddModule mod_env.c mod_log_config.c mod_log_agent.c mod_cgi.c mod_so.c mod_vsval.c mod_ssl.c**

> **Note**    VeriSign's **mod_so.c** enables DSO support for loading the CVM module.

3    Specify the configuration values for the CVM module. Use the VSVAL_SetOpt directive to configure your CVM module. A complete list of values appears in Appendix A, "CVM Configuration Values."

> **<IfModule mod_vsval.c>**
> **VSVAL_ProtectAll off**
> **VSVAL_SetOpt file-prefix /VeriSign/cvm/certcache/**
> **VSVAL_SetOpt log-info on**
> **...**
> **</IfModule>**

4    Setting the LogLevel controls the number of messages logged to the error_log. Possible values include: debug, info, notice, warn, error, crit, # alert, emerg. For normal operation, use notice.

> **Note**    The CVM module writes debugging information to the server log files based upon the LogLevel setting. LogLevel is an  httpd.conf directive.

5    Set the Certificate Authority (CA) verification path to find one large file containing all of the CA certificates for client authentication (file must be PEM-encoded). If you are using Private Managed PKI, then add your CA to this file.

For example:

> **SSLCACertificateFile /usr/stronghold/ssl/CA/client-rootce rts.pem**

6    Enable client authentication for your Web server.

For example:

> **SSLVerifyClient require**
> **SSLVerifyDepth 10**

7    **(Optional)** To protect an individual directory in a Stronghold Virtual Host, you must load the following entry after the last SSL configuration entry for any virtual host that needs to have a CVM-protected directory. If you are not using virtual hosts, then this entry is loaded globally in the default configuration.

> **<IfModule mod_vsval.c>**
> **VSVAL_ProtectAll off**
> **VSVAL_SetOpt file-prefix /VeriSign/cvm/certcache/**

VERI-1597098

```
VSVAL_SetOpt log-info on
VSVAL_SetOpt cache-dir /VeriSign/cvm/certcache/
VSVAL_SetOpt log-security on
VSVAL_SetOpt check-chain on
VSVAL_SetOpt url-prefix \ http://onsitecrl.verisign.com/OnSitePublic/
VSVAL_SetOpt cfg-filename /VeriSign/cvm/config/val_config.txt
VSVAL_SetOpt log-file-name /logs/cvm_log.txt
VSVAL_SetOpt update-hours 24
</IfModule>
```

**Note**   Prior to Managed PKI 6.1, the no-check-chain parameter was used. The use of no-check-chain is now deprecated. Use check-chain instead.

8   Set the SSL engine options to enable certificate data to be exported:

**SSLOptions +ExportCertData**

**Note**   You must enable certificate data to be exported for the CVM to work.

9   Protect the entire server or specific URLs using the VSVAL_ProtectAll or VSVAL_ProtectDir directives. VSVAL_ProtectAll is the default setting. If you want to protect only specific directories, turn off VSVAL_ProtectAll and use VSVAL_ProtectDir. See the following example for usage.

**Note**   When using virtual hosts, one of the directives, VSVAL_ProtectAll or VSVAL_ProtectDir, must be set for each server instance that uses CVM protection. Set one of these directives, but not both, for each server instance.

**Example of httpd.conf file for Stronghold 4 Web Server**
The following is an example of the httpd.conf file.

**Note**   For Stronghold 3 Web Server, the line shown in bold in the following example should be changed to:

```
LoadModule vsval_module modules/libexec/mod_vsval.so
```

```
#Example:
#LoadModule foo_module lib/modules/1.3/mod_foo.so
#
LoadModule vsval_module lib/modules/1.3/mod_vsval.so
ClearModuleList
```

VERI-1597099