## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

PRISM TECHNOLOGIES LLC

           Plaintiff,

    v.

VERISIGN, INC., RSA SECURITY, INC.,
NETEGRITY, INC., COMPUTER
ASSOCIATES INTERNATIONAL, INC.,
and JOHNSON & JOHNSON SERVICES,
INC.,

           Defendants.

Civil Action No. 05-214 JJF

**REDACTED PUBLIC VERSION**
**Exhibits Volume 1 of 4**
**Part 2 of 2**

**PLAINTIFF PRISM TECHNOLOGIES LLC'S**
**MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF ITS MOTION**
**TO COMPEL DEFENDANT VERISIGN, INC. TO PRODUCE**
**THE SOURCE CODE OF ITS ACCUSED PRODUCTS**

February 2, 2007

Richard D. Kirk (rk0922)
Ashley B. Stitzer (as3891)
222 Delaware Avenue, Suite 900
Wilmington, Delaware 19899
(302) 655-5000
rkirk@bayardfirm.com
astitzer@bayardfirm.com

ATTORNEYS FOR PLAINTIFF PRISM
TECHNOLOGIES LLC

OF COUNSEL:

Dirk D. Thomas
Robert A. Auchter
Kenneth A. Freeling
André J. Bahou
Aziz Burgy
Chandran B. Iyer
ROBINS, KAPLAN, MILLER & CIRESI LLP
1875 Eye Street, N.W., Suite 300
Washington, D.C.  20006-5409
(202) 775-0725

```
AddModule mod_env.c mod_log_config.c mod_log_agent.c mod_log_referer.c
mod_mime.c mod_negotiation.c mod_status.c mod_info.c mod_include.c
mod_autoindex.c mod_dir.c mod_cgi.c mod_asis.c mod_imap.c mod_actions.c
mod_userdir.c mod_alias.c mod_rewrite.c mod_access.c mod_auth.c mod_auth_dbm.c
mod_proxy.c mod_cern_meta.c mod_expires.c mod_headers.c mod_usertrack.c
mod_unique_id.c mod_so.c mod_setenvif.c mod_perl.c mod_vsval.c mod_ssl.c

<IfModule mod_vsval.c>
VSVAL_ProtectAll off
VSVAL_SetOpt file-prefix /VeriSign/cvm/certcache/
VSVAL_SetOpt log-info on
VSVAL_SetOpt cache-dir /VeriSign/cvm/certcache/
VSVAL_SetOpt log-security on
VSVAL_SetOpt check-chain on
VSVAL_SetOpt url-prefix http://onsitecrl.verisign.com/OnSitePublic/
VSVAL_SetOpt cfg-filename /VeriSign/cvm/config/val_config.txt
VSVAL_SetOpt log-file-name /logs/cvm_log
VSVAL_SetOpt update-hours 24
</IfModule>
...
### Section 2: 'Main' server configuration
#
...
#
#LogLevel: Control the number of messages logged to the error_log.
#Possible values include: debug, info, notice, warn, error, crit,
#alert, emerg.
#
LogLevel info
...
##
## SSL Global Context
##
##
## SSL Virtual Host Context
##
...
<VirtualHost _default_:443>
# General setup for the virtual host
...
#  Certificate Authority (CA):
#  Set the CA certificate verification path where to find CA
#  certificates for client authentication or alternatively one
#  huge file containing all of them (file must be PEM encoded)
#  Note: Inside SSLCACertificatePath you need hash symlinks
#     to point to the certificate files. Use the provided
#     Makefile to update the hash symlinks after changes.
#SSLCACertificatePath /home/atulshibagwale/stronghold/conf/ssl.crt
```

    VeriSign, Inc., 00020578

VERI-1597100

SSLCACertificateFile /home/atulshibagwale/stronghold/ssl/CA/client-rootcerts.pem

...
# SSL Engine Options:
# Set various options for the SSL engine.
# o ExportCertData:
#   This exports two additional environment variables: SSL_CLIENT_CERT and
#   SSL_SERVER_CERT. These contain the PEM-encoded certificates of the
#   server (always existing) and the client (only existing when client
#   authentication is used). This can be used to import the certificates
#   into CGI scripts.
...
SSLOptions +ExportCertData
...
</VirtualHost>
...
Alias /protected /myapplication/htmldocs
<Location /protected>
VSVAL_ProtectDir on
SSLRequireSSL
</Location>

## Step 5    Edit the Trust Configuration File (val_config.txt)

The CVM filter is controlled by a configuration file that specifies where to acquire the intermediate CA certificates and CRLs required by the filter. This file is required; even if the filter is running in fully automatic mode, the configuration file specifies the root certificates for the filter. This file is located in VeriSign/cvm/config/val_config.txt. The configuration file is case-sensitive. Signify comment lines with the # character.

The configuration file consists of pairs of lines. The first line of the pair specifies the format for this certificate or CRL, and begins with the text ENTRY=. The second line specifies the location of the certificate or CRL, and begins with either READ= or READ_NO_PREFIX=.

### ENTRY Line

The ENTRY line describes the entry using three required strings and two optional strings. The line must use exactly one string from each of the following sets: {CERT, CRL}, {FILE, URL}, {DER, PKCS7}. This specifies whether the object is a certificate or CRL, whether it is a local file or a URL, and whether it is a DER/BER binary object or a pkcs7 encoded object.

In addition to these values, the entry line may optionally contain the string B64 to signify that the object has been Base64 encoded.

To install CA root certificates into the CVM filter, and to instruct the filter to trust the root certificates, use the optional string ROOT. To use this option, the entry must be

VERI-1597101

of CERT and FILE type (not of type URL). Use this option only for the root certificates in the server's certificate database.

## READ Line

READ=<name> specifies the location of the certificate or CRL. If the entry is a file, the plug-in tries to open <file-prefix>/<name> (substituting the value of file-prefix from the plug-in configuration). If you use READ_NO_PREFIX=<name>, the plug-in opens name (without the prefix). Similarly for URLs, READ=<url> looks in <url-prefix>/<url> and READ_NO_PREFIX=<url> does not perform the substitution.

## Sample CVM Configuration File

The following sample configuration file illustrates how to configure val_config.txt for Managed PKI Public and Managed PKI Private. This file is included in the CVM software as val_config.txt.

---

**IMPORTANT!** If you are using Pilot Managed PKI, then your CRL is hosted at **pilotonsitecrl.verisign.com**. Ensure that you configure for Pilot Managed PKI by replacing all occurrences of **onsitecrl.verisign.com** in the configuration file with **pilotonsitecrl.verisign.com**.

---

```
#Begin Sample File
#PCA2 ROOT (Managed PKI CA), uses file-prefix
ENTRY=CERT FILE DER ROOT
READ=pca2ss.509
#PCA2 CRL, uses url-prefix
ENTRY=CRL URL DER
READ_NO_PREFIX=http://crl.verisign.com/pca2.crl
#Managed PKI Public Intermediate(Signing) CA, uses file-prefix
ENTRY=CERT FILE DER
READ=vs_class2_onsite_individual_ca_2_v2.509
#Managed PKI Public Intermediate CRL
ENTRY=CRL URL DER
READ_NO_PREFIX=http://onsitecrl.verisign.com/OnSitePublic/LatestCRL.crl
#Pilot Managed PKI CA, uses file-prefix
#ENTRY=CERT FILE DER ROOT
#READ=class2testroot.509
#Class2TestRoot CRL
#ENTRY=CRL URL DER
#READ_NO_PREFIX=http://pilotonsitecrl.verisign.com/OnSitePublic/Class2TestRoot.crl
#Pilot Managed PKI Public Intermediate(Signing)CA, uses file-prefix
#ENTRY=CERT FILE DER
#READ=verisign_class2_onsite_individual_test_ca.509
#Pilot Managed PKI Public Signing CA CRL
#ENTRY=CRL URL DER
```

VERI-1597102

```
#READ_NO_PREFIX=http://pilotonsitecrl.verisign.com/OnSitePublic/LatestCRL.crl
# TestDrive CA, uses file-prefix
#ENTRY=CERT FILE DER ROOT
#READ=onsite_sub_demo.509
# TestDrive CA CRL, from ldap:
#ENTRY=CRL URL DER
#READ_NO_PREFIX=ldap://directory.verisign.com/ou=VeriSign Managed PKI
Subscriber Demo, o="VeriSign, Inc.", l=Internet?authorityRevocationList;binary
# End Sample
Managed PKI Private Version
# Begin Sample File
#Private CRL Checking CA
ENTRY=CERT FILE DER B64 ROOT
# replace $YOUR_PATH with the appropriate directory
# that can be found by the web server and $YOUR_CA
# with your CA's certificate in base64 format.
READ_NO_PREFIX=$YOUR_PATH/$YOUR_CA.b64
# CRL
ENTRY=CRL URL PKCS7
# The substring $YOUR_COMPANY should be replaced with the corresponding
# string you see in the Managed PKI Control Center's CRL Checker download
# page.
READ_NO_PREFIX=http://onsitecrl.verisign.com/$YOUR_COMPANY/LatestCRL
# End Sample File
```

## Step 6    Start the Web server

If your Web server fails to start, refer to *Managed PKI Error Codes and Troubleshooting Guide* for help.

## Step 7    Test the implementation by performing transactions

Access your protected Web site with valid and invalid certificates. Successful transactions generate an access message. Unsuccessful transactions result in a security message.

You can configure CVM so that both types of transaction are logged into the log file. The certificate status and subject name appear in the message. Filter error (and optionally, informational) messages are also written into the log file.

Module error (and optionally, informational) messages are also written into the server's error logs. Look in the appropriate log file:

+ For Solaris and HP-UX platforms, look in:

   -- <stronghold-dir>/logs/error_log and
      <stronghold-dir>/logs/ssl/error_log.

VERI-1597103

+ For Linux platforms, look in:

- <stronghold-dir>/var/log/error_log and
  <stronghold-dir>/var/log/ssl_error_log.

# Optional: Configuring OCSP and Additional Installation Requirements

CVM is now configured to run CRL status checking on an installation using the default settings. The optional configurations listed in this section describe how to enable CVM for OCSP service and how to configure CVM to fit your specific installation requirements.

## CVM and OCSP Service

By default, CVM is configured to run CRL status checking. You can enable CVM for OCSP service using the procedures in "Enabling CVM for OCSP Service" in Chapter 9. You can enable CVM with CRL checking or OCSP, but not both.

## Configuring CVM to Fit Other Installation Requirements

If you did not use the default values to install CVM, you must specify the CVM configuration values in the obj.conf file. See Appendix A, "CVM Configuration Values."

---

**IMPORTANT!** Use only the options that are appropriate for your implementation. For example, use either **url-prefix="<value>"** or **ocsp-url="<value>"**. Do not use both. Some options are used by Microsoft IIS or ISA only (noted in the **Description** column of Table A-1 in Appendix A, "CVM Configuration Values").

---

VeriSign, Inc., 00020578

VERI-1597104



★ CHAPTER 7

# Installing and Configuring the CVM Module for Apache 2.0.x Web Server

This chapter describes the procedures for obtaining, installing and configuring the CVM module for the Apache 2.0.x Web server. Implementing CVM service requires carrying out the following tasks:

+ Obtaining the CVM files

+ Installing and configuring CVM for your Web server

+ Configuring OCSP and additional installation requirements (optional)

During the installation of CVM, important information is written to the server error log file <apache2-dir>/logs/error_log.

In addition to the above, the runtime messages from CVM are written to the CVM log file, which is specified in the configuration file using the parameter:

VSVAL_SetOpt log-file-name </path/to/log-file/file-name>

**Note**   This is a 'mandatory' value.

This information is useful for ensuring CVM is installed correctly. Consult these log files if problems arise.

## Obtaining the CVM files

The CVM software is available from the Download page in the Managed PKI Control Center. The Control Center is regularly updated with the latest version of CVM. Be sure to download the correct CVM version for your operating system.

VERI-1597105

Step 1    Unzip the software

Step 2    Open the contents of the apache_2 folder



Figure 7-1  Apache_2 directory with subdirectories

The top-level directory for the Apache Web server includes the following subdirectories (see Figure 7-1):

+    **bin.** Contains the binary files that implement the CVM plug-in.

+    **certcache.** Contains the root certificates.

+    **config.** Contains the configuration files.

Step 3    Copy the subdirectories to the Web server

Copy the bin, certcache, and config subdirectories from the CVM software to /VeriSign/cvm in your Web server.

## Installing and Configuring CVM for Your Web Server

Install and configure your Apache Web server by completing the following steps:

Step 1    Stop the Web server

Step 2    Copy the binaries to the Web server

**HP-UX.** On HP-UX platforms:

1    Copy the three * sl files from the HPUX/server/cvm/apache_2/bin directory into a directory in which the Web server can find them. For example:

    <apache2-dir>/modules

2    Modify SHLIB_PATH to include the location used in Step 1.

**Solaris.** On Solaris platforms:

VERI-1597106

1   Copy the three *.so files from the Solaris/server/cvm/apache_2/bin directory into a directory in which the Web server can find them. For example:

    <apache2-dir>/modules

2   Modify LD_LIBRARY_PATH to include the location used in Step 1.

**Linux.** On Linux platforms:

1   Copy both *.so files from the Linux/server/cvm/ apache_2 /bin directory into a directory in which the Web server can find them. For example:

    <apache2-dir>/modules

2   Modify LD_LIBRARY_PATH to include the location used in Step 1.

**AIX.** On AIX platforms:

1   Copy both *.so files from the Linux/server/cvm/ apache_2 /bin directory into a directory in which the Web server can find them. For example:

    <apache2-dir>/modules

2   Modify LD_LIBRARY_PATH to include the location used in Step 1.

### Step 3     Configure the Web server to use the SSL protocol

Ensure that your Web server is configured to use the SSL protocol (required for using VeriSign Digital IDs). See the Web server documentation for details.

---

**Note**   If you do not already have a Server Certificate for your Web server, you must obtain one before configuring the Web server. Go to http://www.verisign.com/ for details on obtaining a Server Certificate.

---

### Step 4     Edit the configuration file

Edit the <apache2-dir>/conf/httpd.conf file as follows:

1   Configure the server to load the CVM module by adding the following line immediately after the existing load module directives in the configuration file. For Apache Web Server, add:

    **LoadModule vsval_2_module modules/mod_vsval_2.so**

VERI-1597107

2   Specify the configuration values for the CVM module. Use the VSVAL_SetOpt directive to configure your CVM module. A complete list of values appears in Appendix A, "CVM Configuration Values."

    &lt;IfModule mod_vsval_2.c&gt; VSVAL_ProtectAll off

    VSVAL_SetOpt file-prefix /VeriSign/cvm/certcache/ VSVAL_SetOpt log-info on

    ...

    &lt;/IfModule&gt;

3   Setting the LogLevel controls the number of messages logged to the error_log. Possible values include: debug, info, notice, warn, error, crit, # alert, emerg. For normal operation, use notice.

    ---
    **Note**   The CVM module writes debugging information to the server log files based upon the LogLevel setting. LogLevel is an httpd.conf directive.
    ---

4   Enable client authentication for your Web server.

5   (Optional) To protect an individual directory in an Apache Virtual Host, you must load the following entry after the last SSL configuration entry for any virtual host that needs to have a CVM-protected directory. If you are not using virtual hosts, then this entry is loaded globally in the default configuration.

    ```
    <IfModule mod_vsval_2.c>
    VSVAL_ProtectAll off
    VSVAL_SetOpt file-prefix /VeriSign/cvm/certcache/
    VSVAL_SetOpt log-info on
    VSVAL_SetOpt cache-dir /VeriSign/cvm/certcache/
    VSVAL_SetOpt log-security on
    VSVAL_SetOpt check-chain on
    VSVAL_SetOpt url-prefix http://onsitecrl.verisign.com/OnSitePublic/
    VSVAL_SetOpt cfg-filename /VeriSign/cvm/config/val_config.txt
    VSVAL_SetOpt log-file-name /usr/local/apache2/logs/cvm_log
    VSVAL_SetOpt update-hours 24
    </IfModule>
    ```

    ---
    **Note**   Prior to Managed PKI 6.1, the no-check-chain parameter was used. The use of no-check-chain is now deprecated. Use check-chain instead.
    ---

6   Protect the entire server or specific URLs using the VSVAL_ProtectAll or VSVAL_ProtectDir directives. VSVAL_ProtectAll is the default setting. If you

**VERI-1597108**

want to protect only specific directories, turn off VSVAL_ProtectAll and use VSVAL_ProtectDir. See the following example for usage.

---

**Note**   When using virtual hosts, one of the directives, VSVAL_ProtectAll or VSVAL_ProtectDir, must be set for each server instance that uses CVM protection. Set one of these directives, but not both, for each server instance.

---

### Example ssl.conf file for Apache 2.0.x Web Server

The following is an example of how to modify the ssl.conf file.

Edit the <apache2-dir>/conf/ssl.conf file as follows:

1   Set the Certificate Authority (CA) verification path to find one large file containing all of the CA certificates for client authentication (file must be PEM-encoded). If you are using Private Managed PKI, then add your CA to this file.

   For example:

   **SSLCACertificateFile /usr/apache2/ssl/CA/client-rootce rts.pem**

2   Enable client authentication for your Web server. For example:

SSLVerifyClient require

SSLVerifyDepth 10

1   Set the SSL engine options to enable certificate data to be exported:

   **SSLOptions +ExportCertData**

---

**Note**   Note   You must enable certificate data to be exported for the CVM to work.

---

### Step 5    Edit the Trust Configuration File (val_config.txt)

The CVM filter is controlled by a configuration file that specifies where to acquire the intermediate CA certificates and CRLs required by the filter. This file is required; even if the filter is running in fully automatic mode, the configuration file specifies the root certificates for the filter. This file is located in VeriSign/cvm/config/val_config.txt. The configuration file is case-sensitive. Signify comment lines with the # character.

The configuration file consists of pairs of lines. The first line of the pair specifies the format for this certificate or CRL, and begins with the text ENTRY=. The second line specifies the location of the certificate or CRL, and begins with either READ= or READ_NO_PREFIX=.

VERI-1597109

## ENTRY Line

The ENTRY line describes the entry using three required strings and two optional strings. The line must use exactly one string from each of the following sets:

{CERT, CRL}, {FILE, URL}, {DER, PKCS7}. This specifies whether the object is a certificate or CRL, whether it is a local file or a URL, and whether it is a DER/BER binary object or a pkcs7 encoded object.

In addition to these values, the entry line may optionally contain the string B64 to signify that the object has been Base64 encoded.

To install CA root certificates into the CVM filter, and to instruct the filter to trust the root certificates, use the optional string ROOT. To use this option, the entry must be of CERT and FILE type (not of type URL). Use this option only for the root certificates in the server's certificate database.

## READ Line

READ=<name> specifies the location of the certificate or CRL. If the entry is a file, the plug-in tries to open <file-prefix>/<name> (substituting the value of file-prefix from the plug-in configuration). If you use READ_NO_PREFIX=<name>, the plug-in opens name (without the prefix). Similarly for URLs, READ=<url> looks in <url-prefix>/<url> and READ_NO_PREFIX=<url> does not perform the substitution.

## Sample CVM Configuration File

The following sample configuration file illustrates how to configure val_config.txt for Managed PKI Public and Managed PKI Private. This file is included in the CVM software as val_config.txt.

---

**IMPORTANT!**  If you are using Pilot Managed PKI, then your CRL is hosted at pilotonsitecrl.verisign.com. Ensure that you configure for Pilot Managed PKI by replacing all occurrences of onsitecrl.verisign.com in the configuration file with pilotonsitecrl.verisign.com.

---

**Managed PKI Public Version**
#Begin Sample File
#PCA2 ROOT (Managed PKI CA), uses file-prefix
ENTRY=CERT FILE DER ROOT READ=pca2ss.509
#PCA2 CRL, uses url-prefix
ENTRY=CRL URL DER READ_NO_PREFIX=http://crl.verisign.com/pca2.crl
#Managed PKI Public Intermediate(Signing) CA, uses file-prefix ENTRY=CERT FILE DER
READ=vs_class2_onsite_individual_ca_2_v2.509
#Managed PKI Public Intermediate CRL ENTRY=CRL URL DER
READ_NO_PREFIX=http://onsitecrl.verisign.com/OnSitePublic/LatestCRL.crl
#Pilot Managed PKI CA, uses file-prefix

VERI-1597110

```
#ENTRY=CERT FILE DER ROOT
#READ=class2testroot.509
# Class2TestRoot CRL
#ENTRY=CRL URL DER
#READ_NO_PREFIX=http://pilotonsitecrl.verisign.com/OnSitePublic/Class2Tes tRoot.crl
# Pilot Managed PKI Public Intermediate(Signing)CA, uses file-prefix
#ENTRY=CERT FILE DER
#READ=verisign_class2_onsite_individual_test_ca.509


# Pilot Managed PKI Public Signing CA CRL
#ENTRY=CRL URL DER
#READ_NO_PREFIX=http://pilotonsitecrl.verisign.com/OnSitePublic/LatestCRL
.crl
# TestDrive CA, uses file-prefix
#ENTRY=CERT FILE DER ROOT
#READ=onsite_sub_demo.509
# TestDrive CA CRL, from ldap:
#ENTRY=CRL URL DER
#READ_NO_PREFIX=ldap://directory.verisign.com/ou=VeriSign Managed PKI
Subscriber Demo, o="VeriSign, Inc.", l=Internet?authorityRevocationList;binary
# End Sample
```

**Managed PKI Private Version**
```
# Begin Sample File
#Private CRL Checking CA ENTRY=CERT FILE DER B64 ROOT
# replace $YOUR_PATH with the appropriate directory
# that can be found by the web server and $YOUR_CA
# with your CA's certificate in base64 format.
READ_NO_PREFIX=$YOUR_PATH/$YOUR_CA.b64
# CRL
ENTRY=CRL URL PKCS7
# The substring $YOUR_COMPANY should be replaced with the corresponding
# string you see in the Managed PKI Control Center's CRL Checker download
# page.
READ_NO_PREFIX=http://onsitecrl.verisign.com/$YOUR_COMPANY/LatestCRL
# End Sample File
```

## Step 6    Start the Web server

If your Web server fails to start, refer to *Managed PKI Error Codes and Troubleshooting Guide* for help.

## Step 7    Test the implementation by performing transactions

Access your protected Web site with valid and invalid certificates. Successful transactions generate an access message. Unsuccessful transactions result in a security message.

VERI-1597111

You can configure CVM so that both types of transaction are logged into the log file. The certificate status and subject name appear in the message. Filter error (and optionally, informational) messages are also written into the log file.

Module error (and optionally, informational) messages are also written into the server's error logs. Look in the appropriate log file:

For Solaris and HP-UX platforms, look in:

- <apache2-dir>/logs/error_log and <apache2-dir>/<cvm-log-file>

For Linux platforms, look in:

- <apache2-dir>/var/log/error_log and <apache2-dir>/<cvm-log-file>.

# Optional: Configuring OCSP and Additional Installation Requirements

CVM is now configured to run CRL status checking on an installation using the default settings. The optional configurations listed in this section describe how to enable CVM for OCSP service and how to configure CVM to fit your specific installation requirements.

## CVM and OCSP Service

By default, CVM is configured to run CRL status checking. You can enable CVM for OCSP service using the procedures in Chapter 9, "Online Certificate Status Protocol (OCSP)." You can enable CVM with CRL checking or OCSP, but not both.

## Configuring CVM to Fit Other Installation Requirements

If you did not use the default values to install CVM, you must specify the CVM configuration values in the obj.conf file. See Appendix A, "CVM Configuration Values."

---

**IMPORTANT!** Use only the options that are appropriate for your implementation. For example, use either url-prefix="<value>" or ocsp-url="<value>". Do not use both. Some options are used by Microsoft IIS or ISA only (noted in the Description column of Table A-1 in Appendix A, "CVM Configuration Values").

---

VeriSign, Inc., 00020578

VERI-1597112

 **VeriSign** ⋆ CHAPTER 8

# Installing and Configuring the CVM Module for IBM HTTP 2.0.x Web Server

This chapter describes the procedures for obtaining, installing and configuring the CVM module for the IBM HTTP Web server. Implementing CVM service requires carrying out the following tasks:

+ Obtaining the CVM files

+ Installing and configuring CVM for your Web server

+ Configuring OCSP and additional installation requirements (optional)

During the installation of CVM, important information is written to the server error log files:

<ibmhttpd2-dir>/logs/error_log

In addition to the above, the runtime messages from CVM are written to the CVM log file, which is specified in the configuration file using the parameter:

VSVAL_SetOpt log-file-name </path/to/log-file/file-name>

---

**Note**    Note: This is a 'mandatory' value.

---

This information is useful for ensuring CVM is installed correctly. Consult these log files if problems arise.

## Obtaining the CVM files

The CVM software is available from the Download page in the Managed PKI Control Center. The Control Center is regularly updated with the latest version of CVM. Be sure to download the correct CVM version for your operating system.

VERI-1597113

Managed PKI Certificate Validation Module
------------------------------------------------------------

Step 1    Unzip the software

Step 2    Open the contents of the ibmhttpd_2 folder



Figure 8-1  ibmhttpd_2 directory with subdirectories

The top-level directory for the IBM HTTP Web server includes the following subdirectories (see Figure 8-1):

+ bin. Contains the binary files that implement the CVM plug-in.

+ certcache. Contains the root certificates.

+ config. Contains the configuration files.

Step 3    Copy the subdirectories to the Web server

Copy the bin, certcache, and config subdirectories from the CVM software to /VeriSign/cvm in your Web server.

## Installing and Configuring CVM for Your Web Server

Install and configure your IBM HTTP Web server by completing the following steps:

Step 1    Stop the Web server

Step 2    Copy the binaries to the Web server

**HP-UX.**    On HP-UX platforms:

1    Copy the three *.sl files from the HPUX/server/cvm/ibmhttpd_2/bin directory into a directory in which the Web server can find them. For example:

   <ibmhttpd2-dir>/modules

2    Modify SHLIB_PATH to include the location used in Step 1.

**Solaris.**    On Solaris platforms:

VERI-1597114

1    Copy the three *.so files from the Solaris/server/cvm/ibmhttpd_2/bin directory
     into a directory in which the Web server can find them. For example:

     <ibmhttpd2-dir>/modules

2    Modify LD_LIBRARY_PATH to include the location used in Step 1.

**Linux**.   On Linux platforms:

1    Copy both *.so files from the Linux/server/cvm/ ibmhttpd_2/bin directory into
     a directory in which the Web server can find them. For example:

     <ibmhttpd2-dir>/modules

2    Modify LD_LIBRARY_PATH to include the location used in Step 1.

**AIX**.   On AIX platforms:

1    Copy both *.so files from the Linux/server/cvm/ ibmhttpd_2/bin directory into
     a directory in which the Web server can find them. For example:

     <ibmhttpd2-dir>/modules

2    Modify LD_LIBRARY_PATH to include the location used in Step 1.

## Step 3    Configure the Web server to use the SSL protocol

Note    If you do not already have a Server Certificate for your Web server, you must
obtain one before configuring the Web server. Go to http://www.verisign.com/ for
details on obtaining a Server Certificate.

Ensure that your Web server is configured to use the SSL protocol (required for using
VeriSign Digital IDs). See the Web server documentation for details.

## Step 4    Edit the configuration file

Edit the <ibmhttpd2 -dir>/conf/httpd.conf file as follows:

1    Configure the server to load the CVM module by adding the following line
     immediately after the existing load module directives in the configuration file. For
     IBM HTTP Web Server, add:

**LoadModule vsval_2_module modules/mod_vsval_ibm_2.so**

1    2    Specify the configuration values for the CVM module. Use the
          VSVAL_SetOpt directive to configure your CVM module. A complete list of
          values appears in Appendix A, "CVM Configuration Values."

     <IfModule mod_vsval_ibm_2.c> VSVAL_ProtectAll off
     VSVAL_SetOpt file-prefix /VeriSign/cvm/certcache/ VSVAL_SetOpt
     log-info on

VERI-1597115

------------------------------------------------------------------

```
...
</IfModule>
```

2   Setting the LogLevel controls the number of messages logged to the error_log.
    Possible values include: debug, info, notice, warn, error, crit, # alert, emerg. For
    normal operation, use notice.

---

**Note**   Note   The CVM module writes debugging information to the server log
files based upon the LogLevel setting. LogLevel is an httpd.conf directive.

---

3   Enable client authentication for your Web server.

4   (Optional) To protect an individual directory in a IBM HTTP Virtual Host, you
    must load the following entry after the last SSL configuration entry for any virtual
    host that needs to have a CVM-protected directory. If you are not using virtual
    hosts, then this entry is loaded globally in the default configuration.

```
<IfModule mod_vsval_ibm_2.c>
VSVAL_ProtectAll off
VSVAL_SetOpt file-prefix /VeriSign/cvm/certcache/
VSVAL_SetOpt log-info on
VSVAL_SetOpt cache-dir /VeriSign/cvm/certcache/
VSVAL_SetOpt log-security on
VSVAL_SetOpt check-chain on
VSVAL_SetOpt url-prefix http://onsitecrl.verisign.com/OnSitePublic/
VSVAL_SetOpt cfg-filename /VeriSign/cvm/config/val_config.txt
VSVAL_SetOpt log-file-name /usr/local/ihs2/logs/cvm_log
VSVAL_SetOpt update-hours 24
</IfModule>
```

---

**Note**   Prior to Managed PKI 6.1, the no-check-chain parameter was used. The
use of no-check-chain is now deprecated. Use check-chain instead.

---

5   Protect the entire server or specific URLs using the VSVAL_ProtectAll or
    VSVAL_ProtectDir directives. VSVAL_ProtectAll is the default setting. If you
    want to protect only specific directories, turn off VSVAL_ProtectAll and use
    VSVAL_ProtectDir. See the following example for usage.

---

**Note**   Note   When using virtual hosts, one of the directives, VSVAL_ProtectAll
or VSVAL_ProtectDir, must be set for each server instance that uses CVM
protection. Set one of these directives, but not both, for each server instance.

---

VERI-1597116

## Step 5     Edit the Trust Configuration File (val_config.txt)

The CVM filter is controlled by a configuration file that specifies where to acquire the intermediate CA certificates and CRLs required by the filter. This file is required; even if the filter is running in fully automatic mode, the configuration file specifies the root certificates for the filter. This file is located in VeriSign/cvm/config/val_config.txt. The configuration file is case-sensitive. Signify comment lines with the # character.

The configuration file consists of pairs of lines. The first line of the pair specifies the format for this certificate or CRL, and begins with the text ENTRY=. The second line specifies the location of the certificate or CRL, and begins with either READ= or READ_NO_PREFIX=.

ENTRY Line

The ENTRY line describes the entry using three required strings and two optional strings. The line must use exactly one string from each of the following sets:

{CERT, CRL}, {FILE, URL}, {DER, PKCS7}. This specifies whether the object is a certificate or CRL, whether it is a local file or a URL, and whether it is a DER/BER binary object or a pkcs7 encoded object.

In addition to these values, the entry line may optionally contain the string B64 to signify that the object has been Base64 encoded.

To install CA root certificates into the CVM filter, and to instruct the filter to trust the root certificates, use the optional string ROOT. To use this option, the entry must be of CERT and FILE type (not of type URL). Use this option only for the root certificates in the server's certificate database.

READ Line

READ=<name> specifies the location of the certificate or CRL. If the entry is a file, the plug-in tries to open <file-prefix>/<name> (substituting the value of file-prefix from the plug-in configuration). If you use READ_NO_PREFIX=<name>, the plug-in opens name (without the prefix). Similarly for URLs, READ=<url> looks in <url-prefix>/<url> and READ_NO_PREFIX=<url> does not perform the substitution.

## Sample CVM Configuration File

The following sample configuration file illustrates how to configure val_config.txt for Managed PKI Public and Managed PKI Private. This file is included in the CVM software as val_config.txt.

VERI-1597117

Managed PKI Certificate Validation Module
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

---

**IMPORTANT!** If you are using Pilot Managed PKI, then your CRL is hosted at
pilotonsitecrl.verisign.com. Ensure that you configure for Pilot
Managed PKI by replacing all occurrences of onsitecrl.verisign.com
in the configuration file with pilotonsitecrl.verisign.com.

---

```
# Begin Sample File
# PCA2 ROOT (Managed PKI CA), uses file-prefix
ENTRY=CERT FILE DER ROOT READ=pca2ss.509
# PCA2 CRL, uses url-prefix
ENTRY=CRL URL DER
READ_NO_PREFIX=http://crl.verisign.com/pca2.crl
# Managed PKI Public Intermediate(Signing) CA, uses file-prefix
ENTRY=CERT FILE DER
READ=vs_class2_onsite_individual_ca_2_v2.509
# Managed PKI Public Intermediate CRL ENTRY=CRL URL DER
READ_NO_PREFIX=http://onsitecrl.verisign.com/OnSitePublic/Late
stCRL.crl
# Pilot Managed PKI CA, uses file-prefix
#ENTRY=CERT FILE DER ROOT
#READ=class2testroot.509
# Class2TestRoot CRL
#ENTRY=CRL URL DER
#READ_NO_PREFIX=http://pilotonsitecrl.verisign.com/OnSitePubli
c/Class2Tes tRoot.crl
# Pilot Managed PKI Public Intermediate(Signing)CA, uses
file-prefix
#ENTRY=CERT FILE DER
#READ=verisign_class2_onsite_individual_test_ca.509


# Pilot Managed PKI Public Signing CA CRL
#ENTRY=CRL URL DER
#READ_NO_PREFIX=http://pilotonsitecrl.verisign.com/OnSitePubli
c/LatestCRL
.crl
# TestDrive CA, uses file-prefix
#ENTRY=CERT FILE DER ROOT
#READ=onsite_sub_demo.509
# TestDrive CA CRL, from ldap:
#ENTRY=CRL URL DER
#READ_NO_PREFIX=ldap://directory.verisign.com/ou=VeriSign
Managed PKI Subscriber Demo, o="VeriSign, Inc.",
l=Internet?authorityRevocationList;binary
```

VeriSign, Inc., 00020578

VERI-1597118

```
# End Sample
Managed PKI Private Version
# Begin Sample File
#Private CRL Checking CA ENTRY=CERT FILE DER B64 ROOT
# replace $YOUR_PATH with the appropriate directory
# that can be found by the web server and $YOUR_CA
# with your CA's certificate in base64 format.
READ_NO_PREFIX=$YOUR_PATH/$YOUR_CA.b64
# CRL
ENTRY=CRL URL PKCS7
# The substring $YOUR_COMPANY should be replaced with the
corresponding
# string you see in the Managed PKI Control Center's CRL Checker
download
# page.
READ_NO_PREFIX=http://onsitecrl.verisign.com/$YOUR_COMPANY/Lat
estCRL
# End Sample File
```

## Step 6    Start the Web server

If your Web server fails to start, refer to *Managed PKI Error Codes and Troubleshooting Guide* for help.

## Step 7    Test the implementation by performing transactions

Access your protected Web site with valid and invalid certificates. Successful transactions generate an access message. Unsuccessful transactions result in a security message.

You can configure CVM so that both types of transaction are logged into the log file. The certificate status and subject name appear in the message. Filter error (and optionally, informational) messages are also written into the log file.

Module error (and optionally, informational) messages are also written into the server's error logs. Look in the appropriate log file:

For Solaris and HP-UX platforms, look in <ibmhttpd2-dir>/logs/error_log and <ibmhttpd2-dir>/<cvm-log-file>.

For Linux platforms, look in <ibmhttpd2-dir>/var/log/error_log and <ibmhttpd2-dir>/<cvm-log-file>.

VERI-1597119

# Optional: Configuring OCSP and Additional Installation Requirements

CVM is now configured to run CRL status checking on an installation using the default settings. The optional configurations listed in this section describe how to enable CVM for OCSP service and how to configure CVM to fit your specific installation requirements.

## CVM and OCSP Service

By default, CVM is configured to run CRL status checking. You can enable CVM for OCSP service using the procedures in "Enabling CVM for OCSP Service" in Chapter 9. You can enable CVM with CRL checking or OCSP, but not both.

## Configuring CVM to Fit Other Installation Requirements

If you did not use the default values to install CVM, you must specify the CVM configuration values in the obj.conf file. See Appendix A, "CVM Configuration Values"

---

**IMPORTANT!**  Use only the options that are appropriate for your implementation. For example, use either url-prefix="<value>" or ocsp-url="<value>". Do not use both. Some options are used by Microsoft IIS or ISA only (noted in the Description column of Table A-1 in Appendix A, "CVM Configuration Values").

---

VeriSign, Inc., 00020578

VERI-1597120



★ CHAPTER 9

# Online Certificate Status Protocol (OCSP)

VeriSign's Online Certificate Status Protocol (OCSP) services enable users and applications to determine the status (valid, revoked, suspended, expired, or unknown) of a particular certificate in real time.

In practice, an end-user application implements an OCSP client (such as the VeriSign Certificate Validation Module—CVM—Web server plug-in) that issues a status request to an OCSP responder at VeriSign when an end-user certificate is presented for access to a secure Web resource. The client suspends acceptance of the certificate until the responder sends a response (digitally signed by VeriSign) indicating the certificate's status.

OCSP determines only the status of the certificate. The application program is responsible for verifying that the end user represented by the certificate has proper authorization to access the resource.

## Background

As a security measure, all digital certificates have a limited lifetime (the operational period), typically one year. When the operational period passes, the certificate expires and becomes invalid. The owner of an invalid certificate should no longer use the certificate, and the certificate is no longer considered trustworthy.

There are other situations in which a certificate should become invalid. For example, when a user terminates his or her employment, or there has been a loss or compromise of the private key, the certificate administrator or the user must request that VeriSign *revoke* the certificate. Revocation invalidates a certificate by permanently ending the operational period. When you request revocation of a certificate, or when the certificate expires, VeriSign promptly revokes the certificate and updates its certificate Repository to indicate that the certificate is invalid.

Certificate suspension, another form of invalidation (available only to the OCSP service), is a temporary revocation. A suspended certificate appears as a revoked

VERI-1597121

certificate to an OCSP request, and does not appear in a CRL. Unlike a revoked certificate, a suspended certificate can be returned to valid status.

The intent of invalidating a certificate is to ensure that, when an invalid certificate is used to sign or encrypt a message, all recipients can be made aware that the certificate was revoked, and can thus no longer be trusted. To be able to alert a user that a particular certificate is invalid, application programs must be provided a mechanism for determining validity status. The process of determining status is also referred to as revocation checking.

## Contrasting OCSP and CRL Services

Because VeriSign's OCSP Services provide real-time, on-demand responses for particular certificates, OCSP presents some advantages over CRL services. These factors might enable a developer to create a simpler OCSP client application than an equivalent application using CRLs. VeriSign's OCSP Services present the following advantages:

+ There is no need to store CRLs. Over time, CRLs become larger. (VeriSign mitigates this issue by providing partial CRLs that include only some revocation information.) An application that encounters certificates from multiple CAs must store at least one CRL for each CA.

+ OCSP can be configured to log all OCSP transactions and provide a report of these transactions to the certificate administrator.

+ OCSP services enable the certificate administrator to suspend a certificate as an alternative to revocation. A suspended certificate appears as a revoked certificate to an OCSP request, and does not appear in a CRL. Unlike a revoked certificate, a suspended certificate can be returned to *valid* status.

**Note**   Because OCSP services are real-time, their use requires an Internet connection.

# How VeriSign OCSP Services Works with CVM

In the following example, the OCSP client application running CVM sends an OCSP request for certificate status to VeriSign's OCSP responder whenever an end user requests access to protected Web sites or other resources. If the OCSP responder indicates that the certificate is valid, the application determines whether the user presenting the certificate is allowed access to the resource. If the response is revoked,

VERI-1597122

suspended, expired or unknown, the application denies access to the resource.
Figure 9-1 illustrates this process.



Figure 9-1 OCSP process

The following is a step-by-step description of the OCSP process. The steps match the
steps in Figure 9-1.

1   A user presents a request to access a protected resource, or to perform a
    transaction with your OCSP client application running the Certificate Validation
    Module (CVM). The request can be signed with the private key corresponding to
    the user's certificate.

2   The OCSP client (running CVM) verifies that the certificate chain and signature
    are correct.

3   The OCSP client then composes and sends an OCSP request to VeriSign's OCSP
    responder.

4   The OCSP responder obtains the certificate status in real time from VeriSign's
    certificate status database.

VERI-1597123

5   The OCSP responder generates an OCSP response that states the certificate status, digitally signs the response, and sends it to the OCSP client.

6   The OCSP client verifies the signature of the OCSP responder to determine that the response is legitimate.

7   If the response states that the certificate is valid, the OCSP client application verifies that the user is authorized for access to the resource. If authorized, the OCSP client grants the user access to the requested resource.

---

**Note**   OCSP verifies only the status (valid, revoked, suspended, expired, or unknown) of a certificate presented. The Web site or network resource must still verify that the certificate provides the proper authorization for the end user to access the resource.

---

If the response is revoked, unknown, expired, or suspended, the OCSP client denies access and displays the appropriate message:

+ If the OCSP response states that the certificate is revoked, CVM displays the default message Certificate Revoked.

+ If the OCSP response is unknown, CVM displays the default message Server Error: Revocation Unknown.

+ If the OCSP response states the certificate is expired, CVM displays the default message Certificate Expired. If the OCSP responder certificate is expired, CVM displays the same error message and writes this to the log file.

+ If the OCSP response returns any other non-valid status, CVM displays the default message Server Error: Certificate Failed. CVM writes additional information about this error to the log file.

## Enabling CVM for OCSP Service

You configure how CVM accepts or rejects OCSP responses: Implicitly or explicitly.

+ With implicit trust, you set CVM to trust the CA that issued the OCSP responder certificate. CVM will trust any OCSP response signed by any certificate issued by that CA.

+ With explicit trust, you set CVM to trust the specific OCSP responder certificate that signed the response. Explicit trust ensures that CVM only accepts OCSP responses signed by a certificate you set as trusted.

VERI-1597124

**Note**  VeriSign recommends that you set explicit trust for greater security.

You must obtain an OCSP responder certificate and configure CVM for OCSP service to enable CVM to work with VeriSign's OCSP service. Follow these steps:

## Step 1    Obtain an OCSP responder certificate

The OCSP responder uses a responder certificate to digitally sign the OCSP responses returned to CVM. CVM is configured to trust the responses signed by this certificate. Obtain and load the OCSP responder certificate by completing the following procedures:

1   On the *Certificate Management* page of the Managed PKI Control Center, click **Configuration**.

2   Click the **Download OCSP certificate** link to show the *Download OCSP Responder Certificate* page.

3   Click the **Click here** link to download the OCSP responder certificate.

4   Save the resulting certificate file as responder.crt.

## Step 2    Configure CVM for OCSP service

Follow these steps to configure CVM for OCSP service.

**Note**  HTTPS is not supported for these OCSP clients.

1   Add the URL for the OCSP service to CVM:

   + **Microsoft Internet Information Server:** Add the URL for the OCSP service to CVM by specifying the following in the OcspUrl input field of valConfig.exe.

   **http://onsite-ocsp.verisign.com**

   + **Netscape/iPlanet Enterprise Server:** Add the URL for the OCSP service to CVM by adding the following value to the obj.conf file:

   **ocsp-url="http://onsite-ocsp.verisign.com"**

   + **Stronghold Secure Web Server:** Add the URL for the OCSP service to CVM by adding the following value to the httpd.conf file:

   **VSVAL_SetOpt ocsp-url "http://onsite-ocsp.verisign.com"**

2   If the Web server on which CVM is installed does not have a direct route available to the OCSP responder, you may need to configure the http-proxy option. If a

VERI-1597125

proxy is specified, it is used for outgoing OCSP requests. Configure this option when you use valConfig.exe  obj.conf or httpd.conf to configure CVM parameters. Refer to Appendix A, "CVM Configuration Values", for details on configuring valConfig.exe.

3   Set up implicit or explicit trust:

Add the certificate and chain to be trusted to the val_config.txt configuration file. This chain should terminate in a self-signed root certificate (which is also required in the configuration file). This chain is typically two certificates deep; the OCSP signer certificate is issued by a self-signed root. Each certificate should have a separate entry in val_config.txt.

+ To enable implicit trust, add the certificate that issued the OCSP responder certificate and all other certificates in the chain (to enable implicit trust).

+ To enable explicit trust, also add the OCSP responder certificate.

Example additions to val_config.txt:

```
----------
# PCA1 ROOT, uses file-prefix
ENTRY=CERT FILE DER ROOT
READ=pca1ss.509
# OCSP Responder certificate
ENTRY=CERT FILE DER
READ=Responder.crt
----------
```

**Note**   When the OCSP responder certificate expires, you must renew the certificate and update the val_config.txt configuration file.

VERI-1597126



★ APPENDIX A

# CVM Configuration Values

This appendix contains the values of Init.fn for configuring CVM with obj.conf, valConfig.exe, or httpd.conf. Some parameters are used by Microsoft IIS only; such parameters are noted in the *Description* column of Table A-1.

For iPlanet Server (on Windows, Solaris or HP-UX), use forward slashes (/). For Stronghold (Solaris, HP-UX, and Linux) use forward slashes (/). For IIS (on Windows) use backslashes (\).

Table A-1 Arguments to Init.fn for configuring CVM with obj.conf, valConfig.exe or httpd.conf

| Parameter | Description | Sample Value |
|---|---|---|
| cfg-filename | **Required**<br>The configuration file that CVM should read | For Windows:<br>C:\VeriSign\cvm\config\val_config.txt<br>For Solaris, HP-UX, and Linux:<br>/VeriSign/cvm/config/val_config.txt |
| file-prefix | Required<br>The directory containing certificates and CRLs | For Windows:<br>C:\VeriSign\cvm\certcache<br>For Solaris, HP-UX, and Linux:<br>/VeriSign/cvm/certcache |
| url-prefix<br>CRL status checking only | The URL prefix to be prepended to URL locations | See Appendix B, "Downloading Certificate Revocation Lists," for value. |
| ocsp-url<br>OCSP status checking only | The URL CVM uses to access VeriSign's OCSP responder | http://onsite-ocsp.verisign.com |

VERI-1597127

Table A-1  Arguments to Init fn for configuring CVM with obj.conf, valConfig.exe or httpd.conf (Continued)

| Parameter | Description | Sample Value |
|---|---|---|
| cache-dir | Required<br><br>The local directory in which downloaded certificates and CRLs are stored.<br><br>cache-dir must be an existing directory. CVM does not create the directory if it does not exist. The Web server must have write access to this directory. If there is a problem with this directory, CVM attempts to use a system-wide temp directory. | Enter the correct directory. For example:<br>For NT:<br>C:\VeriSign\cvm\certcache\<br>For Solaris, HP-UX, and Linux:<br>/VeriSign/cvm/certcache |
| log-security | Should access denials be logged by the server plug-in? | on or off, as appropriate. |
| log-info | Should info messages be logged by the server plug-in? | on or off, as appropriate. |
| default-ldap | The default LDAP server, containing certificates and CRLs.<br><br>default-ldap specifies the name of an LDAP server that contains certificates and CRLs. If a CRL is required to verify a client certificate, and the configuration file does not specify the location of that CRL, an LDAP query is sent to this server. If default-ldap is unspecified, the plug-in looks up the CRL directly from VeriSign. If you wish to disable this behavior, set default-ldap="".<br><br>Note   The plug-in may not query the LDAP server if the configuration file specifies locations for some, but not all, of the required certificates or CRLs. If your system is behind a firewall, see the description of ldap-http-proxy. | Enter the correct directory. For example:<br>directory.verisign.com |

VeriSign, Inc., 00020578

VERI-1597128

Table A-1  Arguments to Init fn for configuring CVM with obj.conf, valConfig.exe or httpd.conf (Continued)

| Parameter | Description | Sample Value |
|-----------|-------------|--------------|
| update-hours | Frequency of CRL updates (in hours). <br><br> update-hours provides a method for automatically reacquiring CRLs—even if they have not yet expired. Each time the plug-in checks a certificate, it gets the current time. If a CRL update has not occurred within the time period specified by update-hours, the plug-in refreshes all CRLs. For example, to automatically refresh CRLs every day, set update-hours="24". (If Premium Revocation is purchased, set update-hours="1"). <br><br> If you do not want the plug-in to automatically refresh CRLs that have not yet expired, leave update-hours out of the obj.conf and httpd.conf files, or leave the line empty in valConfig. Do not set update-hours to 0, as this causes the plug-in to reacquire CRLs for every transaction. | Enter the number of hours. For example: <br><br> 24 |

VERI-1597129

Managed PKI Certificate Validation Module
--------------------------------------------------------------

Table A-1  Arguments to Init fn for configuring CVM with obj.conf, valConfig.exe or
httpd.conf (Continued)

| Parameter | Description | Sample Value |
|---|---|---|
| check-chain | **Note**   Prior to Managed PKI 6.1, the no-check-chain parameter was used. The use of no-check-chain is now deprecated. Use check-chain instead.<br><br>check-chain applies only to CRL status checking. If set to "on", the CRL corresponding to each CA in the chain is searched; otherwise, only the CRL corresponding to the lowest CA in the hierarchy is searched. An "on" setting also implies that CRLs corresponding to the complete CA hierarchy need to be present in the trust configuration (val_config.txt) for CVM to work.<br><br>Do not set check-chain if there is no CRL available for the root certificate. This is useful if you operate a private CA.<br><br>Note: Setting check-chain="on" applies to the CRL chain only. A valid CA certificate chain is always required to validate the signature on a CRL. | on (highly recommended that Managed PKI Public accounts use this parameter)<br><br>off (recommended for Managed PKI Private accounts) |

VeriSign, Inc., 00020578

VERI-1597130

Table A-1 Arguments to Init fn for configuring CVM with obj.conf, valConfig.exe or httpd.conf (Continued)

| Parameter | Description | Sample Value |
|-----------|-------------|--------------|
| no-check-chain | **Note**   Prior to Managed PKI 6.1, the no-check-chain parameter was used. The use of no-check-chain is now deprecated. Use check-chain instead.<br><br>no-check-chain applies only to CRL status checking. If set to "on", only the CRL corresponding to the lowest CA in the hierarchy is searched; otherwise the CRL corresponding to each CA in the chain is searched. This setting also implies that only the CRL corresponding to the lowest CA in the hierarchy needs to be present in the trust configuration (val_config.txt) for CVM to work.<br><br>Set no-check-chain if there is no CRL available for the root certificate. This is useful if you operate a private CA. When no-check-chain is set, the certificate chain is followed until a valid root is found. However, only the CRL for the issuing CA is used when verifying the validity of the user certificate. The plug-in cannot revoke intermediate CAs when this option is used.<br><br>Note: Setting no-check-chain="on" applies to the CRL chain only. A valid CA certificate chain is always required to validate the signature on a CRL. | on (recommended for Managed PKI Private accounts)<br><br>off (highly recommended that Managed PKI Public accounts do not use this parameter) |

VERI-1597131

Managed PKI Certificate Validation Module

Table A-1  Arguments to Init fn for configuring CVM with obj.conf, valConfig.exe or httpd conf (Continued)

| Parameter | Description | Sample Value |
|---|---|---|
| error-cgi | (Optional) The name of the CGI program to run when access is denied. <br><br> error-cgi specifies a customized error page that is displayed whenever access to your Web site is denied. If the default page is adequate, leave error-cgi out of the obj.conf file or leave the line empty in valConfig.exe. <br><br> error-cgi redirects users with revoked certificates to a non-SSL enrollment page. certStatus.csh and certStatus.pl show examples of error-cgi use. <br><br> For example, if error-cgi is set to **http://mypc.company.com/cgi-bin/certStatus.csh**, the CGI script certStatus.csh is called when a certificate problem prevents access to the Web site. Ensure that the value begins with "http:" or "https:" or the plug-in considers it a local file. The plug-in passes the certificate status code in the query string (such as http://mypc/cgi-bin/certStatus.csh?3). <br><br> Note  Ensure that the error-cgi value is not one of the protected URLs. | Enter the appropriate path to the CGI error program. For example: <br><br> **http://mypc.company.com/cgi-bin/certStatus.csh** |
| http-proxy | (Optional) The name of the HTTP proxy server used to access the Internet. <br><br> http-proxy specifies an HTTP proxy server through which to connect to the Internet. If you are not using a proxy, leave http-proxy out of the obj.conf file or leave the line empty in valConfig. When the plug-in retrieves HTTP URLs, it routes its requests through this server. If the proxy server is running on a port other than the default (80), you can specify that port by adding ":port" after the server name. | Enter the appropriate server name and port value. For example: <br><br> proxy or proxy:85 |

VeriSign, Inc., 00020578

VERI-1597132

Table A-1 Arguments to Init fn for configuring CVM with obj.conf, valConfig.exe or httpd.conf (Continued)

| Parameter | Description | Sample Value |
|---|---|---|
| ldap-http-proxy | (Optional) Specifies an HTTP server that will proxy LDAP lookups. This can be used to automatically acquire CRLs from an LDAP directory when behind a firewall.<br>If you are not using a proxy, leave ldap-http-proxy out of the obj.conf file or leave the line empty in valConfig. You can use ldap-http-proxy in conjunction with http-proxy to access an LDAP proxy server on the Internet. If the proxy server is running on a port other than the default (80), you can specify that port by adding ":port" after the server name. | Enter the appropriate LDAP server name and port value. For example:<br>proxy or proxy:85 |
| log-file-name | The name of the log file to which the plug-in should write.<br>This is the Microsoft IIS plug-in's buffered log file for informational and security messages. While the server is running, results may not appear in the log for a long time. You must stop the Web publishing service to flush the contents of the file to the disk file. | Enter the appropriate file name. For example:<br>C:\VeriSign\cvm\log\cvm.log |
| protected-dirs | **(IIS only.)** Specifies the URL prefixes to be protected with CVM. You can specify as many prefixes as you wish. Separate prefixes with semicolons. | For example:<br>protected-dirs="/protected;/vs admin;/protected-cgi"<br>Protecting a parent prefix automatically provides the same protection to the child prefix. For example, protecting /prefix1 also protects /prefix1/sub1 and /prefix1/sub1/sub2. |
| isa-install | **(ISA only)** Specifies whether CVM is installed on an ISA server. A value of 1 means CVM is installed on an ISA server. The default value is 0. | |

Managed PKI Certificate Validation Module

VeriSign, Inc., 00020578

VERI-1597134



# Downloading Certificate Revocation Lists

In its role as a Certification Authority, VeriSign publishes certificate revocation information in the form of Certificate Revocation Lists (CRLs). VeriSign regularly updates and makes available to the public its CRL for each VeriSign CA.

You have two options for downloading CRLs from VeriSign: through the Managed PKI Control Center, or directly from a secure Web page. Downloading the CRL from the Managed PKI Control Center meets the needs of the majority of Managed PKI installations. However, if you use an application such as VeriSign's CVM to automatically download the CRL, you need to configure the application with the appropriate URL.

This appendix lists the secure Web page URLs for Managed PKI Public and Managed PKI Private hierarchies. Procedures for configuring CVM with these URLs are provided in Chapter 3, Chapter 5, and Chapter 6. If you use a third-party application to download and check CRLs, refer to the documentation provided with that application for configuration procedures.

## Managed PKI Public

If you have a Managed PKI Public hierarchy, use the following URLs to access the root and intermediate CA CRLs.

### Production System

+ PCA2 root CA CRL (PKCS#7 format)

  **http://onsitecrl.verisign.com/OnSitePublic/pca2.crl**

+ PCA2 intermediate CA (PKCS#7 format)

  **http://onsitecrl.verisign.com/OnSitePublic/LatestCRL**

+ PCA2 intermediate CA (X.509 format)

  **http://onsitecrl.verisign.com/OnSitePublic/LatestCRL.crl**

VERI-1597135

+ PCA2 intermediate CA CRL LDIF file (PKCS#7 in base 64 format)

  **http://onsitecrl.verisign.com/OnSitePublic/LatestCRL.ldif**

+ PCA2 intermediate CA CRL ldif file (X.509 in base 64 format)

  **http://onsitecrl.verisign.com/OnSitePublic/LatestCRL.509.ldif**

## Pilot System

+ Test C2 intermediate CA CRL (PKCS#7 format)

  **http://pilotonsitecrl.verisign.com/OnSitePublic/LatestCRL**

+ Test C2 intermediate CA CRL (X.509 format)

  **http://pilotonsitecrl.verisign.com/OnSitePublic/LatestCRL.crl**

+ Test C2 intermediate CA CRL ldif file (PKCS#7 in base 64 format)

  **http://pilotonsitecrl.verisign.com/OnSitePublic/LatestCRL.ldif**

+ Test C2 intermediate CA CRL ldif file (X.509 in base 64 format)

  **http://pilotonsitecrl.verisign.com/OnSitePublic/LatestCRL.509.ldif**

# Managed PKI Private

If you have a Managed PKI Private hierarchy, use the following URLs to access the root and intermediate CA CRLs.

## Production System

+ Private CA CRL (PKCS#7 format)

  **http://onsitecrl.verisign.com/<YourJurisdiction>/LatestCRL**

+ Private CA CRL (X.509 format)

  **http://onsitecrl.verisign.com/<YourJurisdiction>/LatestCRL.crl**

+ Private CA CRL ldif file (PKCS#7 in base 64 format)

  **http://onsitecrl.verisign.com/<YourJurisdiction>/LatestCRL.ldif**

+ Private CA CRL (X.509 in base 64 format)

  **http://onsitecrl.verisign.com/<YourJurisdiction>/LatestCRL.509.ldif**

VERI-1597136

---

## Pilot System

+ Private CA CRL (PKCS#7 format)

http://pilotonsitecrl.verisign.com/<YourJurisdiction>/LatestCRL

+ Private CA CRL (X.509 format)

http://pilotonsitecrl.verisign.com/<YourJurisdiction>/LatestCRL.crl

+ Private CA CRL ldif file (PKCS#7 in base 64 format)

http://pilotonsitecrl.verisign.com/<YourJurisdiction>/LatestCRL.ldif

+ Private CA CRL ldif file (X.509 in base 64 format)

http://pilotonsitecrl.verisign.com/<YourJurisdiction>/LatestCRL.509.ldif

VERI-1597137

Managed PKI Certificate Validation Module
------------------------------------------------------------

VeriSign, Inc., 00020578

VERI-1597138



**APPENDIX C**

# CVM SDK

This appendix explains how to use the generic CVM SDK to allow a Web server to interface with and make use of CVM functions.

## Introduction

To avoid writing a lot of custom code each time a new Web server needs to be supported, a generic (simplified) interface to the CVM has been created that any standard Web server can interface with using minimal programming.

This will not do away with the need to do some integration or development in order to allow the Web server to access the CVM SDK, but it will ease the effort involved.

There are two main parts to this solution:

1   The abstracted layer of code that allows Web servers to access the CVM functions (referred to as the CVM SDK).

2   Set of sample code showing how to use the SDK with various Web servers (referred to as the 'wrapper').

This generic library exposes a standard interface which any Web server can use to access the CVM functions to perform certificate validation. The interface for this library exposes the following methods:

+   vs_cvm_genlib_init—This method is called when the Web server starts up and is used to initialize the configuration data.

+   vs_cvm_genlib_validate—The Web server calls this method on-demand whenever it wants to invoke the CVM functions (basically to validate a certificate). The method, in the simplest form, accepts certificate information and returns a status flag that could enable the user to decide whether the status of the certificate is valid, revoked, suspended or unknown.

+   vs_cvm_genlib_exit: This method is called whenever a Web server is shutting down and is responsible for releasing the resources used by the plug-in.

VERI-1597139

## Generic Wrapper Functions

Following is the list of functions and their usage, exposed by the wrapper to perform the validation task. While explaining details of each function, we also show you sample code for some popular Web servers to aid in the creation of your own wrapper (in case you need to create a wrapper for another Web server, and your Web server is amongst the ones supported, the sample wrapper for that Web server can be used as-is).

These sample wrappers are available as part of the CVM package under the \itgclient\server\apps\cvm\examples\wrapper\<web-server-name>\ folder.

### Initialization

The CVM SDK is initialized by calling the function:

int vs_cvm_genlib_init(CFG_PARAMS cp);

The configuration parameters structure is defined in vs_cvm_genlib.h. The parameters to be populated before calling the init function are listed in Table C-1.

Table C-1  Configuration parameters for vs_cvm_genlib_init()

| Parameter Name | Structure Member | Type | Description |
|---|---|---|---|
| Log File Name | logFileName | char * | This the file name (full path) where the Validation SDK will log messages. |
| Log Info Flag | logInfo | char * | When set the Validation SDK will log info messages. Possible values are "0", "off", "Off", "OFF", "false", "False", "FALSE" to unset the value, any other value would set the flag. |
| Log Debug Flag | logDebug | char * | When set the Validation SDK will log debug messages. Possible values are "0", "off", "Off", "OFF", "false", "False", "FALSE" to unset the value, any other value would set the flag. |

VeriSign, Inc., 00020578

VERI-1597140

Table C-1  Configuration parameters for vs_cvm_genlib_init() (Continued)

| Parameter Name | Structure Member | Type | Description |
|---|---|---|---|
| Log Security Flag | logSecurity | char * | When set the Validation SDK will log security messages. Possible values are "0", "off", "Off", "OFF", "false", "False", "FALSE" to unset the value, any other value would set the flag. |
| File Prefix | filePrefix | char * | The directory containing certificates and CRLs. |
| URL Prefix | urlPrefix | char * | The URL prefix to be prepended to URL locations. |
| Cache Directory | cacheDir | char * | The local directory in which downloaded certificates and CRLs are stored cache-dir must be an existing directory. CVM does not create the directory if it does not exist.The Web server must have write access to this directory. If there is a problem with this directory, CVM attempts to use a system-wide temp directory. |
| HTTP Proxy | httpProxy | char * | The name of the HTTP proxy server used to access the Internet.http-proxy specifies an HTTP proxy server through which to connect to the Internet. If you are not using a proxy, leave http-proxy out of the obj.conf file or leave the line empty in valConfig.When the plug-in retrieves HTTP URLs, it routes its requests through this server. If the proxy server is running on a port other than the default (80), you can specify that port by adding ":port" after the server name. |

VERI-1597141

Table C-1  Configuration parameters for vs_cvm_genlib_init() (Continued)

| Parameter Name | Structure Member | Type | Description |
|---|---|---|---|
| Default LDAP | defaultLdap | char * | The default LDAP server, containing certificates and CRLs.default-ldap specifies the name of an LDAP server that contains certificates and CRLs. If a CRL is required to verify a client certificate, and the configuration file does not specify the location of that CRL, an LDAP query is sent to this server. If default-ldap is unspecified, the plug-in looks up the CRL directly from VeriSign.If you wish to disable this behavior, set default-ldap="" |
| OCSP URL | ocspUrl | char * | The URL CVM uses to access VeriSign's OCSP responder |

VeriSign, Inc., 00020578

VERI-1597142

Table C-1  Configuration parameters for vs_cvm_genlib_init() (Continued)

| Parameter Name | Structure Member | Type | Description |
|---|---|---|---|
| No Check Chain | noCheckChain | char * | no-check-chain applies only to CRL status checking. If set to "on", only the CRL corresponding to the lowest CA in the hierarchy is searched; otherwise the CRL corresponding to each CA in the chain is searched. This setting also implies that only the CRL corresponding to the lowest CA in the hierarchy needs to be present in the trust configuration (val_config.txt) for CVM to work.Set no-check-chain if there is no CRL available for the root certificate. This is useful if you operate a private CA. When no-check-chain is set, the certificate chain is followed until a valid root is found. However, only the CRL for the issuing CA is used when verifying the validity of the user certificate. The plug-in cannot revoke intermediate CAs when this option is used.Note: Setting no-check-chain="on" applies to the CRL chain only. A valid CA certificate chain is always required to validate the signature on a CRL. |

VERI-1597143

Table C-1  Configuration parameters for vs_cvm_genlib_init() (Continued)

| Parameter Name | Structure Member | Type | Description |
|---|---|---|---|
| Update Seconds | updateSeconds | int | Frequency of CRL updates (in seconds) update-hours in the configuration file provides a method for automatically reacquiring CRLs-even if they have not yet expired. Each time the plug-in checks a certificate, it gets the current time. If a CRL update has not occurred within the time period specified by update-hours, the plug-in refreshes all CRLs The value specified in the configuration file is then converted to seconds and assigned to updateSeconds member of the structure. |
| Configuration File | cfgFileName | char * | The configuration file that CVM should read. |
| Filter Description | filterDescription | char * | The description of the filter as specified in cvmglobal.h. |

This function returns 0 for successful status or any predefined CVM error codes. The error description can be obtained by using the function described in "Get Error String" on page 98.

### Initialization Example for Microsoft IIS Server

The parameter values are obtained from the registry using the getRegValue() function into the configuration parameter structure. The structure is then passed to the init function above.

```
CFG_PARAMS cp;

cp.logFileName = getRegValue(&hkey, "LogFileName");

cp.filePrefix = getRegValue(&hkey, "FilePrefix");

cp.urlPrefix = getRegValue(&hkey, "UrlPrefix");

status = vs_cvm_genlib_init(cp);
```

VeriSign, Inc., 00020578

VERI-1597144

## Initialization Example for IBM HTTP 2.0.x Web Server

The directive for setting options to the configuration structure is defined as below

```
static const command_rec vsval_cmds[] =

{
    .

    .

    .

    {
        "VSVAL_SetOpt",        /* directive name */
        cmd_VSVAL_SetOpt,      /* config action routine */
        NULL,          /* argument to include in call */
        RSRC_CONF,          /* where available */
        TAKE2,          /* arguments */
        "VSVAL_SetOpt name value"  /* directive description */
    },
}
```

The cmd_VSVAL_SetOpt config action routine sets the configured value to the configuration parameters structure as:

```
if(vs_cvm_genlib_make_canonical_opt_name(canonicalNameBuf, name)==0){
if(strcmp("logfilename", canonicalNameBuf)==0){
cfgParams.logFileName = val;
trace_add(cmd->server, APLOG_INFO, "Setting Option: %s =
%d", name, cfgServer->logInfo),
return NULL;
}
    .

    .

    .

}
```

VERI-1597145

The configuration parameter structure is passed to the init function called in the post config function:

```
static int vs_post_config(apr_pool_t *pconf, apr_pool_t *plog,

        apr_pool_t *ptemp, server_rec *s)

status = vs_cvm_genlib_init(cfgParams);

if(status){

exit(APEXIT_INIT);

}

}
```

## Certificate Validation

The certificate revocation status is obtained by calling the following generic wrapper function.

```
int vs_cvm_genlib_validate(unsigned char *certData,

    unsigned int certLen,

int *certStatus,

char *userName,

CERT_FIELDS *cf);
```

The certificate data is passed by the Web server plug-in into the certData variable.

The certificate length is specified in the certLen variable.

An integer pointer certStatus is passed to get the certificate status. Description of the certificate status can be obtained using the function described in 2.4.

A string pointer userName is passed to get the name of the user from the certificate.

If the certificate is valid, the generic wrapper will parse the certificate and populate the CERT_FIELDS structure. The elements of this structure are listed in Table C-2.

Table C-2  CERT_FIELDS structure

| Element Name | Variable name in Structure | Type |
|---|---|---|
| Email Address | emailAddress | char * |
| Common Name | commonName | char * |
| Title | title | char * |

VERI-1597146

Table C-2  CERT_FIELDS structure

| Element Name | Variable name in Structure | Type |
|---|---|---|
| Unique ID | uniqueID | char * |
| Address | address | char * |
| Organization | organization | char * |
| List of Organization Units | organizationUnits | char ** |
| Number of Organization Units | orgUnitCount | int |
| Issuer Organization | issuerOrganization | char * |
| Issuer Locality | issuerLocality | char * |
| Issuer Country | issuerCountry | char * |
| Issuer Common Name | issuerCommonName | char * |
| List of Issuer Organization Units | issuerOrganizationUnits | char ** |
| Number of Issuer Org Units | issuerOrgUnitCount | int |
| Not valid before | notBefore | char * |
| Not valid after | notAfter | char * |

This function returns 0 for successful status or any predefined CVM error codes. The error description can be obtained by using the function described in "Get Error String" on page 98.

VeriSign, Inc., 00020578

VERI-1597147

----------------------------------------------------------------

### Validation Example for Microsoft IIS Server

The certificate data and length is obtained using the GetServerVariable() function and then passed to the validate function.

```
if(!pFC->GetServerVariable(pFC,"CERT_CONTEXT", &pCertContext,
    &dwPCertContextSize)){

vsGetLastErrorISAPI(errorBuf);

vs_cvm_genlib_log_message(VS_LOG_FAILURE,"handle_url_map: Could

not get cert_context - %s", errorBuf);

return vsSendErrorPage(pFC, 103, 0);

} else {

certLen = pCertContext->cbCertEncoded;

memcpy(certData, pCertContext->pbCertEncoded, newCertLen);

}

.

.

.

status = vs_cvm_genlib_validate(certData, certLen, &certStatus,

                            userName, cf);
```

### Validation Example for IBM HTTP 2.0.x Web Server

the client certificate details are obtained using the ap_table_get() Apache API in the vsval_fixer_upper function. This is then passed to the generic wrapper validate function. -1 is passed as certificate length since the Generic wrapper internally calls

VeriSign, Inc., 00020578

VERI-1597148

VSVAL_GetRevocationStatusB64 function of the Validation SDK which does not require the length of the certificate.

```
static int vsval_fixer_upper(request_rec *r) {

  .

  .

  .

  b64Cert = ap_table_get(r->subprocess_env, "SSL_CLIENT_CERTBODY");

  .

  .

  .

  status = vs_cvm_genlib_validate((unsigned char *)b64Cert, -1,
    &certStatus, userName, cf);

  .

  .

  .

}
```

## Exit

To exit the CVM on shutdown following function needs to be called.

```
void vs_cvm_genlib_exit();
```

This function calls the Validation SDK function to free all resources. This also stops the CRL update threads that are running.

### Example for Microsoft IIS Server

This function is called within the TerminateFilter() function.

```
BOOL WINAPI TerminateFilter(DWORD dwFlags) {

vs_cvm_genlib_exit();

return TRUE;

}
```

VERI-1597149

### Example for SunOne Web Server

The exit function is called in the cleanup function registered for the init function.

```
NSAPI_PUBLIC void vsCheckCertCleanup(void *param){

    .

    .

    .

    vs_cvm_genlib_exit();

    }
```

## Get Certificate Status String

This function is used to get the Certificate Status String.

```
char * vs_cvm_genlib_get_cs_str(int certStatus);
```

The certificate status obtained from the validation function can be passed to this function to get the full description of the status.

This status can then be displayed on the browser.

## Get Error String

This function is used to get the Certificate Status String.

```
int vs_cvm_genlib_get_err_str(char *errorString, int
status);
```

The error status obtained from any of the above functions can be passed to this function to get the full description of the status, the character string errorString is passed to get the error description.

This error string can then be displayed on the browser.

VERI-1597150

# Index

**B**

base64 13, 29, 38, 49

**C**

CA
*see* Certification Authority

Certificate Revocation Lists 1
downloading 83
Managed PKI Private 84
status checking 6
updates 77
URLs for downloading 83

Certificate Validation Module 1, 5
and HTTP servers 6
and LDAP servers 6
components of 5
configuration program for Microsoft IIS
11, 27
configuring with httpd.conf 3
configuring with obj.conf file 3
configuring with valConfig.exe 3
ENTRY line 13, 29, 38, 49
functions 6
HP-UX versions 5
installing and configuring the CVM for
Microsoft IIS 10, 26
installing and Configuring the CVM for
Netscape/iPlanet 34
installing and Configuring the CVM for
Stronghold 44
installing as a global filter 17, 20
installing as a local filter 15
log data 7
obtaining the CVM files 9, 25, 33, 44
Online Certificate Status Protocol 70
READ Line 13, 29, 39, 50
sample configuration files 29, 39, 50
Trust Configuration File for Microsoft

IIS 12, 38, 49
Trust Configuration File for Microsoft
ISA 28
Windows versions 5

certificates
See Online Certificate Status Protocol

Certification Authority 1, 83

configuring OCSP and additional installa-
tion requirements
Microsoft IIS 23, 31
Stronghold 52
SunONE Enterprise Server 41

configuring the CVM to fit other installa-
tions
IIS 23, 32
Netscape/iPlanet 41
Stronghold 52

CRL
*see* Certificate Revocation List

CVM
*see* Certificate Validation Module

**D**

DSO support 46

**E**

explicit trust 74

**H**

HP-UX 35
binaries 44
files 5
LDAP library 5
versions 5

HTTP

VERI-1597151

servers, and Certificate Validation
    Module 6
httpd.conf
    configuring Certificate Validation Mod-
    ule with 3

**I**

IIS
    *see* Microsoft Internet Information
    Server
ISAPI Filters 19, 20, 21

**L**

LDAP
    library for Solaris, HP-UX, Windows 5
    OpenLDAP libraries for Linux 5
    servers, and Certificate Validation
    Module 6
Linux
    binaries 45
    files 5
    OpenLDAP libraries 5
    server configuration file 45

**M**

Managed PKI Private
    pilot system CRLs 85
    production system CRLs 84
    URLs 84
Managed PKI Public
    pilot system CRLs 84
    production system CRLs 83
    URLs 83
Managed PKI Services
    private 5
    public 5
Microsoft Internet Information Server
    configuring for CVM 10–23
    global filter 17, 20
    local filter 15
    sample configuration files 13
    valConfig.exe 8
Microsoft Internet Security and Accelera-

tion Server
    configuring for CVM 26–31
Microsoft ISA Management Console 26
Microsoft Management Console 10
MMC
    *see* Microsoft Management Console

**N**

Netscape/iPlanet Enterprise Server
    *see* SunONE Enterprise Server

**O**

obj.conf file
    configuring Certificate Validation Mod-
    ule with 3
obj.conf file, values for 75
OCSP
    *see* Online Certificate Status Protocol
Online Certificate Status Protocol 1
    advantages over CRL services 70
    Certificate Validation Module 70
    explicit trust 74
    implicit trust 74
    request 71
    responder 1, 70
    responder certificate 73
    response 7, 72
    status checking 7
    verifying status 72
operational period 69

**P**

Pilot 29, 39
Pilot Managed PKI 13
Premium Revocation Service 1

**R**

related documents 3
repository 69
root certificates 28
    specifying 12, 38, 49

VeriSign, Inc., 00020578

VERI-1597152

**S**

Secure Sockets Layer 11
  configuration 27, 35, 45
  operation 7

service
  CRL 70
  OCSP 70

Solaris 35, 45
  binaries 35, 45
  files 5
  LDAP library 5

SSL
  *see* Secure Sockets Layer

status checking
  Certificate Revocation List 6
  Online Certificate Status Protocol 7

Stronghold 43
  configuration file, Stronghold 3 45
  configuration file, Stronghold 4 45
  httpd.conf 8
  log file, Stronghold 3 43
  log file, Stronghold 4 43
  supported platforms, Stronghold 4 43

SunONE Enterprise Server
  binaries 34
  configuring *for* CVM 34–40
  obj.conf file 8
  SunONE Enterprise Server 4.x 35
  SunONE Enterprise Server 6.x 36

**T**

trust
  explicit 74

**U**

URLs
  download CRL 83
  Managed PKI Private 84
  Managed Public 83

**V**

valConfig.exe 27, 75
  configuring Certificate Validation Mod-

ule with 3
path to 11

**W**

Windows
  binaries 34
  files 5
  LDAP library 5
  versions 5

VeriSign, Inc., 00020578

VERI-1597153

Managed PKI Certificate Validation Module

VeriSign, Inc., 00020578

VERI-1597154

# EXHIBIT 37:
# FILED UNDER SEAL

# EXHIBIT 38:
# FILED UNDER SEAL

# EXHIBIT 39

**From:** Bahou, Andre J.
**Sent:** Tuesday, January 09, 2007 9:58 AM
**To:** Yonan, Daniel
**Cc:** PrismCounsel; VeriSign - Prism
**Subject:** RE: Prism: VRSN and ES&S deposition dates

Danny:

We disagree with your assertions as to when the issues were first raised regarding the source code and will let the record show our prior letters support our contentions. Further, we disagree with your statement regarding our requests to inspect the source code. In fact, your suggestion of any willingness to produce or otherwise permit inspection was first raised on yesterday (January 8, 2007), contrary to your earlier statements before the close of discovery stating that you would produce the source code but changing course after the close of discovery. Therefore, my response was simply to state that we do not feel we should be required to travel to California to inspect the source code. Given that we first asked for the source code in document request No. 1 on September 20, 2005, we do not feel that any further delay will benefit any party but VeriSign.

Notwithstanding the above, we will give you until Thursday to confer with your client and respond to us in writing. Then, Friday, we will file the motion to compel as stated in my prior correspondence to you.

Regards,
AJ

Andre J. Bahou
Attorney at Law
1875 Eye Street, N.W., Suite 300
Washington, D.C. 20006-5409
202-736-2707 (direct)
202-775-0725 (main)
202-223-8604 (fax)
E-mail address: ajbahou@rkmc.com

---

**From:** Yonan, Daniel [mailto:dyonan@AKINGUMP.com]
**Sent:** Monday, January 08, 2007 5:50 PM
**To:** Cimino, Frank; Bahou, Andre J.
**Cc:** PrismCounsel; VeriSign - Prism
**Subject:** RE: Prism: VRSN and ES&S deposition dates

AJ -

On the source code issue, I informed you that we are considering your latest request with our client and that we would provide a substantive response this week (since we received your last correspondence the Friday evening before the Christmas holiday). You indicated that you would not wait to receive our response and that you were moving forward with a motion to compel tomorrow. Moreover, you mentioned for the first time the requirement that the source code be inspected in DC, which we obviously have not been able to discuss with our client.

We believe it is more efficient for the parties and the Court if you wait until we provide you with our response before your file your motion, as it may narrow some of the issues.  Given Prism's failure to raise this issue with us or the Court before the completion of fact discovery, we do not see what prejudice it will cause you to wait a couple days for our response.

---

**From:** Cimino, Frank
**Sent:** Monday, January 08, 2007 4:28 PM
**To:** Bahou, Andre J.; Yonan, Daniel
**Cc:** PrismCounsel; VeriSign - Prism
**Subject:** RE: Prism: VRSN and ES&S deposition dates

Nico is not available for depo on the 6th.  That day is scheduled for deposition preparation, as Nico will be flying in on Monday.  If you have a conflict on the 8th that can't be moved, then let's chat.

---

**From:** Bahou, Andre J. [mailto:AJBahou@rkmc.com]
**Sent:** Monday, January 08, 2007 4:22 PM
**To:** Cimino, Frank; Yonan, Daniel
**Cc:** PrismCounsel; VeriSign - Prism
**Subject:** RE: Prism: VRSN and ES&S deposition dates

>>>> Please read the confidentiality statement below <<<<

Frank:

In light of Danny's proposal of Feb. 6-8 (see his e-mail below), I spoke directly with Danny and he agreed to February 6 and 7 because we have a conflict with February 8.  Please touch base with Danny and confirm the same.

Thanks
AJ

Andre J. Bahou
Attorney at Law
1875 Eye Street, N.W., Suite 300
Washington, D.C.  20006-5409
202-736-2707 (direct)
202-775-0725 (main)
202-223-8604 (fax)
E-mail address:  ajbahou@rkmc.com

---

**From:** Cimino, Frank [mailto:fcimino@AKINGUMP.com]
**Sent:** Monday, January 08, 2007 4:13 PM
**To:** Bahou, Andre J.; Yonan, Daniel

**Cc:** PrismCounsel; VeriSign - Prism
**Subject:** RE: Prism: VRSN and ES&S deposition dates

AJ --
Nico should be the 7th and 8th, not the 6th and 7th. Please confirm those dates are OK.

---

**From:** Bahou, Andre J. [mailto:AJBahou@rkmc.com]
**Sent:** Monday, January 08, 2007 4:05 PM
**To:** Yonan, Daniel
**Cc:** PrismCounsel; VeriSign - Prism
**Subject:** RE: Prism: VRSN and ES&S deposition dates

>>>> Please read the confidentiality statement below <<<<

Danny:

We confirm the personal deposition of Nico Popp on February 6 and the continued 30b6 deposition of VeriSign on February 7 at your offices in Washington D.C.

Further to our teleconference today with Chandran Iyer, we confirm the deposition of Election Systems on January 25 in Omaha.

On a separate note, you and I discussed the pending issue regarding the production of VeriSign's source code. We are prepared to file a motion to compel and feel that our prior letters, teleconferences, and other communications are compliant with LR 7.1.1.

Regards,
AJ

Andre J. Bahou
Attorney at Law
1875 Eye Street, N.W., Suite 300
Washington, D.C. 20006-5409
202-736-2707 (direct)
202-775-0725 (main)
202-223-8604 (fax)
E-mail address: ajbahou@rkmc.com

---

**From:** Yonan, Daniel [mailto:dyonan@AKINGUMP.com]
**Sent:** Monday, January 08, 2007 2:50 PM
**To:** Bahou, Andre J.
**Cc:** PrismCounsel; VeriSign - Prism
**Subject:** Prism: VRSN and ES&S deposition dates
**Importance:** High

AJ -

This email is a follow-up to my voicemail from earlier today. VeriSign can make Nico Popp available on January 30 - February 1 in Akin's Palo Alto office, or in the alternative, February 6 - 8 at our DC office.

Also, ES&S can present a witness on January 25 or 26 in Omaha. The exact location will be provided later.

We would like to confirm these depositions as soon as possible given the scheduling difficulties with the witnesses. Look forward to hearing from you shortly.

Danny

**DANIEL E. YONAN**
Akin Gump Strauss Hauer & Feld LLP
1333 New Hampshire Avenue, N.W.
Washington, D.C. 20036-1564
Telephone: 202.887.4497
Fax: 202.887.4288

IRS Circular 230 Notice Requirement: This communication is not given in the form of a covered opinion, within the meaning of Circular 230 issued by the United States Secretary of the Treasury. Thus, we are required to inform you that you cannot rely upon any tax advice contained in this communication for the purpose of avoiding United States federal tax penalties. In addition, any tax advice contained in this communication may not be used to promote, market or recommend a transaction to another party.

The information contained in this e-mail message is intended only for the personal and confidential use of the recipient(s) named above. If you have received this communication in error, please notify us immediately by e-mail, and delete the original message.

Information contained in this e-mail transmission is privileged, confidential and covered by the Electronic Communications Privacy Act, 18 U.S.C. Sections 2510-2521.

If you are not the intended recipient, do not read, distribute, or reproduce this transmission.

If you have received this e-mail transmission in error, please notify us immediately of the error by return email and please delete the message from your system.

Pursuant to requirements related to practice before the U. S. Internal Revenue Service, any tax advice contained in this communication (including any attachments) is not intended to be used, and cannot be used, for purposes of (i) avoiding

penalties imposed under the U. S. Internal Revenue Code
or (ii) promoting, marketing or recommending to another
person any tax-related matter.

Thank you in advance for your cooperation.

Robins, Kaplan, Miller & Ciresi L.L.P.
http://www.rkmc.com

IRS Circular 230 Notice Requirement: This communication is not given in the
form of a covered opinion, within the meaning of Circular 230 issued by the
United States Secretary of the Treasury. Thus, we are required to inform you
that you cannot rely upon any tax advice contained in this communication for
the purpose of avoiding United States federal tax penalties. In addition, any
tax advice contained in this communication may not be used to promote, market
or recommend a transaction to another party.

The information contained in this e-mail message is intended only for the
personal and confidential use of the recipient(s) named above. If you have
received this communication in error, please notify us immediately by e-mail,
and delete the original message.

IRS Circular 230 Notice Requirement: This communication is not given in the
form of a covered opinion, within the meaning of Circular 230 issued by the
United States Secretary of the Treasury. Thus, we are required to inform you
that you cannot rely upon any tax advice contained in this communication for
the purpose of avoiding United States federal tax penalties. In addition, any
tax advice contained in this communication may not be used to promote, market
or recommend a transaction to another party.

The information contained in this e-mail message is intended only for the
personal and confidential use of the recipient(s) named above. If you have
received this communication in error, please notify us immediately by e-mail,
and delete the original message.