# Exhibit 1

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

PRISM TECHNOLOGIES LLC

Plaintiff,

v.

VERISIGN, INC., RSA SECURITY, INC.,
NETEGRITY, INC., COMPUTER
ASSOCIATES INTERNATIONAL, INC.,
and JOHNSON & JOHNSON SERVICES,
INC.,

Defendants.

Civil Action No. 05-214 JJF

CONFIDENTIAL
Outside Attorneys' Eyes Only
Pursuant to Local Rule 26.2

PLAINTIFF PRISM TECHNOLOGIES LLC'S
SECOND SUPPLEMENTAL OBJECTIONS AND RESPONSES TO
DEFENDANT VERISIGN, INC.'S FIRST SET OF INTERROGATORIES (No. 2)

Plaintiff Prism Technologies LLC ("Prism") hereby supplements its objections
and responses to VeriSign, Inc.'s ("VeriSign") First Set of Interrogatories.

GENERAL OBJECTIONS

For its General Objections, Prism objects to VeriSign's interrogatories,
instructions, and definitions as follows. Prism hereby incorporates its definitions as set
forth in its Revised First Set of Documents Requests to VeriSign.

A.    Prism objects to these interrogatories to the extent they impose obligations
or requirements beyond those imposed by the Federal Rules of Civil Procedure and the
Local Rules of the United States District Court for the District of Delaware, or the Orders
of this Court. Prism does not consider itself bound by VeriSign's instructions and
definitions.

B.    Prism objects to these interrogatories as vague, overly broad, unduly burdensome to the extent that they request information not relevant to a claim or defense of any party, not reasonably calculated to lead to the discovery of admissible evidence, or as otherwise exceeding the scope of permissible discovery.

C.    Prism objects to these interrogatories to the extent they seek information or documents that are protected from discovery by the attorney-client privilege, the work-product doctrine, or any other applicable privilege or immunity.  No part of Prism's response constitutes a waiver of any privilege or immunity.

D.    Prism objects to these interrogatories to the extent they seek information that is not in its possession, custody, or control or that is publicly available or has already been provided to the Defendants.

E.    Prism objects to these interrogatories to the extent that they comprise sub-parts or compound questions and, therefore, exceed or may exceed the number of interrogatories permitted in this action.

F.    Prism objects to the definition of "Prism," and "YOU," and "YOUR" as overly broad to the extent those terms request information from legal entities not within the scope of this litigation or within the possession, custody, or control of Prism or not subject to Prism's legal recourse and/or otherwise outside the enforceable scope of the laws of the United States of America.

G.    Prism objects to these interrogatories to the extent they assume incorrect facts.

H.    Prism objects to these interrogatories as premature to the extent that they call for construction of the claims of the patent-in-suit and there has not yet been a

determination of claim construction by the Court in this case. Therefore, Prism specifically reserves its right to change, modify, or otherwise supplement the claim constructions presently asserted.

I.       Prism objects to these interrogatories on the grounds that discovery is ongoing and Prism has not completed its investigation of all facts relating to Defendants' infringement of the patent-in-suit or its formulation of its contentions with respect to such issues. Therefore, Prism specifically reserves its right to change, modify, or otherwise supplement its allegations based on discovery to be obtained from the Defendants or Prism's own investigation.

J.       Prism objects to these interrogatories to the extent that they call for premature expert discovery.

K.       To the extent not objected above, Prism incorporates by reference its objections to VeriSign's First Set of Document Requests.

## SPECIFIC OBJECTIONS AND RESPONSES TO INTERROGATORIES

Prism incorporates by reference the General Objections (as reproduced above) and its specific objections asserted in its original response ("Original Response") to VeriSign's First Set of Interrogatories. Subject to and without waiving those objections, Prism supplements its responses as follows.

**INTERROGATORY NO. 2:**

For each claim of the '416 patent that Plaintiff contends is infringed by VeriSign, identify each activity, product, device, part, or system manufactured, imported, used or sold by VeriSign that, according to Plaintiff, embodies, is covered by, makes use of, or otherwise practices any claim of the patent-in-suit and, with reference to Plaintiff's claim interpretation contentions provided in response to Interrogatory No. 1, state with particularity the basis for each of Plaintiff's contentions as to how each asserted claim of the patent-in-suit is infringed, either literally or under the doctrine of equivalents, directly (under 35 U.S.C. § 271(a)) or indirectly (under 35 U.S.C. § 271 (b) or § 271 (c)) by VeriSign.

**SUPPLEMENTAL RESPONSE TO INTERROGATORY NO. 2:**

Prism incorporates its general objections, and specifically its General Objections A, C, E, H, I, and J. Since discovery is ongoing, Prism reserves the right to change, modify, or otherwise supplement its current infringement contentions, including identifying additional products and/or services offered by VeriSign that infringe one or more claims of the '416 patent.

Subject to and without waiving these objections, Prism responds as follows. Prism alleges, to date, that VeriSign's Unified Authentication Solution, VeriSign's Go Secure Authentication Solution, VeriSign's Identity Protection Solution, and the related services meet all the elements of at least independent claims 1 and/or 24, and the dependent claims as noted below. VeriSign has infringed, continues to infringe, induces others to infringe, and contributes to infringement by making, using, offering to sell, or selling the accused products and services. The accused VeriSign solutions and services infringe the asserted claims under 35 U.S.C. §§ 271(a), (b), and/or (c).

[rest of page intentionally blank]

| US Patent #6,516,416 | VeriSign Unified Authentication using Certificates (VeriSign Hosted)[1] |
|---|---|
| **1.)** A system for controlling the operation of and access to selected computer resources of at least a first server computer by at least one subscriber client computer via an untrusted network in an operating session, without necessarily controlling access to other computer resources provided by the first server computer and by other server computers and nonsubscriber client computers, comprising: | The VeriSign Personal Trust Agent Server Suite (PTA Server) along with the VeriSign Certificate Validation Module (CVM) or the Java/TSIK-based Application provides the functions of the first server.[2] The first server communicates with the subscriber client computer using the Internet (an untrusted network) to control access to selected computer resources during an operating session. A subscriber client computer is used to access computer resources controlled by the first server. Both subscriber client computers and nonsubscriber client computers can also access resources not controlled by the first server.[3,4] |
| **1a.)** clearinghouse means for storing identity data of said first server computer and the identity data of each of said subscriber client computers; | The clearinghouse means consists of the VeriSign hosted Advanced Transaction Look-up and Signaling Platform (ATLAS) Online Certificate Status Protocol (OCSP) Responder[5] and the ATLAS Central Authoritative Database.[6] Alternately, XKMS can be used instead of OCSP.[7] The identity data of the first server and each subscriber client are stored in the ATLAS Central Authoritative Database. The identity data of the first server and client subscriber computer is a X.509 digital certificate. |

---

[1] Prism believes other VeriSign solutions infringe the asserted claims in the same manner as the VeriSign Hosted solution. However, as of September 19, 2006, VeriSign has failed to produce the most recent software version and related manuals for Unified Authentication for Windows (In-Premise and VeriSign-Hosted to support PKI).   *See, e.g.*, Letter from A.J. Bahou to Daniel Yonan dated August 29, 2006. Therefore, Prism specifically      reserves its right to add additional products when VeriSign supplements its document production.

[2] *VeriSign Go Secure! for Web Applications from MCI Administrator's Guide*, VeriSign, Inc., September 2004   (VERI-0032111).

[3] *VeriSign Go Secure! for Web Applications from MCI Administrator's Guide*, VeriSign, Inc., September 2004   (VERI-0032117).

[4] *VeriSign Unified Authentication Service Application Integration Guide*, VeriSign, Inc., November 2004   (VERI-0022132 – VERI-0022135).

[5] *VeriSign Go Secure! for Web Applications Installation and Configuration Guide*, VeriSign, Inc., July 2005   (VERI-0020459).

[6] *ATLAS – The Advanced Transaction Look-up and Signaling Platform*, VeriSign, Inc., January 23, 2003   (P 032730-032731).

[7] *VeriSign Unified Authentication Service Application Integration Guide*, VeriSign, Inc., November 2004   (VERI-0022132 – VERI-0022135).

| US Patent #6,516,416 | VeriSign Unified Authentication using Certificates (VeriSign Hosted)[1] |
|---|---|
| **1b.)** server software means installed on said first server computer adapted to forward its identity data and identity data of each subscriber client computer to said clearinghouse means at the beginning of an operating session in which access to selected computer resources of said first server computer is requested; | The CVM portion of the first server signs an OCSP request with its identity data and forwards the OCSP request containing the subscriber client computer identity data to the VeriSign OCSP Responder portion of the VeriSign clearinghouse at the beginning of an operating session when resources controlled by the first server are requested by the subscriber client computer.[8,9] Alternately, a Java/TSIK-based Application can be used with XKMS to accomplish the same functionality.[10] |
| **1c.)** client software means installed on each of said subscriber client computers adapted to forward its identity data to said first server computer at the beginning of an operating session in which access to selected computer resources is requested; | VeriSign Token Manager software (TM) is the client software means installed on each of said subscriber client computers.[11] The Token Manager is a universal platform for the storage and management of keys and certificates in a variety of environments including hardware tokens such as a Trusted Platform Module (TPM), connected USB Tokens[12] and Smart Cards.[13] The Token Manager forwards the identity data (X.509 digital certificate) stored on the TPM, USB Token or Smart Card to the first server at the beginning of an operating session when computer resources controlled by the first server are requested by the subscriber client computer.[14] |

---

[8] *Go Secure! for Identrus Administrator's Guide*, VeriSign, Inc., November 7, 2005 (VERI-0029259).
[9] *RFC 2560 – X.509 Internet Public Key Infrastructure Online Certificate Status Protocol – OCSP*, IETF, June 1999 (P 032851).
[10] *VeriSign Unified Authentication Service Application Integration Guide*, VeriSign, Inc., November 2004 (VERI-0022132 – VERI-0022135).
[11] *VeriSign Unified Authentication Service User Guide*, VeriSign, Inc., November 2004 (VERI-0022200 – VERI- 0022213).
[12] *VeriSign Unified Authentication Service User Guide*, VeriSign, Inc., November 2004 (VERI-0022198).
[13] *VeriSign Business Authentication Services*, VeriSign, Inc., 2003 (P 040573 – P 040574).
[14] *VeriSign Go Secure! for Web Applications Installation and Configuration Guide*, VeriSign, Inc., July 2005 (VERI-0020274).

636619v1

| US Patent #6,516,416 | VeriSign Unified Authentication using Certificates (VeriSign Hosted)[1] |
|---|---|
| **1d.)** at least one hardware key connected to the subscriber client computer, said key being adapted to generate a predetermined digital identification, which identification is part of said identity data; | The subscriber client computer Trusted Platform Module (TPM),[15] VeriSign USB Token[16,17,18] or VeriSign[19] or VeriSign Partner Solution Smart Card[20,21,22] is the hardware key which is built in or connected to the subscriber client computer. The TPM is built into the subscriber client computer. A Smart Card reader can be connected to the subscriber client computer to read a Smart Card. A USB Token can be connected to a client computer USB port. A X.509 digital certificate (predetermined digital identification) can be stored on the TPM or a Smart Card. |
| **1e.)** said server software means installed on the first server computer being adapted to selectively request the subscriber client computer to forward said predetermined digital identification to the first server computer to thereby confirm that said hardware key is connected to said subscriber client computer; | The VeriSign first server is adapted to selectively request the subscriber client computer (Token Manager) forward the predetermined digital identification thereby confirming that the hardware key is connected to the subscriber client computer.[23] |
| **1f.)** said clearinghouse means being adapted to authenticate the identity of said subscriber client computer responsive to a request for selected computer resources of said first server computer by a subscriber client computer; | The OCSP Responder portion of the VeriSign clearinghouse is adapted to authenticate (i.e. certificate is valid) the identity of said subscriber client computer responsive to a request for selected computer resources controlled by the VeriSign first server.[24] Alternately, XKMS can be used instead of OCSP.[25] |

[15] *VeriSign Go Secure! for Web Applications Installation and Configuration Guide*, VeriSign, Inc., July 2005    (VERI-0020285 – VERI-0020286).

[16] *VeriSign Multipurpose Next-Generation Token – Specification Sheet*, VeriSign, Inc., August 2005    (VERI-1596716 – VERI-1596717).

[17] *VeriSign Secure Storage Token – Specification Sheet*, VeriSign, Inc., August 2005 (VERI-1596720 VERI- 1596721).

[18] *VeriSign USB Token – Specification Sheet*, VeriSign, Inc., August 2005 (P 044130-044131).

[19] *VeriSign Unified Authentication – Smart Cards – Data Sheet*, VeriSign, Inc., January 17, 2006 (P 044128- 044129).

[20] *Partner Solutions – Gemplus*, http://www.verisign.com/verisign-partner-programs/security-services-partners/partner-program/page_002064.html (P 044082-044083).

[21] *Partner Solutions – ActivCard, Inc* http://www.verisign.com/verisign-partner-programs/security-services-partners/partner-program/page_002053.html (P 044080-044081)

[22] *Partner Solutions – Oberthur Card Systems*, http://www.verisign.com/verisign-partner-programs/security-services-partners/partner-program/page_002066.html (P 044122-044123).

[23] *VeriSign Go Secure! for Web Applications Installation and Configuration Guide*, VeriSign, Inc., July 2005    (VERI-0020274).

[24] *VeriSign Go Secure! for Web Applications Installation and Configuration Guide*, VeriSign, Inc., July 2005    (VERI-0020459)

| US Patent #6,516,416 | VeriSign Unified Authentication using Certificates (VeriSign Hosted)[1] |
|---|---|
| **1g.)** said clearinghouse means being adapted to authenticate the identity of said first server computer responsive to said subscriber client computer making the request for selected computer resources of said first server computer; and, | Upon receiving the signed OCSP request message from the CVM portion of the first server, the OCSP Responder portion of the VeriSign clearinghouse decrypts the OCSP request message using the identity data of the first server stored in the ATLAS Central Authoritative Database portion of the clearinghouse thereby authenticating the identity of the first server.[26,27] Alternately, a Java/TSIK-based Application can be used with XKMS to accomplish the same functionality.[28] |
| **1h.)** said clearinghouse means being adapted to permit access to said selected computer resources responsive to successful initial authentication of said first server computer and of said subscriber client computer making first request. | The OCSP Responder portion of the VeriSign clearinghouse permits access to computer resources controlled by the VeriSign first server upon successful initial authentication of both the first server and the subscriber client computer.[29,30] Alternately, XKMS can be used instead of OCSP.[31] |
| **4.)** A system as defined in claim 1 wherein successive ones of said intermittent requests occur at predetermined time intervals. | Session cookie timeouts are set in the first server's option.txt file to determine the length of an active session (predetermined time interval) and the amount of time that can pass before a session is invalid. Once a session is invalid, the subscriber client (Token Manager) is requested by the PTA Server portion of the first server (intermittent request) to forward the predetermined digital identification.[32,33] Alternately, a Java/TSIK-based Application can be used with XKMS to accomplish the same functionality.[34] |

[25] *VeriSign Unified Authentication Service Application Integration Guide*, VeriSign, Inc., November 2004 (VERI-0022132 – VERI-0022135).

[26] *Go Secure! for Identrus Administrator's Guide*, VeriSign, Inc., November 7, 2005 (VERI-0029259).

[27] *ATLAS – The Advanced Transaction Look-up and Signaling Platform*, VeriSign, Inc., January 23, 2003 (P 032730-032731).

[28] *VeriSign Unified Authentication Service Application Integration Guide*, VeriSign, Inc., November 2004 (VERI-0022132 – VERI-0022135).

[29] *VeriSign Go Secure! for Web Applications from MCI Administrator's Guide*, VeriSign, Inc., September 2004   (VERI-0032117).

[30] *Go Secure! for Identrus Administrator's Guide*, VeriSign, Inc., November 7, 2005 (VERI-0029259).

[31] *VeriSign Unified Authentication Service Application Integration Guide*, VeriSign, Inc., November 2004 (VERI-0022132   VERI-0022135).

[32] *VeriSign Go Secure! for Web Applications from MCI Administrator's Guide*, VeriSign, Inc., September 2004   (VERI-0032126).

[33] *VeriSign Go Secure! for Web Applications Installation and Configuration Guide*, VeriSign, Inc., July 2005   (VERI-0020052).

| US Patent #6,516,416 | VeriSign Unified Authentication using Certificates (VeriSign Hosted)[1] |
|---|---|
| **15.)** A system as defined in claim 1 wherein said server computer is adapted to selectively prompt said subscriber client computers to enter its identity data including its username and password in the beginning of an operating session. | The first server can selectively request that the VeriSign Token Manager prompt the user to enter a user name and password in the beginning of an operating session.[35] |
| **16.)** A system as defined in claim 1 wherein said first server computer is adapted to assign one of a plurality of authorization levels to the computer resources provided by said first server computer, said identity data of each of said subscriber client computers including a particular authorization level, said first server computer only permitting access to particular computer resources by a subscriber client computer that are permitted by said particular authorization level. | The VeriSign Certificate Parsing Module (CPM) installed on the first server enables a plurality of authorization levels to be assigned to resources based on the subscriber client computer X.509.[36] The VeriSign Authorization API can also be used on the first server to assign a plurality of authorization levels to computer resources.[37] Alternately, a Java/TSIK-based Application can be used with XKMS to accomplish the same functionality.[38] |
| **24.)** A method of controlling access to selected computer resources of at least a first server computer by at least one subscriber client computer via an untrusted network during an operating session, without necessarily controlling access to other computer resources provided by the first server computer and by other server computers and nonsubscriber client computers, comprising the steps of: | The VeriSign Personal Trust Agent Server Suite (PTA Server) along with the VeriSign Certificate Validation Module (CVM) or the Java/TSIK-based Application provides the functions of the first server.[39] The first server communicates with the subscriber client computer using the Internet (an untrusted network) to control access to selected computer resources during an operating session. A subscriber client computer is used to access computer resources controlled by the first server. Both subscriber client computers and nonsubscriber client computers can also access resources not controlled by the first server.[40,41] |

[34] *VeriSign Unified Authentication Service Application Integration Guide*, VeriSign, Inc., November 2004 (VERI-0022132 – VERI-0022135).

[35] *VeriSign Go Secure! for Web Applications from MCI Administrator's Guide*, VeriSign, Inc., September 2004 (VERI-0032124).

[36] *VeriSign Go Secure! for Web Applications from MCI Administrator's Guide*, VeriSign, Inc., September 2004 (VERI-0032111).

[37] *VeriSign Go Secure! for Web Applications Installation and Configuration Guide*, VeriSign, Inc., July 2005 (VERI-0020005 – VERI-0020006).

[38] *VeriSign Unified Authentication Service Application Integration Guide*, VeriSign, Inc., November 2004 (VERI-0022132 – VERI-0022135).

[39] *VeriSign Go Secure! for Web Applications from MCI Administrator's Guide*, VeriSign, Inc., September 2004 (VERI-0032111).

[40] *VeriSign Go Secure! for Web Applications from MCI Administrator's Guide*, VeriSign, Inc., September 2004 (VERI-0032117).

[41] *VeriSign Unified Authentication Service Application Integration Guide*, VeriSign, Inc., November 2004 (VERI-0022132 – VERI-0022135).

| US Patent #6,516,416 | VeriSign Unified Authentication using Certificates (VeriSign Hosted)[1] |
|---|---|
| **24a.)** registering identity data of said first server computer and the identity data of each of said subscriber client computers and storing the registered identity data in a clearinghouse means associated with said first server computer and said subscriber client computers; | The clearinghouse means consists of the VeriSign hosted Advanced Transaction Look-up and Signaling Platform (ATLAS) Online Certificate Status Protocol (OCSP) Responder[42] and the ATLAS Central Authoritative Database.[43] Alternately, XKMS can be used instead of OCSP.[44] The identity data of the first server and each subscriber client are stored in the ATLAS Central Authoritative Database. The identity data of the first server and client subscriber computer is a X.509 digital certificate. |
| **24b.)** requiring a subscriber client computer to forward its identity data to said clearinghouse means at the beginning of an operating session in which access to selected computer resources is requested; | VeriSign Token Manager software (TM) installed on the subscriber client computer forwards the identity data of the subscriber client computer (X.509 certificate) to the VeriSign first server.[45] The VeriSign first server forwards this identity data to the OCSP Responder (Alternately, XKMS can be used instead of OCSP.[46]) portion of the VeriSign clearinghouse at the beginning of an operating session in which access to selected computer resources are requested by the client subscriber computer.[47] |

---

[42] *VeriSign Go Secure! for Web Applications Installation and Configuration Guide*, VeriSign, Inc., July 2005    (VERI-0020459).

[43] *ATLAS – The Advanced Transaction Look-up and Signaling Platform*, VeriSign, Inc., January 23, 2003    (P 032730-032731).

[44] *VeriSign Unified Authentication Service Application Integration Guide*, VeriSign, Inc., November 2004    (VERI-0022132 – VERI-0022135).

[45] *VeriSign Unified Authentication Service User Guide*, VeriSign, Inc., November 2004 (VERI-0022200 – VERI-   0022213).

[46] *VeriSign Unified Authentication Service Application Integration Guide*, VeriSign, Inc., November 2004    (VERI-0022132 – VERI-0022135).

[47] *VeriSign Go Secure! for Web Applications Installation and Configuration Guide*, VeriSign, Inc., July 2005    (VERI-0020459).

| US Patent #6,516,416 | VeriSign Unified Authentication using Certificates (VeriSign Hosted)[1] |
|---|---|
| **24c.)** requiring a subscriber client computer to forward a predetermined digital identification to said first server computer to thereby confirm that a hardware key is connected to said subscriber client computer; | The subscriber client computer Trusted Platform Module (TPM),[48] VeriSign USB Token[49,50,51] or VeriSign[52] or VeriSign Partner Solution Smart Card[53,54,55] is the hardware key which is built in or connected to the subscriber client computer. The TPM is built into the subscriber client computer. A Smart Card reader can be connected to the subscriber client computer to read a Smart Card. A USB Token can be connected to a client computer USB port. A X.509 digital certificate (predetermined digital identification) can be stored on the TPM or a Smart Card. The VeriSign first server requires the subscriber client computer (PTA Client) to forward the predetermined digital identification thereby confirming that the hardware key is connected to the subscriber client computer.[56] |
| **24d.)** attempting to authenticate the identity of said subscriber client computer from said clearinghouse means responsive to a request for selected computer resources of said first server computer by a subscriber client computer; | The OCSP Responder portion of the VeriSign clearinghouse is adapted to authenticate (i.e. certificate is valid) the identity of said subscriber client computer responsive to a request for selected computer resources controlled by the VeriSign first server.[57] Alternately, XKMS can be used instead of OCSP.[58] |

[48] *VeriSign Go Secure! for Web Applications Installation and Configuration Guide*, VeriSign, Inc., July 2005    (VERI-0020285 – VERI-0020286).

[49] *VeriSign Multipurpose Next-Generation Token – Specification Sheet*, VeriSign, Inc., August 2005    (VERI-1596716 – VERI-1596717).

[50] *VeriSign Secure Storage Token – Specification Sheet*, VeriSign, Inc., August 2005 (VERI-1596720 – VERI- 1596721).

[51] *VeriSign USB Token – Specification Sheet*, VeriSign, Inc., August 2005 (P 044130-044131).

[52] *VeriSign Unified Authentication – Smart Cards – Data Sheet*, VeriSign, Inc., January 17, 2006 (P 044128- 044129).

[53] *Partner Solutions – Gemplus*, http://www.verisign.com/verisign-partner-programs/security-services-partners/partner-program/page_002064.html (P 044082-044083).

[54] *Partner Solutions – ActivCard, Inc* http://www.verisign.com/verisign-partner-programs/security-services-partners/partner-program/page_002053.html (P 044080-044081).

[55] *Partner Solutions – Oberthur Card Systems*, http://www.verisign.com/verisign-partner-programs/security-    services-partners/partner-program/page_002066.html (P 044122-044123).

[56] *VeriSign Go Secure! for Web Applications Installation and Configuration Guide*, VeriSign, Inc., July 2005    (VERI-0020274).

[57] *VeriSign Go Secure! for Web Applications Installation and Configuration Guide*, VeriSign, Inc., July 2005    (VERI-0020459).

[58] *VeriSign Unified Authentication Service Application Integration Guide*, VeriSign, Inc., November 2004    (VERI-0022132 – VERI-0022135).

| US Patent #6,516,416 | VeriSign Unified Authentication using Certificates (VeriSign Hosted)[1] |
|---|---|
| 24e.) attempting to authenticate the identity of said first server computer from said clearinghouse means responsive to said subscriber client computer making the request for selected computer resources; and, | Upon receiving the signed OCSP request message from the CVM portion of the first server, the OCSP Responder portion of the VeriSign clearinghouse decrypts the OCSP request message using the identity data of the first server stored in the ATLAS Central Authoritative Database portion of the clearinghouse thereby authenticating the identity of the first server.[59,60] Alternately, a Java/TSIK-based Application can be used with XKMS to accomplish the same functionality.[61] |
| 24f.) permitting access to said selected computer resources responsive to successful initial authentication of said first server computer and of said subscriber client computer making said request. | The OCSP Responder portion of the VeriSign clearinghouse permits access to computer resources controlled by the VeriSign first server upon successful initial authentication of both the first server and the subscriber client computer.[62,63] Alternately, XKMS can be used instead of OCSP.[64] |
| 25.) A method as defined in claim 24 wherein said subscriber client computer identity data includes a client name and a client password. | The VeriSign Token Manager can prompt the user for additional identity data including a client name (user name) and client password (user password).[65] |

---

[59] *Go Secure! for Identrus Administrator's Guide*, VeriSign, Inc., November 7, 2005 (VERI-0029259).

[60] *RFC 2560 – X.509 Internet Public Key Infrastructure Online Certificate Status Protocol – OCSP*, IETF, June 1999 (P 032851).

[61] *VeriSign Unified Authentication Service Application Integration Guide*, VeriSign, Inc., November 2004 (VERI-0022132 – VERI-0022135).

[62] *VeriSign Go Secure! for Web Applications from MCI Administrator's Guide*, VeriSign, Inc., September 2004 (VERI-0032117).

[63] *Go Secure! for Identrus Administrator's Guide*, VeriSign, Inc., November 7, 2005 (VERI-0029259).

[64] *VeriSign Unified Authentication Service Application Integration Guide*, VeriSign, Inc., November 2004 (VERI-0022132 – VERI-0022135).

[65] *VeriSign Go Secure! for Web Applications from MCI Administrator's Guide*, VeriSign, Inc., September 2004 (VERI-0032124).

| US Patent #6,516,416 | VeriSign Unified Authentication using One-Time Passwords (VeriSign Hosted) |
|---|---|
| **1.)** A system for controlling the operation of and access to selected computer resources of at least a first server computer by at least one subscriber client computer via an untrusted network in an operating session, without necessarily controlling access to other computer resources provided by the first server computer and by other server computers and nonsubscriber client computers, comprising: | The Validation Service (RADIUS Client) and application integrated with the Validation SDK provides the functions of the first server. The first server communicates with the subscriber client computer using the Internet (an untrusted network) to control access to selected computer resources during an operating session. A subscriber client computer is used to access computer resources controlled by the first server. Both subscriber client computers and nonsubscriber client computers can also access resources not controlled by the first server.[66,67] |
| **1a.)** clearinghouse means for storing identity data of said first server computer and the identity data of each of said subscriber client computers; | The clearinghouse means consists of the VeriSign hosted VeriSign Validation Service (RADIUS Server) and Token Store. The identity data of the first server, a RADIUS shared secret[68] and RA Certificate[69] are stored in the RADIUS Server database. The identity data of the subscriber client is stored in the Token Store. The identity data of the subscriber client is a Token ID (unique serial number) and One-Time Password (OTP).[70] |

---

[66] *Unified Authentication v4.0 Validation SDK Guide*, VeriSign, Inc, March 26, 2006 (VERI-1597014 – VERI-  1597015).
[67] *Unified Authentication v4.0 Pre-Installation Guide*, VeriSign, Inc., March 24, 2006 (VERI-1596949).
[68] *RFC 2865 – Remote Authentication Dial In User Service (RADIUS)*, Internet Engineering Task Force, June 2000     (P-051734 – 051804).
[69] *Unified Authentication 4.0 VeriSign-Hosted Installation and Configuration Guide*, March 27, 2006    (VERI-1596797).
[70] *Unified Authentication v4.0 Validation SDK Guide*, VeriSign, Inc, March 26, 2006 (VERI-1597014 – VERI-  1597015).

636019v1

| US Patent #6,516,416 | VeriSign Unified Authentication using One-Time Passwords (VeriSign Hosted) |
|---|---|
| **1b.)** server software means installed on said first server computer adapted to forward its identity data and identity data of each subscriber client computer to said clearinghouse means at the beginning of an operating session in which access to selected computer resources of said first server computer is requested; | The first server, a RADIUS Client, signs a SSL encrypted RADIUS Access-Request message with its RA Certificate.[71] The RA Certificate in conjunction with the RADIUS shared secret contained in the RADIUS Access-Request message is the identity data of the first server.[72,73] The RADIUS Access-Request message contains the subscriber identity data by placing the Token ID and OTP in a RADIUS EAP-OTP message attribute.[74,75] The RADIUS Access-Request message is forwarded to the VeriSign hosted VeriSign Validation Service, a RADIUS Server, (clearinghouse means) at the beginning of an operating session when resources controlled by the first server are requested by the subscriber client computer.[76] |
| **1c.)** client software means installed on each of said subscriber client computers adapted to forward its identity data to said first server computer at the beginning of an operating session in which access to selected computer resources is requested; | VeriSign Token Manager Application (TM) software is the client software means installed on each of said subscriber client computers.[77] The TM software forwards the identity data (One-Time Password) stored on the VeriSign Multipurpose Next-Generation Token[78] or the VeriSign Secure Storage Token[79] to the first server using a PPP EAP-Response message[80,81] at the beginning of an operating session when computer resources controlled by the first server are requested by the subscriber client computer.[82] |

---

[71] *Unified Authentication v4.0 Pre-Installation Guide*, VeriSign, Inc., March 24, 2006 (VERI-1596949).

[72] *Unified Authentication 4.0 VeriSign-Hosted Installation and Configuration Guide*, March 27, 2006 (VERI-1596797).

[73] *RFC 2865 – Remote Authentication Dial In User Service (RADIUS)*, Internet Engineering Task Force, June 2000 (P-051734 – 051804).

[74] *Unified Authentication v4.0 Validation SDK Guide*, VeriSign, Inc, March 26, 2006 (VERI-1597014 – VERI- 1597015).

[75] *RFC 2869 – RADIUS Extensions*, Internet Engineering Task Force, June 2000 (P-051820 – 051863).

[76] *Unified Authentication v4.0 Validation SDK Guide*, VeriSign, Inc, March 26, 2006 (VERI-1597014 – VERI- 1597015).

[77] *Unified Authentication 4.0 VeriSign-Hosted Installation and Configuration Guide*, March 27, 2006 (VERI-1596840 – VERI-1596849).

[78] *VeriSign Multipurpose Next-Generation Token – Specification Sheet*, VeriSign, Inc., August 2005 (VERI-1596716 – VERI-1596717).

[79] *VeriSign Secure Storage Token – Specification Sheet*, VeriSign, Inc., August 2005 (VERI-1596720 – VERI- 1596721).

| US Patent #6,516,416 | VeriSign Unified Authentication using One-Time Passwords (VeriSign Hosted) |
|---|---|
| **1d.)** at least one hardware key connected to the subscriber client computer, said key being adapted to generate a predetermined digital identification, which identification is part of said identity data; | The VeriSign Multipurpose Next-Generation Token[83] or the VeriSign Secure Storage Token[84] is the hardware key which is connected to the subscriber client computer's USB port. A predetermined digital identification in the form of a One Time Password (OTP) is generated by the Token. This OTP is part of said identity data.[85] |
| **1e.)** said server software means installed on the first server computer being adapted to selectively request the subscriber client computer to forward said predetermined digital identification to the first server computer to thereby confirm that said hardware key is connected to said subscriber client computer; | The first server selectively requests the identity data from the subscriber client computer using a PPP EAP-Request message with an OTP Challenge. The subscriber client responds with a PPP EAP-Response message. If the Token is connected to the subscriber client computer, the Token Manager places the OTP in the PPP EAP-Response message, otherwise this OTP field in the PPP EAP-Response message is null.[86,87,88] |

[80] *RFC 1661 – The Point-to-Point Protocol (PPP)*, Internet Engineering Task Force, July 1994(VERI-0243632 –    0243681).

[81] *RFC 2284 – PPP Extensible Authentication Protocol (EAP)*, Internet Engineering Task Force, March 1998 (P-051805 – 051819).

[82] *Unified Authentication v4.0 Validation SDK Guide*, VeriSign, Inc, March 26, 2006 (VERI-1597014 – VERI- 1597015).

[83] *VeriSign Multipurpose Next-Generation Token – Specification Sheet*, VeriSign, Inc., August 2005 (VERI-1596716 – VERI-1596717).

[84] *VeriSign Secure Storage Token – Specification Sheet*, VeriSign, Inc., August 2005 (VERI-1596720 – VERI- 1596721).

[85] *Unified Authentication v4.0 Validation SDK Guide*, VeriSign, Inc, March 26, 2006 (VERI-1597014 – VERI- 1597015).

[86] *Unified Authentication 4.0 VeriSign-Hosted Installation and Configuration Guide*, VeriSign, Inc., March 27, 2006 (VERI-1596837).

[87] *RFC 1661 – The Point-to-Point Protocol (PPP)*, Internet Engineering Task Force, July 1994 (VERI-0243632 –    0243681).

[88] *RFC 2284 – PPP Extensible Authentication Protocol (EAP)*, Internet Engineering Task Force, March 1998 (P-051805 – 051819).

636619v1

| US Patent #6,516,416 | VeriSign Unified Authentication using One-Time Passwords (VeriSign Hosted) |
|---|---|
| **1f.)** said clearinghouse means being adapted to authenticate the identity of said subscriber client computer responsive to a request for selected computer resources of said first server computer by a subscriber client computer; | The Validation Service, a RADIUS Server, (clearinghouse means) is adapted to authenticate the identity of said subscriber client computer responsive to a request for selected computer resources by decrypting the received RADIUS Access-Request message using the RA Certificate, extracting the Token ID and OTP from the RADIUS Access-Request EAP-OTP message attribute and performing a authentication operation using the received Token ID. The RADIUS Server generates an OTP based in part on the received Token ID. If the RADIUS Server's generated OTP is the same as the received OTP, then the subscriber client computer is successfully authenticated.[89,90,91] |
| **1g.)** said clearinghouse means being adapted to authenticate the identity of said first server computer responsive to said subscriber client computer making the request for selected computer resources of said first server computer; and, | The VeriSign Validation Service, a RADIUS Server, (clearinghouse means) is adapted to authenticate the identity of said first server responsive to a request for selected computer resources by decrypting the received RADIUS Access-Request message using the RADIUS Server RA Certificate[92] and extracting the RADIUS shared secret. If the Access-Request message is successfully decrypted by the corresponding first server RA Certificate held by the RADIUS Server and the shared secret generated by the RADIUS server compares favorably to the extracted shared secret, the first server is successfully authenticated.[93,94] |

---

[89] *Unified Authentication v4.0 Validation SDK Guide*, VeriSign, Inc, March 26, 2006 (VERI-1597014 – VERI- 1597015).

[90] *RFC 2865 – Remote Authentication Dial In User Service (RADIUS)*, Internet Engineering Task Force, June 2000      (P-051734 – 051804).

[91] *RFC 2869 – RADIUS Extensions*, Internet Engineering Task Force, June 2000 (P-051820 – 051863)..

[92] *Unified Authentication 4.0 VeriSign-Hosted Installation and Configuration Guide*, March 27, 2006 (VERI- 1596797).

[93] *Unified Authentication v4 0 Validation SDK Guide*, VeriSign, Inc, March 26, 2006 (VERI-1597014 – VERI- 1597015).

[94] *RFC 2865 – Remote Authentication Dial In User Service (RADIUS)*, Internet Engineering Task Force, June 2000      (P-051734 – 051804).

| US Patent #6,516,416 | VeriSign Unified Authentication using One-Time Passwords (VeriSign Hosted) |
|---|---|
| **1h.)** said clearinghouse means being adapted to permit access to said selected computer resources responsive to successful initial authentication of said first server computer and of said subscriber client computer making first request. | The VeriSign Validation Service, a RADIUS Server, (clearinghouse means) sends a RADIUS Access-Accept message[95] to the first server, a RADIUS Client, which in turns sends a PPP EAP-Success message[96,97] to the subscriber client thereby permitting access to computer resources controlled by the first server upon successful initial authentication of both the first server and the subscriber client computer.[98] |
| **4.)** A system as defined in claim 1 wherein successive ones of said intermittent requests occur at predetermined time intervals. | Timeouts can be set in the RADIUS Client (first server) to determine the length of an active session (predetermined time interval).[99] This is accomplished by setting an idle timeout and/or session timeout in the first server. Upon the firing of the timeout event, the first server requests the identity data from the subscriber client computer using a PPP EAP-Request message using an OTP Challenge.[100,101,102] |
| **15.)** A system as defined in claim 1 wherein said server computer is adapted to selectively prompt said subscriber client computers to enter its identity data including its username and password in the beginning of an operating session. | VeriSign Unified Authentication validation modes can include user name and password in addition to an OTP.[103,104] |

---

[95] *RFC 2865 – Remote Authentication Dial In User Service (RADIUS)*, Internet Engineering Task Force, June 2000    (P-051734 – 051804).

[96] *RFC 1661 – The Point-to-Point Protocol (PPP)*, Internet Engineering Task Force, July 1994 (VERI-0243632 –    0243681).

[97] *RFC 2284 – PPP Extensible Authentication Protocol (EAP)*, Internet Engineering Task Force, March 1998
    (P-051805 – 051819).

[98] *Unified Authentication v4.0 Validation SDK Guide*, VeriSign, Inc, March 26, 2006 (VERI-1597014 – VERI-  1597015).

[99] *RFC 2865 – Remote Authentication Dial In User Service (RADIUS)*, Internet Engineering Task Force, June 2000    (P-051734 – 051804).

[100] *Unified Authentication 4.0 VeriSign-Hosted Installation and Configuration Guide*, VeriSign, Inc., March 27,    2006 (VERI-1596837).

[101] *RFC 1661 – The Point-to-Point Protocol (PPP)*, Internet Engineering Task Force, July 1994 (VERI-0243632 –    0243681).

[102] *RFC 2284 – PPP Extensible Authentication Protocol (EAP)*, Internet Engineering Task Force, March 1998
    (P-051805 – 051819).

[103] *Unified Authentication v4.0 Pre-Installation Guide*, VeriSign, Inc., March 24, 2006 (VERI-1596923).

[104] *Unified Authentication v4 0 Validation SDK Guide*, VeriSign, Inc, March 26, 2006 (VERI-1597014 – VERI-  1597015).

| US Patent #6,516,416 | VeriSign Unified Authentication using One-Time Passwords (VeriSign Hosted) |
|---|---|
| **16.)** A system as defined in claim 1 wherein said first server computer is adapted to assign one of a plurality of authorization levels to the computer resources provided by said first server computer, said identity data of each of said subscriber client computers including a particular authorization level, said first server computer only permitting access to particular computer resources by a subscriber client computer that are permitted by said particular authorization level. | The LDAP directory used by VeriSign Unified Authentication is extended to contain the Unified Authentication User Store Schema.[105] When the LDAP directory is extended using this schema, subscriber client authentication data is combined with the LDAP's Access Control List (ACL) to enable the assignment of authorization levels to the computer resources provided by the first server.[106] |
| **24.)** A method of controlling access to selected computer resources of at least a first server computer by at least one subscriber client computer via an untrusted network during an operating session, without necessarily controlling access to other computer resources provided by the first server computer and by other server computers and nonsubscriber client computers, comprising the steps of: | The Validation Service (RADIUS Client) and application integrated with the Validation SDK provides the functions of the first server. The first server communicates with the subscriber client computer using the Internet (an untrusted network) to control access to selected computer resources during an operating session. A subscriber client computer is used to access computer resources controlled by the first server. Both subscriber client computers and nonsubscriber client computers can also access resources not controlled by the first server.[107,108] |
| **24a.)** registering identity data of said first server computer and the identity data of each of said subscriber client computers and storing the registered identity data in a clearinghouse means associated with said first server computer and said subscriber client computers; | The clearinghouse means consists of the VeriSign hosted VeriSign Validation Service (RADIUS Server) and Token Store. The identity data of the first server, a RADIUS shared secret[109] and RA Certificate[110] are stored in the RADIUS Server database. The identity data of the subscriber client is stored in the Token Store. The identity data of the subscriber client is a Token ID (unique serial number) and One-Time Password (OTP).[111] |

---

[105] *Unified Authentication 4.0 VeriSign-Hosted Installation and Configuration Guide*, VeriSign, Inc., March 27,        2006 (VERI-1596881 – VERI-1596891).
[106] *RFC 3377 – Lightweight Directory Access Protocol (v3): Technical Specification*, Internet Engineering Task    Force, September 2002 (P-051864 – 051869).
[107] *Unified Authentication v4.0 Validation SDK Guide*, VeriSign, Inc, March 26, 2006 (VERI-1597014 – VERI-  1597015).
[108] *Unified Authentication v4.0 Pre-Installation Guide*, VeriSign, Inc., March 24, 2006 (VERI-1596949).
[109] *RFC 2865 – Remote Authentication Dial In User Service (RADIUS)*, Internet Engineering Task Force, June 2000        (P-051734 – 051804).
[110] *Unified Authentication 4.0 VeriSign-Hosted Installation and Configuration Guide*, March 27, 2006    (VERI-1596797).

| US Patent #6,516,416 | VeriSign Unified Authentication using One-Time Passwords (VeriSign Hosted) |
|---|---|
| 24b.) requiring a subscriber client computer to forward its identity data to said clearinghouse means at the beginning of an operating session in which access to selected computer resources is requested; | VeriSign Token Manager Application (TM) software is installed on each of said subscriber client computers.[112] The TM software forwards the identity data (One-Time Password) stored on the VeriSign Multipurpose Next-Generation Token[113] or the VeriSign Secure Storage Token[114] to the first server using a PPP EAP-Response message after receiving a PPP EAP-Request message with an OTP Challenge[115,116] from the first server. The first server then forwards the subscriber client identity data to the VeriSign Validation Service, a RADIUS Server, using a RADIUS Access-Request message with the EAP-OTP message attribute set[117,118] at the beginning of an operating session when computer resources controlled by the first server are requested by the subscriber client computer.[119] |

[111] *Unified Authentication v4.0 Validation SDK Guide*, VeriSign, Inc, March 26, 2006 (VERI-1597014 – VERI-   1597015).

[112] *Unified Authentication 4.0 VeriSign-Hosted Installation and Configuration Guide*, March 27, 2006 (VERI-1596840 – VERI-1596849).

[113] *VeriSign Multipurpose Next-Generation Token – Specification Sheet*, VeriSign, Inc., August 2005 \ (VERI-1596716 – VERI-1596717).

[114] *VeriSign Secure Storage Token – Specification Sheet*, VeriSign, Inc., August 2005 (VERI-1596720 – VERI-   1596721).

[115] *RFC 1661 – The Point-to-Point Protocol (PPP)*, Internet Engineering Task Force, July 1994 (VERI-0243632 –    0243681).

[116] *RFC 2284 – PPP Extensible Authentication Protocol (EAP)*, Internet Engineering Task Force, March 1998 (P-051805 – 051819).

[117] *RFC 2865 – Remote Authentication Dial In User Service (RADIUS)*, Internet Engineering Task Force, June 2000    (P-051734 – 051804).

[118] *RFC 2869 – RADIUS Extensions*, Internet Engineering Task Force, June 2000 (P-051820 – 051863).

[119] *Unified Authentication v4.0 Validation SDK Guide*, VeriSign, Inc, March 26, 2006 (VERI-1597014 – VERI-   1597015).

636619v1

| US Patent #6,516,416 | VeriSign Unified Authentication using One-Time Passwords (VeriSign Hosted) |
|---|---|
| **24c.)** requiring a subscriber client computer to forward a predetermined digital identification to said first server computer to thereby confirm that a hardware key is connected to said subscriber client computer; | VeriSign Token Manager Application (TM) software is installed on each of said subscriber client computers.[120] The TM software forwards the predetermined digital identification (One-Time Password) stored on the VeriSign Multipurpose Next-Generation Token[121] or the VeriSign Secure Storage Token[122] to the first server using a PPP EAP-Response message after receiving a PPP EAP-Request message with an OTP Challenge.[123,124] If the Token is connected to the subscriber client computer, the Token Manager places the OTP in the PPP EAP-Response message, otherwise this OTP field in the PPP EAP-Response message is null.[125,126,127] |

---

[120] *Unified Authentication 4.0 VeriSign-Hosted Installation and Configuration Guide*, March 27, 2006 (VERI-1596840 – VERI-1596849).

[121] *VeriSign Multipurpose Next-Generation Token – Specification Sheet*, VeriSign, Inc., August 2005 (VERI-1596716 – VERI-1596717).

[122] *VeriSign Secure Storage Token – Specification Sheet*, VeriSign, Inc., August 2005 (VERI-1596720 – VERI-1596721).

[123] *RFC 1661 – The Point-to-Point Protocol (PPP)*, Internet Engineering Task Force, July 1994 (VERI-0243632 – 0243681).

[124] *RFC 2284 – PPP Extensible Authentication Protocol (EAP)*, Internet Engineering Task Force, March 1998 (P-051805 – 051819).

[125] *Unified Authentication 4.0 VeriSign-Hosted Installation and Configuration Guide*, VeriSign, Inc., March 27, 2006 (VERI-1596837).

[126] *RFC 1661 – The Point-to-Point Protocol (PPP)*, Internet Engineering Task Force, July 1994 (VERI-0243632 – 0243681).

[127] *RFC 2284 – PPP Extensible Authentication Protocol (EAP)*, Internet Engineering Task Force, March 1998 (P-051805 – 051819).

| US Patent #6,516,416 | VeriSign Unified Authentication using One-Time Passwords (VeriSign Hosted) |
|---|---|
| **24d.)** attempting to authenticate the identity of said subscriber client computer from said clearinghouse means responsive to a request for selected computer resources of said first server computer by a subscriber client computer; | The VeriSign Validation Service, a RADIUS Server, (clearinghouse means) is adapted to authenticate the identity of said subscriber client computer responsive to a request for selected computer resources by decrypting the received RADIUS Access-Request message using the RA Certificate, extracting the Token ID and OTP from the RADIUS Access-Request EAP-OTP message attribute and performing a authentication operation using the received Token ID. The RADIUS Server generates an OTP based on the received Token ID. If the RADIUS Server's generated OTP is the same as the received OTP, then the subscriber client computer is successfully authenticated.[128,129,130] |
| **24e.)** attempting to authenticate the identity of said first server computer from said clearinghouse means responsive to said subscriber client computer making the request for selected computer resources; and, | The VeriSign Validation Service, a RADIUS Server, (clearinghouse means) is adapted to authenticate the identity of said first server responsive to a request for selected computer resources by decrypting the received RADIUS Access-Request message using the RADIUS Server RA Certificate[131] and extracting the RADIUS shared secret. If the Access-Request message is successfully decrypted by the corresponding first server RA Certificate held by the RADIUS Server and the shared secret generated by the RADIUS server compares favorably to the extracted shared secret, the first server is successfully authenticated.[132,133] |

---

[128] *Unified Authentication v4.0 Validation SDK Guide*, VeriSign, Inc, March 26, 2006 (VERI-1597014 – VERI-1 597015).

[129] *RFC 2865 – Remote Authentication Dial In User Service (RADIUS)*, Internet Engineering Task Force, June 2000      (P-051734 – 051804).

[130] *RFC 2869 – RADIUS Extensions*, Internet Engineering Task Force, June 2000 (P-051820 – 051863).

[131] *Unified Authentication 4.0 VeriSign-Hosted Installation and Configuration Guide*, March 27, 2006 (VERI- 1596797).

[132] *Unified Authentication v4.0 Validation SDK Guide*, VeriSign, Inc, March 26, 2006 (VERI-1597014 – VERI-  1597015).

[133] *RFC 2865 – Remote Authentication Dial In User Service (RADIUS)*, Internet Engineering Task Force, June 2000      (P-051734 – 051804).

636619v1

| US Patent #6,516,416 | VeriSign Unified Authentication using One-Time Passwords (VeriSign Hosted) |
|---|---|
| **24f.)** permitting access to said selected computer resources responsive to successful initial authentication of said first server computer and of said subscriber client computer making said request. | The VeriSign Validation Service, a RADIUS Server, (clearinghouse means) sends a RADIUS Access-Accept message[134] to the first server, a RADIUS Client, which in turns sends a PPP EAP-Success message[135,136] to the subscriber client thereby permitting access to computer resources controlled by the first server upon successful initial authentication of both the first server and the subscriber client computer.[137] |
| **25.)** A method as defined in claim 24 wherein said subscriber client computer identity data includes a client name and a client password. | VeriSign Unified Authentication validation modes can include user name and password in addition to an OTP.[138,139] |

| US Patent #6,516,416 | VeriSign Unified Authentication using One-Time Passwords (In-Premise Configuration) |
|---|---|

---

[134] *RFC 2865 – Remote Authentication Dial In User Service (RADIUS)*, Internet Engineering Task Force, June 2000
    (P-051734 – 051804).
[135] *RFC 1661 – The Point-to-Point Protocol (PPP)*, Internet Engineering Task Force, July 1994 (VERI-0243632 –    0243681).
[136] *RFC 2284 – PPP Extensible Authentication Protocol (EAP)*, Internet Engineering Task Force, March 1998
    (P-051805 – 051819).
[137] *Unified Authentication v4.0 Validation SDK Guide*, VeriSign, Inc, March 26, 2006 (VERI-1597014 – VERI-  1597015).
[138] *Unified Authentication v4.0 Pre-Installation Guide*, VeriSign, Inc., March 24, 2006 (VERI-1596923).
[139] *Unified Authentication v4.0 Validation SDK Guide*, VeriSign, Inc, March 26, 2006 (VERI-1597014 – VERI-  1597015).

| US Patent #6,516,416 | VeriSign Unified Authentication using One-Time Passwords (In-Premise Configuration) |
|---|---|
| **1.)** A system for controlling the operation of and access to selected computer resources of at least a first server computer by at least one subscriber client computer via an untrusted network in an operating session, without necessarily controlling access to other computer resources provided by the first server computer and by other server computers and nonsubscriber client computers, comprising: | The Validation Service (RADIUS Client) and application integrated with the Validation SDK provides the functions of the first server. The first server communicates with the subscriber client computer using the Internet (an untrusted network) to control access to selected computer resources during an operating session. A subscriber client computer is used to access computer resources controlled by the first server. Both subscriber client computers and nonsubscriber client computers can also access resources not controlled by the first server.[140,141] |
| **1a.)** clearinghouse means for storing identity data of said first server computer and the identity data of each of said subscriber client computers; | The clearinghouse means consists of the Customer Validation Server (RADIUS Server) and Token Store provided by VeriSign. The identity data of the first server, a RADIUS shared secret[142] and RA Certificate[143] are stored in the RADIUS Server database. The identity data of the subscriber client is stored in the Token Store. The identity data of the subscriber client is a Token ID (unique serial number) and One-Time Password (OTP).[144] |

[140] *Unified Authentication v4.0 Validation SDK Guide*, VeriSign, Inc, March 26, 2006 (VERI-1597014 – VERI- 1597015).

[141] *Unified Authentication v4.0 Pre-Installation Guide*, VeriSign, Inc., March 24, 2006 (VERI-1596949).

[142] *RFC 2865 – Remote Authentication Dial In User Service (RADIUS)*, Internet Engineering Task Force, June 2000
    (P-051734 – 051804).

[143] *Unified Authentication 4.0 VeriSign-Hosted Installation and Configuration Guide*, March 27, 2006
    (VERI-1596797).

[144] *Unified Authentication v4.0 Validation SDK Guide*, VeriSign, Inc, March 26, 2006 (VERI-1597014 – VERI- 1597015).

636619v1

| US Patent #6,516,416 | VeriSign Unified Authentication using One-Time Passwords (In-Premise Configuration) |
|---|---|
| **1b.)** server software means installed on said first server computer adapted to forward its identity data and identity data of each subscriber client computer to said clearinghouse means at the beginning of an operating session in which access to selected computer resources of said first server computer is requested; | The first server, a RADIUS Client, signs a SSL encrypted RADIUS Access-Request message with its RA Certificate.[145] The RA Certificate in conjunction with the RADIUS shared secret contained in the RADIUS Access-Request message is the identity data of the first server.[146,147] The RADIUS Access-Request message contains the subscriber identity data by placing the Token ID and OTP in a RADIUS EAP-OTP message attribute.[148,149] The RADIUS Access-Request message is forwarded to the Customer Validation Server, a RADIUS Server, (clearinghouse means) at the beginning of an operating session when resources controlled by the first server are requested by the subscriber client computer.[150] |
| **1c.)** client software means installed on each of said subscriber client computers adapted to forward its identity data to said first server computer at the beginning of an operating session in which access to selected computer resources is requested; | VeriSign Token Manager Application (TM) software is the client software means installed on each of said subscriber client computers.[151] The TM software forwards the identity data (One-Time Password) stored on the VeriSign Multipurpose Next-Generation Token[152] or the VeriSign Secure Storage Token[153] to the first server using a PPP EAP-Response message[154,155] at the beginning of an operating session when computer resources controlled by the first server are requested by the subscriber client computer.[156] |

[145] *Unified Authentication v4.0 Pre-Installation Guide*, VeriSign, Inc., March 24, 2006 (VERI-1596949).

[146] *Unified Authentication 4.0 VeriSign-Hosted Installation and Configuration Guide*, March 27, 2006 (VERI-1596797).

[147] *RFC 2865 – Remote Authentication Dial In User Service (RADIUS)*, Internet Engineering Task Force, June 2000 (P-051734 – 051804).

[148] *Unified Authentication v4.0 Validation SDK Guide*, VeriSign, Inc, March 26, 2006 (VERI-1597014 – VERI- 1597015).

[149] *RFC 2869 – RADIUS Extensions*, Internet Engineering Task Force, June 2000 (P-051820 – 051863).

[150] *Unified Authentication v4.0 Validation SDK Guide*, VeriSign, Inc, March 26, 2006 (VERI-1597014 – VERI- 1597015).

[151] *Unified Authentication 4.0 VeriSign-Hosted Installation and Configuration Guide*, March 27, 2006 (VERI-1596840 – VERI-1596849).

[152] *VeriSign Multipurpose Next-Generation Token – Specification Sheet*, VeriSign, Inc., August 2005 (VERI-1596716 – VERI-1596717).

[153] *VeriSign Secure Storage Token – Specification Sheet*, VeriSign, Inc., August 2005 (VERI-1596720 – VERI- 1596721).

63661911

| US Patent #6,516,416 | VeriSign Unified Authentication using One-Time Passwords (In-Premise Configuration) |
|---|---|
| **1d.)** at least one hardware key connected to the subscriber client computer, said key being adapted to generate a predetermined digital identification, which identification is part of said identity data; | The VeriSign Multipurpose Next-Generation Token[157] or the VeriSign Secure Storage Token[158] is the hardware key which is connected to the subscriber client computer's USB port. A predetermined digital identification in the form of a One Time Password (OTP) is generated by the Token. This OTP is part of said identity data.[159] |
| **1e.)** said server software means installed on the first server computer being adapted to selectively request the subscriber client computer to forward said predetermined digital identification to the first server computer to thereby confirm that said hardware key is connected to said subscriber client computer; | The first server selectively requests the identity data from the subscriber client computer using a PPP EAP-Request message with an OTP Challenge. The subscriber client responds with a PPP EAP-Response message. If the Token is connected to the subscriber client computer, the Token Manager places the OTP in the PPP EAP-Response message, otherwise this OTP field in the PPP EAP-Response message is null.[160,161,162] |

---

[154] *RFC 1661 – The Point-to-Point Protocol (PPP)*, Internet Engineering Task Force, July 1994(VERI-0243632 –    0243681).

[155] *RFC 2284 – PPP Extensible Authentication Protocol (EAP)*, Internet Engineering Task Force, March 1998
    (P-051805 – 051819).

[156] *Unified Authentication v4.0 Validation SDK Guide*, VeriSign, Inc, March 26, 2006 (VERI-1597014 – VERI-  1597015).

[157] *VeriSign Multipurpose Next-Generation Token – Specification Sheet*, VeriSign, Inc., August 2005 (VERI- 1596716 – VERI-1596717).

[158] *VeriSign Secure Storage Token – Specification Sheet*, VeriSign, Inc., August 2005 (VERI-1596720 – VERI-  1596721).

[159] *Unified Authentication v4.0 Validation SDK Guide*, VeriSign, Inc, March 26, 2006 (VERI-1597014 – VERI-  1597015).

[160] *Unified Authentication 4.0 VeriSign-Hosted Installation and Configuration Guide*, VeriSign, Inc., March 27,    2006 (VERI-1596837).

[161] *RFC 1661 – The Point-to-Point Protocol (PPP)*, Internet Engineering Task Force, July 1994 (VERI-0243632 –    0243681).

[162] *RFC 2284 – PPP Extensible Authentication Protocol (EAP)*, Internet Engineering Task Force, March 1998
    (P-051805 – 051819).

| US Patent #6,516,416 | VeriSign Unified Authentication using One-Time Passwords (In-Premise Configuration) |
|---|---|
| **1f.)** said clearinghouse means being adapted to authenticate the identity of said subscriber client computer responsive to a request for selected computer resources of said first server computer by a subscriber client computer; | The Validation Service, a RADIUS Server, (clearinghouse means) is adapted to authenticate the identity of said subscriber client computer responsive to a request for selected computer resources by decrypting the received RADIUS Access-Request message using the RA Certificate, extracting the Token ID and OTP from the RADIUS Access-Request EAP-OTP message attribute and performing a authentication operation using the received Token ID. The RADIUS Server generates an OTP based in part on the received Token ID. If the RADIUS Server's generated OTP is the same as the received OTP, then the subscriber client computer is successfully authenticated.[163,164,165] |
| **1g.)** said clearinghouse means being adapted to authenticate the identity of said first server computer responsive to said subscriber client computer making the request for selected computer resources of said first server computer; and, | The Customer Validation Server, a RADIUS Server, (clearinghouse means) is adapted to authenticate the identity of said first server responsive to a request for selected computer resources by decrypting the received RADIUS Access-Request message using the RADIUS Server RA Certificate[166] and extracting the RADIUS shared secret. If the Access-Request message is successfully decrypted by the corresponding first server RA Certificate held by the RADIUS Server and the shared secret generated by the RADIUS server compares favorably to the extracted shared secret, the first server is successfully authenticated.[167,168] |

---

[163] *Unified Authentication v4.0 Validation SDK Guide*, VeriSign, Inc, March 26, 2006 (VERI-1597014 – VERI- 1597015).

[164] *RFC 2865 – Remote Authentication Dial In User Service (RADIUS)*, Internet Engineering Task Force, June 2000
    (P-051734 – 051804).

[165] *RFC 2869 – RADIUS Extensions*, Internet Engineering Task Force, June 2000 (P-051820 – 051863).

[166] *Unified Authentication 4.0 VeriSign-Hosted Installation and Configuration Guide*, March 27, 2006
    (VERI-1596797).

[167] *Unified Authentication v4.0 Validation SDK Guide*, VeriSign, Inc, March 26, 2006 (VERI-1597014 – VERI- 1597015).

[168] *RFC 2865 – Remote Authentication Dial In User Service (RADIUS)*, Internet Engineering Task Force, June 2000
    (P-051734 – 051804).

| US Patent #6,516,416 | VeriSign Unified Authentication using One-Time Passwords (In-Premise Configuration) |
|---|---|
| **1h.)** said clearinghouse means being adapted to permit access to said selected computer resources responsive to successful initial authentication of said first server computer and of said subscriber client computer making first request. | The Customer Validation Server, a RADIUS Server, (clearinghouse means) sends a RADIUS Access-Accept message[169] to the first server, a RADIUS Client, which in turns sends a PPP EAP-Success message[170,171] to the subscriber client thereby permitting access to computer resources controlled by the first server upon successful initial authentication of both the first server and the subscriber client computer.[172] |
| **4.)** A system as defined in claim 1 wherein successive ones of said intermittent requests occur at predetermined time intervals. | Timeouts can be set in the RADIUS Client (first server) to determine the length of an active session (predetermined time interval).[173] This is accomplished by setting an idle timeout and/or session timeout in the first server. Upon the firing of the timeout event, the first server requests the identity data from the subscriber client computer using a PPP EAP-Request message using an OTP Challenge.[174,175,176] |
| **15.)** A system as defined in claim 1 wherein said server computer is adapted to selectively prompt said subscriber client computers to enter its identity data including its username and password in the beginning of an operating session. | VeriSign Unified Authentication validation modes can include user name and password in addition to an OTP.[177,178] |

---

[169] *RFC 2865 – Remote Authentication Dial In User Service (RADIUS)*, Internet Engineering Task Force, June 2000
    (P-051734 – 051804).
[170] *RFC 1661 – The Point-to-Point Protocol (PPP)*, Internet Engineering Task Force, July 1994 (VERI-0243632 –    0243681).
[171] *RFC 2284 – PPP Extensible Authentication Protocol (EAP)*, Internet Engineering Task Force, March 1998
    (P-051805 – 051819).
[172] *Unified Authentication v4.0 Validation SDK Guide*, VeriSign, Inc, March 26, 2006 (VERI-1597014 – VERI- 1597015).
[173] *RFC 2865 – Remote Authentication Dial In User Service (RADIUS)*, Internet Engineering Task Force, June 2000
    (P-051734 – 051804).
[174] *Unified Authentication 4.0 VeriSign Hosted Installation and Configuration Guide*, VeriSign, Inc., March 27,    2006 (VERI-1596837).
[175] *RFC 1661 – The Point-to-Point Protocol (PPP)*, Internet Engineering Task Force, July 1994 (VERI-0243632 –    0243681).
[176] *RFC 2284 – PPP Extensible Authentication Protocol (EAP)*, Internet Engineering Task Force, March 1998
    (P-051805 – 051819).
[177] *Unified Authentication v4.0 Pre-Installation Guide*, VeriSign, Inc., March 24, 2006 (VERI-1596923).

636619v1

| US Patent #6,516,416 | VeriSign Unified Authentication using One-Time Passwords (In-Premise Configuration) |
|---|---|
| **16.)** A system as defined in claim 1 wherein said first server computer is adapted to assign one of a plurality of authorization levels to the computer resources provided by said first server computer, said identity data of each of said subscriber client computers including a particular authorization level, said first server computer only permitting access to particular computer resources by a subscriber client computer that are permitted by said particular authorization level. | The LDAP directory used by VeriSign Unified Authentication is extended to contain the Unified Authentication User Store Schema.[179] When the LDAP directory is extended using this schema, subscriber client authentication data is combined with the LDAP's Access Control List (ACL) to enable the assignment of authorization levels to the computer resources provided by the first server.[180] |
| **24.)** A method of controlling access to selected computer resources of at least a first server computer by at least one subscriber client computer via an untrusted network during an operating session, without necessarily controlling access to other computer resources provided by the first server computer and by other server computers and nonsubscriber client computers, comprising the steps of: | The Validation Service (RADIUS Client) and application integrated with the Validation SDK provides the functions of the first server. The first server communicates with the subscriber client computer using the Internet (an untrusted network) to control access to selected computer resources during an operating session. A subscriber client computer is used to access computer resources controlled by the first server. Both subscriber client computers and nonsubscriber client computers can also access resources not controlled by the first server.[181,182] |
| **24a.)** registering identity data of said first server computer and the identity data of each of said subscriber client computers and storing the registered identity data in a clearinghouse means associated with said first server computer and said subscriber client computers; | The clearinghouse means consists of the Customer Validation Server (RADIUS Server) and Token Store provided by VeriSign. The identity data of the first server, a RADIUS shared secret[183] and RA Certificate[184] are stored in the RADIUS Server database. The identity data of the subscriber client is stored in the Token Store. The identity data of the subscriber client is a Token ID (unique serial number) and One-Time Password (OTP).[185] |

---

[178] *Unified Authentication v4.0 Validation SDK Guide*, VeriSign, Inc, March 26, 2006 (VERI-1597014 – VERI- 1597015).

[179] *Unified Authentication 4.0 VeriSign-Hosted Installation and Configuration Guide*, VeriSign, Inc., March 27,     2006 (VERI-1596881 – VERI-1596891).

[180] *RFC 3377 – Lightweight Directory Access Protocol (v3): Technical Specification*, Internet Engineering Task     Force, September 2002 (P-051864 – 051869).

[181] *Unified Authentication v4.0 Validation SDK Guide*, VeriSign, Inc, March 26, 2006 (VERI-1597014 – VERI     1597015).

[182] *Unified Authentication v4.0 Pre-Installation Guide*, VeriSign, Inc., March 24, 2006 (VERI-1596949).

[183] *RFC 2865 – Remote Authentication Dial In User Service (RADIUS)*, Internet Engineering Task Force, June 2000     (P-051734 – 051804).

636619v1

| US Patent #6,516,416 | VeriSign Unified Authentication using One-Time Passwords (In-Premise Configuration) |
|---|---|
| **24b.)** requiring a subscriber client computer to forward its identity data to said clearinghouse means at the beginning of an operating session in which access to selected computer resources is requested; | VeriSign Token Manager Application (TM) software is installed on each of said subscriber client computers.[186] The TM software forwards the identity data (One-Time Password) stored on the VeriSign Multipurpose Next-Generation Token[187] or the VeriSign Secure Storage Token[188] to the first server using a PPP EAP-Response message after receiving a PPP EAP-Request message with an OTP Challenge[189,190] from the first server. The first server then forwards the subscriber client identity data to the Customer Validation Server, a RADIUS Server, using a RADIUS Access-Request message with the EAP-OTP message attribute set[191,192] at the beginning of an operating session when computer resources controlled by the first server are requested by the subscriber client computer.[193] |

[184] *Unified Authentication 4.0 VeriSign-Hosted Installation and Configuration Guide*, March 27, 2006 (VERI-1596797).

[185] *Unified Authentication v4.0 Validation SDK Guide*, VeriSign, Inc, March 26, 2006 (VERI-1597014 – VERI- 1597015).

[186] *Unified Authentication 4.0 VeriSign-Hosted Installation and Configuration Guide*, March 27, 2006 (VERI-1596840 – VERI-1596849).

[187] *VeriSign Multipurpose Next-Generation Token – Specification Sheet*, VeriSign, Inc., August 2005 (VERI-1596716 – VERI-1596717).

[188] *VeriSign Secure Storage Token – Specification Sheet*, VeriSign, Inc., August 2005 (VERI-1596720 – VERI- 1596721).

[189] *RFC 1661 – The Point-to-Point Protocol (PPP)*, Internet Engineering Task Force, July 1994 (VERI-0243632 – 0243681).

[190] *RFC 2284 – PPP Extensible Authentication Protocol (EAP)*, Internet Engineering Task Force, March 1998 (P-051805 – 051819).

[191] *RFC 2865 – Remote Authentication Dial In User Service (RADIUS)*, Internet Engineering Task Force, June 2000 (P-051734 – 051804).

[192] *RFC 2869 – RADIUS Extensions*, Internet Engineering Task Force, June 2000 (P-051820 – 051863).

[193] *Unified Authentication v4.0 Validation SDK Guide*, VeriSign, Inc, March 26, 2006 (VERI-1597014 – VERI- 1597015).

636619v1

| US Patent #6,516,416 | VeriSign Unified Authentication using One-Time Passwords (In-Premise Configuration) |
|---|---|
| **24c.)** requiring a subscriber client computer to forward a predetermined digital identification to said first server computer to thereby confirm that a hardware key is connected to said subscriber client computer; | VeriSign Token Manager Application (TM) software is installed on each of said subscriber client computers.[194] The TM software forwards the predetermined digital identification (One-Time Password) stored on the VeriSign Multipurpose Next-Generation Token[195] or the VeriSign Secure Storage Token[196] to the first server using a PPP EAP-Response message after receiving a PPP EAP-Request message with an OTP Challenge.[197,198] If the Token is connected to the subscriber client computer, the Token Manager places the OTP in the PPP EAP-Response message, otherwise this OTP field in the PPP EAP-Response message is null.[199,200,201] |

[194] *Unified Authentication 4.0 VeriSign-Hosted Installation and Configuration Guide*, March 27, 2006 (VERI-1596840 – VERI-1596849).

[195] *VeriSign Multipurpose Next-Generation Token – Specification Sheet*, VeriSign, Inc., August 2005 (VERI 1596716 – VERI-1596717).

[196] *VeriSign Secure Storage Token – Specification Sheet*, VeriSign, Inc., August 2005 (VERI-1596720 – VERI- 1596721).

[197] *RFC 1661 – The Point-to-Point Protocol (PPP)*, Internet Engineering Task Force, July 1994 (VERI-0243632 – 0243681).

[198] *RFC 2284 – PPP Extensible Authentication Protocol (EAP)*, Internet Engineering Task Force, March 1998 (P-051805 – 051819).

[199] *Unified Authentication 4.0 VeriSign-Hosted Installation and Configuration Guide*, VeriSign, Inc., March 27, 2006 (VERI-1596837).

[200] *RFC 1661 – The Point-to-Point Protocol (PPP)*, Internet Engineering Task Force, July 1994 (VERI-0243632 – 0243681).

[201] *RFC 2284 – PPP Extensible Authentication Protocol (EAP)*, Internet Engineering Task Force, March 1998 (P-051805 – 051819).

636619v1

| US Patent #6,516,416 | VeriSign Unified Authentication using One-Time Passwords (In-Premise Configuration) |
|---|---|
| **24d.)** attempting to authenticate the identity of said subscriber client computer from said clearinghouse means responsive to a request for selected computer resources of said first server computer by a subscriber client computer; | The Customer Validation Server, a RADIUS Server, (clearinghouse means) is adapted to authenticate the identity of said subscriber client computer responsive to a request for selected computer resources by decrypting the received RADIUS Access-Request message using the RA Certificate, extracting the Token ID and OTP from the RADIUS Access-Request EAP-OTP message attribute and performing a authentication operation using the received Token ID. The RADIUS Server generates an OTP based on the received Token ID. If the RADIUS Server's generated OTP is the same as the received OTP, then the subscriber client computer is successfully authenticated.[202,203,204] |
| **24e.)** attempting to authenticate the identity of said first server computer from said clearinghouse means responsive to said subscriber client computer making the request for selected computer resources; and, | The Customer Validation Server, a RADIUS Server, (clearinghouse means) is adapted to authenticate the identity of said first server responsive to a request for selected computer resources by decrypting the received RADIUS Access-Request message using the RADIUS Server RA Certificate[205] and extracting the RADIUS shared secret. If the Access-Request message is successfully decrypted by the corresponding first server RA Certificate held by the RADIUS Server and the shared secret generated by the RADIUS server compares favorably to the extracted shared secret, the first server is successfully authenticated.[206,207] |

---

[202] *Unified Authentication v4.0 Validation SDK Guide*, VeriSign, Inc, March 26, 2006 (VERI-1597014 – VERI- 1597015).

[203] *RFC 2865 – Remote Authentication Dial In User Service (RADIUS)*, Internet Engineering Task Force, June 2000
    (P-051734 – 051804).

[204] *RFC 2869 – RADIUS Extensions*, Internet Engineering Task Force, June 2000 (P-051820 – 051863).

[205] *Unified Authentication 4.0 VeriSign-Hosted Installation and Configuration Guide*, March 27, 2006
    (VERI-1596797).

[206] *Unified Authentication v4.0 Validation SDK Guide*, VeriSign, Inc, March 26, 2006 (VERI-1597014 – VERI- 1597015).

[207] *RFC 2865 – Remote Authentication Dial In User Service (RADIUS)*, Internet Engineering Task Force, June 2000
    (P-051734 – 051804)

636619v1

| US Patent #6,516,416 | VeriSign Unified Authentication using One-Time Passwords (In-Premise Configuration) |
|---|---|
| **24f.)** permitting access to said selected computer resources responsive to successful initial authentication of said first server computer and of said subscriber client computer making said request. | The Customer Validation Server, a RADIUS Server, (clearinghouse means) sends a RADIUS Access-Accept message[208] to the first server, a RADIUS Client, which in turns sends a PPP EAP-Success message[209,210] to the subscriber client thereby permitting access to computer resources controlled by the first server upon successful initial authentication of both the first server and the subscriber client computer.[211] |
| **25.)** A method as defined in claim 24 wherein said subscriber client computer identity data includes a client name and a client password. | VeriSign Unified Authentication validation modes can include user name and password in addition to an OTP.[212,213] |

---

[208] *RFC 2865 – Remote Authentication Dial In User Service (RADIUS)*, Internet Engineering Task Force, June 2000
    (P-051734 – 051804).
[209] *RFC 1661 – The Point-to-Point Protocol (PPP)*, Internet Engineering Task Force, July 1994 (VERI-0243632 – 0243681).
[210] *RFC 2284 – PPP Extensible Authentication Protocol (EAP)*, Internet Engineering Task Force, March 1998
    (P-051805 – 051819).
[211] *Unified Authentication v4.0 Validation SDK Guide*, VeriSign, Inc. March 26, 2006 (VERI-1597014 – VERI- 1597015).
[212] *Unified Authentication v4.0 Pre-Installation Guide*, VeriSign, Inc., March 24, 2006 (VERI-1596923).
[213] *Unified Authentication v4.0 Validation SDK Guide*, VeriSign, Inc, March 26, 2006 (VERI-1597014 – VERI- 1597015).

636619v1

| US Patent #6,516,416 | VeriSign Go Secure! for Web Applications |
|---|---|
| 1.) A system for controlling the operation of and access to selected computer resources of at least a first server computer by at least one subscriber client computer via an untrusted network in an operating session, without necessarily controlling access to other computer resources provided by the first server computer and by other server computers and nonsubscriber client computers, comprising: | The VeriSign Personal Trust Agent Server Suite (PTA Server) along with the VeriSign Certificate Validation Module (CVM) installed on a Web Server provides the functions of the first server.[214] The first server communicates with the subscriber client computer using the Internet (an untrusted network) to control access to selected computer resources during an operating session. A subscriber client computer is used to access computer resources controlled by the first server. Both subscriber client computers and nonsubscriber client computers can also access resources not controlled by the Web Server (first server). Both subscriber client computers and nonsubscriber client computers can also access other Web Servers (e.g., www.yahoo.com).[215] |
| 1a.) clearinghouse means for storing identity data of said first server computer and the identity data of each of said subscriber client computers; | The clearinghouse means consists of the VeriSign hosted Advanced Transaction Look-up and Signaling Platform (ATLAS) Online Certificate Status Protocol (OCSP) Responder[216] and the ATLAS Central Authoritative Database.[217] The identity data of the first server and each subscriber client are stored in the ATLAS Central Authoritative Database. The identity data of the first server and client subscriber computer is a X.509 digital certificate. |

---

[214] *VeriSign Go Secure! for Web Applications from MCI Administrator's Guide*, VeriSign, Inc., September 2004    (VERI-0032111).
[215] *VeriSign Go Secure! for Web Applications from MCI Administrator's Guide*, VeriSign, Inc., September 2004    (VERI-0032117).
[216] *VeriSign Go Secure! for Web Applications Installation and Configuration Guide*, VeriSign, Inc., July 2005
    (VERI-0020459).
[217] *ATLAS – The Advanced Transaction Look-up and Signaling Platform*, VeriSign, Inc., January 23, 2003
    (P.032730-032731).

| US Patent #6,516,416 | VeriSign Go Secure! for Web Applications |
|---|---|
| **1b.)** server software means installed on said first server computer adapted to forward its identity data and identity data of each subscriber client computer to said clearinghouse means at the beginning of an operating session in which access to selected computer resources of said first server computer is requested; | The CVM portion of the first server signs an OCSP request with its identity data and forwards the OCSP request containing the subscriber client computer identity data to the VeriSign OCSP Responder portion of the VeriSign clearinghouse at the beginning of an operating session when resources controlled by the first server are requested by the subscriber client computer.[218,219] |
| **1c.)** client software means installed on each of said subscriber client computers adapted to forward its identity data to said first server computer at the beginning of an operating session in which access to selected computer resources is requested; | VeriSign Personal Trust Agent software (PTA Client) is the client software means installed on each of said subscriber client computers.[220] The PTA Client is a universal platform for the storage and management of keys and certificates in a variety of environments including hardware tokens such as a Trusted Platform Module (TPM) and Smart Cards.[221] The PTA Client forwards the identity data (X.509 digital certificate) stored on the TPM or Smart Card to the first server at the beginning of an operating session when computer resources controlled by the first server are requested by the subscriber client computer.[222] |

---

[218] *Go Secure! for Identrus Administrator's Guide*, VeriSign, Inc., November 7, 2005 (VERI-0029259).
[219] *RFC 2560 – X.509 Internet Public Key Infrastructure Online Certificate Status Protocol – OCSP*, IETF, June 1999 (P 032851).
[220] *VeriSign Go Secure! for Web Applications from MCI Administrator's Guide*, VeriSign, Inc., September 2004    (VERI 0032139 – VERI-0032140).
[221] *VeriSign Business Authentication Services*, VeriSign, Inc., 2003 (P 040573 – P 040574).
[222] *VeriSign Go Secure! for Web Applications Installation and Configuration Guide*, VeriSign, Inc., July 2005
    (VERI-0020274).

636619v1

34

| US Patent #6,516,416 | VeriSign Go Secure! for Web Applications |
|---|---|
| **1d.)** at least one hardware key connected to the subscriber client computer, said key being adapted to generate a predetermined digital identification, which identification is part of said identity data; | The subscriber client computer Trusted Platform Module (TPM)[223] or VeriSign[224] or VeriSign Partner Solution Smart Card[225,226,227] is the hardware key which is built in or connected to the subscriber client computer. The TPM is built into the subscriber client computer. A Smart Card reader can be connected to the subscriber client computer to read a Smart Card. A X.509 digital certificate (predetermined digital identification) can be stored on the TPM or a Smart Card. |
| **1e.)** said server software means installed on the first server computer being adapted to selectively request the subscriber client computer to forward said predetermined digital identification to the first server computer to thereby confirm that said hardware key is connected to said subscriber client computer; | The VeriSign first server is adapted to selectively request the subscriber client computer (PTA Client) to forward the predetermined digital identification thereby confirming that the hardware key is connected to the subscriber client computer.[228] |
| **1f.)** said clearinghouse means being adapted to authenticate the identity of said subscriber client computer responsive to a request for selected computer resources of said first server computer by a subscriber client computer; | The OCSP Responder portion of the VeriSign clearinghouse is adapted to authenticate (i.e. certificate is valid) the identity of said subscriber client computer responsive to a request for selected computer resources controlled by the VeriSign first server.[229] |

---

[223] *VeriSign Go Secure! for Web Applications Installation and Configuration Guide*, VeriSign, Inc., July 2005    (VERI-0020285 – VERI-0020286).

[224] *VeriSign Unified Authentication – Smart Cards – Data Sheet*, VeriSign, Inc., January 17, 2006 (P 044128- 044129).

[225] *Partner Solutions – Gemplus*, http://www.verisign.com/verisign-partner-programs/security-services-partners/partner-program/page_002064.html (P 044082-044083).

[226] *Partner Solutions – ActivCard, Inc* http://www.verisign.com/verisign-partner-programs/security-services-partners/partner-program/page_002053.html (P 044080-044081)

[227] *Partner Solutions – Oberthur Card Systems*, http://www.verisign.com/verisign-partner-programs/security-services-partners/partner-program/page_002066.html (P 044122-044123).

[228] *VeriSign Go Secure! for Web Applications Installation and Configuration Guide*, VeriSign, Inc., July 2005    (VERI-0020274).

[229] *VeriSign Go Secure! for Web Applications Installation and Configuration Guide*, VeriSign, Inc., July 2005    (VERI-0020459).

636619v1

| US Patent #6,516,416 | VeriSign Go Secure! for Web Applications |
|---|---|
| **1g.)** said clearinghouse means being adapted to authenticate the identity of said first server computer responsive to said subscriber client computer making the request for selected computer resources of said first server computer; and, | Upon receiving the signed OCSP request message from the CVM portion of the first server, the OCSP Responder portion of the VeriSign clearinghouse decrypts the OCSP request message using the identity data of the first server stored in the ATLAS Central Authoritative Database portion of the clearinghouse thereby authenticating the identity of the first server.[230,231] |
| **1h.)** said clearinghouse means being adapted to permit access to said selected computer resources responsive to successful initial authentication of said first server computer and of said subscriber client computer making first request. | The OCSP Responder portion of the VeriSign clearinghouse permits access to computer resources controlled by the VeriSign first server upon successful initial authentication of both the first server and the subscriber client computer.[232,233] |
| **4.)** A system as defined in claim 1 wherein successive ones of said intermittent requests occur at predetermined time intervals. | Session cookie timeouts are set in the first server's option.txt file to determine the length of an active session (predetermined time interval) and the amount of time that can pass before a session is invalid. Once a session is invalid, the subscriber client (PTA Client) is requested by the PTA Server portion of the first server (intermittent request) to forward the predetermined digital identification.[234,235] |
| **15.)** A system as defined in claim 1 wherein said server computer is adapted to selectively prompt said subscriber client computers to enter its identity data including its username and password in the beginning of an operating session. | The first server can selectively request that the VeriSign Personal Trust Agent software (PTA Client) prompt the user to enter a user name and password in the beginning of an operating session.[236] |

[230] *Go Secure! for Identrus Administrator's Guide*, VeriSign, Inc., November 7, 2005 (VERI-0029259).

[231] *ATLAS – The Advanced Transaction Look-up and Signaling Platform*, VeriSign, Inc., January 23, 2003 (P 032730-032731).

[232] *VeriSign Go Secure! for Web Applications from MCI Administrator's Guide*, VeriSign, Inc., September 2004 (VERI-0032117).

[233] *Go Secure! for Identrus Administrator's Guide*, VeriSign, Inc., November 7, 2005 (VERI-0029259).

[234] *VeriSign Go Secure! for Web Applications from MCI Administrator's Guide*, VeriSign, Inc., September 2004 (VERI 0032126).

[235] *VeriSign Go Secure! for Web Applications Installation and Configuration Guide*, VeriSign, Inc., July 2005 (VERI-0020052).

[236] *VeriSign Go Secure! for Web Applications from MCI Administrator's Guide*, VeriSign, Inc., September 2004 (VERI-0032124).

636619v1

| US Patent #6,516,416 | VeriSign Go Secure! for Web Applications |
|---|---|
| **16.)** A system as defined in claim 1 wherein said first server computer is adapted to assign one of a plurality of authorization levels to the computer resources provided by said first server computer, said identity data of each of said subscriber client computers including a particular authorization level, said first server computer only permitting access to particular computer resources by a subscriber client computer that are permitted by said particular authorization level. | The VeriSign Certificate Parsing Module (CPM) installed on the first server enables a plurality of authorization levels to be assigned to resources based on the subscriber client computer X.509.[237] The VeriSign Authorization API can also be used on the first server to assign a plurality of authorization levels to computer resources.[238] |
| **24.)** A method of controlling access to selected computer resources of at least a first server computer by at least one subscriber client computer via an untrusted network during an operating session, without necessarily controlling access to other computer resources provided by the first server computer and by other server computers and nonsubscriber client computers, comprising the steps of: | The VeriSign Personal Trust Agent Server Suite (PTA Server) along with the VeriSign Certificate Validation Module (CVM) installed on a Web Server provides the functions of the first server.[239] The first server communicates with the subscriber client computer using the Internet (an untrusted network) to control access to selected computer resources during an operating session. A subscriber client computer is used to access computer resources controlled by the first server. Both subscriber client computers and nonsubscriber client computers can also access resources not controlled by the Web Server (first server). Both subscriber client computers and nonsubscriber client computers can also access other Web Servers (*e.g.,* www.yahoo.com).[240] |

---

[237] *VeriSign Go Secure! for Web Applications from MCI Administrator's Guide*, VeriSign, Inc., September 2004    (VERI-0032111).

[238] *VeriSign Go Secure! for Web Applications Installation and Configuration Guide*, VeriSign, Inc., July 2005    (VERI 0020005 – VERI-0020006).

[239] *VeriSign Go Secure! for Web Applications from MCI Administrator's Guide*, VeriSign, Inc., September 2004    (VERI-0032111).

[240] *VeriSign Go Secure! for Web Applications from MCI Administrator's Guide*, VeriSign, Inc., September 2004    (VERI-0032117).

636619\1

37

| US Patent #6,516,416 | VeriSign Go Secure! for Web Applications |
|---|---|
| **24a.)** registering identity data of said first server computer and the identity data of each of said subscriber client computers and storing the registered identity data in a clearinghouse means associated with said first server computer and said subscriber client computers; | The clearinghouse means consists of the VeriSign hosted Advanced Transaction Look-up and Signaling Platform (ATLAS) Online Certificate Status Protocol (OCSP) Responder[241] and the ATLAS Central Authoritative Database.[242] The identity data of the first server and each subscriber client are stored in the ATLAS Central Authoritative Database. The identity data of the first server and client subscriber computer is a X.509 digital certificate. |
| **24b.)** requiring a subscriber client computer to forward its identity data to said clearinghouse means at the beginning of an operating session in which access to selected computer resources is requested; | The VeriSign Personal Trust Agent Client (PTA Client) software installed on the subscriber client computer forwards the identity data of the subscriber client computer (X.509 certificate) to the VeriSign first server.[243] The VeriSign first server forwards this identity data to the OCSP Responder portion of the VeriSign clearinghouse at the beginning of an operating session in which access to selected computer resources are requested by the client subscriber computer.[244] |

[241] *VeriSign Go Secure! for Web Applications Installation and Configuration Guide*, VeriSign, Inc., July 2005    (VERI-0020459).

[242] *ATLAS – The Advanced Transaction Look-up and Signaling Platform*, VeriSign, Inc., January 23, 2003    (P 032730-032731).

[243] *VeriSign Go Secure! for Web Applications Installation and Configuration Guide*, VeriSign, Inc., July 2005    (VERI-0020274).

[244] *VeriSign Go Secure! for Web Applications Installation and Configuration Guide*, VeriSign, Inc., July 2005    (VERI-0020459).

636619\1

| US Patent #6,516,416 | VeriSign Go Secure! for Web Applications |
|---|---|
| **24c.)** requiring a subscriber client computer to forward a predetermined digital identification to said first server computer to thereby confirm that a hardware key is connected to said subscriber client computer; | The subscriber client computer Trusted Platform Module (TPM)[245] or VeriSign[246] or VeriSign Partner Solution Smart Card[247,248,249] is the hardware key which is built in or connected to the subscriber client computer. The TPM is built into the subscriber client computer. A Smart Card reader can be connected to the subscriber client computer to read a Smart Card. A X.509 digital certificate (predetermined digital identification) can be stored on the TPM or a Smart Card. The VeriSign first server requires the subscriber client computer (PTA Client) to forward the predetermined digital identification thereby confirming that the hardware key is connected to the subscriber client computer.[250] |
| **24d.)** attempting to authenticate the identity of said subscriber client computer from said clearinghouse means responsive to a request for selected computer resources of said first server computer by a subscriber client computer; | The OCSP Responder portion of the VeriSign clearinghouse is adapted to authenticate (i.e. certificate is valid) the identity of said subscriber client computer responsive to a request for selected computer resources controlled by the VeriSign first server.[251] |

---

[245] *VeriSign Go Secure! for Web Applications Installation and Configuration Guide*, VeriSign, Inc., July 2005    (VERI-0020285 – VERI-0020286).

[246] *VeriSign Unified Authentication – Smart Cards – Data Sheet*, VeriSign, Inc., January 17, 2006 (P 044128- 044129).

[247] *Partner Solutions – Gemplus*, http://www.verisign.com/verisign-partner-programs/security-services-partners/partner-program/page_002064.html (P 044082-044083).

[248] *Partner Solutions – ActivCard, Inc* http://www.verisign.com/verisign-partner-programs/security services-partners/partner-program/page_002053.html (P 044080-044081)

[249] *Partner Solutions – Oberthur Card Systems*, http://www.verisign.com/verisign-partner-programs/security-                    services-partners/partner-program/page_002066.html (P 044122-044123).

[250] *VeriSign Go Secure! for Web Applications Installation and Configuration Guide*, VeriSign, Inc., July 2005    (VERI-0020274).

[251] *VeriSign Go Secure! for Web Applications Installation and Configuration Guide*, VeriSign, Inc., July 2005    (VERI-0020459).

| US Patent #6,516,416 | VeriSign Go Secure! for Web Applications |
|---|---|
| **24e.)** attempting to authenticate the identity of said first server computer from said clearinghouse means responsive to said subscriber client computer making the request for selected computer resources; and, | Upon receiving the signed OCSP request message from the CVM portion of the first server, the OCSP Responder portion of the VeriSign clearinghouse decrypts the OCSP request message using the identity data of the first server stored in the ATLAS Central Authoritative Database portion of the clearinghouse thereby authenticating the identity of the first server.[252,253] |
| **24f.)** permitting access to said selected computer resources responsive to successful initial authentication of said first server computer and of said subscriber client computer making said request. | The OCSP Responder portion of the VeriSign clearinghouse permits access to computer resources controlled by the VeriSign first server upon successful initial authentication of both the first server and the subscriber client computer.[254,255] |
| **25.)** A method as defined in claim 24 wherein said subscriber client computer identity data includes a client name and a client password. | The VeriSign Personal Trust Agent Client software (PTA Client) can prompt the user for additional identity data including a client name (user name) and client password (user password).[256] |

| US Patent #6,516,416 | VeriSign Go Secure! for Identrus |
|---|---|

---

[252] *Go Secure! for Identrus Administrator's Guide*, VeriSign, Inc., November 7, 2005 (VERI-0029259).

[253] *RFC 2560 – X.509 Internet Public Key Infrastructure Online Certificate Status Protocol – OCSP*, IETF, June 1999 (P 032851).

[254] *VeriSign Go Secure! for Web Applications from MCI Administrator's Guide*, VeriSign, Inc., September 2004    (VERI-0032117).

[255] *Go Secure! for Identrus Administrator's Guide*, VeriSign, Inc., November 7, 2005 (VERI-0029259).

[256] *VeriSign Go Secure! for Web Applications from MCI Administrator's Guide*, VeriSign, Inc., September 2004    (VERI-0032124).

636619v1

| US Patent #6,516,416 | VeriSign Go Secure! for Identrus |
|---|---|
| **1.)** A system for controlling the operation of and access to selected computer resources of at least a first server computer by at least one subscriber client computer via an untrusted network in an operating session, without necessarily controlling access to other computer resources provided by the first server computer and by other server computers and nonsubscriber client computers, comprising: | The VeriSign Personal Trust Agent Server Suite (PTA Server) along with the VeriSign Certificate Validation Module (CVM) installed on a Relying Customer's Web Server provides the functions of the first server.[257] The first server communicates with the Subscribing Customer's subscriber client computer using the Internet (an untrusted network) to control access to selected computer resources during an operating session. A subscriber client computer is used to access computer resources controlled by the first server. Both subscriber client computers and nonsubscriber client computers can also access resources not controlled by the Web Server (first server). Both subscriber client computers and nonsubscriber client computers can also access other Web Servers (*e.g.*, www.yahoo.com).[258,259] |
| **1a.)** clearinghouse means for storing identity data of said first server computer and the identity data of each of said subscriber client computers; | The clearinghouse means consists of the VeriSign hosted Advanced Transaction Look-up and Signaling Platform (ATLAS) Online Certificate Status Protocol (OCSP) Responder[260] and the ATLAS Central Authoritative Database.[261] The identity data of the first server and each subscriber client are stored in the ATLAS Central Authoritative Database. The identity data of the first server and client subscriber computer is a X.509 digital certificate. |

---

[257] *VeriSign Go Secure! for Web Applications from MCI Administrator's Guide*, VeriSign, Inc., September 2004    VERI-0032111).
[258] *VeriSign Go Secure! for Web Applications from MCI Administrator's Guide*, VeriSign, Inc., September 2004    (VERI-0032117).
[259] *Go Secure! for Identrus Administrator's Guide*, VeriSign, Inc., November 7, 2005 (VERI-0029261 – VERI-29265).
[260] *VeriSign Go Secure! for Web Applications Installation and Configuration Guide*, VeriSign, Inc., July 2005    (VERI-0020459).
[261] *ATLAS – The Advanced Transaction Look-up and Signaling Platform*, VeriSign, Inc., January 23, 2003 (P 032730-032731).

| US Patent #6,516,416 | VeriSign Go Secure! for Identrus |
|---|---|
| **1b.)** server software means installed on said first server computer adapted to forward its identity data and identity data of each subscriber client computer to said clearinghouse means at the beginning of an operating session in which access to selected computer resources of said first server computer is requested; | The CVM portion of the first server signs an OCSP request with its identity data and forwards the OCSP request containing the subscriber client computer identity data to the VeriSign OCSP Responder portion of the VeriSign clearinghouse at the beginning of an operating session when resources controlled by the first server are requested by the subscriber client computer.[262,263] |
| **1c.)** client software means installed on each of said subscriber client computers adapted to forward its identity data to said first server computer at the beginning of an operating session in which access to selected computer resources is requested; | VeriSign Personal Trust Agent software (PTA Client) is the client software means installed on each of said subscriber client computers.[264] The PTA Client is a universal platform for the storage and management of keys and certificates in a variety of environments including hardware tokens such as a Trusted Platform Module (TPM) and Smart Cards.[265] The PTA Client forwards the identity data (X.509 digital certificate) stored on the TPM or Smart Card to the first server at the beginning of an operating session when computer resources controlled by the first server are requested by the subscriber client computer.[266] |
| **1d.)** at least one hardware key connected to the subscriber client computer, said key being adapted to generate a predetermined digital identification, which identification is part of said identity data; | The subscriber client computer Trusted Platform Module (TPM)[267] or VeriSign[268] or VeriSign Partner Solution Smart Card[269,270,271] is the hardware key which is built in or connected to the subscriber client computer. The TPM is built into the subscriber client computer. A Smart Card reader can be connected to the subscriber client computer to read a Smart Card. A X.509 digital certificate (predetermined digital identification) can be stored on the TPM or a Smart Card. The Subscribing Customer's Smart Card or TPM is provisioned with a digital certificate by VeriSign.[272] |

---

[262] *Go Secure! for Identrus Administrator's Guide*, VeriSign, Inc., November 7, 2005 (VERI-0029259).

[263] *RFC 2560 – X.509 Internet Public Key Infrastructure Online Certificate Status Protocol – OCSP*, IETF, June 1999 (P 032851).

[264] *VeriSign Go Secure! for Web Applications from MCI Administrator's Guide*, VeriSign, Inc., September 2004 (VERI-0032139 – VERI-0032140).

[265] *VeriSign Business Authentication Services*, VeriSign, Inc., 2003 (P 040573 – P 040574).

[266] *VeriSign Go Secure! for Web Applications Installation and Configuration Guide*, VeriSign, Inc., July 2005 (VERI-0020274).

[267] *VeriSign Go Secure! for Web Applications Installation and Configuration Guide*, VeriSign, Inc., July 2005 (VERI-0020285 – VERI-0020286).

| US Patent #6,516,416 | VeriSign Go Secure! for Identrus |
|---|---|
| **1e.)** said server software means installed on the first server computer being adapted to selectively request the subscriber client computer to forward said predetermined digital identification to the first server computer to thereby confirm that said hardware key is connected to said subscriber client computer; | The Relying Customer's first server is adapted to selectively request the subscriber client computer (PTA Client) to forward the predetermined digital identification thereby confirming that the hardware key is connected to the subscriber client computer.[273] |
| **1f.)** said clearinghouse means being adapted to authenticate the identity of said subscriber client computer responsive to a request for selected computer resources of said first server computer by a subscriber client computer; | The OCSP Responder portion of the VeriSign clearinghouse is adapted to authenticate (i.e. certificate is valid) the identity of said subscriber client computer responsive to a request for selected computer resources controlled by the Relying Customer's first server.[274] |
| **1g.)** said clearinghouse means being adapted to authenticate the identity of said first server computer responsive to said subscriber client computer making the request for selected computer resources of said first server computer; and, | Upon receiving the signed OCSP request message from the CVM portion of the first server, the OCSP Responder portion of the VeriSign clearinghouse decrypts the OCSP request message using the identity data of the first server stored in the ATLAS Central Authoritative Database portion of the clearinghouse thereby authenticating the identity of the first server.[275,276] |

---

[268] *VeriSign Unified Authentication – Smart Cards – Data Sheet*, VeriSign, Inc., January 17, 2006 (P 044128- 044129).

[269] *Partner Solutions – Gemplus*, http://www.verisign.com/verisign-partner-programs/security-services-partners/partner-program/page_002064.html (P 044082-044083).

[270] *Partner Solutions – ActivCard, Inc* http://www.verisign.com/verisign-partner-programs/security-services-partners/partner-program/page_002053.html (P 044080-044081).

[271] *Partner Solutions – Oberthur Card Systems*, http://www.verisign.com/verisign-partner-programs/security-services-partners/partner-program/page_002066.html (P 044122-044123).

[272] *Go Secure! for Identrus Administrator's Guide*, VeriSign, Inc., November 7, 2005 (VERI-0029260, VERI- 0029275 – VERI-0029276).

[273] *VeriSign Go Secure! for Web Applications Installation and Configuration Guide*, VeriSign, Inc., July 2005   (VERI-0020274).

[274] *VeriSign Go Secure! for Web Applications Installation and Configuration Guide*, VeriSign, Inc., July 2005   (VERI-0020459).

[275] *Go Secure! for Identrus Administrator's Guide*, VeriSign, Inc., November 7, 2005 (VERI-0029259).

[276] *ATLAS – The Advanced Transaction Look-up and Signaling Platform*, VeriSign, Inc., January 23, 2003   (P 032730-032731).

636619v1

| US Patent #6,516,416 | VeriSign Go Secure! for Identrus |
|---|---|
| **1h.)** said clearinghouse means being adapted to permit access to said selected computer resources responsive to successful initial authentication of said first server computer and of said subscriber client computer making first request. | The OCSP Responder portion of the VeriSign clearinghouse permits access to computer resources controlled by the Relying Customer's first server upon successful initial authentication of both the first server and the subscriber client computer.[277,278] |
| **4.)** A system as defined in claim 1 wherein successive ones of said intermittent requests occur at predetermined time intervals. | Session cookie timeouts are set in the first server's option.txt file to determine the length of an active session (predetermined time interval) and the amount of time that can pass before a session is invalid. Once a session is invalid, the subscriber client (PTA Client) is requested by the PTA Server portion of the first server (intermittent request) to forward the predetermined digital identification.[279,280] |
| **15.)** A system as defined in claim 1 wherein said server computer is adapted to selectively prompt said subscriber client computers to enter its identity data including its username and password in the beginning of an operating session. | The first server can selectively request that the VeriSign Personal Trust Agent software (PTA Client) prompt the user to enter a user name and password in the beginning of an operating session.[281] |
| **16.)** A system as defined in claim 1 wherein said first server computer is adapted to assign one of a plurality of authorization levels to the computer resources provided by said first server computer, said identity data of each of said subscriber client computers including a particular authorization level, said first server computer only permitting access to particular computer resources by a subscriber client computer that are permitted by said particular authorization level. | The VeriSign Certificate Parsing Module (CPM) installed on the first server enables a plurality of authorization levels to be assigned to resources based on the subscriber client computer X.509.[282] The VeriSign Authorization API can also be used on the first server to assign a plurality of authorization levels to computer resources.[283] |

---

[277] *VeriSign Go Secure! for Web Applications from MCI Administrator's Guide*, VeriSign, Inc., September 2004   (VERI-0032117).

[278] *Go Secure! for Identrus Administrator's Guide*, VeriSign, Inc., November 7, 2005 (VERI-0029259).

[279] *VeriSign Go Secure! for Web Applications from MCI Administrator's Guide*, VeriSign, Inc., September 2004   (VERI-0032126).

[280] *VeriSign Go Secure! for Web Applications Installation and Configuration Guide*, VeriSign, Inc., July 2005   (VERI-0020052).

[281] *VeriSign Go Secure! for Web Applications from MCI Administrator's Guide*, VeriSign, Inc., September 2004   (VERI-0032124).

[282] *VeriSign Go Secure! for Web Applications from MCI Administrator's Guide*, VeriSign, Inc., September 2004   (VERI-0032111).

[283] *VeriSign Go Secure! for Web Applications Installation and Configuration Guide*, VeriSign, Inc., July 2005   (VERI-0020005 – VERI-0020006).

636619v1

44

| US Patent #6,516,416 | VeriSign Go Secure! for Identrus |
|---|---|
| **24.)** A method of controlling access to selected computer resources of at least a first server computer by at least one subscriber client computer via an untrusted network during an operating session, without necessarily controlling access to other computer resources provided by the first server computer and by other server computers and nonsubscriber client computers, comprising the steps of: | The VeriSign Personal Trust Agent Server Suite (PTA Server) along with the VeriSign Certificate Validation Module (CVM) installed on a Relying Customer's Web Server provides the functions of the first server.[284] The first server communicates with the Subscribing Customer's subscriber client computer using the Internet (an untrusted network) to control access to selected computer resources during an operating session. A subscriber client computer is used to access computer resources controlled by the first server. Both subscriber client computers and nonsubscriber client computers can also access resources not controlled by the Web Server (first server). Both subscriber client computers and nonsubscriber client computers can also access other Web Servers (e.g., www.yahoo.com).[285,286] |
| **24a.)** registering identity data of said first server computer and the identity data of each of said subscriber client computers and storing the registered identity data in a clearinghouse means associated with said first server computer and said subscriber client computers; | The clearinghouse means consists of the VeriSign hosted Advanced Transaction Look-up and Signaling Platform (ATLAS) Online Certificate Status Protocol (OCSP) Responder[287] and the ATLAS Central Authoritative Database.[288] The identity data of the first server and each subscriber client are stored in the ATLAS Central Authoritative Database. The identity data of the first server and client subscriber computer is a X.509 digital certificate. |

---

[284] *VeriSign Go Secure! for Web Applications from MCI Administrator's Guide*, VeriSign, Inc., September 2004 (VERI-0032111).
[285] *VeriSign Go Secure! for Web Applications from MCI Administrator's Guide*, VeriSign, Inc., September 2004 (VERI-0032117).
[286] *Go Secure! for Identrus Administrator's Guide*, VeriSign, Inc., November 7, 2005 (VERI-0029261 – VERI-29265).
[287] *VeriSign Go Secure! for Web Applications Installation and Configuration Guide*, VeriSign, Inc., July 2005 (VERI-0020459).
[288] *ATLAS – The Advanced Transaction Look-up and Signaling Platform*, VeriSign, Inc., January 23, 2003 (P 032730-032731).

636619v1

| US Patent #6,516,416 | VeriSign Go Secure! for Identrus |
|---|---|
| **24b.)** requiring a subscriber client computer to forward its identity data to said clearinghouse means at the beginning of an operating session in which access to selected computer resources is requested; | The VeriSign Personal Trust Agent Client (PTA Client) software installed on the subscriber client computer forwards the identity data of the subscriber client computer (X.509 certificate) to the Relying Customer's first server.[289] The Relying Customer's first server forwards this identity data to the OCSP Responder portion of the VeriSign clearinghouse at the beginning of an operating session in which access to selected computer resources are requested by the client subscriber computer.[290] |
| **24c.)** requiring a subscriber client computer to forward a predetermined digital identification to said first server computer to thereby confirm that a hardware key is connected to said subscriber client computer; | The subscriber client computer Trusted Platform Module (TPM)[291] or VeriSign[292] or VeriSign Partner Solution Smart Card[293,294,295] is the hardware key which is built in or connected to the subscriber client computer. The TPM is built into the subscriber client computer. A Smart Card reader can be connected to the subscriber client computer to read a Smart Card. A X.509 digital certificate (predetermined digital identification) can be stored on the TPM or a Smart Card. The Subscribing Customer's Smart Card or TPM is provisioned with a digital certificate by VeriSign.[296] The Relying Customer's first server requires the subscriber client computer (PTA Client) to forward the predetermined digital identification thereby confirming that the hardware key is connected to the subscriber client computer.[297] |

---

[289] *VeriSign Go Secure! for Web Applications Installation and Configuration Guide*, VeriSign, Inc., July 2005  (VERI-0020274).

[290] *VeriSign Go Secure! for Web Applications Installation and Configuration Guide*, VeriSign, Inc., July 2005  (VERI-0020459).

[291] *VeriSign Go Secure! for Web Applications Installation and Configuration Guide*, VeriSign, Inc., July 2005  (VERI-0020285 – VERI-0020286).

[292] *VeriSign Unified Authentication – Smart Cards – Data Sheet*, VeriSign, Inc., January 17, 2006 (P 044128- 044129).

[293] *Partner Solutions – Gemplus*, http://www.verisign.com/verisign-partner-programs/security-services-partners/partner-program/page_002064.html (P 044082-044083).

[294] *Partner Solutions – ActivCard, Inc* http://www.verisign.com/verisign-partner-programs/security-services-partners/partner-program/page_002053.html (P 044080-044081)

[295] *Partner Solutions – Oberthur Card Systems*, http://www.verisign.com/verisign-partner-programs/security-services-partners/partner-program/page_002066.html (P 044122-044123).

[296] *Go Secure! for Identrus Administrator's Guide*, VeriSign, Inc., November 7, 2005 (VERI-0029260, VERI- 0029275 – VERI-0029276).

[297] *VeriSign Go Secure! for Web Applications Installation and Configuration Guide*, VeriSign, Inc., July 2005  (VERI-0020274).

636619v1

| US Patent #6,516,416 | VeriSign Go Secure! for Identrus |
|---|---|
| **24d.)** attempting to authenticate the identity of said subscriber client computer from said clearinghouse means responsive to a request for selected computer resources of said first server computer by a subscriber client computer; | The OCSP Responder portion of the VeriSign clearinghouse is adapted to authenticate (i.e. certificate is valid) the identity of said subscriber client computer responsive to a request for selected computer resources controlled by the Relying Customer's first server.[298] |
| **24e.)** attempting to authenticate the identity of said first server computer from said clearinghouse means responsive to said subscriber client computer making the request for selected computer resources; and, | Upon receiving the signed OCSP request message from the CVM portion of the first server, the OCSP Responder portion of the VeriSign clearinghouse decrypts the OCSP request message using the identity data of the first server stored in the ATLAS Central Authoritative Database portion of the clearinghouse thereby authenticating the identity of the first server.[299,300] |
| **24f.)** permitting access to said selected computer resources responsive to successful initial authentication of said first server computer and of said subscriber client computer making said request. | The OCSP Responder portion of the VeriSign clearinghouse permits access to computer resources controlled by the Relying Customer's first server upon successful initial authentication of both the first server and the subscriber client computer.[301,302] |
| **25.)** A method as defined in claim 24 wherein said subscriber client computer identity data includes a client name and a client password. | The VeriSign Personal Trust Agent Client software (PTA Client) can prompt the user for additional identity data including a client name (user name) and client password (user password).[303] |

---

[298] *VeriSign Go Secure! for Web Applications Installation and Configuration Guide*, VeriSign, Inc., July 2005    (VERI-0020459).
[299] *Go Secure! for Identrus Administrator's Guide*, VeriSign, Inc., November 7, 2005 (VERI-0029259).
[300] *RFC 2560 – X.509 Internet Public Key Infrastructure Online Certificate Status Protocol – OCSP*, IETF, June 1999 (P 032851).
[301] *VeriSign Go Secure! for Web Applications from MCI Administrator's Guide*, VeriSign, Inc., September 2004    (VERI-0032117).
[302] *Go Secure! for Identrus Administrator's Guide*, VeriSign, Inc., November 7, 2005 (VERI-0029259).
[303] *VeriSign Go Secure! for Web Applications from MCI Administrator's Guide*, VeriSign, Inc., September 2004    (VERI-0032124).

636619v1

| US Patent #6,516,416 | VeriSign Go Secure! for SAP |
|---|---|
| **1.)** A system for controlling the operation of and access to selected computer resources of at least a first server computer by at least one subscriber client computer via an untrusted network in an operating session, without necessarily controlling access to other computer resources provided by the first server computer and by other server computers and nonsubscriber client computers, comprising: | The VeriSign Personal Trust Agent Server Suite (PTA Server) along with the VeriSign Certificate Validation Module (CVM) and the SAP Internet Transaction Server (ITS) installed on a Web Server provides the functions of the first server.[304] The first server communicates with the subscriber client computer using the Internet (an untrusted network) to control access to selected computer resources during an operating session. A subscriber client computer is used to access computer resources controlled by the first server. Both subscriber client computers and nonsubscriber client computers can also access resources not controlled by the Web Server (first server). Both subscriber client computers and nonsubscriber client computers can also access other Web Servers (*e.g.*, www.yahoo.com).[305,306] |
| **1a.)** clearinghouse means for storing identity data of said first server computer and the identity data of each of said subscriber client computers; | The clearinghouse means consists of the VeriSign hosted Advanced Transaction Look-up and Signaling Platform (ATLAS) Online Certificate Status Protocol (OCSP) Responder[307] and the ATLAS Central Authoritative Database.[308] The identity data of the first server and each subscriber client are stored in the ATLAS Central Authoritative Database. The identity data of the first server and client subscriber computer is a X.509 digital certificate. |

---

[304] *VeriSign Go Secure! for Web Applications from MCI Administrator's Guide*, VeriSign, Inc., September 2004 (VERI-0032111).
[305] *VeriSign Go Secure! for Web Applications from MCI Administrator's Guide*, VeriSign, Inc., September 2004 (VERI-0032117).
[306] *VeriSign Go Secure! for SAP Administrator's Guide*, VeriSign, Inc., May 2002 (VERI-0019610 – VERI-0019612, VERI-0019618 – VERI-0019620).
[307] *VeriSign Go Secure! for Web Applications Installation and Configuration Guide*, VeriSign, Inc., July 2005 (VERI-0020459).
[308] *ATLAS – The Advanced Transaction Look-up and Signaling Platform*, VeriSign, Inc., January 23, 2003 (P 032730-032731).

636619v1

| US Patent #6,516,416 | VeriSign Go Secure! for SAP |
|---|---|
| **1b.)** server software means installed on said first server computer adapted to forward its identity data and identity data of each subscriber client computer to said clearinghouse means at the beginning of an operating session in which access to selected computer resources of said first server computer is requested; | The CVM portion of the first server signs an OCSP request with its identity data and forwards the OCSP request containing the subscriber client computer identity data to the VeriSign OCSP Responder portion of the VeriSign clearinghouse at the beginning of an operating session when resources controlled by the first server are requested by the subscriber client computer.[309,310] |
| **1c.)** client software means installed on each of said subscriber client computers adapted to forward its identity data to said first server computer at the beginning of an operating session in which access to selected computer resources is requested; | VeriSign Personal Trust Agent software (PTA Client) integrated with the SAP Internet Application Component (IAC) is the client software means installed on each of said subscriber client computers.[311,312] The PTA Client is a universal platform for the storage and management of keys and certificates in a variety of environments including hardware tokens such as a Trusted Platform Module (TPM) and Smart Cards.[313] The PTA Client forwards the identity data (X.509 digital certificate) stored on the TPM or Smart Card to the first server at the beginning of an operating session when computer resources controlled by the first server are requested by the subscriber client computer.[314] |

---

[309] *Go Secure! for Identrus Administrator's Guide*, VeriSign, Inc., November 7, 2005 (VERI-0029259).

[310] *RFC 2560 – X.509 Internet Public Key Infrastructure Online Certificate Status Protocol – OCSP*, IETF, June 1999 (P 032851).

[311] *VeriSign Go Secure! for Web Applications from MCI Administrator's Guide*, VeriSign, Inc., September 2004    (VERI-0032139 – VERI-0032140).

[312] *VeriSign Go Secure! for SAP Administrator's Guide*, VeriSign, Inc., May 2002 (VERI-0019604 – VERI-  0019605).

[313] *VeriSign Business Authentication Services*, VeriSign, Inc., 2003 (P 040573 – P 040574).

[314] *VeriSign Go Secure! for Web Applications Installation and Configuration Guide*, VeriSign, Inc., July 2005    (VERI-0020274).

636619v1

| US Patent #6,516,416 | VeriSign Go Secure! for SAP |
|---|---|
| **1d.)** at least one hardware key connected to the subscriber client computer, said key being adapted to generate a predetermined digital identification, which identification is part of said identity data; | The subscriber client computer Trusted Platform Module (TPM)[315] or VeriSign[316] or VeriSign Partner Solution Smart Card[317,318,319] is the hardware key which is built in or connected to the subscriber client computer. The TPM is built into the subscriber client computer. A Smart Card reader can be connected to the subscriber client computer to read a Smart Card. A X.509 digital certificate (predetermined digital identification) can be stored on the TPM or a Smart Card. |
| **1e.)** said server software means installed on the first server computer being adapted to selectively request the subscriber client computer to forward said predetermined digital identification to the first server computer to thereby confirm that said hardware key is connected to said subscriber client computer; | The VeriSign first server is adapted to selectively request the subscriber client computer (PTA Client) to forward the predetermined digital identification thereby confirming that the hardware key is connected to the subscriber client computer.[320] |
| **1f.)** said clearinghouse means being adapted to authenticate the identity of said subscriber client computer responsive to a request for selected computer resources of said first server computer by a subscriber client computer; | The OCSP Responder portion of the VeriSign clearinghouse is adapted to authenticate (i.e. certificate is valid) the identity of said subscriber client computer responsive to a request for selected computer resources controlled by the VeriSign first server.[321] |

[315] *VeriSign Go Secure! for Web Applications Installation and Configuration Guide*, VeriSign, Inc., July 2005    (VERI-0020285 – VERI-0020286).

[316] *VeriSign Unified Authentication – Smart Cards – Data Sheet*, VeriSign, Inc., January 17, 2006 (P 044128- 044129).

[317] *Partner Solutions – Gemplus*, http://www.verisign.com/verisign-partner-programs/security-services-partners/partner-program/page_002064.html (P 044082-044083).

[318] *Partner Solutions – ActivCard, Inc* http://www.verisign.com/verisign-partner-programs/security-services-partners/partner-program/page_002053.html (P 044080-044081)

[319] *Partner Solutions – Oberthur Card Systems*, http://www.verisign.com/verisign-partner-programs/security-services-partners/partner-program/page_002066.html (P 044122-044123).

[320] *VeriSign Go Secure! for Web Applications Installation and Configuration Guide*, VeriSign, Inc., July 2005    (VERI-0020274).

[321] *VeriSign Go Secure! for Web Applications Installation and Configuration Guide*, VeriSign, Inc., July 2005    (VERI-0020459).

636619v1

| US Patent #6,516,416 | VeriSign Go Secure! for SAP |
|---|---|
| **1g.)** said clearinghouse means being adapted to authenticate the identity of said first server computer responsive to said subscriber client computer making the request for selected computer resources of said first server computer; and, | Upon receiving the signed OCSP request message from the CVM portion of the first server, the OCSP Responder portion of the VeriSign clearinghouse decrypts the OCSP request message using the identity data of the first server stored in the ATLAS Central Authoritative Database portion of the clearinghouse thereby authenticating the identity of the first server.[322,323] |
| **1h.)** said clearinghouse means being adapted to permit access to said selected computer resources responsive to successful initial authentication of said first server computer and of said subscriber client computer making first request. | The OCSP Responder portion of the VeriSign clearinghouse permits access to computer resources controlled by the VeriSign first server upon successful initial authentication of both the first server and the subscriber client computer.[324,325] |
| **4.)** A system as defined in claim 1 wherein successive ones of said intermittent requests occur at predetermined time intervals. | Session cookie timeouts are set in the first server's option.txt file to determine the length of an active session (predetermined time interval) and the amount of time that can pass before a session is invalid. Once a session is invalid, the subscriber client (PTA Client) is requested by the PTA Server portion of the first server (intermittent request) to forward the predetermined digital identification.[326,327] |
| **15.)** A system as defined in claim 1 wherein said server computer is adapted to selectively prompt said subscriber client computers to enter its identity data including its username and password in the beginning of an operating session. | The first server can selectively request that the VeriSign Personal Trust Agent software (PTA Client) prompt the user to enter a user name and password in the beginning of an operating session.[328] |

---

[322] *Go Secure! for Identrus Administrator's Guide*, VeriSign, Inc., November 7, 2005 (VERI-0029259).

[323] *ATLAS – The Advanced Transaction Look-up and Signaling Platform*, VeriSign, Inc., January 23, 2003 (P 032730-032731).

[324] *VeriSign Go Secure! for Web Applications from MCI Administrator's Guide*, VeriSign, Inc., September 2004 (VERI-0032117).

[325] *Go Secure! for Identrus Administrator's Guide*, VeriSign, Inc., November 7, 2005 (VERI-0029259).

[326] *VeriSign Go Secure! for Web Applications from MCI Administrator's Guide*, VeriSign, Inc., September 2004 (VERI-0032126).

[327] *VeriSign Go Secure! for Web Applications Installation and Configuration Guide*, VeriSign, Inc., July 2005 (VERI-0020052).

[328] *VeriSign Go Secure! for Web Applications from MCI Administrator's Guide*, VeriSign, Inc., September 2004 (VERI-0032124).

636619v1

51

| US Patent #6,516,416 | VeriSign Go Secure! for SAP |
|---|---|
| **16.)** A system as defined in claim 1 wherein said first server computer is adapted to assign one of a plurality of authorization levels to the computer resources provided by said first server computer, said identity data of each of said subscriber client computers including a particular authorization level, said first server computer only permitting access to particular computer resources by a subscriber client computer that are permitted by said particular authorization level. | The VeriSign Certificate Parsing Module (CPM) installed on the first server enables a plurality of authorization levels to be assigned to resources based on the subscriber client computer X.509.[329] The VeriSign Authorization API can also be used on the first server to assign a plurality of authorization levels to computer resources.[330] |
| **24.)** A method of controlling access to selected computer resources of at least a first server computer by at least one subscriber client computer via an untrusted network during an operating session, without necessarily controlling access to other computer resources provided by the first server computer and by other server computers and nonsubscriber client computers, comprising the steps of: | The VeriSign Personal Trust Agent Server Suite (PTA Server) along with the VeriSign Certificate Validation Module (CVM) and the SAP Internet Transaction Server (ITS) installed on a Web Server provides the functions of the first server.[331] The first server communicates with the subscriber client computer using the Internet (an untrusted network) to control access to selected computer resources during an operating session. A subscriber client computer is used to access computer resources controlled by the first server. Both subscriber client computers and nonsubscriber client computers can also access resources not controlled by the Web Server (first server). Both subscriber client computers and nonsubscriber client computers can also access other Web Servers (*e.g.,* www.yahoo.com).[332,333] |

---

[329] *VeriSign Go Secure! for Web Applications from MCI Administrator's Guide*, VeriSign, Inc., September 2004  (VERI-0032111).
[330] *VeriSign Go Secure! for Web Applications Installation and Configuration Guide*, VeriSign, Inc., July 2005  (VERI-0020005 – VERI-0020006).
[331] *VeriSign Go Secure! for Web Applications from MCI Administrator's Guide*, VeriSign, Inc., September 2004  (VERI 0032111).
[332] *VeriSign Go Secure! for Web Applications from MCI Administrator's Guide*, VeriSign, Inc., September 2004  (VERI-0032111).
[333] *VeriSign Go Secure! for SAP Administrator's Guide*, VeriSign, Inc., May 2002 (VERI-0019610 – VERI-  0019612, VERI-0019618 – VERI-0019620).

636619\1

| US Patent #6,516,416 | VeriSign Go Secure! for SAP |
|---|---|
| **24a.)** registering identity data of said first server computer and the identity data of each of said subscriber client computers and storing the registered identity data in a clearinghouse means associated with said first server computer and said subscriber client computers; | The clearinghouse means consists of the VeriSign hosted Advanced Transaction Look-up and Signaling Platform (ATLAS) Online Certificate Status Protocol (OCSP) Responder[334] and the ATLAS Central Authoritative Database.[335] The identity data of the first server and each subscriber client are stored in the ATLAS Central Authoritative Database. The identity data of the first server and client subscriber computer is a X.509 digital certificate. |
| **24b.)** requiring a subscriber client computer to forward its identity data to said clearinghouse means at the beginning of an operating session in which access to selected computer resources is requested; | The VeriSign Personal Trust Agent Client (PTA Client) integrated with the SAP Internet Application Component (IAC) software installed on the subscriber client computer forwards the identity data of the subscriber client computer (X.509 certificate) to the VeriSign first server.[336,337] The VeriSign first server forwards this identity data to the OCSP Responder portion of the VeriSign clearinghouse at the beginning of an operating session in which access to selected computer resources are requested by the client subscriber computer.[338] |

---

[334] *VeriSign Go Secure! for Web Applications Installation and Configuration Guide*, VeriSign, Inc., July 2005   (VERI-0020459).

[335] *ATLAS – The Advanced Transaction Look-up and Signaling Platform*, VeriSign, Inc., January 23, 2003   (P 032730-032731).

[336] *VeriSign Go Secure! for Web Applications Installation and Configuration Guide*, VeriSign, Inc., July 2005   (VERI-0020274).

[337] *VeriSign Go Secure! for SAP Administrator's Guide*, VeriSign, Inc., May 2002 (VERI-0019604 – VERI-  0019605).

[338] *VeriSign Go Secure! for Web Applications Installation and Configuration Guide*, VeriSign, Inc., July 2005   (VERI-0020459).

636619\1

| US Patent #6,516,416 | VeriSign Go Secure! for SAP |
|---|---|
| **24c.)** requiring a subscriber client computer to forward a predetermined digital identification to said first server computer to thereby confirm that a hardware key is connected to said subscriber client computer; | The subscriber client computer Trusted Platform Module (TPM)[339] or VeriSign[340] or VeriSign Partner Solution Smart Card[341,342,343] is the hardware key which is built in or connected to the subscriber client computer. The TPM is built into the subscriber client computer. A Smart Card reader can be connected to the subscriber client computer to read a Smart Card. A X.509 digital certificate (predetermined digital identification) can be stored on the TPM or a Smart Card. The VeriSign first server requires the subscriber client computer (PTA Client) to forward the predetermined digital identification thereby confirming that the hardware key is connected to the subscriber client computer.[344] |
| **24d.)** attempting to authenticate the identity of said subscriber client computer from said clearinghouse means responsive to a request for selected computer resources of said first server computer by a subscriber client computer; | The OCSP Responder portion of the VeriSign clearinghouse is adapted to authenticate (i.e. certificate is valid) the identity of said subscriber client computer responsive to a request for selected computer resources controlled by the VeriSign first server.[345] |
| **24e.)** attempting to authenticate the identity of said first server computer from said clearinghouse means responsive to said subscriber client computer making the request for selected computer resources; and, | Upon receiving the signed OCSP request message from the CVM portion of the first server, the OCSP Responder portion of the VeriSign clearinghouse decrypts the OCSP request message using the identity data of the first server stored in the ATLAS Central Authoritative Database portion of the clearinghouse thereby authenticating the identity of the first server.[346,347] |

---

[339] *VeriSign Go Secure! for Web Applications Installation and Configuration Guide*, VeriSign, Inc., July 2005    (VERI-0020285 – VERI-0020286).

[340] *VeriSign Unified Authentication – Smart Cards – Data Sheet*, VeriSign, Inc., January 17, 2006 (P 044128- 044129).

[341] *Partner Solutions – Gemplus*, http://www.verisign.com/verisign-partner-programs/security-services-partners/partner-program/page_002064.html (P 044082-044083).

[342] *Partner Solutions – ActivCard, Inc* http://www.verisign.com/verisign-partner-programs/security-services-partners/partner-program/page_002053.html (P 044080-044081)

[343] *Partner Solutions – Oberthur Card Systems*, http://www.verisign.com/verisign-partner-programs/security-    services-partners/partner-program/page_002066.html (P 044122-044123).

[344] *VeriSign Go Secure! for Web Applications Installation and Configuration Guide*, VeriSign, Inc., July 2005    (VERI-0020274).

[345] *VeriSign Go Secure! for Web Applications Installation and Configuration Guide*, VeriSign, Inc., July 2005    (VERI-0020459).

[346] *Go Secure! for Identrus Administrator's Guide*, VeriSign, Inc., November 7, 2005 (VERI-0029259).

[347] *RFC 2560 – X.509 Internet Public Key Infrastructure Online Certificate Status Protocol – OCSP*, IETF, June 1999 (P 032851).

6366196.1

| US Patent #6,516,416 | VeriSign Go Secure! for SAP |
|---|---|
| **24f.)** permitting access to said selected computer resources responsive to successful initial authentication of said first server computer and of said subscriber client computer making said request. | The OCSP Responder portion of the VeriSign clearinghouse permits access to computer resources controlled by the VeriSign first server upon successful initial authentication of both the first server and the subscriber client computer.[348,349] |
| **25.)** A method as defined in claim 24 wherein said subscriber client computer identity data includes a client name and a client password. | The VeriSign Personal Trust Agent Client software (PTA Client) can prompt the user for additional identity data including a client name (user name) and client password (user password).[350] |

| US Patent #6,516,416 | VeriSign Identity Protection using One-Time Passwords (In-Premise Configuration) |
|---|---|
| **1.)** A system for controlling the operation of and access to selected computer resources of at least a first server computer by at least one subscriber client computer via an untrusted network in an operating session, without necessarily controlling access to other computer resources provided by the first server computer and by other server computers and nonsubscriber client computers, comprising: | The Validation Service (RADIUS Client) and application integrated with the Validation SDK provides the functions of the first server. The first server communicates with the subscriber client computer using the Internet (an untrusted network) to control access to selected computer resources during an operating session. A subscriber client computer is used to access computer resources controlled by the first server. Both subscriber client computers and nonsubscriber client computers can also access resources not controlled by the first server.[351,352] |

[348] *VeriSign Go Secure! for Web Applications from MCI Administrator's Guide*, VeriSign, Inc., September 2004 (VERI-0032117).
[349] *Go Secure! for Identrus Administrator's Guide*, VeriSign, Inc., November 7, 2005 (VERI-0029259).
[350] *VeriSign Go Secure! for Web Applications from MCI Administrator's Guide*, VeriSign, Inc., September 2004 (VERI-0032124).
[351] *Unified Authentication v4.0 Validation SDK Guide*, VeriSign, Inc, March 26, 2006 (VERI-1597014 – VERI-1597015).
[352] *Unified Authentication v4.0 Pre-Installation Guide*, VeriSign, Inc., March 24, 2006 (VERI-1596949).

| US Patent #6,516,416 | VeriSign Identity Protection using One-Time Passwords (In-Premise Configuration) |
|---|---|
| **1a.)** clearinghouse means for storing identity data of said first server computer and the identity data of each of said subscriber client computers; | The clearinghouse means consists of the Customer Validation Server (RADIUS Server) and Token Store provided by VeriSign. The identity data of the first server, a RADIUS shared secret[353] and RA Certificate[354] are stored in the RADIUS Server database. The identity data of the subscriber client is stored in the Token Store. The identity data of the subscriber client is a Token ID (unique serial number) and One-Time Password (OTP).[355] |
| **1b.)** server software means installed on said first server computer adapted to forward its identity data and identity data of each subscriber client computer to said clearinghouse means at the beginning of an operating session in which access to selected computer resources of said first server computer is requested; | The first server, a RADIUS Client, signs a SSL encrypted RADIUS Access-Request message with its RA Certificate.[356] The RA Certificate in conjunction with the RADIUS shared secret contained in the RADIUS Access-Request message is the identity data of the first server.[357,358] The RADIUS Access-Request message contains the subscriber identity data by placing the Token ID and OTP in a RADIUS EAP-OTP message attribute.[359,360] The RADIUS Access-Request message is forwarded to the Customer Validation Server, a RADIUS Server, (clearinghouse means) at the beginning of an operating session when resources controlled by the first server are requested by the subscriber client computer.[361] |

---

[353] *RFC 2865 – Remote Authentication Dial In User Service (RADIUS)*, Internet Engineering Task Force, June 2000
    (P 051734 – 051804).

[354] *Unified Authentication 4.0 VeriSign-Hosted Installation and Configuration Guide*, March 27, 2006 (VERI- 1596797).

[355] *Unified Authentication v4.0 Validation SDK Guide*, VeriSign, Inc, March 26, 2006 (VERI-1597014 – VERI- 1597015).

[356] *Unified Authentication v4.0 Pre-Installation Guide*, VeriSign, Inc., March 24, 2006 (VERI-1596949).

[357] *Unified Authentication 4.0 VeriSign-Hosted Installation and Configuration Guide*, March 27, 2006 (VERI-1596797).

[358] *RFC 2865 – Remote Authentication Dial In User Service (RADIUS)*, Internet Engineering Task Force, June 2000
    (P 051734 – 051804).

[359] *Unified Authentication v4.0 Validation SDK Guide*, VeriSign, Inc, March 26, 2006 (VERI-1597014 – VERI- 1597015).

[360] *RFC 2869 – RADIUS Extensions*, Internet Engineering Task Force, June 2000 (P 051820 – 051863).

[361] *Unified Authentication v4.0 Validation SDK Guide*, VeriSign, Inc, March 26, 2006 (VERI-1597014 – VERI- 1597015).

636619v1

| US Patent #6,516,416 | VeriSign Identity Protection using One-Time Passwords (In-Premise Configuration) |
|---|---|
| **1c.)** client software means installed on each of said subscriber client computers adapted to forward its identity data to said first server computer at the beginning of an operating session in which access to selected computer resources is requested; | VeriSign Token Manager Application (TM) software is the client software means installed on each of said subscriber client computers.[362] The TM software forwards the identity data (One-Time Password) stored on the VeriSign Multipurpose Next-Generation Token[363] or the VeriSign Secure Storage Token[364] to the first server using a PPP EAP-Response message[365,366] at the beginning of an operating session when computer resources controlled by the first server are requested by the subscriber client computer.[367] |
| **1d.)** at least one hardware key connected to the subscriber client computer, said key being adapted to generate a predetermined digital identification, which identification is part of said identity data; | The VeriSign Multipurpose Next-Generation Token[368] or the VeriSign Secure Storage Token[369] is the hardware key which is connected to the subscriber client computer's USB port. A predetermined digital identification in the form of a One Time Password (OTP) is generated by the Token. This OTP is part of said identity data.[370] |

---

[362] *Unified Authentication 4.0 VeriSign-Hosted Installation and Configuration Guide*, March 27, 2006 (VERI-1596840 – VERI-1596849).

[363] *VeriSign Multipurpose Next-Generation Token – Specification Sheet*, VeriSign, Inc., August 2005 (VERI-1596716 – VERI-1596717).

[364] *VeriSign Secure Storage Token – Specification Sheet*, VeriSign, Inc., August 2005 (VERI-1596720 – VERI- 1596721).

[365] *RFC 1661 – The Point-to-Point Protocol (PPP)*, Internet Engineering Task Force, July 1994(VERI-0243632 – 0243681).

[366] *RFC 2284 – PPP Extensible Authentication Protocol (EAP)*, Internet Engineering Task Force, March 1998 (P 051805 – 051819).

[367] *Unified Authentication v4 0 Validation SDK Guide*, VeriSign, Inc, March 26, 2006 (VERI-1597014 – VERI- 1597015).

[368] *VeriSign Multipurpose Next-Generation Token – Specification Sheet*, VeriSign, Inc., August 2005 (VERI-1596716 – VERI-1596717).

[369] *VeriSign Secure Storage Token – Specification Sheet*, VeriSign, Inc., August 2005 (VERI-1596720 – VERI- 1596721).

[370] *Unified Authentication v4.0 Validation SDK Guide*, VeriSign, Inc, March 26, 2006 (VERI-1597014 – VERI- 1597015).

636b19v1

| US Patent #6,516,416 | VeriSign Identity Protection using One-Time Passwords (In-Premise Configuration) |
|---|---|
| **1e.)** said server software means installed on the first server computer being adapted to selectively request the subscriber client computer to forward said predetermined digital identification to the first server computer to thereby confirm that said hardware key is connected to said subscriber client computer; | The first server selectively requests the identity data from the subscriber client computer using a PPP EAP-Request message with an OTP Challenge. The subscriber client responds with a PPP EAP-Response message. If the Token is connected to the subscriber client computer, the Token Manager places the OTP in the PPP EAP-Response message, otherwise this OTP field in the PPP EAP-Response message is null.[371,372,373] |
| **1f.)** said clearinghouse means being adapted to authenticate the identity of said subscriber client computer responsive to a request for selected computer resources of said first server computer by a subscriber client computer; | The Customer Validation Server, a RADIUS Server, (clearinghouse means) is adapted to authenticate the identity of said subscriber client computer responsive to a request for selected computer resources by decrypting the received RADIUS Access-Request message using the RA Certificate, extracting the Token ID and OTP from the RADIUS Access-Request EAP-OTP message attribute and performing a authentication operation using the received Token ID. The RADIUS Server generates an OTP based in part on the received Token ID. If the RADIUS Server's generated OTP is the same as the received OTP, then the subscriber client computer is successfully authenticated.[374,375,376] |

[371] *Unified Authentication 4.0 VeriSign-Hosted Installation and Configuration Guide*, VeriSign, Inc., March 27,     2006 (VERI-1596837).

[372] *RFC 1661 – The Point-to-Point Protocol (PPP)*, Internet Engineering Task Force, July 1994 (VERI-0243632 –     0243681).

[373] *RFC 2284 – PPP Extensible Authentication Protocol (EAP)*, Internet Engineering Task Force, March 1998
    (P 051805 – 051819).

[374] *Unified Authentication v4.0 Validation SDK Guide*, VeriSign, Inc, March 26, 2006 (VERI-1597014 – VERI   1597015).

[375] *RFC 2865 – Remote Authentication Dial In User Service (RADIUS)*, Internet Engineering Task Force, June 2000
    (P 051734 – 051804).

[376] *RFC 2869 – RADIUS Extensions*, Internet Engineering Task Force, June 2000 (P 051820 – 051863).

| US Patent #6,516,416 | VeriSign Identity Protection using One-Time Passwords (In-Premise Configuration) |
|---|---|
| **1g.)** said clearinghouse means being adapted to authenticate the identity of said first server computer responsive to said subscriber client computer making the request for selected computer resources of said first server computer; and, | The Customer Validation Server, a RADIUS Server, (clearinghouse means) is adapted to authenticate the identity of said first server responsive to a request for selected computer resources by decrypting the received RADIUS Access-Request message using the RADIUS Server RA Certificate[377] and extracting the RADIUS shared secret. If the Access-Request message is successfully decrypted by the corresponding first server RA Certificate held by the RADIUS Server and the shared secret generated by the RADIUS server compares favorably to the extracted shared secret, the first server is successfully authenticated.[378,379] |
| **1h.)** said clearinghouse means being adapted to permit access to said selected computer resources responsive to successful initial authentication of said first server computer and of said subscriber client computer making first request. | The Customer Validation Server, a RADIUS Server, (clearinghouse means) sends a RADIUS Access-Accept message[380] to the first server, a RADIUS Client, which in turns sends a PPP EAP-Success message[381,382] to the subscriber client thereby permitting access to computer resources controlled by the first server upon successful initial authentication of both the first server and the subscriber client computer.[383] |

---

[377] *Unified Authentication 4.0 VeriSign-Hosted Installation and Configuration Guide*, March 27, 2006 (VERI-1596797).

[378] *Unified Authentication v4.0 Validation SDK Guide*, VeriSign, Inc, March 26, 2006 (VERI-1597014 VERI- 1597015).

[379] *RFC 2865 – Remote Authentication Dial In User Service (RADIUS)*, Internet Engineering Task Force, June 2000 (P 051734 – 051804).

[380] *RFC 2865 – Remote Authentication Dial In User Service (RADIUS)*, Internet Engineering Task Force, June 2000 (P 051734 – 051804).

[381] *RFC 1661 – The Point-to-Point Protocol (PPP)*, Internet Engineering Task Force, July 1994 (VERI-0243632 – 0243681).

[382] *RFC 2284 – PPP Extensible Authentication Protocol (EAP)*, Internet Engineering Task Force, March 1998 (P 051805 – 051819).

[383] *Unified Authentication v4 0 Validation SDK Guide*, VeriSign, Inc, March 26, 2006 (VERI-1597014 – VERI- 1597015).

636619v1

| US Patent #6,516,416 | VeriSign Identity Protection using One-Time Passwords (In-Premise Configuration) |
|---|---|
| **4.)** A system as defined in claim 1 wherein successive ones of said intermittent requests occur at predetermined time intervals. | Timeouts can be set in the RADIUS Client (first server) to determine the length of an active session (predetermined time interval).[384] This is accomplished by setting an idle timeout and/or session timeout in the first server. Upon the firing of the timeout event, the first server requests the identity data from the subscriber client computer using a PPP EAP-Request message using an OTP Challenge.[385,386,387] |
| **15.)** A system as defined in claim 1 wherein said server computer is adapted to selectively prompt said subscriber client computers to enter its identity data including its username and password in the beginning of an operating session. | VeriSign Unified Authentication validation modes can include user name and password in addition to an OTP.[388,389] |
| **16.)** A system as defined in claim 1 wherein said first server computer is adapted to assign one of a plurality of authorization levels to the computer resources provided by said first server computer, said identity data of each of said subscriber client computers including a particular authorization level, said first server computer only permitting access to particular computer resources by a subscriber client computer that are permitted by said particular authorization level. | The LDAP directory used by VeriSign Unified Authentication is extended to contain the Unified Authentication User Store Schema.[390] When the LDAP directory is extended using this schema, subscriber client authentication data is combined with the LDAP's Access Control List (ACL) to enable the assignment of authorization levels to the computer resources provided by the first server.[391] |

[384] *RFC 2865 – Remote Authentication Dial In User Service (RADIUS)*, Internet Engineering Task Force, June 2000
(P 051734 – 051804).
[385] *Unified Authentication 4.0 VeriSign-Hosted Installation and Configuration Guide*, VeriSign, Inc., March 27,     2006 (VERI-1596837).
[386] *RFC 1661 – The Point-to-Point Protocol (PPP)*, Internet Engineering Task Force, July 1994 (VERI-0243632 –     0243681).
[387] *RFC 2284 – PPP Extensible Authentication Protocol (EAP)*, Internet Engineering Task Force, March 1998
(P 051805 – 051819).
[388] *Unified Authentication v4.0 Pre-Installation Guide*, VeriSign, Inc., March 24, 2006 (VERI-1596923).
[389] *Unified Authentication v4.0 Validation SDK Guide*, VeriSign, Inc, March 26, 2006 (VERI-1597014 – VERI    1597015).
[390] *Unified Authentication 4.0 VeriSign-Hosted Installation and Configuration Guide*, VeriSign, Inc., March 27,     2006 (VERI-1596881 – VERI-1596891).
[391] *RFC 3377 – Lightweight Directory Access Protocol (v3) Technical Specification*, Internet Engineering Task     Force, September 2002 (P 051864 – 051869).

636619v1

| US Patent #6,516,416 | VeriSign Identity Protection using One-Time Passwords (In-Premise Configuration) |
|---|---|
| **24.)** A method of controlling access to selected computer resources of at least a first server computer by at least one subscriber client computer via an untrusted network during an operating session, without necessarily controlling access to other computer resources provided by the first server computer and by other server computers and nonsubscriber client computers, comprising the steps of: | The Validation Service (RADIUS Client) and application integrated with the Validation SDK provides the functions of the first server. The first server communicates with the subscriber client computer using the Internet (an untrusted network) to control access to selected computer resources during an operating session. A subscriber client computer is used to access computer resources controlled by the first server. Both subscriber client computers and nonsubscriber client computers can also access resources not controlled by the first server.[392,393] |
| **24a.)** registering identity data of said first server computer and the identity data of each of said subscriber client computers and storing the registered identity data in a clearinghouse means associated with said first server computer and said subscriber client computers; | The clearinghouse means consists of the Customer Validation Server (RADIUS Server) and Token Store provided by VeriSign. The identity data of the first server, a RADIUS shared secret[394] and RA Certificate[395] are stored in the RADIUS Server database. The identity data of the subscriber client is stored in the Token Store. The identity data of the subscriber client is a Token ID (unique serial number) and One-Time Password (OTP).[396] |

[392] *Unified Authentication v4.0 Validation SDK Guide*, VeriSign, Inc, March 26, 2006 (VERI-1597014 – VERI- 1597015).

[393] *Unified Authentication v4.0 Pre-Installation Guide*, VeriSign, Inc., March 24, 2006 (VERI-1596949).

[394] *RFC 2865 – Remote Authentication Dial In User Service (RADIUS)*, Internet Engineering Task Force, June 2000
    (P 051734 – 051804).

[395] *Unified Authentication 4.0 VeriSign-Hosted Installation and Configuration Guide*, March 27, 2006
    (VERI-1596797).

[396] *Unified Authentication v4 0 Validation SDK Guide*, VeriSign, Inc, March 26, 2006 (VERI-1597014 – VERI- 1597015).

636619v1

| US Patent #6,516,416 | VeriSign Identity Protection using One-Time Passwords (In-Premise Configuration) |
|---|---|
| **24b.)** requiring a subscriber client computer to forward its identity data to said clearinghouse means at the beginning of an operating session in which access to selected computer resources is requested; | VeriSign Token Manager Application (TM) software is installed on each of said subscriber client computers.[397] The TM software forwards the identity data (One-Time Password) stored on the VeriSign Multipurpose Next-Generation Token[398] or the VeriSign Secure Storage Token[399] to the first server using a PPP EAP-Response message after receiving a PPP EAP-Request message with an OTP Challenge[400,401] from the first server. The first server then forwards the subscriber client identity data to the Customer Validation Server, a RADIUS Server, using a RADIUS Access-Request message with the EAP-OTP message attribute set[402,403] at the beginning of an operating session when computer resources controlled by the first server are requested by the subscriber client computer.[404] |

[397] *Unified Authentication 4.0 VeriSign-Hosted Installation and Configuration Guide*, March 27, 2006 (VERI-1596840 – VERI-1596849).

[398] *VeriSign Multipurpose Next-Generation Token – Specification Sheet*, VeriSign, Inc., August 2005 (VERI-1596716 – VERI-1596717).

[399] *VeriSign Secure Storage Token – Specification Sheet*, VeriSign, Inc., August 2005 (VERI-1596720 – VERI- 1596721).

[400] *RFC 1661 – The Point-to-Point Protocol (PPP)*, Internet Engineering Task Force, July 1994 (VERI-0243632 – 0243681).

[401] *RFC 2284 – PPP Extensible Authentication Protocol (EAP)*, Internet Engineering Task Force, March 1998 (P 051805 – 051819).

[402] *RFC 2865 – Remote Authentication Dial In User Service (RADIUS)*, Internet Engineering Task Force, June 2000 (P-051734 – 051804).

[403] *RFC 2869 – RADIUS Extensions*, Internet Engineering Task Force, June 2000 (P-051820 – 051863).

[404] *Unified Authentication v4.0 Validation SDK Guide*, VeriSign, Inc, March 26, 2006 (VERI-1597014 – VERI- 1597015).

636619v1

| US Patent #6,516,416 | VeriSign Identity Protection using One-Time Passwords (In-Premise Configuration) |
|---|---|
| **24c.)** requiring a subscriber client computer to forward a predetermined digital identification to said first server computer to thereby confirm that a hardware key is connected to said subscriber client computer; | VeriSign Token Manager Application (TM) software is installed on each of said subscriber client computers.[405] The TM software forwards the predetermined digital identification (One-Time Password) stored on the VeriSign Multipurpose Next-Generation Token[406] or the VeriSign Secure Storage Token[407] to the first server using a PPP EAP-Response message after receiving a PPP EAP-Request message with an OTP Challenge.[408,409] If the Token is connected to the subscriber client computer, the Token Manager places the OTP in the PPP EAP-Response message, otherwise this OTP field in the PPP EAP-Response message is null.[410,411,412] |

---

[405] *Unified Authentication 4.0 VeriSign-Hosted Installation and Configuration Guide*, March 27, 2006 (VERI-1596840 – VERI-1596849).

[406] *VeriSign Multipurpose Next-Generation Token – Specification Sheet*, VeriSign, Inc., August 2005 (VERI-1596716 – VERI-1596717).

[407] *VeriSign Secure Storage Token – Specification Sheet*, VeriSign, Inc., August 2005 (VERI-1596720 – VERI- 1596721).

[408] *RFC 1661 – The Point-to-Point Protocol (PPP)*, Internet Engineering Task Force, July 1994 (VERI-0243632 – 0243681).

[409] *RFC 2284 – PPP Extensible Authentication Protocol (EAP)*, Internet Engineering Task Force, March 1998 (P 051805 – 051819).

[410] *Unified Authentication 4.0 VeriSign-Hosted Installation and Configuration Guide*, VeriSign, Inc., March 27, 2006 (VERI-1596837).

[411] *RFC 1661 – The Point-to-Point Protocol (PPP)*, Internet Engineering Task Force, July 1994 (VERI-0243632 – 0243681).

[412] *RFC 2284 – PPP Extensible Authentication Protocol (EAP)*, Internet Engineering Task Force, March 1998 (P 051805 – 051819).

636619v1

63

| US Patent #6,516,416 | VeriSign Identity Protection using One-Time Passwords (In-Premise Configuration) |
|---|---|
| **24d.)** attempting to authenticate the identity of said subscriber client computer from said clearinghouse means responsive to a request for selected computer resources of said first server computer by a subscriber client computer; | The Customer Validation Server, a RADIUS Server, (clearinghouse means) is adapted to authenticate the identity of said subscriber client computer responsive to a request for selected computer resources by decrypting the received RADIUS Access-Request message using the RA Certificate, extracting the Token ID and OTP from the RADIUS Access-Request EAP-OTP message attribute and performing a authentication operation using the received Token ID. The RADIUS Server generates an OTP based on the received Token ID. If the RADIUS Server's generated OTP is the same as the received OTP, then the subscriber client computer is successfully authenticated.[413,414,415] |
| **24e.)** attempting to authenticate the identity of said first server computer from said clearinghouse means responsive to said subscriber client computer making the request for selected computer resources; and, | The Customer Validation Server, a RADIUS Server, (clearinghouse means) is adapted to authenticate the identity of said first server responsive to a request for selected computer resources by decrypting the received RADIUS Access-Request message using the RADIUS Server RA Certificate[416] and extracting the RADIUS shared secret. If the Access-Request message is successfully decrypted by the corresponding first server RA Certificate held by the RADIUS Server and the shared secret generated by the RADIUS server compares favorably to the extracted shared secret, the first server is successfully authenticated.[417,418] |

[413] *Unified Authentication v4.0 Validation SDK Guide*, VeriSign, Inc, March 26, 2006 (VERI-1597014 – VERI- 1597015).
[414] *RFC 2865 – Remote Authentication Dial In User Service (RADIUS)*, Internet Engineering Task Force, June 2000
       (P 051734 – 051804).
[415] *RFC 2869 – RADIUS Extensions*, Internet Engineering Task Force, June 2000 (P 051820 – 051863).
[416] *Unified Authentication 4.0 VeriSign-Hosted Installation and Configuration Guide*, March 27, 2006 (VERI- 1596797).
[417] *Unified Authentication v4.0 Validation SDK Guide*, VeriSign, Inc, March 26, 2006 (VERI-1597014 – VERI- 1597015).
[418] *RFC 2865 – Remote Authentication Dial In User Service (RADIUS)*, Internet Engineering Task Force, June 2000
       (P 051734 – 051804).

636619v1

| US Patent #6,516,416 | VeriSign Identity Protection using One-Time Passwords (In-Premise Configuration) |
|---|---|
| **24f.)** permitting access to said selected computer resources responsive to successful initial authentication of said first server computer and of said subscriber client computer making said request. | The Customer Validation Server, a RADIUS Server, (clearinghouse means) sends a RADIUS Access-Accept message[419] to the first server, a RADIUS Client, which in turns sends a PPP EAP-Success message[420,421] to the subscriber client thereby permitting access to computer resources controlled by the first server upon successful initial authentication of both the first server and the subscriber client computer.[422] |
| **25.)** A method as defined in claim 24 wherein said subscriber client computer identity data includes a client name and a client password. | VeriSign Unified Authentication validation modes can include user name and password in addition to an OTP.[423,424] |

AS TO OBJECTIONS:

September 20, 2006                                    THE BAYARD FIRM


                                                     /s/ Richard D. Kirk (rk0922)
                                                     Richard D. Kirk (rk0922)
                                                     Ashley B. Stitzer (as3891)
                                                     222 Delaware Avenue, Suite 900
                                                     Wilmington, Delaware 19899
                                                     (302) 655-5000
                                                     rkirk@bayardfirm.com
                                                     astitzer@bayardfirm.com

                                                     ATTORNEYS FOR PLAINTIFF
                                                     PRISM TECHNOLOGIES LLC

---

[419] *RFC 2865 – Remote Authentication Dial In User Service (RADIUS)*, Internet Engineering Task Force, June 2000
    (P 051734 – 051804).
[420] *RFC 1661 – The Point-to-Point Protocol (PPP)*, Internet Engineering Task Force, July 1994 (VERI-0243632 – 0243681).
[421] *RFC 2284 – PPP Extensible Authentication Protocol (EAP)*, Internet Engineering Task Force, March 1998
    (P-051805 – 051819).
[422] *Unified Authentication v4.0 Validation SDK Guide*, VeriSign, Inc, March 26, 2006 (VERI-1597014 – VERI- 1597015).
[423] *Unified Authentication v4.0 Pre-Installation Guide*, VeriSign, Inc., March 24, 2006 (VERI-1596923).
[424] *Unified Authentication v4.0 Validation SDK Guide*, VeriSign, Inc, March 26, 2006 (VERI-1597014 – VERI- 1597015).

636619v1

OF COUNSEL:

Dirk D. Thomas, Esq.
Robert A. Auchter, Esq.
Kenneth A. Freeling, Esq.
Jason R. Buratti, Esq.
André J. Bahou, Esq.
Chandran B. Iyer, Esq.
Robins, Kaplan, Miller & Ciresi, L.L.P.
1801 K Street, N.W., Suite 1200
Washington, D.C.  20006
(202) 775-0725

## VERIFICATION

I hereby declare on the basis of knowledge and belief, or information otherwise provided and believed by me to be true and correct, under penalty of perjury under the laws of the United States of America, that the foregoing answers to these interrogatories are true and correct.

Executed on September 20, 2006

Richard L. Gregg
Vice President and Chief Technology Officer
Prism Technologies LLC
14707 California Street, Suite 5
Omaha, Nebraska  68154-1952