**Step 6**    Edit the Trust Configuration File (val_config.txt)

The CVM filter is controlled by a configuration file that specifies where to acquire the intermediate CA certificates and CRLs required by the filter. This file is required; even if the filter is running in fully automatic mode, the configuration file specifies the root certificates for the filter. This file is located in C:\VeriSign\cvm\config\val_config.txt. The configuration file is case-sensitive. Signify comment lines with the # character.

The configuration file consists of pairs of lines. The first line of the pair specifies the format for this certificate or CRL, and begins with the text ENTRY=. The second line specifies the location of the certificate or CRL, and begins with either READ= or READ_NO_PREFIX=.

### ENTRY Line

The ENTRY line describes the entry using three required strings and two optional strings. The line must use exactly one string from each of the following sets: {CERT, CRL}, {FILE, URL}, {DER, PKCS7}. This specifies whether the object is a certificate or CRL, whether it is a local file or a URL, and whether it is a DER/BER binary object or a pkcs7 encoded object.

In addition to these values, the entry line may optionally contain the string B64 to signify that the object has been Base64 encoded.

To install CA root certificates into the CVM filter, and to instruct the filter to trust the root certificates, use the optional string ROOT. To use this option, the entry must be of CERT and FILE type (not of type URL). Use this option only for the root certificates in the server's certificate database.

### READ Line

READ=<name> specifies the location of the certificate or CRL. If the entry is a file, the plug-in tries to open <file-prefix>/<name> (substituting the value of file-prefix from the plug-in configuration). If you use READ_NO_PREFIX=<name>, the plug-in opens name (without the prefix). Similarly for URLs, READ=<url> looks in <url-prefix>/<url> and READ_NO_PREFIX=<url> does not perform the substitution.

VERI-0021250

■ **Managed PKI Certificate Validation and Parsing Guide**

## Sample CVM Configuration File

The following sample configuration file illustrates how to configure val_config.txt for Managed PKI Public and Managed PKI Private. This file is included in the CVM software as val_config.txt.

---

**IMPORTANT!** If you are using Pilot Managed PKI, then your CRL is hosted at **pilotonsitecrl.verisign.com**. Ensure that you configure for Pilot Managed PKI by replacing all occurrences of **onsitecrl.verisign.com** in the configuration file with **pilotonsitecrl.verisign.com**.

---

```
Managed PKI Public Version
# Begin Sample File
# PCA2 ROOT (Managed PKI CA), uses file-prefix
ENTRY=CERT FILE DER ROOT
READ=pca2ss.509
# PCA2 CRL, uses url-prefix
ENTRY=CRL URL DER
READ_NO_PREFIX=http://crl.verisign.com/pca2.crl
# Managed PKI Public Intermediate(Signing) CA, uses file-prefix
ENTRY=CERT FILE DER
READ=vs_class2_onsite_individual_ca_2_v2.509
# Managed PKI Public Intermediate CRL
ENTRY=CRL URL DER
READ_NO_PREFIX=http://onsitecrl.verisign.com/OnSitePublic/LatestCRL.crl
# Pilot Managed PKI CA, uses file-prefix
#ENTRY=CERT FILE DER ROOT
#READ=class2testroot.509
# Class2TestRoot CRL
#ENTRY=CRL URL DER
#READ_NO_PREFIX=http://pilotonsitecrl.verisign.com/OnSitePublic/Class2Tes
tRoot.crl
# Pilot Managed PKI Public Intermediate(Signing)CA, uses file-prefix
#ENTRY=CERT FILE DER
#READ=verisign_class2_onsite_individual_test_ca.509
# Pilot Managed PKI Public Signing CA CRL
#ENTRY=CRL URL DER
#READ_NO_PREFIX=http://pilotonsitecrl.verisign.com/OnSitePublic/LatestCRL
.crl
# TestDrive CA, uses file-prefix
#ENTRY=CERT FILE DER ROOT
#READ=onsite_sub_demo.509
# TestDrive CA CRL, from ldap:
#ENTRY=CRL URL DER
```

VeriSign, Inc. 00014726

VERI-0021251

```
#READ_NO_PREFIX=ldap://directory.verisign.com/ou=VeriSign OnSite
Subscriber Demo, o="VeriSign, Inc.",
l=Internet?authorityRevocationList;binary
# End Sample
OnSite Private Version
# Begin Sample File
#Private CRL Checking CA
ENTRY=CERT FILE DER B64 ROOT
# replace $YOUR_PATH with the appropriate directory
# that can be found by the web server and $YOUR_CA
# with your CA's certificate in base64 format.
READ_NO_PREFIX=$YOUR_PATH/$YOUR_CA.b64
# CRL
ENTRY=CRL URL PKCS7
# The substring $YOUR_COMPANY should be replaced with the corresponding
# string you see in the Managed PKI Control Center's CRL Checker download
# page.
READ_NO_PREFIX=http://onsitecrl.verisign.com/$YOUR_COMPANY/LatestCRL
# End Sample File
```

Step 7    Start the Web server

If your Web server fails to start, refer to *Managed PKI Error Codes and Troubleshooting Guide* for help.

Step 8    Test the implementation by performing transactions

Access your protected Web site with valid and invalid certificates. Successful transactions generate an access message. Unsuccessful transactions result in a security message.

You can configure CVM so that both types of transaction are logged into the log file. The certificate status and subject name appear in the message. Filter error (and optionally, informational) messages are also written into the log file.

# Optional: Configuring OCSP and Additional Installation Requirements

The CVM is now configured to run CRL status checking on an installation using the default settings. The optional configurations listed in this section describe how to enable the CVM for OCSP service and allow you to configure the CVM to fit your specific installation requirements.

VERI-0021252

■ Managed PKI Certificate Validation and Parsing Guide

## CVM and OCSP Service

By default, the CVM is configured to run CRL status checking. You can enable CVM for OCSP service using the procedures in "Enabling CVM for OCSP Service" in Chapter 8. You can enable CVM with CRL checking or OCSP, but not both.

## Configuring the CVM to Fit Other Installation Requirements

If you did not use the default values to install the CVM, then you must specify the CVM configuration values in the obj.conf file. See Appendix A, "CVM Configuration Values."

---

**IMPORTANT!** Use only the options that are appropriate for your implementation. For example, use either url-prefix="<value>" or ocsp-url="<value>". Do not use both. Some options are used by Microsoft IIS or ISA only (noted in the Description column of Table A-1 in Appendix A, "CVM Configuration Values").

---

VeriSign, Inc. 00014726

VERI-0021253


The Value of Trust℠

# 6.    Installing and Configuring the CVM Module for Stronghold Secure Web Server

**Note**    Stronghold 4 Web Server is supported on Solaris, HP-UX, and Linux platforms.

This chapter describes the procedures for obtaining, installing and configuring the CVM module for the Stronghold Secure Web server. Implementing CVM service requires carrying out the following tasks:

- Obtaining the CVM files

- Installing and configuring CVM for your Web server

- Configuring OCSP and additional installation requirements (optional)

During the installation of CVM, important information is written to the server error log files:

- <stronghold-dir>/logs/error_log and <stronghold-dir>/logs/ssl_error_log (Stronghold 3)

- <stronghold-dir>/var/log/error_log and <stronghold-dir>/var/log/ssl/error_log (Stronghold 4)

This information is useful for ensuring CVM is installed correctly. Consult these log files if problems arise.

VeriSign, Inc. 00014726

VERI-0021254

■ Managed PKI Certificate Validation and Parsing Guide

## Obtaining the CVM files

The CVM software is available from the *Download* page in the Managed PKI Control Center. The Control Center is regularly updated with the latest version of CVM. Be sure to download the correct CVM version for your operating system.

**Step 1**  Unzip the software

**Step 2**  Open the contents of the Stronghold folder



Figure 6-1  Stronghold directory with subdirectories

The top-level directory for the Stronghold Web server includes the following subdirectories (Figure 6-1):

- **bin.** Contains the binary files that implement the CVM plug-in.

- **certcache.** Contains the root certificates.

- **config.** Contains the configuration files.

**Step 3**  Copy the subdirectories to the Web server

Copy the bin, certcache, and config subdirectories from the CVM software to /VeriSign/cvm in your Web server.

## Installing and Configuring CVM for Your Web Server

Install and configure your Stronghold Web server by completing the following steps:

VeriSign, Inc. 00014726

VERI-0021255

**Step 1**    Stop the Web server

**Step 2**    Copy the binaries to the Web server

**HP-UX.**   Copy the three *.sl files from the HPUX/server/cvm/stronghold/bin directory into a directory in which the Web server can find them. (Typically, <stronghold-dir>/modules/libexec is a good location.)

Alternatively, install the library elsewhere and modify SHLIB_PATH.

**Solaris.**   Copy the three *.so files from the Solaris/server/cvm/stronghold/bin directory into a directory in which the Web server can find them. (Typically, <stronghold-dir>/modules/libexec is a good location.)

Alternatively, install the library elsewhere and modify LD_LIBRARY_PATH.

**Linux.**   Copy both *.so files from the Linux/server/cvm/stronghold/bin directory into a directory in which the Web server can find them. (Typically, <stronghold-dir>/lib/modules/1.3/ is a good location.)

Alternatively, install the library elsewhere and modify LD_LIBRARY_PATH.

**Step 3**    Configure the Web server to use the SSL protocol

**Note**   If you do not already have a Server Certificate for your Web server, you must obtain one before configuring the Web server. Go to **http://www.verisign.com/** for details on obtaining a Server Certificate.

Ensure that your Web server is configured to use the SSL protocol (required for using VeriSign Digital IDs). See the Web server documentation for details.

**Step 4**    Edit the configuration file

Edit the <stronghold-dir>/conf/httpd.conf file as follows:

1   Configure the server to load the CVM module by adding the following line immediately after the existing load module directives in the configuration file (see "Example of httpd.conf file for Stronghold 4 Web Server" on page 48):

■   For Stronghold 3 Web Server, add:

```
LoadModule vsval_module modules/libexec/mod_vsval.s
```

VERI-0021256

- For Stronghold 4 Web Server, add:

```
LoadModule vsval_module \
<stronghold-directory>/lib/modules/1.3/mod_vsval.s
```

2   Clear the module list and add the modules for your server in the correct order. Configure the SSL module to be after the CVM module (mod_vsval.c) in the AddModule directive. Details about the currently configured modules in your server appear at: **https://<your-stronghold-server>/stronghold-info**

For example:

```
AddModule mod_env.c mod_log_config.c mod_log_agent.c mod_cgi.c
mod_so.c mod_vsval.c mod_ssl.c
```

> **Note** VeriSign's `mod_so.c` enables DSO support for loading the CVM module.

3   Specify the configuration values for the CVM module. Use the VSVAL_SetOpt directive to configure your CVM module. A complete list of values appears in Appendix A, "CVM Configuration Values."

```
<IfModule mod_vsval.c>

VSVAL_ProtectAll off

VSVAL_SetOpt file-prefix /VeriSign/cvm/certcache/

VSVAL_SetOpt log-info on

...

</IfModule>
```

4   Setting the LogLevel controls the number of messages logged to the error_log. Possible values include: debug, info, notice, warn, error, crit, # alert, emerg. For normal operation, use notice.

> **Note** The CVM module writes debugging information to the server log files based upon the LogLevel setting. LogLevel is an httpd.conf directive.

5   Set the Certificate Authority (CA) verification path to find one large file containing all of the CA certificates for client authentication (file must be

46

VERI-0021257

PEM-encoded). If you are using Private Managed PKI, then add your CA to this file.

For example:

```
SSLCACertificateFile /usr/stronghold/ssl/CA/client-rootcerts.pem
```

6   Enable client authentication for your Web server.

For example:

```
SSLVerifyClient require

SSLVerifyDepth 10
```

7   (Optional) To protect an individual directory in a Stronghold Virtual Host, you must load the following entry after the last SSL configuration entry for any virtual host that needs to have a CVM-protected directory. If you are not using virtual hosts, then this entry is loaded globally in the default configuration.

```
<IfModule mod_vsval.c>

VSVAL_ProtectAll off

VSVAL_SetOpt file-prefix /VeriSign/cvm/certcache/

VSVAL_SetOpt log-info on

VSVAL_SetOpt cache-dir /VeriSign/cvm/certcache/

VSVAL_SetOpt log-security on

VSVAL_SetOpt no-check-chain on

VSVAL_SetOpt url-prefix \
http://onsitecrl.verisign.com/OnSitePublic/

VSVAL_SetOpt cfg-filename /VeriSign/cvm/config/val_config.txt

VSVAL_SetOpt update-hours 24

</IfModule>
```

8   Set the SSL engine options to enable certificate data to be exported:

```
SSLOptions +ExportCertData
```

---

**Note**   You must enable certificate data to be exported for the CVM to work.

---

VERI-0021258

9   Protect the entire server or specific URLs using the VSVAL_ProtectAll or
VSVAL_ProtectDir directives. VSVAL_ProtectAll is the default setting. If you
want to protect only specific directories, turn off VSVAL_ProtectAll and use
VSVAL_ProtectDir. See the following example for usage.

**Note**   When using virtual hosts, one of the directives, VSVAL_ProtectAll or
VSVAL_ProtectDir, must be set for each server instance that uses CVM
protection. Set one of these directives, but not both, for each server instance.

**Example of httpd.conf file for Stronghold 4 Web Server**
The following is an example of the httpd.conf file.

**Note**   For Stronghold 3 Web Server, the line shown in bold in the following
example should be changed to:

```
LoadModule vsval_module modules/libexec/mod_vsval.so
```

```
# Example:
# LoadModule foo_module lib/modules/1.3/mod_foo.so
#
LoadModule vsval_module lib/modules/1.3/mod_vsval.so
ClearModuleList
AddModule mod_env.c mod_log_config.c mod_log_agent.c
mod_log_referer.c mod_mime.c mod_negotiation.c mod_status.c
mod_info.c mod_include.c mod_autoindex.c mod_dir.c mod_cgi.c
mod_asis.c mod_imap.c mod_actions.c mod_userdir.c mod_alias.c
mod_rewrite.c mod_access.c mod_auth.c mod_auth_dbm.c mod_proxy.c
mod_cern_meta.c mod_expires.c mod_headers.c mod_usertrack.c
mod_unique_id.c mod_so.c mod_setenvif.c mod_perl.c mod_vsval.c
mod_ssl.c

<IfModule mod_vsval.c>
VSVAL_ProtectAll off
VSVAL_SetOpt file-prefix /VeriSign/cvm/certcache/
VSVAL_SetOpt log-info on
VSVAL_SetOpt cache-dir /VeriSign/cvm/certcache/
VSVAL_SetOpt log-security on
VSVAL_SetOpt no-check-chain on
VSVAL_SetOpt url-prefix
http://onsitecrl.verisign.com/OnSitePubli
c/
```

VeriSign, Inc. 00014726

VERI-0021259

```
VSVAL_SetOpt cfg-filename /VeriSign/cvm/config/val_config.txt
VSVAL_SetOpt update-hours 24
</IfModule>
...
### Section 2: 'Main' server configuration
#
...
#
# LogLevel: Control the number of messages logged to the error_log.
# Possible values include: debug, info, notice, warn, error, crit,
# alert, emerg.
#
LogLevel info
...
##
## SSL Global Context
##
##
## SSL Virtual Host Context
##
...
<VirtualHost _default_:443>
# General setup for the virtual host
...
# Certificate Authority (CA):
# Set the CA certificate verification path where to find CA
# certificates for client authentication or alternatively one
# huge file containing all of them (file must be PEM encoded)
# Note: Inside SSLCACertificatePath you need hash symlinks
#      to point to the certificate files. Use the provided
#      Makefile to update the hash symlinks after changes.
#SSLCACertificatePath
/home/atulshibagwale/stronghold/conf/ssl.crt
SSLCACertificateFile
/home/atulshibagwale/stronghold/ssl/CA/client-rootcerts.pem
...
# SSL Engine Options:
# Set various options for the SSL engine.
# o ExportCertData:
#   This exports two additional environment variables:
SSL_CLIENT_CERT and
#   SSL_SERVER_CERT. These contain the PEM-encoded certificates of
the
#   server (always existing) and the client (only existing when
client
```

VERI-0021260

■ Managed PKI Certificate Validation and Parsing Guide

```
#   authentication is used). This can be used to import the certificates
#     into CGI scripts.
...
SSLOptions +ExportCertData
...
</VirtualHost>
...
Alias /protected /myapplication/htmldocs
<Location /protected>
VSVAL_ProtectDir on
SSLRequireSSL
</Location>
```

**Step 5**     **Edit the Trust Configuration File (val_config.txt)**

The CVM filter is controlled by a configuration file that specifies where to acquire the intermediate CA certificates and CRLs required by the filter. This file is required; even if the filter is running in fully automatic mode, the configuration file specifies the root certificates for the filter. This file is located in VeriSign/cvm/config/val_config.txt. The configuration file is case-sensitive. Signify comment lines with the # character.

The configuration file consists of pairs of lines. The first line of the pair specifies the format for this certificate or CRL, and begins with the text ENTRY=. The second line specifies the location of the certificate or CRL, and begins with either READ= or READ_NO_PREFIX=.

**ENTRY Line**

The ENTRY line describes the entry using three required strings and two optional strings. The line must use exactly one string from each of the following sets: {CERT, CRL}, {FILE, URL}, {DER, PKCS7}. This specifies whether the object is a certificate or CRL, whether it is a local file or a URL, and whether it is a DER/BER binary object or a pkcs7 encoded object.

In addition to these values, the entry line may optionally contain the string B64 to signify that the object has been Base64 encoded.

To install CA root certificates into the CVM filter, and to instruct the filter to trust the root certificates, use the optional string ROOT. To use this option, the entry must be of CERT and FILE type (not of type URL). Use this option only for the root certificates in the server's certificate database.

50                                                                VeriSign, Inc. 00014726

VERI-0021261

### READ Line

READ=<name> specifies the location of the certificate or CRL. If the entry is a file, the plug-in tries to open <file-prefix>/<name> (substituting the value of `file-prefix` from the plug-in configuration). If you use READ_NO_PREFIX=<name>, the plug-in opens name (without the prefix). Similarly for URLs, READ=<url> looks in <url-prefix>/<url> and READ_NO_PREFIX=<url> does not perform the substitution.

## Sample CVM Configuration File

The following sample configuration file illustrates how to configure val_config.txt for Managed PKI Public and Managed PKI Private. This file is included in the CVM software as val_config.txt.

---

**IMPORTANT!**   If you are using Pilot Managed PKI, then your CRL is hosted at **pilotonsitecrl.verisign.com**. Ensure that you configure for Pilot Managed PKI by replacing all occurrences of **onsitecrl.verisign.com** in the configuration file with **pilotonsitecrl.verisign.com**.

---

```
# Begin Sample File
# PCA2 ROOT (Managed PKI CA), uses file-prefix
ENTRY=CERT FILE DER ROOT
READ=pca2ss.509
# PCA2 CRL, uses url-prefix
ENTRY=CRL URL DER
READ_NO_PREFIX=http://crl.verisign.com/pca2.crl
# Managed PKI Public Intermediate(Signing) CA, uses file-prefix
ENTRY=CERT FILE DER
READ=vs_class2_onsite_individual_ca_2_v2.509
# Managed PKI Public Intermediate CRL
ENTRY=CRL URL DER
READ_NO_PREFIX=http://onsitecrl.verisign.com/OnSitePublic/LatestCRL.crl
# Pilot Managed PKI CA, uses file-prefix
#ENTRY=CERT FILE DER ROOT
#READ=class2testroot.509
# Class2TestRoot CRL
#ENTRY=CRL URL DER
#READ_NO_PREFIX=http://pilotonsitecrl.verisign.com/OnSitePublic/Class2Tes
tRoot.crl
# Pilot Managed PKI Public Intermediate(Signing)CA, uses file-prefix
#ENTRY=CERT FILE DER
#READ=verisign_class2_onsite_individual_test_ca.509
```

VERI-0021262

■ Managed PKI Certificate Validation and Parsing Guide

```
# Pilot Managed PKI Public Signing CA CRL
#ENTRY=CRL URL DER
#READ_NO_PREFIX=http://pilotonsitecrl.verisign.com/OnSitePublic/LatestCRL
.crl
# TestDrive CA, uses file-prefix
#ENTRY=CERT FILE DER ROOT
#READ=onsite_sub_demo.509
# TestDrive CA CRL, from ldap:
#ENTRY=CRL URL DER
#READ_NO_PREFIX=ldap://directory.verisign.com/ou=VeriSign Managed PKI
Subscriber Demo, o="VeriSign, Inc.",
l=Internet?authorityRevocationList;binary
# End Sample
Managed PKI Private Version
# Begin Sample File
#Private CRL Checking CA
ENTRY=CERT FILE DER B64 ROOT
# replace $YOUR_PATH with the appropriate directory
# that can be found by the web server and $YOUR_CA
# with your CA's certificate in base64 format.
READ_NO_PREFIX=$YOUR_PATH/$YOUR_CA.b64
# CRL
ENTRY=CRL URL PKCS7
# The substring $YOUR_COMPANY should be replaced with the corresponding
# string you see in the Managed PKI Control Center's CRL Checker download
# page.
READ_NO_PREFIX=http://onsitecrl.verisign.com/$YOUR_COMPANY/LatestCRL
# End Sample File
```

## Step 6    Start the Web server

If your Web server fails to start, refer to *Managed PKI Error Codes and Troubleshooting Guide* for help.

## Step 7    Test the implementation by performing transactions

Access your protected Web site with valid and invalid certificates. Successful transactions generate an access message. Unsuccessful transactions result in a security message.

You can configure CVM so that both types of transaction are logged into the log file. The certificate status and subject name appear in the message. Filter error (and optionally, informational) messages are also written into the log file.

VeriSign, Inc. 00014726

VERI-0021263

Module error (and optionally, informational) messages are also written into the server's error logs. Look in the appropriate log file:

- For Solaris and HP-UX platforms, look in:

  - <stronghold-dir>/logs/error_log and <stronghold-dir>/logs/ssl/error_log.

- For Linux platforms, look in:

  - <stronghold-dir>/var/log/error_log and <stronghold-dir>/var/log/ssl_error_log.

# Optional: Configuring OCSP and Additional Installation Requirements

CVM is now configured to run CRL status checking on an installation using the default settings. The optional configurations listed in this section describe how to enable CVM for OCSP service and how to configure CVM to fit your specific installation requirements.

## CVM and OCSP Service

By default, CVM is configured to run CRL status checking. You can enable CVM for OCSP service using the procedures in "Enabling CVM for OCSP Service" in Chapter 8. You can enable CVM with CRL checking or OCSP, but not both.

## Configuring CVM to Fit Other Installation Requirements

If you did not use the default values to install CVM, you must specify the CVM configuration values in the obj.conf file. See Appendix A, "CVM Configuration Values."

---

**IMPORTANT!**   Use only the options that are appropriate for your implementation. For example, use either url-prefix="<value>" or ocsp-url="<value>". Do not use both. Some options are used by Microsoft IIS or ISA only (noted in the **Description** column of Table A-1 in Appendix A, "CVM Configuration Values").

---

VERI-0021264

■ Managed PKI Certificate Validation and Parsing Guide

VeriSign, Inc. 00014726

VERI-0021265



The Value of Trust℠

# 7.    VeriSign Certificate Parsing Module (CPM)

VeriSign's Certificate Parsing Module (CPM) software suite extracts fields from (parses) client certificates presented to the Web server and makes that information available to certificate-enabled applications.

There are two CPM implementations, the server plug-in version and the programmer's library version. The library of CPM APIs allows you to extract fields from client certificates using your custom program.

This chapter describes CPM's components and functions, as well as the hardware and software requirements for using CPM. This chapter also provides installation and configuration procedures for CPM.

## Components of the CPM Software Suite

The files included with the CPM software suite are listed in Table 7-1.

Table 7-1  Files contained in CPM software suite

| File Name | Description |
|---|---|
| libcdrN3.so and libcdrN3.sl and cdrN3.dll | CPM server plug-in for iPlanet Enterprise servers. (This document uses the generic name cdrPLUGIN.so.) |
| egCDR.pl | Example CGI in Perl using CPM server plug-in. This CGI can be used to see certificate variables populated by the CPM plug-in. In the first line of the Perl script set the path to where the Perl executable is located. For example, #!/bin/perl. |
| egNsapiCDR.c | Example NSAPI in C for use with server plug-in; uses the CPM API. |

VERI-0021266

■ Managed PKI Certificate Validation and Parsing Guide

Table 7-1  Files contained in CPM software suite (Continued)

| File Name | Description |
|---|---|
| libcdr.so and libcdr.sl and cdr.dll | CPM programmer's library |
| cdr.h | C/C++ header file for use with programmer's library |
| cdrmain.c | C/C++ example for use with programmer's library |
| extparser.h | C/C++ header for use with programmer's library |

## Fields Extracted by CPM

The fields that CPM can extract from a certificate are listed in Table 7-2.

Table 7-2  CPM-extractable certificate fields

| Certificate Field | This Field Describes | Description |
|---|---|---|
| Name | Subject | Common name |
| E-mail | Subject | E-mail address |
| Address | Subject | Street address |
| Title | Subject | The subject's professional title |
| Unique ID | Certificate | Identifier unique to this certificate (typically the certificate serial number) |
| Organization | Subject | The subject's Organization (typically the name of the enterprise or government agency) |
| Organization Unit Count | Subject | Number of OUs in the certificate |
| Organization Unit | Subject | Organization Unit (OU) fields. The number of these fields is specified by the Subject **Organization Unit Count** field. |
| Country | Issuer | Country |
| Locality | Issuer | Locality |
| CN | Issuer | Common name |
| Organization | Issuer | The issuer's Organization (typically the name of the CA) |

56

VERI-0021267

Table 7-2  CPM-extractable certificate fields (Continued)

| Certificate Field | This Field Describes | Description |
|---|---|---|
| Organization Unit Count | Issuer | Number of OUs in the CA certificate |
| Organization Unit | Issuer | Organization Unit (OU) fields in the CA certificate. The number of these fields is specified by the Issuer **Organization Unit Count** field. |
| Not Before | Certificate | Beginning of certificate validity period |
| Not After | Certificate | End of certificate validity period |

**Note**  Not all certificates contain all of these fields. When a field is not present in the certificate, data is not returned.

Not all versions of CPM return all of these values. If your current version of CPM does not return a particular field, upgrade to the latest version.

# Programmer's Library File

CPM is available as a programmers library file for use with C, C++, and other programming languages.

VeriSign provides example CGI programs that use the programmer's library file for C and C++.

# CPM Implementations

VeriSign provides two CPM implementations:

- Server plug-in version (NSAPI)

- Programmer's library version — shared-object (*.so) file for UNIX systems or a dynamic-linked-library (*.dll) for Microsoft Windows WIN32 systems

For most sites, VeriSign recommends the server plug-in version (loaded at server startup and accessed during a client session) because it offers a considerably simpler interface and because it is upgraded by replacing a single file. The server plug-in can be used with any other server plug-ins and extensions such as servers,

VERI-0021268

■ **Managed PKI Certificate Validation and Parsing Guide**

## Table 7-4  Variable Names for Certificate Extension Names (Continued)

| Certificate Field | CGI Environment Variable Name | Server Plug-in Variable Name | Description |
|---|---|---|---|
| DirectoryName under Subject AltName | HTTP_VSCERT_EX_SAN_ DIRNAMEn | VSCERT_EX_SAN_ DIRNAMEn | DirectoryNames under SubjectAltName. The number of these fields is specified by the Directory Name Count under Subject AltName |
| DirectoryName Count under RFC822 | HTTP_VSCERT_EX_SAN_ RFC822COUNT | VSCERT_EX_SAN_ RFC822COUNT | Number of DirectoryNames under CDP cRLIssuer |
| DirectoryName Count under RFC822 | HTTP_VSCERT_EX_SAN_ RFC822n | VSCERT_EX_SAN_ RFC822n | Number of DirectoryNames under CDP cRLIssuer |
| DirectoryName Count under CDP FullName | HTTP_VSCERT_EX_SAN_DNSNAMECOUNT | VSCERT_EX_SAN_ DNSNAMECOUNT | Number of DirectoryNames under CDP cRLIssuer |
| DirectoryName Count under CDP FullName | HTTP_VSCERT_EX_SAN_DNSNAMEn | VSCERT_EX_SAN_ DNSNAMEn | Number of DirectoryNames under CDP cRLIssuer |
| DirectoryName Count under CDP FullName | HTTP_VSCERT_EX_SAN_URICOUNT | VSCERT_EX_SAN_ URICOUNT | Number of DirectoryNames under CDP cRLIssuer |
| DirectoryName Count under CDP FullName | HTTP_VSCERT_EX_SAN_URIn | VSCERT_EX_SAN_ URIn | Number of DirectoryNames under CDP cRLIssuer |
| DirectoryName Count under Universal Principle Name | HTTP_VSCERT_EX_SAN_UPNCOUNT | VSCERT_EX_SAN_ UPNCOUNT | Number of DirectoryNames under CDP cRLIssuer |
| DirectoryName Count under Universal Principle Name | HTTP_VSCERT_EX_SAN_UPNn | VSCERT_EX_SAN_ UPNn | Number of DirectoryNames under CDP cRLIssuer |

62

VeriSign, Inc. 00014726

VERI-0021273

Table 7-4  Variable Names for Certificate Extension Names (Continued)

| Certificate Field | CGI Environment Variable Name | Server Plug-in Variable Name | Description |
|---|---|---|---|
| DirectoryName Count under CDP FullName | HTTP_ VSCERT_EX_SAN_GUIDCOUNT | VSCERT_EX_SAN_ GUIDCOUNT | Number of DirectoryNames under CDP cRLIssuer |
| DirectoryName Count under CDP FullName | HTTP_ VSCERT_EX_SAN_GUIDn | VSCERT_EX_SAN_ GUIDn | Number of DirectoryNames under CDP cRLIssuer |
| DirectoryName Count under CDP FullName | HTTP_ VSCERT_EX_CDP_DPN_DIRNAMECOUNT | VSCERT_EX_CDP_ DPN_ DIRNAMECOUNT | Number of DirectoryNames under CDP FullName |
| DirectoryName under CDP FullName | HTTP_ VSCERT_EX_CDP_DPN_DIRNAMEn | VSCERT_EX_CDP_ DPN_DIRNAMEn | DirectoryNames under CDP FullName. The number of these fields is specified by the Directory Name Count under CDP FullName |
| DirectoryName Count under CDP FullName | HTTP_ VSCERT_EX_CDP_DPN_RFC822COUNT | VSCERT_EX_CDP DPN_RFC822COUNT | Number of DirectoryNames under CDP cRLIssuer |
| DirectoryName Count under CDP FullName | HTTP_ VSCERT_EX_CDP_DPN_RFC822n | VSCERT_EX_CDP_ DPN_RFC822n | Number of DirectoryNames under CDP cRLIssuer |
| DirectoryName Count under CDP FullName | HTTP_ VSCERT_EX_CDP_DPN_DNSNAMECOUNT | VSCERT_EX_CDP_ DPN_ DNSNAMECOUNT | Number of DirectoryNames under CDP cRLIssuer |
| DirectoryName Count under CDP FullName | HTTP_ VSCERT_EX_CDP_DPN_DNSNAMEn | VSCERT_EX_CDP_ DPN_DNSNAMEn | Number of DirectoryNames under CDP cRLIssuer |
| DirectoryName Count under CDP FullName | HTTP_ VSCERT_EX_CDP_DPN_URICOUNT | VSCERT_EX_CDP_ DPN_URICOUNT | Number of DirectoryNames under CDP cRLIssuer |

VeriSign, Inc. 00014726

VERI-0021274

■ Managed PKI Certificate Validation and Parsing Guide

Table 7-4  Variable Names for Certificate Extension Names (Continued)

| Certificate Field | CGI Environment Variable Name | Server Plug-in Variable Name | Description |
|---|---|---|---|
| DirectoryName Count under CDP FullName | HTTP_ VSCERT_EX_CDP_DPN_URIn | VSCERT_EX_CDP_ DPN_URIn | Number of DirectoryNames under CDP cRLIssuer |
| DirectoryName Count under CDP FullName | HTTP_ VSCERT_EX_CDP_DPN_UPNCOUNT | VSCERT_EX_CDP_ DPN_UPNCOUNT | Number of DirectoryNames under CDP cRLIssuer |
| DirectoryName Count under Universal Principle Name | HTTP_ VSCERT_EX_CDP_DPN_UPNn | VSCERT_EX_CDP_ DPN_UPNn | Number of DirectoryNames under CDP cRLIssuer |
| DirectoryName Count under CDP FullName | HTTP_ VSCERT_EX_CDP_DPN_GUIDCOUNT | VSCERT_EX_CDP_ DPN_GUIDCOUNT | Number of DirectoryNames under CDP cRLIssuer |
| DirectoryName Count under CDP FullName | HTTP_ VSCERT_EX_CDP_DPN_GUIDn | VSCERT_EX_CDP_ DPN_GUIDn | Number of DirectoryNames under CDP cRLIssuer |
| DirectoryName Count under CDP cRLIssuer | HTTP_ VSCERT_EX_CDP_CRL_DIRNAMECOUNT | VSCERT_EX_CDP_ CRL_ DIRNAMECOUNT | Number of DirectoryNames under CDP cRLIssuer |
| DirectoryName under CDP cRLIssuer | HTTP_ VSCERT_EX_CDP_CRL_DIRNAMEn | VSCERT_EX_CDP_ CRL_DIRNAMEn | DirectoryNames under CDP FullName. The number of these fields is specified by the DirectoryName Count under CDP cRLIssuer |
| DirectoryName Count under CDP FullName | HTTP_VSCERT_EX_CDP_CRL_RFC822COUNT | VSCERT_EX_CDP_ CRL_RFC822COUNT | Number of DirectoryNames under CDP cRLIssuer |
| DirectoryName Count under RFC822 | HTTP_VSCERT_EX_CDP_CRL_RFC822n | VSCERT_EX_CDP_ CRL_RFC822n | Number of DirectoryNames under CDP cRLIssuer |

64

VERI-0021275

Table 7-4  Variable Names for Certificate Extension Names (Continued)

| Certificate Field | CGI Environment Variable Name | Server Plug-in Variable Name | Description |
|---|---|---|---|
| DirectoryName Count under CRL | HTTP_ VSCERT_EX_CDP_CRL_DNSNAMECOUNT | VSCERT_EX_CDP_ CRL_ DNSNAMECOUNT | Number of DirectoryNames under CDP cRLIssuer |
| DirectoryName Count under CDP FullName | HTTP_ VSCERT_EX_CDP_CRL_DNSNAMEn | VSCERT_EX_CDP_ CRL_DNSNAMEn | Number of DirectoryNames under CDP cRLIssuer |
| DirectoryName Count under CDP FullName | HTTP_ VSCERT_EX_CDP_CRL_URICOUNT | VSCERT_EX_CDP_ CRL_URICOUNT | Number of DirectoryNames under CDP cRLIssuer |
| DirectoryName Count under CDP FullName | HTTP_ VSCERT_EX_CDP_CRL_URIn | VSCERT_EX_CDP_ CRL_URIn | Number of DirectoryNames under CDP cRLIssuer |
| DirectoryName Count under Universal Principle Name | HTTP_ VSCERT_EX_CDP_CRL_UPNCOUNT | VSCERT_EX_CDP_ CRL_UPNCOUNT | Number of DirectoryNames under CDP cRLIssuer |
| DirectoryName Count under Universal Principle Name | HTTP_ VSCERT_EX_CDP_CRL_UPNn | VSCERT_EX_CDP_ CRL_UPNn | Number of DirectoryNames under CDP cRLIssuer |
| DirectoryName Count under CDP FullName | HTTP_ VSCERT_EX_CDP_CRL_GUIDCOUNT | VSCERT_EX_CDP_ CRL_GUIDCOUNT | Number of DirectoryNames under CDP cRLIssuer |
| DirectoryName Count under CDP FullName | HTTP_ VSCERT_EX_CDP_CRL_GUIDn | VSCERT_EX_CDP_ CRL_GUIDn | Number of DirectoryNames under CDP cRLIssuer |

VeriSign, Inc. 00014726

VERI-0021276

Table 7-5 lists the CPM Server Plug-in Commands for retrieving the value of the certificate Name field using a CGI:

Table 7-5  CPM Server Plug-in Commands

| Language | Command |
|----------|---------|
| Perl | `$ENV{'HTTP_VSCERT_CN'}` |
| C or C++ | `getenv ("HTTP_VSCERT_CN");` |

# Using the Programmer's Library

The programmer's library exports an API. This API is defined using ANSI C prototypes in the header file (cdr.h) provided with CPM. The header file provides a complete definition of the API.

VeriSign provides C programming examples in cdrmain.c.

# Certificate Parsing Module API

Use the CPM APIs to extract fields from client certificates using your custom program.

## Supported Platforms

The API toolkit is available as a C/C++ library on Windows 2000, Solaris, and HP-UX. Programs using this API should link to the CPM shared library files according to platform:

- Solaris – libcdr.so

- HP-UX – libcdr.sl

- Windows – cdr.dll

## Operation

All of the functions take a base 64 encoded DER certificate in the form of a null-terminated string as their last parameter. The output strings (for example, char **commonNameString) should be passed in as the address of a (char *), not a (char **); Since organizationUnitStrings outputs an array of strings, it should be passed in as the address of a char **.

66

VERI-0021277

After calling any of the functions, you free the memory allocated by the function-set of the API by calling the CDR_Free function:

CDR_Free frees the memory that is allocated by the API.

Syntax:

```
void CDR_Free (char *pointer)
```

Parameters:

`pointer:` This is the pointer to the data that is to be freed.

Return Values:

None

## CPM API Function Descriptions

### int GetCommonNameStringAlloc

**Description**

This function gets the subject common name.

**Syntax**

```
int GetCommonNameStringAlloc (char **commonNameString, char
*b64CertDER)
```

**Parameters**

`b64CertDER`: The base 64-encoded cert DER.

**Output Parameters**

`commonNameString`: The subject common name.

**Return Values:**

`0:` On successful initialization.

`error-code:` On error, refer to error codes in Table 7-6 on page 72.

### int GetEmailAddressStringAlloc

**Description**

This function gets the subject e-mail address.

VERI-0021278

■ Managed PKI Certificate Validation and Parsing Guide

**Syntax**

```
int GetEmailAddressStringAlloc (char **emailAddressString,
char *b64CertDER)
```

**Parameters**

`b64CertDER`: The base 64-encoded cert DER.

**Output Parameters**

`emailAddressString`: The subject's e-mail address.

**Return Values:**

`0`: On successful initialization

`error-code`: On error, refer to error codes in Table 7-6 on page 72.

## int GetAddressStringAlloc

**Description**

This function gets the subject street address.

**Syntax**

```
int GetAddressStringAlloc (char **addressString, char
*b64CertDER)
```

**Parameters**

`b64CertDER`: The base 64-encoded cert DER.

**Output Parameters**

`addressString`: The subject's street address.

**Return Values:**

`0`: On successful initialization

`error-code`: On error, refer to error codes in Table 7-6 on page 72.

## int GetUniqueIDStringAlloc

**Description**

This function gets the unique identifier of the certificate (typically the certificate serial number).

68

VeriSign, Inc. 00014726

VERI-0021279

**Syntax**

```
int GetUniqueIDStringAlloc (char **uniqueIDString, char
*b64CertDER)
```

**Parameters**

`b64CertDER`: The base 64 encoded cert DER.

**Output Parameters**

`uniqueIDString`: The unique identifier of the certificate.

**Return Values:**

`0`: On successful initialization

`error-code`: On error, refer to error codes in Table 7-6 on page 72.

## int GetOrganizationUnitStringsAlloc

**Description**

This function gets the subject Organization Unit (OU) fields.

**Syntax**

```
int GetOrganizationUnitStringsAlloc (char
***ouStrings,char *b64CertDER)
```

**Parameters**

`b64CertDER`: The base 64 encoded cert DER.

**Output Parameters**

`ouStrings`: The array of Organization Units.

**Return Values:**

`0`: On successful initialization

`error-code`: On error, refer to error codes in Table 7-6 on page 72.

## int GetOrganizationString

**Description**

This function gets the subject's Organization (typically the name of the enterprise or government agency).

VERI-0021280

■ Managed PKI Certificate Validation and Parsing Guide

### Syntax

```
int GetOrganizationString (char **organizationString, char
*b64CertDER)
```

### Parameters

`b64CertDER`: The base 64 encoded cert DER.

### Output Parameters

`organizationString`: This is the organization string.

### Return Values:

`0`: On successful initialization

`error-code`: On error, refer to error codes in Table 7-6 on page 72.

## int GetAllFieldsAlloc

### Description

This function gets all fields listed in the following syntax.

### Syntax

```
int GetAllFieldsAlloc (char **emailAddressString, char
**commonNameString, char **uniqueIDString, char
**addressString, char ***ouStrings, int *ouCount, char
*b64CertDER)
```

### Parameters

`b64CertDER`: The base 64 encoded cert DER.

### Output Parameters

`emailAddressString`: The subject's e-mail address.

`commonNameString`: The subject's common name.

`uniqueIDString`: The unique identifier of the certificate.

`addressString`: The subject's street address.

`ouStrings`: The array of Organization Units.

`ouCount`: The count of Organization Units.

70

VeriSign, Inc. 00014726

VERI-0021281

**Return Values:**

0: On successful initialization

error-code: On error, refer to error codes in Table 7-6 on page 72.

## int VSGetAllFieldsAlloc

### Description

This function gets all of the VeriSign fields in the following syntax.

### Syntax

```
int VSGetAllFieldsAlloc (char **emailAddress, char
**commonName, char **title, char **uniqueID, char **address,
char **organization, char ***organizationUnits, int
*orgUnitCount, char **issuerOrganization, char
**issuerLocality, char **issuerCountry, char
**issuerCommonName, char ***issuerOrganizationUnits, int
*issuerOrgUnitCount, char **notBefore, char **notAfter,
VSCertV3Extensions_MV *v3Extensions, char *b64CertDER);
```

### Parameters

b64CertDER: The base 64 encoded cert DER.

### Output Parameters

emailAddress: The subject e-mail address.

commonName: The subject common name.

title: The title of the certificate.

uniqueID: The unique identifier of the certificate.

address: The subject street address.

organization: The subject's organization.

organizationUnits: The subject's organization unit fields.

VeriSign, Inc. 00014726

VERI-0021282


The Value of Trust™

# 8.    Online Certificate Status Protocol (OCSP)

VeriSign's Online Certificate Status Protocol (OCSP) services enable users and applications to determine the status (valid, revoked, suspended, expired, or unknown) of a particular certificate in real time.

In practice, an end-user application implements an OCSP client (such as the VeriSign Certificate Validation Module—CVM—Web server plug-in) that issues a status request to an OCSP responder at VeriSign when an end-user certificate is presented for access to a secure Web resource. The client suspends acceptance of the certificate until the responder sends a response (digitally signed by VeriSign) indicating the certificate's status.

OCSP determines only the status of the certificate. The application program is responsible for verifying that the end user represented by the certificate has proper authorization to access the resource.

## Background

As a security measure, all digital certificates have a limited lifetime (the operational period), typically one year. When the operational period passes, the certificate expires and becomes invalid. The owner of an invalid certificate should no longer use the certificate, and the certificate is no longer considered trustworthy.

There are other situations in which a certificate should become invalid. For example, when a user terminates his or her employment, or there has been a loss or compromise of the private key, the certificate administrator or the user must request that VeriSign revoke the certificate. Revocation invalidates a certificate by permanently ending the operational period. When you request revocation of a certificate, or when the certificate expires, VeriSign promptly revokes the

VERI-0021284

■ **Managed PKI Certificate Validation and Parsing Guide**

certificate and updates its certificate Repository to indicate that the certificate is invalid.

Certificate suspension, another form of invalidation (available only to the OCSP service), is a temporary revocation. A suspended certificate appears as a revoked certificate to an OCSP request, and does not appear in a CRL. Unlike a revoked certificate, a suspended certificate can be returned to valid status.

The intent of invalidating a certificate is to ensure that, when an invalid certificate is used to sign or encrypt a message, all recipients can be made aware that the certificate was revoked, and can thus no longer be trusted. To be able to alert a user that a particular certificate is invalid, application programs must be provided a mechanism for determining validity status. The process of determining status is also referred to as revocation checking.

## Contrasting OCSP and CRL Services

Because VeriSign's OCSP Services provide real-time, on-demand responses for particular certificates, OCSP presents some advantages over CRL services. These factors might enable a developer to create a simpler OCSP client application than an equivalent application using CRLs. VeriSign's OCSP Services present the following advantages:

- There is no need to store CRLs. Over time, CRLs become larger. (VeriSign mitigates this issue by providing partial CRLs that include only some revocation information.) An application that encounters certificates from multiple CAs must store at least one CRL for each CA.

- OCSP can be configured to log all OCSP transactions and provide a report of these transactions to the certificate administrator.

- OCSP services enable the certificate administrator to suspend a certificate as an alternative to revocation. A suspended certificate appears as a revoked certificate to an OCSP request, and does not appear in a CRL. Unlike a revoked certificate, a suspended certificate can be returned to *valid* status.

---

**Note**   Because OCSP services are real-time, their use requires an Internet connection.

---

74

VeriSign, Inc. 00014726

**VERI-0021285**

# How VeriSign OCSP Services Works with CVM

In the following example, the OCSP client application running CVM sends an OCSP request for certificate status to VeriSign's OCSP responder whenever an end user requests access to protected Web sites or other resources. If the OCSP responder indicates that the certificate is valid, the application determines whether the user presenting the certificate is allowed access to the resource. If the response is revoked, suspended, expired or unknown, the application denies access to the resource. Figure 8-1 illustrates this process.



Figure 8-1  OCSP process

The following is a step-by-step description of the OCSP process. The steps match the steps in Figure 8-1.

1   A user presents a request to access a protected resource, or to perform a transaction with your OCSP client application running the Certificate Validation Module (CVM). The request can be signed with the private key corresponding to the user's certificate.

VeriSign, Inc. 00014726

VERI-0021286

■ Managed PKI Certificate Validation and Parsing Guide

2   The OCSP client (running CVM) verifies that the certificate chain and signature are correct.

3   The OCSP client then composes and sends an OCSP request to VeriSign's OCSP responder.

4   The OCSP responder obtains the certificate status in real time from VeriSign's certificate status database.

5   The OCSP responder generates an OCSP response that states the certificate status, digitally signs the response, and sends it to the OCSP client.

6   The OCSP client verifies the signature of the OCSP responder to determine that the response is legitimate.

7   If the response states that the certificate is valid, the OCSP client application verifies that the user is authorized for access to the resource. If authorized, the OCSP client grants the user access to the requested resource.

**Note**   OCSP verifies only the status (valid, revoked, suspended, expired, or unknown) of a certificate presented. The Web site or network resource must still verify that the certificate provides the proper authorization for the end user to access the resource.

If the response is revoked, unknown, expired, or suspended, the OCSP client denies access and displays the appropriate message:

■   If the OCSP response states that the certificate is revoked, CVM displays the default message Certificate Revoked.

■   If the OCSP response is unknown, CVM displays the default message Server Error: Revocation Unknown.

■   If the OCSP response states the certificate is expired, CVM displays the default message Certificate Expired. If the OCSP responder certificate is expired, CVM displays the same error message and writes this to the log file.

■   If the OCSP response returns any other non-valid status, CVM displays the default message Server Error: Certificate Failed. CVM writes additional information about this error to the log file.

VeriSign, Inc. 00014726

VERI-0021287

# Enabling CVM for OCSP Service

You configure how CVM accepts or rejects OCSP responses: Implicitly or explicitly.

- With implicit trust, you set CVM to trust the CA that issued the OCSP responder certificate. CVM will trust any OCSP response signed by any certificate issued by that CA.

- With explicit trust, you set CVM to trust the specific OCSP responder certificate that signed the response. Explicit trust ensures that CVM only accepts OCSP responses signed by a certificate you set as trusted.

**Note** VeriSign recommends that you set explicit trust for greater security.

You must obtain an OCSP responder certificate and configure CVM for OCSP service to enable CVM to work with VeriSign's OCSP service. Follow these steps:

**Step 1**    Obtain an OCSP responder certificate

The OCSP responder uses a responder certificate to digitally sign the OCSP responses returned to CVM. CVM is configured to trust the responses signed by this certificate. Obtain and load the OCSP responder certificate by completing the following procedures:

1. On the *Certificate Management* page of the Managed PKI Control Center, click **Configuration**.

2. Click the **Download OCSP certificate** link to show the *Download OCSP Responder Certificate* page.

3. Click the **Click here** link to download the OCSP responder certificate.

4. Save the resulting certificate file as responder.crt.

**Step 2**    Configure CVM for OCSP service

Follow these steps to configure CVM for OCSP service.

**Note** HTTPS is not supported for these OCSP clients.

VeriSign, Inc. 00014726

VERI-0021288

■ Managed PKI Certificate Validation and Parsing Guide

1    Add the URL for the OCSP service to CVM:

- **Microsoft Internet Information Server:** Add the URL for the OCSP service to CVM by specifying the following in the OcspUrl input field of valConfig.exe.

    ```
    http://onsite-ocsp.verisign.com
    ```

- **Netscape/iPlanet Enterprise Server:** Add the URL for the OCSP service to CVM by adding the following value to the obj.conf file:

    ```
    ocsp-url="http://onsite-ocsp.verisign.com"
    ```

- **Stronghold Secure Web Server:** Add the URL for the OCSP service to CVM by adding the following value to the httpd.conf file:

    ```
    VSVAL_SetOpt ocsp-url "http://onsite-ocsp.verisign.com"
    ```

2    If the Web server on which CVM is installed does not have a direct route available to the OCSP responder, you may need to configure the http-proxy option. If a proxy is specified, it is used for outgoing OCSP requests. Configure this option when you use valConfig.exe obj.conf or httpd.conf to configure CVM parameters. Refer to Appendix A, "CVM Configuration Values", for details on configuring valConfig.exe.

3    Set up implicit or explicit trust:

Add the certificate and chain to be trusted to the val_config.txt configuration file. This chain should terminate in a self-signed root certificate (which is also required in the configuration file). This chain is typically two certificates deep; the OCSP signer certificate is issued by a self-signed root. Each certificate should have a separate entry in val_config.txt.

- To enable implicit trust, add the certificate that issued the OCSP responder certificate and all other certificates in the chain (to enable implicit trust).

- To enable explicit trust, also add the OCSP responder certificate.

Example additions to val_config.txt:

```
-----------

# PCA1 ROOT, uses file-prefix
ENTRY=CERT FILE DER ROOT
READ=pca1ss.509
```

VERI-0021289

```
# OCSP Responder certificate

ENTRY=CERT FILE DER

READ=Responder.crt

- - - - - - - - - - -
```

**Note**   When the OCSP responder certificate expires, you must renew the certificate and update the val_config.txt configuration file.

VERI-0021290

■ Managed PKI Certificate Validation and Parsing Guide

80

VeriSign, Inc. 00014726

VERI-0021291



# A.    CVM Configuration Values

This appendix contains the values of Init.fn for configuring CVM with obj.conf, valConfig.exe, or httpd.conf. Some parameters are used by Microsoft IIS only; such parameters are noted in the *Description* column of Table A-1.

For iPlanet Server (on Windows, Solaris or HP-UX), use forward slashes (/). For Stronghold (Solaris, HP-UX, and Linux) use forward slashes (/). For IIS (on Windows) use backslashes (\).

Table A-1  Arguments to Init.fn for configuring CVM with obj.conf, valConfig.exe or httpd.conf

| Parameter | Description | Sample Value |
|---|---|---|
| cfg-filename | **Required**<br>The configuration file that CVM should read | For Windows:<br>C:\VeriSign\cvm\config\val_config.txt<br>For Solaris, HP-UX, and Linux::<br>/VeriSign/cvm/config/val_config.txt |
| file-prefix | **Required**<br>The directory containing certificates and CRLs | For Windows:<br>C:\VeriSign\cvm\certcache<br>For Solaris, HP-UX, and Linux:: ·<br>/VeriSign/cvm/certcache |

VERI-0021292

Table A-1  Arguments to Init fn for configuring CVM with obj.conf, valConfig.exe or httpd.conf (Continued)

| Parameter | Description | Sample Value |
|---|---|---|
| url-prefix<br><br>CRL status checking only | The URL prefix to be prepended to URL locations | See Appendix B, "Downloading Certificate Revocation Lists," for value. |
| ocsp-url<br><br>OCSP status checking only | The URL CVM uses to access VeriSign's OCSP responder | http://onsite-ocsp.verisign.com |
| cache-dir | **Required**<br><br>The local directory in which downloaded certificates and CRLs are stored.<br><br>cache-dir must be an existing directory. CVM does not create the directory if it does not exist. The Web server must have write access to this directory. If there is a problem with this directory, CVM attempts to use a system-wide temp directory. | Enter the correct directory. For example:<br>For NT:<br>C:\VeriSign\cvm\certcache\<br>For Solaris, HP-UX, and Linux::<br>/VeriSign/cvm/certcache |
| log-security | Should access denials be logged by the server plug-in? | on or off, as appropriate. |
| log-info | Should info messages be logged by the server plug-in? | on or off, as appropriate. |
| default-ldap | The default LDAP server, containing certificates and CRLs.<br><br>default-ldap specifies the name of an LDAP server that contains certificates and CRLs. If a CRL is required to verify a client certificate, and the configuration file does not specify the location of that CRL, an LDAP query is sent to this server. If default-ldap is unspecified, the plug-in looks up the CRL directly from VeriSign. If you wish to disable this behavior, set default-ldap="".<br><br>**Note**   The plug-in may not query the LDAP server if the configuration file specifies locations for some, but not all, of the required certificates or CRLs. If your system is behind a firewall, see the description of ldap-http-proxy. | Enter the correct directory. For example:<br>directory.verisign.com |

VeriSign, Inc. 00014726

VERI-0021293

Case 1:05-cv-00214-JJF    Document 427-5    Filed 02/22/2007    Page 40 of 51

Table A-1  Arguments to Init fn for configuring CVM with obj.conf, valConfig.exe or httpd.conf (Continued)

| Parameter | Description | Sample Value |
|---|---|---|
| update-hours | Frequency of CRL updates (in hours).<br><br>update-hours provides a method for automatically reacquiring CRLs—even if they have not yet expired. Each time the plug-in checks a certificate, it gets the current time. If a CRL update has not occurred within the time period specified by update-hours, the plug-in refreshes all CRLs. For example, to automatically refresh CRLs every day, set update-hours="24". (If Premium Revocation is purchased, set update-hours="1").<br><br>If you do not want the plug-in to automatically refresh CRLs that have not yet expired, leave update-hours out of the obj.conf and httpd.conf files, or leave the line empty in valConfig. Do not set update-hours to 0, as this causes the plug-in to reacquire CRLs for every transaction. | Enter the number of hours. For example:<br><br>24 |
| no-check-chain | no-check-chain applies only to CRL status checking. If set to "on", only the CRL corresponding to the lowest CA in the hierarchy is searched; otherwise the CRL corresponding to each CA in the chain is searched. This setting also implies that only the CRL corresponding to the lowest CA in the hierarchy needs to be present in the trust configuration (val_config.txt) for CVM to work.<br><br>Set no-check-chain if there is no CRL available for the root certificate. This is useful if you operate a private CA. When no-check-chain is set, the certificate chain is followed until a valid root is found. However, only the CRL for the issuing CA is used when verifying the validity of the user certificate. The plug-in cannot revoke intermediate CAs when this option is used.<br><br>Note: Setting no-check-chain="on" applies to the CRL chain only. A valid CA certificate chain is always required to validate the signature on a CRL. | on (recommended for Managed PKI Private accounts)<br><br>off (highly recommended that Managed PKI Public accounts do not use this parameter) |

VERI-0021294

Table A-1  Arguments to Init fn for configuring CVM with obj.conf, valConfig.exe or httpd.conf (Continued)

| Parameter | Description | Sample Value |
|---|---|---|
| error-cgi | (Optional) The name of the CGI program to run when access is denied.<br><br>error-cgi specifies a customized error page that is displayed whenever access to your Web site is denied. If the default page is adequate, leave error-cgi out of the obj.conf file or leave the line empty in valConfig.exe.<br><br>error-cgi redirects users with revoked certificates to a non-SSL enrollment page. certStatus.csh and certStatus.pl show examples of error-cgi use.<br><br>For example, if error-cgi is set to **http://mypc.company.com/cgi-bin/certStatus.csh**, the CGI script certStatus.csh is called when a certificate problem prevents access to the Web site. Ensure that the value begins with "http:" or "https:" or the plug-in considers it a local file. The plug-in passes the certificate status code in the query string (such as http://mypc/cgi-bin/certStatus.csh?3).<br><br>**Note**  Ensure that the error-cgi value is not one of the protected URLs. | Enter the appropriate path to the CGI error program. For example:<br><br>**http://mypc.company.com/cgi-bin/certStatus.csh** |
| http-proxy | (Optional) The name of the HTTP proxy server used to access the Internet.<br><br>http-proxy specifies an HTTP proxy server through which to connect to the Internet. If you are not using a proxy, leave http-proxy out of the obj.conf file or leave the line empty in valConfig. When the plug-in retrieves HTTP URLs, it routes its requests through this server. If the proxy server is running on a port other than the default (80), you can specify that port by adding ":port" after the server name. | Enter the appropriate server name and port value. For example:<br><br>proxy or proxy:85 |

VERI-0021295

Table A-1  Arguments to Init fn for configuring CVM with obj.conf, valConfig.exe or httpd.conf (Continued)

| Parameter | Description | Sample Value |
|---|---|---|
| ldap-http-proxy | (Optional) Specifies an HTTP server that will proxy LDAP lookups. This can be used to automatically acquire CRLs from an LDAP directory when behind a firewall.<br><br>If you are not using a proxy, leave ldap-http-proxy out of the obj.conf file or leave the line empty in valConfig. You can use ldap-http-proxy in conjunction with http-proxy to access an LDAP proxy server on the Internet. If the proxy server is running on a port other than the default (80), you can specify that port by adding ":port" after the server name. | Enter the appropriate LDAP server name and port value. For example:<br><br>proxy or proxy:85 |
| log-file-name | (IIS only.) The name of the log file to which the plug-in should write.<br><br>This is the Microsoft IIS plug-in's buffered log file for informational and security messages. While the server is running, results may not appear in the log for a long time. You must stop the Web publishing service to flush the contents of the file to the disk file. | Enter the appropriate file name. For example:<br><br>C:\VeriSign\cvm\log\cvm.log |
| protected-dirs | (IIS only.) Specifies the URL prefixes to be protected with CVM. You can specify as many prefixes as you wish. Separate prefixes with semicolons. | For example:<br><br>protected-dirs="/protected;/vs admin;/protected-cgi"<br><br>Protecting a parent prefix automatically provides the same protection to the child prefix. For example, protecting /prefix1 also protects /prefix1/sub1 and /prefix1/sub1/sub2. |
| isa-install | (ISA only) Specifies whether CVM is installed on an ISA server. A value of 1 means CVM is installed on an ISA server. The default value is 0. |  |

VERI-0021296

■ Managed PKI Certificate Validation and Parsing Guide

VeriSign, Inc. 00014726

VERI-0021297



**The Value of Trust**

# B.   Downloading Certificate Revocation Lists

In its role as a Certification Authority, VeriSign publishes certificate revocation information in the form of Certificate Revocation Lists (CRLs). VeriSign regularly updates and makes available to the public its CRL for each VeriSign CA.

You have two options for downloading CRLs from VeriSign: through the Managed PKI Control Center, or directly from a secure Web page. Downloading the CRL from the Managed PKI Control Center meets the needs of the majority of Managed PKI installations. However, if you use an application such as VeriSign's CVM to automatically download the CRL, you need to configure the application with the appropriate URL.

This appendix lists the secure Web page URLs for Managed PKI Public and Managed PKI Private hierarchies. Procedures for configuring CVM with these URLs are provided in Chapter 3, Chapter 5, and Chapter 6. If you use a third-party application to download and check CRLs, refer to the documentation provided with that application for configuration procedures.

## Managed PKI Public

If you have a Managed PKI Public hierarchy, use the following URLs to access the root and intermediate CA CRLs.

VERI-0021298

## Production System

- PCA2 root CA CRL (PKCS#7 format)

  **http://onsitecrl.verisign.com/OnSitePublic/pca2.crl**

- PCA2 intermediate CA (PKCS#7 format)

  **http://onsitecrl.verisign.com/OnSitePublic/LatestCRL**

- PCA2 intermediate CA (X.509 format)

  **http://onsitecrl.verisign.com/OnSitePublic/LatestCRL.crl**

- PCA2 intermediate CA CRL LDIF file (PKCS#7 in base 64 format)

  **http://onsitecrl.verisign.com/OnSitePublic/LatestCRL.ldif**

- PCA2 intermediate CA CRL ldif file (X.509 in base 64 format)

  **http://onsitecrl.verisign.com/OnSitePublic/LatestCRL.509.ldif**

## Pilot System

- Test C2 intermediate CA CRL (PKCS#7 format)

  **http://pilotonsitecrl.verisign.com/OnSitePublic/LatestCRL**

- Test C2 intermediate CA CRL (X.509 format)

  **http://pilotonsitecrl.verisign.com/OnSitePublic/LatestCRL.crl**

- Test C2 intermediate CA CRL ldif file (PKCS#7 in base 64 format)

  **http://pilotonsitecrl.verisign.com/OnSitePublic/LatestCRL.ldif**

- Test C2 intermediate CA CRL ldif file (X.509 in base 64 format)

  **http://pilotonsitecrl.verisign.com/OnSitePublic/LatestCRL.509.ldif**

## Managed PKI Private

If you have a Managed PKI Private hierarchy, use the following URLs to access
the root and intermediate CA CRLs.

VeriSign, Inc. 00014726

VERI-0021299

## Production System

- Private CA CRL (PKCS#7 format)

  http://onsitecrl.verisign.com/<YourJurisdiction>/LatestCRL

- Private CA CRL (X.509 format)

  http://onsitecrl.verisign.com/<YourJurisdiction>/LatestCRL.crl

- Private CA CRL ldif file (PKCS#7 in base 64 format)

  http://onsitecrl.verisign.com/<YourJurisdiction>/LatestCRL.ldif

- Private CA CRL (X.509 in base 64 format)

  http://onsitecrl.verisign.com/<YourJurisdiction>/LatestCRL.509.ldif

## Pilot System

- Private CA CRL (PKCS#7 format)

  http://pilotonsitecrl.verisign.com/<YourJurisdiction>/LatestCRL

- Private CA CRL (X.509 format)

  http://pilotonsitecrl.verisign.com/<YourJurisdiction>/LatestCRL.crl

- Private CA CRL ldif file (PKCS#7 in base 64 format)

  http://pilotonsitecrl.verisign.com/<YourJurisdiction>/LatestCRL.ldif

- Private CA CRL ldif file (X.509 in base 64 format)

  http://pilotonsitecrl.verisign.com/<YourJurisdiction>/LatestCRL.509.ldif

VERI-0021300

■ Managed PKI Certificate Validation and Parsing Guide

VeriSign, Inc. 00014726

VERI-0021301

# Index

**B**

base64 **13, 29, 39, 50**

**C**

CA
*see* Certification Authority
Certificate Parsing Module **2, 55**
API error codes **72**
extracting fields **56**
implementations **57**
programmer's API **57**
programmer's library **58**
server plug-in **59**
server plug-in version **58**
software suite files **55**
using programmer's library **66**
Certificate Revocation Lists **1**
downloading **87**
Managed PKI Private **88**
status checking **6**
updates **83**
URLs for downloading **87**
Certificate Validation Module **1, 5**
and HTTP servers **6**
and LDAP servers **6**
components of **5**
configuration program for Microsoft IIS **11, 27**
configuring with httpd.conf **3**
configuring with obj.conf file **3**
configuring with valConfig.exe **3**
ENTRY line **13, 29, 39, 50**
functions **6**
HP-UX versions **5**

installing and configuring the CVM for Microsoft IIS **10, 26**
installing and Configuring the CVM for Netscape/iPlanet **34**
installing and Configuring the CVM for Stronghold **44**
installing as a global filter **18, 21**
installing as a local filter **15**
log data **7**
obtaining the CVM files **9, 25, 33, 44**
Online Certificate Status Protocol **75**
READ Line **13, 29, 39, 51**
sample configuration files **29, 40, 51**
Trust Configuration File for Microsoft IIS **12, 39, 50**
Trust Configuration File for Microsoft ISA **28**
Windows versions **5**
certificates
See Online Certificate Status Protocol
Certification Authority **1, 87**
configuring OCSP and additional installation requirements
Microsoft IIS **24, 32**
Stronghold **53**
SunONE Enterprise Server **41**
configuring the CVM to fit other installations
IIS **24, 32**
Netscape/iPlanet **42**
Stronghold **53**
CPM
*see* Certificate Parsing Module
CRL
*see* Certificate Revocation List
CVM
*see* Certificate Validation Module

VERI-0021302

**D**

DSO support **46**

**E**

error codes **72**
explicit trust **78**

**H**

HP-UX **35**
    binaries **45**
    files **5**
    LDAP library **5**
    versions **5**
HTTP
    servers, and Certificate Validation
        Module **6**
httpd.conf
    configuring Certificate Validation
        Module with **3**

**I**

IIS
    *see* Microsoft Internet Information
        Server
ISAPI Filters **20, 21, 22**

**L**

LDAP
    library for Solaris, HP-UX, Windows **5**
    OpenLDAP libraries for Linux **5**
    servers, and Certificate Validation
        Module **6**
Linux
    binaries **45**
    files **5**
    OpenLDAP libraries **5**
    server configuration file **46**
lMicrosoft Internet Information Server
    ocal filter **15**

**M**

Managed PKI Private
    pilot system CRLs **89**
    production system CRLs **89**
    URLs **88**
Managed PKI Public
    pilot system CRLs **88**
    production system CRLs **88**
    URLs **87**
Managed PKI Services
    private **5**
    public **5**
Microsoft Internet Information Server
    configuring for CVM **10—24**
    global filter **18, 21**
    sample configuration files **13**
    valConfig.exe **8**
Microsoft Internet Security and
    Acceleration Server
    configuring for CVM **26—31**
Microsoft ISA Management Console **26**
Microsoft Management Console **10**
MMC
    *see* Microsoft Management Console

**N**

Netscape/iPlanet Enterprise Server
    *see* SunONE Enterprise Server

**O**

obj.conf file
    configuring Certificate Validation
        Module with **3**
obj.conf file, values for **81**
OCSP
    *see* Online Certificate Status Protocol
Online Certificate Status Protocol **1**
    advantages over CRL services **74**
    Certificate Validation Module **75**
    explicit trust **78**
    implicit trust **78**

VeriSign, Inc. 00014726

VERI-0021303

request **76**
responder **1**, **75**
responder certificate **77**
response **7**, **76**
status checking **7**
verifying status **76**
operational period **73**

**P**

Pilot **29**, **40**
Pilot Managed PKI **13**
Premium Revocation Service **1**

**R**

related documents **3**
repository **74**
root certificates **28**
specifying **12**, **39**, **50**

**S**

Secure Sockets Layer **11**
configuration **27**, **35**, **45**
operation **7**
service
CRL **74**
OCSP **74**
Solaris **35**, **45**
binaries **35**, **45**
files **5**
LDAP library **5**
SSL
*see* Secure Sockets Layer
status checking
Certificate Revocation List **6**
Online Certificate Status Protocol **7**
Stronghold **43**

configuration file, Stronghold 3 **45**
configuration file, Stronghold 4 **46**
configuring CVM for **43**—**53**
httpd.conf **8**
log file, Stronghold 3 **43**
log file, Stronghold 4 **43**
supported platforms, Stronghold 4 **43**
SunONE Enterprise Server
binaries **35**
configuring for CVM **34**—**41**
obj.conf file **8**
SunONE Enterprise Server 4.x **36**
SunONE Enterprise Server 6.x **37**

**T**

trust
explicit **78**

**U**

URLs
download CRL **87**
Managed PKI Private **88**
Managed Public **87**

**V**

valConfig.exe **27**, **81**
configuring Certificate Validation
Module with **3**
path to **11**

**W**

Windows
binaries **35**
files **5**
LDAP library **5**
versions **5**

VeriSign, Inc. 00014726

VERI-0021304

■ Managed PKI Certificate Validation and Parsing Guide

VeriSign, Inc. 00014726

VERI-0021305