# Exhibits 7-9
# Redacted in entirety