IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| PRISM TECHNOLOGIES LLC,<br><br>    Plaintiff,<br><br>v.<br><br>VERISIGN, INC., RSA SECURITY, INC., NETEGRITY, INC., COMPUTER ASSOCIATES INTERNATIONAL, INC., and JOHNSON & JOHNSON SERVICES, INC.,<br><br>    Defendants. | Civil Action No. 05-214 JJF<br>Jury Trial Demanded |

### DEFENDANTS' SECOND SUPPLEMENTAL JOINT 35 U.S.C. §282 NOTICE

Pursuant to 35 U.S.C. §282, Defendants VeriSign, Inc., RSA Security, Inc., Netegrity, Inc., Computer Associates International, Inc., and Johnson & Johnson Services, Inc. (collectively, "Defendants") hereby supplement their Joint 35 U.S.C. § 282 Notice and identify the attached references in support of their positions regarding invalidity and/or non-infringement of U.S. Patent No. 6,516,416. *See* Attachment A.[1]

Good cause exists to supplement this Notice because the new references were only recently discovered, and not previously available to the Defendants. Moreover, there can be no prejudice to Prism Technologies LLC ("Prism"). No trial date has yet been set. Indeed, the Court has yet to rule on claim construction. Expert discovery has not yet begun. Under the current Scheduling Order, Defendants' opening expert report on invalidity is not due until 30 days after the Court's ruling on claim construction.

Defendants reserve the right to supplement this Notice with additional references, including without limitation references that may come to the attention of Defendants during

---

[1] For each item listed in Attachment A, Defendants additionally designate all references cited therein, including any patents, publications, or related authors thereto. Defendants further designate all assignees of any patent and sponsoring employers of authors of any publication.

subsequent discovery, at least thirty days prior to trial in this matter, as explicitly provided by statute.

Date: March 12, 2007

Respectfully submitted,

/s/Patricia S. Rogowski
Patricia Smink Rogowski
Delaware Bar ID 2632
CONNOLLY, BOVE, LODGE & HUTZ LLP
The Nemours Building
1007 North Orange Street
PO Box 2207
Wilmington DE 19899
Telephone: (302) 658-9141
Fax: (302) 658-5614

*Of Counsel:*

Edward F. Mannino
Jason A. Snyderman
John D. Simmons
AKIN GUMP STRAUSS HAUER & FELD LLP
One Commerce Square, Suite 2200
2005 Market Street
Philadelphia, PA 19103
Telephone: (215) 965-1200
Fax: (215) 965-1210

Frank C. Cimino, Jr.
Daniel Yonan
AKIN GUMP STRAUSS HAUER & FELD LLP
Robert S. Strauss Building
1333 New Hampshire Avenue, NW
Washington, DC 20036-1564
Telephone: (202) 887-4000
Fax: (202) 887-4288

*Counsel for VeriSign, Inc.*

>	*/s/ Richard L. Horwitz*
>	Richard L. Horwitz (#2246)
>	David E. Moore (#3983)
>	POTTER ANDERSON & CORROON LLP
>	Hercules Plaza, 6th Floor
>	1313 N. Market Street
>	P.O. Box 951
>	Wilmington, DE  19899-0951
>	Telephone:  (302) 984-6000

OF COUNSEL

David M. Schlitz
BAKER BOTTS L.L.P.
1299 Pennsylvania Ave., N.W.
Washington, DC  20004-2400
Telephone:  (202) 639-7700

Samir A. Bhavsar
Jeffrey D. Baxter
BAKER BOTTS L.L.P.
2001 Ross Avenue
Dallas, TX  75201-2980
Telephone:  (214) 953-6500

>	*Counsel for Computer Associates*
>	*International, Inc. and Netegrity Inc.*

|  |  |
|---|---|
| | /s/ John G. Day |
| | Steven J. Balick (# 2114) |
| | John G. Day (#2403) |
| | ASHBY & GEDDES |
| | 222 Delaware Avenue, 17th Floor |
| | P.O. Box 1150 |
| | Wilmington, DE 19899 |
| | Telephone: (302) 654-1888 |
| *Of Counsel:* | |
| John M. DiMatteo | |
| Neal K. Feivelson | |
| Leslie M. Spencer | |
| WILLKIE FARR & GALLAGHER LLP | |
| 787 Seventh Avenue | |
| New York, NY 10019-6099 | |
| Telephone: (212) 728-8000 | |
| | *Counsel for Johnson & Johnson Services Inc.* |

                                                  */s/ Frederick L. Cottrell, III*
                                         Frederick L. Cottrell, III (#2555)
                                         cottrell@rlf.com
                                         Richards, Layton & Finger, P.A.
                                         One Rodney Square
                                         Post Office Box 551
                                         Wilmington, DE 19899
                                         Telephone: (302) 651-7700

*Of Counsel:*

William F. Lee
David B. Bassett
Mark D. Selwyn
Gregory P. Teran
Wilmer Cutler Pickering Hale and Dorr LLP
60 State Street
Boston, MA 02109
Telephone: (617) 526-6000

                                         *Counsel for RSA Security, Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that on  March 12, 2007, I electronically filed **DEFENDANTS' JOINT SUPPLEMENTAL 35 U.S.C. § 282 NOTICE** with the Clerk of Court using CM/ECF which will send notification of such filing(s) to the following:

Richard D. Kirk
The Bayard Firm
222 Delaware Avenue, Suite 900
P.O. Box 25130
Wilmington, DE  19899-5130
rkirk@bayardfirm.com

Richard L. Horwitz
David E. Moore
Potter Anderson & Corroon LLP
Hercules Plaza- Sixth Floor
1313 North Market Street
P.O. Box 951
Wilmington, DE  19899-0951
rhorwitz@potteranderson.com
dmoore@potteranderson.com

Frederick L. Cottrell, III
Steven Fineman
Richards Layton & Finger
One Rodney Square
P.O. Box 551
Wilmington, DE  19899-0551
cottrell@rlf.com
fineman@rlf.com

Steven J. Balick
John G. Day
Ashby & Geddes
222 Delaware Avenue
P.O. Box 1150
Wilmington, DE  19899
sbalick@ashby-geddes.com
jday@ashby-geddes.com
lmaguire@ashby-geddes.com

I hereby certify that on  March 12, 2007, I electronically mailed the document(s) to the following non-registered participants:

Dirk D. Thomas, Esquire
Robins, Kaplan, Miller & Ciresi, LLP
1801 K Street, N.W., Suite 1200
Washington, DC  20006
PrismCounsel@rkmc.com

John DiMatteo
Willkie Farr & Gallagher LLP
787 Seventh Avenue
New York, NY  10019-6099
PrismLitigation-JJSI@willkie.com

| | |
|---|---|
| David M. Schlitz<br>Baker Botts LLP<br>1299 Pennsylvania Avenue, NW<br>Washington, DC 20004-2400<br>DLDallasPrismLitigationCA-<br>Netegrity@BakerBotts.com<br><br>Samir A. Bhavsar<br>Baker Botts LLP<br>2001 Ross Avenue<br>Dallas, TX 75201-2980<br>DLDallasPrismLitigationCA-<br>Netegrity@BakerBotts.com | Gregory P. Teran<br>Wilmer Cutler Hale & Dorr LLP<br>60 State Street<br>Boston, MA 02109<br>RSAPrismLitigation@wilmerhale.com |

By:    */s/ Patricia S. Rogowski*
Patricia Smink Rogowski (DE Bar #2632)
Connolly Bove Lodge & Hutz LLP
P.O. Box 2207
1007 N. Orange Street
Wilmington, DE 19899
Telephone: (302) 658-9141
progowski@cblh.com