| REF. NO. | TITLE | AUTHOR | DATE |
|---|---|---|---|
| 238. | Product Update: CE Software Quickmail 3.5 | P. Fruth | 11/1/1995 |
| 239. | Securing the World Wide Web: Smart Tokens and Their Implementation | M. Jones | 12/1995 |
| 240. | SESAME Technology Version 4 Overview | T. Parker, et al. | 12/1995 |
| 241. | Letting Loose the Light: Igniting Commerce in Electronic Publication | M. Stefik, ed. | 1996 |
| 242. 2 | SecurID Installation | Livingston Enterprises, Inc. | 1996 |
| 243. | Network and Internet Security | V. Ahuja | 1996 |
| 244. | Applied Cryptography, 2nd ed. | B. Schneier | 1996 |
| 245. | Cryptography's Role in Securing the Information Society | National Research Council, Computer Science and Telecommunications Board | 1996 |

*Prism Technologies LLC v. VeriSign, et al.*
*Civil Action No. CA-05-214-JJF*

| REF. NO. | TITLE | AUTHOR | DATE |
|---|---|---|---|
| 246. | Excerpt from website: Xcert Software, Inc. "Can YOU get through this door?" | Xcert Software, Inc. | 1996 |
| 247. | Curing Remote-Access Security Ailments | security.itworld.com | 1/15/1996 |
| 248. | A Case for Avoiding Security-Enhanced HTTP Tools to Improve Security for Web-Based Applications | B. Wood | 2/16/1996 |
| 249. | Single-User Network Access Security TACACS+ | Cisco Systems, Inc. | 3/20/1996 |
| 250. | Strong Authentication Questions | S. Bridges | 3/21/1996 |
| 251. | Efficient Certificate Revocation | Micali | 3/22/1996 |
| 252. | UK-Security Dynamics Offers Remote Access Technology | Newsbytes | 3/26/1996 |
| 253. | Secure Computing Launches Full Suite of Products for Enterprise Network Security; Solutions Encompass Perimeter Control, Access Control, Web Browser and Intrawall | PR Newswire | 4/2/1996 |
| 254. | Management platforms, virtual lans shine at show-NetWorld: gains aplenty | L. Wirbel | 4/8/1996 |

*Prism Technologies  LLC v. VeriSign, et al.*
*Civil Action No. CA-05-214-JJF*

| REF. NO. | TITLE | AUTHOR | DATE |
|---|---|---|---|
| 255. | The SLAPD and SLURPD Administrator's Guide, University of Michigan, Release 3.3 | Regents of the University of Michigan | 4/30/1996 |
| 256. | The SLAPD and SLUPRD Administrator's Guide, University of Michigan, Release 3.3 | Regents of the University of Michigan | 4/30/1996 |
| 257. | Livingston Launches ISDN Router, Too | ISDN News | 5/7/1996 |
| 258. | Business in Vancouver High Tech Office column | A. Zisman | 5/14/1996 |
| 259. | LDAP for logon? | C. Smith | 5/21/1996 |
| 260. | Re: LDAP for logon? | P. Richard | 5/22/1996 |
| 261. | SunWorld News: New Products for the Week of May 27 | McLaughlin | 6/1996 |
| 262. | SunWorld News: Directory of the Month of June 1996 | McLaughlin | 6/1996 |
| 263. | DISA Buys 180,000 Licenses for Navigator, <u>Government Computer News</u> | P.Constance | 7/8/1996 |
| 264. | SSH – Secure Login Connections Over the Internet | T. Ylönen | 7/22-25/1996 |

33

*Prism Technologies  LLC v. VeriSign, et al.*
*Civil Action No. CA-05-214-JJF*

| REF. NO. | TITLE | AUTHOR | DATE |
|---|---|---|---|
| 265. | Re: Certificate and CRL's – access and storage | P. Richard | 10/15/1996 |
| 266. | The SSL Protocol Version 3.0 draft-freier-ssl-version3-02.txt | Freier, et al. | 11/18/1996 |
| 267. | The Public Key Login Protocol <draft-kemp-auth-pklogin-02.txt> | D. Kemp | 11/26/1996 |
| 268. | Interoperable Security | M. Andreesen | 12/3/1996 |
| 269. | The Microsoft Internet Security Framework: Technology for Secure Communication, Access Control, and Commerce | Microsoft | 12/20/1996 |
| 270. | A Complete Guide to Web Security Threats and Solutions | Rubin, Geer, Ranum | 1997 |
| 271. | Providing Secure Environments for Untrusted Network Applications | Q. Zhong | 1997 |
| 272. | Demonstration Plan for JWID 97 | U.S. Government | 2/21/1997 |
| 273. | The LDAP URL Format (Internet Draft) draft-ietf-asid-ldapv3-url-00.txt | T. Howes, et al. | 3/1997 |

*Prism Technologies LLC v. VeriSign, et al.*
*Civil Action No. CA-05-214-JJF*

34

| REF. NO. | TITLE | AUTHOR | DATE |
|---|---|---|---|
| 274. | Trusted Systems | M. Stefik | 3/1997 |
| 275. | Introduction to Network Security | M. Curtin | 3/1997 |
| 276. | BTAS and the World Wide Web: An Introduction and Technical Overview: DRAFT | | 4/17/1997 |
| 277. | Resource Access Control for an Internet User Agent | N. Nagarattnam S. Byrne | 6/1997 |
| 278. | Internet Security: Strategies and Solutions | J. Jeffcoate, et al., eds. | 9/1997 |
| 279. | Xcert Software, Inc. – The Next Step Forward (B) | K. Siau K. Whitacre | 8/1997 |
| 280. | Certificate Revocation and Certificate Update | Naor, et al. | 1/26-29/1998 |
| 281. | Press Release: The Open Group and The Securities Industry Middleware Council Announce Security Solution for Wall Street – *Integrating Smart Cards and DCE* | The Open Group | 6/4/1998 |
| 282. | Unified Single Sign-On | C. Särs | 11/27/1998 |

35

*Prism Technologies LLC v. VeriSign, et al.*
*Civil Action No. CA-05-214-JJF*

| REF. NO. | TITLE | AUTHOR | DATE |
|---|---|---|---|
| 283. | Xcert Software, Inc. -- Abstract | K. Siau | 1999 |
| 284. | White Paper: Access Security with SecurID | T. Schultz | 11/29/1999 |
| 285. | CCITT/ISO "X.500 The Directory-Overview of Concepts, Models & Services | | |
| 286. | Online Certificate Status Protocol, Version 2 draft-ietf-pkix-ocspv2-00.txt | Myers et al. | 9/2000 |
| 287. | iKey 1000 Series Developer's Guide | Rainbow Technologies | 2002 |
| 288. | How are X.509 Certificates Used in User Authentication and Authorization | M. Arseniev | 2/12/2002 |
| 289. | Chapter 5. Identification and Authentication | InfoDev-Security.net | 2003 |
| 290. | CryptoGuard VPN System, Secured Connections via Shared Infrastructures | Compunatica Secure Networks GmbH | 2005 |
| 291. | Fortezza Program Overview Version 4.0a | National Security Agency | 2/1996 |

*Prism Technologies  LLC v. VeriSign, et al.*
*Civil Action No. CA-05-214-JJF*

| REF. NO. | TITLE | AUTHOR | DATE |
|---|---|---|---|
| 292. | Fortezza Certification Requirements for World Wide Web Clients and Servers | National Security Agency | 12/2/1996 |
| 293. | Basic Certification Requirements for FORTEZZA-Enabled Applications Version 1.1. | National Security Agency | 3/13/1997 |
| 294. | Fortezza Cryptologic Interface Programmers Guide Revisions 1.52 | National Security Agency | 1/30/1996 |
| 295. | Entity Authentication Using Public Key Cryptography | U.S. Department of Commerce | 2/18/1997 |
| 296. | FORTEZZA – Certification Requirements for File Protection Applications, Version 1.04 | National Security Agency | 1/31/1996 |
| 297. | Interface Control Document for the Fortezza Crypto Card, Revision P1.5 | National Security Agency | 12/22/1994 |
| 298. | FORTEZZA Application Implementors Guide for the PCMCIA based FORTEZZA Cryptologic Card, Version 1.0 | National Security Agency | 1/1995 |
| 299. | Sentry CA Cross-Checks Certificates, PC Week Online | Xcert | 1996 |

37

Prism Technologies  LLC v. VeriSign, et al.
Civil Action No. CA-05-214-JJF

| REF. NO. | TITLE | AUTHOR | DATE |
|---|---|---|---|
| 300. | Sentry CA (Certificate Authority) | Xcert | 1996 |
| 301. | XUDA: Xcert Universal Database API | Xcert | 1996 |
| 302. | Xcert Software, Inc., Questions and Answers | Xcert | 1996 |
| 303. | The Xcert Sentry Access Control List Module | Xcert | 1996 |
| 304. | CryptoSwift Secure Server Accelerator Frequently Asked Questions | CryptoSwift | 4/1/1997 |
| 305. | CryptoSwift Developer Frequently Asked Questions | CryptoSwift | 3/26/1997 |
| 306. | SentinelEve3™ Software Protection System Developer's Guide | Rainbow Technologies | 1989-1995 |
| 307. | Sentinel SuperPro™—Securing the Future of Software Developer's Guide | Rainbow Technologies | 1991-1995 |
| 321. | FORTEZZA Application Implementors Guide, Revision 1.52 | | 3/5/1996 |
| 322. | FORTEZZA Application Implementors Guide for the PCMCIA based FORTEZZA Cryptologic Card Revision 1.01 | Spyrus™ | 4/6/1995 |

*Prism Technologies LLC v. VeriSign, et al.*
*Civil Action No. CA-05-214-JJF*

| REF. NO. | TITLE | AUTHOR | DATE |
|---|---|---|---|
| 323. | FORTEZZA Application Developer's Guide | NSA | 4/20/1996 |
| 324. | Copyright Protection for Electronic Publishing Over Computer Networks | Abhijit K. Choudhury, et al. | May/June 1995 |
| 325. | GTE'S CyberTrust for Web Electronic Commerce, Newsbytes News Network | | 2/6/1996 |
| 326. | Location-Independent Information Object Security | John Lowry | 1995 |
| 327. | NSA provides value-added crypto security, Communications News | | 5/1995 |
| 328. | Secure Computing Corp. Announces Agreement with Security Dynamics Technologies, Inc. to Provide Enhanced Security for Computer Networks | Business Wire | 1/23/1996 |

39

*Prism Technologies  LLC v. VeriSign, et al.*
*Civil Action No. CA-05-214-JJF*

**V-ONE**

| REF. NO. | TITLE | AUTHOR(S) | DATE |
|---|---|---|---|
| 352 | V-One Announces SmartGate, Enabling Open and Secure Business Transactions on the Internet | V-One | 12/11/1995 |
| 353 | V-ONE Raises SmartGate | Brian Santo Electronic Engineering Times | 12/11/1995 |
| 354 | V-One Promises 'Net Security: SmartGATE Client/Server Tool Encrypts Across TCP/IP | Nick Wingfield Inforworld | 12/11/1995 |
| 355 | New Gateway Verifies Secure Server Link | Karen Rodriquez Communications Week | 12/11/1995 |
| 356 | Securing Legacy TCIP/IP Applications | Michael R. Zborary | 12/28/1995 |
| 357 | SmartGate: A Product of Security Middleware | V-One | 1996 |
| 358 | SmartGate Secure Connectivity Over an Untrusted Network | V-One | 1/15/1996 |
| 359 | V-ONE Chisels Commerce Drawbridge In Internet Firewalls | Chistine Hudgins-Bonafield Network Computing | 1/15/1996 |

| REF. NO. | TITLE | AUTHOR(S) | DATE |
|---|---|---|---|
| 360 | Security Middleware: Beyond Firewalls | V-One<br>RSA Conference | 1/1996 |
| 361 | V-ONE Corporation Defines a New Class of Security Products: Security Middleware | V-One | 1/16/1996 |
| 362 | RSA Conference Draws Record Crowds | RSA<br>Ciphertext | Spring 1996 |
| 363 | SmartWall Easing Internet Security Concerns | PCToday | Feb. 1996 |
| 364 | New and Noteworthy: A Rundown of Recent Electronic Commerce Products and Services | ComputerWorld | 2/5/1996 |
| 365 | New Generations of Secure Internet Commerce Unveiled by GE Information Services | GE Information Services | 2/6/1996 |
| 366 | General Electric Information Services Teams with V-ONE in New Secure Internet Offering | Business Wire | 2/9/1996 |
| 367 | Response to BayBank Systems-Request for Proposal | Corporate Technologies, Inc. | 2/12/1996 |
| 368 | Software Beefs Up Security of Internet Transactions | Steven Marjanovic<br>American Banker | 2/16/1996 |

*Prism Technologies  LLC v. VeriSign, et al.*
*Civil Action No. CA-05-214-JJF*

41

| REF. NO. | TITLE | AUTHOR(S) | DATE |
|---|---|---|---|
| 369 | SmartGate Internet Security Gives Good Name to Middleware | Paul Merenbloom InfoWorld | 2/19/1996 |
| 370 | V-ONE, Security Dynamics Announce Technological Interoperability | V-One | 2/20/1996 |
| 371 | V-One Launches Smart Card at FSU | Online Banking | 3/11/1996 |
| 372 | New Network Security Products Spur On-line Interest | Electronic Commerce News | 3/11/1996 |
| 373 | SmartWall to Augment Defense Messaging System | V-One | 4/3/1996 |
| 374 | NSA Chooses V-One to Protect DMS Networks | Government Computer News | 4/15/1996 |
| 375 | Trusted Information Systems (TIS) Supports V-ONE's security Middleware Product SmartGate | V-One | 5/23/1996 |
| 376 | V-One Securing Payments With Enhanced Firewall | Retail Delivery News | 6/7/1996 |
| 377 | Form S-1 | V-One | 6/21/1996 |
| 378 | Virtual Open Network Environment Corp Going Public | The IPO Reporter | 8/19/1996 |
| 379 | Form S-1/A | V-One | 9/6/1996 |
| 380 | V-ONE SmartWall Is Best In Infosecurity News Security Supplement | V-One | 10/4/1995 |

*Prism Technologies LLC v. VeriSign, et al.*
*Civil Action No. CA-05-214-JJF*

| REF. NO. | TITLE | AUTHOR(S) | DATE |
|---|---|---|---|
| 381 | Marcus Ranum, Father of Firewall Joins V-ONE as Chief Scientist | V-One | 10/6/1995 |
| 382 | V-ONE Announces SmartWall DMS(TM) | V-One | 10/25/1996 |
| 383 | V-ONE to Secure Oracle's Database Network Products | V-One | 10/26/1995 |
| 384 | V-ONE Announces Business Alliance with Lockheed Martin Federal Systems in Gaithersburg | V-One | 11/11/1996 |
| 385 | V-ONE Announces SmartWall DMS (TM), Release DMS/Symposium & Demonstration/V-ONE Information | V-One | 12/4/1996 |
| 386 | Former Spyglass Vice President Joins V-ONE | V-One | 10/2/1995 |
| 387 | About V-ONE webpage | V-One | 1996 |
| 388 | V-ONE's Executive Team webpage | V-One | 1997 |
| 389 | Strategic Business Alliances webpage | V-One | 1997 |
| 390 | Press Release webpage | V-One | 1997 |
| 391 | Internet Firewall Frequently Asked Questions webpage | V-One | 1997 |
| 392 | V-ONE's Security Products Suite webpage | V-One | 1997 |
| 393 | CSI Firewall Matrix |  | 1996 |
| 394 | MCI and V-One Corporation Announce Sales Alliance Agreement | V-One | 1/27/1997 |

| REF. NO. | TITLE | AUTHOR(S) | DATE |
|---|---|---|---|
| 395 | Practicing What I Preach: How I Set Up a Secure E-Commerce Site | Peter Galvin SunWorld | March 1997 |
| 396 | Trial and Tribulations of Building an E-Commerce Server | Peter Galvin Sun World | April 1997 |
| 397 | New Security Technology Products | Security Technology News | 8/26/1994 |
| 398 | Security Applications Drive Government Sales | Charlotte Adams Federal Computer Week | 9/19/1994 |
| 399 | Card Groups Join Electronic Commerce Iniatives | Jeffrey Kutler American Banker | 6/12/1995 |
| 400 | Surf's Up! The Internet Is Here | George Lawton Telephony | 7/17/1995 |
| 401 | V-One Gets Contract to Secure Oracle's SQL-Net | Baltimore Sun | 10/31/1995 |
| 402 | MD Software Product Offer Internet Security | Baltimore Sun | 12/9/1995 |
| 403 | V-One Offers Encryption for Internet Transactions | Baltimore Sun | 12/12/1995 |
| 404 | V-One Introduces Its New Internet Security | St. Louis Post-Dispatch | 12/13/1995 |

*Prism Technologies  LLC v. VeriSign, et al.*

*Civil Action No. CA-05-214-JJF*

44

| REF. NO. | TITLE | AUTHOR(S) | DATE |
|---|---|---|---|
| 405 | Vendors Ready-and Waiting-for E-Commerce | Jeffrey Kutler American Banker | 2/2/1996 |
| 406 | GEIS Using V-One SmartGate | Report on Electronic Commerce | 2/20/1996 |
| 407 | Florida State U. Smartening Up its Student IDs | Valerie Block American Banker | 3/12/1996 |
| 408 | Tightening the Web, Fixing the Hoels | Krista Ostertag VarBusiness | 4/1/1996 |
| 409 | SmartGATE Secure Transaction Technology for Client/Server Applications | Barbara Gengler Internetwork | April 1996 |
| 410 | Items of Interest | Report on Smart Cards | 5/6/1996 |
| 411 | VeriSign Announces New Partners | Report on Smart Cards | 5/6/1996 |
| 412 | Technology: Crackdown on Internet Security | Financial Times Mandate | 5/30/1996 |

45

*Prism Technologies  LLC v. VeriSign, et al.*
*Civil Action No. CA-05-214-JJF*

| REF. NO. | TITLE | AUTHOR(S) | DATE |
|---|---|---|---|
| 413 | Internet Security & Privacy | Internet Content Report | 6/1/1996 |
| 414 | Card Briefs: On-Line Security Eyed For Florida St. ID Tool | American Banker | 6/17/1996 |
| 415 | Internet Security Product Providers To Go Public | Going Public the IPO Reporter | 9/23/1996 |
| 416 | V-One Security for a Connected World | | |
| 417 | V-ONE Success Stories – Regional Law Enforcement Webpage | Regional Law Enforcement | 1998 |
| 418 | RISS Tech, RISS/RISSNET Trusted Credential Project | George P. March | 2/16/2005 |
| 419 | Network Fundamentals | Riley T. Bell | 6/26/2000 |
| 420 | Justice, E-Government & the Internet, Developing Security Policies and Procedures | George P. March | 6/27/2000 |
| 421 | Getting Connected | Riley T. Bell | 6/27/2000 |
| 422 | SmartCare 2.4 Administrator's Guide | V-One | 1998 |
| 423 | VPN Deployment Lessons Learned | Van Short | |
| 424 | VPN Authentication, Encryption, Access Control | Van Short | |
| 425 | SmartGate Presentation | | |

*Prism Technologies LLC v. VeriSign, et al.*
*Civil Action No. CA-05-214-JJF*

46

| REF. NO. | TITLE | AUTHOR(S) | DATE |
|---|---|---|---|
| 426 | V-One Presentation | V-One | |
| 427 | Article: Electronic Commerce and Security | Marcus J. Ranum V-One | 1996 |
| 428 | V-ONE Launches Its New Federal Division | Heather Harreld FCW.com | 3/3/1997 |
| 429 | V-ONE, Leader in Providing Internet Security, Expands Reach Through Agreement with 14 Resellers | V-One | 9/9/1996 |
| 430 | V-ONE, Software.com, and VNI Partner To Offer First-Of-Its-Kind Secure Messaging | V-One | 4/29/1996 |
| 431 | Vanguard Makes 'Net Link with Clients | ComputerWorld | 2/19/1996 |
| 432 | CyberWallet Offered as Secure Way to Conduct Share Trading On-Line | Securities Industry Daily, Internet Technology | 9/29/1995 |

**XCERT**

| REF. NO. | TITLE | AUTHOR(S) | DATE |
|---|---|---|---|
| 68 | U.S. Patent No. 5,922,074 | Richard et al. | 2/28/1997 |
| 78 | U.S. Patent No. 6,249,873 | Richard et al. | 2/28/1997 |
| 246 | Xcert Home Webpage | Xcert | 1996 |

*Prism Technologies  LLC v. VeriSign, et al.*
*Civil Action No. CA-05-214-JJF*

| REF. NO. | TITLE | AUTHOR(S) | DATE |
|---|---|---|---|
| 250 | Strong Authentication Questions | Patrick Richard | 5/17/1996 |
| 258 | Local Software Products Helping to Blaze the Way to Secure Business Dealings on the Internet | Alan Zisman in Business Vancouver | 5/14/1996 |
| 259 | LDAP for logon? | Patrick Richard | 5/21/1996 |
| 260 | LDAP for logon? | Patrick Richard | 5/22/196 |
| 265 | certificates and CRLs - access and storage | Patrick Richard | 10/15/1996 |
| 279 | Xcert Software, Inc. -- The Next Step Forward | Keng Siau Kent Whiteacre | 8/1997 |
| 283 | Xcert Software, Inc. | Keng Siau | 1999 |
| 299 | Sentry CA cross-checks certificates | Jim Rapoza | 4/16/1997 |
|  | Xcert uses LDAP directory secured via SSL for flexible authentication between authorities | PC Week Online |  |
| 300 | Sentry CA (Certificate Authority | Xcert | 1996 |
| 301 | XUDA: Xcert Universal Database API | Xcert | 1996 |
| 302 | Xcert Software, Inc. Questions & Answers | Xcert | 1996 |
| 303 | The Xcert Sentry Access Control List Module | Xcert | 1996 |
| 433 | InterMed and OpenMed, Open Systems for Secure Health Care Information Transaction | Andrew Csinger | 3/31/1995 |
| 434 | Technology BC Application Form – OpenMed: A Secure Authentication Protocol for Health Care Information Transaction | Andrew Csinger | Pre-Fall 1995 |

*Prism Technologies LLC v. VeriSign, et al.*
*Civil Action No. CA-05-214-JJF*

| REF. NO. | TITLE | AUTHOR(S) | DATE |
|---|---|---|---|
| 435 | OpenMed: Open Systems for Secure Health Care Information Transaction | Andrew Csinger | 7/29/1995 |
| 436 | CYBERSTORE: Certification Authority | Andrew Csinger | Pre-March 1996 |
| 437 | Software Sentry News Media Backgrounder | Xcert | 4/17/1996 |
| 438 | Software Sentry Technology Announcement | Xcert | 4/18/1996 |
| 439 | Xcert Announces Co-Marketing Agreement to Reach Largest Internet Server Market | Community Connexion | 5/13/1996 |
| 440 | Xcert Announces Co-Marketing Agreement to Reach Largest Internet Server Market | Xcert | 5/14/1996 |
| 441 | XUDA Specification | Andrew Csinger | 5/22/1996 |
| 442 | Xcert's New Certification Authority and Access Control Technology Offers Unprecedented Safeguards for Electronic Commerce and Communications | Xcert | 6/24/1996 |

Prism Technologies  LLC v. VeriSign, et al.
Civil Action No. CA-05-214-JJF

| REF. NO. | TITLE | AUTHOR(S) | DATE |
|---|---|---|---|
| 443 | Community Connexion Announces Stronghold Version 1.2 | Community Connexion | 7/16/1996 |
| 444 | Maintaining Z-Associations over Multiple Connections | Patrick Richard | 8/8/1996 |
| 445 | Fischer International Systems Corporation and Xcert Software Inc. Demonstrate the First Web-Based Certificate Authority to Interoperate with Hardware Tokens | Xcert | 11/12/1996 |
| 446 | Certification Up and Running | Andrew Csinger Web Week | 11/18/1996 |
| 447 | Sales FAQ (Frequently Asked Questions): Download and Support | Xcert | 11/11/1996; 4/8/1997; 10/9/1997 |
| 448 | Sales FAQ (Frequently Asked Questions): Corporate and Product Overview | Xcert | 1997 |
| 449 | Xcert Software's Certification Authority and Access Control Technology Provides Privacy on Public Networks | Xcert | 1/27/1997 |

*Prism Technologies LLC v. VeriSign, et al.*
*Civil Action No. CA-05-214-JJF*

| REF. NO. | TITLE | AUTHOR(S) | DATE |
|---|---|---|---|
| 450 | Network Computing Magazine Names Xcert's Sentry CA as a "Well Connected" Award Nominee | Xcert | 3/7/1997 |
| 451 | Server and Client Certificate Aren't Yet Widely Used for Authentication, But That's Changing Fast | Jon Udell Byte | 3/19/1997 |
| 452 | Xcert Software is First to Demonstrate Certification Authority (CA) Interoperability | Xcert | 3/21/1997 |
| 453 | WWW servers | Sameer Parekh | 6/6/1996 14:22 |
| 454 | WWW servers | Sameer Parekh | 6/6/1996 19:41 |
| 455 | Stronghold Version 1.3 User's Guide | Community Connexion | 1996 |
| 456 | Xcert Aims to Simplify Public Key Infrastructure | Elizabeth Sikorovsky Federal Computer Week | 7/1/1996 |

*Prism Technologies  LLC v. VeriSign, et al.*
*Civil Action No. CA-05-214-JJF*

| REF. NO. | TITLE | AUTHOR(S) | DATE |
|---|---|---|---|
| 457 | Digital Certificate Options Offered | Beth Davis TechWeb News | 1/27/1997 |
| 458 | Security Check – Digital Certificates Slow to Gain Users, Despite Strides | Beth Davis TechWeb News | 2/10/1997 |
| 459 | Certificate Authorities: How Valuable Are They | Greg Shipley Network Computing | 4/1/1997 |
| 460 | Xcert Home Webpage | Xcert | 1997 |
| 461 | Sentry CA – Beta 1 ./bin | Xcert Software Inc. | 1996 |
| 462 | Sentry CA- Beta 1 ./db-conf | Xcert Software Inc. | 1996 |
| 463 | Sentry CA – Beta 1, Installing Sentry CA | Xcert Software Inc. | 1996 |
| 464 | ./x-template (X-Parse templates that perform LDAP actions based on HTML tags inserted into .xuda files) | Xcert Software Inc. | 1996 |
| 465 | ./html-docs | Xcert Software Inc. | 1996 |

*Prism Technologies  LLC v. VeriSign, et al.*
*Civil Action No. CA-05-214-JJF*

| REF. NO. | TITLE | AUTHOR(S) | DATE |
|---|---|---|---|
| 466 | /db | Xcert Software Inc. | 1996 |
| 467 | Xcert Software Announces Support for Litronic NetSign™ | Xcert | 6/11/1997 |
| 468 | Smarty™ Smart Card Reader – Executive Summary | Fischer International | 1996 |
| 657 | Andrew Csinger, Person with Knowledge of X-Cert | | |
| 658 | Smarty Smart Card Reader/Writer from Fischer International and Netscape Communicator Now Support PKCS #11 | Fischer International | 8/13/1997 |
| 659 | Fischer Products: Smarty webpage | Fischer International | |
| 660 | Fischer International, Smarty Smart Card Reader | Fischer International | |
| 661 | Fischer Products: Crypto SmartDisk webpage | Fischer International | |
| 662 | Xert's Certificate Authority Interoperates with Fischer's SmartDisk Token | Fischer International | 11/11/1996 |

**ENTRUST**

| REF. NO. | TITLE | AUTHOR(S) | DATE |
|---|---|---|---|
| 469 | Entrust Technologies 3.0 Offers Users and Network Managers Unmatched Security and Greater Flexibility | Entrust Technologies | 6/2/1997 |
| 470 | Salomon Brothers Chooses Entrust Product Suite As Data Security Solution | Entrust Technologies | 5/27/1997 |
| 471 | Entrust Technologies Sweeps Prestigious Awards at NetWorld +Interop | Entrust Technologies | 5/7/1997 |
| 472 | Digital Equipment Corporation to Resell Entrust Technologies' Enterprise Security Products | Entrust Technologies | 4/29/1997 |
| 473 | Entrust Technologies' New Toolkit Will Accelerate Deployment of Internet Applications | Entrust Technologies | 4/28/1997 |
| 474 | Entrust Strengthens Data Security for Microsoft Exchange | Entrust Technologies | 4/7/1997 |

*Prism Technologies  LLC v. VeriSign, et al.*
*Civil Action No. CA-05-214-JJF*

| REF. NO. | TITLE | AUTHOR(S) | DATE |
|---|---|---|---|
| 475 | Entrust Technologies Now Shipping Entrust/Web CA and Entrust/ICE: New Products Highlight Company's Commitment to Ensure Privacy and Data Protection for Internet and Intranet Communications | Entrust Technologies | 4/7/1997 |
| 476 | Entrust Technologies Demonstrates Interoperability with Multiple Secure E-Mail Products: Online Test Shows Entrust to be Most Comprehensive Interoperable Security Software | Entrust Technologies | 4/7/1997 |
| 477 | Entrust Technologies Launches Partner Program: First Developer Program in Industry to Provide Single Security Architecture for Commercial and Custom Applications | Entrust Technologies | 3/4/1997 |
| 478 | Entrust Technologies Names John Ryan CEO and Announces Headquarters | Entrust Technologies | 1/27/1997 |
| 479 | Entrust Technologies Unveils Entrust/ICE Desktop Encryption Product Easy-to-Use Software Allows Users to Automatically and Transparently Secure Their Files | Entrust Technologies | 1/27/1997 |

| REF. NO. | TITLE | AUTHOR(S) | DATE |
|---|---|---|---|
| 480 | JetForm and Entrust Technologies Announce Worldwide Alliance to Provide Advanced Security Solutions for Forms'-based Intranet and Workflow Applications | Entrust Technologies | 1/27/1997 |
| 481 | Information Security Corporation and Entrust Technologies Announce SecretAgent to Work with Entrust | Entrust Technologies | 1/27/1997 |
| 482 | Entrust Technologies' CAST Encryption Algorithm Now Available for Free Commercial and Non-commercial Use | Entrust Technologies | 1/24/1997 |
| 483 | Nortel (Northern Telecom) Forms Entrust Technologies to Focus on Enterprise Security Market | Entrust Technologies | 1/2/1997 |
| 484 | Northern Telecom (Nortel) and Tandem Sign Agreement Adding Entrust Security Technology to Tandem's Internet Commerce Offering | Entrust Technologies | 11/15/1996 |
| 485 | Northern Telecom (Nortel) Introduces Web-Based Security Software Product Entrust/WebCA Enables Web Session Security | Entrust Technologies | 11/11/1996 |
| 486 | NYCE Chooses Nortel's Entrust as Network Security Solution Software To Provide Data Security | Entrust Technologies | 10/29/1996 |

56

*Prism Technologies LLC v. VeriSign, et al.*
*Civil Action No. CA-05-214-JJF*

| REF. NO. | TITLE | AUTHOR(S) | DATE |
|---|---|---|---|
| 487 | Apple, IBM, JavaSoft, Motorola, Netscape, Nortel, Novell, RSA, and Silicon Graphics Announce PICA Crypto-Alliance | Entrust Technologies | 10/17/1996 |
| 488 | Nortel's Entrust Data Security Software Chosen by Canadian Government to Provide Public-Key Infrastructure | Entrust Technologies | 9/16/1996 |
| 489 | Cowboys Call on Northern Telecom (Nortel) To Quarterback "Dallas Cowboys Online" | Entrust Technologies | 9/6/1996 |
| 490 | Hewlett-Packard to Use Nortel's Data Security Technology | Entrust Technologies | 8/27/1996 |
| 491 | Nortel Unveils Next Level of Entrust Software for Secure Data Communications New Certificate Management Features Set Entrust 2.1 Apart | Entrust Technologies | 8/19/1996 |
| 492 | IBM Adds Nortel's Entrust Security Software to Its Internet-Commerce Portfolio | Entrust Technologies | 8/1/1996 |
| 493 | Nortel Provides Data Security Technology to PayPro Network | Entrust Technologies | 6/5/1996 |

57

*Prism Technologies LLC v. VeriSign, et al.*
*Civil Action No. CA-05-214-JJF*

| REF. NO. | TITLE | AUTHOR(S) | DATE |
|---|---|---|---|
| 494 | Harbinger Chooses Nortel to Provide Security for Electronic Commerce Solutions Entrust-aware Product List Continues to Grow | Entrust Technologies | 5/15/1996 |
| 495 | Nortel Issues Demonstration Certificates Available for Netscape Navigator 3.0 | Entrust Technologies | 5/15/1996 |
| 496 | Entrust Wins SCOAP Award for Excellence | Entrust Technologies | 5/7/1996 |
| 497 | Nortel Endorses S/MIME Specification Company Developing Tooklit for Secure Messaging Applications | Entrust Technologies | 4/30/1996 |
| 498 | Nortel Issues Demonstration Certificates for Internet Products Free Certificates Enable SSL | Entrust Technologies | 4/30/1996 |
| 499 | ICL and Nortel Announce Collaboration For Large-Scale Enterprise Network Security X.500 Directory Supports Entrust Security | Entrust Technologies | 4/29/1996 |
| 500 | Symantec and Nortel Team to Provide Secure Electronic Forms for Enterprise | Entrust Technologies | 4/29/1996 |

*Prism Technologies  LLC v. VeriSign, et al.*
*Civil Action No. CA-05-214-JJF*

| REF. NO. | TITLE | AUTHOR(S) | DATE |
|---|---|---|---|
| 501 | Devon Software Corp. Announces KyberPASS (tm), the first user authenticating firewall to incorporate Northern Telecom's (Nortel) Entrust (tm) data security software | Entrust Technologies | 2/14/1996 |
| 502 | Nortel Introduces Next Generation Software for Secure Data Communications: Entrust 2.0 Designed for Greater Efficiency and Ease of Use | Entrust Technologies | 1/16/1996 |
| 503 | Hewlett-Packard Turns To Nortel For E-Mail Security Solution | Entrust Technologies | 1/16/1996 |
| 504 | Linmor Information Systems Management Integrates Nortel Security Services into Nebula Network Management System (NMS) | Entrust Technologies | 12/20/1995 |
| 505 | Nortel and LJL Enterprises Team to Offer Sealable and Secure E-Mail | Entrust Technologies | 12/12/1995 |
| 506 | Northern Telecom (Nortel) and Milkyway Networks Introduce Security Solution to Business Internet Users | Entrust Technologies | 11/7/1995 |

59

| REF. NO. | TITLE | AUTHOR(S) | DATE |
|---|---|---|---|
| 507 | Northern Telecom (Nortel) First in North America to Receive Computer Security Validation: Entrust Certified by U.S. and Canadian Agencies | Entrust Technologies | 10/10/1995 |
| 508 | Nortel Security Services Added to the TradeWave Internet Solutions | Entrust Technologies | 9/25/1995 |
| 509 | Choreo Systems and Northern Telecom (Nortel) Secure Networks Group Sign VAR Agreement | Entrust Technologies | 8/28/1995 |
| 510 | Nortel Secure Networks Ships Version of Entrust Running on Windows, Macintosh and UNIX Platforms | Entrust Technologies | 7/31/1995 |
| 511 | STENTOR News Release-New network security system provides private, secure data communications using Nortel's Entrust product | Entrust Technologies | 5/15/1995 |
| 512 | Control Data adds Nortel (Northern Telecom) Secure Networks' public-key security product to message integration solution | Entrust Technologies | 5/8/1995 |
| 513 | Shana and Nortel (Northern Telecom) Secure Networks announce Informed's support for Entrust | Entrust Technologies | 5/8/1995 |

*Prism Technologies LLC v. VeriSign, et al.*
*Civil Action No. CA-05-214-JJF*