| REF. NO. | TITLE | AUTHOR(S) | DATE |
|---|---|---|---|
| 514 | ZOOMIT News Release-Department of National Defence Awards Contract to Northern Telecom and ZOOMIT for Secure E-Mail System | Entrust Technologies | 3/22/1995 |
| 515 | Northern Telecom licenses security token technology from Chrysalis ITS for hardware extensions to Entrust network security | Entrust Technologies | 1/19/1995 |
| 516 | Northern Telecom's Entrust Network Security Product to Support National Semiconductor's iPower PersonaCard Hardware Token | Entrust Technologies | 11/29/1994 |
| 517 | Microsoft selects Northern Telecom's Entrust Network security technology to provide security for Microsoft Exchange Server | Entrust Technologies | 10/17/1994 |
| 518 | Northern Telecom and ZOOMIT Corporation Announce Secure Encryption and Authentication for Windows-Based LAN E-Mail Applications | Entrust Technologies | 3/22/1994 |
| 519 | Northern Telecom introduces network security solution to safeguard data privacy and authenticity | Entrust Technologies | 3/22/1994 |
| 520 | Entrust Technologies White Paper: Implementing Cryptoki Libraries for Entrust®, Version 1.2 | Entrust Technologies | 6/1997 |

61

| REF. NO. | TITLE | AUTHOR(S) | DATE |
|---|---|---|---|
| 521 | Entrust Technologies: Team Profiles | Entrust Technologies | |
| 522 | Entrust Technologies White Paper: Entrust® Key Management Overview, Version 1.4 | Ian Curry | 4/1996 |

## CHRYSALIS-ITS

| REF. NO. | TITLE | AUTHOR(S) | DATE |
|---|---|---|---|
| 523 | Chysalis ITS-Homepage "Safeguarding the Keys to Electronic Commerce | Chrysalis-ITS | |
| 524 | Chrysalis-ITS "Chrysalis to debut encryption token card" by Maria Seminerio [Reprinted from PC Week Online] | Chrysalis-ITS | 10/30/1996 |
| 525 | Chrysalis-ITS "Canadian Department of National Defense Installs Integrated Information Security Solutions from Chrysalis | Chrysalis-ITS | 4/19/1996 |

62

## SECURE COMPUTING

| REF. NO. | TITLE | AUTHOR(S) | DATE |
|---|---|---|---|
| 526 | Secure Computing Corp 10-K for 12/31/96 | Secure Computing Corp | 3/31/1997 |
| 527 | LOCKout™ Identification and Authentication. | Secure Computing | 1997 |
| 528 | Internet Security Articles | Secure Computing | 4/1997 |
| 529 | Internet Security Articles | Secure Computing | 2/1997 |
| 530 | Internet Security Articles | Secure Computing | 3/1997 |
| 531 | LOCKout™ support and training services. | Secure Computing | 1997 |
| 532 | LOCKout™ DES, Client software. | Secure Computing | 1997 |
| 533 | LOCKout™ DES, LOCKout™ login agent and authentication server. | Secure Computing | 1997 |
| 534 | LOCKout™ FORTEZZA, Strong identification and authentication. | Secure Computing | 1997 |
| 535 | LOCKout ™ DES, Identification and authentication. | Secure Computing | |
| 536 | SNS support and training services. World class. | Secure Computing | 1997 |
| 537 | Secure Computing Demonstration Software | Secure Computing | 1997 |
| 538 | Sidewinder™ Security Server | Secure Computing | |
| 539 | Press Release: Secure Computing Announces Immediate Availability of Sidewinder 3.0 | Secure Computing | 9/17/1996 |

63

*Prism Technologies LLC v. VeriSign, et al.*
*Civil Action No. CA-05-214-JJF*

| REF. NO. | TITLE | AUTHOR(S) | DATE |
|---|---|---|---|
| 540 | What's New? Sidewinder Product News | Secure Computing | 1997 |
| 541 | Web Page: SNS Deployments | Secure Computing | 3/17/1997 |
| 542 | Web Page: SNS MLS Solution Set | Secure Computing | 3/17/1997 |
| 543 | Web Page: SNS Product Evolution | Secure Computing | 3/17/1997 |
| 544 | Secure Computing Sidewinder™ Security Server Key Features | Secure Computing | 4/8/1997 |
| 545 | Secure Computing Sidewinder™ Security Server Product White Paper | Secure Computing | 4/15/1997 |

**IRE**

| REF. NO. | TITLE | AUTHOR(S) | DATE |
|---|---|---|---|
| 546 | Press Release: IRE Ships 3,000TH SafeNet product for secure Intranet use | IRE | 5/23/1996 |
| 547 | IRE's SafeNet(tm) Products Achieve Interoperability in Industry Workshop | IRE | 10/15/1997 |
| 548 | IRE SmartCards/Readers to be Used in U.S. Treasury Electronic Check Pilot Program | IRE | 10/8/1997 |
| 549 | State of Maryland Services to go On-Line Using IRE SafeNet(tm) Products | IRE | 9/22/1997 |
| 550 | Industry Executive Joins IRE to Lead OEM Effort | IRE | 9/17/1997 |

64

| REF. NO. | TITLE | AUTHOR(S) | DATE |
|---|---|---|---|
| 551 | IRE SafeNet Products Protect Consumer Credit Applications on the Internet | IRE | 9/3/1997 |
| 552 | IRE Reports Strong Financial Growth | IRE | 8/11/1997 |
| 553 | IRE Products to Secure Virtual Banking System in Argentina | IRE | 9/6/1997 |
| 554 | IRE Announces New Chief Financial Officer | IRE | 7/21/1997 |
| 555 | IRE and Lockheed Martin IS&T Form Strategic Alliance to Offer Turn-Key Secure Electronic Commerce | IRE | 7/16/1997 |
| 556 | IRE Significantly Expands Distribution in Latin America, Adds Eight Major Distribution Channels | IRE | 6/3/1997 |
| 557 | IRE's Internet Security System Chosen as Best of Show Finalist for Interop 1996 | IRE | 9/16/1996 |
| 558 | IRE to Expand Distribution Channels in the U.S. | IRE | 5/20/1997 |
| 559 | IRE Reports Improved Financial Results | IRE | 3/12/1997 |
| 560 | IRE Frame Relay Encryptor Makes Business on High Speed Computer Networks a Reality SafeNet/Frame Currently Showcasing at NetWorld+Interop | IRE | 5/8/1997 |

| REF. NO. | TITLE | AUTHOR(S) | DATE |
|---|---|---|---|
| 561 | U.S. Robotics and IRE Team to Announce Industry's First Complete Remote Access and Encryption System for Individuals, Enterprises and the Internet New Strategic Relationship, Including x2, Expected to Accelerate Electronic Commerce and Remote Access Over Internet and Public Networks | IRE | 5/7/1997 |
| 562 | IRE to Showcase Low Cost Smartcard Security Token | IRE | 5/1/1997 |
| 563 | IRE Introduces Encryption Software for Windows | IRE | 4/24/1997 |
| 564 | IRE to Penetrate Japanese Market Through Distribution Agreement with Kanematsu | IRE | 3/31/1997 |
| 565 | IRE Reports 1996 Financial Results | IRE | 3/24/1997 |
| 566 | IRE's Highly Secure Encryption Systems Now Available for Sale Worldwide Company Receives Export Approval from Commerce Department | IRE | 3/14/1997 |
| 567 | IRE Subsidiary Introduces Highly Secure Frame Relay Encryptor for Computer Transmissions Both 128-bit and Dec Algorithms Are Offered | IRE | 3/12/1997 |

| REF. NO. | TITLE | AUTHOR(S) | DATE |
|---|---|---|---|
| 568 | Internet Security for the Millenium Available Now Year 2000 Compliance Makes SafeNet™ the Security Solution for Tomorrow's Electronic Business | IRE | 12/4/1997 |
| 569 | Dan Mosley Joins IRE Advisory Board | IRE | 3/10/1997 |
| 570 | Vint Cerf to Serve on IRE Advisory Board | IRE | 2/18/1997 |
| 571 | TRW Purchase IRE Encryption Systems to Protect Treasury Communications Nationwide | IRE | 2/13/1997 |
| 572 | IRE Demonstrates Standard Compliant/Public Key Leadership for Internet Virtual Private Networks Industry test shows SafeNet/Enterprise capable of secure Internet interoperability | IRE | 2/11/1997 |
| 573 | Former United States Treasury Secretary to Chair IRE Advisory Board | IRE | 2/5/1997 |
| 574 | IRE and Analog Devices to Provide Low-Cost, Secure Communications Chip for Electronic Commerce | IRE | 1/9/1997 |
| 575 | IRE to Produce Revolutionary Low-Cost Secure Communications Chip | IRE | 1/9/1997 |

| REF. NO. | TITLE | AUTHOR(S) | DATE |
|---|---|---|---|
| 576 | IRE Announces Montgomery Securities as Investment Banking Adviser and Market Maker | IRE | 1/6/1997 |
| 577 | SafeNet Certified as Providing Strongest Security for Internet New Designation to Give IRE a Competitive Edge | IRE | 11/24/1997 |
| 578 | IRE Reports Third Quarter Results | IRE | 11/14/1996 |
| 579 | IRE and MCI Announce Sales and Marketing Agreement for Secure Internet Products and Services | IRE | 11/14/1996 |
| 580 | IRE adds International Sales VP | IRE | 11/22/1996 |
| 581 | IRE's MCI Relationship Likely to Become Marketing Alliance | IRE | 10/18/1996 |
| 582 | U.S. Treasury Renews Contract With IRE for Secure Electronic Commerce System IRE's Network Security Products in Use Since 1991 | IRE | 10/15/1996 |
| 583 | U.S. Secret Service Using IRE's Secure Modem During Presidential Campaign | IRE | 9/26/1996 |
| 584 | IRE's Internet Security System Chosen as Best of Show Finalist for Interop 1996 | IRE | 9/16/1996 |

68

*Prism Technologies LLC v. VeriSign, et al.*
*Civil Action No. CA-05-214-JJF*

| REF. NO. | TITLE | AUTHOR(S) | DATE |
|---|---|---|---|
| 585 | IRE Receives Patent for Secure Portable Modem | IRE | 9/9/1996 |
| 586 | IRE and Cyberguard Partner to Provide Complete Security Solution for Internet Business Communication | IRE | 8/8/1996 |
| 587 | France Telecom's Nexus International Joins IRE to Expand Brazil's Network Security Market | IRE | 11/18/1997 |
| 588 | IRE Takes Lead in Building Secure Foundation for Electronic Commerce on the Internet Partners with NIST to Develop Public Key Standards | IRE | 7/24/1996 |
| 589 | IRE's Internet Security Center Now On-Line Appoints Dr. Garry Meyer as Managing Director | IRE | 7/11/1996 |
| 590 | IRE ships 3,000 SafeNet product for secure Intranet use | IRE | 5/23/1996 |
| 591 | Sun Microsystems Internet Commerce Group and IRE to Link and Distribute Products for Secure Commerce on the Internet | IRE | 4/2/1996 |
| 592 | IRE Subsidiary Wins Contract Will Secure Swiss Electronic Payment System | IRE | 11/12/1997 |

69

| REF. NO. | TITLE | AUTHOR(S) | DATE |
|---|---|---|---|
| 593 | Strong SafeNet(TM) Sales Result in Third Quarter Revenue Growth for IRE | IRE | 11/16/1997 |
| 594 | IRE SafeNet(TM) Products to Protect GTE's Internet-Based Crime Fighting Service | IRE | 10/29/1997 |
| 595 | IRE Debuts SafeNet(TM) Partner Program | IRE | 10/21/1997 |
| 596 | IRE and Cyberguard Announce Virtual Private Network Security Solution for Enabling Low Cost Internet Business Communication SafeNet/Enterprise—Enables the Secure Use of Public Networks for Private Business Transactions | Cyberguard | 9/17/1996 |

**OPEN MARKET**

| REF. NO. | TITLE | AUTHOR(S) | DATE |
|---|---|---|---|
| 593 | Open Market announces Site Director 4.1 | Jeff Walsh Inforworld | 12/15/1997 |

70

| | | | |
|---|---|---|---|
| 594 | Payment Switches for Open Networks | David K. Gifford<br>Lawrence C. Stewart<br>Andrew C. Payne<br>G. Winfield Treese<br>Open Market, Inc. | 7/1995 |
| 595 | Premenos and Open Market Announce Strategic OEM Alliance | PR Newswire | 3-4-1996 |
| 596 | Open Market and iCat Strengthen Partnership | PR Newswire | |
| 597 | Open Market software separates Web content, transaction management | Ellen Messmer<br>Network World, Inc. | 3/11/1996 |
| 598 | Open Market, Interleaf Team on Web "Secure Doc Mgt" | | 3/5/1996 |
| 599 | Open Market's "3-Tier Architecture" for Web | | 3/14/1996 |

**RADIUS**

| REF. NO. | TITLE | AUTHOR(S) | DATE |
|---|---|---|---|
| 600 | RADIUS Accounting Remote Authentication Dial In User Service acct.c | Livingston Enterprises, Inc. | 1992-1994 |
| 601 | RADIUS Remote Authentication Dial In User Service attrprint.c | Livingston Enterprises, Inc. | 1992 |
| 602 | RADIUS Remote Authentication Dial In User Service builddbm.c | Livingston Enterprises, Inc. | 1992 |
| 603 | Clients | | 3/15/1995 |
| 604 | RADIUS Remote Authentication Dial In User Service conf.h | Livingston Enterprises, Inc. | 1992 |
| 605 | RADIUS Remote Authentication Dial In User Service dict.c | Livingston Enterprises, Inc. | 1992 |

| REF NO. | TITLE | AUTHOR(S) | DATE |
|---|---|---|---|
| 606 | Dictionary | | 3/15/1995 |
| 607 | How to Install RADIUS | | 3/15/1995 |
| 608 | Makefile for RADIUS-Remote Authentication Dial In User Service | | 4/24/1995 |
| 609 | MD5 message-digest algorithm | RSA Data Security, Inc. | 11/14/1994 |
| 610 | RSAREF types and constants | RSA Data Security, Inc. | 10/4/1994 |
| 611 | RADIUS Remote Authentication Dial In User Service menu.c | Livingston Enterprises, Inc. | 1992 |
| 612 | RADIUS Remote Authentication Dial In User Service menu.c | Livingston Enterprises, Inc. | 1992 |
| 613 | ***This is a test Menu coming from RADIUS *** Menu1 | | 3/15/1995 |
| 614 | ***This is a test Menu coming from RADIUS *** Menu2 | | 3/15/1995 |

73

| REF. NO. | TITLE | AUTHOR(S) | DATE |
|---|---|---|---|
| 615 | *** Thank you for using internet MCI Campus *** menu3 | | 3/15/1995 |
| 616 | RADIUS Remote Authentication Dial In User Service radius.h | | 1992 |
| 617 | RADIUS Remote Authentication Dial In User Service radiusd.c | Livingston Enterprises, Inc. | 1992 |
| 618 | RADIUS Remote Authentication Dial In User Service radpass.c | Livingston Enterprises, Inc. | 1992 |
| 619 | README | | 4/24/1995 |
| 620 | RADIUS Remote Authentication Dial In User Service secureid.c | Livingston Enterprises, Inc. | 1992 |

| REF. NO. | TITLE | AUTHOR(S) | DATE |
|---|---|---|---|
| 621 | RADIUS Remote Authentication Dial In User Service stateId.c | Livingston Enterprises, Inc. | 1992 |
| 622 | RADIUS Remote Authentication Dial In User Service users.c | Livingston Enterprises, Inc. | 1992 |
| 623 | Users | | 3/15/1992 |
| 624 | RADIUS Remote Authentication Dial In User Service util.c | Livingston Enterprises, Inc. | 1992 |
| 625 | RADIUS Remote Authentication Dial In User Service version.c | Livingston Enterprises, Inc. | 1992 |
| 663 | Remote Authentication dial In User Service (RADIUS) draft-ietf-radius-radius-00.txt | Rigney et al. | 05/1995 |
| 664 | RADIUS Code form Lucent radiusd.c, copyright 1992-1999 | Lucent Technologies, Inc. | 06/24/2002 |

75

## COMPUTER COMMUNICATIONS SECURITY

| REF. NO. | TITLE | AUTHOR(S) | DATE |
|---|---|---|---|
| 630 | Computer Communications Security | Warwick Ford | 1994 |
| 631 | ITU-T Recommendation X.810 | | 11/1995 |
| 632 | ITU-T Recommendation X.811 | | 4/1995 |
| 633 | ITU-T Recommendation X.812 | | 11/1995 |

**MISCELLANEOUS**

| REF. NO. | TITLE | AUTHOR(S) | DATE |
|---|---|---|---|
| 629 | Encryption-Based Protection Protocols for Interactive User-Computer Communication Over Physically Unsecured Channels | Stephen Thomas Kent | 6/1976 |
| 634 | NATO support for key-escrow crypto (long), misc.activism.progressive Summary of the Second International International Cryptography Experiment (ICE) Workshop, Draft Version 1.0 | Chris Scheuweghs NATO | 11/3/1995 |
| 635 | E-commerce gets real | Clinton Wilder Information Week | 12/9/1996 |
| 636 | The 1997 RSA Data Security Conference – The SET Toolkit: Developing Security for Internet Bankcard Transactions, Speaker Biography; Speaker: Bob Baldwin | RSA | 1997 |
| 637 | Secure ID cards; which is best? – comp.security.unix | | 10/19/1994 |
| 638 | Architectures and Formal Representations for Secure Systems | Peter G. Neumann | 10/2/1995 |
| 639 | Article: When you distribute information and processing, you also delegate security responsibility. Good access controls, eyes-open administration, and communications encryption can make all the difference. | Russell Kay Byte.com | 6/3/1994 |
| 640 | Password encryption (security) over networks, comp.security.unix | | 6/7/1994 |

77

| REF. NO. | TITLE | AUTHOR(S) | DATE |
|---|---|---|---|
| 641 | Presentation: Using S/PAY™ | Dr. Robert W. Baldwin, RSA Data Security, Inc. | 1/30/1997 |
| 642 | PAYSERV TBSS (Telematic Base Security Services) Approved procedures and mechanisms for the protection of electronic data communications, Verison 1.2 | PayServ | 12/6/1996 |
| 643 | Ciphertext, The RSA Newsletter | RSA | Spring 1996 |
| 644 | Secure Coprocessing Applications and Research Issues | Sean W. Smith, Los Alamos National Laboratory | 8/1/1996 |
| 645 | S/PAY™ RSA's Developer's Suite for Secure Electronic Transactions (SET) | RSA | |
| 646 | Making Net Management Easier | PC Week Sinocast | 12/22/1997 |
| 647 | Battelle, Cybermark Complete Sucessful Testing of Digital Cash Transfer from Smart Card | Battelle | 1996 |
| 663 | William P. Bialick, Person with Knowledge of Fortezza | | |

## SiteMinder 1.0

| REF. NO. | DESCRIPTION | AUTHOR(S) | DATE |
|---|---|---|---|
| 329 | SiteMinder 1.0 | | |
| 648 | NeTegrity Unveils Industry's First Enterprise-Wide, Integrated Network Security Management System | Netegrity | 10/15/1996 |
| 649 | SiteMinder Product/Technology Backgrounder | Netegrity | 10/15/1996 |
| 650 | NeTegrity, Inc. and Encotone Ltd. form U.S. Joint Venture to Market Acoustic Smart Cart Technology | Netegrity | 11/4/1996 |
| 651 | SiteMinder? Authentication Server for Windows NT | Netegrity | 1996 |
| 652 | Software & Security, Netegrity's SiteMinder Software Lets Net Managers Get Centered on Security | Data Communications | 1/1997 |
| 653 | SiteMinder Software Design Document | Netegrity NCC | 8/14/1996 |
| 654 | SiteMinder Software Requirements Specification | Netegrity NCC | 6/9/1996 |

| REF. NO. | DESCRIPTION | AUTHOR(S) | DATE |
|---|---|---|---|
| 655 | New Product Information | Communication News | 12/1996 |
| 656 | SiteMinder Web Agent Operations Guide for Windows NT | Netegrity | 1996 |
| 626 | SiteMinder Preliminary Design Review (PDR) Package | Netegrity NCC | 6/28/1996 |
| 627 | SiteMinder Software Development Plan | Netegrity NCC | 6/9/1996 |
| 628 | SiteMinder Software Specification Review (SSR) Package | Netegrity NCC | 5/12/1996 |

80