# CONNOLLY BOVE LODGE & HUTZ LLP
### ATTORNEYS AT LAW

**Patricia Smink Rogowski**
Partner
Admitted in DE and PA
Phone: (302) 658-9141
FAX (302) 658 5614
E-MAIL: progowski@cblh.com
REPLY TO: Wilmington DE Office

WILMINGTON, DE

The Nemours Building
1007 North Orange St.
P.O. Box 2207
Wilmington, DE 19899
TEL: (302) 658 9141
FAX: (302) 658 5614
WEB: www.cblh.com

March 14, 2007

By E-File
The Honorable Joseph J. Farnan, Jr.
United States District Court
844 King Street
Wilmington, DE 19801

Re: **Prism Technologies LLC v. VeriSign, Inc. *et al.*; C.A. No. 05-214**

Dear Judge Farnan:

On March 2, 2007 you granted Prism Technologies LLC's ("Prism") motion to compel source code from VeriSign, Inc. ("VeriSign"). At the conclusion of the argument, you set a tentative deadline for the production to occur by today, March 14, 2007, but specifically advised that VeriSign could seek an extension if necessary.

On March 2, 2007, VeriSign immediately began efforts to have the source code put in a format to be produced and drafted a Supplemental Protective Order which the involved parties (Prism and VeriSign) agreed would pertain specifically to source code. The parties have agreed to the terms of the Supplemental Protective Order. However, yesterday, Prism raised a question about the scope of the source code that VeriSign was prepared to produce today. Prism has refused to sign the Supplemental Protective Order until its questions are resolved.

We expect to resolve these issues within the next few days. We therefore write to advise you of the status of this production, and that VeriSign requires an extension of time for ten (10) additional days to give VeriSign sufficient time to adequately address the concerns that Prism raised. Please advise the undersigned counsel if a stipulation should be filed to confirm this short extension.

Respectfully,

/s/*Patricia S. Rogowski*/

Patricia Smink Rogowski

*Attorney for VeriSign, Inc.*

cc: Clerk of Court (via Hand Delivery)
Jason Snyderman, Esquire
Frank Cimino, Esquire
Richard D. Kirk Esquire
Frederick L. Cottrell, III, Esquire

The Honorable Joseph J. Farnan, Jr.
March 14, 2007
Page 2

    Richard L. Horwitz, Esquire
    Steven J. Balick, Esquire
    Dirk D. Thomas, Esquire
    David M. Schlitz, Esquire
    John DiMatteo, Esquire
    Gregory P. Teran, Esquire
    Samir A. Bhavsar, Esquire
    (All served via e-mail except otherwise noted)