IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| PRISM TECHNOLOGIES LLC,<br><br>Plaintiff,<br><br>v.<br><br>VERISIGN, INC., RSA SECURITY, INC., NETEGRITY, INC., COMPUTER ASSOCIATES INTERNATIONAL, INC., and JOHNSON & JOHNSON SERVICES, INC.,<br>Defendants. | Civil Action No. 05-214-JJF<br><br>**REDACTED PUBLIC VERSION** |

**DEFENDANTS' JOINT MOTION FOR LEAVE TO FILE
AMENDED ANSWERS AND COUNTERCLAIMS**

Pursuant to Rule 15 of the Federal Rules of Civil Procedure and Rule 15.1 of the Local Rules, Defendants Verisign, Inc., RSA Security, Inc., Netegrity, Inc., Computer Associates International, Inc., and Johnson & Johnson Services, Inc. (collectively, "Defendants") respectfully seek leave to amend their answers and counterclaims to add allegations that U.S. Patent No. 6,516,416 ("the '416 patent") is unenforceable due to inequitable conduct. These new allegations are based on newly discovered evidence that certain material prior art references were known to the inventors but were withheld from the United States Patent and Trademark Office during prosecution of the '416 patent application. Copies of each Defendants' proposed Amended Answers and Counterclaims, along with redlined versions of the Amended Answers and Counterclaims, are attached as Exhibits A-E.

The grounds for Defendants' motion are fully set forth in the accompanying opening memorandum.

| | |
|---|---|
| *Of Counsel:* | ASHBY & GEDDES |
| John M. DiMatteo<br>Neal Feivelson<br>Leslie M. Spencer<br>Wilkie Farr & Gallagher LLP<br>787 Seventh Avenue<br>New York, NY 10019-6099<br>(212) 728-8000 | /s/ Lauren E. Maguire<br>_____<br>Steven J. Balick (#2114)<br>John G. Day (# 2403)<br>Lauren E. Maguire (#4261)<br>500 Delaware Avenue, 8th Floor<br>Wilmington, Delaware 19801<br>(302) 654-1888<br><br>*Attorneys for Defendant, Johnson & Johnson Services, Inc.* |
| *Of Counsel:* | CONNOLLY, BOVE, LODGE & HUTZ, LLP |
| Edward F. Mannino<br>Jason Snyderman<br>Akin Gump Strauss Hauer & Feld LLP<br>2005 Market Street, Suite 2200<br>Philadelphia, PA 19103<br>(215) 965-1200<br><br>Frank C. Cimino, Jr.<br>Daniel E. Yonan<br>Jin-Suk Park<br>Akin Gump Strauss Hauer & Feld LLP<br>1333 New Hampshire Avenue, N.W.<br>Washington, D.C. 20036-1564<br>(202) 887-4020 | /s/ Patricia Smink Rogowski<br>_____<br>Patricia Smink Rogowski (#2632)<br>1007 North Orange Street<br>P.O. Box 2207<br>Wilmington, DE 19899<br>(302) 658-9141<br><br>*Attorney for Defendant Verisign, Inc.* |
| *Of Counsel:* | RICHARDS, LAYTON & FINGER, P.A. |
| William Lee<br>David B. Bassett<br>Gregory P. Teran<br>Kate Hutchins<br>Mark D. Selwyn<br>Wilmer Cutler Pickering Hale and Dorr LLP<br>60 State Street<br>Boston, MA 02109<br>(617) 526-6000 | /s/ Frederick L. Cottrell III<br>_____<br>Frederick L. Cottrell III (#2555)<br>Steven J. Fineman (#4025)<br>One Rodney Square<br>P.O. Box 551<br>Wilmington, Delaware 19899<br>(302) 651-7700<br><br>*Attorneys for Defendant, RSA Security Inc.* |


- 3 -

| | |
|---|---|
| *Of Counsel:* | POTTER ANDERSON & CORROON LLP |
| David M. Schlitz<br>Baker Botts LLP<br>1299 Pennsylvania Avenue<br>Washington, D.C. 20004-2400<br>(202) 639-7700 | /s/ *Richard L. Horwitz*<br><br>Richard L. Horwitz (#2246)<br>David E. Moore (#3983)<br>1313 N. Market Street<br>Hercules Plaza, 6th Floor<br>P.O. Box 951 |
| Samir A. Bhavsar<br>Jeffrey D. Baxter<br>Baker Botts LLP<br>2001 Ross Avenue<br>Dallas, TX 75201-2980<br>(214) 953-6500 | Wilmington, DE 19899<br>(302) 984-6000<br><br>*Attorneys for Defendant, Netegrity, Inc. and Computer Associates International, Inc.* |

Dated: March 16, 2007
178960.1

## CERTIFICATION PURSUANT TO LOCAL RULE 7.1.1

I hereby certify that prior to filing the attached **DEFENDANTS' JOINT MOTION FOR LEAVE TO FILE AMENDED ANSWERS AND COUNTERCLAIMS**, defense counsel sought Prism's consent to the requested relief, but no agreement could be reached.

/s/ Lauren E. Maguire

/s/ Lauren E. Maguire (#4261)

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| PRISM TECHNOLOGIES LLC, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | C.A. No. 05-214-JJF |
| | ) | |
| VERISIGN, INC., RSA SECURITY, INC., | ) | |
| NETEGRITY, INC., COMPUTER | ) | |
| ASSOCIATES INTERNATIONAL, INC., | ) | |
| and JOHNSON & JOHNSON | ) | |
| SERVICES, INC., | ) | |
| | ) | |
| Defendants. | ) | |

## ORDER

This _____ day of _____, 2007, defendants having filed a joint motion to amend their respective answers and counterclaims to add allegations that the patent-in-suit is unenforceable due to inequitable conduct, and the Court, after considering the positions of the parties, having concluded that good grounds exist for the requested relief; now therefore,

IT IS HEREBY ORDERED that defendants' motion is granted, and that each of the proposed amended pleadings attached to defendants' motion shall be deemed served and filed as of the date of the entry of this order.

_____
United States District Judge

## CERTIFICATE OF SERVICE

I hereby certify that on the 23rd day of March, 2007, the attached **REDACTED PUBLIC VERSION OF DEFENDANTS' JOINT MOTION FOR LEAVE TO FILE AMENDED ANSWERS AND COUNTERCLAIMS** was served upon the below-named counsel at the address and in the manner indicated:

| | |
|---|---|
| Richard D. Kirk, Esquire<br>The Bayard Firm<br>222 Delaware Avenue, Suite 900<br>P.O. Box 25130<br>Wilmington, DE  19899 | HAND DELIVERY |
| Dirk D. Thomas, Esquire<br>Robin, Kaplan, Miller & Ciresi, LLP<br>1875 Eye Street, N.W., Suite 300<br>Washington, DC  20006-5409 | VIA ELECTRONIC MAIL |
| Patricia S. Rogowski, Esquire<br>Connolly Bove Lodge & Hutz LLP<br>The Nemours Building<br>1007 North Orange Street<br>P.O. Box 2207<br>Wilmington, DE  19899 | HAND DELIVERY |
| Jason A. Snyderman, Esquire<br>Akin Gump Strauss Hauer & Feld LLP<br>One Commerce Square<br>2005 Market Street<br>Suite 2200<br>Philadelphia, PA  19103-7013 | VIA ELECTRONIC MAIL |
| Frank C. Cimino, Jr., Esquire<br>Akin Gump Strauss Hauer & Feld LLP<br>Robert S. Strauss Building<br>1333 New Hampshire Avenue, N.W.<br>Washington, DC  20036-1564 | VIA ELECTRONIC MAIL |

| | |
|---|---|
| Frederick L. Cottrell, III, Esquire<br>Richards Layton & Finger<br>One Rodney Square<br>P.O. Box 551<br>Wilmington, DE 19899 | HAND DELIVERY |
| William F. Lee, Esquire<br>Wilmer Cutler Pickering Hale & Dorr LLP<br>60 State Street<br>Boston, MA 02109 | VIA ELECTRONIC MAIL |
| Kate Hutchins, Esquire<br>Wilmer Cutler Pickering Hale & Dorr<br>399 Park Avenue<br>New York, NY 10022 | VIA ELECTRONIC MAIL |
| Richard L. Horwitz, Esquire<br>Potter Anderson & Corroon LLP<br>1313 North Market Street<br>P.O. Box 951<br>Wilmington, DE 19899 | HAND DELIVERY |
| Samir Bhavsar, Esquire<br>Baker Botts LLP<br>2001 Ross Avenue<br>Dallas, TX 75201-2980 | VIA ELECTRONIC MAIL |
| David M. Schlitz, Esquire<br>Baker Botts LLP<br>The Warner<br>1299 Pennsylvania Avenue, NW<br>Washington, DC 20004-2400 | VIA ELECTRONIC MAIL |

/s/ Lauren E. Maguire
_____
Lauren E. Maguire