# EXHIBIT B

## Other Documents

1:05-cv-00214-JJF Prism Technologies LLC v. Verisign Inc. et al

MEDIATION, PATENT, PaperDocuments

### U.S. District Court

### District of Delaware

## Notice of Electronic Filing

The following transaction was entered by Rogowski, Patricia on 3/14/2007 at 4:50 PM EDT and filed on 3/14/2007

**Case Name:**      Prism Technologies LLC v. Verisign Inc. et al
**Case Number:**    1:05-cv-214
**Filer:**
**Document Number:** 433

**Docket Text:**
Letter to The Honorable Joseph J. Farnan, Jr. from Patricia S. Rogowski regarding Extension of Time to Produce Source Code - re Oral Order,. (Rogowski, Patricia)

**1:05-cv-214 Notice has been electronically mailed to:**

Robert Auchter      raauchter@rkmc.com

Andre J. Bahou      ajbahou@rkmc.com

Steven J. Balick    sbalick@ashby-geddes.com, dfioravanti@ashby-geddes.com, jday@ashby-geddes.com, lmaguire@ashby-geddes.com, mkipp@ashby-geddes.com, nlopez@ashby-geddes.com, rgamory@ashby-geddes.com, tlydon@ashby-geddes.com

David B. Bass       david.bassett@wilmerhale.com

Jeffrey D. Baxter   jeff.baxter@bakerbotts.com

Samir A. Bhavsar    samir.bhavsar@bakerbotts.com

Frederick L. Cottrell, III    cottrell@rlf.com, garvey@rlf.com

John G. Day         jday@ashby-geddes.com, dfioravanti@ashby-geddes.com, dharker@ashby-geddes.com, lmaguire@ashby-geddes.com, mkipp@ashby-geddes.com, nlopez@ashby-geddes.com, rgamory@ashby-geddes.com, sbalick@ashby-geddes.com, tlydon@ashby-geddes.com

Steven J. Fineman   fineman@rlf.com

Richard L. Horwitz  rhorwitz@potteranderson.com, iplitigation@potteranderson.com,

jsutton@potteranderson.com, mbaker@potteranderson.com, nmcmenamin@potteranderson.com

Kate Hutchins    kate.hutchins@wilmerhale.com

Richard D. Kirk    bankserve@bayardfirm.com, rkirk@bayardfirm.com

Lauren E. Maguire    lmaguire@ashby-geddes.com

David Ellis Moore    dmoore@potteranderson.com, ntarantino@potteranderson.com

Patricia Smink Rogowski    progowski@cblh.com, dkt@cblh.com, vmurphy@cblh.com

David M. Schlitz    david.schlitz@bakerbotts.com

Mark D. Selwyn    Mark.Selwyn@wilmerhale.com

Gregory P. Teran    gregory.teran@wilmerhale.com

**1:05-cv-214 Notice has been delivered by other means to:**

The following document(s) are associated with this transaction:

**Document description:** Main Document
**Original filename:** n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1079733196 [Date=3/14/2007] [FileNumber=357426-0]
[c4887f8dd90a3946795fba5af1ae533b2c65bcb00a92c67bc316b09959f7d089f76c
f2d559c79e485963547b6fe8842bcd64e25108f9494d22ed346acdf02c72]]

 **CONNOLLY BOVE LODGE & HUTZ LLP**
ATTORNEYS AT LAW

WILMINGTON, DE

The Nemours Building
1007 North Orange St.
P.O. Box 2207
Wilmington, DE 19899
TEL: (302) 658 9141
FAX: (302) 658 5614
WEB: www.cblh.com

Patricia Smink Rogowski
Partner
Admitted in DE and PA
Phone: (302) 658-9141
FAX (302) 658 5614
E-MAIL: progowski@cblh.com
REPLY TO: Wilmington DE Office

March 14, 2007

By E-File
The Honorable Joseph J. Farnan, Jr.
United States District Court
844 King Street
Wilmington, DE 19801

Re: **Prism Technologies LLC v. VeriSign, Inc. et al.; C.A. No. 05-214**

Dear Judge Farnan:

On March 2, 2007 you granted Prism Technologies LLC's ("Prism") motion to compel source code from VeriSign, Inc. ("VeriSign"). At the conclusion of the argument, you set a tentative deadline for the production to occur by today, March 14, 2007, but specifically advised that VeriSign could seek an extension if necessary.

On March 2, 2007, VeriSign immediately began efforts to have the source code put in a format to be produced and drafted a Supplemental Protective Order which the involved parties (Prism and VeriSign) agreed would pertain specifically to source code. The parties have agreed to the terms of the Supplemental Protective Order. However, yesterday, Prism raised a question about the scope of the source code that VeriSign was prepared to produce today. Prism has refused to sign the Supplemental Protective Order until its questions are resolved.

We expect to resolve these issues within the next few days. We therefore write to advise you of the status of this production, and that VeriSign requires an extension of time for ten (10) additional days to give VeriSign sufficient time to adequately address the concerns that Prism raised. Please advise the undersigned counsel if a stipulation should be filed to confirm this short extension.

Respectfully,

/s/Patricia S. Rogowski/

Patricia Smink Rogowski

*Attorney for VeriSign, Inc.*

cc: Clerk of Court (via Hand Delivery)
Jason Snyderman, Esquire
Frank Cimino, Esquire
Richard D. Kirk Esquire
Frederick L. Cottrell, III, Esquire

The Honorable Joseph J. Farnan, Jr.
March 14, 2007
Page 2

      Richard L. Horwitz, Esquire
      Steven J. Balick, Esquire
      Dirk D. Thomas, Esquire
      David M. Schlitz, Esquire
      John DiMatteo, Esquire
      Gregory P. Teran, Esquire
      Samir A. Bhavsar, Esquire
      (All served via e-mail except otherwise noted)