# EXHIBIT C

Case 1:05-cv-00214-JJF   Document 440-4   Filed 03/23/2007   Page 1 of 4

**From:** Bahou, Andre J. [mailto:AJBahou@rkmc.com]
**Sent:** Wednesday, March 14, 2007 6:08 PM
**To:** Cimino, Frank; VeriSign - Prism
**Cc:** PrismCounsel
**Subject:** RE: 3-14-2007 Letter from Bahou to Yonan and Cimino ReProduction of VeriSign Source Code

>>>> Please read the confidentiality statement below <<<<

Frank:

Although there is a dispute about the scope of information requested by our Document Request No. 1 and the Court's Order compelling VeriSign to produce the source code, you also agreed on the teleconference to discuss the disputed information with your client and to convey the intent of our requests for the full and entire source code, along with the necessary files to compile, install, operate, execute, and evaluate the source code. Because you have not provided us with a list of all the modules or files of the entire source code, we do not know the entire contents and cannot specifically recite every item (*e.g.*, module, make file, link file) that may be encompassed in the details of our Document Request No. 1. Similarly, because you could not inform us of the compiler / platform that VeriSign uses, we could not state in detail each and every file that would be needed to compile the source code into the executable code that is provided to VeriSign's customers. Nonetheless, our request has always been and is now for the full and entire source code as kept by VeriSign in the normal course of business to create the executable code that is provided to VeriSign's customers.

Attached is the supplemental protective order with some signatures.

I look forward to our continued negotiations regarding the pending issues.

Thanks
AJ

Andre J. Bahou
Attorney at Law
1875 Eye Street, N.W., Suite 300
Washington, D.C.  20006-5409
202-736-2707 (direct)
202-775-0725 (main)
202-223-8604 (fax)
E-mail address:  ajbahou@rkmc.com

ROBINS, KAPLAN, MILLER & CIRESI L.L.P.

---

**From:** Cimino, Frank [mailto:fcimino@AKINGUMP.com]
**Sent:** Wednesday, March 14, 2007 5:27 PM
**To:** Bahou, Andre J.; VeriSign - Prism
**Cc:** PrismCounsel
**Subject:** RE: 3-14-2007 Letter from Bahou to Yonan and Cimino ReProduction of VeriSign Source Code

AJ -- Thanks for calling me about the source code issue. As you know, because it was getting late, we felt compelled to seek an extension of 10 days before we received your email below.

We agree to your proposed changes to the protective order attached to your email below, and once we receive a signed PDF by at least one person in your firm, we will produce two copies of the 13 source code modules to you. If we receive it in the next 1/2 hour, we can do so tonight otherwise we will do so tomorrow morning.

During our call, we both stated our respective positions regarding the scope of the Court order and you and I agreed to discuss the issues raised in your email below over the next 10 days.

Regards,
F.

---

**From:** Bahou, Andre J. [mailto:AJBahou@rkmc.com]
**Sent:** Wednesday, March 14, 2007 4:54 PM
**To:** Cimino, Frank; VeriSign - Prism
**Cc:** PrismCounsel
**Subject:** RE: 3-14-2007 Letter from Bahou to Yonan and Cimino Re Production of VeriSign Source Code

>>>> Please read the confidentiality statement below <<<<

Frank:

Based on our disagreement about the source code, we would not object if you request a reasonable extension (i.e. no more than seven-ten days) on the condition that you agree to produce the entire source code in native electronic format as it is normally kept in the ordinary course of business. In that regard, we expect the agreement to include your promise to state what compiler / platform that VeriSign uses to compile the source code, to include the necessary link files, make files, and any other information that VeriSign uses in the normal course of business to compile the source code into executable code.

We also ask you to confirm (1) that you will produce the entire source code as it is used to compile the executable code provided to VeriSign's customers, (2) that we can compile the source code that you will be producing, (3) that you state which compiler / platform VeriSign uses to compile the source code, and (4) that you give us a total list of all the modules in the entire source code.

As discussed with Danny this morning, he could not state either the platform or the total number of modules of the entire source code.

Further, you misquote my letter of December 22, 2006 below. The sentence reads: "We believe that information will be conclusively found in at least the following software source code modules...." You selectively ignore that we said "at least." Notwithstanding your newfound reason to improperly limit the Court's Order to produce the source code, you should properly focus on our Document Request No. 1, which is the basis for our motion and the Court's Order on the same.

I will call you to discuss this compromise.

AJ

Andre J. Bahou
Attorney at Law
1875 Eye Street, N.W., Suite 300
Washington, D.C. 20006-5409
202-736-2707 (direct)

202-775-0725 (main)
202-223-8604 (fax)
E-mail address: ajbahou@rkmc.com

**ROBINS, KAPLAN, MILLER & CIRESI L.L.P.**

---

**From:** Cimino, Frank [mailto:fcimino@AKINGUMP.com]
**Sent:** Wednesday, March 14, 2007 3:20 PM
**To:** PrismCounsel
**Cc:** VeriSign - Prism
**Subject:** RE: 3-14-2007 Letter from Bahou to Yonan and Cimino ReProduction of VeriSign Source Code

AJ:

I have called you and emailed you but have not heard back from you yet. We are prepared to produce the 13 modules of human readable source code in native electronic form today if you sign the protective order (the restrictions of which you have already indicated you will agreed to). These are the 13 modules you indicated "conclusively" contain the information you seek. (December 22, 2006 letter.)

Yesterday, you requested for the first time additional electronic files not mentioned in your motion or December 22 letter and today you indicate for the first time that Prism wants more than those 13 modules. You further stated you will not sign the protective order nor accept the 13 modules of source code until VeriSign agrees to your two new requests.

To accommodate your concerns, I have added a new paragraph to the protective order that makes clear Prism's agreement to it does not operate as a concession that it thinks VeriSign's obligations under the Court's order is discharged. Accordingly, there is no valid reason not to sign it and receive today the 13 source code modules you say are "conclusive" of the issues between the parties. As to your new requests, and as the Court suggested might be necessary, we need another 10 days to consider them and to ready a further production if necessary.

If you do not agree to sign the protective order, then we will have no choice but to produce the source code in human readable form but in paper or TIFF form under the existing protective order, to comply with the Court's order. As I am sure you are aware, we will require a short an extension of time to prepare those documents for production with confidential designations and bates stamps.

Please call me to discuss.

Regards,

F.

**Frank C. Cimino, Jr.**
**AKIN, GUMP, STRAUSS, HAUER & FELD LLP**
Robert S. Strauss Building
1333 New Hampshire Avenue, N.W.
Washington, DC 20036-1564
**Direct Dial:** 202 887 4020
**Fax:** 202 887 4288