IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| PRISM TECHNOLOGIES LLC,<br><br>Plaintiff,<br><br>v.<br><br>VERISIGN, INC., RSA SECURITY, INC., NETEGRITY, INC., COMPUTER ASSOCIATES INTERNATIONAL, INC., and JOHNSON & JOHNSON SERVICES, INC.,<br><br>Defendants. | Civil Action No. CA 05-214 JJF<br>Jury Trial Demanded |

## SUPPLEMENTAL PROTECTIVE ORDER GOVERNING PRODUCTION OF VERISIGN, INC. SOURCE CODE

1. Any and all source code produced by VeriSign, Inc. ("Source Code"), or portions thereof, shall be considered "Attorney's Eyes Only" under the May 15, 2006 Protective Order governing this action, and subject to all the restrictions of that Order and the additional restrictions provided *infra*.

2. The only persons permitted to view or otherwise have access to the Source Code on behalf of Prism Technologies, LLC, are: (a) Dirk Thomas, Esq., Robert Auchter, Esq., Kenneth Freeling, Esq., David Swenson, Esq., Jeffrey Frey, Esq., Andre Bahou, Esq., Aziz Burgy, Esq., Chandran Iyer, Esq., and Matthew Weinstein, of Robins Kaplan Miller & Ciresi LLP, 1875 Eye Street, N.W., Suite 300, Washington, D.C. 20006; (b) Dr. Michael I. Shamos, Prism's retained technical consultant; and (c) Richard Kirk, Esq. of the Bayard Law Firm, 222 Delaware Avenue, Suit 900, Wilmington, DE 19899. Each person identified in sections (a), (b), and (c) above must agree to strictly adhere to the restrictions herein by signing below, prior to any access to the Source Code.

3. In no event shall an employee, officer, or director of any party to this action or any competitor not a party to this action, even if they qualify under the Protective Order's designation of persons allowed access to "Attorney's Eyes Only" information, be permitted to access the Source Code without VeriSign's specific written consent.

4. The Source Code may only be reviewed or analyzed on a maximum of two (2) stand-alone, self-contained computers, that are not connected to a network or have access to the Internet, an intranet, an extranet, any other computers, or the World Wide Web.

1

DC1 45694768.1

The stand-alone computers can be located at Robins Kaplan's Washington D.C. Office, and/or at Dr. Shamos' office, located at 605 Devonshire Street, Pittsburgh, PA 15213. The Source Code must be locked in a secure location that is accessible only to the authorized individuals identified above.

5. With respect to Source Code at Dr. Shamos' office, Dr. Shamos agrees that: (a) the Source Code shall not leave his office; (b) he will not download or copy any portion of the Source Code; (c) he will view/analyze the Source Code only on a single stand alone computer in his office that is not connected to a network; (d) when not reviewing the Source Code, it shall be kept in a locked drawer in his office; and (e) when not in his office, the office door shall remain locked.

6. Except as stated herein, no copies (e.g., electronic, printout, photocopy or handwritten recording) of the Source Code or any portions thereof shall be made without specific written permission of VeriSign, which shall not be unreasonably withheld. Specific portions of source code used in or as supporting documentation for pleadings filed with the Court (which must be done under seal) or Dr. Shamos's expert report may be copied (but only to the extent necessary) without permission. Any hard copies must be locked in a secure location that is accessible only to authorized persons as identified above.

7. The Source Code and any portions thereof may be transported only via hand carry. Prism shall keep VeriSign informed of any and all transportation of Source Code such that VeriSign is informed of the whereabouts of Source Code at all times.

8. By agreeing to this Supplement Protective Order, Prism does not concede that VeriSign's production of Source Code is complete or in a form acceptable to Prism. Prism expressly reserves the right to seek the Court's assistance because it believes VeriSign has not satisfied its obligations under the Court's order of March 2, 2007. Prism agrees to this protective order so that it may facilitate compliance, at least in-part, with the Court's order of March 2, 2007.

Each of the undersigned has read the above and agree to strictly adhere to all Source Code restrictions.

Of Counsel
By: /s/ Dirk Thomas
Dirk Thomas, Esq.

By: /s/ Robert Auchter
Robert Auchter, Esq.

By: /s/ Kenneth Freeling
Kenneth Freeling, Esq.

By: /s/ Richard D. Kirk
Richard D. Kirk, Esq.
Delaware Bar ID 922
THE BAYARD FIRM
222 Delaware Avenue, Suit 900
Wilmington, DE 19899
Telephone: (302) 655-5000
Fax: (302) 658-6395

2

DC1 45694768.1

By: _____
David Swenson, Esq.

By: _____
Jeffrey Frey, Esq.

By: _____
Andre Bahou, Esq.

By: _____
Chandran Iyer, Esq.

By: _____
Aziz Burgy, Esq.

By: _____
Matthew Weinstein*

ROBINS, KAPLAN, MILLER & CIRESI LLP
1875 Eye Street, N.W., Suite 300
Washington, DC 20006
Telephone: (202) 736-0725
Fax: (202) 223-8604

*Not admitted to practice law

*Of Counsel*
Edward F. Mannino, Esq.
Jason A. Snyderman, Esq.
John D. Simmons, Esq.
AKIN GUMP STRAUSS HAUER & FELD LLP
One Commerce Square, Suite 2200
2005 Market Street
Philadelphia, PA 19103
Telephone: (215) 965-1200
Fax: (215) 965-1210

Frank C. Cimino, Jr., Esq.
Daniel Yonan, Esq.
AKIN GUMP STRAUSS HAUER & FELD LLP
Robert S. Strauss Building
1333 New Hampshire Avenue, NW
Washington, DC 20036
Telephone: (202) 887-4000
Fax: (202) 887-4288

DCI 45694768.1

*Attorneys for Plaintiff Prism Technologies, LLC*

By: _____
Dr. Michael I. Shamos, Esq.
605 Devonshire Street
Pittsburgh, PA 15213.

*Retained Technical Consultant for Plaintiff Prism Technologies, LLC*

By: _____
Patricia Smink Rogowski, Esq.
Delaware Bar ID 2632
CONNOLLY, BOVE, LODGE & HUTZ LLP
The Nemours Building
1007 North Orange Street
PO Box 2207
Wilmington DE 19899
Telephone: (302) 658-9141
Fax: (302) 658-5614

*Attorneys for Defendant, VeriSign, Inc.*

**SO ORDERED.**

Dated _____

3

_____
United States District Court Judge