# UNITED STATES DISTRICT COURT
## DISTRICT OF DELAWARE

CHAMBERS OF
JOSEPH J. FARNAN, JR.
JUDGE

LOCKBOX 27
844 KING STREET
U.S. COURTHOUSE
WILMINGTON, DELAWARE 19801
(302) 573-6155

March 30, 2007

Richard D. Kirk, Esquire
The Bayard Firm
P. O. Box 25130
Wilmington, DE 19899

Frederick L. Cottrell, III, Esquire
Richards, Layton & Finger
P. O. Box 551
Wilmington, DE 19899

Patricia Smink Rogowski, Esquire
Connolly, Bove, Lodge & Hutz
P. O. Box 2207
Wilmington, DE 19899

Richard L. Horwitz, Esquire
Potter Anderson & Corroon, LLP
P. O. Box 951
Wilmington, DE 19899-0951

John G. Day, Esquire
Ashby & Geddes
P. O. Box 1150
Wilmington, DE 19899

RE:   Prism Technologies LLC v. Verisign Inc., et al.
      Civil Action No. 05-214 JJF

Dear Counsel:

I have reviewed the parties' recent submission (D.I. 437, 440, 441). I have concluded that the matter discussed does not require a decision by me.

Sincerely,

JOSEPH J. FARNAN, JR.

JJFjr:dk
cc: Clerk, U.S. District Court