IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| PRISM TECHNOLOGIES LLC<br><br>Plaintiff,<br><br>v.<br><br>VERISIGN, INC., RSA SECURITY, INC., NETEGRITY, INC., COMPUTER ASSOCIATES INTERNATIONAL, INC., and JOHNSON & JOHNSON SERVICES, INC.,<br><br>Defendants. | Civil Action No. 05-00214 JJF<br><br><br>FILED UNDER SEAL<br>SUBJECT TO PROTECTIVE ORDER |

**PLAINTIFF PRISM TECHNOLOGIES LLC'S
ANSWERING BRIEF IN OPPOSITION TO
DEFENDANT'S JOINT MOTION FOR LEAVE TO FILE
AMENDED ANSWERS AND COUNTERCLAIMS**

March 30, 2007

THE BAYARD FIRM
Richard D. Kirk
Ashley B. Stitzer
222 Delaware Avenue, Suite 900
Wilmington, Delaware 19899
(302) 655-5000
rkirk@bayardfirm.com

*Attorneys for Plaintiff
Prism Technologies LLC*

*Of Counsel*:

Dirk D. Thomas, Esq.
Robert A. Auchter, Esq.
Kenneth A. Freeling, Esq.
André J. Bahou, Esq.
Aziz Burgy, Esq.
Robins, Kaplan, Miller & Ciresi, L.L.P.
1875 Eye Street, N.W., Suite 300
Washington, D.C. 20006
(202) 775-0725

655948-1

# THIS DOCUMENT WAS FILED UNDER SEAL