IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| PRISM TECHNOLOGIES LLC, | : |
|     Plaintiff, | : |
| v. | :   Civil Action No. 05-214-JJF |
| VERISIGN, INC., RSA SECURITY, INC., NETEGRITY, INC., COMPUTER ASSOCIATES INTERNATIONAL, INC., and JOHNSON & JOHNSON SERVICES, INC. | : |
|     Defendants. | : |

**MEMORANDUM ORDER**

Pending before me is Defendants' Joint Motion For Leave To File Amended Answers And Counterclaims. (D.I. 435). By their motion, Defendants seek leave to plead an inequitable conduct defense. Plaintiff opposes the Motion contending that Defendants' attempt is outside the time frames set by the Scheduling Order.

I conclude that the Motion, although untimely, should be granted. Plaintiff does not argue that undue prejudice will result if the motion is granted. I am not persuaded that Plaintiff's delay and futility arguments are persuasive.

NOW THEREFORE IT IS HEREBY ORDERED that Defendants' Joint Motion For Leave To File Amended Answers And Counterclaims (D.I. 435) is **GRANTED**.

April 13, 2007
    DATE

UNITED STATES DISTRICT JUDGE