IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| PRISM TECHNOLOGIES LLC<br><br>    Plaintiff,<br><br>v.<br><br>VERISIGN, INC., RSA SECURITY, INC., NETEGRITY, INC., COMPUTER ASSOCIATES INTERNATIONAL, INC., and JOHNSON & JOHNSON SERVICES, INC.,<br><br>    Defendants. | Civil Action No. 05-214-JJF |

### FINAL JUDGMENT OF NON-INFRINGEMENT

Based on the parties' Stipulation Reserving Right to Appeal and For Entry of Final Judgment of Non-Infringement Under the Court's Claim Construction Order, the Court finds and enters judgment as follows:

1. No product, service, or activity of the Defendants verifies after initial authentication, but before session termination, that the hardware key remains connected to the subscriber client computer.

2. The Defendants do not directly or indirectly infringe, and have not directly or indirectly infringed, any claim of U.S. Patent No. 6,516,416 (either literally or under the doctrine of equivalents) under the Court's construction of at least the terms "operating session" and "to thereby confirm that said [or a] hardware key is connected to said subscriber client computer."

3. Plaintiff shall take nothing from Defendants with respect to its allegations of infringement.

657482-1

4.  The Defendants' defenses and counterclaims are dismissed without prejudice and Defendants will be allowed to assert all said defenses and counterclaims in the event this matter is remanded for further consideration.

5.  The parties reserve and preserve the right to move for recovery of attorneys' fees in accordance with the applicable statutes and rules after disposition of any appeal.

SO ORDERED AND ADJUDGED this 23 day of April 2007.

                                            JOSEPH J. FARNAN, JR.
                                            UNITED STATES DISTRICT JUDGE