**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| PRISM TECHNOLOGIES LLC,<br><br>        Plaintiff,<br><br>    v.<br><br>VERISIGN, INC., RSA SECURITY, INC., NETEGRITY, INC., COMPUTER ASSOCIATES INTERNATIONAL, INC., and JOHNSON & JOHNSON SERVICES, INC.,<br><br>        Defendants. | Civil Action No. 05-214-JJF |

**NOTICE OF APPEAL
TO THE UNITED STATES COURT OF APPEALS
<u>FOR THE FEDERAL CIRCUIT</u>**

      Plaintiff Prism Technologies LLC ("Prism") hereby gives notice of its appeal to the United States Court of Appeals for the Federal Circuit from the:

      1)     Final Judgment of Non-Infringement (Exhibit A hereto) of the Asserted Claims of U.S. Patent No. 6,516,416 ("the '416 patent") dated April 23, 2007 and entered on the docket on April 24, 2007 (D.I.454), and from all related prior decisions and orders including,

      2)     The Court's Memorandum Opinion (Exhibit B hereto) and Order (Exhibit C hereto) both dated April 2, 2007 and entered on the docket on the same day (D.I. 448 and D.I. 449, respectively).

April 27, 2007                                    THE BAYARD FIRM

                                                                                   /s/ Richard D. Kirk (rk0922)
                                                                                  Richard D. Kirk (rk0922)
                                                                                  Ashley B. Stitzer (as3891)
                                                                                  222 Delaware Avenue, Suite 900
                                                                                  Wilmington, Delaware 19899
                                                                                  (302) 655-5000
                                                                                  rkirk@bayardfirm.com
                                                                                  astitzer@bayardfirm.com

                                                                                  ATTORNEYS FOR PLAINTIFF PRISM
                                                                                  TECHNOLOGIES LLC

OF COUNSEL:

Dirk D. Thomas
Robert A. Auchter
Kenneth A. Freeling
André J. Bahou
Aziz Burgy
Chandran B. Iyer
ROBINS, KAPLAN, MILLER & CIRESI LLP
1875 Eye Street, N.W., Suite 300
Washington, D.C. 20006-5409
(202) 775-0725

658439-1