# UNITED STATES COURT OF APPEALS FOR THE FEDERAL CIRCUIT

### NOTICE OF DOCKETING

### 2007-1315 - PRISM TECH V VERISIGN

**Date of docketing:** 05/08/2007

**Appeal from:** United States District Court / District of Delaware
case no. 05-CV-214

**Appellant(s):** Prism Technologies LLC

**Critical dates include:**
- Date of docketing. See Fed. Cir. R. 12.
- Entry of appearance. See Fed. Cir. R. 47.3.
- Certificate of interest. See Fed. Cir. R. 47.4.
- Docketing Statement. (*Due within 14 days of the date of docketing.*) See the en banc order dated September 18, 2006. [Counsel can download a copy of the order and guidelines at www.fedcir.gov.]
- Requests for extensions of time. See Fed. Cir. R. 26 and 27. **N.B. Delayed requests are not favored by the court.**
- Briefs. See Fed. Cir. R. 31. **N.B. You will not receive a separate briefing schedule from the Clerk's Office.**
- Settlement discussions. See Fed. Cir. R. 33.
- Oral argument schedule conflicts. See Practice Note following Fed. Cir. R. 34.

Pro se parties should refer to the Guide for Pro Se Petitioners and Appellants.

**Attachments:**
- Official caption to all.
- Docketing Statement. (Only in cases where all parties are represented by counsel.)
- Rules of Practice to pro se parties. [Counsel can download the rules from www.fedcir.gov or call 202.633.6550.]
- Entry of appearance form to all.
- Informal brief form to pro se parties.
- Transcript Purchase Order form to appellants.
- Motion and Affidavit for Leave to Proceed in Forma Pauperis form to appellants owing the docketing fee.

Jan Horbaly
Clerk

cc: US District Court, District of Delaware
Patricia Smink Rogowski
Steven J. Balick
Frederick L. Cottrell, III
Richard D. Kirk
Richard L. Horwitz



## UNITED STATES COURT OF APPEALS FOR THE FEDERAL CIRCUIT

Official Caption[1]

2007-1315

PRISM TECHNOLOGIES LLC,

                              Plaintiff-Appellant,

v.

VERISIGN, INC.,

                              Defendant-Appellee,

and

RSA SECURITY, INC.,

                              Defendant-Appellee,

and

NETEGRITY, INC.
and COMPUTER ASSOCIATES INTERNATIONAL, INC.,

                              Defendants-Appellees,

and

JOHNSON & JOHNSON SERVICES, INC.

                              Defendant-Appellee.

Appeal from the United States District Court for the District of Delaware in case no. 05-CV-214, Judge Joseph J. Farnan, Jr.

Authorized Abbreviated Caption[2]

PRISM TECH v VERISIGN, 2007-1315

---

[1] Required for use on petitions, formal briefs and appendices, court opinions, and dispositive court orders. FRAP 12(a); 32(a).
[2] Authorized for use only on items not requiring the Official Caption as listed in note 1.

UNITED STATES COURT OF APPEALS FOR THE FEDERAL CIRCUIT
Appeal Information Sheet
United States District Court for the District of Delaware

Type of Case: PATENT INFRINGEMENT

**2007-1315**

Caption:    Prism Technologies LLC v. Verisign Inc. et al

Plaintiff(s):   Prism Technologies LLC.

Defendant(s):   Verisign Inc., RSA Security Inc., Netegrity Inc., Computer Associates International Inc., Johnson & Johnson*, Johnson & Johnson Services Inc.
(List all parties. Use asterisk to indicate dismissed or withdrawn parties. Explain any discrepancy with caption used on judgment, order or opinion.)

Docket No. 05cv214 JJF        Date of Judgment/Order:        4/23/07, 4/2/07

Cross/Related Appeal: no
Date of Notice of Appeal:    4/27/07
Date of Notice of Appeal Docketed: 4/27/07
Appellant is: Prism Technologies LLC
Fees:  Court of Appeals Docket Fee Paid?  YES
U.S. Appeal? Yes

FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

MAY 8 2007

JAN HORBALY
CLERK

COUNSEL
(List name, firm, address and telephone number of lead counsel for each party. Indicate party represented.)

| Richard D. Kirk<br>The Bayard Firm<br>222 Delaware Avenue, Suite 900<br>P.O. Box 25130<br>Wilmington, DE 19899 | Patricia Smink Rogowski<br>Connolly, Bove, Lodge & Hutz<br>1007 North Orange Street<br>P.O. Box 2207<br>Wilmington, DE 19899<br><br>Frederick L. Cottrell, III<br>Richard Layton & Finger<br>One Rodney Square<br>P.O. Box 551<br>Wilmington, DE 19899<br><br>Richard L. Horwitz<br>Potter Anderson & Corroon, LLP<br>1313 N. Market St., Hercules Plaza<br>6th Floor<br>P.O. Box 951<br>Wilmington, DE 19899-0951<br><br>Steven J. Balick<br>Ashby & Geddes<br>500 Delaware Ave., 8th Floor<br>P.O. Box 1150<br>Wilmington, DE 19899 |
|---|---|
| Attorney for Plaintiff | Attorneys for Defendants |

COURT REPORTER(S)
(Name and Telephone Number)

| | |
|---|---|
| Leonard Dibbs | Phone: 302-573-6195 |
| Kevin Maurer | Phone: 302-573-6196 |
| Valerie Gunning | Phone: 302-573-6194 |
| Brian Gaffigan | Phone: 302-573-6360 |

IMPORTANT: Attach copy of opinion and/or order appealed from. Forward together with a certified copy of notice of appeal and certified copy docket entries.

By: _____*E. Strickler*_____
Deputy Clerk

Date:   April 30, 2007