NOTE: This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

2007-1315

PRISM TECHNOLOGIES LLC,

              Plaintiff-Appellant,

      v.

VERISIGN, INC.,

              Defendant-Appellee,

      and

RSA SECURITY, INC.,

              Defendant-Appellee,

      and

NETEGRITY, INC.
and COMPUTER ASSOCIATES INTERNATIONAL, INC.,

              Defendants-Appellees,

      and

JOHNSON & JOHNSON SERVICES, INC.,

              Defendant-Appellee.

  David P. Swenson, Robins, Kaplan, Miller & Ciresi L.L.P, of Minneapolis, Minnesota, argued for plaintiff-appellant. With him on the brief were Ronald J. Schutz, Aziz Burgy, and Christopher J. Kuhlman.

  John M. DiMatteo, Willkie Farr & Gallagher, LLP, of New York, New York, argued for all defendants-appellees. With him on the brief for defendant-appellee Johnson & Johnson Services, Inc. were Steven H. Reisberg and Leslie M. Spencer. On the brief for defendant-appellee Verisign, Inc. were Frank C. Cimino, Jr. and Daniel E. Yonan, Akin Gump Strauss Hauer & Feld, LLP, of Washington, DC, and Jason A. Snyderman and John D. Simmons, of Philadelphia, Pennsylvania. On the brief for defendant-appellee RSA Security, Inc. were Mark D Selwyn, Wilmer Cutler Pickering Hale and

Dorr LLP, of Palo Alto, California, and <u>William F. Lee</u>, <u>David B. Bassett</u>, <u>Donald R. Steinberg</u>, and <u>Gregory P. Teran</u>, of Boston, Massachusetts. On the brief for defendants-appellees, Netegrity, Inc., et al, were <u>David M. Schlitz</u>, Baker Botts LLP, of Washington, DC, and <u>Samir A. Bhavsar</u> and <u>Jeffrey D. Baxter</u>, of Dallas, Texas.

Appealed from:  United States District Court for the District of Delaware

Judge Joseph J. Farnan, Jr.

NOTE: This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

2007-1315

PRISM TECHNOLOGIES LLC,

                Plaintiff-Appellant,

v.

VERISIGN, INC.,

                Defendant-Appellee,

and

RSA SECURITY, INC.,

                Defendant-Appellee,

and

NETEGRITY, INC.
and COMPUTER ASSOCIATES INTERNATIONAL, INC.,

                Defendants-Appellees,

and

JOHNSON & JOHNSON SERVICES, INC.,

                Defendant-Appellee.

# Judgment

ON APPEAL from the     UNITED STATES DISTRICT COURT FOR THE
                                  DISTRICT OF DELAWARE

In CASE NO(S).         05-CV-214.

This CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

Per Curiam: (MAYER, BRYSON and GAJARSA, Circuit Judges):

AFFIRMED. See Fed. Cir. R. 36.

ENTERED BY ORDER OF THE COURT

DATE: FEB - 6 2008

Jan Horbaly, Clerk

FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

FEB 6 - 2008

JAN HORBALY
CLERK

**ISSUED AS A MANDATE:** FEB 2 7 2008

CERTIFIED COPY
I HEREBY CERTIFY THIS DOCUMENT
IS A TRUE AND CORRECT COPY
OF THE ORIGINAL ON FILE.

UNITED STATES COURT OF APPEALS
FOR THE FEDERAL CIRCUIT

By: _____ Date: 2/27/08