IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| PRISM TECHNOLOGIES LLC<br><br>　　　　Plaintiff,<br><br>v.<br><br>VERISIGN, INC., RSA SECURITY, INC.,<br>NETEGRITY, INC., COMPUTER<br>ASSOCIATES INTERNATIONAL, INC., and<br>JOHNSON & JOHNSON SERVICES, INC.,<br><br>　　　　Defendants. | Civil Action No. CA 05-214 JJF<br>Jury Trial Demanded |

## NOTICE OF MOTION

| | |
|---|---|
| TO: Richard D. Kirk<br>The Bayard Firm<br>222 Delaware Avenue, Suite 900<br>P.O. Box 25130<br>Wilmington, DE  19899-5130<br>rkirk@bayardfirm.com | Steven J. Balick (# 2114)<br>John G. Day (#2403)<br>ASHBY & GEDDES<br>222 Delaware Avenue, 17th Floor<br>P.O. Box 1150<br>Wilmington, Delaware  19899 |
| Richard L. Horwitz (#2246)<br>David E. Moore (#3983)<br>POTTER ANDERSON &<br>CORROON LLP<br>Hercules Plaza, 6th Floor<br>1313 N. Market Street<br>P.O. Box 951<br>Wilmington, DE  19899-0951 | Frederick L. Cottrell, III (#2555)<br>cottrell@rlf.com<br>Alyssa M. Schwartz (#4351)<br>schwartz@rlf.com<br>Richards, Layton & Finger, P.A.<br>One Rodney Square<br>Post Office Box 551<br>Wilmington, DE  19899 |

**PLEASE TAKE NOTICE** that on Friday, May 9, 2008, at 10:00 a.m. or as soon thereafter as counsel may be heard, we shall appear before the Honorable Joseph J. Farnan in Courtroom 4B of the U.S. District Court for the District of Delaware, 844 King Street, Wilmington, Delaware, and present **Defendant VeriSign's Motion to Declare this Case**

**Exceptional Pursuant to 35 U.S.C. §285 and for an Award of Attorneys' Fees**. A copy of the motion is served upon you herewith.

                                    Respectfully submitted,

                                    **VERISIGN INC.**

Date: March 12, 2008    By: _/s/ Patricia S. Rogowski_
                                         Patricia Smink Rogowski
                                         Del. Bar ID 2632
                                         CONNOLLY BOVE LODGE & HUTZ LLP
                                         P.O. Box 2207
                                         1007 N. Orange Street
                                         Wilmington, DE 19899
                                         progowski@cblh.com
                                         (302) 658-9141

OF COUNSEL:

Edward F. Mannino
Akin Gump Strauss Hauer & Feld LLP
One Commerce Square, Suite 2200
2005 Market Street
Philadelphia, PA 19103
Telephone: (215) 965-1200


Daniel Yonan
AKIN GUMP STRAUSS HAUER & FELD LLP
Robert S. Strauss Building
1333 New Hampshire Avenue, NW
Washington, DC 20036-1564
Telephone: (202) 887-4000

## CERTIFICATE OF SERVICE

I, Patricia Smink Rogowski, hereby certify that on this 12th day of March, 2008, I electronically filed NOTICE OF MOTION with the Court Clerk using CM/ECF which will send notification of such filing(s) to::

| | |
|---|---|
| Richard D. Kirk<br>The Bayard Firm<br>222 Delaware Avenue, Suite 900<br>P.O. Box 25130<br>Wilmington, DE 19899-5130<br>rkirk@bayardfirm.com | Richard L. Horwitz<br>David E. Moore<br>Potter Anderson & Corroon LLP<br>Hercules Plaza- Sixth Floor<br>1313 North Market Street<br>P.O. Box 951<br>Wilmington, DE 19899-0951<br>rhorwitz@potteranderson.com<br>dmoore@potteranderson.com |
| Frederick L. Cottrell, III<br>Steven J. Fineman<br>Richards Layton & Finger<br>One Rodney Square<br>P.O. Box 551<br>Wilmington, DE 19899-0551<br>cottrell@rlf.com<br>fineman@rlf.com | Steven J. Balick<br>John G. Day<br>Ashby & Geddes<br>500 Delaware Avenue, 8th Floor<br>P.O. Box 1150<br>Wilmington, DE 19899<br>sbalick@ashby-geddes.com<br>jday@ashby-geddes.com<br>lmaguire@ashby-geddes.com |

I hereby further certify that on this 12th day of March, 2008, I have served this document on the attorneys of record at the following addresses as indicated:

## VIA ELECTRONIC MAIL

| | |
|---|---|
| Ronald J. Schutz<br>David P. Swenson<br>Robins, Kaplan, Miller & Ciresi, LLP<br>2800 LaSalle Plaza<br>800 LaSalle Avenue<br>Minneapolis, MN 55402<br>PrismCounsel@rkmc.com | John DiMatteo<br>Willkie Farr & Gallagher LLP<br>787 Seventh Avenue<br>New York, NY 10019-6099<br>PrismLitigation-JJSI@willkie.com |
| David M. Schlitz | Gregory P. Teran |

Baker Botts LLP
1299 Pennsylvania Avenue, NW
Washington, DC  20004-2400
DLDallasPrismLitigationCA-
Netegrity@BakerBotts.com

Samir A. Bhavsar
Baker Botts LLP
2001 Ross Avenue
Dallas, TX  75201-2980
DLDallasPrismLitigationCA-
Netegrity@BakerBotts.com

Wilmer Cutler Hale & Dorr LLP
60 State Street
Boston, MA  02109
RSAPrismLitigation@wilmerhale.com

By: /s/ Patricia S. Rogowski
Patricia Smink Rogowski (DE Bar #2632)
Connolly Bove Lodge & Hutz LLP
P.O. Box 2207
1007 N. Orange Street
Wilmington, DE  19899
(302) 658-9141
progowski@cblh.com

484403_2