IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| PRISM TECHNOLOGIES LLC<br><br>    Plaintiff,<br><br>v.<br><br>VERISIGN, INC., RSA SECURITY, INC.,<br>NETEGRITY, INC., COMPUTER<br>ASSOCIATES INTERNATIONAL, INC., and<br>JOHNSON & JOHNSON SERVICES, INC.,<br><br>    Defendants. | **Civil Action No. CA 05-214 JJF**<br>**Jury Trial Demanded** |

**DEFENDANT VERISIGN'S MOTION TO DECLARE THIS CASE
EXCEPTIONAL PURSUANT TO 35 U.S.C. § 285 AND FOR
AN AWARD OF ATTORNEYS' FEES**

Based upon the within Motion and Memorandum of Law filed contemporaneously herewith, Defendant VeriSign Inc. ("VeriSign") hereby moves this Honorable Court for a finding that this case is exceptional under 35 U.S.C. § 285 because Plaintiff Prism Technologies LLC ("Prism") (a) had no good faith basis to file its Complaint against VeriSign and admitted it only did so to "scare" those within the industry in hopes of attracting a settlement; and (b) admits its case against VeriSign could only ever be one for indirect infringement, yet it failed to ever identify any evidence whatsoever of a direct infringer who used any VeriSign product in the manner Plaintiff admitted was necessary to infringe.

Because Plaintiff filed and prosecuted this case for more than two years without any good-faith basis to do so, this case is exceptional and VeriSign is entitled to be awarded its reasonable attorneys' fees in an amount to be determined by the Court.

Respectfully submitted,

VERISIGN INC.

Date: March 12, 2008          By: /s/ Patricia Smink Rogowski
                                   Patricia Smink Rogowski
                                   Del. Bar ID 2632
                                   CONNOLLY BOVE LODGE & HUTZ LLP
                                   P.O. Box 2207
                                   1007 N. Orange Street
                                   Wilmington, DE 19899
                                   progowski@cblh.com
                                   (302) 658-9141

OF COUNSEL:

Edward F. Mannino
Akin Gump Strauss Hauer & Feld LLP
One Commerce Square, Suite 2200
2005 Market Street
Philadelphia, PA 19103
Telephone: (215) 965-1200

Daniel Yonan
Akin Gump Strauss Hauer & Feld LLP
Robert S. Strauss Building
1333 New Hampshire Avenue, NW
Washington, DC 20036-1564
Telephone: (202) 887-4000

## CERTIFICATE OF SERVICE

I, Patricia Smink Rogowski, hereby certify that on this 12th day of March, 2008, I electronically filed DEFENDANT VERISIGN'S MOTION TO DECLARE THIS CASE EXCEPTIONAL PURSUANT TO 35 U.S.C. §285 AND FOR AN AWARD OF ATTORNEYS' FEES with the Court Clerk using CM/ECF which will send notification of such filing(s) to::

Richard D. Kirk
The Bayard Firm
222 Delaware Avenue, Suite 900
P.O. Box 25130
Wilmington, DE 19899-5130
rkirk@bayardfirm.com

Richard L. Horwitz
David E. Moore
Potter Anderson & Corroon LLP
Hercules Plaza- Sixth Floor
1313 North Market Street
P.O. Box 951
Wilmington, DE 19899-0951
rhorwitz@potteranderson.com
dmoore@potteranderson.com

Frederick L. Cottrell, III
Steven J. Fineman
Richards Layton & Finger
One Rodney Square
P.O. Box 551
Wilmington, DE 19899-0551
cottrell@rlf.com
fineman@rlf.com

Steven J. Balick
John G. Day
Ashby & Geddes
500 Delaware Avenue, 8th Floor
P.O. Box 1150
Wilmington, DE 19899
sbalick@ashby-geddes.com
jday@ashby-geddes.com
lmaguire@ashby-geddes.com

I hereby further certify that on this 12th day of March, 2008, I have served this document on the attorneys of record at the following addresses as indicated:

## VIA ELECTRONIC MAIL

Ronald J. Schutz
David P. Swenson
Robins, Kaplan, Miller & Ciresi, LLP
2800 LaSalle Plaza
800 LaSalle Avenue
Minneapolis, MN 55402
PrismCounsel@rkmc.com

John DiMatteo
Willkie Farr & Gallagher LLP
787 Seventh Avenue
New York, NY 10019-6099
PrismLitigation-JJSI@willkie.com

| | |
|---|---|
| David M. Schlitz<br>Baker Botts LLP<br>1299 Pennsylvania Avenue, NW<br>Washington, DC 20004-2400<br>DLDallasPrismLitigationCA-Netegrity@BakerBotts.com | Gregory P. Teran<br>Wilmer Cutler Hale & Dorr LLP<br>60 State Street<br>Boston, MA 02109<br>RSAPrismLitigation@wilmerhale.com |
| Samir A. Bhavsar<br>Baker Botts LLP<br>2001 Ross Avenue<br>Dallas, TX 75201-2980<br>DLDallasPrismLitigationCA-Netegrity@BakerBotts.com | |

By: *Patricia A Rogowski*
Patricia Smink Rogowski (DE Bar #2632)
Connolly Bove Lodge & Hutz LLP
P.O. Box 2207
1007 N. Orange Street
Wilmington, DE 19899
(302) 658-9141
progowski@cblh.com

484403_2