IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| PRISM TECHNOLOGIES LLC,<br><br>    Plaintiff,<br><br>    v.<br><br>VERISIGN, INC., RSA SECURITY, INC.,<br>NETEGRITY, INC., COMPUTER<br>ASSOCIATES INTERNATIONAL, INC., and<br>JOHNSON & JOHNSON SERVICES, INC.,<br><br>    Defendants. | Civil Action No. CA 05-214 JJF<br>**Jury Trial Demanded** |

**VERISIGN INC.'S RESPONSE TO PLAINTIFF'S SECOND SET OF INTERROGATORIES (NOS. 11-13)**

Pursuant to Rules 26 and 33 of the Federal Rules of Civil Procedure, Defendant VeriSign, Inc. ("VeriSign") hereby responds to Plaintiff Prism Technologies, LLC's ("Prism") Second Set of Interrogatories (Nos. 11-13).

VeriSign's responses to these Interrogatories are based on VeriSign's current knowledge. As discovery continues, VeriSign expects to supplement or modify these Responses as necessary. VeriSign's General Objections supplied in its original responses served on October 27, 2005, are hereby incorporated by reference.

Subject to the foregoing specific or general objections (specifically nos. 1, 5, 6, 7 and 15), VeriSign will or has already produced responsive documents that show all manufactures for its accused Unified Authentication, Go Secure, and Identity Protection products, and components thereof. Pursuant to Fed. R. Civ. P. 33(d), the burden of ascertaining any remaining information is substantially the same for Prism as it is for VeriSign. Notwithstanding, these products are manufactured outside of the United States in Israel and China.

**INTERROGATORY NO. 13:**

Identify any installation or solution known to you where the Identity and Access Management solution identified by Prism in response to your Interrogatory No. 2 has been used since 2002.

**RESPONSE TO INTERROGATORY NO. 13:**

VeriSign objects to this Interrogatory as overly broad and unduly burdensome, and neither relevant to any issue in this proceeding nor reasonably calculated to lead to the discovery of admissible evidence. VeriSign further objects to this Interrogatory as calling for speculation to the extent it calls for information beyond its possession, custody or control.

Subject to the foregoing specific or general objections (specifically nos. 1, 5, 6, 7 and 15), VeriSign is unaware of any entity that has implemented its Unified Authentication, Go Secure and / or Identity Protection products in the manner described by Prism's First Supplemental Response to VeriSign's Interrogatory No. 2, served on April 14, 2006. VeriSign will or has already produced responsive documents that show all customers for its accused Unified Authentication, Go Secure, and Identity Protection products. Pursuant to Fed. R. Civ. P. 33(d), the burden of ascertaining any remaining information is substantially the same for Prism as it is for VeriSign.

Dated: July 6, 2006

*Of Counsel*

Edward F. Mannino
Jason A. Snyderman
AKIN GUMP STRAUSS HAUER & FELD LLP
One Commerce Square, Suite 2200
2005 Market Street
Philadelphia, PA 19103
Telephone: (215) 965-1200
Fax: (215) 965-1210


Frank C. Cimino
Daniel E. Yonan
AKIN GUMP STRAUSS HAUER & FELD LLP
Robert S. Strauss Building
1333 New Hampshire Avenue, NW
Washington, DC 20036-1564
Telephone: (202) 887-4000
Fax: (202) 887-4288

By: /s/ Patricia Rogowski

Patricia Smink Rogowski
Delaware Bar ID 2632
Connolly Bove Lodge & Hutz LLP
The Nemours Building
1007 North Orange Street
PO Box 2207
Wilmington DE 19899
Telephone : (302) 658-9141
Fax: (302) 658-5614

*Attorneys for Defendant, VeriSign, Inc.*

4

## CERTIFICATE OF SERVICE

I, hereby certify that on July 6, 2006 a true and correct copy of **VERISIGN INC.'S RESPONSES TO PLAINTIFF'S SECOND SET OF INTERROGATORIES (NOS. 11-13)** was caused to be served on the attorneys of record at the following addresses as indicated:

**By Hand:**
Richard D. Kirk
The Bayard Firm
222 Delaware Avenue
Suite 900
Wilmington, DE 19899
bankserve@bayardfirm.com

**By E-mail:**
Dirk D. Thomas
Robins, Kaplan, Miller & Ciresi, LLP
1801 K Street, N.W.
Suite 1200
Washington, D.C. 20006-1307
PrismCounsel@rkmc.com

**By Hand:**
Frederick L. Cottrell, III
Richards Layton & Finger
One Rodney Square
920 North King Street,
Wilmington, DE 19801
cottrell@rlf.com

**By E-mail:**
David M. Schlitz
Baker Botts LLP
1299 Pennsylvania Avenue, N.W.
Washington, D.C. 20004-2450
DLDallasPrismLitigationCA-Netegrity@BakerBotts.com

**By Hand:**
Richard L. Horwitz
Potter Anderson & Corroon
1313 North Market Street
P.O. Box 951
Wilmington, DE 19899
canet@potteranderson.com

**By E-mail**
Gregory P. Teran
Wilmer Cutler Pickering Hale & Dorr LLP
60 State Street
Boston, MA 02109
RSAPrismLitigation@wilmerhale.com

**By Hand:**
Steven J. Balick
Ashby & Geddes
222 Delaware Avenue
P.O. Box 1150
Wilmington, DE 19899
Sbalick@ashby-geddes.com

**By E-mail**
John DiMatteo
Willkie Farr & Gallagher LLP
787 Seventh Avenue
New York, NY 10019-6099
PrismLitigation-JJSI@willkie.com

Paul E. Crawford (#493)