**THIS DOCUMENT WAS FILED UNDER SEAL**

Case 1:05-cv-00214-JJF    Document 464-20    Filed 03/12/2008    Page 1 of 1