**Michael A. Van Lente**
5510 North Danbury Road
Whitefish Bay, WI 53217
Phone: (414) 962-0281  Cell: (414) 699-0298
e-mail: mikevanlente@sbcglobal.net

May 3, 2008

Ms. Jean M. Hadley, Esq.
Connolly Bove Lodge & Hutz, L.L.P.
P.O. Box 2207
Wilmington, DE 19899

Dear Ms. Hadley,

I appreciate this chance to apply for a position as an Intellectual Property Associate with your firm. I would especially enjoy working with attorneys who share my fascination with chemistry, and I see that your practice would allow for many opportunities for interface with new scientific advances. I see also that the breadth of services that your firm renders to clients would offer a great chance for me to grow my sophistication in intellectual property law.

Until recently, I was an Associate in the Milwaukee office of the Intellectual Property Department at Reinhart Boerner Van Deuren s.c., one of the largest and most prominent law firms in Wisconsin. The firm ended my employment, citing insufficient work to keep me busy.

All in all, I feel that my experiences will serve me and my future organization well in patent prosecution or a related area. I worked almost exclusively in patent prosecution while at Reinhart, though I remember having occasion to review a license agreement and to work on an infringement opinion. I wrote or furthered patent applications in the chemical, mechanical and biotech areas. As part of this work, I wrote numerous letters to foreign associates regarding the prosecution of patent applications filed on behalf of our clients in other countries. My law school experience at Case School of Law in Cleveland emphasized intellectual property law, was of high quality and will continue to be a good foundation for legal practice.

In my previous roles as a research scientist, I was highly focused on a series of research projects, reading many patents and devoting many evenings to investigations in chemistry libraries in support of my work. My two industrial R&D positions taught me a great deal. The first was with Appleton Papers, a leading manufacturer of carbonless copy papers and thermal papers. The second was with Environmental Test Systems, a small company that manufactured swimming pool test strips. Their common threads are the chemistry of dyes and indicators, color measurement, paper chemistry, coating chemistry, and physical organic chemistry, including some preparative and analytical work. My graduate work at the University of Minnesota was in organic electrochemistry, and I did additional work in this area in my next two positions.

**SUBSTITUTE EXHIBIT N**

I have really enjoyed combining science and law to get new ideas into practice, and I hope to find an appropriate niche in which to continue this interest. Thank you in advance for your consideration.

Sincerely,

Michael A. Van Lente

Enclosure:    Resume