IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| PRISM TECHNOLOGIES LLC<br><br>    Plaintiff,<br><br>v.<br><br>VERISIGN, INC., RSA SECURITY, INC., NETEGRITY, INC., COMPUTER ASSOCIATES INTERNATIONAL, INC., and JOHNSON & JOHNSON SERVICES, INC.,<br><br>    Defendants. | Civil Action No. CA 05-214 JJF<br>Jury Trial Demanded |

### NOTICE OF ENTRY OF APPEARANCE

**PLEASE ENTER THE APPEARANCE** of the following attorney on behalf of Defendant VeriSign, Inc.:

>Frank C. Cimino, Jr.
>Dickstein Shapiro LLP
>1825 Eye Street NW
>Washington, DC  20006
>Tel.:  202-420-2200

Mr. Cimino has been granted pro hac vice admission in this case when he was previously affiliated with Akin Gump Strauss Hauer & Feld LLP.

>Respectfully submitted,
>
>VERISIGN INC.

Date:  March 14, 2008      By:  /s/ Patricia Smink Rogowski
Patricia Smink Rogowski
Del. Bar ID 2632
CONNOLLY BOVE LODGE & HUTZ LLP
P.O. Box 2207
1007 N. Orange Street
Wilmington, DE  19899
progowski@cblh.com
(302) 658-9141

OF COUNSEL:

Edward F. Mannino
Akin Gump Strauss Hauer & Feld LLP
One Commerce Square, Suite 2200
2005 Market Street
Philadelphia, PA 19103
Telephone: (215) 965-1200


Daniel Yonan
Akin Gump Strauss Hauer & Feld LLP
Robert S. Strauss Building
1333 New Hampshire Avenue, NW
Washington, DC 20036-1564
Telephone: (202) 887-4000


Frank C. Cimino, Jr.
Dickstein Shapiro LLP
1825 Eye Street NW
Washington, DC  20006
Telephone:  (202) 420-2200

## CERTIFICATE OF SERVICE

I, Patricia Smink Rogowski, hereby certify that on this 14th day of March, 2008, I electronically filed NOTICE OF ENTRY OF APPEARANCE with the Court Clerk using CM/ECF which will send notification of such filing(s) to:

Richard D. Kirk
The Bayard Firm
222 Delaware Avenue, Suite 900
P.O. Box 25130
Wilmington, DE 19899-5130
rkirk@bayardfirm.com

Richard L. Horwitz
David E. Moore
Potter Anderson & Corroon LLP
Hercules Plaza- Sixth Floor
1313 North Market Street
P.O. Box 951
Wilmington, DE 19899-0951
rhorwitz@potteranderson.com
dmoore@potteranderson.com

Frederick L. Cottrell, III
Steven J. Fineman
Richards Layton & Finger
One Rodney Square
P.O. Box 551
Wilmington, DE 19899-0551
cottrell@rlf.com
fineman@rlf.com

Steven J. Balick
John G. Day
Ashby & Geddes
500 Delaware Avenue, 8th Floor
P.O. Box 1150
Wilmington, DE 19899
sbalick@ashby-geddes.com
jday@ashby-geddes.com
lmaguire@ashby-geddes.com

I hereby further certify that on this 14th day of March, 2008, I have served this document on the attorneys of record at the following addresses as indicated:

## VIA ELECTRONIC MAIL

Ronald J. Schutz
David P. Swenson
Robins, Kaplan, Miller & Ciresi, LLP
2800 LaSalle Plaza
800 LaSalle Avenue
Minneapolis, MN 55402
PrismCounsel@rkmc.com

John DiMatteo
Willkie Farr & Gallagher LLP
787 Seventh Avenue
New York, NY 10019-6099
PrismLitigation-JJSI@willkie.com

David M. Schlitz
Baker Botts LLP
1299 Pennsylvania Avenue, NW
Washington, DC 20004-2400
DLDallasPrismLitigationCA-Netegrity@BakerBotts.com

Gregory P. Teran
Wilmer Cutler Hale & Dorr LLP
60 State Street
Boston, MA 02109
RSAPrismLitigation@wilmerhale.com

Samir A. Bhavsar
Baker Botts LLP
2001 Ross Avenue
Dallas, TX 75201-2980
DLDallasPrismLitigationCA-Netegrity@BakerBotts.com

By: *Patricia S Rogowski*
Patricia Smink Rogowski (DE Bar #2632)
Connolly Bove Lodge & Hutz LLP
P.O. Box 2207
1007 N. Orange Street
Wilmington, DE 19899
(302) 658-9141
progowski@cblh.com

484403_3