# EXHIBIT D

ATTORNEYS' EYES ONLY - SUBJECT TO PROTECTIVE ORDER

333

**PUBLIC VERSION**

```
 1              UNITED STATES DISTRICT COURT
 2              FOR THE DISTRICT OF DELAWARE
 3
 4   - - - - - - - - - - - - - - - - - x
 5   PRISM TECHNOLOGIES, LLC,              :
 6           Plaintiff,                    :Civil Action No
 7        vs.                              :05-214-JJF
 8   VERISIGN, INC., RSA SECURITY, INC.,   :
 9   NETEGRITY, INC., COMPUTER             :
10   ASSOCIATES INTERNATIONAL, INC.,       :
11   and JOHNSON & JOHNSON SERVICES,       :
12   INC.,                                 :
13           Defendants.                   :
14   - - - - - - - - - - - - - - - - - x
15
16      HIGHLY CONFIDENTIAL VIDEO 30(b)(6) DEPOSITION OF
17              RICHARD L. GREGG, VOLUME 2
18
19                              Washington, DC
20                              Wednesday, November 22, 2006
21   REPORTED BY:
22       CARMEN SMITH
```

ACE-FEDERAL REPORTERS, INC.
Nationwide Coverage
202-347-3700        800-336-6646        410-684-2550

ATTORNEYS' EYES ONLY - SUBJECT TO PROTECTIVE ORDER

427

1

2   **PUBLIC VERSION**

3

4

5

6

7

8

9
              **REDACTED**
10

11

12

13

14

15

16

17

18

19

20

21

22