# EXHIBIT E

PUBLIC VERSION

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| PRISM TECHNOLOGIES LLC<br><br>Plaintiff,<br><br>v.<br><br>VERISIGN, INC., RSA SECURITY, INC., NETEGRITY, INC., COMPUTER ASSOCIATES INTERNATIONAL, INC., and JOHNSON & JOHNSON SERVICES, INC.,<br><br>Defendants. | Civil Action No. CA 05-214 JJF<br><br>**CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER** |

**PLAINTIFF PRISM TECHNOLOGIES LLC'S
RESPONSE TO DEFENDANT VERISIGN, INC.'S
FIRST SET OF REQUESTS FOR ADMISSIONS (NOS. 1-30)**

Plaintiff Prism Technologies LLC ("Prism") provides the following responses and objections to VeriSign, Inc.'s ("VeriSign") First Set of Requests for Admissions (Nos. 1-30). Prism will supplement these responses as required by the Federal Rules of Civil Procedure and the Local Rules and Orders of this Court.

**GENERAL OBJECTIONS**

1.   These responses are made solely for the purpose of this action. Each response is subject to all appropriate objections including, without limitation, objections concerning competency, relevancy, materiality, propriety, and admissibility, which would require the exclusion of the responses if such responses were to be introduced at any hearing or trial of this matter, which objections and grounds are reserved and may be interposed at the time of such hearing or trial.

632793v1

CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER

2. Prism objects to each Request to the extent that it seeks information protected by the attorney-client privilege, the attorney work product doctrine, and/or any other applicable privilege or doctrine. To the extent that an individual Request may be construed as seeking such protected information, Prism claims such privilege and invokes such protection.

3. Prism objects to each Request to the extent that it seeks to elicit information that is not relevant to the subject matter of this action or which is not reasonably calculated to lead to the discovery of admissible evidence.

4. Prism qualifies the following responses by noting that it has not yet completed discovery or investigation of the events, transactions, and allegations underlying this litigation. Accordingly, Prism provides the following responses without prejudice to its right to use, as evidence or otherwise, any information or documentation inadvertently omitted, not yet known, or not yet ascertained, discovered, identified, or located by it while responding hereto. Without obligating itself to do so, Prism reserves the right to change or supplement these responses as additional facts are discovered and as further analysis discloses additional facts, contentions, or legal theories that may apply. Prism further reserves the right to produce, provide, or introduce at time of motion or trial such further responsive information as may become known to Prism hereafter.

5. Prism incorporates, by this reference, each of these General Objections and Qualifications into its specific responses set forth below as if set forth at length therein.

## RESPONSES TO REQUESTS FOR ADMISSIONS

## REDACTED

2

CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER                            PUBLIC VERSION

REDACTED

August 11, 2006                              THE BAYARD FIRM


/s/ Richard D. Kirk (rk0922)
Richard D. Kirk (rk0922)
Ashley B. Stitzer (as3891)
222 Delaware Avenue, Suite 900
Wilmington, Delaware 19899
(302) 655-5000
rkirk@bayardfirm.com

ATTORNEYS FOR PLAINTIFF PRISM TECHNOLOGIES LLC

632793v1                                         9

**CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER**

OF COUNSEL:

Dirk D. Thomas, Esq.
Robert A. Auchter, Esq.
Kenneth A. Freeling, Esq.
Jason R. Buratti, Esq.
André J. Bahou, Esq.
Robins, Kaplan, Miller & Ciresi, L.L.P.
1801 K Street, N.W., Suite 1200
Washington, D.C. 20006
(202) 775-0725

## VERIFICATION

I hereby declare on the basis of knowledge and belief, or information otherwise provided and believed by me to be true and correct, under penalty of perjury under the laws of the United States of America, that the foregoing answers to these requests for admissions are true and correct.

Executed on August 11, 2006

*/s/ Richard L. Gregg*
Mr. Richard L. Gregg
Vice President and Chief Technology Officer
Prism Technologies LLC
14707 California Street
Suite 5
Omaha, Nebraska 68154-1952

DC1 45686260.1