# EXHIBIT J

Popp, Nicolas E.   HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY   February 6, 2007
Washington, DC

1

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

**PUBLIC VERSION**

------------------------------x

PRISM TECHNOLOGIES, LLC,          :     **ORIGINAL**

        Plaintiff,       :

    vs.                           : Civil Action No.

VERISIGN, INC., RSA SECURITY      : 05-214 JJF

INC., NETEGRITY, INC., COMPUTER   : HIGHLY

ASSOCIATES INTERNATIONAL, INC.,   : CONFIDENTIAL -

and JOHNSON & JOHNSON             : ATTORNEYS' EYES

SERVICES, INC.,                   : ONLY

        Defendants.      :

------------------------------x

Deposition of NICOLAS E. POPP, a witness herein, called for examination by counsel for Plaintiff in the above-entitled matter, pursuant to notice, the witness being duly sworn by Robert M. Jakupciak, a Notary Public in and for the District of Columbia, taken at the offices of Akin Gump, 1333 New Hampshire Avenue, N.W., Washington, D.C., 20036, at 9:30 a.m., on February 6, 2007, and the proceedings being taken down by Stenotype by Robert M. Jakupciak, RPR.

Henderson Legal Services, Inc.
(202) 220-4158

Popp, Nicolas E.   HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY   February 6, 2007
Washington, DC

235

1
2
3     **PUBLIC VERSION**
4
5
6
7
8
9
10    **REDACTED**
11
12
13
14
15
16
17
18
19
20
21
22

Henderson Legal Services, Inc.
(202) 220-4158

Popp, Nicolas E.  HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY  February 6, 2007
Washington, DC

236

**PUBLIC VERSION**

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22

**REDACTED**

Henderson Legal Services, Inc.
(202) 220-4158