# EXHIBIT K

PUBLIC VERSION   1

IN THE UNITED STATES DISTRICT COURT

DISTRICT OF DELAWARE

Civil Action No. CA 05-214 JJF

**Certified Copy**

-------------------------------:

PRISM TECHNOLOGIES, LLC,   :

      Plaintiff,   :

  v.   : HIGHLY

VERISIGN, INC., RSA SECURITY,: CONFIDENTIAL

INC., NETEGRITY, INC.,   : ATTORNEYS'

COMPUTER ASSOCIATES   : EYES

INTERNATIONAL, INC., and   : ONLY

JOHNSON & JOHNSON SERVICES,   :

INC.,   :

      Defendants.   :

January 31, 2007

9:03 a.m.

Deposition of VICTOR B. WILLIAMS, taken by Plaintiff, pursuant to notice, held at the offices of Koley Jessen, One Pacific Place, 1125 South 103rd Street, Suite 800, Omaha, Nebraska, before Julie A. Pell, RPR, CSR, CRR, CCR, and Notary Public of the State of Nebraska.

Williams, Victor B.    HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY    January 31, 2007
Omaha, NE

22

**PUBLIC VERSION**

1
2
3
4
5
6
7
8
9   **REDACTED**
10
11
12
13
14
15
16
17
18
19
20
21
22

Henderson Legal Services, Inc.
(202) 220-4158