# EXHIBIT L

Popp 30(b)(6), Nicolas E.   HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY   February 7, 2007
Washington, DC

1

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

**PUBLIC VERSION**

- - - - - - - - - - - - - - - x

PRISM TECHNOLOGIES, LLC,          :

       Plaintiff,            :

      vs.                      : Civil Action No.

VERISIGN, INC., RSA SECURITY      : 05-214 JJF

INC., NETEGRITY, INC., COMPUTER

ASSOCIATES INTERNATIONAL, INC.,   :

and JOHNSON & JOHNSON

SERVICES, INC.,                   :

       Defendants.           :

- - - - - - - - - - - - - - - x

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

Video 30(b)(6) Deposition of NICOLAS E. POPP, a witness herein, called for examination by counsel for Plaintiff in the above-entitled matter, pursuant to notice, the witness being duly sworn by Robert M. Jakupciak, a Notary Public in and for the District of Columbia, taken at the offices of Akin Gump Strauss Hauer & Feld, 1333 New Hampshire Avenue, N.W., Washington, D.C., 20036, at 8:45 a.m.,

Henderson Legal Services, Inc.
(202) 220-4158

Popp 30(b)(6), Nicolas E.    HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY    February 7, 2007
Washington, DC

2 (Pages 2 to 5)

**Page 2**

1  on February 7, 2007, and the proceedings being taken
2  down by Stenotype by Robert M. Jakupciak, RPR.

**Page 3**

```
 1  APPEARANCES:
 2  On behalf of the Plaintiff:
 3      ANDRE J. BAHOU, ESQUIRE
 4      Robins, Kaplan, Miller & Ciresi, LLP
 5      1875 Eye Street, N.W.
 6      Washington, D.C. 20006-5409
 7      (202) 736-2707
 8  On behalf of the Defendant:
 9      FRANK C. CIMINO, JR., ESQUIRE
10      Akin Gump Strauss Hauer & Feld
11      1333 New Hampshire Avenue, N.W.
12      Washington, D.C. 20036-1564
13      (202) 887-4000
14  and
15      ALEXANDER B. BERGER, ESQUIRE
16      VeriSign
17      21351 Ridgetop Circle
18      Dulles, Virginia 20166
19      (703) 948-4410
20          Also Present
21          Michael Hunterton
22          Matt Weinstein
```

**Page 4**

```
            C O N T E N T S
THE WITNESS: NICOLAS E. POPP
EXAMINATION                       PAGE NO.
    By Mr. Bahou ..................   8

              EXHIBITS
POPP EXHIBIT NUMBER               PAGE NO.
 1   Notice of Deposition ..........   9
 2   '416 Patent ...................  13
 3   Aladdin eToken Specs ..........  14
 4   Verisign PKI Training 2006 ....  18
 5   RSA SecurID slides ............  31
 6   VeriSign VIP Network ..........  37
 7   VeriSign Smart Cards Kickoff ..  39
 8   3.0 Technical Training ........  46
 9   Strong Authentication Strategy and   55
     Solutions
10   UAS Integration Guide .........  62
11   SiteMinder Technology Overview   69
12   Desktop Services UA Internal ..  75
     Rollout
13   UA Internal Rollout Feedback ..  88
```

**Page 5**

```
              EXHIBITS
POPP EXHIBIT NUMBER               PAGE NO.
14   Oath and Strong Authentication   106
     Launch Team Agenda
15   Oath and Strong Authentication   110
     Team Agenda
16   Oath Marketing Overview .......  112
17   VeriSign Unified Authentication  118
     for Bank of America
18   Demo of VeriSign Solution for Bank  129
     of America
19   Demonstration Center Design ...  131
     Document
20   Floor Plan ....................  135
21   Innovation Center Design Document  137
22   Lab Test Overview .............  139
23   E-mail ........................  141
24   Unified Authentication Integration  142
     Test Lab Plan
25   Innovation Center Demo development  144
26   Price/SKU List ................  145
27   E-mail dated 11-18-05 .........  151
```

PUBLIC VERSION

**REDACTED**