# EXHIBIT N

# AKIN GUMP
## STRAUSS HAUER & FELD LLP
Attorneys at Law

DANIEL E. YONAN
202.887.4497/fax 202.887.4288
dyonan@akingump.com

March 30, 2007

<u>Via E-Mail</u>

André J. Bahou, Esquire
Robins, Kaplan, Miller & Ciresi L.L.P.
Suite 1200
1875 Eye Street, N.W.
Washington, DC 20006-5409

Re:  *Prism Technologies LLC v. VeriSign, Inc., et al.*
<u>Civil Action No. 1:05-CV-00214-JJF</u>

Dear Mr. Bahou:

Following up on our letter from March 22, this letter responds to Prism's remaining requests for supplemental materials.

1. VeriSign Revenue and Cost Information – Supplemental reports through 2006 are attached, subject to our earlier objections found in VeriSign's response to Prism Interrogatory No. 11. Note that this information is designated as Attorneys' Eyes Only.

2. Administrator Kit – You have asked for additional documents related to the administrator kit. However, this kit relates to VeriSign's MPKI offering which is not accused in this case. This was confirmed through documents used at the VeriSign depositions, in addition to the testimony taken. Moreover, Prism has known about VeriSign's MPKI product since discovery began, and all evidence reveals it is not relevant or reasonably calculated to lead to the discovery of admissible evidence. Accordingly, VeriSign will not produce any additional documents related to the administrator kit, beyond what may have already been produced.

3. Smart Card Personalization Station – You asked us to produce documents relating the smart card personalization station. This item, much like the administrator kit, only relates to the MPKI product offering which is not accused, nor is it relevant or reasonably calculated to lead to the discovery of admissible evidence. Furthermore, this station is also not a product, rather a third-party service manufactured by an original equipment manufacturer (OEM) which relates to the MPKI certificate issuance. Accordingly, VeriSign will not produce any additional documents related to this service, beyond what may have already been produced.

4. USB Extension Cord – The USB extension cord is an item that is similar to an electrical extension cord which allows one to plug in devices whose cords are not long enough to

AKIN GUMP
STRAUSS HAUER & FELD LLP
Attorneys at Law

André J. Bahou, Esquire
March 30, 2007
Page 2

reach the desired outlet. Beyond the possibilities discussed with Mr. Popp during his deposition, we do not know why certain VeriSign customers opted to purchase these extension cords, even if they purchased non-USB tokens.

     5. Interrogatory Verifications – Attached is one of the requested verifications. The missing ones will be served early next week, in addition to a verification for our latest supplement which was served earlier today.

     6. Sandisk, Gemalto, and Computer Associates (CA) Agreements – Attached is a copy of the final agreements with Sandisk and CA, which are marked Confidential under the protective order. The agreement with CA was terminated, and no formal agreement has been entered into with Gemalto.

     7. URLs in N. Popp Dep. Ex. 5 – The links found in this exhibit are not active. At the time they existed, they were web shortcuts used to monitor UA OTP product development at VeriSign. These URLs also did not reference actual documents that could have been retrieved.

Very truly yours,

Daniel E. Yonan