# EXHIBIT Q

PUBLIC VERSION

REDACTED



P 043738
Attorneys' Eyes Only