# EXHIBIT R

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

22/1/
cs

PUBLIC VERSION        1

1       UNITED STATES DISTRICT COURT

2       FOR THE DISTRICT OF DELAWARE

3

4   - - - - - - - - - - - - - - - - x

5   PRISM TECHNOLOGIES, LLC,                    :

6           Plaintiff,                          :Civil Action No

7       vs.                                     :05-214-JJF

8   VERISIGN, INC., RSA SECURITY, INC.,         :

9   NETEGRITY, INC., COMPUTER                   :

10  ASSOCIATES INTERNATIONAL, INC.,             :

11  and JOHNSON & JOHNSON SERVICES,             :

12  INC.,                                       :

13          Defendants.                         :

14  - - - - - - - - - - - - - - - - x

15

16      HIGHLY CONFIDENTIAL VIDEO 30(b)(6) DEPOSITION OF

17                  RICHARD L. GREGG

18

19                  Washington, DC

20                  Tuesday, November 21, 2006

21  REPORTED BY:

22      CARMEN SMITH

ACE-FEDERAL REPORTERS, INC.
Nationwide Coverage
202-347-3700         800-336-6646

**PUBLIC VERSION**

**REDACTED**