# EXHIBIT S

CONFIDENTIAL

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| PRISM TECHNOLOGIES LLC<br><br>Plaintiff,<br><br>v.<br><br>VERISIGN, INC., RSA SECURITY, INC., NETEGRITY, INC., COMPUTER ASSOCIATES INTERNATIONAL, INC., and JOHNSON & JOHNSON SERVICES, INC.,<br><br>Defendants. | PUBLIC VERSION<br><br><br>Civil Action No. CA 05-214 JJF<br>Jury Trial Demanded |

### DECLARATION OF DANIEL E. YONAN IN SUPPORT OF VERISIGN'S MOTION TO DECLARE THIS CASE EXCEPTIONAL PURSUANT TO 35 U.S.C. § 285 AND FOR AN AWARD OF ATTORNEYS' FEES

I, Daniel E. Yonan, am an attorney with the law firm of AKIN GUMP STRAUSS HAUER & FELD LLP ("AKIN GUMP"), and am duly authorized to make the representations contained herein. I declare, under penalty of perjury, that the following statements are true:

\* \* \*

1. On April 11, 2005, Plaintiff Prism Technologies LLC ("Prism") filed a lawsuit alleging Defendant VeriSign Inc. ("VeriSign"), among others, infringed United States Patent No. 6,516,416.

2. I am one of the attorneys who assisted VeriSign in the defense of this matter.

3. On information and belief, through February 2008, VeriSign has paid approximately REDACTED dollars in fees in connection with the defense of this matter.

Executed on March 12, 2008

_____
Daniel E. Yonan

## CERTIFICATE OF SERVICE

I, Patricia Smink Rogowski, hereby certify that on this 12th day of March, 2008, I electronically filed DEFENDANT VERISIGN'S MEMORANDUM IN SUPPORT OF ITS MOTION TO DECLARE THIS CASE EXCEPTIONAL PURSUANT TO 35 U.S.C. §285 AND FOR AN AWARD OF ATTORNEYS' FEES with the Court Clerk using CM/ECF which will send notification of such filing(s) to::

Richard D. Kirk
The Bayard Firm
222 Delaware Avenue, Suite 900
P.O. Box 25130
Wilmington, DE 19899-5130
rkirk@bayardfirm.com

Richard L. Horwitz
David E. Moore
Potter Anderson & Corroon LLP
Hercules Plaza- Sixth Floor
1313 North Market Street
P.O. Box 951
Wilmington, DE 19899-0951
rhorwitz@potteranderson.com
dmoore@potteranderson.com

Frederick L. Cottrell, III
Steven J. Fineman
Richards Layton & Finger
One Rodney Square
P.O. Box 551
Wilmington, DE 19899-0551
cottrell@rlf.com
fineman@rlf.com

Steven J. Balick
John G. Day
Ashby & Geddes
500 Delaware Avenue, 8th Floor
P.O. Box 1150
Wilmington, DE 19899
sbalick@ashby-geddes.com
jday@ashby-geddes.com
lmaguire@ashby-geddes.com

I hereby further certify that on this 12th day of March, 2008, I have served this document on the attorneys of record at the following addresses as indicated:

### VIA ELECTRONIC MAIL

Ronald J. Schutz
David P. Swenson
Robins, Kaplan, Miller & Ciresi, LLP
2800 LaSalle Plaza
800 LaSalle Avenue
Minneapolis, MN 55402
PrismCounsel@rkmc.com

John DiMatteo
Willkie Farr & Gallagher LLP
787 Seventh Avenue
New York, NY 10019-6099
PrismLitigation-JJSI@willkie.com

| | |
|---|---|
| David M. Schlitz<br>Baker Botts LLP<br>1299 Pennsylvania Avenue, NW<br>Washington, DC 20004-2400<br>DLDallasPrismLitigationCA-Netegrity@BakerBotts.com | Gregory P. Teran<br>Wilmer Cutler Hale & Dorr LLP<br>60 State Street<br>Boston, MA 02109<br>RSAPrismLitigation@wilmerhale.com |

Samir A. Bhavsar
Baker Botts LLP
2001 Ross Avenue
Dallas, TX 75201-2980
DLDallasPrismLitigationCA-Netegrity@BakerBotts.com

By: */s/ Patricia S. Rogowski*
Patricia Smink Rogowski (DE Bar #2632)
Connolly Bove Lodge & Hutz LLP
P.O. Box 2207
1007 N. Orange Street
Wilmington, DE 19899
(302) 658-9141
progowski@cblh.com