# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| PRISM TECHNOLOGIES LLC, ) | |
| ) | |
| v. ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | C.A. No. 05-214-JJF |
| ) | |
| VERISIGN, INC., RSA SECURITY INC., ) | |
| NETEGRITY INC., COMPUTER ASSOCIATES ) | |
| INTERNATIONAL INC., and JOHNSON & ) | |
| JOHNSON SERVICES, INC. ) | |
| ) | |
| Defendants. ) | |

## STIPULATION AND ORDER REGARDING BRIEFING

Plaintiff Prism Technologies LLC ("Prism") and defendant VeriSign Inc. ("VeriSign") stipulate and agree, subject to the approval of the Court, that:

(a) the time within which Prism shall file its answering brief and declarations, if any, in response to VeriSign's Motion for Attorneys' Fees and to Declare this Case Exceptional (D.I. 463) be, and upon approval is, extended to and including April 7, 2008 (from March 31, 2008); and

(b) the time within which VeriSign shall file its reply brief and declarations, if any, for VeriSign's Motion (D.I. 463) be, and upon approval is, extended to and including April 21, 2008 (from April 14, 2008).

{00801766;v1}

|  |  |
|---|---|
|  | BAYARD, P.A. |
| OF COUNSEL: | /s/ Richard D. Kirk (rk0922)<br>Richard D. Kirk (#922)<br>222 Delaware Avenue, Suite 900<br>P. O. Box 25130<br>Wilmington, Delaware 19899<br>(302) 655-5000<br>rkirk@bayardfirm.com |
| Ronald J. Schutz, Esq.<br>David P. Swenson, Esq.<br>Robins, Kaplan, Miller & Ciresi, L.L.P.<br>2800 LaSalle Plaza<br>800 LaSalle Avenue<br>Minneapolis, MN 55402<br>(612) 349-8435 | Attorneys for Plaintiff,<br>Prism Technologies LLC |
| OF COUNSEL: | CONNOLLY BOVE LODGE & HUTZ LLP |
| Frank C. Cimino, Jr., Esq.<br>Dickstein Shapiro LLP<br>1825 Eye Street, N.W.<br>Washington, D.C. 20006<br>(202) 420-2200 | /s/ Patricia S. Rogowski (pr2632)<br>Patricia Smink Rogowski (#2632)<br>1007 North Orange Street<br>P.O. Box 2207<br>Wilmington, DE 19899<br>(302) 658-9141<br>progowski@cblh.com |
| Edward F. Mannino<br>Akin Gump Strauss Hauer & Feld LLP<br>One Commerce Square, Suite 2200<br>2005 Market Street<br>Philadelphia, PA 19103<br>Telephone: (215) 965-1200 | Attorneys for Defendant, Verisign, Inc. |
| Daniel Yonan<br>Akin Gump Strauss Hauer & Feld LLP<br>Robert S. Strauss Building<br>1333 New Hampshire Avenue, NW<br>Washington, DC 20036-1564<br>Telephone: (202) 887-4000 |  |

       SO ORDERED this _____ day of March, 2008.

_____
U.S. District Court Judge

{00801766;v1}

# CERTIFICATE OF SERVICE

The undersigned counsel certifies that, on March 28, 2008, he electronically filed the foregoing document with the Clerk of the Court using CM/ECF, which will send automatic notification of the filing to the following:

Frederick L. Cottrell, III, Esq.
Steven J. Fineman, Esq.
Richards Layton & Finger
One Rodney Square
P.O. Box 551
Wilmington, DE 19801

Richard L. Horwitz, Esq.
David E. Moore, Esq.
Potter Anderson & Corroon LLP
1313 N. Market Street
Hercules Plaza, 6th Floor
P.O. Box 951
Wilmington, DE 19899

Patricia S. Rogowski, Esq.
Connolly, Bove, Lodge & Hutz, LLP
1007 North Orange Street
P.O. Box 2207
Wilmington, DE 19899

Steven J. Balick, Esq.
John G. Day, Esq.
Ashby & Geddes
222 Delaware Ave., 17th Fl.
Wilmington, DE 19801

The undersigned counsel further certifies that copies of the foregoing document were sent by hand on March 28, 2008 to the above counsel and by first-class mail or overnight delivery as indicated to the below counsel:

*Via Federal Express*

John DiMatteo, Esq.
Willkie Farr & Gallagher LLP
787 Seventh Avenue
New York, NY 10019-6099

William Lee, Esq.
Wilmer Cutler Hale & Dorr LLP
60 State Street
Boston, MA 02109

Jason Snyderman, Esq.
Akin Gump Strauss Hauer & Feld LLP
One Commerce Square, Suite 2200
2005 Market Street
Philadelphia, PA 19103

Frank C. Cimino, Esq.
Akin Gump Strauss Hauer & Feld LLP
Robert S. Strauss Building
1333 New Hampshire Avenue, NW
Washington, DC 20036-1564

{00587422;v1}
587422-1

David M. Schlitz
Baker Botts L.L.P.
1299 Pennsylvania Avenue, NW
Washington, DC 20004-2400

Samir A. Bhavsar
Jeffrey D. Baxter
Baker Botts L.L.P.
2001 Ross Avenue
Dallas, TX 75201-2980

/s/ Richard D. Kirk (rk0922)
Richard D. Kirk

{00587422;v1}
587422-1