IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| PRISM TECHNOLOGIES LLC<br><br>    Plaintiff,<br><br>v.<br><br>VERISIGN, INC., RSA SECURITY, INC.,<br>NETEGRITY, INC., COMPUTER<br>ASSOCIATES INTERNATIONAL, INC.,<br>and JOHNSON & JOHNSON SERVICES, INC.,<br><br>    Defendants. | Civil Action No. CA 05-214 JJF |

**DECLARATION OF ROBERT A. AUCHTER IN SUPPORT OF PRISM
TECHNOLOGIES LLC'S MEMORANDUM IN OPPOSITION TO VERISIGN'S
MOTION TO DECLARE THIS CASE EXCEPTIONAL PURSUANT TO 35 U.S.C. § 285
AND FOR AN AWARD OF ATTORNEYS FEES**

I, Robert A. Auchter, declare as follows:

1. I was a partner at the law firm of Robins, Kaplan, Miller & Ciresi L.L.P., counsel for Plaintiff Prism Technologies LLC. I submit this declaration in support of Prism's memorandum in opposition to VeriSign's motion for attorney fees. I have personal knowledge of all the matters contained herein and submit this declaration under penalty of perjury.

2. In 2004, we began investigating a potential claim for patent infringement on behalf of Prism. We spent a substantial amount of time analyzing U.S. Patent No. 6,516,416 and determining whether certain VeriSign products, including VeriSign's Unified Authentication, infringe claims 1 and 24. In doing so, I and other members of the firm met with the principals of Prism in our Washington, DC office. In addition, we met with principals of Prism in their offices in Omaha.

3.  Prior to filing suit, I reviewed the prosecution history of the '416 patent, as well as the prior art in the prosecution history. We also analyzed the claim limitations and how those claims may be construed by a court.

4.  My firm, along with the principals of Prism, developed detailed claim charts that analyzed VeriSign's infringing products on an element-by-element basis. Prism obtained numerous manuals, guides, and other documentation regarding the functionality of the VeriSign products that we used to develop these claim charts. As we told VeriSign in Prism's response to its Interrogatory No. 10, the documents we reviewed pre-filing were cited in the first claim chart we provided to VeriSign in response to its Interrogatory No. 2 (both responses were served October 24, 2005). In addition, we spent a substantial amount of time analyzing the '416 patent and determining that claims 1 and 24 read on the accused VeriSign products.

I declare under penalty of perjury that the foregoing is true and accurate to the best of my knowledge.

Date: April 3, 2008

_____
Robert A. Auchter

## CERTIFICATE OF SERVICE

The undersigned counsel certifies that, on April 7, 2008, he electronically filed the foregoing document with the Clerk of the Court using CM/ECF, which will send automatic notification of the filing to the following:

Frederick L. Cottrell, III, Esq.
Steven J. Fineman, Esq.
Richards Layton & Finger
One Rodney Square
P.O. Box 551
Wilmington, DE 19801

Richard L. Horwitz, Esq.
David E. Moore, Esq.
Potter Anderson & Corroon LLP
1313 N. Market Street
Hercules Plaza, 6th Floor
P.O. Box 951
Wilmington, DE 19899

Patricia S. Rogowski, Esq.
Connolly, Bove, Lodge & Hutz, LLP
1007 North Orange Street
P.O. Box 2207
Wilmington, DE 19899

Steven J. Balick, Esq.
John G. Day, Esq.
Ashby & Geddes
222 Delaware Ave., 17th Fl.
Wilmington, DE 19801

The undersigned counsel further certifies that copies of the foregoing document were sent by hand on April 7, 2008 to the above counsel and by first-class mail or overnight delivery as indicated to the below counsel:

*Via Federal Express*

John DiMatteo, Esq.
Willkie Farr & Gallagher LLP
787 Seventh Avenue
New York, NY 10019-6099

William Lee, Esq.
Wilmer Cutler Hale & Dorr LLP
60 State Street
Boston, MA 02109

Jason Snyderman, Esq.
Akin Gump Strauss Hauer & Feld LLP
One Commerce Square, Suite 2200
2005 Market Street
Philadelphia, PA 19103

Frank C. Cimino, Jr., Esq.
Dickstein Shapiro LLP
1825 Eye Street, N.W.
Washington, D.C. 20006

{00587422;v1}

David M. Schlitz
Baker Botts L.L.P.
1299 Pennsylvania Avenue, NW
Washington, DC  20004-2400

Samir A. Bhavsar
Jeffrey D. Baxter
Baker Botts L.L.P.
2001 Ross Avenue
Dallas, TX  75201-2980

/s/ Richard D. Kirk (rk0922)
Richard D. Kirk

{00587422;v1}