# EXHIBIT U

**This Document was Filed Under Seal.**