PUBLIC VERSION

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| PRISM TECHNOLOGIES LLC<br><br>　　Plaintiff,<br><br>v.<br><br>VERISIGN, INC., RSA SECURITY, INC., NETEGRITY, INC., COMPUTER ASSOCIATES INTERNATIONAL, INC., and JOHNSON & JOHNSON SERVICES, INC.,<br><br>　　Defendants. | Civil Action No. CA 05-214 JJF<br><br>**CONFIDENTIAL**<br>Outside Attorneys' Eyes Only<br>Pursuant to Protective Order |

## DECLARATION OF AMY SLUSSER IN SUPPORT OF PRISM'S OPPOSITION TO VERISIGN'S MOTION TO DECLARE THIS CASE EXCEPTIONAL PURSUANT TO 35 U.S.C. § 285 AND FOR AN AWARD OF ATTORNEYS FEES

Richard D. Kirk, Esq.
BAYARD, P.A.
222 Delaware Avenue, Suite 900
Wilmington, Delaware 19899-5130
(302) 655-5000

ATTORNEYS FOR PLAINTIFF
PRISM TECHNOLOGIES LLC

OF COUNSEL:

David Swenson
ROBINS, KAPLAN, MILLER & CIRESI, L.L.P.
2800 LaSalle Plaza
800 LaSalle Avenue
Minneapolis, MN 55402-2015
(612) 349-8500

80038607.1

I, Amy E. Slusser, declare as follows:

1. I am an associate at the law firm of Robins, Kaplan, Miller & Ciresi L.L.P., and am one of the attorneys representing the Defendants in this action. I make all of the statements in this Declaration of my own personal knowledge and in accord with 28 U.S.C. § 1746.

2. Attached as Exhibit 1 is a true and correct copy of Plaintiff Prism Technologies Objections and Responses to Defendant VeriSign's First Set of Interrogatories, dated October 24, 2005.

3. Attached as Exhibit 2 is a true and correct copy of Plaintiff Prism Technologies Objections and Responses to Defendant VeriSign's Fourth Set of Interrogatories, dated August 11, 2006.

4. Attached as Exhibit 3 is a true and correct copy of Plaintiff Prism Technologies LLC's First Supplemental Objections and Responses to Defendant VeriSign, Inc.'s First Set of Interrogatories, April 14, 2006.

5. Attached as Exhibit 4 is a true and correct copy of Plaintiff Prism Technologies LLC's Response to Defendant VeriSign, Inc.'s Second Set of Interrogatories (Nos. 11-13), dated February 24, 2006.

6. Attached as Exhibit 5 is a true and correct copy of Plaintiff Prism Technologies LLC's Response to Defendant VeriSign, Inc.'s Third Set of Interrogatories (Nos. 14-15), dated June 15, 2006.

7. Attached as Exhibit 6 is a true and correct copy of Prism's Second Supplemental Objections and Responses to VeriSign's First Set of Interrogatories (No. 2), dated September 20, 2006.

8. Attached as Exhibit 7 are excerpts from the deposition of Kerry Loftus, dated December 20, 2006.

9. Attached as Exhibit 8 are excerpts from the deposition of Siddharth Bajaj, dated November 30, 2006.

10. Attached as Exhibit 9 is a true and correct copy of a letter from A.J. Bahou to Frank Cimino, dated February 9, 2007.

11. Attached as Exhibit 10 is a true and correct copy of an email from A.J. Bahou to Daniel Yonan, dated February 12, 2007.

12. Attached as Exhibit 11 is a true and correct copy of a VeriSign sales sheet, document bates-stamped VERI-1603560-1603591.

13. Attached as Exhibit 12 are excerpts from the deposition of Nicholas Popp, dated February 6, 2007.

14. Attached as Exhibit 13 are excerpts from the 30(b)(6) deposition of Nicholas Popp, dated February 7, 2007.

15. Attached as Exhibit 14 is a true and correct copy of the Stipulation Reserving Right to Appeal and for Entry of Final Judgment of Non-Infringement under the Court's Claim Construction Order, dated April 18, 2007.

I declare under penalty of perjury that the foregoing is true and accurate to the best of my knowledge.

Date: April 7, 2008

Amy E. Slusser

# CERTIFICATE OF SERVICE

The undersigned counsel certifies that, on April 22, 2008, he electronically filed the foregoing document with the Clerk of the Court using CM/ECF, which will send automatic notification of the filing to the following:

Frederick L. Cottrell, III, Esq.
Steven J. Fineman, Esq.
Richards Layton & Finger
One Rodney Square
P.O. Box 551
Wilmington, DE 19801

Richard L. Horwitz, Esq.
David E. Moore, Esq.
Potter Anderson & Corroon LLP
1313 N. Market Street
Hercules Plaza, 6th Floor
P.O. Box 951
Wilmington, DE 19899

Patricia S. Rogowski, Esq.
Connolly, Bove, Lodge & Hutz, LLP
1007 North Orange Street
P.O. Box 2207
Wilmington, DE 19899

Steven J. Balick, Esq.
John G. Day, Esq.
Ashby & Geddes
222 Delaware Ave., 17th Fl.
Wilmington, DE 19801

The undersigned counsel further certifies that copies of the foregoing document were sent by hand on April 22, 2008 to the above counsel and by first-class mail or overnight delivery as indicated to the below counsel:

*Via Federal Express*

John DiMatteo, Esq.
Willkie Farr & Gallagher LLP
787 Seventh Avenue
New York, NY 10019-6099

William Lee, Esq.
Wilmer Cutler Hale & Dorr LLP
60 State Street
Boston, MA 02109

Jason Snyderman, Esq.
Akin Gump Strauss Hauer & Feld LLP
One Commerce Square, Suite 2200
2005 Market Street
Philadelphia, PA 19103

Frank C. Cimino, Jr., Esq.
Dickstein Shapiro LLP
1825 Eye Street, N.W.
Washington, D.C. 20006

| | |
|---|---|
| David M. Schlitz<br>Baker Botts L.L.P.<br>1299 Pennsylvania Avenue, NW<br>Washington, DC 20004-2400 | Samir A. Bhavsar<br>Jeffrey D. Baxter<br>Baker Botts L.L.P.<br>2001 Ross Avenue<br>Dallas, TX 75201-2980 |

/s/ Richard D. Kirk (rk0922)
Richard D. Kirk

{00587422;v1}