# Exhibit 10

**From:** Bahou, Andre J.
**Sent:** Monday, February 12, 2007 6:22 PM
**To:** Yonan, Daniel; VeriSign - Prism
**Cc:** PrismCounsel
**Subject:** Popp Depositions Items

Danny:

Thank you for the telephone call last Friday. Based upon your comments, we understand that you will be involved in a separate trial through this Wednesday and will need a certain amount of time to respond to the items raised at the Nico Popp personal deposition and the 30(b)(6) deposition of VeriSign last week. In addition to the items raised at the depositions, the items we discussed on the telephone, and the items that Frank/Nico plan to coordinate, please let us know the extent of the relationship/agreements between Gemalto and VeriSign. As you can see from the attached press release, it appears that Gemalto is similarly situated to SanDisk, a current VeriSign partner which was one of the follow-up items from the depositions. Of course, to the extent that other VeriSign partners promote connected hardware keys with the VeriSign VIP network, we feel those partnerships/documents are relevant and require supplementation.

Regards,
AJ

Andre J. Bahou
Attorney at Law
1875 Eye Street, N.W., Suite 300
Washington, D.C. 20006-5409
202-736-2707 (direct)
202-775-0725 (main)
202-223-8604 (fax)
E-mail address: ajbahou@rkmc.com



CREATE A FREE BUSIN

Back

## Press Release

### Gemalto Powers Online Security with Unprecedented Simplicity

*New browser-based network security solution intuitively simple to use, making broad consumer deployment feasible; supports VeriSign Identity Protection Network*

Date Released: 02/06/2007

RSA CONFERENCE 2007, San Francisco, CA, February 5, 2007 -- Online consumers wary of phishing, keyboard logging, bots and identity theft can now take control of their own network security with the Gemalto Network Identity Manager (NIM). This self-contained, portable, network security solution plugs into a USB port, works with a standard browser, runs on any PC and does not require any software installations or downloads. An onboard network computer and Internet software create a PIN-protected digital safety zone, impervious to malware lurking in the PC or on the Internet. Yet, it is simple and intuitive for anyone to use. In addition, the NIM supports the VeriSign Identity Protection (VIP) Network, so consumers can use Gemalto's latest innovation with many different online businesses such as Northern Trust, Charles Schwab, PayPal, eBay and Yahoo!

"The NIM is a convenience breakthrough of the first order, and it is supported by Gemalto's 15 years of experience in digital security solutions worldwide," said Cedric Collomb, senior vice president, Network Identity Solutions, Gemalto. "For the first time smart card-class security can be deployed to mass consumer markets without significant support costs and complexity."

"Consumers are already struggling with multiple screen logins, challenge/response, one-time-passwords and other security measures when conducting online transactions," said Sally Hudson, a research director at IDC. "In addition to contributing to user confusion and overall inconvenience, some of these approaches still leave gaps in security. A single form factor that allows consumers to securely 'plug and play' should prove appealing to a wide range of technology adopters."

"Our goal is to continue to provide best of breed, layered security solutions that protect consumers' identities online," said Fran Rosch, vice president, Authentication Services for VeriSign. "The VIP Network is an important part of our consumer security initiatives and we're pleased to expand our partnership with Gemalto in utilizing VIP credentials embedded securely on the NIM device across websites participating in the VIP Network."

This completely new Gemalto digital security product achieves a number of industry firsts. It is the first 'zero-infrastructure' smart card type of device—no special readers, drivers, downloads or software installation are required—so it can be used easily on any PC.

The NIM is also the first portable online security solution that is completely self-contained with its own Internet software and hardware. It only uses the host PC as a launching pad, so Trojans and other hostile software hiding in wait are made irrelevant. It verifies websites are authentic, removing the guesswork of sniffing out a fake site from the consumer. And it establishes an encrypted, mutually authenticated browser session directly with the desired online business. The result is a unique and direct connection, a sort of "sealed tunnel" that provides an end-to-end digital security solution that protects consumers against identity theft and account hijacking.

Finally, it is the first portable security device based completely on existing Internet standards like TLS/SSL. This means Web service providers do not have to make major changes to support the Gemalto NIM. For issuers, it means no software or public key infrastructure to develop, buy and distribute for clients. Minimal IT and customer support on the help desk is required, resulting in lower operational costs and complexity.

Gemalto's primary target market for NIM is online consumer transactions. Gemalto will work with leading organizations with large online communities who will issue NIM devices to their customers. Evaluation samples are available immediately. VeriSign VIP-enabled NIMs will be useable directly with any website that supports the VeriSign network.

"Online attacks like phishing will continue to increase because it's still a lucrative business for the perpetrators," said Avivah Litan, vice president, Gartner Inc. "Service providers must find solutions that balance security and consumer convenience. Out-of-band solutions like the Gemalto NIM offer the greatest security because without the PIN-protected device, no one can access the account." More information on the Gemalto Network Identity Manager is available at www.Gemalto.com/NIM. To request an evaluation sample, please call 1-888-343-5773. Gemalto is demonstrating the NIM this week at RSA Conference 2007, Feb. 5 to 9, in Gemalto booth #1624.

About WebitPR

Submitted by WebitPR

Number of Views: 2053

| About Fast Pitch | Fast Pitch! Networking | Fast Pitch! Press | Lea |
|---|---|---|---|
| Company Information | Create a Business Profile | Member Press Releases | Fa |
| Fast Pitch News | View a Sample Profile | Post your Press Release | Vi |
| Our Blog | Search Profiles | Member PodCasts | Vi |
| Member Directory | Networking Events | Press Release Archives | W |
| New Members | Member Services | RSS Feed | Fr |

All content Copyright © 2006, Fast Pitch! | HTML 4.0 Validated | Privacy Policy | Terms of Use | Contact Us