# EXHIBIT U

PUBLIC VERSION

Redacted

From: Collida, Bart
Sent: Friday, March 04, 2005 11:35 AM
To: Rick Gregg
Cc: Olsen, Mike
Subject: RE: Follow up on the VeriSign additional case studies

REDACTED

-----Original Message-----
From: Rick Gregg [mailto:rick.gregg@amrco.com]
Sent: Friday, March 04, 2005 9:50 AM
To: Collida, Bart
Subject: RE: Follow up on the VeriSign additional case studies

REDACTED

3/1/2006
**CONFIDENTIAL**

VERI-1602840

PUBLIC VERSION

REDACTED

From: Collida, Bart [mailto:bcollida@verisign.com]
Sent: Thursday, March 03, 2005 8:19 PM
To: rick.gregg@amrco.com
Subject: Follow up on the VeriSign additional case studies

REDACTED

3/1/2006
**CONFIDENTIAL**

VERI-1602841