# EXHIBIT V

**ROBINS, KAPLAN, MILLER & CIRESI** L.L.P.

ATTORNEYS AT LAW

SUITE 300
1875 EYE STREET, N.W.
WASHINGTON, DC 20006-5409
TEL: 202-775-0725  FAX: 202-223-8604
www.rkmc.com

ANDRÉ J. BAHOU
202-736-2707
AJBahou@rkmc.com

April 17, 2007

**VIA E-MAIL**

Frank Cimino, Esq.
Akin Gump Strauss Hauer & Feld LLP
Robert S. Strauss Building
1333 New Hampshire Avenue, N.W.
Washington, D.C. 20036-1564

Re:  *Prism Technologies LLC v. VeriSign, Inc., et al.,*
Civil Action No. 1:05-cv-00214-JJF

Dear Frank:

This letter is to inform you of Prism's position regarding the pending issues related to the installation codes and the source code of VeriSign's accused products. First, we continue to believe that VeriSign should have produced all information necessary to install the software of its accused products. Second, our expert has evaluated VeriSign's source code and confirms that your latest production of March 29, 2007 is deficient. For example, we believe that you have not included, *inter alia*, the source code for VeriSign's Certificate Validation Module (CVM). As such, we had motions prepared to file during the same week that the Court issued its claim construction order. Due to the Court's Order on claim construction and the parties apparent agreement on our stipulation and entry of judgment, we will hold our motions in abeyance. If we are successful on appeal, however, we will raise those pending issues with the Court at the appropriate time.

Very truly yours,

ROBINS, KAPLAN, MILLER & CIRESI L.L.P.

André J. Bahou

AJB/jkw
cc:  Prism Counsel (via e-mail to PrismCounsel@rkmc.com)

ATLANTA   BOSTON   LOS ANGELES   MINNEAPOLIS   NAPLES   SAINT PAUL   WASHINGTON, D.C.

DC1 45695582.1