# CONNOLLY BOVE LODGE & HUTZ LLP

### ATTORNEYS AT LAW

**WILMINGTON, DE**

The Nemours Building
1007 North Orange St.
P.O. Box 2207
Wilmington, DE 19899
TEL: (302) 658 9141
FAX: (302) 658 5614
WEB: www.cblh.com

Patricia Smink Rogowski
Partner
Admitted in DE and PA
Phone: (302) 658-9141
FAX (302) 658 5614
E-MAIL:  progowski@cblh.com
REPLY TO:  Wilmington DE Office

May 12, 2008

**VIA ELECTRONIC FILING**
Dr. Peter T. Dalleo, Clerk of Court
United States District Court
844 King Street
Wilmington, DE 19801

Re:  **Prism Technologies LLC v. VeriSign, Inc. *et al.*; C.A. No. 05-214 JJF**

Dear Dr. Dalleo:

VeriSign, Inc. ("VeriSign") respectfully requests that the attached Substitute Exhibit N be inserted as an attachment to D.I. 464:  DEFENDANT VERISIGN'S MEMORANDUM IN SUPPORT OF ITS MOTION TO DECLARE THIS CASE EXCEPTIONAL  PURSUANTTO 35 U.S.C. § 285 AND FOR AN AWARD OF ATTORNEYS' FEES.  A copy of this Substitute Exhibit N was handed up to the Court during the motion hearing on Friday, May 9, 2008.

Respectfully submitted,

Patricia Smink Rogowski
Connolly Bove Lodge & Hutz LLP

Enclosure
cc:    Frank Cimino, Esquire
       Richard D. Kirk Esquire
       Frederick L. Cottrell, III, Esquire
       Richard L. Horwitz, Esquire
       Steven J. Balick, Esquire
       Martin R. Lueck, Esquire
       David M. Schlitz, Esquire
       John DiMatteo, Esquire
       Gregory P. Teran, Esquire
       Samir A. Bhavsar, Esquire
       (All served via e-mail, with Enclosure)